IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


Bryce Carrasco v. M&T Bank


Case No.: _____


## EXHIBITS:

| Exhibit No. | Identification | Description |
|---|---|---|
| 1 | Ex. 1 | The Account Activation Letter |
| 2 | Ex. 2 | Debt Collection Letter, Dated November 5, 2020 |
| 3 | Ex. 3 | Credit Agreement |
| 4 | Ex. 4 | Online Advertisement by M&T |

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore,
Maryland 21201 • 410-962-2600Southern Division • 200 U.S. Courthouse • 6500
Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

# Exhibit 1

# M&T Bank

**M&T VISA° CREDIT CARD WITH REWARDS**

>000077 7801330 000084 1  1 0Z 000001
BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD  21202

## START USING YOUR CARD TODAY.

1. **CALL** 1-800-724-4411 to activate your card

2. **SIGN** the back of your card immediately (for your protection)

3. **USE** your card at millions of locations, worldwide (anywhere Visa° is accepted)

# Here is your M&T Visa Credit Card with Rewards.



**CUSTOMIZE THE WAY YOU PAY**
Your M&T Visa° Credit Card makes it convenient to pay the way you want.
Discover our payment options by visiting mtb.com/digitalpayments.

**USE YOUR CARD FOR OVERDRAFT PROTECTION**
Link your credit card to your M&T checking account for overdraft protection and to prevent returned checks. Visit your local M&T branch or call 1-866-279-0888 and request Overdraft Protection today.[1]

**SECURITY FEATURES OF YOUR CARD**
Your card is protected by multiple layers of security including Visa Zero Liability Policy,[2] a unique 3-digit security code and fraud monitoring.

**ACTIVATE TODAY FOR A SAFER, CONVENIENT WAY TO MAKE PURCHASES WHILE EARNING REWARDS.**



05660-06-R6-2417452-05660-70-B4-BR-1119-0566042183-
05660-42-RRB7-05660-41-DIBKP-05660-31-12-

## CUSTOMER SERVICE YOU CAN COUNT ON.

- Visit your local M&T branch to make payments or inquire about your M&T credit card account

- Access your account online via M&T Web Banking° to view transactions and transfer funds between accounts

- Call the M&T Telephone Banking Center anytime at 1-866-279-0888. M&T representatives are available Monday – Friday, 6:00am-9:00pm, Saturday and Sunday, 9:00am-5:00pm

**ACCOUNT #:** XXXX XXXX XXXX 6414

**TOTAL CREDIT LINE:** $3,500

**CASH LIMIT:** $1,050

**NUMBER OF CARDS:** 1

**CURRENT APRS**

**PURCHASES:** 0.00%

**BALANCE TRANSFER:** 0.00%

VREWA06P

# Important information about your M&T Visa Credit Card with Rewards.

## INTEREST RATES AND INTEREST CHARGES

| | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that the APR will be **18.24%** and will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | 0.00% Introductory APR for the first 12 billing cycles from account opening.  After that the APR will be 18.24% and will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **22.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **APR for Overdraft Advances** | **22.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | **24.99%**<br>This APR may be applied to your account if your account is past due 60 days.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| **For Credit Card Tips From the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

## FEES

| | |
|---|---|
| **Transaction Fees**  Balance Transfer | 4% of each balance transfer (minimum $10) |
| Cash Advance | 3% of each transaction (minimum $10) |
| Overdraft Transfer | $12.50  for each transaction, but charged no more than once per day |
| Foreign Transaction | 3% of each transaction in U.S. dollars |
| **Penalty Fees**          Late Payment | Up to $35 |
| Unpaid Convenience Checks | Up to $25 |
| Returned Payment | Up to $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new transactions)."  See below and your credit card agreement for more details.

**Loss of Introductory APR:** We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your credit card agreement.

**Daily Periodic Rates and Corresponding Annual Percentage Rates of interest:**

**Purchases:** .00000% introductory Daily Periodic (0.00% corresponding Annual Percentage Rate) for the first 12 billing cycles from account opening.  The regular Daily Periodic Rate is .049973% (18.24% corresponding Annual Percentage Rate).

**Balance Transfers:** .00000% introductory Daily Periodic Rate (0.00% corresponding Annual Percentage Rate) for the first 12 billing cycles from account opening. The regular Daily Periodic Rate is .049973% (18.24% corresponding Annual Percentage Rate).

**Cash Advances:** .060932% Daily Periodic Rate (22.24% corresponding Annual Percentage Rate).

**Penalty Rate:** .068466% Daily Periodic Rate (24.99% corresponding Annual Percentage Rate).

**Overdraft:** .060932% Daily Periodic Rate (22.24% corresponding Annual Percentage Rate).

**Purchase Margin: 14.99%**

The above Disclosures and Terms are required by law and are part of your credit card agreement with M&T Bank. These Disclosures and Terms describe the interest and fees you agree to pay under Your Account. You have received additional terms with these Disclosures and Terms. "Agreement" means these Disclosures and Terms and the additional terms that together compromise Your "Agreement." By applying for or using the Card, you agree to these terms.

We will not process any balance transfer you requested if you call 1-866-279-0888 and withdraw your balance transfer request within 10 days after the date these Disclosures and Terms were mailed to you.

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

mtb.com ¹You must have sufficient credit available on your M&T Visa Credit Card Account to be covered by overdraft protection. Additional fees may apply to your use of overdraft services, please see your credit card agreement and deposit account agreement for details. ²Covers U.S. issued cards only. Visa Zero Liability policy does not apply to ATM transactions or PIN transactions not processed by Visa.  May not apply in other situations based on factors such as gross negligence or fraud, delay in reporting unauthorized use, investigation and verification of claim and account standing and history. You must notify us immediately of any unauthorized use and transaction at issue must be posted to your account before provisional credit may be issued. See your credit card agreement for more details. ©2018 M&T Bank. Member FDIC. 1274VS-RI (1/18)