# Exhibit 3

## M&T Bank Visa® Credit Card Agreement

THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION. YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.

**M&T** Bank

**M&T** Bank