IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Bryce Carrasco**
*Plaintiff*

v.

M&T Bank

*Defendant*

CIVIL ACTION
CASE NO.:1:21-cv-00532

## **MOTION TO FILE PAPERS ELECTRONICALLY**

COMES NOW Plaintiff **Bryce Carrasco**, ("Plaintiff"), to file this Motion to permit the Plaintiff to file all papers electronically through online PACER account. Plaintiff moves for this court to take the action of submitting documents online because it is equitable and just, and ensures that Plaintiff receives a speedy and fair trial before this honorable court. Due to various COVID-19-19 restrictions and measures that are in place at the present time, Plaintiff believes that he is being subjected to unfair treatment by limiting his ability to make service upon the Defendant and to pay the filing fee. Plaintiff does not believe mail provides a viable method to make timely service and efficient filing of necessary court documents compared to filing papers electronically, which is instantaneous. Thus, Plaintiff seeks to be treated in an equitable manner before this honorable court so that his right to a quick and speedy trial is protected.

Plaintiff further claims that this motion should be granted by the court because it aligns with the intent of the Federal Rules of Civil Procedure, Rule 1, which establishes the purpose of the Rules, stating "they should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." It is thus necessary to grant this motion for a fair and equitable administration of the Complaint filed in this court by Plaintiff.

Plaintiff requests that the court allow for electronic filing and signing pursuant to Fed. Rules of Civil Procedure 5(d)(3) for the remainder of the proceedings of this civil case. Respectfully submitted this 3rd day of March 2021,

Bryce Carrasco
Pacer Account: bocarrasco47:6675502:0
/s/Bryce Carrasco

Dated: March 3, 2021

Respectfully Submitted,
/s/ Bryce Carrasco

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012
Bocarrasco47@outlook.com
410-858-7432