88. The attractive returns are a product of (i) penalty APRs of 24.99% imposed after the promotional period, and (ii) elimination of refinancing risk of the account by impairing the victim's credit to such an extent that the ability to obtain credit elsewhere is no longer feasible.

89. The damage this does to our overall economic productivity is severe when considering the potential scale of the Defendant's operations.

90. Plaintiff seeks immediate injunctive relief from this Honorable Court. Plaintiff is not the only victim of these activities and the harm can have potentially permanent consequences when considering missed employment opportunities as a result of poor credit history.

91. Most importantly, the Defendant distorts the credit profile of consumers for reasons that are not due to any financial irresponsibility but rather are the result of deceptive and unfair practices, which indeed affect commerce. While it may be implied that consumers do not have a private right of action for suits involving unfair and deceptive acts affecting commerce, it is nevertheless essential to include these violations so that they can be brought to the fore and Plaintiff strongly urges the FTC to take action to prevent M&T from causing harm to commerce.

## Prayer for Relief

1. Actual, punitive and statutory damages as determined by jury trial.
2. Action for equitable and declaratory relief.
3. Recovery of costs and attorney fees.
4. Any other relief that is necessary for justice.

**Trial by Jury is Demanded.**

Dated: March 2, 2021

Respectfully Submitted.
/s/ Bryce Carrasco

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012
Bocarrasco47@outlook.com
410-858-7432