# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**Bryce Carrasco**
*Plaintiff*

v.

**M&T Bank**
*Defendant*

CIVIL ACTION
CASE NO.:1:21-cv-00532

### AFFIDAVIT – PROOF OF SERVICE

I hereby certify that on March 4, 2021, I personally served the summons on the Defendant by handing it to a manager working for the Defendant at such time, around 3:50 pm at the Redwood and Light Street branch located at 1 Light Street, Baltimore, MD 21202. A copy of the Complaint was served with the Summons.

Dated: March 4, 2021

Respectfully Submitted,
/s/ Bryce Carrasco

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012
Bocarrasco47@outlook.com
410-858-7432