IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Michael B. Brown, Miles & Stockbridge P.C., as counsel on behalf of the Defendant, M&T Bank, in the above-captioned case.

/s/ Michael B. Brown
Brian L. Moffet (Fed. Bar No. 13821)
Michael B. Brown (Fed. Bar No. 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Entry of Appearance was mailed, first class, postage prepaid, to Plaintiff Bryce Carrasco, 334 Ternwing Drive, Arnold, Maryland 21012.

*/s/ Michael B. Brown*
Michael B. Brown