IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

### **[PROPOSED] ORDER**

Upon consideration of Defendant M&T Bank's Motion to Extend Time to Respond to Complaint, and for good cause shown, it is this ___ day of March 2021, hereby ORDERED that Defendant M&T Bank's Motion to Extend Time to Respond to Complaint be and hereby is GRANTED, and the time by which M&T Bank must respond to Plaintiff's Complaint shall be extended to and including April 9, 2021.

_____
The Honorable Stephanie A. Gallagher
United States District Judge