# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYCE CARRASCO    Plaintiff  v.  M&T BANK    Defendant | Case No.:   1:21-cv-00532   **RESPONSE IN OPPOSITION TO MOTION TO EXTEND TIME TO FILE ANSWER** |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
### MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff comes before this honorable court to respond in opposition to Defendant's motion to extend the time to respond to the Complaint, and the court should deny the motion to extend the deadline for M&T to respond to Plaintiff's Complaint, and thus require the Defendant to follow the same rules that all parties are expected to follow, and should not allow the Defendant to establish the dangerous precedent that the standard timeline set forth in the Federal Rules of Civil Procedure do not apply to them and they should be allowed to redefine the rules to prejudice the Plaintiff by granting special privileges to a Fortune 500 company without reasonable excuse for their untimeliness and inability to adhere to the normal rules that apply to civil actions.

Plaintiff denies that service of process was deficient as suggested by M&T. In their motion, M&T disputes that Plaintiff's service was effective. Plaintiff denies this claim and brings before the court the following reasons that service was not defective in a material way and further asserts that this is not good cause for an extension of time as required per the Federal Rules. To clarify the Affidavit filed with this court proving effective service of process upon the defendant, the manager working at M&T Bank on March 4, 2021 can be identified, under knowledge and belief, and the name of the Branch Manager is Ken Stewart. Plaintiff argues that Ken Steward has implied authority to accept service of process on behalf of the Defendant. Ken Stewart accepted the Summons on March 4, 2021 and confirmed acceptance verbally.

Additional reasons for why the court should deny the motion follow.

1

| | |
|---|---|
| The resident agent listed on the face of the complaint is not currently authorized to accept service of process on behalf of M&T Bank as the license with the department of taxation was forfeited on September 11, 2020. Plaintiff served a manager at an established place of business as he believed this was the most appropriate method of serving the defendant since the license is no longer active in the state of Maryland. |  |
| M&T Bank does not have an authorized resident agent, and the resident agent which is listed on the caption of the Complaint refers to the resident agent listed under Defendant's wholly owned subsidiary, Wilmington Trust. Since there is no resident agent in the name of the Defendant, M&T Bank, it was proper for plaintiff to serve the Defendant at an established place of business, specifically at One Light Street. |  |

Further, Plaintiff will be unfairly prejudiced by allowing the Defendant to take two additional weeks to prepare the Answer and Defendant continues to act unlawfully and report derogatory information in violation of the Fair Credit Reporting Act. It is essential that the matters brought before the court be heard expeditiously and thus the extension should not be granted.

The Federal Rules of Civil Procedure provide that an extension may be granted for good cause. M&T fails to meet this requirement. For these reasons, the motion to extend the time to answer should be DENIED, and the answer should be required by March 25, 2021 as originally set forth.

2

Respectfully submitted this 19th day of March 2021.

**Signature:** /s/Bryce Carrasco
**Printed Name:** Bryce Carrasco
**Date:** 3/12/2021

| **Contact Information** |
|---|
| Bryce Carrasco
Email: bocarrasco47@outlook.com
Phone: 410-858-7432

*Mailing Address:*
334 Ternwing Drive
Arnold, MD 21012
United States |

_____/s/\*_____
Bryce Carrasco

3