# Exhibit 8

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary
- M&T Bank Visa Credit Account Payoff Certificate – Dated 3/23/2021

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Submitted: 3/23/2021

# M&T Bank
Understanding what's important®

Severna Park Office

If you have any questions, please
call our Telephone Banking Center
1-800-724-2440

Today's Date:      Business Date:
03/23/2021          03/23/2021

Time:  11:26 AM

Retail Credit Card Payment
****6414                              $2,017.08

6325 / 03               21

Duplicate Receipt
We appreciate your business.
Thank you!



Account Profile (RCC) - #1

Active                                              LIGHT AND REDWOOD
CREDIT REVOKED              Branch #              6443
TRIAD                                Branch Phone   (410) 545-2155

Outstanding Payment Due        $49.00      04/13/2021
Past Due Amount
Pay To Zero                            $2,017.08
Good Until Date                                     03/23/2021

Total Credit Line                                   $3,500.00
Total Cash Limit                                    $1,050.00
Available Credit                                    $1,525.27
Available Cash                                      $1,050.00
Current Outstanding Balance                         $1,974.73
Outstanding Authorizations
Overlimit Amount

Please close my account, M&T visa with Rewards, Accounting Ending 6414, after processing payment of $2,017.08, on this 23rd day March 2021.

x _Ryff Carroll_____

410-858-7432