# Exhibit 9

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary

- Amerisave Mortgage Corporation – Credit Score Disclosure (Date 7/16/2021)
  - This is a credit score disclosure report which is the source for the pre-defamation FICO scores of the plaintiff as shown in the original verified Complaint filed with this court on March 2, 2021. This is an original source document which evidences the degradation caused by information furnished by the Defendant M&T, in association with the line of credit opened on 7/17/2021.

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Submitted: 3/23/2021

**AMERISAVE MORTGAGE CORPORATION**
3525 PIEDMONT RD NE 8 PIEDMONT CENTER STE 600
ATLANTA  GA 30305

07/16/2020

**BRYCE O CARRASCO**
100 E REDWOOD ST  APT 2013
BALTIMORE  MD  21202 - 1361

## NOTICE TO HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

# AMERISAVE MORTGAGE CORPORATION

| | |
|---|---|
| ORDER NUMBER: NVA6C9 | DATE ORDERED: 07/16/2020 |
| CONSUMER REPORTING AGENCY: | REPORT PREPARED FOR: |
| Equifax Mortgage Solutions<br>4300 Westown Pkwy, Suite 200,<br>West Des Moines, IA 50266<br>(800) 333-0037 | AMERISAVE MORTGAGE CORPORATION<br>3525 PIEDMONT RD NE 8 PIEDMONT CENTER STE 600<br>ATLANTA, GA 30305<br>PHONE: 866-970-7283 |

**BORROWER'S INFORMATION :**
**NAME:** BRYCE O CARRASCO

## Your Credit Score and the Price You Pay For Credit

| Your Credit Score | |
|---|---|
| Your Equifax credit score | Score: 00696 |
| | Source: EQUIFAX BEACON 5.0 FACTA    Date 07/16/2020 |
| Your Experian credit score | Score: 0716 |
| | Source: EXPERIAN FAIR ISAAC V2    Date 07/16/2020 |
| Your Trans Union credit score | Score: 00701 |
| | Source: TRANS UNION FICO RISK SCORE CLASSIC 04    Date 07/16/2020 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | EQUIFAX BEACON 5.0 FACTA: Scores range from a low of 334 to a high of 818.<br><br>EXPERIAN FAIR ISAAC V2: Scores range from a low of 320 to a high of 844.<br><br>TRANS UNION FICO RISK SCORE CLASSIC 04: Scores range from a low of 309 to a high of 839.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |