# Exhibit 13

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary

- Transunion credit report dated 2/19/2021. Note that no dispute is disclosed under the Account with M&T Bank which includes the defamatory reporting. Also, it is worth noting that the defendant reported that I was delinquent but fails to report the date of first delinquency, as required under 15 U.S.C.1681s-2(b) as it relates to the interconnected nature of 1681s-2(a). See Saunders v. Branch Banking & Trust.

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Submitted: 3/23/2021

\*\*\* 417862266 
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/19/2021


Information for Good.

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

PDN0S100200647-I006055-077874428

BRYCE O. CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE, MD 21202-1361

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to the COVID-19 pandemic, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

# TransUnion Credit Score

BRYCE O. CARRASCO

## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score: **Not Purchased** (See Below) Grade: - Created on 02/19/2021 | Unavailable (See Below) — 850 A 780 B 720 C 660 D 600 F 300 | Unavailable (See Below) — 100% 50% 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

---

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### YOUR CREDIT FILE CONTAINS:

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

## Personal Information

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

**Addresses Reported:**

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 | 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |

**Telephone Numbers Reported:**
(410) 858-7432   (410) 544-4138

**Employment Data Reported:**

| Employer Name | Date Verified | Position |
|---|---|---|
| OPPENHIEMER | 07/15/2020 | INVESTOR |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

CBG   CLOSED BY CREDIT GRANTOR

## Accounts with Adverse Information

**M & T BANK** #417094944751**** ( PO BOX 900, MILLSBORO, DE 19966, (866) 408-2727 )

| | | | |
|---|---|---|---|
| Date Opened: 07/17/2020 | Date Updated: 01/19/2021 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Payment Received: $231 | Terms: | $60 per month, paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 12/22/2020 | Date Closed: | 11/16/2020 |
| Loan Type: CREDIT CARD | | >Maximum Delinquency of 90 days in 12/2020 for $231< | |

**High Balance:** High balance of $2,418 from 12/2020 to 01/2021
**Credit Limit:** Credit limit of $3,500 from 12/2020 to 01/2021

| | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|
| Balance | $2,117 | $2,383 | | | | |
| Scheduled Payment | $60 | $291 | | | | |
| Amount Paid | $231 | $0 | | | | |
| Past Due | $0 | $231 | | | | |
| Remarks | CBG | CBG | | | | |
| Rating | OK | 90 | 60 | 30 | OK | OK |

## Satisfactory Accounts

**AMERICAN EXPRESS** #349992422794**** ( PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )

| | | |
|---|---|---|
| Date Opened: 01/26/2017 | Date Updated: 02/14/2021 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Authorized Account | | Terms: Paid Monthly |
| Account Type: Open Account | | |
| Loan Type: CREDIT CARD | | |

**High Balance:** High balance of $7,858 from 08/2018 to 10/2018; $7,972 from 11/2018 to 01/2019; $8,588 from 02/2019 to 07/2019; $13,290 from 08/2019 to 02/2021

To dispute online go to: http://transunion.com/disputeonline

P DN0S1-002 00647-I006057 03/10

|  | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $381 | $312 | $518 | $427 | $889 | $926 | $1,709 | $1,214 | $738 | $847 | $481 | $895 |
| Scheduled Payment |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $573 | $1,659 | $1,609 | $3,369 | $3,980 | $5,775 | $13,290 | $8,365 | $6,261 | $6,453 | $6,589 | $5,419 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $8,588 | $7,063 | $7,725 | $7,972 | $7,075 | $6,372 | $6,388 |  |  |  |  |  |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**BANK OF AMERICA** #552433513548**** ( PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )
Date Opened: 08/01/2019
Responsibility: Individual Account
Account Type: Revolving Account
Loan Type: CREDIT CARD
Date Updated: 12/29/2020
Last Payment Made: 08/04/2020
Pay Status: Current; Paid or Paying as Agreed
Terms: Paid Monthly
Date Closed: 12/08/2020
Date Paid: 08/04/2020
Credit Limit: Credit limit of $3,500 from 08/2019 to 12/2020
Remarks: CLOSED BY CREDIT GRANTOR; CLOSED

|  | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $2,371 | $2,318 | $1,392 | $1,570 | $1,110 | $2,505 | $2,883 |
| Scheduled Payment |  | $0 | $0 | $0 | $0 | $48 | $25 | $25 | $40 | $25 | $25 | $28 |
| Amount Paid |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $2,883 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|
| Balance | $2,538 | $1,870 | $893 | $457 | $249 |
| Scheduled Payment | $25 | $25 | $25 | $25 | $25 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 |
| High Balance | $2,538 | $1,870 | $893 | $459 | $249 |
| Rating | OK | OK | OK | OK | OK |



**KOHLS DEPARTMENT STORE** #639305092609**** ( PO BOX 3115, MILWAUKEE, WI 53201, (800) 564-5740 )
Date Opened: 05/29/2019
Responsibility: Individual Account
Account Type: Revolving Account
Loan Type: CHARGE ACCOUNT
Date Updated: 01/27/2021
Payment Received: $0
Last Payment Made: 08/10/2019
Pay Status: Current; Paid or Paying as Agreed
Terms: Paid Monthly
Date Paid: 08/10/2019
High Balance: High balance of $121 from 06/2019 to 01/2021
Credit Limit: Credit limit of $300 from 06/2019 to 01/2021

|  | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $96 | $121 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $27 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $96 | $27 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

