# Exhibit 14

---

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary

- M&T Customer Profile, provided by Fernanda Sharlow, Assistant Branch Manager, Severna Park Branch located at 568 Ritchie Highway, Severna Park, MD 21146, on 3/23/2021 when plaintiff visited M&T branch office to extinguish the debt obligation in its entirety, tendered with cash payment in person.

- Observations include the blatantly inaccurate information reflected in M&T Bank's customer relationship management database. For example, the phone number listed is 410-544-4138 which I repeatedly informed was an inactive phone number which had not been active in over 5 years. Plaintiff on multiple occasions notified M&T customer service and management level employees that this was not my phone number, but nonetheless this number still is reflected in their database which shows that they have no control over the recordkeeping functionalities which are critical to maintaining a well-functioning consumer credit business. This clear negligence and dereliction of duty leaves M&T willfully liable for violations of consumer credit statutes and makes clear that they do not maintain their internal data records to the required standard to remain in compliance with federal law.

    - Also observe that that the customer profile says that I have been a customer since 02/14/1998 which is patently absurd. I was born on 9/11/1996 so it is virtually impossible that I could be a customer since 02/14/1998. Further support for the assertion that M&T does not have control of their internal records and violates laws which require furnishers to maintain auditable data to verify furnished information. M&T is utterly reckless in its violation of consumer rights.

- Witness:

    - Fernanda Sharlow, Assistant Branch Manager
      Phone Number: 410-647-8771
      Email: fsharlow@mtb.com
      NMLS #1547440

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Submitted: 3/23/2021

S1 Branch System [BranchAdmin0082019.usr] [DT-MXL9102XLY]
Teller  Supervisor  Administrator  Help

| F2 Speed Menu | F3 Calculator | F4 DUP Document | F5 Lock W/S | F6 Start Multi Tran | F7 Customer Locate | F8 Dep Acct Locate | F9 Start Session | F10 TPX | Mix 7 |

## Main Menu

### Customer Profile

| Name | ID |
|---|---|
| SHAWN G BRIERLEY | 022387341 |
| JUDITH A HOYT | 218700046 |
| BRYCE O CARRASCO | 219471723 |

Customer Name: BRYCE O CARRASCO    DOB: 09/11/1996    SSN: 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

BRYCE O CARRASCO
100 E REDWOOD ST
APT 2013
BALTIMORE      MD      21202-

Home Phone: 410 544-4138
Business Phone:
Customer Since: 02/14/1998
Relationship Mgr: XDD61
Employer: OPPENHIEMER

| Sub-Product | Account # | Rel Code | Start of Day Balance | Status | Open Date |
|---|---|---|---|---|---|
| EZChoice Checking | 9861166164 | JT1 | $1.16 | Active | 03/29/2013 |
| M&T Starter Savings | 15004224047454 | UTM | $2.67 | Dormant | 04/08/2010 |
| Retail Credit Card | 4170949447516414 | IND | | Active | 07/17/2020 |
| M & T Debit Card | 4258281905835697 | IND | | Hot Card | 03/29/2013 |
| M & T Debit Card | 4258284519318811 | IND | | Closed | 08/26/2013 |

[ Account Profile ]   [ Account History ]

[ Previous Screen ]   [ OK ]   [ Cancel ]

03/23/2021  11:00:39 AM  6325  11  03/23/2021    $0.00   ETI ON      0  0