# Exhibit 15

---

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary

- M&T Account Profile, provided by Fernanda Sharlow, Assistant Branch Manager, Severna Park Branch located at 568 Ritchie Highway, Severna Park, MD 21146, on 3/23/2021 when plaintiff visited M&T branch office to extinguish the debt obligation in its entirety, tendered with cash payment in person.
    - The Account profile is the most granular account detail that Ms. Sharlow could offer upon request for all information regarding the account. I asked for a copy of my account application for the account ending in 6414, which could not be retrieved, along with the credit agreement, payment history detail and all other pertinent data in connection with the account ending in 6414. This "Account Profile" was the best M&T could provide.
- Witness:
    - Fernanda Sharlow, Assistant Branch Manager
      Phone Number: 410-647-8771
      Email: fsharlow@mtb.com
      NMLS #1547440

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Submitted: 3/23/2021

## Account Profile (RCC) - #1

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Card # | 4170949447516414 | Active | | LIGHT AND REDWOOD |
| Product | M&T Visa Credit Card with Rewards | CREDIT REVOKED | Branch # | 6443 |
| Cardholder TIN | [redacted] | TRIAD | Branch Phone | (410) 545-2155 |

BRYCE O CARRASCO

| | | |
|---|---|---|
| Outstanding Payment Due | $49.00 | 04/13/2021 |
| Past Due Amount | | |
| Pay To Zero | $2,017.08 | |
| Good Until Date | 03/23/2021 | |

| Auto Deduct | No |
|---|---|
| RT | |
| Acct # | |
| Stop Payment | No |
| Overdraft | No |
| Debt Cancellation | |

| | |
|---|---|
| Total Credit Line | $3,500.00 |
| Total Cash Limit | $1,050.00 |
| Available Credit | $1,525.27 |
| Available Cash | $1,050.00 |
| Current Outstanding Balance | $1,974.73 |
| Outstanding Authorizations | |
| Overlimit Amount | |

| Number of Times Late | > 30 Days | 1 |
|---|---|---|
| | > 60 Days | 1 |
| | > 90 Days | 1 |

[History]  [OK]  [Remarks]  [Stop Payments]  [Next Screen]

03/23/2021 11:07:33 AM  6325  11  03