United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.: 1:21-cv-00532

**EXHIBITS:**

| Exhibit No. | Upload Date | Description |
|---|---|---|
| 1 | 3/2/2021 | The Account Activation Letter |
| 2 | 3/2/2021 | Debt Collection Letter, Dated November 5, 2020 |
| 3 | 3/2/2021 | Credit Agreement |
| 4 | 3/2/2021 | Online Advertisement by M&T |
| 5 | [N/A] | [reserved] |
| 6 | 3/23/2021 | Account activation letter, colorized |
| 7 | 3/23/2021 | Equifax Credit Report Dated 3/22/2021 |
| 8 | 3/23/2021 | M&T Bank Visa Credit Account Payoff Certificate – Dated 3/23/2021 |
| 9 | 3/23/2021 | Amerisave Mortgage Credit Score disclosure report dated 7/16/2021 |
| 10 | 3/23/2021 | M&T Bank Visa Credit Card Agreement |
| 11 | 3/23/2021 | Dispute notice sent to M&T Bank dated 12/30/2020. M&T confirmed receipt of the dispute notice on 12/31/2020. Emails are included at the end of the exhibit. |
| 12 | 3/23/2021 | Emails all. |
| 13 | 3/23/2021 | Transunion credit report dated |
| 14 | 3/23/2021 | M&T Customer Profile for Bryce Carrasco. |
| 15 | 3/23/2021 | M&T Account Profile for credit card account ending 6414. |
| **16** | **3/23/2021** | **M&T Credit Card Application, Original Document.** |