

CUSTOMER FULFILLMENT
NY4-AC10

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 787 WILMINGTON, DE
POSTAGE WILL BE PAID BY ADDRESSEE

M&T BANK
PO BOX 8778
WILMINGTON, DE 19899-9953

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# Options are important.

M&T Visa® Credit Cards

## Apply today:

**IN PERSON**
Visit any M&T Bank branch

**BY PHONE**
Call 1-877-378-1276

**ONLINE**
At mtb.com/**creditcards**

M&T Bank
Understanding what's important®

Equal Housing Lender ©2019 M&T Bank. Member FDIC. BR-983 36327 (12/19) 191114 VF **mtb.com**

## M&T Bank puts the power of choice in your hands.

No matter which card you choose you will get these great features:

- ✓ No Annual Fee[1]
- ✓ M&T Assurance® – Prevent. Detect. Resolve.
- ✓ Global Acceptance with Chip Technology
- ✓ Convenience of Phone, Online Banking,[2] Mobile Banking,[2] ATM or Branch Servicing
- ✓ Link as Overdraft Protection to your M&T Bank Checking account[3]

### M&T VISA SIGNATURE CREDIT CARD

**Get the earning power you deserve & more.**

- Unlimited 1.5% cash back on every purchase[4]
- 10,000 bonus points with $500 in purchases within 90 days of account opening; good for $100 cash[4]
- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 12.74% to 19.74% thereafter[1]
- No Foreign Transaction Fees[1]
- Choose your rewards – cash back, gift card, travel, merchandise and more
- Exclusive Signature Benefits
- Customize your card with a personal image[5]

### M&T VISA CREDIT CARD WITH REWARDS

**Make every day more rewarding.**

- Unlimited 1 point per $1 spent on every purchase[4]
- 10,000 bonus points with $500 in purchases within 90 days of account opening; good for a $100 gift card[4]
- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 12.74% to 19.74% thereafter[1]
- Choose your rewards – cash back, gift card, travel, merchandise and more
- Customize your card with a personal image[5]

### M&T VISA CREDIT CARD

**Put more green in your wallet.**

- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 11.74% to 18.74% thereafter[1]
- Customize your card with a personal image[5]

## M&T ASSURANCE

# Prevent. Detect. Resolve.

Have peace of mind using your M&T Credit Card everywhere Visa® is accepted knowing you're covered with M&T Assurance.®

**FRAUD PREVENTION**
- 3 digit Security Code
- Visa Secure
- Chip Technology

**FRAUD DETECTION**
- Realtime Fraud monitoring

**FRAUD RESOLUTION**
- Visa Zero Liability[6]
- Expedited Card Replacement[7]

For additional information, please visit **mtb.com**

# Product Disclosures

The following Disclosures apply to M&T Bank's M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, and M&T Visa® Signature Credit Card accounts and are provided as required by law.

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | Each of these APR's will vary with the market based on the Prime Rate: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that the APR depends on the type of credit card account you get and will vary with the market based on the Prime Rate: M&T Visa Credit Card Accounts, between **11.74% – 18.74%** based on your creditworthiness. M&T Visa Credit Card with Rewards Accounts, between **12.74% – 19.74%** based on your creditworthiness. M&T Visa Signature Credit Card Accounts, between **12.74% – 19.74%** based on your creditworthiness. |
| APR for Balance Transfers | **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that the APR depends on the type of credit card account you get and will vary with the market based on the Prime Rate: M&T Visa Credit Card Accounts, between **11.74% – 18.74%** based on your creditworthiness. M&T Visa Credit Card with Rewards Accounts, between **12.74% – 19.74%** based on your creditworthiness. M&T Visa Signature Credit Card Accounts, between **12.74% – 19.74%** based on your creditworthiness. |
| APR for Cash Advances | **23.74%** This APR will vary with the market based on the Prime Rate. |
| APR for Overdraft Advances | **23.74%** This APR will vary with the market based on the Prime Rate. |
| Penalty APR and When it Applies | **24.99%** This APR may be applied to your account if your account is past due 60 days. **How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| How to Avoid Paying Interest on Purchases | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at www.consumerfinance.gov/learnmore. |
| **Fees** | |
| Transaction Fees | |
| Balance Transfer | 4% of each balance transfer (minimum $10) |
| Cash Advance | 3% of each transaction (minimum $10) |
| Overdraft Transfer | $12.50 for each transaction, but charged no more than once per day |
| Foreign Transaction Fee | 3% of each transaction in U.S. dollars (excluding the M&T Visa Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| Penalty Fees | |
| Late Payment | Up to $35 |
| Unpaid Convenience Checks | Up to $25 |
| Returned Payment | Up to $25 |

**How We Will Calculate Your Balance** – We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR** – We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late. The information about the costs of the card described in this application is accurate as of 12/1/19. This information may have changed after that date. To find out what may have changed, call us at 800-724-2440. New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website www.dfs.ny.gov for free information on comparative credit card rates, fees and grace periods. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

**Authorization** – By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident, you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application. You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa Credit Card with Rewards.

