# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYCE CARRASCO <br><br> Plaintiff <br><br> v. <br><br> M&T BANK <br><br> Defendant | Case No.:   1:21-cv-00532 <br><br> **Memorandum in support of Complaint and Response in Opposition to Motion to Extend Time to File Answer** |

## MEMORANDUM IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT

1. I ask that this court review this memorandum and enter DEFAULT Judgement in favor of Plaintiff on March 25, 2021 if the defendant fails to answer the Complaint by the current deadline of March 25, 2021.

2. Mr. Moffet indicated on a telephone call today 3/23/2021 that "I do not plan on answering the complaint by the deadline of March 25, 2021."

3. Mr. Moffet went on to say, "what exactly do you think will happen if I do not file an answer to your complaint by Thursday [3/25/2021]?"

4. Plaintiff responded: "Nothing but it just doesn't look good if you miss the deadline," since the Honorable Judge Gallagher has not Ordered otherwise.

5. I find that Mr. Moffet's presumption that this Court will automatically appease his each and every demand to be an offensive display of arrogance, hubris and disrespect to both the plaintiff and this Honorable Court.

6. Mr. Moffet's statements are a clear sign of bad faith and improper intention regarding serious allegations brought before this honorable Court by Plaintiff, who is indeed proceeding *pro se,* and doing so honestly and in pursuit of justice for consumers who might find themselves similarly victimized by M&T's illegal strategies.

7. Plaintiff believes that the Counsel for the Defendant will continue to make frivolous procedural motions to delay litigation and increase the expense of litigation, in violation of professionalism and standards of integrity and honesty which professional counsel are bound by.

8. Mr. Moffet's nonchalance and cocky attitude are offensive and improper, and Plaintiff believes that the counsel for the Defendant will continue to operate in bad faith if they are given the license to do so, despite the preponderance of evidence which clearly shows that M&T Bank is liable for the relief demanded by Plaintiff in the complaint filed with this honorable court.

9. Plaintiff respects the deadlines set by the Federal Rules of Civil Procedure and plans to proceed in this civil action with integrity, honesty and good intentions. At the current juncture, it is unclear whether the Defendant intends to do the same, so I find it necessary to bring these facts before the court at the present time.

10. In further support of Plaintiff's response in opposition to Defendant's motion to extend the time to file an answer, I ask that this court and the Honorable Judge Gallagher consider these facts and the evidence filed which show the egregious misconduct of M&T, and if Mr. Moffet thinks that 25 years of experience grants him the right to take advantage of technicalities to delay litigation, shame on him; but, notwithstanding a court Order from Judge

Gallagher, I would expect Defendant to abide by the timelines currently in force rather than assuming that certain orders will be made by default.

11.     Plaintiff files this memorandum respectfully this 23rd day March 2021.


_____/s/*_____
Bryce Carrasco

3