# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BRYCE CARRASCO

    Plaintiff

v.

M&T BANK

    Defendant

Case No.:       1:21-cv-00532

**MOTION TO SEAL CERTAIN EXHIBITS**

## MOTION TO SEAL CERTAIN EXHIBITS

1. Plaintiff hereby motions to seal certain exhibits filed due to personal information which should be confidential for privacy reasons. The documents are listed below:

2. Document 16-1.

3. Document 16-3.

4. Plaintiff files this memorandum respectfully this 23rd day March 2021.

_____/s/\*_____
Bryce Carrasco

*[signature: Bryce Carrasco]*

1