IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYCE CARRASCO,                    *

    Plaintiff,                   *

v.                                 *       Civil Case No.: 1:21-CV-00532-SAG

M&T BANK,                          *

    Defendant.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendant M&T Bank's Motion to Extend Time to Respond to Complaint, and Plaintiff's opposition, ECF 13, 14, 18, it is this 24th day of March 2021, hereby ORDERED that Defendant's Motion is hereby GRANTED IN PART, and the time by which M&T Bank must respond to Plaintiff's Complaint shall be extended to and including April 2, 2021.

                                    /s/
                                  The Honorable Stephanie A. Gallagher
                                  United States District Judge