# Exhibit 18

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary

- Experian Dispute Results Report Dated 1/7/2021

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

 



Prepared for
**BRYCE CARRASCO**
**Personal & Confidential**

**Date Generated** Jan 7, 2021
**Report Number** 2421-5537-61

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966


Updated

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

**2020**

| JAN | FEB | MAR | APR |
| --- | --- | --- | --- |
| ○ | ○ | ○ | ○ |

| MAY | JUN | JUL | AUG |
| --- | --- | --- | --- |
| ○ | ○ | ○ | OK |

| SEP | OCT | NOV | DEC |
| --- | --- | --- | --- |
| OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| | | | |
| --- | --- | --- | --- |
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

## ← Before your dispute:

| | | | |
| --- | --- | --- | --- |
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
| --- | --- | --- | --- |
| | 90 90 Days Past Due | | |

**2020**

| JAN | FEB | MAR | APR |
| --- | --- | --- | --- |
| ○ | ○ | ○ | ○ |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
|  |  |  | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

---

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| | | | |
|---|---|---|---|
| NOV 2020 | $2,348<br>Balance | $58<br>Scheduled Payment | $0<br>Paid |
| OCT 2020 | $2,313<br>Balance | $57<br>Scheduled Payment | $0<br>Paid |
| SEP 2020 | $2,288<br>Balance | $57<br>Scheduled Payment | $0<br>Paid |
| AUG 2020 | $2,288<br>Balance | $0<br>Scheduled Payment | $0<br>Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/) .

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>**b.** Federal Trade Commission:<br>Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| **2.** To the extent not included in item 1 above:<br><br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>**d.** Federal Credit Unions | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>**b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>**c.** FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>**d.** National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |

| | |
|---|---|
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)



Experian

© 2021 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.

