# Exhibit 19

---

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary
- Complaint Filed with CFPB and Responses from M&T Bank

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

 All complaints (.)

# 210129-5993986

CLOSED

## ✓ Submitted

**STATUS**
Submitted to the CFPB on 1/29/2021

**PRODUCT**
Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**
Incorrect information on your report

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

In August of 2020, I opened a revolving line of credit with M&T Bank at a local branch office location in Baltimore, Maryland. I provided all requisite contact information to the M&T Bank employee. The M&T Employee was Drew Solstice. The account was officially activated on August 3, 2020. The credit card was subject to a 12 month promotional offer which offered 0% APR for the 12 month period following account activation date. I exchanged emails with

Drew Solstice and requested credit documentation for the credit card and he responded saying that no such credit documentation existed and he said that M&T Bank did not have any documentation that would allow me to understand the terms of the credit card. I opened the credit card to refinance a credit line I had with M&T Bank with principal outstanding of approximately $2,200. Thus, M&T Bank initiated a transfer balance to repay obligations to the existing creditor, Bank of America, in an amount equal to $2,200. This transaction was completed on 3 August 2020. The line of credit was advertised as having no minimum payments within the first 12 months in addition to 0% APR without limitation during the aforementioned 12-month period which was slated to begin starting in August 2020 and extending to the billing period ending in July 2021. I had relocated to my parent's domicile beginning in September 2020 and thus was not at my apartment which was the address provided to M&T for physical credit statement delivery. Nevertheless, the physical statements were delivered to my apartment located at 100 East Redwood Street, Baltimore, Maryland 21202 each month up to December 2020. In the first week of December 2020, I visited my apartment to check my mail and I found numerous statements and letters from M&T Bank regarding the line of credit which I had opened in August 2020. The letters were hostile in nature, and i received 8 letters between September 2020 to December 2020 which stated that i was delinquent and that they were going to close the account. I was also charged late fees in addition to a balance transfer fee which i believe to be excessive. Two of the late fees were rescinded upon request and credited against the principal balance of the credit obligation. Upon reading the 8 letters, i called M&T at the number listed on the letters and submitted a check by phone for $231 which was the amount currently due. I submitted a dispute with M&T Bank and received an email confirmation that the dispute was under investigation on December 31, 2020. I also submitted online disputes with Experian, Equifax and Transunion in December 2020 as my credit statements included derogatory information regarding my credit profile due to information submitted by M&T Bank. My credit report stated that M&T had closed my account and that i never repaid the debt that was due, which is incorrect as i did pay the balance of the account once i was aware that M&T was demanding minimum payments and my account was never closed by M&T Bank and remains open. I currently have availability under the line of credit in excess of $1,000 with all payments completed. Nevertheless, my disputes with all three credit reporting agencies were deemed resolved with no changes to the information on the credit report. The credit reports still show the account as being closed at the request of the creditor and the incorrect information has severely affected my credit score. At no time did M&T make a commercially reasonable effort to contact me regarding overdue payments on the Revolving Line of Credit, notwithstanding the physical statements delivered to my apartment address which represents only one (1) of the various methods of contact I had provided in good faith to M&T Bank. At the time of opening the credit account with M&T Bank in July 2020, I provided the following information to the relationship manager at the branch office located at 1 Light Street, Baltimore, Maryland 21202: 1. Cell Phone Number: 410-858-7432 2. Email Address: bocarrasco47@gmail.com 3. Primary Home Address: 100 East Redwood Street, Apartment 2013, Baltimore, Maryland 21202 4. Alternate Physical Address: 334 Ternwing Drive, Arnold, Maryland 21012 I have digital evidence of correspondence between myself and the relationship banker, whose name is Drew Solstice,

which was conducted via the email address listed above. Included as an exhibit to this statement is email correspondence between me and Drew Solstice, the relationship banker at M&T Bank who was responsible for opening the new account for me in August 2020, which is clear evidence that my email address was readily available, therefore if my account was overdue or needed urgent attention, it would have been easy to contact me via email. I also have phone records of calls with Drew Solstice which is evidence that my cell phone was also readily available and provided in good faith upon account opening. Despite all of this, M&T Bank submitted information to all 3 major credit reporting agencies making a false allegation that I was delinquent and had not made minimum payments on the revolving line of credit opened in August 2020.     There are two principal reasons I believe these allegations are false and in bad faith: 1. M&T Bank did not make clear to me at time of opening the credit card that the account would be subject to minimum monthly payments of principal during the introductory 12 month period. 2. M&T Bank did not take any actions or make a commercially reasonable effort to contact me via cell phone, alternate home address, or email, all of which were readily available and would have resulted in quick responses from me. However, M&T Bank only relied on physical mail delivery to my primary address which I was not staying at during the aforementioned three month period where Lender had accused me of defaulting on the credit obligations.

**ATTACHMENTS**

Selected Emails with Office of President.pdf (177.3 KB)

MTB Personal Credit Statement - Bryce Carrasco.pdf (98.9 KB)

View Account Details _ MTB 12302020.pdf (201.3 KB)

Drew Solstice - Gmail - Pay Statements.pdf (190 KB)

MTB Office of President Email (12.31.2020).pdf (111.6 KB)

Equifax Annual Credit Report - MTB Section.pdf (805.4 KB)

MTB Letter #2 (18 Sept 2020).pdf (383 KB)

M&Tbank Letter #1 (4 Sept 2020).pdf (550.4 KB)

TransUnion Credit Report v2.pdf (606.3 KB)

Experian - Access your credit report 1.10.2021.pdf (435.1 KB)

MTB Letter#3 (25 Sept 2020).pdf (372 KB)

View full complaint ⊕

 Sent to company

**STATUS**

Case 1:21-cv-00532-SAG    Document 21-3    Filed 03/25/21    Page 5 of 27

Sent to company on 1/29/2021

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

# ✓ Company responded

**STATUS**

Company responded on 2/5/2021

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Please see attached. Thank you.

**ATTACHMENTS**

Response Letter - Bryce Carrasco.pdf (5.2 MB)

# ✓ Feedback provided

**STATUS**

Feedback provided on 2/5/2021

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**ADDITIONAL COMMENTS**

The company did not appropriately respond to any of the specific issues referenced in my complaint.

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

The company did not respond to my complaint with any factual information relevant to the issues included in my complaint.

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

---

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

## ⊗ Closed

The CFPB has closed your complaint.

---



ADDITIONAL TOOLS AND RESOURCES

Credit reports and scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

🇺🇸   An official website of the United States Government

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 5, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210129-5993986

Dear Mr. Carrasco:

I am writing in response to your correspondence to M&T's Executive Offices and the
Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card
with Rewards ending -6414. Thank you for the opportunity to respond to your concerns.

