# Exhibit 20

United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.:   1:21-cv-00532

Summary
- All Debt Collection Letters

Official Evidence Filed by Plaintiff – Original copies are available for inspection upon request during trial or other pre-trial conferences.

```
M&T BANK
PO BOX 8405
WILMINGTON, DE   19899-8405
```

September 18, 2020

```
Bryce O Carrasco
100 Redwood St E Apt 2013      **N0000196
Baltimore, MD   21202
```

Your Account Ending In 6414

Past Due Amount: $57.00

Our records indicate that your account is currently past due in the amount of $57.00. Failure to make your payment may result in a late fee being assessed.

Payments can be made at any M&T Bank branch or mailed to:
CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your account number with your payment. If you have already paid the amount past due, please disregard this notice. We thank you for your prompt response.

If you have any questions, please call the M&T Telephone Banking Center at 1-866-279-0888.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.

M&T BANK
PO BOX 8405
WILMINGTON, DE  19899-8405

September 25, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013     **N0000693
Baltimore, MD  21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account is now past due in the amount of $57.00. As a result, we are temporarily suspending your right to use your card or any convenience checks associated with this account.

In order to reinstate your account, you must pay the total amount due as reflected above. Failure to pay the past due amounts could result in the cancellation of this account. Payments can be made at any M&T Bank branch or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.

M&T BANK
PO BOX 8405
WILMINGTON, DE   19899-8405

October 16, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013      **N0000802
Baltimore, MD   21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account is now past due in the amount of $114.00. As a result, we are temporarily suspending your right to use your card or any convenience checks associated with this account.

In order to reinstate your account, you must pay the total amount due as reflected above. Failure to pay the past due amounts could result in the cancellation of this account. Payments can be made at any M&T Bank branch or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.

# M&T Bank

November 05, 2020

6-770-92825-0001183-001-01-000-000-000-000




BRYCE O CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE MD 21202-1361

Account Number Ending in :    6414
Amount Past Due:              $114.00

Dear BRYCE O CARRASCO:

Our records indicate that your account is 50 days past due. If you have already sent this payment to us, thank you, and please disregard this letter. If not, please remit the Amount Past Due referenced above to the address below:

M&T Bank
P.O. Box 62085
Baltimore, MD 21264-2146

If you are unable to make the payment, please contact one of our representatives at 1-800-724-2525 or visit our website at www.mtbpay.com for assistance. The office hours associated with our phone number 1-800-724-2525 are Monday through Thursday from 8:00am-9:00pm, EST, Friday 8:00am-4:30pm, EST. Our representatives are skilled at developing alternative payment arrangements and may be able to help structure an arrangement which may ease your situation.

It is important that you respond to this letter by either making your payment or by contacting us. If you do not resolve the payment default described above, we may pursue our remedies pursuant to your credit agreement.

Please note that we have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

Thank you for your prompt attention.

Sincerely,

M&T Bank
Customer Asset Management

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

M&T BANK
PO BOX 8405
WILMINGTON, DE   19899-8405

November 16, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013      **N0002436
Baltimore, MD   21202

Your Account Ending In 6414

We regret to inform you that your privilege to use the available credit on your M&T VISA WITH REWARDS Credit Card account has been permanently terminated because you have not met the repayment terms set forth in the agreement for your account.

To comply with the terms of the credit agreement and to prevent further damage to your credit, $172.00 must be paid immediately. Please mail your payment to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Cancellation of your account means that you are no longer able to use your card or any convenience checks associated with this account.

Upon receipt of this letter, please call us at 1-800-724-8644 to discuss the status of your account. Our Credit Counselors are prepared to assist you in establishing suitable payment arrangements. Thank you for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.



# M&T Bank

December 01, 2020

7-770-93529-0006391-002-01-000-000-000-000

BRYCE O CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE MD 21202-1361

Account Number ending:      6414

Dear BRYCE O CARRASCO:

Our records indicate your account is 70 days past due for $172.00.

You may have received statements, letters, and phone calls from us in an effort to help you bring your past due account back in good standing. However, your account remains delinquent. Accordingly, failure to remit payment could result in further action being taken on your account. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. We would like to assist you in bringing your account current.

Please contact us immediately at 1-800-724-8644 so that we may discuss this matter and work out a payment solution. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00am - 9:00pm, EST and Friday 8:00am - 5:00pm, EST. We may be able to consider your current financial circumstances but that is only possible if you contact us. We may have options available to help ease your situation. If we do not hear from you, we will not be able to assist you with alternative payment arrangements.

Thank you for your attention to this matter.

Sincerely,

M&T Bank Customer Asset Management (CAM)
1-800-724-8644

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.