**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

BRYCE CARRASCO,              *

      Plaintiff,           *

v.                      *     Case No.:  1:21-CV-00532-SAG

M&T BANK,              *

      Defendant.        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>DEFENDANT M&T BANK'S MOTION TO DISMISS</u>**

Defendant M&T Bank ("M&T"), through its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff Bryce Carrasco.  As explained in the accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiff has failed to state a plausible claim for relief.

WHEREFORE, Defendant M&T Bank respectfully requests that Plaintiff's Complaint be dismissed with prejudice.  A proposed Order is attached for the Court's consideration.

Respectfully submitted,


*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)
Michael B. Brown (Fed Bar No. 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410.727.6464
bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for Defendant M&T Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2021, a copy of the foregoing was served on the following

via ECF and via first class mail, postage prepaid:

> Bryce Carrasco
> 334 Ternwing Drive
> Arnold, MD 21012


> */s/ Brian L. Moffet*
> Brian L. Moffet (Fed Bar No. 13821)