IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED]  ORDER**

This Court having considered the Motion to Dismiss filed by Defendant M&T Bank, any opposition thereto, and good cause being shown therefor, it is this __ day of _____, 2021, hereby ORDERED that:

1. Defendant M&T Bank's Motion is GRANTED;

2. The Complaint is DISMISSED WITH PREJUDICE;

3. The Clerk of Court shall CLOSE THIS CASE.

_____
The Honorable Stephanie A. Gallagher
United States District Judge