IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **Bryce Carrasco,** Plaintiff | * |
| v. | * Case No. 1:21-cv-00532-SAG |
| **M&T Bank,** Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE

Plaintiff files this motion to strike the Defendant's 12(b)(6) motion to dismiss (ECF 22), which is a shocking display of improper conduct and is insulting. The fact that they requested an extra week to conduct an investigation, and this is what they show up with is shocking. The conduct of M&T's attorney is a shockingly unprofessional and personally offensive. This type of treatment and uncivility by an active member of this court's bar is unacceptable. Therefore, Plaintiff moves to strike the motion under Fed. R. Civ. P. 12(f) for insufficient defense due to the abundance of its immateriality, redundancy and lack of merit.

The Court gave the Defendant an extra week to prepare and they insulted the Court and offended the plaintiff with their response. This type of litigation is improper for a federal attorney and member of this Court's bar. Plaintiff hereby asks that the court strike the motion to dismiss. I will not move for sanctions at this time, but I consider the conduct of the Defendant's counsel grounds to move for sanctions under Rule 11(b) of the Federal Rules of Civil Procedure.

Respectfully,
*/s/Bryce Carrasco*
Bryce Carrasco
bocarrasco47@outlook.com
410-858-7432