United States District Court, District of Maryland

Carrasco v. M&T Bank

Case No.: 1:21-cv-00532

# EXHIBITS:

| Exhibit No. | ECF No. | Upload Date | Description |
|---|---|---|---|
| 1 | 1-2 | 3/2/2021 | The Account Activation Letter |
| 2 | 1-3 | 3/2/2021 | Debt Collection Letter, Dated November 5, 2020 |
| 3 | 1-4 | 3/2/2021 | Credit Agreement |
| 4 | 1-5 | 3/2/2021 | Online Advertisement by M&T |
| 5 |  | [N/A] | [reserved] |
| 6 | 15-1 | 3/23/2021 | Account activation letter, colorized |
| 7 | 15-2 | 3/23/2021 | Equifax Credit Report Dated 3/22/2021 |
| 8 | 15-3 | 3/23/2021 | M&T Bank Visa Credit Account Payoff Certificate – Dated 3/23/2021 |
| 9 | 15-4 | 3/23/2021 | Amerisave Mortgage Credit Score disclosure report dated 7/16/2021 |
| 10 | 15-5 | 3/23/2021 | M&T Bank Visa Credit Card Agreement |
| 11 | 15-6 | 3/23/2021 | Dispute notice sent to M&T Bank dated 12/30/2020. M&T confirmed receipt of the dispute notice on 12/31/2020. Emails are included at the end of the exhibit. |
| 12 | 16-1 | 3/23/2021 | Emails all. |
| 13 | 16-2 | 3/23/2021 | Transunion credit report dated 2/19/2021 |
| 14 | 16-3 | 3/23/2021 | M&T Customer Profile for Bryce Carrasco. |
| 15 | 16-4 | 3/23/2021 | M&T Account Profile for credit card account ending 6414. |
| 16 | 17-2 | 3/23/2021 | M&T Credit Card Application, Original Document. |
| 17 | 21-1 | 3/25/2021 | Experian Credit Report Dated 3/25/2021 |
| 18 | 21-2 | 3/25/2021 | Experian Dispute Result Dated 1/7/2021 |
| 19 | 21-3 | 3/25/2021 | CFPB Complaint and M&T Responses |
| 20 | 21-4 | 3/25/2021 | All Debt Collection Letters |
| 21 |  | 4/6/2021 | Experian Disputes |

| Date Filed | # | Attach. | Docket Text |
|---|---|---|---|
| 03/02/2021 | 1 | | COMPLAINT against M&T Bank, filed by Bryce Carrasco. |
| | | 1-1 | # 1 Civil Cover Sheet |
| | | 1-2 | # 2 Exhibit 1 |
| | | 1-3 | # 3 Exhibit 2 |
| | | 1-4 | # 4 Exhibit 3 |
| | | 1-5 | # 5 Exhibit 4 |
| | | 1-6 | # 6 Signed Complaint |
| | | 1-7 | # 7 Civil Cover Sheet Signed |
| 03/03/2021 | 2 | | MOTION to File Papers Electronically by Bryce Carrasco |
| 03/03/2021 | 3 | | Proposed Summons re 1 Complaint by Bryce Carrasco |
| 03/03/2021 | 4 | | Jury Trial Demand by Bryce Carrasco (originally received 3/2/2021) |
| 03/03/2021 | 5 | | MARGINAL ORDER Granting 2 Motion to File Papers Electronically. Signed by Judge Stephanie A. Gallagher on 3/3/2021 |
| 03/04/2021 | 6 | | ORDER Directing Clerk to take all necessary steps to issue summons and to return summons to Plaintiff. Signed by Judge Stephanie A. Gallagher on 3/4/2021 |
| 03/04/2021 | 7 | | Summons Issued 21 days as to M&T Bank |
| 03/05/2021 | 10 | | SUMMONS Returned Executed by Bryce Carrasco. M&T Bank served on 3/4/2021, answer due 3/25/2021 |
| | | 10-1 | # 1 Attachment Summons |
| | | 10-2 | # 2 Attachment Complaint |
| 03/19/2021 | 11 | | NOTICE of Appearance by Brian L Moffet on behalf of M&T Bank |
| 03/19/2021 | 12 | | NOTICE of Appearance by Michael Benjamin Brown on behalf of M&T Bank |
| 03/19/2021 | 13 | | MOTION for Extension of Time *to Respond to Complaint* by M&T Bank (Attachments: # 1 Text of Proposed Order)(Moffet, Brian) |
| | | 13-1 | # 1 Text of Proposed Order |
| 03/19/2021 | 14 | | RESPONSE in Opposition re 13 MOTION for Extension of Time *to Respond to Complaint and maintain original due date* filed by Bryce Carrasco. |
| 03/23/2021 | 15 | | Proposed Exhibit List  Bryce Carrasco, (Carrasco, Bryce) |
| | | 15-1 | # 1 Exhibit 6. Supplementing exhibit 1.Account activation letter, colorized.(for readability) |
| | | 15-2 | # 2 Exhibit 7. Equifax credit report dated 3/22/2021. |
| | | 15-3 | # 3 Exhibit 8. Credit Card Payoff Certificate., |
| | | 15-4 | # 4 Exhibit 9. Amerisave credit score disclosure for undistorted credit profile., |

