Case 1:21-cv-00532-SAG   Document 25-1   Filed 04/06/21   Page 1 of 15


Experian



# Dispute Center      more info ⌄

**Start New Disputes**

## Completed

| | |
|---|---|
| **M&T BANK** | 02/23/2021 |
| View Results | ✓ Complete |
| **M&T BANK** | 02/10/2021 |
| View Results | ✓ Complete |
| **M&T BANK** | 01/14/2021 |
| View Results | ✓ Complete |
| **M&T BANK** | 01/07/2021 |
| View Results | ✓ Complete |

01/05/2021

# M&T BANK

View Results     ✓ Complete

## Services —

Overview

Reports & Scores

Personal Finances <sup>BETA</sup>

Financial Profile

Protection

Credit Cards

Loans

Auto

## Tools —

Experian Boost

Experian CreditLock

Score Planner

Score Simulator

Score Tracker

## Support —

Disputes Guide







Prepared for

# BRYCE CARRASCO

**Personal & Confidential**

**Date Generated** Feb 23, 2021
**Report Number** 1621-5512-70

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966



Updated

**After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $1,997 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 02/16/2021 |
| Account Type | Credit card | Recent Payment | $60 |
| Responsibility | Individual | Monthly Payment | $50 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK | Current on payments | 30 | 30 Days Past Due | 60 | 60 Days Past Due |
|---|---|---|---|---|---|---|
| | 90 | 90 Days Past Due | CLS | Closed | | |

| 2021 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
| OK | CLS |  |  |  |  |  |  |
| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
|  |  |  |  |  |  |  | OK |
| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|  |  |  |  | OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Feb 2021.

**Balance History**

| | | | |
|---|---|---|---|
| JAN 2021 | $2,117 Balance | $113 Scheduled Payment | $231 Paid on 12/22/2020 |
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Jan 2021, your credit limit/high balance was $3,500

## Before your dispute:

| | |
|---|---|
| Account Name | M&T BANK |
| Account Number | 417094XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 07/17/2020 |
| Status | Closed. |
| Status Updated | Invalid date |
| Balance | $1,997 |
| Balance Updated | 02/16/2021 |
| Recent Payment | $60 |
| Monthly Payment | $53 |
| Credit Limit | $3,500 |
| Highest Balance | $2,418 |
| Terms | NA |

**Payment History**

| LEGEND | | | | | | |
|---|---|---|---|---|---|---|
| | OK | Current on payments | 30 | 30 Days Past Due | 60 | 60 Days Past Due |
| | 90 | 90 Days Past Due | CLS | Closed | | |

2021    2020

| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|
| CLS | CLS |  |  |  |  |  |  |
| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
|  |  |  |  |  |  |  | OK |
| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|  |  |  |  | OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Feb 2021.

**Balance History**

| | | | |
|---|---|---|---|
| JAN 2021 | $2,117 Balance | $113 Scheduled Payment | $231 Paid on 12/22/2020 |
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Jan 2021, your credit limit/high balance was $3,500

## If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at



 15



Prepared for
# BRYCE CARRASCO
**Personal & Confidential**

**Date Generated** Feb 10, 2021
**Report Number** 4036-5884-32

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966


Updated

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,117 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 01/16/2021 |
| Account Type | Credit card | Recent Payment | $231 |
| Responsibility | Individual | Monthly Payment | $113 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | CLS Closed | |

| 2021 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
| CLS | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | OK |
| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
| ○ | ○ | ○ | ○ | OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

---

**Reinvestigation Information**

This item was updated from our processing of your dispute in Feb 2021.

**Balance History**

| | | | |
|---|---|---|---|
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

---

## ← Before your dispute:

| | |
|---|---|
| Account Name | M&T BANK |
| Account Number | 417094XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 07/17/2020 |
| Status | Closed. |
| Status Updated | Invalid date |

| | |
|---|---|
| Balance | $2,117 |
| Balance Updated | 01/16/2021 |
| Recent Payment | $231 |
| Monthly Payment | $60 |
| Credit Limit | $3,500 |
| Highest Balance | $2,418 |
| Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | CLS Closed | |

| 2021 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
| CLS | | | | | | | |

| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | OK |

| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
|  |  |  |  | OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.






Prepared for
# BRYCE CARRASCO
**Personal & Confidential**

**Date Generated** Jan 14, 2021
**Report Number** 2421-7160-34

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966


Updated

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 01/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Jan 2021. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

| 2021 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
| 90 |   |   |   |   |   |   |   |
| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
|   |   |   |   |   |   |   | OK |
| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|   |   |   |   | OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Jan 2021, Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

---

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

---

 **Before your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
|  | 90 90 Days Past Due | | |

| 2020 | | | |
|---|---|---|---|
| JAN | FEB | MAR | APR |
|   |   |   |   |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
|  |  |  | OK |
| SEP | OCT | NOV | DEC |
| OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| | | | |
|---|---|---|---|
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.





Prepared for
# BRYCE CARRASCO
**Personal & Confidential**

**Date Generated** Jan 7, 2021
**Report Number** 2421-5537-61

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966


Updated

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

  🔔 15



Prepared for
# BRYCE CARRASCO
**Personal & Confidential**

**Date Generated** Jan 5, 2021
**Report Number** 2421-3577-28

## About Disputed Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.


Updated

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

**2020**

| JAN | FEB | MAR | APR |
| --- | --- | --- | --- |
| ○ | ○ | ○ | ○ |

| MAY | JUN | JUL | AUG |
| --- | --- | --- | --- |
| ○ | ○ | ○ | OK |

| SEP | OCT | NOV | DEC |
| --- | --- | --- | --- |
| OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

---

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| --- | --- | --- | --- |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

---

 **Before your dispute:**

| | | | |
| --- | --- | --- | --- |
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $59 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $172 past due as of Dec 2020. | Highest Balance | $2,383 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
| --- | --- | --- | --- |
| | 90 90 Days Past Due | | |

**2020**

| JAN | FEB | MAR | APR |
| --- | --- | --- | --- |
| ○ | ○ | ○ | ○ |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
|  |  |  | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | 30 | 60 | 90 |

## Payment History Guide

90 days past due as of Dec 2020

60 days past due as of Nov 2020

30 days past due as of Oct 2020

**Comment**

Account closed at credit grantor's request.

**Balance History**

| | | | |
|---|---|---|---|
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

**Additional Info**

Between Aug 2020 and Nov 2020, your credit limit/high balance was $3,500

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.