

**Prepared For**
**BRYCE O. CARRASCO**
Personal & confidential
**Date generated:** Apr 6, 2021

## At a glance

### FICO® Score 8



**589**  FICO® SCORE 8
Experian data Apr 6, 2021

300 — Fair — 850

| Account summary | |
|---|---|
| Open accounts | 2 |
| Self-reported accounts | 0 |
| Accounts ever late | 1 |
| Closed accounts | 2 |
| Collections | 0 |
| Average account age | 2 yrs 2 mos |
| Oldest account | 4 yrs 3 mos |

### Overall credit usage



**658 %**

■ Credit used: **$2,314**
□ Credit limit: **$300**

| Debt summary | |
|---|---|
| Credit card and credit line debt | $2,314 |
| Self-reported account balance | $0 |
| Loan debt | $0 |
| Collections debt | $0 |
| Total debt | $2,314 |

Prepared For **BRYCE O. CARRASCO**     **Date generated:** Apr 6, 2021

## Personal information

| | | |
|---|---|---|
| Name<br>**BRYCE O CARRASCO** | Addresses<br>**100 E REDWOOD ST # 2013**<br>**BALTIMORE, MD 21202-1207** | Employers<br>**OPPENHIEMER** |
| Also known as<br>- | **334 TERNWING DR**<br>**ARNOLD, MD 21012-1936** | |
| Generational identifier<br>- | **6009 FALLS RD**<br>**BALTIMORE, MD 21209-3727** | |
| Year of birth<br>**1996** | | |

**Personal statements**

**No Statement(s) present at this time**



Prepared For **BRYCE O. CARRASCO**   Date generated: Apr 6, 2021

**Open accounts**

● **AMEX**  $340
**Exceptional** payment history   Balance updated **Mar 17, 2021**

### Account info

| | | | |
|---|---|---|---|
| Account name | **AMEX** | Balance | **$340** |
| Account number | **349992XXXXXXXXXX** | Balance updated | **Mar 17, 2021** |
| Original creditor | **-** | Credit limit | **-** |
| Company sold | **-** | Usage | **-** |
| Account type | **Credit Card - Revolving Terms** | Monthly payment | **-** |
| Date opened | **Jan 26, 2017** | Past due amount | **-** |
| Account status | **Open** | Highest balance | **$13,290** |
| Payment status | **Current** | Terms | **1 Month** |
| Status updated | **Mar 2021** | Responsibility | **Authorized User** |
| | | Your statement | **-** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | — | — | — | — | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● On time
— Data unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 297871 FORT LAUDERDALE, FL 33329 |
| Phone number | (800) 874-2717 |

### Comments

-

experian™

Prepared For **BRYCE O. CARRASCO**   **Date generated:** Apr 6, 2021

---

**KOHLS/CAPONE**                                                                 **$0**
**Exceptional** payment history                                    Balance updated **Mar 26, 2021**

## Account info

| | | | |
|---|---|---|---|
| Account name | **KOHLS/CAPONE** | Balance | **$0** |
| Account number | **639305XXXXXXXXXX** | Balance updated | **Mar 26, 2021** |
| Original creditor | **-** | Credit limit | **$300** |
| Company sold | **-** | Usage | **0%** |
| Account type | **Revolving Charge Account** | Monthly payment | **$0** |
| Date opened | **May 29, 2019** | Past due amount | **-** |
| Account status | **Open** | Highest balance | **$121** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Mar 2021** | Responsibility | **Individual** |
| | | Your statement | **-** |

## Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ●   | ●   | ●   | —   | —   | —   | —   | —   | —   | —   | —   | —   |
| 2020 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2019 | —   | —   | —   | —   | —   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

● On time
— Data unavailable

## Contact info

| | |
|---|---|
| Address | **N56 RIDGEWOOD DR MENOMONEE FAL, WI 53051** |
| Phone number | **(262) 703-7000** |

## Comments

-



Prepared For **BRYCE O. CARRASCO**   Date generated: Apr 6, 2021

## Closed accounts

**BANK OF AMERICA** - 
Exceptional payment history   Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **BANK OF AMERICA** | Balance | - |
| Account number | **XXXX** | Balance updated | **Dec 27, 2020** |
| Original creditor | - | Credit limit | **$3,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit Card - Revolving Terms** | Past due amount | - |
| Date opened | **Aug 01, 2019** | Highest balance | **$3,091** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Paid satisfactorily** | Responsibility | **Individual** |
| Status updated | **Dec 2020** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | NA |
| 2019 | — | — | — | — | — | — | — | ● | ● | ● | ● | ● |

