IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **Bryce Carrasco,** Plaintiff | * | |
| v. | * * | Case No. 1:21-cv-00532-SAG |
| **M&T Bank,** Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSESSMENT OF DAMAGES

1. **WILLFUL VIOLATION OF FCRA, 15 U.S.C. § 1681S-2(B)**

   a. **Statutory Damages:** $1,000

   b. **Punitive Damages:** $5,884,495.2

   c. **Injunctive Relief:** Plaintiff demands the court to order the Defendant M&T Bank to remove all reported information submitted regarding the credit card account ending 6414 to Experian, Trans Union and Equifax as well as any other Consumer Reporting Agencies that received any information associated with Plaintiff's obligations with M&T Bank.

2. **WILLFUL VIOLATION OF TILA, 15 U.S.C. § 1663**

   a. **Statutory Damages:** $5,000 (pursuant to 14th Amendment of the United States Constitution and Article III of the U.S. Constitution). Equal protection of the laws. Right to relief for injuries as a result of violation of federal statute.

   b. **Actual Damages:** $2,500

**Total Damages: $5,892,995.24**

| Schedule of Damages | |
|---|---:|
| *Statutory* | |
| FCRA 1681s-2(b) | $1,000.0 |
| TILA 1663 & 1666 | $5,000.0 |
| | |
| *Actual* | |
| Emotional, Fees and Foregone Interest | $2,500.0 |
| | |
| *Punitive* | |
| FCRA 1681s-2(b) | $5,884,495.2 |
| | |
| **Total** | **$5,892,995.24** |

## PUNITIVE DAMAGES ASSESSMENT

**Saunders v. Branch Banking & Trust Co. of VA (4th Cir. 2007)**

| | |
|---|---:|
| Net Worth (12/31/2006) | $3,200,000,000 |
| Punitive Damages | 80,000 |
| % Net Worth | 0.00250% |

**Daugherty v. Ocwen Loan Servicing (4th Cir. 2016)**

| | |
|---|---:|
| Net Worth (12/31/2015) | 854,638,000 |
| Punitive Damages | 600,000 |
| % Net Worth | 0.0702% |

**Carrasco v. M&T Bank (D. Maryland 2021)**

| | |
|---|---:|
| Net Worth (12/31/2020) | 16,187,283,000 |
| M&T / BB&T | 5.1x |
| M&T / Ocwen | 18.9x |

**Punitive Damages Valuation Range (Multiple of Awards)**

| | |
|---|---:|
| Low - BB&T | $404,682.1 |
| High - Ocwen | $11,364,308.4 |
| Average 1681s-2(b) | $5,884,495.2 |