**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@outlook.com> |
| **Sent:** | Sunday, January 10, 2021 10:46 PM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Acknowledgment Email |

Hello,

I am reaching out regarding my credit account and request that you lift the minimum payment requirements until all outstanding investigations are concluded and we have reached a mutual understanding regarding the credit agreement. I am losing patience with the lack of transparency and misrepresentations made to **all 3** credit reporting agencies. According to my online account dashboard on M&T bank, I have a minimum payment due on the 13th of January for $60, but I am unable to make payments from my checking account with BofA until the transfer is completed which I just initiated. The transfer is for 356.08 and is scheduled for completion on January 14th. In anticipation for the hostile actions from your automated collection system, I request that you suspend minimum payments immediately.

I could easily have opened an account with PNC and would not have to deal with these issues, and I would expect a more timely response especially since M&T took the initiative to send **all 3** credit reporting agencies inaccurate information regarding my account. This is unacceptable customer service in my view and I hope to receive a response within 24 hours.

Thank you,

Bryce Carrasco

---

**From:** Giangrosso, Cindy <cgiangrosso@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, December 31, 2020 1:49 PM
**To:** 'bocarrasco47@outlook.com' <bocarrasco47@outlook.com>
**Subject:** Correspondence Acknowledgment Email
**Importance:** High

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender