# bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 19, 2021 3:58 AM |
| **To:** | ckay@mtb.com; Janker, Caitlin |
| **Cc:** | Office of the President |
| **Subject:** | Credit Application |

To Chris Kay and Caitlin Janker re. M&T Visa Credit Card Agreement Documentation Request:

I have a specific request. Can you please provide a copy of the full and unabridged credit card application on file at the Light and Redwood branch, located at 1 Light Street, Baltimore MD 21202?


Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com