# Dispute Timeline



| Date | Dispute |
|---|---|
| 5 Jan. 2021 | Experian #1 |
| 6 Jan. 2021 | Transunion #1 |
| 7 Jan. 2021 | Experian #2 |
| 14 Jan. 2021 | Experian #3 |
| 18 Jan. 2021 | Equifax #1 |
| 10 Feb. 2021 | Experian #4 |
| 23 Feb. 2021 | Experian #5 |
| 25 Feb. 2021 | Equifax #2 |

**Total Disputes Completed: 8**