IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **Bryce Carrasco,** Plaintiff | * | |
| v. | * | Case 1:21-cv-00532-SAG |
| **M&T Bank,** Defendant | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REPLY TO M&T'S CONSOLIDATED MOTION TO DISMISS

Plaintiff comes now to file this reply to M&T's Consolidated Response (ECF 31). I do not find it necessary to respond to all of the arguments in the Defendant's instant reply because the arguments are meritless and fail to address the central points set forth in the Complaint regarding Counts 1 and 2. Therefore, it is unnecessary to reply to these arguments because they are completely irrelevant and only serve as a distraction to the key points which the plaintiff has presented before the Court.

The Responsive Brief does not allege anything new or unique but rather serves as support to the merit of the allegations in the Complaint and further provides a more thorough examination of those claims.

Since the Consolidated Response is irrelevant and meritless, I do not think it is not necessary to provide counterarguments to this filing. Nevertheless, plaintiff does believe that he has successfully constructed two valid legal claims against M&T and also supplied the court with factual evidence which has not been disputed and proves the validity of the claims. Therefore, the plaintiff will wait for the court to address the motion to dismiss before going any further in the current lawsuit. The motion should be denied as it is wholly without merit.

**Signature Page**

    Date: 19 April 2021

/s/Bryce Carrasco
Bryce Carrasco
bocarrasco47@outlook.com
410-858-7432