## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYCE CARRASCO**, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  SAG-21-532 |
| **M&T BANK**, | * | |
| Defendant. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### DEFENDANT M&T BANK'S RESPONSE IN OPPOSITION TO PLAINTIFF'S "MOTION TO STRIKE" a/k/a "OBJECTION TO ADMISSIBILITY OF EVIDENCE"

Defendant M&T Bank ("M&T"), through its undersigned counsel, respectfully submits this Response in Opposition to Plaintiff's "Motion to Strike" a/k/a "Objection to Admissibility of Evidence" ("Plaintiff's Motion") (ECF No. 32), and states as follows:

Nothing in Plaintiff's Motion explains or even suggests a legitimate basis on which to strike M&T's Consolidated Response in Opposition to Plaintiff's Motion to Strike and Reply Memorandum in Further Support of Motion to Dismiss ("M&T's Consolidated Response) (ECF No. 31).  Indeed, Plaintiff does not argue or assert that there is anything "redundant, immaterial, impertinent, or scandalous" in M&T's Consolidated Response so as to warrant relief under Rule 12(f).

Admittedly, Plaintiff's Motion does correctly note that the link and website referenced in M&T's Consolidated Response (and attached as Exhibit D (ECF No. 31-2)) inadvertently refers to a prior (albeit substantially similar) version of the M&T credit card agreement.  While M&T recognizes this mistaken reference, the fact remains that the updated version of the credit card agreement (dated May 1, 2020) that governs Plaintiff's account also is readily available on

M&T's website at: https://www3.mtb.com/content/dam/mtb-web/mtb-migration/pdfs/summary-visa-account-terms.pdf (accessed April 21, 2021).  For ease of reference, a copy of this website is attached hereto as **Exhibit E**.  The website reflected in Exhibit 1 can be accessed by clicking on the "pricing information" link in the Disclosures section of the "M&T Bank Credit Cards" landing page, https://www3.mtb.com/personal-banking/credit-cards (accessed April 21, 2021).[1]

Accordingly, and notwithstanding the inadvertent reference to the prior version of the credit card agreement, the argument set forth in M&T's Consolidated Response with respect to TILA's claim fully illustrates that Plaintiff is unable to state a plausible claim for relief.[2]

For the foregoing reasons, M&T respectfully submits that Plaintiff's "Motion to Strike" a/k/a "Objection to Admissibility of Evidence" (ECF No. 32) should be DENIED.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
Michael B. Brown (Fed. Bar No. 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

---

[1] Notably, this website was the second search result when undersigned Counsel searched on Google for "m&t credit card agreement".
[2] If this Court so directs, M&T is prepared to file a corrected version of its Consolidated Response addressing the inadvertent reference described herein.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2021, a copy of the foregoing was served on the

following via CM/ECF and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012


*/s/ Brian L. Moffet*
Brian L. Moffet