# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRYCE CARRASCO,** | * |
| **Plaintiff,** | * |
| v. | * Civil Case No. SAG-21-0532 |
| **M & T BANK,** | * |
| **Defendant.** | * |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of April, 2021, **ORDERED** that Defendant's Motion to Dismiss, ECF 22, is denied as to Counts One and Two. Counts Three, Four, and Five are voluntarily dismissed, without prejudice.

Dated: April 27, 2021　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　United States District Judge