IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYCE CARRASCO**, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  SAG-21-532 |
| **M&T BANK**, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank ("Defendant"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, hereby submits this Disclosure of Affiliations and Financial Interest and states as follows:

1. <u>Corporate Affiliations</u>. Manufacturers and Traders Trust Company is a wholly owned subsidiary of M&T Bank Corporation, a publicly traded company whose stock is traded on the New York Stock Exchange under the ticker symbol MTB.

2. <u>Financial Interest in the Outcome of the Litigation</u>. Other than the entities identified in Paragraph 1, there is no corporation, unincorporated association, partnership, or other business entity not a party to the case that has, or may have, a financial interest in the outcome of this litigation.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
Michael B. Brown (Fed. Bar No. 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464

bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, a copy of the foregoing was served on the following via CM/ECF and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

        */s/ Brian L. Moffet*
        Brian L. Moffet