| Ex. # | Date | ECF # | Description |
|---|---|---|---|
| 1 | 3/2/2021 | 1-2 | The Account Activation Letter |
| 2 | 3/2/2021 | 1-3 | Debt Collection Letter, Dated November 5, 2020 |
| 3 | 3/2/2021 | 1-4 | Credit Agreement |
| 4 | 3/2/2021 | 1-5 | Online Advertisement by M&T |
| 5 | [N/A] | [] | [reserved] |
| 6 | 3/23/2021 | 15-1 | Account activation letter, colorized |
| 7 | 3/23/2021 | 15-2 | Equifax Credit Report Dated 3/22/2021 |
| 8 | 3/23/2021 | 15-3 | M&T Bank Visa Credit Account Payoff Certificate – Dated 3/23/2021 |
| 9 | 3/23/2021 | 15-4 | Amerisave Mortgage Credit Score disclosure report dated 7/16/2021 |
| 10 | 3/23/2021 | 15-5 | M&T Bank Visa Credit Card Agreement |
| 11 | 3/23/2021 | 15-6 | Dispute notice sent to M&T Bank dated 12/30/2020. M&T confirmed receipt of the dispute notice on 12/31/2020. Emails are included at the end of the exhibit. |
| 12 | 3/23/2021 | 16-1 | Emails all. |
| 13 | 3/23/2021 | 16-2 | Transunion credit report dated 2/19/21 |
| 14 | 3/23/2021 | 16-3 | M&T Customer Profile for Bryce Carrasco. |
| 15 | 3/23/2021 | 16-4 | M&T Account Profile for credit card account #6414. |
| 16 | 3/23/2021 | 17-2 | M&T Credit Card Application, Original Document. |
| 17 | 3/25/2021 | 21-1 | Experian Credit Report Dated 3/25/2021 |
| 18 | 3/25/2021 | 21-2 | Experian Dispute Result Dated 1/7/2021 |
| 19 | 3/25/2021 | 21-3 | CFPB Complaint and M&T Responses |
| 20 | 3/25/2021 | 21-4 | All Debt Collection Letters |
| 21 | 4/6/2021 | 25-1 | Experian Dispute Center List |
| 22 | 4/6/2021 | 25-2 | Experian Credit Score |
| 23 | 4/6/2021 | 26 | Calculation of Damages |
| 24 | 4/6/2021 | 27-1 | MTB Correspondence Acknowledgement |
| 25 | 4/6/2021 | 27-2 | Automatic Stay Declaration Email |
| 26 | 4/6/2021 | 27-3 | Declaration of automatic stay |
| 27 | 4/6/2021 | 28-1 | Exhibit Email 2/2/21 |
| 28 | 4/6/2021 | 28-2 | Exhibit Email 2/8/21 |
| 29 | 4/6/2021 | 28-3 | Exhibit Email 2/11/21 |
| 30 | 4/6/2021 | 28-4 | Exhibit Email 2/19/21 |
| 31 | 4/6/2021 | 28-5 | Exhibit Email 2/19/21 re dispute |
| 32 | 4/6/2021 | 28-6 | Exhibit Email 2/23/21 |
| 33 | 4/6/2021 | 29 | Dispute Timeline |
| 34 | 4/6/2021 | 29-1 | Exhibit Equifax credit file |
| 35 | 4/6/2021 | 29-2 | Exhibit TransUnion Dispute |
| 36 | 4/6/2021 | 29-3 | Exhibit Equifax Disputes |
| 37 | 4/7/2021 | 30, at 15 | Appendix G-10(A) Model Form |
| 38 | 4/7/2021 | 30, at 16 | M&T Visa Credit Card Disclosure Table |
| 39 | 4/20/2021 | 34 | Monthly Statements |
| 40 | 5/13/2021 | 46 | Emails with Drew Solice |
| 41 | 5/13/2021 | 46 | Drew Solice Contact Card |