IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **Bryce Carrasco,** Plaintiff | * |
| v. | *   Case No. 1:21-cv-00532-SAG |
| **M&T Bank,** Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of the foregoing document(s) was sent via NEF through the CM/ECF electronic filing system, to counsel of record for Defendant M&T Bank, Brian L. Moffet, and Michael B. Brown. I swear this is true under penalty of perjury.

Date: 13 May 2021

/s/Bryce Carrasco
Bryce Carrasco
bocarrasco47@outlook.com
410-858-7432