IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Bryce Carrasco,<br>Plaintiff<br><br>v.<br><br>M&T Bank,<br>Defendant | Case No. 1:21-cv-00532-SAG<br><br>**Discovery Conference Request:**<br>Thursday May 20th |

### MOTION TO SCHEDULE DISCOVERY MANAGEMENT CONFERENCE

Plaintiff hereby moves the court to schedule a discovery management conference to assist in formulating a plan for the discovery process in the above-captioned case.

Plaintiff proposes a tentative date for the conference on Thursday, May 20th via telephone conference call.

Date: 14 May 2021

/s/Bryce Carrasco
Bryce Carrasco
bocarrasco47@outlook.com
410-858-7432