IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRYCE CARRASCO,**<br>  Plaintiff<br>    v.<br>**M&T BANK,**<br>  Defendant | 1:21-cv-00532-SAG<br><br>MOTION TO SHOW CAUSE |

## MOTION TO SHOW CAUSE

Plaintiff moves for the clerk to be disqualified from this case and sever involvement in further proceedings, and to show good cause why the plaintiff should not move for sanctions for extrajudicial tampering of on the record evidentiary material.

*[signature]*

BRYCE CARRASCO,                                                                                                May 19, 2021
as Plaintiff