IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRYCE CARRASCO,**<br>　Plaintiff<br>　　v.<br>**M&T BANK,**<br>　Defendant | **1:21-cv-00532-SAG**<br><br>**REQUEST** |

## Motion to Prosecute Criminal Acts

Pursuant to 18 U.S.C. § 2071, this request is made for the court to prosecute to the fullest extent of law for concealment of public record.


*[signature]*

BRYCE CARRASCO,　　　　　　　　　　　　　　　　　　　　　　　May 19, 2021
as Plaintiff