IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Bryce Carrasco,**
Plaintiff

v.   Case No. 1:21-cv-00532-SAG

**M&T Bank,**
Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

Motion for Leave to Amend Complaint

Plaintiff hereby moves the court for leave to amend complaint. A redline of the proposed changes are attached to the motion along with a clean version of the amended complaint.

Respectfully,

Bryce Carrasco