**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BRYCE CARRASCO**, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: SAG-21-532 |
| **M&T BANK**, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF MICHAEL B. BROWN, ESQ.**
**FOR LEAVE TO WITHDRAW AS COUNSEL**

Michael B. Brown, Esq. hereby moves pursuant to Local Rule 101.2(b) for leave to withdraw as counsel for Defendant M&T Bank in the above-captioned matter. Defendant will continue to be represented in this matter by Brian L. Moffet and the law firm of Miles & Stockbridge, P.C.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2021, a copy of the foregoing was served on the following via email and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

                                                  */s/ Brian L. Moffet*
                                                  Brian L. Moffet