### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Bryce Carrasco,**<br>Plaintiff<br><br>v.<br><br>**M&T Bank,**<br>Defendant | Case No. 1:21-cv-00532-SAG |

### MOTION FOR ISSUANCE OF THIRD-PARTY SUBPOENA DUCES TECUM

COMES NOW the plaintiff, Bryce Carrasco ("Plaintiff") to submit this request for the court to order that the clerk authorize and sign three (3) third-party subpoenas *duces tecum* for the plaintiff to serve on the following persons:

1. EQUIFAX INFORMATION SERVICES LLC
   1550 PEACHTREE STREET, NW
   ATLANTA GA 30309

   a. Serve: CSC-Lawyers incorporating Service Co.
      7 ST. PAUL STREET
      SUITE 820
      BALTIMORE MD 21202

2. EXPERIAN INFORMATION SOLUTIONS, INCORPORATED
   505 CITY PKWY WEST
   ORANGE CA 92668

   a. SERVE: THE CORPORATION TRUST, INCORPORATED
      2405 YORK ROAD
      SUITE 201
      LUTHERVILLE TIMONIUM MD 21093-2264

3. TRANS UNION LLC
   555 W. ADAMS STREET
   CHICAGO IL 60661

   a. SERVE: CSC-LAWYERS INCORPORATING SERVICE CO.
      7 ST. PAUL STREET
      SUITE 820
      BALTIMORE MD 21202.

Plaintiff believes that it is necessary to request production of documents from the above-listed persons as it relates to the reinvestigations conducted in response to the various disputes initiated

based on information which was furnished by the defendant M&T Bank Corporation ("M&T" or "Defendant"). These documents will provide for a more complete factual record by which the court will be able to adjudicate all fact issues present in this civil action. Plaintiff has provided for the documents to be produced electronically via email so as not to place undue burden on any non-party to which these subpoenas will be served.

Attached are three proposed subpoenas which the plaintiff seeks to be signed by the clerk of court.

Submitted 4th of June 2021.

Bryce Carrasco, as Plaintiff.

/s/Bryce Carrasco