# ATTACHMENT A

Bryce Carrasco, pursuant to Fed.R.Civ.P. 45 requests that certain documents and tangible things be made available for inspection. Copies of the documents can be scanned and delivered via electronic mail to: [bocarrasco47@outlook.com](mailto:bocarrasco47@outlook.com) or physically mailed to 334 Ternwing Drive, Arnold MD 2012, but need not be delivered to both. The requested date for the delivery of documents is June 21st, 2021. Email delivery is preferred but not required.

## Definitions and Instructions

The following definitions and instructions shall apply to these requests for production:

"**Document**" is used in the broadest sense contemplated and includes, but is not limited to, the following items: agreements; drafts; communications; correspondence; telegrams; cables; facsimiles; memoranda; records; books; financial statements; summaries of records or notes of personal conversations or interviews; diaries; calendars; forecasts; statistical statements; accountants work papers; graphs; charts; maps; diagrams; blue prints; tables; indexes; pictures; recordings; tapes; microfilm; charge clips; accounts; analytical records; minutes or records of meetings or conferences; reports and/or summaries of investigations; opinions or reports of consultants; appraisals; reports and/or summaries of negotiations; brochures; pamphlets; circulars; trade letters; press releases; contracts; stenographic, handwritten or any other notes; projections; working papers; federal and state income tax returns; checks, front and back; check stubs or receipts; shipping documents; manifests; invoice vouchers; computer printouts and computer disks and tapes; and tape data sheets or data processing cards or disks or any other written, recorded, transcribed, punched, taped, filmed or graphic matters; however produced or reproduced.

"**Communication**" includes every manner of transmitting or receiving facts spoken by one person and from one person to another person, information, opinions, or thoughts, whether orally, by documents, writing, or copy thereof, or otherwise, including, but not limited to, words transmitted by telephone, radio, or any method of voice recording.

"**Person**" means any natural or artificial person, including business entities and other legal entities.

"**You**" includes the person listed on the Subpoena to which this Attachment is addressed to personally, your company, entity, institution, agency, subsidiaries, successors in interest or assigns and/or any of its branches, departments, employees, agents, contractual affiliates, or otherwise connected by legal relationship, in the broadest sense. "**You**" refers to you, your agents, servants and/or employees, and in the instance of corporations or other business entities, "you" refers to the person or entity designated to these requests for production as well as any person, agent, servant and/employee who acted on behalf of you at any time and in connection with responding to these requests for production.

"**Plaintiff**" refers to Bryce Octavio Carrasco.

"**FCRA**" refers to the Federal Fair Credit Reporting Act, codified at 15 U.S.C. §§ 1681-1681x.

"**Plaintiff's Credit Report**" refers to the report or reports on Plaintiff's credit history compiled by Trans Union, L.L.C., Experian Information Solutions, Inc., Equifax Information Services, Inc., and any credit reporting agency to whom you have furnished, reported or otherwise communicated any credit information concerning the Plaintiff.

"**CRA**" means credit reporting agency, and includes you, and all persons acting on behalf of you at all times since the beginning of the world.

"**Audit Trail**" means a complete, detailed listing of each addition, deletion, modification, or other change to the credit account or account profile as maintained in recorded form, in the broadest sense, by "you." The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to affect such action, the location of origin of the action and the reason the action was taken.

"**Data**" means the physical symbols in the broadest sense, that represent information, regardless of whether the information is oral, written or otherwise recorded.

"**Data field**" means any single or group of character(s), number(s), symbol(s) or other identifiable mark(s) maintained in a permanent or temporary recording which represent, in any way, an item or collection of information. "Data field" includes all types of data whether maintained in integer, real, character or Boolean format.

"**Database**" or "**databank**" means any grouping or collection of data fields maintained, in any format or order, in any permanent or temporary recorded form.

"**Hardware**" means the physical components of a computer or any device capable of maintaining recorded data.

