IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. SAG-21-532 |
| M&T BANK, | * | |
| Defendant | * | |

\*\*\*

## ORDER

I have reviewed Plaintiff's Motion for Issuance of Third-Party Subpoena, ECF 60. As presently drafted, the requests in the attachment are overbroad for the following reasons: (1) the request in item 8 should be limited to the name and current or last known address and telephone number for each employee known to have communicated with Plaintiff; (2) the requests in items 4 and 5 for "logs" and "logbooks" should be restricted to the entries pertaining to the Plaintiff, to avoid potentially massive productions of irrelevant material; and (3) item 10 should be eliminated or reworded, as it is presently unclear what information it calls for that would not be captured by item 9. Plaintiff should resubmit the attachment with those changes, and once received, the Court will order the Clerk to issue the requested subpoenas.

SO ORDERED this 21st day of June, 2021.

_____/s/_____
Stephanie A. Gallagher
United States District Judge