# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ------------------------------------------------- x | | |
| BRYCE CARRASCO, | : | Civil Action |
|     Plaintiff, | : | |
|     v. | : | Case No. 21-532 (SAG) |
| M&T BANK, | : | |
|     Defendant. | : | |
| ------------------------------------------------- x | | |

## AMENDED SUBPOENA REQUEST

Plaintiff has reviewed the Court's suggestions and hereby submits this amended request for the issuance of three subpoenas. Attached are the revised subpoenas.

Respectfully submitted 24 June 2021.

     UNDER PENALTY OF PERJURY, I hereby certify that the foregoing statements are true and correct based on current belief, understanding and knowledge, and are not being filed for any improper purpose. Respectfully submitted.

SIGNED BY:                                                                DATED: 6/24/2021

X _/s/ Bryce Carrasco_____

1