


**EXHIBIT 1**

## Moffet, Brian L.

| | |
|---|---|
| **From:** | Moffet, Brian L. |
| **Sent:** | Monday, June 28, 2021 10:59 AM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | Carrasco v. M&T - Request for Depositions |
| **Attachments:** | Notice of Deposition - B Carrasco.pdf |

Dear Mr. Carrasco –

Among the more than twenty (20) emails you sent me between Friday morning and Saturday morning were requests to take the depositions of four high-ranking corporate executives at M&T Bank Corporation – the parent company of Defendant M&T Bank. Specifically, you are requesting to depose: (1) Rene Jones, Chairman and Chief Executive Officer; (2) Kevin Pearson, Vice Chair; (3) Darren J. King, Executive Vice President & Chief Financial Officer; and (4) Laura O'Hara, Senior Vice President and General Counsel. None of these individuals have any direct knowledge – let alone personal knowledge – of any relevant facts nor were any of them involved in this matter. Your emails requesting their depositions support this reality as do your answers to interrogatories.

For example, you indicate that you want to depose Messrs. Jones and King because they each signed the publicly available financial statements of M&T Bank Corporation. However, the internal controls at and financial reporting of M&T Bank Corporation and its subsidiaries are not relevant to your claims under the Fair Credit Reporting Act or the Truth in Lending Act. You do not necessarily dispute this but rather contend that these senior corporate executives have knowledge of M&T Bank Corporation's financial condition, which is relevant to your claim for punitive damages. While M&T believes that discovery on the issue of punitive damages is premature, the financial position and/or net worth of M&T Bank Corporation is publicly available. You do not need to burden Messrs. Jones and King with a deposition for this information. Indeed, your emails indicate that you already obtained M&T Bank Corporation's financial statements, which is more than sufficient at this time.

Similarly, you indicate that you want to depose Ms. O'Hara regarding certain of her individual transactions of M&T Bank Corporation stock dating back to 2017, but these transactions – which are publicly disclosed in SEC Form 4 filings – have nothing to do with the issues in this case. The Amended Complaint raises three discrete issues: (1) whether M&T was obligated to report that you were disputing the underlying credit terms of the credit card; (2) whether M&T posted the credit card agreement governing your credit card account on the Internet; and (3) whether a certain on-line advertisement for an M&T credit card contained adequate disclosures. Ms. O'Hara's acquisition and/or disposition of M&T Bank Corporation stock is irrelevant to all three issues. You also indicate that you want to depose Ms. O'Hara because "she is a key decision maker in M&T's legal division." While Ms. O'Hara is the General Counsel for M&T Bank Corporation, she had no personal involvement in this matter and therefore, does not have knowledge of any relevant facts.

And, as for Mr. Pearson, you do not provide any reason or basis for wanting to depose him.

Your request to depose these senior corporate executives is an abuse of discovery and amounts to nothing more than harassment. Accordingly, M&T requests that you withdraw the deposition requests. To the extent you refuse or decline to do so, M&T will seek the appropriate relief from the Court, including a protective order. Please let me know if this will be necessary. In the meantime, attached please find the notice of your deposition for July 8th as previously agreed upon. A hard copy of the notice will be sent by mail.

Thank you.

Brian

**Brian Moffet**

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3656 | O: +1 410.727.6464 | F: +1 410.773.9138



vCard | bmoffet@milesstockbridge.com



For COVID-19 information and resources, please visit our Coronavirus Task Force page.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: SAG-21-532 |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant M&T Bank will take the deposition upon oral examination of the following person on the date and at the time indicated and from day to day thereafter until completion before a Notary Public, or an officer authorized by law to administer oath.

DEPONENT: **BRYCE CARRASCO**

DATE AND TIME: Thursday, July 8, 2021 at 10:00 a.m.

LOCATION: **Miles & Stockbridge, P.C.**
**100 Light Street**
**Baltimore, Maryland 21202**

The deposition is to be taken for discovery purposes, for use as evidence at trial or both. The deposition will be recorded by stenographic means and by video.

Respectfully submitted,

/s/ Brian L. Moffet
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a copy of the foregoing was served on the following via email and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

/s/ Brian L. Moffet
Brian L. Moffet