## M&T Bank Named Executive Officer Compensation and Insider Sales

*M&T's C-Suite, pictured below, owns less than 0.1% of the common shares outstanding of M&T Bank Corporation*




**Rene F. Jones**
Chairman and CEO


**Richard S. Gold**
President and COO


**Kevin J Pearson**
Vice Chairman


**Darren J. King**
EVP and CFO

|  |  | Rene F. Jones | Richard S. Gold | Kevin J Pearson | Darren J. King |
|---|---|---|---|---|---|
| **Aggregate Stock Sales Since 2010**[1] | | $30,256,877 | $33,154,047 | $49,692,557 | $35,042,447 |
| **Stock Ownership (% of Shares Outstanding)**[2] | | 0.09% | 0.06% | 0.06% | 0.05% |
| **Annual Cash Compensation** | FY 2020 | $5,532,007 | $3,970,073 | $3,980,581 | $2,662,079 |
| | FY 2019 | $5,704,703 | $3,963,972 | $3,974,889 | $2,702,381 |
| | FY 2018 | $4,770,132 | $3,214,394 | $3,208,821 | $2,356,739 |

(1)   Market value of proceeds from stock sales, calculated by multiplying the share price on the transaction date by the number of shares sold.
(2)   As of December 31, 2020.
Source: SEC Filings.