**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** <br> **STEPHANIE A. GALLAGHER** <br> **UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET** <br> **BALTIMORE, MARYLAND 21201** <br> **(410) 962-7780** <br> **MDD_SAGchambers@mdd.uscourts.gov** |

June 30, 2021

    Re:  Carrasco v. M&T Bank
          Civil Case No. SAG-21-532

Dear Mr. Carrasco and Counsel:

    This Court has instructed the parties on two prior occasions to refrain from filing materials on the docket that do not constitute formal motions for relief or other correspondence requested by the Court. *See* ECF 39 ("Please refrain from continuing to docket items that do not constitute a motion, an opposition to a motion, a reply, or other correspondence to the Court seeking particular relief."); ECF 56 ("Any future filings should conform with this Court's Local Rules and the Federal Rules of Civil Procedure, and with the directions I provided the parties in ECF 39 . . . ."). Recently, the parties filed various materials on the docket that do not comply with this Court's clear instructions. ECF 65, 70, 71, and 72. The Court will therefore disregard these filings. The Court has referred this case to United States Magistrate Judge A. David Copperthite for discovery and all related scheduling. ECF 67. If the parties have specific discovery disputes, they should be raised by motions seeking particular relief in accordance with this Court's Local Rules. They will then be adjudicated by Judge Copperthite. To the extent that the parties wish to file dispositive motions, they may do so without seeking leave of the Court.

    Again, the Court reiterates the need for both parties to comply with the rules and decorum of this forum. Any future filings that contain ad hominem attacks about the opposing party or opposing party's counsel or officers will be disregarded.

                                                      Sincerely yours,

                                                      /s/

                                                     Stephanie A. Gallagher
                                                     United States District Judge