# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

```
------------------------------------------------- x
BRYCE CARRASCO,                                   :      Civil Action
        Plaintiff,                                :
    v.                                            :      Case No. 21-532 (SAG)
M&T BANK,                                         :
        Defendant.                                :
------------------------------------------------- x
```

## MOTION FOR INJUNCTIVE RELIEF

Plaintiff hereby moves the court for an order restraining the defendant's counsel from contacting the plaintiff outside of the proper venue of the courts. Brian Moffet, continues to harass me regarding trivial discovery matters after it has been made clear that all parties have agreed to end discovery. Further, Brian has engaged in intimidatory tactics as a last ditch effort to save his client from the verdict which the law and facts require. The court cannot allow this to continue and furthermore needs to demand that the Moffet come forth with specific facts and admissible evidence which precludes the previously filed motion for summary judgement, or enter judgement for the relief which is requested. The Court has delayed this outcome long enough and has enabled Mr. Moffet to take advantage of the plaintiff and harass him improperly and it needs to end immediately. Mr. Moffet has breached confidential health related matters and made reference to certain "events" involving plaintiff's involuntary admission to the psych ward which was illegal last Friday, July 3, 2021 and completely irrelevant to this case. Plaintiff is unaware how Mr. Moffet became privy to such HIPAA protected information but it is categorically inappropriate for him to reference, and he then proceeded to try to intimidate the plaintiff to partake in a deposition at his office on July 8 which the plaintiff has made clear he

1

refuses to participate in. Will the court allow this abuse to continue? Or will it enter judgment as required by the law and the facts on the record?

## **SIGNATURE PAGE**

UNDER PENALTY OF PERJURY, I hereby certify that the foregoing statements are true and correct based on current belief, understanding and knowledge, and are not being filed for any improper purpose. Respectfully submitted to the Court.

SIGNED BY: DATED: 7/10/2021

X _____

**Bryce Carrasco**

334 Ternwing Drive

Arnold, Maryland 21012

bocarrasco47@outlook.com

410-858-7432