## bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Moffet, Brian L. <bmoffet@MilesStockbridge.com> |
| **Sent:** | Tuesday, July 6, 2021 3:48 PM |
| **To:** | 'Bryce Carrasco' |
| **Cc:** | Chazen, Joshua R. |
| **Subject:** | Carrasco v. M&T - Following Up on Discovery Matters |

Mr. Carrasco –

I am following up on several discovery matters.  First, I still have not received a response to my email regarding the proposed confidentiality order.  As previously indicated, I cannot make certain documents available for your review and inspection until we have an agreed-upon confidentiality order signed by the court.  Second, it has come to my attention that due to certain events that occurred last Friday, you may not be available to appear for your deposition scheduled for 10 am on Thursday, July 8th.  Accordingly, please respond to this email to confirm your intent and ability to appear at my office on Thursday for your deposition.  Lastly, I sent you an email on Friday indicating that M&T would be producing its documents today.  Before I send you the documents, I want to make sure you are available to receive them.  Once I receive your email regarding the deposition, I will then send you the documents via a secure FTP site.

If you have any questions, please let me know.

Brian

**Brian Moffet**

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3656 | O: +1 410.727.6464 | F: +1 410.773.9138



vCard | bmoffet@milesstockbridge.com



For COVID-19 information and resources, please visit our Coronavirus Task Force page.

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.