# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

------------------------------------------------- x
BRYCE CARRASCO,                  :        Civil Action
    Plaintiff,              :
  v.                                :        Case No. 21-532 (SAG)
M&T BANK,                             :
    Defendant.            :
------------------------------------------------- x

## EVIDENCE OF ALL FACTS PERTINENT TO DISPOSING OF THIS ACTION

Attached the Court can find all documents from discovery which might be relevant to this action.