IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYCE CARRASCO**, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  SAG-21-532 |
| **M&T BANK**, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)(A)**

Defendant M&T Bank ("M&T"), through its undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(1), hereby serves its Initial Disclosures on Plaintiff Bryce Carrasco ("Plaintiff" or "Carrasco").  These Initial Disclosures reflect the current knowledge of Defendant and its counsel, and are subject to, and made without waiving, M&T's right to assert any and all objections as to competency, relevancy, materiality, privilege, work-product, use or admissibility as evidence, for any purpose, of any of these initial disclosures, or of the subject matter of these initial disclosures, in these or any subsequent proceedings.  M&T further reserves the right to supplement, amend, correct, or otherwise modify these initial disclosures as investigation and discovery are conducted in accordance with the Federal Rules of Civil Procedure.

I. <u>**Witnesses Likely To Have Discoverable Information (26(a)(1)(A)(i))**</u>

M&T provides the following names and addresses (where known) of the persons who are likely to have discoverable information M&T may use to support its claims, defenses, and affirmative defenses, along with the subjects of that information.  M&T reserves the right to identify additional potential witnesses as discovery progresses.

A. **Bryce Carrasco**. 334 Ternwing Drive, Arnold, MD 21012. Carrasco is likely to have discoverable information related to Plaintiff's claims in this case, information supplied to M&T, and Plaintiff's credit card account with M&T.

B. **Sally Carrasco**. 334 Ternwing Drive, Arnold, MD 21012. Carrasco is likely to have discoverable information related to accounts held by Bryce Carrasco with M&T.

C. **Lou Carrasco**. 334 Ternwing Drive, Arnold, MD 21012. Carrasco is likely to have discoverable information related to accounts held by Bryce Carrasco with M&T.

D. **Corporate Designee of M&T**. May be contacted through undersigned counsel only. M&T is likely to have discoverable information related to Plaintiff's credit card account with M&T, information supplied by Plaintiff to M&T, and M&T's publication of account holder agreements.

E. **Drew Solice, Jr**. Address unknown. Mr. Solice is likely to have discoverable information related to the opening of Plaintiff's credit card account with M&T.

F. **Caitlin Severino**. M&T Bank. May be contacted through undersigned counsel only. Ms. Severino is likely to have discoverable information related to a letter sent to Plaintiff on February 5, 2021.

G. **Ajit Phulare.** M&T Bank. May be contacted through undersigned counsel only. Mr. Phulare is likely to have discoverable information related to the information reported to the credit bureaus.

H. **Lolita Kellam**. M&T Bank. May be contacted through undersigned counsel only. Ms. Kellam is likely to have discoverable information related to the information reported to the credit bureaus.

I. **Angie Townsend.** M&T Bank. May be contacted through undersigned counsel only. Ms. Townsend is likely to have discoverable information related to the information reported to the credit bureaus.

J. **Shivanand Patil.** M&T Bank. May be contacted through undersigned counsel only. Ms. Patil is likely to have discoverable information related to the information reported to the credit bureaus.

K. **Experian**. 601 Experian Pkwy, Allen, TX, 75013. Experian is likely to have discoverable information related to Plaintiff's disputes.

L. **TransUnion, LLC**. 2 Baldwin Place, Crum Lynne, PA, 19022. TransUnion is likely to have discoverable information related to Plaintiff's disputes.

M. **Equifax**. 1550 Peachtree St NW, Atlanta, GA, 30309. Equifax is likely to have discoverable information related to Plaintiff's disputes.

II. **Documents and Tangible Things Defendant May Use to Support Its Claims or Defenses (26(a)(1)(A)(ii))**

M&T identifies the following categories of all documents, ESI, and tangible things that it may use to support its claims or defenses:

A. All agreements between Plaintiff and M&T.

B. All documents relating to Plaintiff's account with M&T.

C. Communications between Plaintiff and M&T.

D. Communications between CRAs and M&T.

III. **Computation of Any Claimed Damages by Defendant (26(a)(1)(A)(iii))**

As of this filing, M&T has not made a claim for damages in this matter. If a claim for damages is added, M&T reserves the right to supplement this response.

IV. **Potentially Available Insurance Policies (26(a)(1)(A)(iv))**

None.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, a copy of the foregoing was served on the following via email and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

*/s/ Brian L. Moffet*
Brian L. Moffet