**Rule 26(a)(1) Disclosures**

Bryce Carrasco, as the plaintiff (the "Plaintiff") hereby makes the following disclosures to the defendant M&T Bank Corporation (the "Defendant" or "M&T") and its successors or assigns, in accordance with that certain scheduling order dated April 27, 2021 (the "Scheduling Order") setting forth the timeline for that certain civil action initiated by the Plaintiff on March 2, 2021 (the "Case").

Therefore, based on the information reasonably available to the Plaintiff, he makes the following disclosures, in accordance with Fed.R.Civ.P. 26(a)(1):

**Part I**

Individuals likely to have discoverable information are listed below.

Name: Bryce Carrasco
Address: 334 Ternwing Drive, Arnold, Md. 21012
Telephone Number: 410-858-7432

**Part II**

A description of the category and location of all documents, electronically stored information and tangible things that the Plaintiff may use in support of its claims are listed below.

| Ex. # | Date | ECF # | Description |
|---|---|---|---|
| 1 | 3/2/2021 | 1-2 | The Account Activation Letter |
| 2 | 3/2/2021 | 1-3 | Debt Collection Letter, Dated November 5, 2020 |
| 3 | 3/2/2021 | 1-4 | Credit Agreement |
| 4 | 3/2/2021 | 1-5 | Online Advertisement by M&T |
| 5 | [N/A] | [] | [reserved] |
| 6 | 3/23/2021 | 15-1 | Account activation letter, colorized |
| 7 | 3/23/2021 | 15-2 | Equifax Credit Report Dated 3/22/2021 |
| 8 | 3/23/2021 | 15-3 | M&T Bank Visa Credit Account Payoff Certificate – Dated 3/23/2021 |
| 9 | 3/23/2021 | 15-4 | Amerisave Mortgage Credit Score disclosure report dated 7/16/2021 |
| 10 | 3/23/2021 | 15-5 | M&T Bank Visa Credit Card Agreement |
| 11 | 3/23/2021 | 15-6 | Dispute notice sent to M&T Bank dated 12/30/2020. M&T confirmed receipt of the dispute notice on 12/31/2020. Emails are included at the end of the exhibit. |
| 12 | 3/23/2021 | 16-1 | Emails all. |
| 13 | 3/23/2021 | 16-2 | Transunion credit report dated 2/19/21 |
| 14 | 3/23/2021 | 16-3 | M&T Customer Profile for Bryce Carrasco. |
| 15 | 3/23/2021 | 16-4 | M&T Account Profile for credit card account #6414. |
| 16 | 3/23/2021 | 17-2 | M&T Credit Card Application, Original Document. |

| Ex. # | Date | ECF # | Description |
|---|---|---|---|
| 17 | 3/25/2021 | 21-1 | Experian Credit Report Dated 3/25/2021 |
| 18 | 3/25/2021 | 21-2 | Experian Dispute Result Dated 1/7/2021 |
| 19 | 3/25/2021 | 21-3 | CFPB Complaint and M&T Responses |
| 20 | 3/25/2021 | 21-4 | All Debt Collection Letters |
| 21 | 4/6/2021 | 25-1 | Experian Dispute Center List |
| 22 | 4/6/2021 | 25-2 | Experian Credit Score |
| 23 | 4/6/2021 | 26 | Calculation of Damages |
| 24 | 4/6/2021 | 27-1 | MTB Correspondence Acknowledgement |
| 25 | 4/6/2021 | 27-2 | Automatic Stay Declaration Email |
| 26 | 4/6/2021 | 27-3 | Declaration of automatic stay |
| 27 | 4/6/2021 | 28-1 | Exhibit Email 2/2/21 |
| 28 | 4/6/2021 | 28-2 | Exhibit Email 2/8/21 |
| 29 | 4/6/2021 | 28-3 | Exhibit Email 2/11/21 |
| 30 | 4/6/2021 | 28-4 | Exhibit Email 2/19/21 |
| 31 | 4/6/2021 | 28-5 | Exhibit Email 2/19/21 re dispute |
| 32 | 4/6/2021 | 28-6 | Exhibit Email 2/23/21 |
| 33 | 4/6/2021 | 29 | Dispute Timeline |
| 34 | 4/6/2021 | 29-1 | Exhibit Equifax credit file |
| 35 | 4/6/2021 | 29-2 | Exhibit TransUnion Dispute |
| 36 | 4/6/2021 | 29-3 | Exhibit Equifax Disputes |
| 37 | 4/7/2021 | 30, at 15 | Appendix G-10(A) Model Form |
| 38 | 4/7/2021 | 30, at 16 | M&T Visa Credit Card Disclosure Table |
| 39 | 4/20/2021 | 34 | Monthly Statements |
| 40 | 5/13/2021 | 46 | Emails with Drew Solice |
| 41 | | | M&T Bank Form 10K – sec.gov |

**Part III**

A computation of each category of damages claimed by the Plaintiff in this Case are listed below.

| Schedule of Damages | |
|---|---:|
| *Statutory* | |
| FCRA | $1,000.0 |
| TILA | $5,000.0 |
| *Actual* | |
| Emotional, Mental Anguish, and Fees | $60,000.0 |
| Economic - Lost wages | $100,000.0 |
| *Punitive* | |
| FCRA 1681s-2(b) | $5,884,495.2 |
| **Total** | **$6,050,495.24** |

*Amount required to settle the Case: $6,000,000*

Methodology used to compute damages can be explained in detail upon request of defendant's counsel.

Certificate of Service:

I swear the foregoing is true based on information reasonably available as of May 26, 2021. I also swear that this disclosure was served to defendant's counsel Brian Moffet and Michael Brown via email on May 26, 2021.

Signed by Bryce Carrasco, as plaintiff.

*[signature: Bryce Carrasco]*

**Date: 5/26/2021**