P DN0S1-002 00647-I006058 04/10

## Regular Inquiries

**AMERISAVE MORTGAGE C via EQUIFAX MORTGAGE SERVICE** ( 815 EAST GATE DR, SUITE 102, MOUNT LAUREL, NJ 08054, (800) 685-5000 )
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 07/16/2020
**Inquiry Type:** Individual

**MT BANK CREDIT CARD** ( MT BANK, PO BOX 900, MILLSBORO, DE 19966, (800) 724-6441 )
**Requested On:** 07/15/2020
**Inquiry Type:** Individual

## Promotional Inquiries

**CAPITAL ONE BANK USA NA** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
**Requested On:** 10/07/2020, 09/02/2020, 08/05/2020, 07/08/2020

## Account Review Inquiries

**STATE FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 916-8800 )
**Requested On:** 02/19/2021

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
**Requested On:** 01/31/2021, 01/22/2021, 12/30/2020

**BRYCE CARRASCO via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 01/31/2021

**TU INTERACTIVE** ( 100 CROSS ST, 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Requested On:** 01/31/2021, 01/22/2021, 12/30/2020

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
**Requested On:** 12/19/2020

**AMERISAVE MORTGAGE CORP** ( 3525 PIEDMONT RD NE, 8 PIEDMONT CTR SUITE 600, ATLANTA, GA 30305, (866) 970-7283 )
**Permissible Purpose:** INSURANCE UNDERWRITING
**Requested On:** 07/16/2020

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
**Requested On:** 04/22/2020

**OPPENHEIMER via BIG523 OPPENHEIMER CO** ( 85 BROAD STREET, NEW YORK, NY 10004, (212) 668-5899 )
**Permissible Purpose:** EMPLOYMENT
**Requested On:** 07/15/2019

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

**SUPPLEMENTAL CONSUMER CREDIT INFORMATION**
Data Source: CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
Requested by: TBOM/OLLO CARD SERVICES
Requested on: 06/07/2018
Invalid SSN Indicator: 0
Bankruptcy Indicator: 0
Bankruptcy Indicator - Chapter 7: 0
Bankruptcy Indicator - Chapter 13: 0
Presence of a Collections Skip: 0
Auto Finance Inquiries in the Last 3 Months: 000
Auto Finance Inquiries in the Last 6 Months: 000
Auto Finance Inquiries in the Last 9 Months: 000

To dispute online go to: http://transunion.com/disputeonline

Case 1:21-cv-00532-SAG   Document 16-2   Filed 03/23/21   Page 7 of 11
Consumer Credit Report for BRYCE O. CARRASCO   File Number: 417862266   Date Issued: 02/19/2021

Auto Finance Inquiries in the Last 24 Months: 000
Auto Finance Inquiries in the Last 7 Years: 000
Cash Advance Inquiries in the Last 3 Months: 000
Cash Advance Inquiries in the Last 6 Months: 000
Cash Advance Inquiries in the Last 9 Months: 000
Cash Advance Inquiries in the Last 12 Months: 000
Cash Advance Inquiries in the Last 24 Months: 000
Cash Advance Inquiries in the Last 7 Years: 000
Misc Financial Services in the Last 7 Years: 000
Rent-to-Own Inquiries in the Last 3 Months: 000
Rent-to-Own Inquiries in the Last 6 Months: 000
Rent-to-Own Inquiries in the Last 9 Months: 000
Rent-to-Own Inquiries in the Last 12 Months: 000
Rent-to-Own Inquiries in the Last 24 Months: 000
Rent-to-Own Inquiries in the Last 7 Years: 000
All Alternative Credit Inquiries in the Last 3 months: 000
All Alternative Credit Inquiries in the Last 6 Months: 000
All Alternative Credit Inquiries in the Last 24 Months: 000
All Alternative Credit Inquiries in the Last 7 Years: 000
Paid Auto Finance Charge-offs in the Last 24 Months: 000
Paid Payday Loan Charge-offs in the Last 24 Months: 000
Paid Rent-to-Own Charge-offs in the Last 24 Months: 000
All Paid Charge-offs in the Last 3 Months: 000
All Paid Charge-offs in the Last 24 Months: 000
All Paid Charge-offs in the Last 7 Years: 000
Open Auto Finance Charge-offs in the Last 24 Months: 000
Open Payday Loan Charge-offs in the Last 24 months: 000
Open Rent-to-Own Charge-offs in the Last 24 Months: 000
All Open Charge-offs in the Last 3 Months: 000
All Open Charge-offs in the Last 6 Months: 000
All Open Charge-offs in the Last 9 Months: 000
All Open Charge-offs in the Last 12 Months: 000
All Open Charge-offs in the Last 24 Months: 000
All Open Charge-offs in the Last 7 Years: 000

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).



# Summary of Rights

## GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert on your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



P DN0S1-002 00647-I006062 08/10

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |



P DN0S1-002 00647-I006064 10/10