**Balance Transfers:** We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or overlimit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not effect any balance transfer you request if you call 1-800-724-2440 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you. Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

2 Use of these features and services requires Internet and/or data access through a computer or mobile device. Subject to availability and the same limitations as any service available through the Internet. M&T Bank is not responsible for matters that are outside of its reasonable control that might impact availability and functionality. M&T Bank reserves the right to suspend service for any reason at any time. Your mobile carrier's text messaging and data charges may apply. Fees may apply for optional services provided through M&T Online Banking. View the M&T Digital Services Agreement for additional details.

3 Fees apply to use of overdraft services.

4 **Rewards Program:** The M&T Rewards Program ("Program") is subject to the M&T Rewards Program Terms & Conditions ("Program Terms & Conditions"). You can obtain a copy of the Program Terms & Conditions and other information about the Program at www.rewards.mtb.com. This 10,000 bonus points offer is available if you open a M&T Visa Credit Card with Rewards or M&T Visa Signature Credit Card and use that Card to make at least $500 in Purchases (as defined in the Program Terms & Conditions) within the first 90 days after such Card is opened.

Offer is limited to new M&T Visa Credit Cards with Rewards and M&T Visa Signature Credit Card customers who are residents of the United States. Additional exclusions and terms apply. One 10,000 bonus points award per Program Account (as defined in the Program Terms and Conditions). Offer subject to change and/or discontinuation without notice. M&T Visa Credit Cards with Rewards will receive 1 rewards point for every $1 spent on every purchase (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice. M&T Visa Signature Cards will receive 1.5 rewards point for every $1 spent on every purchase (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice. As part of the Program, you can redeem the 10,000 bonus points you receive for a $100 statement credit or deposited in your M&T checking, savings or money market account.

5 Use of the M&T Custom Card design service is subject to program Terms and Conditions and Image Guidelines. The "Identify Yourself" card is not a form of photo identification. There is no guarantee or expectation that merchants will use a photo on your card as an added form of security.

6 **Visa Zero Liability Policy** – Visa's Zero Liability Policy covers U.S.-issued cards only, and does not apply to certain commercial card transactions, transactions not processed by Visa, or if you are grossly negligent or fraudulent in handling your card or card number. Notify M&T Bank immediately of any unauthorized use. Certain unauthorized transactions require a cardholder signature prior to issuing provisional credit. See your cardholder agreement for more details.

7 Rush delivery available upon request. Timing depends upon when order is received and where shipped. Fees will apply.

*Detach here.*

# Application

SPECIAL PROMO CODE T00040

**WHICH CREDIT CARD WOULD YOU LIKE?**

☐ M&T Visa® Credit Card ☐ M&T Visa® Credit Card with Rewards ☐ M&T Visa® Signature Credit Card

**PLEASE TELL US ABOUT YOURSELF**

First Name____ Middle Initial____ Last Name____

Street Address____ Apt. #____

City____ State____ Zip____

Residential Status: ☐ Own ☐ Rent ☐ Other Monthly Housing Payment____

Length of Time at Current Address (yrs/mo)____

Resident Alien Status____ Country of Citizenship____ Additional Country of Citizenship____

Social Security Number____ Date of Birth____ Home Phone____

Email____ Mother's Maiden Name (or Password)____

**EMPLOYMENT INFORMATION**

Employment Status: ☐ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Other

Employer____ Occupation____ Annual Income____ Length of Time in Position____

**STUDENT INFORMATION**

School Name____ Student ID____ School Type: ☐ 2-year ☐ 4-year ☐ Graduate ☐ Other

Class: ☐ Fresh ☐ Soph ☐ Jr ☐ Sr ☐ Grad Status: ☐ Full-time ☐ Part-time ☐ Recent Grad

**OTHER M&T RELATIONSHIPS**

☐ M&T Commercial Relationship ☐ M&T Trust Relationship ☐ M&T Securities Relationship

**CHECKING ACCOUNT OVERDRAFT PROTECTION**

Would you like to link your credit card to your M&T checking account for overdraft protection? ☐ Yes ☐ No

M&T Checking account number____

**OTHER AUTHORIZED CREDIT CARD USER**

First Name____ Middle Initial____ Last Name____

Social Security Number____ Date of Birth____

**BALANCE TRANSFERS**

Would you like to transfer balances from your higher interest rate credit cards? ☐ Yes ☐ No

Balance Transfer #1

Bank Name/Payee____

Card/Account Number____ Amount____

Balance Transfer #2

Bank Name/Payee____

Card/Account Number____ Amount____

**EXPECTED ACCOUNT ACTIVITY**

1. Will you be using your account for casino or internet gaming transactions? ☐ Yes ☐ No

2. Will you frequently use your account for any transactions outside of the US (including wires, ATM, purchases or electronic withdrawals)? ☐ Yes ☐ No

3. If you answered Yes to question 2 above, please list which countries outside of the US? List all countries that apply, maximum of 20 countries.