**Here's what our records show.**

- You applied for an M&T Visa Credit Card with Rewards at the Light and Redwood
  branch, located at 1 Light Street, Baltimore, MD 21202, and your credit card was
  opened on July 17, 2020.
- The enclosed *M&T Bank Visa Credit Card Agreement* would have been mailed to
  you with your credit card and stipulates under the section titled "Responsibility"
  that by applying for or using the M&T Visa Card, you accept, agree to, and are
  bound by the terms and conditions. You promise to do everything this Agreement
  requires of You, and You promise to pay all amounts due on Your Account. A
  signature was not required.
- As of the date of this letter, our records reflect the above address, and we do not
  have record of a request to update this information. As such, your monthly
  statements, which would have indicated a minimum payment was due, and
  collections notices, were and continue to be mailed to this address.
- Additionally, our Consumer Asset Management area contacted you on several
  occasions by phone at the number you provided at account opening and confirmed
  in your correspondence. These calls were made regarding payments to your credit
  card and to notify you that a payment was past due.

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

After a review of your account, we have determined that no bank error occurred in this case. As such, we are unable to remove the late reporting associated with your credit card. Please be advised that under the Fair Credit Reporting Act, M&T is required to report all factual information to the various credit bureaus.

Lastly, our records show your most recent payment made for $60.00 posted on January 15, 2021, and your account is now up to date.

**We're here to help.**

I hope this information has been helpful. If you have further questions or concerns or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosure

The following Disclosures apply to new M&T Bank M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, and M&T Secured Credit Card accounts, and are provided as required by law.

Please Note: If you are approved and qualify for any promotional offer, the specific account disclosures for that promotional offer will be mailed to you with your Agreement.

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. <br><br> M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Overdraft Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | **24.99%.** This APR may be applied to your account if your account is past due 60 days. <br><br> **How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire account balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| **Transaction Fees** | |

5/1/2020

| **Balance Transfer** | **4%** of each balance transfer (minimum $10) |
|---|---|
| **Cash Advance** | **3%** of each transaction (minimum $10) |
| **Overdraft Transfer** | **$12.50** for each transaction, but charged no more than once per day |
| **Foreign Transaction Fee** | **3%** of each transaction in U.S. dollars (excluding the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| **Penalty Fees** | |
| **Late Payment** | up to $35 |
| **Unpaid Convenience Checks** | up to $25 |
| **Returned Payment** | up to $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR**: We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late.

The information about the costs of the card described in this application is accurate as of (5/1/2020). This information may have changed after that date. To find out what may have changed, call us at 1-866-279-0888.

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To obtain this information orally, along with general information about the terms of your loan or line, please call toll free 1-800-724-1702.

**Authorization**
By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident (unless you are applying for an M&T Secured Credit Card in which case you may be a non-resident alien), you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application. In addition, you understand that if you ask, we will tell you if a credit report was requested, and, if so, the name and address of the credit-reporting agency furnishing it. To request this information you should write M&T Bank, PO Box 767, Buffalo, NY 14240 Attn: Credit Department or call 1-800-724-6441.

You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa® Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa® Credit Card with Rewards.

**Balance Transfers**
We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or overlimit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not affect any balance transfer you request if you call 1-866-279-0888 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you.

Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

© 2020 M&T Bank

**M&T Bank Visa® Credit Card Agreement**

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION.  YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.**

This Agreement governs the use of Your M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, or M&T Secured Credit Card account with M&T Bank, and together with the Application, Disclosures and Terms, and any other documents We provide in connection with the Account is the collective agreement  that applies to all transactions on Your Account.  This Agreement is the final expression of the terms and conditions of Your Credit Card Account with Us, and it supersedes any alleged oral or inconsistent provisions of any prior agreement.  If any part of the Agreement conflicts with applicable law or is determined by a court to be invalid, this Agreement will be considered changed to the extent necessary to comply with the law or court decision and the remainder of the Agreement will remain in effect.  By applying for an Account, or using a Card, You agree that We may provide Your personal data to VISA U.S.A., its members or their agents for, among other things, the purpose of providing emergency cash, emergency credit card replacement services, or as required by the Visa rules and regulations ("**Visa Rules**").  Please read this Agreement in its entirety and keep it for Your records.

## Definitions

In this Agreement, **"We" "Us"** and **"Our"** mean **M&T Bank**, its successors and assigns, the issuer of the Card(s) and Your Account creditor. **"You"** and **"Your"** mean each person who signs an application for, or otherwise requests, a credit card account with Us. **"Account"** means Your Credit Card account with Us to which the Card(s) are linked. **"Card"** means each Credit Card linked to the Account that We have issued to You and includes each credit card, other access device, such as account numbers, We issue to You, or Checks in connection with the Account. **"Checks"** mean promotional cash advance or balance transfer checks and convenience checks We may provide You from time to time. **"Agreement"** means this Agreement, the "Disclosures and Terms" that are provided with Your Card, And any other documents provided to You in connection with the Account, that together comprise Your "Agreement." **"Purchase(s)"** means a purchase of goods and/or services from participating merchants who accept VISA cards. **"Transaction"** means any amount of credit obtained under Your Account for Purchases, Advances, Balance Transfers, Checks and overdrafts. **"Outstanding Balance"** means the total dollar amount of Your obligation under this Agreement for all Transactions, interest, finance charges, fees, and any other costs. **"Advances"** is defined in the section captioned *Use of the Account.* **"Credit Limit"** is defined in the section captioned *Credit Limit.*

## Effective Date:

This Agreement becomes effective as soon as You activates the Card or the Account. Even if the Card or Account has not been used or activated, this Agreement becomes effective unless You contact Us within 30 days after You receive the Card by calling the number on the back of the Card to cancel Your Account.

## Responsibility

By applying for or using the Card, You accept, agree to, and are bound by these terms and conditions.  You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account.  Your obligation to pay the Outstanding Balance continues even though an agreement, divorce decree or other court judgment to which We are not a party may direct You or one of the other persons responsible to pay the account.  You agree to pay each and all of the interest, fees and charges described in this Agreement.

## Authorized User

If You or Your Joint Account holder lets someone else use the Account ("Authorized User"), You and any Joint Account holder are responsible for all Transactions made by that person, whether or not You have notified Us that the person will be using Your Account and whether or not the amount of the actual use exceeds Your permission or was made for Your benefit.  An Authorized User will not be responsible for paying the balances due on Your Account.  You agree not to allow access to the Account to anyone who is not an Authorized User. You are responsible for any Account transactions made by You or anyone whom You are deemed to have authorized by (a) lending Your Card to, or allowing Account access by another person; or (b) any other way in which You would be legally considered to have allowed another person to use Your Account or to be legally prevented from denying that You did so. You cannot disclaim responsibility for these charges by notifying Us, but if You write Us at the address or call Us at the telephone number shown on Your billing statement and return all Cards and Checks to Us, We will close Your Account for new Transactions.