| Date Filed | # | Attach. | Docket Text |
|---|---|---|---|
| | | 15-5 | # 5 Exhibit 10. Supplementing Ex. 3. M&T Bank Visa Credit Card Agreement, colorized(for readability) |
| | | 15-6 | # 6 Exhibit 11. Dispute notice letter sent to M&T Bank dated 12/30/2020 with associated email communications in connection therewith.) |
| 03/23/2021 | 16 | | Proposed Exhibit List *part 2* by Bryce Carrasco |
| | | 16-1 | # 1 Exhibit 12. Emails all |
| | | 16-2 | # 2 Exhibit 13. Transunion credit report dated 3/19/2021 |
| | | 16-3 | # 3 Exhibit 14. M&T Customer Profile |
| | | 16-4 | # 4 Exhibit 15. M&T Account Profile. |
| 03/23/2021 | 17 | | Proposed Exhibit List *part 3* by Bryce Carrasco |
| | | 17-1 | # 1 Cover Letter Description of exhibit 16 |
| | | 17-2 | # 2 Exhibit 16. Credit Card application retrieved from branch visit on 3/23/2021 to Severna Park M&T Bank office |
| 03/23/2021 | 18 | | Memorandum re 13 MOTION for Extension of Time *to Respond to Complaint in further opposition to extension* filed by Bryce Carrasco.(Carrasco, Bryce) (Entered: 03/23/2021) |
| 03/23/2021 | 19 | | Supplemental MOTION to seal certain documents re 16 Proposed Exhibit List, *documents 16-1 and 16-3* by Bryce Carrasco(Carrasco, Bryce) |
| 03/24/2021 | 20 | | ORDER granting in part 13 Motion for Extension of Time for M&T to respond to the Complaint to April 2, 2021. Signed by Judge Stephanie A. Gallagher on 3/24/2021. |
| 03/25/2021 | 21 | | Proposed Exhibit List *part 4* by Bryce Carrasco |
| | | 21-1 | # 1 Exhibit 17. Experian Credit Report Dated 3/25/2021 |
| | | 21-2 | # 2 Exhibit 18. Experian Dispute Investigation Report Dated 1/7/2021 |
| | | 21-3 | # 3 Exhibit 19. CFPB Complaint and M&T Responses |
| | | 21-4 | # 4 Exhibit 20. Debt Collection Letters All |
| 04/02/2021 | 22 | | MOTION to Dismiss by M&T Bank |
| | | 22-1 | # 1 Memorandum in Support |
| | | 22-2 | # 2 Exhibit |
| | | 22-3 | # 3 Exhibit, |
| | | 22-4 | # 4 Text of Proposed Order |
| 04/02/2021 | 23 | | Rule 12/56 notice mailed to Bryce Carrasco |
| 04/02/2021 | 24 | | MOTION to Strike 22 MOTION to Dismiss by Bryce Carrasco |