● On time
NA No applicable payment history
— Data unavailable

### Contact info

Address: PO BOX 982238 EL PASO, TX 79998

Phone number: (800) 421-2110

### Comments

**Account closed at credit grantor's request**

*experian*™

Prepared For **BRYCE O. CARRASCO**   **Date generated:** Apr 6, 2021

| **M&T BANK** | **$1,974** |
|---|---|
| 3 late payments | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **M&T BANK** | Balance | **$1,974** |
| Account number | **417094XXXXXXXXXX** | Balance updated | **Mar 16, 2021** |
| Original creditor | **-** | Credit limit | **$3,500** |
| Company sold | **-** | Monthly payment | **$50** |
| Account type | **Credit Card - Revolving Terms** | Past due amount | **-** |
| Date opened | **Jul 17, 2020** | Highest balance | **$2,418** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Current, was past due 90 days** | Responsibility | **Individual** |
| Status updated | **Feb 2021** | Your statement | **-** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | NA | — | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | ● | ● | 30 | 60 | 90 |

- ● On time
- **30** days late
- **60** days late
- **90** days late
- NA  No applicable payment history
- — Data unavailable

### Contact info

| | |
|---|---|
| Address | **1 FOUNTAIN PLZ FL 4 BUFFALO, NY 14203** |
| Phone number | **(716) 848-3699** |

### Comments

**Account closed at credit grantor's request**

experian™

Prepared For **BRYCE O. CARRASCO**   **Date generated:** Apr 6, 2021

**Collection accounts**

**No collection accounts reported.**

**Public records**

**No public records reported.**



Prepared For **BRYCE O. CARRASCO**   Date generated: Apr 6, 2021

**Inquiries**

**BK OF AMER**
Inquired on Aug 1, 2019
Business Type: Bank Credit Cards
PO BOX 982238
EL PASO, TX 79998
(800) 421-2110
This inquiry is scheduled to continue on record until Sep 2021

**DISCOVER FINANCIAL SER**
Inquired on Jul 28, 2020
Business Type: Bank Credit Cards
12 READS WAY
NEW CASTLE, DE 19720
By mail only
This inquiry is scheduled to continue on record until Aug 2022

**EMS/AMERISAVE MORTGAGE**
Inquired on Jul 16, 2020
Business Type: Mortgage Companies
4300 WESTOWN PKWY STE 20
WEST DES MOINES, IA 50266
(800) 333-0037
This inquiry is scheduled to continue on record until Aug 2022

**KOHLS/CAPONE**
Inquired on May 29, 2019
Business Type: Complete Department Stores
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051
(262) 703-7000
This inquiry is scheduled to continue on record until Jun 2021

**M&T BANK**
Inquired on Jul 15, 2020
Business Type: All Banks - non specific
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203
By mail only
This inquiry is scheduled to continue on record until Aug 2022

**M&T BANK**
Inquired on Jul 2, 2020
Business Type: All Banks - non specific
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203
By mail only
This inquiry is scheduled to continue on record until Aug 2022

**RENTAL PROPERTY SOLUTI**
Inquired on May 30, 2019
Business Type: Tenant Screeners (Reseller)
PO BOX 509124
SAN DIEGO, CA 92150
(800) 523-0233
This inquiry is scheduled to continue on record until Jun 2021

**RENTGROW**
Inquired on May 23, 2019
Business Type: Tenant Screeners (Reseller)
400 5TH AVE STE 120
WALTHAM, MA 02451
(781) 890-5100
This inquiry is scheduled to continue on record until Jun 2021



Prepared For **BRYCE O. CARRASCO**   **Date generated:** Apr 6, 2021

**Credit scores**

**FICO® Score 8**



**589**

Experian data 4/6/2021

Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

**What's helping**

✓ Bills paid on time recently

You've recently been paying your bills on time.

Your most recent missed payment happened: Unknown

About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

While you have missed payments in the past, you have recently been paying your bills on time. Staying current and paying bills on time demonstrates lower risk.

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 1 account

Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— Short account history

You have a short credit history.