"**Software**" means the entire set of computer programs, procedures, documentation, or other recorded instructions which guide a mechanical device or human in the operation of the computer or mechanical device.

"**Computer**" means any and all programmable electronic devices or apparatuses, including hardware, software, and other databanks, that can store, retrieve, access, update, combine, rearrange, print, read, process or otherwise alter data whether such data maintained in that device or at some other location. The term "computer" includes any and all magnetic recordings or systems, systems operating on or maintaining data in digital, analog, or hybrid format, or other mechanical devices, or other devices capable of maintaining writings or recordings, of any kind, in condensed format, and includes any disk, tape, recording, or other informational source, regardless of its physical dimension or size.

"**Personal Identifiers**" means a person's name or social security number or other unique data which identifies or is associated with a particular person.

"**Credit Furnisher**" means any person or business entity which has provided, communicated, furnished or reported any credit information concerning the Plaintiff.

***

The documents requested herein shall be produced as they are kept in the ordinary course of business or shall be organized and labeled according to the number of the document request.

The duty to produce documents shall not be limited or affected by the fact that the same document is available through another source. All documents should be produced which are not subject to an objection and are known by, possessed or controlled by, or available to Plaintiff or any of Plaintiff's attorneys, consultants, representatives, employees, officers, directors, partners, or other agents.

In the event you assert any form of objection or privilege as a ground for not answering a document production request or any part of a request, set forth the legal grounds and facts upon which the objection or privilege is based. If the objection relates to only part of the document, the balance of the document production should be answered in full.

Notwithstanding the assertion of an objection, any purportedly privileged document containing non-privileged matter must be disclosed, with the purportedly privileged portion redacted. All such documents should be held separately and retained intact subject to and pending a ruling by the Court as to the claimed privilege.

If any documents requested have been destroyed, lost, mislaid, or are otherwise missing, please so state, specifying for each document or thing:

(a) the type of document;
(b) a description of the nature and contents of the document;
(c) the identity of the author;
(d) the circumstances under which it ceased to exist;
(e) the identity of all Person(s) having knowledge of the circumstances under which it ceased to exist; and
(f) the identity of all Person(s) who had knowledge of the contents.

**Requests for Production**

1. Please provide a copy of all documents sent to you by M&T Bank which refer to the Plaintiff in any way in the last twelve months, including the date sent, description of document, and method of delivery.

2. Please provide a list and copy of all documents sent to you by the Plaintiff in any way in the last twelve months, including the date sent, description of document, and method of delivery.

3. Please produce all documents which constitute consumer dispute verification (CDV) forms or notices, correspondence with any data furnisher or creditor or subscriber or data deletion forms which contain any one of Plaintiff's personal identifiers.

4. Please produce all documents referring or relating to any communications, including but not limited to, credit reports, Consumer Dispute Verifications (CDVs or ACDVs) forms, telephone investigation logs, which relate to the Plaintiff or any disputes submitted by the Plaintiff.

5. Please produce copies of all documents evidencing telephone messages, logbooks or your other regularly maintained records which contain information about communications between you and Plaintiff.

6. Please produce copies of any and all telephone reinvestigation forms which in any way reference Plaintiff, Plaintiff's social security number.

7. Please produce any and all investigative reports prepared or obtained which in any way reference Plaintiff.

8. Please produce all documents evidencing or including data concerning the names, addresses, telephone numbers, current employers, and current whereabouts of each and every one of your employees who has communicated with the Plaintiff.

9. Please produce a copy of your entire database on the Plaintiff (i.e., all screens) including but not limited to:

    - "consumer personal information" screens;
    - "consumer address information" screens;
    - "address information" screens;
    - "public record detail" screens;
    - "dispute verification menu" screens; and
    - "ACDV records" screens.

10. Please produce any and all documents or computer screens which set forth or demonstrate all of the information that you are currently reporting about the Plaintiff on his consumer report as that term is defined in the FCRA.

4