4. What is the approximate number of transactions (include all deposits, withdrawals and purchases) that will be processed through your account monthly?
☐ Less than 100 ☐ Between 100-1,000 ☐ 1,000 or More

5. For cash transactions, what is the approximate number of deposits, payments or withdrawals/advances you will be making monthly?
☐ None ☐ Less than 10 ☐ 10 or more

6. What is the approximate number of monetary instruments (Official Checks, Money Orders or Travelers Checks) that will be purchased from or used to make a payment into this account monthly?
☐ None ☐ Less than 10 ☐ 10 or More

7. What is the approximate number of preauthorized withdrawals, payments, and deposits (ACH transactions) you will do in this account monthly?
☐ None ☐ Less than 10 ☐ 10 or More

**SIGNATURES**

Signature of Applicant____ Date____

If you would prefer to apply with a co-applicant please visit mtb.com/creditcards, contact us at 1-877-378-1276 or visit your local M&T branch to apply.

A. Occupation List

Accountant
Actor/Musician/Artist
Administrative Assistant/Secretary
Ambassador/Consular
Analyst
Appraiser
Architect
Auctioneer
Auto Sales – Auto/Boat/RV Dealer
Banker
Bar/Night Club Owner
Beauty Salon/Spa Owner
Cashier/Clerk/Attendant
Casino Dealer/Worker
Casino Owner
Catering/Food Services Owner
Chef/Cook/Baker
Childcare/Daycare
Cigarette/Tobacco Distributors
Clergy/Nun/Religious Leadership
Consultant
Contractor
Convenience Store Owner
Cosmetologist/Nail Technician
Counselor
Craftsperson
Customer Service
Dancer
Dentist/Dental Hygienist
Driver (Taxi/Limo/Bus/Truck)
Electrician/Plumber
Engineer
Environmental Inspector
Event Planner
Exterminator
Facilities Management/Services
Farmer/Agriculture/Rancher
Financial Advisor
Firefighter/Emergency Services
Fisherman
Flight Attendant/Airline Services
Florist
Food Services/Server/Bartender
Funeral Director/Mortician
Gas Station Owner
Government Worker/Civil Servant
Gun/Ammunition/Weapons Dealer
Hairdresser/Barber
Health Care Support/Services
Health, Fitness
Hospitality/Guest Services
Housekeeping
Human Resources
Importer/Exporter
Insurance Agent
Interior Decorator/Design
Investment Advisor
Investment Manager
IT Professional/Support
Jeweler/Gem (Precious Metal) Dealer
Laborer
Landscape/Garden Services
Law Enforcement/Police Officer
Lawyer/Judge/Attorney
Librarian/Library Support
Liquor Store Owner
Maintenance/Janitorial Services
Management (Executive)
Management (Non-Executive)
Marketing/Advertising
Mechanic/Construction Trade
Military/Military Associate
Mortgage Broker
Nurse/Medical Technician
Nutritionist/Dietician
Office Support/Associate
Other (Invalid Value)
Paralegal
Parking Lot Owner
Pawnbroker
Pharmacist/Pharmacy Support
Photographer
Physician/Surgeon/Doctor
Pilot
Politician/Government Official
Postal Clerk/Mail Carrier
Programmer
Project Manager
Psychiatrist/Psychologist
Public Relations
Purchasing Agent/Support
Real Estate Agent/Sales
Reporter/Journalist
Restaurant Owner
Retail Store Owner
Retired
Rug Dealer/Wholesaler
Sales Person/Associate
Scientist/Therapist
Security Officer/Guard
Skilled Trade
Social Media/Blogger
Social Worker
Sports Professional
Stay at Home
Stockbroker
Student
Tax Preparation (non-accountant)
Teacher/Professor/School Administrator
Technical Associate
Telemarketer/Services
Therapist – Physical/Occupational/Massage
Travel Agent
Underwriter/Loan Agent
Unemployed
Vending Machine Operators
Veterinarian Services
Wholesale Distributor
Writer

B. Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

*Moisten, fold, seal and mail. Please do not use tape or staple.*