## Use of the Account

You must sign the Card immediately upon its receipt.  If You do not sign the Card, You will still be obligated to pay any and all amounts incurred on the Account.  The Card may only be used during its validity period, which is printed on the Card.

You may use the Card to make Purchases. You may obtain cash advances from Us and from other financial institutions that accept VISA Cards, as well as from automated teller machines (ATMs) that accept VISA Cards (but not all ATMs accept VISA Cards.) (**"Advances"**).  To obtain cash advances from an ATM, You must use the Personal Identification Number (PIN) that is issued to You.

With the exception of M&T Secured Credit Card Accounts, You may use Checks issued by Us to access Your Account, subject to any terms communicated to You with the Checks in addition to the terms of this Agreement. When You or a Cardholder sign(s) a Check, You or Cardholder request(s) a cash Advance from the Account.  We may refuse to pay a Check for any reason.  At Your risk and upon Your request or the request of a Cardholder, We will accept a stop payment request on a Check. You or a Cardholder must provide Us with any information We may require.  A stop payment request becomes effective only after We have had a reasonable opportunity to act upon it.  Our receipt of a stop payment request comes too late if:  We have indicated in any manner that We will pay or honor the Check; the Check is already in Our processing system; or We do not have a reasonable time to act upon it (and You and We agree that the receipt of Your stop payment request on the same day as the Check is presented to Us does not give Us a reasonable time to act on the stop payment request).  Stop payment requests may be made orally or in writing.  A stop payment request is effective for 6 months following Our receipt and must be renewed either orally or in writing.  If You fail to renew a stop payment request before it expires, You will be deemed to have consented to payment of the Check.

**Overdraft Protection:**

If You have an M&T Bank Interest Checking Account or other M&T Bank Checking Account, You may link the Checking Account (Your Checking Account) to Your Account to cover overdrafts on Your Checking Account.  If you ask to link Your Checking Account to Your Account, You authorize Us to (1) de-link <u>and close</u> any overdraft line of credit account which currently may be serving as an overdraft mechanism, and (2) de-link any other account with M&T Bank, which currently may be serving as an overdraft mechanism.  If You have requested overdraft protection for Your Checking Account, You will obtain credit from Your Account, subject to the Credit Limit and other provisions of this Agreement and the terms of Your Checking Account Agreement, by any of the following methods: (1) if an M&T Bank Check Card or Visa check card is used to make a withdrawal or transfer from Your Checking Account, but the amount of the withdrawal or transfer exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account , (2) if any other amount is sought to be withdrawn from Your Checking Account (for example, by a check or to pay a service charge or other fee charged against Your Checking Account) but exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account, (3) if at any banking office of M&T Bank, You cash a check or other item but the check or other item is not paid by the financial institution on which it is written, the amount of the check or other item will be considered to have been lent under Your Account, and (4) if any transfer or other transaction made or attempted to be made by any means results in a transfer or transaction in an amount in excess of the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account.  This paragraph applies regardless of who initiates the transaction that accesses Your Account.

**For M&T Secured Credit Card Accounts Only**

You agree that the creation of, and access to, Your Account is conditioned on You providing a security deposit in an amount equal to Your credit limit ("Security Deposit").  If You do not already have a savings account with M&T Bank ("Savings Account"), You will be required to open an account prior to the opening of this Credit Card Account.  You agree that We may hold the Security Deposit in Your Savings Account during the term of this Agreement, or until We determine that a Security Deposit is no longer required.  You agree that 1.) You will not have access to the Security Deposit in Your Savings Account, 2.) You have granted Us a Security Interest in such funds, 3.) You have pledged such funds as collateral, and 4.) We will maintain full control of the Security Deposit during the term of this Agreement.

We may apply any part or the full amount of the Security Deposit to the Outstanding Balance owed on Your Account in the event that 1.) You default under any of the terms of the Agreement, 2.) You close Your Account, 3.) We terminate Your Account for any reason, or 4.) the Savings Accounts holding your Security Deposit is no longer in good standing.  Such application of funds shall not satisfy any Minimum Monthly Payment under the Agreement.  After We apply such funds, any excess funds will remain in Your Savings Account, and will no longer be pledged.

We may, at Our discretion release Our hold on the Security Deposit but will not be required to do so.
**Joint and Several Liability**

If more than one owner or co-applicant applies for an Account, You and Your joint Account holder promise to pay and are jointly and individually responsible for all amounts due on the Account.  This means that We can require any one of You individually to repay the entire amount owed under this Agreement. Each of You authorizes the other(s) to make Purchases, cash Advances, or otherwise access Your Account, individually as well as for each Cardholder.  Any one of You may terminate the Account and the

5/1/2020

termination will be effective as to all of You. You understand and agree that in the event of conflicting directions, We will terminate the Account upon receiving a request by any co-applicant of the Account.

#### Our Right to Cancel Your Account / How to Cancel Your Account

We can suspend, cancel or terminate the Account and/or revoke Card(s) at any time without prior notice, except as required by law. You or a Cardholder cannot use a Card or Checks after any such termination or cancelation has occurred. You can cancel the Account by notifying Us. In either case, You and any Cardholder agree to destroy all Cards and Checks. Cancellation of the Account will not affect Your liability to Us for the Outstanding Balance and any other costs related to the Account. You are also responsible for all Transactions made to the Account after termination until such time as You duly notified Us in accordance with the section below, unless the Transactions were fraudulent. Checks are no longer valid if the Account has been suspended or terminated.

#### Lost or Stolen Cards / Liability for Unauthorized Use

You must notify Us orally or in writing immediately of the loss, theft, or possible unauthorized use of the Card or Checks. You are not liable for unauthorized Transactions made by using the Card after You duly notify us of its loss, theft, or suspected unauthorized user and allow Us a reasonable amount of time to act. Under VISA Rules, You will generally have no liability for the unauthorized use of any Card after its loss or theft. If there is an exception to the VISA "zero liability" operating rule, such as if You or a Cardholder are grossly negligent in handling Your Card, Your maximum liability is $50. You can notify Us by calling 1-800-724-2440 or writing Us at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405.

You agree to assist Us in determining the facts, circumstances and other pertinent information relating to any loss, theft or suspected unauthorized use of a Card and Account and comply with such procedures as We may require in connection with Our investigation, including assisting in the prosecution of any unauthorized user.