Your oldest account was opened: 1 Year, 11 Months ago

FICO High Achievers opened their oldest account 25 years ago, on average.

Average age of your accounts: 1 Year, 5 Months

Most FICO High Achievers have an average age of accounts of 9 years or more.

People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

— High credit usage

You've made heavy use of your available revolving credit.

Ratio of your revolving balances to your credit limits: 52%

For FICO High Achievers, the average ratio of the revolving account balances to credit limits is less than 7%.

The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— Few accounts paid on time

You have an insufficient number of accounts that are currently paid as agreed.

Number of your accounts currently being paid as agreed: 2 accounts

FICO High Achievers have an average of 6 accounts currently being paid as agreed.

The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.



Prepared For **BRYCE O. CARRASCO**    **Date generated:** Apr 6, 2021

# FICO® Score 3



**628**

300     850

FICO® Score 3
Experian data 4/6/2021

This is a previous FICO® Score version used primarily in credit card lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— Recent missed payment

You recently missed a payment or had a derogatory indicator reported on your credit report.

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

— Short revolving history

You have not established a long revolving and/or open-ended account credit history.

People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest revolving and/or open-ended account and/or the average age of your revolving and/or open-ended accounts is relatively low.

— Bad payment history

You have one or more accounts showing missed payments or derogatory indicators.

The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.



Prepared For **BRYCE O. CARRASCO**   Date generated: Apr 6, 2021

**FICO® Bankcard Score 8**



FICO® Bankcard Score 8
Experian data 4/6/2021

This is a FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— High credit usage

You've made heavy use of your available revolving credit.

The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— Short account history

You have a short credit history.

People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

— Recent missed payment

You recently missed a payment or had a derogatory indicator reported on your credit report.

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.



Prepared For **BRYCE O. CARRASCO**    **Date generated:** Apr 6, 2021

# FICO® Bankcard Score 2



**628**

250      900

FICO® Bankcard Score 2
Experian data 4/6/2021

This is a previous FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— High credit usage

You've made heavy use of your available revolving credit.

The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— Recent missed payment

You recently missed a payment or had a derogatory indicator reported on your credit report.

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

— Bad payment history

You have one or more accounts showing missed payments or derogatory indicators.

The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.



Prepared For **BRYCE O. CARRASCO**    **Date generated:** Apr 6, 2021

## FICO® Auto Score 8



**594**

FICO® Auto Score 8
Experian data 4/6/2021

This is a FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— Short account history

You have a short credit history.

People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

— High credit usage

You've made heavy use of your available revolving credit.

The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— No loan activity

You have a lack of recent activity from a non-mortgage installment loan.

Your credit report shows a $0 balance on your non-mortgage loans (such as auto or student loans) or a lack of sufficient recent information about your loans. Having a non-mortgage installment loan with no missed payments and a low balance along with other types of credit demonstrates that a person is able to manage a variety of credit types.



Prepared For **BRYCE O. CARRASCO**   **Date generated:** Apr 6, 2021

## FICO® Auto Score 2



**622**

250    900

FICO® Auto Score 2
Experian data 4/6/2021

This is a previous FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— Recent missed payment

You recently missed a payment or had a derogatory indicator reported on your credit report.

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

— No loan activity

You have a lack of recent activity from a non-mortgage installment loan.

Your credit report shows a $0 balance on your non-mortgage loans (such as auto or student loans) or a lack of sufficient recent information about your loans. Having a non-mortgage installment loan with no missed payments and a low balance along with other types of credit demonstrates that a person is able to manage a variety of credit types.

— Bad payment history

You have one or more accounts showing missed payments or derogatory indicators.

The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.



Prepared For **BRYCE O. CARRASCO**   Date generated: Apr 6, 2021

## FICO® Score 2



**629**

300     850

FICO® Score 2
Experian data 4/6/2021

This is a previous FICO® Score version used primarily in mortgages lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

**What's hurting**

— Serious delinquency

You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

— Recent missed payment

You recently missed a payment or had a derogatory indicator reported on your credit report.

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

— Bad payment history

You have one or more accounts showing missed payments or derogatory indicators.

The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

— High credit usage

You've made heavy use of your available revolving credit.

The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.



Prepared For **BRYCE O. CARRASCO**    **Date generated:** Apr 6, 2021

**Disclaimer**

**About your FICO® Score 8 or other FICO® Scores**

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.