#### Credit Limit

The Account's "Credit Limit" is the maximum amount of Transactions (Purchases, cash Advances, Checks, Balance Transfers, overdraft protection, promotional cash Advances, and promotional Balance Transfers), interest, finance charges, plus any other charges that We allow You to owe Us on Your Account at any time. You will be advised of the Credit Limit when We issue the Card(s) connected to the Account. You shall not allow Your Outstanding Balance to exceed Your Credit Limit. However, if You exceed Your Credit Limit, You are still responsible to pay the Outstanding Balance to Us. Notwithstanding a higher Credit Limit, We do not give up any of Our rights under this Agreement and We can require that You immediately pay to Us any amount in excess of Your Credit Limit. We may establish a maximum cash advance amount that is less than Your Credit Limit. This cash advance limit is deemed to be the "Cash Limit".

Each payment You make on the Account will restore the Credit Limit by the amount of the payment, unless You are over Your Credit Limit. At Our sole discretion, We may wait to restore Your Credit Limit until We have actually collected the funds You have submitted to Us in payment. If You are over the Credit Limit, You must pay the amount You are over before payments will begin to restore the Credit Limit. You may request an increase in the Credit Limit only by a method acceptable to Us that We communicate to You.

**We can increase or decrease the Credit Limit at any time for any reason and We can refuse to make a Transaction (without prior notice) at any time for any reason not prohibited by law. We are not responsible for any losses if a Transaction is declined for any reason, either by Us or someone else, even if You have credit availability. We may require You to register Your account with an authorization system that We select for online Transactions, and decline Your online Transactions if You do not register.**

#### Interest Charges and Fees

We calculate interest on the Account using the average daily balance method (including new Transactions) **"Average Daily Balance"**. We calculate interest separately for each category of Transactions (purchases, Advances, Checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, We calculate a "**Balance Subject to Interest Rate**" for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the "**Daily Periodic Rate"** for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, We take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments.

A credit balance is considered zero.  Then, for each category, We calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

Except as provided in the section headed "Paying Interest," interest will begin to accrue on any Transaction on the transaction date.  For Checks, the transaction date is the date the check is presented to Us for payment.

Your APRs and Daily Periodic Rates may vary (i.e., increase and decrease) with changes in the Prime Rate (as defined below).  We will determine Your purchase APR by adding Your purchase margin to the Prime Rate. We will determine Your cash Advance and Check APRs by adding a margin of 18.99% to the prime rate, and Your overdraft APR by adding a margin of 18.99% (10.99 for accounts opened prior to 6/5/14) to the Prime Rate. Your balance transfer APR will be equal to Your purchase APR after any applicable promotional period expires.  **To the extent permitted by applicable law, Your APRs are not subject to a maximum limit.**

**We calculate each APR for each monthly billing cycle by adding the appropriate margin to the prime rate published in _The Wall Street Journal_ on the first business day of the previous month.** The "Prime Rate" is the highest U.S. Prime Rate published in the Money Rates section of _The Wall Street Journal_. The Prime Rate is not the lowest or the best interest rate available to a borrower at any particular bank at any particular time – it is only a pricing index. If _The Wall Street Journal_ stops publishing the Prime Rate, We will select a similar pricing index rate to calculate Your APRs.

For each billing period, We see what the Prime Rate was on the first business day of the previous month. For example, the Prime Rate for the billing period beginning March 1 will be the Prime Rate published on February 1. We then add the applicable margin to that Prime Rate to get the APR. The Daily Periodic Rate is 1/365th of the APR, and 1/366th in a leap year. If Our calculation results in a change to a Daily Periodic Rate from the previous month because the Prime Rate has changed, the new rate will apply as of the first day of Your billing period that begins for the current monthly billing cycle.  If the Daily Periodic Rate increases, You will have to pay a higher interest charge and may have to pay a higher Minimum Monthly Payment.

**Paying Interest**

Your due date will be at least 25 days after the close of each billing cycle.  If a monthly statement includes new purchases, You may avoid paying interest on those new purchases by paying the entire new balance reflected on that monthly statement (the "**New Balance**" for that month) in full by the payment due date for that monthly statement (the "**Payment Due Date**" for that month).  If We do not receive the entire New Balance by the Payment Due Date, interest will be charged on the purchases from the date of the transaction.  Interest charges on balance transfers, cash advances, and overdraft advances begin to accrue on the transaction date and continue to accrue until paid in full, and will be assessed even if Your entire New Balance is paid by the Payment Due Date.

**Penalty Rate**

A Penalty **APR** of **24.99%** (Daily Periodic Rate of .06847%) will apply to all balance categories instead of the introductory APR or regular **APRs** if You fail to pay the Minimum Monthly Payment within 60 days after its due date.  If You promptly remedy the default, Your Account will return to the regular **APRs** for each balance after 6 consecutive cycles in which Your Account is deemed current and is not in default.  Otherwise, Your **APRs** will remain at **24.99%** (Daily Periodic Rate of .06847%) until Your Outstanding Balance is paid in full.  The **APR** increase will occur regardless of whether We exercise any other right or remedy permitted under this Agreement or by law for Your default.

**Fees and Charges**

**Late Charges.** You must pay a late charge, as described below, if any Minimum Monthly Payment is overdue.

Late Payment Charge of $25 ($35 if You make a late payment within 6 billing cycles of any previous late payment).  We add the late charge to Your purchase balance.

**Returned Check Charges.** If You use a payment check to pay any amount owing under Your Account and the check is not paid, You must pay a returned check charge of $25.  We add the charge to Your purchase balance as of the date of dishonor.

**Cash Advance.** If You obtain a cash advance, You must pay a cash advance fee of three percent (3%) of the value of the cash that is advanced, subject to a $10 minimum fee.  This fee is a **FINANCE CHARGE.**  We add the fee to Your cash advance balance as of the Transaction date.

**Balance Transfer.** If You obtain a balance transfer, You must pay a balance transfer fee of four percent (4%) of the value of the transferred balance, subject to a $10 minimum fee.  This fee is a **FINANCE CHARGE.**  We add the fee to Your balance transfer balance as of the Transaction date.

5/1/2020

We may decline balance transfer requests under certain circumstances. For example, if the Account is delinquent or overlimit, We may decline to process a request for balance transfer. If We do, We will notify You.  The balance transfer limit, including all applicable fees, may not exceed the value of the Account's available credit line. If the total balance transfer amount You request exceeds the value of the available credit line, You authorize Us to send either full or partial payment to Your creditors in the order You provide them to Us.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution.  It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

**Overdraft Transfer**. If You have linked Your Checking Account to Your Account, You must pay a $12.50 transfer fee on each day a transfer to Your Checking Account occurs. You will only pay one $12.50 transfer fee per day, regardless of the number of transfers made during that day.  This fee is a **FINANCE CHARGE.**  We add the fee to Your overdraft balance as of the Transaction date.

**Unpaid Convenience Check Fee**. If We do not pay a Check (because You have asked Us not to do so or if we have decided not to pay it because You are in default, a Check has expired, etc.) You must pay an Unpaid Convenience Check Fee of $25.

**Foreign Transaction Fee.**  If You use Your Card for any transaction involving a foreign currency (not in U.S. dollars), You must pay a Foreign Transaction Fee of three percent (3%) of the value of the transaction after conversion to U.S. dollars, unless You have the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged.

**Expedited Card Fee**.  If You request that We expedite the delivery of a replacement Card, You must pay an Expedited Card Fee of $25.

**Administrative Fees.** We may charge You for copies of billing statements, sales drafts or other records or for special services You request.  We will not charge You for copies of documents You request for a billing dispute You assert against Us under applicable law.  These charges may change from time to time and will be added to Your purchase balance as of the date of the request.

**Fee Limitations**.  We will not charge You a Late Payment Charge, Returned Check Charge, or Unpaid Convenience Check Fee that exceeds the amount of the associated payment/check.  For example, if Your Minimum Monthly Payment amount is $20 and You make a late payment, You will be charged a $20 Late Payment Charge.

## Method of Payment

You must pay Us Your Outstanding Balance.  You can pay it in full at any time without any penalty, or You can pay it in installments. You must pay it in United States dollars drawn on funds on deposit in a United States financial institution or the United States branch of a foreign financial institution using a payment check, money order or automatic debit payable to our order that will be honored by Your financial institution.  By the date shown on any statement for Your Account, You must pay at least the Minimum Monthly Payment shown on the statement.

## Monthly Minimum Payment

The "**Minimum Monthly Payment**" is the greater of:

(a) $15: or

(b) 2.5% of the Outstanding Balance of Your Account at the end of a billing period plus the greater of (i) any amounts over limit or (ii) any past due amounts.

Your Minimum Monthly Payment will be rounded to the nearest dollar.

## Defer a Payment

In Our sole discretion, We may allow You to defer making the Minimum Monthly Payment for certain billing periods.  During the deferred-payment period, interest will be assessed, but no late fee will be imposed.  At the end of the deferred-payment period, all terms of this Agreement that would have applied, were it not for the deferred-payment feature, will automatically resume without notice.

## Payment Requirements

We do not accept cash payments through the mail.  Mailed payments must be made by payment check or money order accompanied by the payment stub attached to the statement and must be received by Us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014.  Payments made in person must be made at an M&T Bank branch by payment check

5/1/2020

or money order accompanied by the payment stub attached to the statement.  Checks must be made payable to **M&T Bank**.  Except to the extent required by applicable law, if We accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date We receive it.

**Payment Allocation**

We will allocate Your payments in the manner We determine.  In most instances, We will allocate Your payments up to the Minimum Monthly Payment to balances (including Transactions made after the statement) with lower **APRs** before balances with higher **APRs**.  Payments above the Minimum Monthly Payment will be allocated to balances with higher **APRs** before balances with lower **APRs**.

**Foreign Transactions**

Transactions made in foreign countries and foreign currencies will be billed to You in U.S. dollars.  The exchange rate for transactions in a foreign currency will be a rate selected by VISA from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives, or the government mandated rate in effect for the applicable central processing date.  The exchange rate in effect on the central processing date may differ from the rate in effect on either the transaction date or the posting date.  The exchange rate is subject to change by VISA.

**Amendment of Agreement**

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an "**Amendment**").  Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment.  Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the rights and obligations You or We may have relating to this Agreement.  Notice of any change will be given in accordance with applicable law.  The Amendment will become effective on the effective date stated in the notice.  Use of Your Card after receiving notice of a change will further evidence Your agreement to the change.  If permitted by law and unless otherwise specified in the notice to You, the change will apply to Your Outstanding Balance as well as to future transactions.  If You give Us written notice that You do not agree to the change, We will terminate Your Account and You will be permitted to pay the Outstanding Balance as of the effective date under the terms of the Agreement governing Your Account at the time our notice was given.  If You use Your Card after the effective date of the Amendment, You will be considered to have agreed to the new terms even if You have sent Us such written notice.

**Reissuance of Cards**

You agree that at any time for any reason We may reissue a Card to You and/or may ask You to return any or all Cards.

**Default**

Except to the extent prohibited by applicable law, You will be in default if:

1) You fail to make any payment when due under this Agreement or to comply with any of the other terms of this Agreement in existence now or in the future;

2) You die, file for bankruptcy or become insolvent;

3) You make any false or misleading statements in any credit application or credit update, or violate any other provision of this Agreement;

4) We believe Your ability to pay what is owed under this Agreement has been substantially reduced;

5) You fail to pay any other indebtedness owed to Us or our affiliates existing now or coming into existence in the future by the date it becomes due;

6) Legal proceedings are commenced to take any property belonging to You whether now existing or hereafter acquired; or

7) Any tax or other involuntary lien is filed or recorded against any property belonging to You now or in the future,

If You are in default, We may declare the Outstanding Balance and any other amounts You owe to be immediately due, prohibit further Transactions (without prior notice), cancel the Cards, terminate the Account, and revoke any privileges associated with the

Card or Account. We may increase Your **APRs** to the **Penalty APR** under the circumstances described in the section in this Agreement headed "**Penalty Rate**."

### Collection Costs

If You are in default, to the extent permitted by applicable law, You agree to pay reasonable collection expenses that We incur enforcing this Agreement, including court costs and attorney's fees not exceeding 20% of the amount due and payable under this Agreement if it is referred to an attorney not Our salaried employee for collection.

### Communication Regarding Account, Statements and Notices

You authorize Us to contact You by telephone regarding Your Account. To assure customer service quality, telephone communications with You may be monitored and recorded, without further notice. You agree that such telephone calls may be monitored, recorded and automatically dialed and that a recorded message may be played. You agree that such telephone calls are not unsolicited telephone calls for purposes of any state or federal law.

All notices required in this Agreement must be in writing. You will send all notices to Us to the address shown in Your periodic statement, unless We notify You otherwise. Notices to Us are effective when We receive them and have a reasonable opportunity to act on them.

Statements and notices, which We can send by regular mail, will be mailed to You at the most recent address You have given Us, as shown in our records concerning Your Account. Notice sent to any one of You will be considered notice to all.

### Waivers

No change in this Agreement can be made except in writing, signed by Us. We can do any of the following without notifying You or losing any right with respect to Your Account or against You:

1) Accept any check or other order marked "Paid in Full" or with similar language as a payment under this Agreement;

2) Give additional time for payment of any amount owing under this Agreement; or

3) Exercise, give up, fail to exercise or delay exercising any right with respect to Your Account or against any person.

For example, We can sue You to collect the Account's Outstanding Balance whether or not We sue anyone else**.**

If property is or will be security for another debt You owe Us and under the terms of that indebtedness the property would secure amounts You owe under this Agreement, We waive the right to treat the property as security for amounts You owe under this Agreement.

### PIN

If applicable, You may be requested to change Your PIN from time to time as instructed by the Bank. You agree that You will not disclose, and will prevent the disclosure of, Your PIN. If the confidentiality of the PIN is compromised, You shall notify Us immediately. You assume sole responsibility for maintaining the PIN.

### Credit Information

You authorize Us to investigate Your credit standing when opening, renewing or reviewing Your Account from time to time, including by obtaining information from credit bureaus and others. You authorize Us to disclose information regarding the Account to credit bureaus and other creditors who inquire of Us about Your credit standing. **We may also provide information to credit bureaus in the name of an Authorized User.**

### Financial and Other Information

If You change the address of Your residence, Your mailing address or Your employer or if there is any unfavorable change in Your financial condition, You must promptly notify Us in writing of the change. Whenever We ask You to do so, You must submit to Us a financial statement in a form satisfactory to Us.

### Limitation on Interest and Finance Charges

5/1/2020

Interest and other finance charges will not be payable at a rate in excess of the maximum rate allowed by applicable law.  To the extent necessary to result in all finance charges not being payable at a rate in excess of that maximum rate, any amount that would be treated as part of those finance charges under a final interpretation of that law by a court will be considered to be a mistake, will be considered to be automatically canceled and, if received by Us, will be refunded to You, it being Your and Our intention that those finance charges not be payable at a rate in excess of that maximum rate.

**Returns and Adjustments**

If Your credits and payments exceed what You owe Us, We will hold and apply this credit balance against future Transactions, or if it is $1.00 or more, refund it on Your written request or automatically within six months.

**Transfers**

We may transfer or assign the Account and/or this Agreement, or any of Our rights under this Agreement, to another person or entity at any time without prior notice to You or Your consent. If the assignee asks You, You must pay the assignee the amount You owe on the Account.

Your rights under this Agreement cannot be transferred by You, by operation of law, or otherwise, but Your obligations shall be binding upon Your estate or personal representatives.

**Illegal Transactions Prohibited**

You must ensure that the Card is not used for any illegal transaction and agree not to engage in any transactions that are illegal in the jurisdiction where You live and/or where the transaction occurs.  Internet gambling, for example, may be illegal in the jurisdiction where You live.  You nevertheless agree that You will be liable, according to the terms of this Agreement, for all transactions, whether deemed legal or illegal. We have the right, but not the obligation, to decline any such Transaction.

**Additional Transactions Prohibited**

You must not obtain any Transaction to (1) make a payment under this Agreement or pay any other indebtedness existing now or coming into existence in the future from You to Us or any current or future M&T Bank affiliate or (2) buy, carry or trade in, or repay any indebtedness originally incurred to buy, carry or trade in, any margin stock or margin security. Use of Your Account must be limited to personal, family, or household purposes.

**Giving Up of Rights**

Except to the extent prohibited by applicable law, You give up any right to require that We (1) demand that You pay any amount owing under this Agreement, (2) notify You if any amount owing under this Agreement is not paid by the date it becomes due or (3) obtain a certificate stating that any amount owing under this Agreement was not paid by the date it became due.

**Military Lending Act**

Notwithstanding any other provision of this Agreement, if You are a "covered borrower" under the Military Lending Act, as defined at 32 CFR § 232.3(g), nothing in this Agreement shall be construed as applying to You or Your Account to the extent inconsistent with the Military Lending Act.

**Governing Law**

**This Agreement is entered into by Us, and made in accordance with, federal law and, to the extent not preempted by federal law, the law of the State of Delaware, where We and your Account are located.  Regardless of the state of Your residence or the place to which You submitted an application, or where Your Account is used, except as provided otherwise in the Arbitration provision below, any legal question concerning Your Account, including, without limitation, provisions of the Agreement relating to finance charges, other charges and fees, will be decided in accordance with applicable federal law and, except where preempted by federal law, or as made applicable by federal law, applicable Delaware State law without regard to its conflict of law principles.**

**Arbitration and Dispute Resolution**

5/1/2020

**IT IS IMPORTANT THAT YOU READ THIS ENTIRE SECTION VERY CAREFULLY. THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES INVOLVING YOUR ACCOUNT THROUGH FINAL AND BINDING ARBITRATION BEFORE ONE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS ACTION.**

**YOUR RIGHT TO REJECT ARBITRATION. You may reject this arbitration provision (and any prior arbitration agreement between You and Us that You have not had a prior chance to reject) as to Claims (as defined below) arising on or after November 8, 2011, by mailing or emailing Us a rejection notice by 30 days after the date You open Your Account. The rejection notice must be signed and must provide Your name(s), address(es) and Account number and state that You reject arbitration for such Credit Card. The rejection notice must be sent to Us at M&T Bank, Regulatory Support, PO Box 1468, Buffalo, NY 14240-1468 (Attn: Arbitration Rejection). If You do not reject this arbitration provision, the following terms will apply to Your Account. Regardless of whether You exercise Your right to reject arbitration as described above, any Claim arising prior to November 8, 2011 will continue to be subject to arbitration under this provision or a prior arbitration agreement, as applicable.**

**Agreement to Binding Arbitration**

Each dispute or controversy that arises out of or is related to Your Account with Us, or any service We provide in connection with Your Account, or any matter relating to your or our rights and obligations provided for in this Agreement or any other agreement between You and Us relating to Your Account or a service provided by Us in connection with Your Account, whether based on statute, contract, tort, fraud, misrepresentation or any other legal or equitable theory, including any claim for interest and attorney's fees, where applicable (any "Claim"), must be determined on an individual basis (not as a class action) by binding arbitration in accordance with the Federal Arbitration Act ("FAA" – Title 9 of the United States Code) under the auspices of the American Arbitration Association ("AAA"). Judgment on an arbitration award may be entered in any court having jurisdiction. This arbitration provision applies to all Claims regardless of whether such Claims seek monetary, injunctive or declaratory relief or a combination of such types of relief. You and We retain the right, however, to pursue a Claim in small claims court instead of arbitration, provided that the Claim is in that court's jurisdiction and proceeds on an individual basis. Any issue regarding the validity or enforceability of the arbitration obligations set forth in this agreement, and any issue regarding whether a particular dispute or controversy is a Claim that is subject to arbitration, shall be decided by the arbitrator.

**Applicable Arbitration Rules**

If the amount in controversy is less than $10,000, the Consumer Arbitration Rules of the AAA will apply. Otherwise, the Commercial Arbitration Rules of the AAA will be applicable (the Consumer and Commercial Arbitration Rules are sometimes hereinafter collectively referred to as the "Arbitration Rules"). Information about the arbitration process, the Consumer or Commercial Arbitration Rules, the AAA's fees and the nearest AAA Case Management Center is available from the AAA online at www.adr.org. Information about AAA procedures, rules, fees and nearest offices will also be made available to You by contacting the corporate headquarters of the AAA at 1-800-778-7879.

**Representation**

You may, but You do not have to, hire an attorney to represent You in any arbitration.

**Number of Arbitrators and Qualifications**

Only ONE arbitrator will be selected. The arbitrator will be selected by mutual agreement between You and Us. If You and We cannot agree on an arbitrator then the AAA will select the arbitrator according to its rules. Each arbitrator shall be a licensed attorney who has engaged in the private practice of law continuously during the 10 years immediately preceding the arbitration or a retired judge of a court of general or appellate jurisdiction.

**Language**

The language of the arbitration shall be in English. Any party desiring or requiring a different language shall bear the expense of an interpreter.

**Location**

Arbitration hearings will take place in the federal judicial district that includes Your address at the time the Claim is filed, or another location in reasonable proximity to Your address, unless the parties agree to a different location.  You or We may choose to appear at the arbitration by telephone or other electronic means subject to the written consent of each party.

**Rules Governing Arbitration**

You and We acknowledge that this Agreement evidences a transaction involving interstate commerce. The FAA shall govern the interpretation, enforcement and proceedings pursuant to the arbitration provisions in this section. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding will apply in the arbitration. In conducting the arbitration and making the award, the arbitrator shall be bound by and shall strictly enforce the terms of this Agreement and may not limit, expand or otherwise modify its terms.

**Tolling of Statute of Limitations**

The filing of a demand for arbitration in accordance with the Arbitration Rules will suspend any requirement to file a notice of claim or to commence an action until the conclusion of the arbitration process.

**Remedies Available**

The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. Subject to the foregoing limitation, the arbitration award shall provide only such relief as a court of competent jurisdiction could properly award under applicable law. The award shall be in writing, shall be signed by the arbitrator and shall include a statement regarding the reasons for the disposition of each and every Claim raised during the arbitration.

**Second Arbitration.**  The arbitrator's award shall be final and binding unless You or We submit a notice  in writing to the AAA requesting a second arbitration before a new arbitrator (the second arbitrator)  within - thirty (30) days of notice of the initial award.  The second arbitrator will be selected in the same manner as the initial arbitrator under the provisions above.  The second arbitrator will consider all factual and legal issues anew and follow the same rules that apply to a proceeding using the initial arbitrator.

**Costs and Arbitration Fees**

If a Claim is arbitrated, We will pay or reimburse You for up to $1,000 in arbitration fees that would otherwise be charged to You by the arbitration administrator. In addition, You may tell Us in writing that You can't afford to pay the fees charged by the arbitration administrator or that You believe those fees are too high. If You do so, We will pay or reimburse You for up to all of the arbitration administrator fees that would otherwise be charged to You by the arbitration administrator if Your request is reasonable and made in good faith. We will always pay the arbitration fees if applicable law requires Us to. We will not ask You to pay or reimburse Us for any arbitration fees We pay the administrator.

We will pay Our own attorney fees, expert fees and/or witness fees associated with any arbitration, regardless of the outcome. If You commence an arbitration proceeding and prevail on Your Claim, We will pay Your reasonable attorney fees up to $5,000, unless applicable law allows You the right to recover additional attorney fees. We will not pay expert fees and/or witness fees.

**No Consolidation of Actions or Class Actions**

There will be no class Claim (i.e., Claims by or on behalf of other persons will not be considered in or consolidated with the arbitration proceedings between You and Us). The arbitrator may not consolidate Your Claims with any other person's claims (except for persons who are Joint Account holders on Your Account) and may not otherwise preside over any form of a representative or class proceeding.

**Other Actions Available; No Waiver of Right to Arbitrate**

5/1/2020

The arbitration provisions contained in this section do not limit Your or Our right, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as the right of set-off or to obtain provisional or ancillary remedies or injunctive or other traditionally equitable relief (other than a stay of arbitration) necessary to protect the rights or property of the party seeking relief pending the arbitrator's determination of the merits of the Claim. The taking of any of the actions described in the preceding sentence by either party or the filing of a court action by a party shall not be deemed to be a waiver of the right to demand arbitration of any Claim, including Claims that are asserted as a counterclaim or the like in response to any such action.

**Military Lending Act**

If You are a Covered Borrower under the Military Lending Act, You are not required to submit to arbitration.

**Survivability**

The foregoing "Arbitration and Dispute Resolution" provisions, in which You and We have agreed to arbitrate disputes, will survive the termination of Your Account with Us, whether evidenced by this agreement or otherwise.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE FOREGOING DISPUTE RESOLUTION PROVISIONS IN WHICH YOU AND WE HAVE AGREED TO ARBITRATE DISPUTES. YOU UNDERSTAND THAT THESE PROVISIONS LIMIT OR WAIVE CERTAIN OF YOUR RIGHTS WITH RESPECT TO CLAIMS THAT YOU ARE AGREEING TO ARBITRATE PURSUANT TO THESE PROVISIONS. YOU UNDERSTAND THAT THERE WILL BE NO CLASS CLAIMS IN ARBITRATION. YOU FURTHER UNDERSTAND THAT DISCOVERY – THE ABILITY TO OBTAIN INFORMATION FROM THE OTHER PARTY – MAY BE MORE LIMITED IN ARBITRATION THAN IN A COURT PROCEEDING, AND THE RIGHT AND GROUNDS OF APPEAL FROM AN ARBITRATOR'S AWARD ARE MORE LIMITED THAN IN AN APPEAL FROM A COURT JUDGMENT. IN ADDITION, YOU UNDERSTAND THAT CERTAIN OTHER RIGHTS YOU HAVE IN A COURT PROCEEDING ALSO MAY NOT BE AVAILABLE IN ARBITRATION.**

**Legal Proceedings**

Regardless of whether You accept or reject arbitration in accordance with this Agreement:

Before You commence any legal proceeding (including any arbitration proceeding) relating to a Claim, You must first contact Us about the Claim and give Us an opportunity to resolve it. Similarly, before We commence a legal proceeding (including any arbitration proceeding) relating to a Claim, We must attempt to resolve it with You.  If any such Claim cannot be resolved within 60 days from the date You or We are notified about it, the Claim may proceed to arbitration or other legal proceeding in accordance with this agreement.

In no event will We be liable for any special, incidental, consequential or punitive losses or damages of any kind relating in any manner to a Claim whether such Claim is addressed in any legal proceeding or in court or in arbitration, except to the extent that this limitation of damages is prohibited by law.

There will be no class Claim in arbitration (see section entitled "No Consolidation of Actions or Class Actions" above) or in any other legal proceeding (i.e., claims by or on behalf of other persons will not be considered in or consolidated with the arbitration or other legal proceedings between You and Us).  This section will prevail unless prohibited by applicable law.

**Transactions on Accounts with Pending Disputes**

We will not be liable if, because of any dispute or legal proceeding of any kind between You and any third party, including an Authorized User or Joint Account holder, We do not allow Transactions on Your Account.  Also, We will not be liable if, despite any such dispute or legal proceeding, We allow Transactions on Your Account.

**Evidence**

In any legal proceeding (including any arbitration proceeding between You and Us) involving Your Account or any governing document for Your Account, any copy of that governing document kept by Us in the regular course of our business is to be admitted in evidence as an original of that governing document.

**Continued Effectiveness**

If any part of any governing document for Your Account is determined by a court to be invalid, the rest of that governing document and the other governing documents for Your Account will remain in effect, except for the Arbitration Provision's prohibition against class actions.  If the prohibition against class actions is held to be invalid, then the Arbitration Provision will be deemed to be inapplicable to any class or representative claim.

\* \*      \*

**Notice of Your Billing Rights: Keep this Document for Future Use**

This notice tells You about Your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If You think there is an error on Your statement, write Us at:

> M&T Bank
> P.O. Box 8405
> Wilmington, DE 19899-8405

In Your letter, give Us the following information:

- *Account Information:*  Your name and Account number.
- *Dollar Amount:*  The dollar amount of the suspected error.
- *Description of problem:*  If You think there is an error on Your bill, describe what You believe is wrong and why You believe it is a mistake.

You must contact Us:

- Within 60 days after the error appeared on Your statement.
- At least 3 business days before an automated payment is scheduled, if You want to stop payment on the amount You think is wrong.

You must notify Us of any potential errors *in writing*.  You may call Us, but if You do We are not required to investigate any potential errors and You may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When We receive Your letter, We must do two things:

1) Within 30 days of receiving Your letter, We must tell You that We received Your letter.  We will also tell You if We have already corrected the error.
2) Within 90 days of receiving Your letter, We must either correct the error or explain why We believe the bill was correct. While We investigate whether or not there has been error:
   - We cannot try to collect the amount in question, or report You as delinquent on that amount.
   - The charge in question may remain on Your statement, and We may continue to charge You interest on that amount.
   - While You do not have to pay the amount in question, You are responsible for the remainder of Your balance.
   - We can apply any unpaid amount against Your credit limit.

After We finish our investigation, one of two things will happen:

- *If We made a mistake:*  You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If We do not believe there was a mistake:*  You will have to pay the amount in question, along with applicable interest and fees.  We will send You a statement of the amount You owe and the date payment is due.  We may then report You as delinquent if You do not pay the amount We think You owe.

If You receive our explanation but still believe Your bill is wrong, You must write to Us within *10 days* telling Us that You still refuse to pay.  If You do so, We cannot report You as delinquent without also reporting that You are questioning Your bill.  We must tell

5/1/2020

You the name of anyone to whom We reported You as delinquent, and We must let those organizations know when the matter has been settled between Us.

If We do not follow all of the rules above, You do not have to pay the first $50 of the amount You question even if Your bill is correct.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If You are dissatisfied with the goods or services that You have purchased with Your credit card, and You have tried in good faith to correct the problem with the merchant, You may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in Your home State or within 100 miles of Your current mailing address, and the purchase price must have been more than $50.  (Note:  Neither of these are necessary if Your purchase was based on an advertisement We mailed to You, or if We own the company that sold You the goods or services.)
2. You must have used Your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that accesses Your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and You are still dissatisfied with the purchase, contact Us *in writing* at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

While We investigate, the same rules apply to the disputed amount as discussed above.  After We finish our investigation, We will tell You our decision.  At that point, if We think You owe an amount and You do not pay, We may report You as delinquent.

© M&T Bank

5/1/2020

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 18, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210201-6000182

Dear Mr. Carrasco:

I am in receipt of your follow up correspondence to M&T's Executive Offices and the
Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card
with Rewards ending -6414. Additionally, I am writing as a follow up from our phone
conversation from February 8, 2021. Thank you for the opportunity to respond to your
concerns.

**Here's what our records show.**

We received similar correspondence from you, and M&T responded to your concerns in a
letter dated February 5, 2021, which I have enclosed.  To reiterate some of the information
contained in this letter, M&T sent statements and letters pertaining to your account to the
address that you supplied to M&T Bank.  M&T also placed phone calls to the telephone
number provided by you when your account became delinquent.

Additionally, we have confirmed that the above-referenced credit line was cancelled in
November 2020, as the minimum monthly payments were not received by M&T.
Notification of this cancellation was included on the enclosed monthly statements, and
this information was, and currently is being reported accurately to the credit bureaus.

Finally, you indicated that your account contained a promotional offer whereby you would
be charged a 0% APR on purchases and balance transfers for 12 months.  Please note that
this promotional offer did not relieve you of the responsibility to make minimum monthly
payments.  The *M&T Bank Visa Credit Card Agreement* enclosed with our February 5,
2021, response displays the terms of this offer on the first page.

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

As mentioned in our previous response, our records show your most recent payment made for $60.00 posted on February 8, 2021, and your account is no longer delinquent. As such, the account will be reported as current in accordance with M&T's requirement under the Fair Credit Reporting Act (FCRA) to report accurate information to the various credit bureaus. In keeping with our requirements under FCRA, M&T is not able to remove the previous late reporting associated with your credit card.

Lastly, if you feel that what M&T reports to the credit bureaus may be incorrect, you may wish to file a dispute directly with the credit reporting agencies: Experian (www.experian.com), Equifax (www.equifax.com), and TransUnion (www.transunion.com).

**I hope this clarifies the matter.**

I hope this information has been helpful. If you have further questions or concerns, or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosures

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 23, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Dear Mr. Carrasco:

I am in receipt of your follow up correspondence to M&T's Executive Offices, LinkedIn, and other email channels regarding your M&T Visa Credit Card with Rewards ending - 6414.

We previously received similar correspondence from you, and M&T responded in letters dated February 5, 2021, and February 18, 2021. We feel that these responses adequately addressed all of your concerns; I have enclosed these responses for your records.

Additionally, you mentioned in an email on February 19, 2021, that you never used the above referenced credit card. We'd like to clarify that this is not accurate, as our records indicate a balance was transferred from another Financial Institution to the credit card, and you have acknowledged completing said balance transfer.

If you have any additional concerns, you may contact me directly at 716-630-4934, Monday – Friday 8:00am – 4:30pm, ET. Please be advised that unless you have new information or information to refute M&T records, M&T will no longer respond to your requests, and considers this matter closed.

Sincerely,

Mike Rosenberry
Office of the President

Enclosures