| Return this dispute response to: | |
|---|---|
| Experian | Date Received: 12-31-2020 |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 0139368101001 |
| FAX # : | FCRA Response Due Date: 01-22-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 100 EAST REDWOOD STREET APARTMENT 2013,BALTIMORE,MD,21202 | D | Address: 100 REDWOOD ST E APT 2013,BALTIMORE,MD,21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |

Consumer States/Comments:

| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevant Information: | THE INFORMATION SUBMITTED BY M T BANK WAS NOT IN GOOD FAITH AND I HAVE NOTIFIED M T OF THIS AND EXPECT THEY WILL ADDRESS THIS ERROR AS SOON AS POSSIBLE.|||||||||||||||| |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $59 | 1 | | |
| 18 | R | | REV | M | 12-16-2020 | 11-16-2020 | | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| Remarks: | | | | DF Contact #: | |

DRAFT

MTB000001

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | | | | | | | | | | | | |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

### Images Information

| Associated Images: | No | Image Access Indicators: | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|---|

Submitted By:  Ajit Phulare                    Tel#:  (302) 934-4629                    Date:  01-04-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000002

| Return this dispute response to: | |
|---|---|
| Experian | Date Received: 02-09-2021 |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 4036588432001 |
| FAX # : | FCRA Response Due Date: 02-28-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 100 EAST REDWOOD STREET APARTMENT 2013,BALTIMORE,MD,21202 | D | Address: 100 REDWOOD ST E APT 2013,BALTIMORE,MD,21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | ‖‖‖‖‖‖‖‖‖‖‖‖ |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | CLOSED/ CURR WAS 90 | 07-17-2020 | $2117 | | $2418 | $3500 | |
| 11 | | | | 07-17-2020 | $2117 | $0 | $2418 | $3500 | |

| Account Type | Interes t Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | REV | | M | 01-16-2021 | | 12-22-2020 | $60 | 1 | | |
| 18 | R | REV | | M | 01-16-2021 | 11-16-2020 | 12-22-2020 | $113 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | |
| | M | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $231 | | |
| | | | $231 | | |

| Remarks: _ | DF Contact #: |
|---|---|

MTB000003

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | - |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | - |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:           DOB: | SSN:           **DOB:** |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator:  / | **ECOA/Consumer Information Indicator:**  / |

**Images Information**

| Associated Images: | Yes | Image Access Indicators: | #1 | No | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|---|---|

Submitted By:  Ajit Phulare          Tel#:  (302) 934-4629          Date:  02-10-2021

By submitting this ACDV, you certify that you have reviewed and considered **all associated Images**, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000004



MTB000005

| Return this dispute response to: | |
|---|---|
| Experian | Date Received: 02-23-2021 |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 1621551270002 |
| FAX # : | FCRA Response Due Date: 03-06-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 100 EAST REDWOOD STREET APARTMENT 2013,BALTIMORE,MD,21202 | D | Address: 100 REDWOOD ST E APT 2013,BALTIMORE,MD,21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | ‖‖‖‖‖‖‖‖‖‖‖ |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | CLOSED/ CURR WAS 90 | 07-17-2020 | $1997 | | $2418 | $3500 | |
| 11 | | | | 07-17-2020 | $1997 | $0 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 02-16-2021 | | 02-08-2021 | $53 | 1 | | |
| 18 | R | | REV | M | 02-16-2021 | 11-16-2020 | 02-08-2021 | $50 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $60 | | |
| | | | $60 | | |

| Remarks: _ | DF Contact #: |
|---|---|

MTB000006

DRAFT

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 |  |  |  |  |  |  |  |  |  |  |  | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 |  |  |  |  |  |  |  |  |  |  |  | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: **DOB:** |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | **ECOA/Consumer Information Indicator:** / |

**Images Information**

| Associated Images: | Yes | Image Access Indicators: | #1 | No | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|---|---|

Submitted By: Ajit Phulare          Tel#: (302) 934-4629          Date: 02-23-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000007

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 5, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210129-5993986

Dear Mr. Carrasco:

I am writing in response to your correspondence to M&T's Executive Offices and the Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card with Rewards ending -6414. Thank you for the opportunity to respond to your concerns.

**Here's what our records show.**

- You applied for an M&T Visa Credit Card with Rewards at the Light and Redwood branch, located at 1 Light Street, Baltimore, MD 21202, and your credit card was opened on July 17, 2020.
- The enclosed *M&T Bank Visa Credit Card Agreement* would have been mailed to you with your credit card and stipulates under the section titled "Responsibility" that by applying for or using the M&T Visa Card, you accept, agree to, and are bound by the terms and conditions. You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account. A signature was not required.
- As of the date of this letter, our records reflect the above address, and we do not have record of a request to update this information. As such, your monthly statements, which would have indicated a minimum payment was due, and collections notices, were and continue to be mailed to this address.
- Additionally, our Consumer Asset Management area contacted you on several occasions by phone at the number you provided at account opening and confirmed in your correspondence. These calls were made regarding payments to your credit card and to notify you that a payment was past due.

MTB000008

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

After a review of your account, we have determined that no bank error occurred in this case. As such, we are unable to remove the late reporting associated with your credit card. Please be advised that under the Fair Credit Reporting Act, M&T is required to report all factual information to the various credit bureaus.

Lastly, our records show your most recent payment made for $60.00 posted on January 15, 2021, and your account is now up to date.

**We're here to help.**

I hope this information has been helpful. If you have further questions or concerns or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosure

MTB000009

The following Disclosures apply to new M&T Bank M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, and M&T Secured Credit Card accounts, and are provided as required by law.

Please Note: If you are approved and qualify for any promotional offer, the specific account disclosures for that promotional offer will be mailed to you with your Agreement.

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Overdraft Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | **24.99%.** This APR may be applied to your account if your account is past due 60 days.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire account balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| **Transaction Fees** | |

5/1/2020

MTB000010

| | |
|---|---|
| **Balance Transfer** | **4%** of each balance transfer (minimum $10) |
| **Cash Advance** | **3%** of each transaction (minimum $10) |
| **Overdraft Transfer** | **$12.50** for each transaction, but charged no more than once per day |
| **Foreign Transaction Fee** | **3%** of each transaction in U.S. dollars (excluding the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| **Penalty Fees** | |
|     **Late Payment** | up to $35 |
|     **Unpaid Convenience Checks** | up to $25 |
|     **Returned Payment** | up to $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR**: We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late.

The information about the costs of the card described in this application is accurate as of (5/1/2020). This information may have changed after that date. To find out what may have changed, call us at 1-866-279-0888.

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To obtain this information orally, along with general information about the terms of your loan or line, please call toll free 1-800-724-1702.

**Authorization**
By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident (unless you are applying for an M&T Secured Credit Card in which case you may be a non-resident alien), you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application. In addition, you understand that if you ask, we will tell you if a credit report was requested, and, if so, the name and address of the credit-reporting agency furnishing it. To request this information you should write M&T Bank, PO Box 767, Buffalo, NY 14240 Attn: Credit Department or call 1-800-724-6441.

You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa® Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa® Credit Card with Rewards.

**Balance Transfers**
We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or overlimit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not affect any balance transfer you request if you call 1-866-279-0888 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you.

Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

© 2020 M&T Bank

5/1/2020

MTB000011

**M&T Bank Visa® Credit Card Agreement**

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION.  YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.**

This Agreement governs the use of Your M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, or M&T Secured Credit Card account with M&T Bank, and together with the Application, Disclosures and Terms, and any other documents We provide in connection with the Account is the collective agreement  that applies to all transactions on Your Account.  This Agreement is the final expression of the terms and conditions of Your Credit Card Account with Us, and it supersedes any alleged oral or inconsistent provisions of any prior agreement.  If any part of the Agreement conflicts with applicable law or is determined by a court to be invalid, this Agreement will be considered changed to the extent necessary to comply with the law or court decision and the remainder of the Agreement will remain in effect.  By applying for an Account, or using a Card, You agree that We may provide Your personal data to VISA U.S.A., its members or their agents for, among other things, the purpose of providing emergency cash, emergency credit card replacement services, or as required by the Visa rules and regulations ("**Visa Rules**").  Please read this Agreement in its entirety and keep it for Your records.

### Definitions

In this Agreement, **"We" "Us"** and **"Our"** mean **M&T Bank**, its successors and assigns, the issuer of the Card(s) and Your Account creditor. **"You"** and **"Your"** mean each person who signs an application for, or otherwise requests, a credit card account with Us. **"Account"** means Your Credit Card account with Us to which the Card(s) are linked.   **"Card"** means each Credit Card linked to the Account that We have issued to You and includes each credit card, other access device, such as account numbers, We issue to You, or Checks in connection with the Account. **"Checks"** mean promotional cash advance or balance transfer checks and convenience checks We may provide You from time to time. **"Agreement"** means this Agreement, the "Disclosures and Terms" that are provided with Your Card, And any other documents provided to You in connection with the Account, that together comprise Your "Agreement." **"Purchase(s)"** means a purchase of goods and/or services from participating merchants who accept VISA cards. **"Transaction"** means any amount of credit obtained under Your Account for Purchases, Advances, Balance Transfers, Checks and overdrafts. **"Outstanding Balance"** means the total dollar amount of Your obligation under this Agreement for all Transactions, interest, finance charges, fees, and any other costs. **"Advances"** is defined in the section captioned *Use of the Account*. **"Credit Limit"** is defined in the section captioned *Credit Limit*.

### Effective Date:

This Agreement becomes effective as soon as You activates the Card or the Account. Even if the Card or Account has not been used or activated, this Agreement becomes effective unless You contact Us within 30 days after You receive the Card by calling the number on the back of the Card to cancel Your Account.

### Responsibility

By applying for or using the Card, You accept, agree to, and are bound by these terms and conditions.  You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account.  Your obligation to pay the Outstanding Balance continues even though an agreement, divorce decree or other court judgment to which We are not a party may direct You or one of the other persons responsible to pay the account.  You agree to pay each and all of the interest, fees and charges described in this Agreement.

### Authorized User

If You or Your Joint Account holder lets someone else use the Account ("Authorized User"), You and any Joint Account holder are responsible for all Transactions made by that person, whether or not You have notified Us that the person will be using Your Account and whether or not the amount of the actual use exceeds Your permission or was made for Your benefit.  An Authorized User will not be responsible for paying the balances due on Your Account.  You agree not to allow access to the Account to anyone who is not an Authorized User. You are responsible for any Account transactions made by You or anyone whom You are deemed to have authorized by (a) lending Your Card to, or allowing Account access by another person; or (b) any other way in which You would be legally considered to have allowed another person to use Your Account or to be legally prevented from denying that You did so. You cannot disclaim responsibility for these charges by notifying Us, but if You write Us at the address or call Us at the telephone number shown on Your billing statement and return all Cards and Checks to Us, We will close Your Account for new Transactions.

### Use of the Account

MTB000012

You must sign the Card immediately upon its receipt. If You do not sign the Card, You will still be obligated to pay any and all amounts incurred on the Account. The Card may only be used during its validity period, which is printed on the Card.

You may use the Card to make Purchases. You may obtain cash advances from Us and from other financial institutions that accept VISA Cards, as well as from automated teller machines (ATMs) that accept VISA Cards (but not all ATMs accept VISA Cards.) (**"Advances"**). To obtain cash advances from an ATM, You must use the Personal Identification Number (PIN) that is issued to You.

With the exception of M&T Secured Credit Card Accounts, You may use Checks issued by Us to access Your Account, subject to any terms communicated to You with the Checks in addition to the terms of this Agreement. When You or a Cardholder sign(s) a Check, You or Cardholder request(s) a cash Advance from the Account. We may refuse to pay a Check for any reason. At Your risk and upon Your request or the request of a Cardholder, We will accept a stop payment request on a Check. You or a Cardholder must provide Us with any information We may require. A stop payment request becomes effective only after We have had a reasonable opportunity to act upon it. Our receipt of a stop payment request comes too late if: We have indicated in any manner that We will pay or honor the Check; the Check is already in Our processing system; or We do not have a reasonable time to act upon it (and You and We agree that the receipt of Your stop payment request on the same day as the Check is presented to Us does not give Us a reasonable time to act on the stop payment request). Stop payment requests may be made orally or in writing. A stop payment request is effective for 6 months following Our receipt and must be renewed either orally or in writing. If You fail to renew a stop payment request before it expires, You will be deemed to have consented to payment of the Check.

**Overdraft Protection:**

If You have an M&T Bank Interest Checking Account or other M&T Bank Checking Account, You may link the Checking Account (Your Checking Account) to Your Account to cover overdrafts on Your Checking Account. If you ask to link Your Checking Account to Your Account, You authorize Us to (1) de-link and close any overdraft line of credit account which currently may be serving as an overdraft mechanism, and (2) de-link any other account with M&T Bank, which currently may be serving as an overdraft mechanism. If You have requested overdraft protection for Your Checking Account, You will obtain credit from Your Account, subject to the Credit Limit and other provisions of this Agreement and the terms of Your Checking Account Agreement, by any of the following methods: (1) if an M&T Bank Check Card or Visa check card is used to make a withdrawal or transfer from Your Checking Account, but the amount of the withdrawal or transfer exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account , (2) if any other amount is sought to be withdrawn from Your Checking Account (for example, by a check or to pay a service charge or other fee charged against Your Checking Account) but exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account, (3) if at any banking office of M&T Bank, You cash a check or other item but the check or other item is not paid by the financial institution on which it is written, the amount of the check or other item will be considered to have been lent under Your Account, and (4) if any transfer or other transaction made or attempted to be made by any means results in a transfer or transaction in an amount in excess of the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account. This paragraph applies regardless of who initiates the transaction that accesses Your Account.

**For M&T Secured Credit Card Accounts Only**

You agree that the creation of, and access to, Your Account is conditioned on You providing a security deposit in an amount equal to Your credit limit ("Security Deposit"). If You do not already have a savings account with M&T Bank ("Savings Account"), You will be required to open an account prior to the opening of this Credit Card Account. You agree that We may hold the Security Deposit in Your Savings Account during the term of this Agreement, or until We determine that a Security Deposit is no longer required. You agree that 1.) You will not have access to the Security Deposit in Your Savings Account, 2.) You have granted Us a Security Interest in such funds, 3.) You have pledged such funds as collateral, and 4.) We will maintain full control of the Security Deposit during the term of this Agreement.

We may apply any part or the full amount of the Security Deposit to the Outstanding Balance owed on Your Account in the event that 1.) You default under any of the terms of the Agreement, 2.) You close Your Account, 3.) We terminate Your Account for any reason, or 4.) the Savings Accounts holding your Security Deposit is no longer in good standing. Such application of funds shall not satisfy any Minimum Monthly Payment under the Agreement. After We apply such funds, any excess funds will remain in Your Savings Account, and will no longer be pledged.

We may, at Our discretion release Our hold on the Security Deposit but will not be required to do so.

**Joint and Several Liability**

If more than one owner or co-applicant applies for an Account, You and Your joint Account holder promise to pay and are jointly and individually responsible for all amounts due on the Account. This means that We can require any one of You individually to repay the entire amount owed under this Agreement. Each of You authorizes the other(s) to make Purchases, cash Advances, or otherwise access Your Account, individually as well as for each Cardholder. Any one of You may terminate the Account and the

5/1/2020

MTB000013

termination will be effective as to all of You. You understand and agree that in the event of conflicting directions, We will terminate the Account upon receiving a request by any co-applicant of the Account.

## Our Right to Cancel Your Account / How to Cancel Your Account

We can suspend, cancel or terminate the Account and/or revoke Card(s) at any time without prior notice, except as required by law. You or a Cardholder cannot use a Card or Checks after any such termination or cancelation has occurred. You can cancel the Account by notifying Us. In either case, You and any Cardholder agree to destroy all Cards and Checks. Cancellation of the Account will not affect Your liability to Us for the Outstanding Balance and any other costs related to the Account. You are also responsible for all Transactions made to the Account after termination until such time as You duly notified Us in accordance with the section below, unless the Transactions were fraudulent. Checks are no longer valid if the Account has been suspended or terminated.

## Lost or Stolen Cards / Liability for Unauthorized Use

You must notify Us orally or in writing immediately of the loss, theft, or possible unauthorized use of the Card or Checks. You are not liable for unauthorized Transactions made by using the Card after You duly notify us of its loss, theft, or suspected unauthorized user and allow Us a reasonable amount of time to act. Under VISA Rules, You will generally have no liability for the unauthorized use of any Card after its loss or theft. If there is an exception to the VISA "zero liability" operating rule, such as if You or a Cardholder are grossly negligent in handling Your Card, Your maximum liability is $50. You can notify Us by calling 1-800-724-2440 or writing Us at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405.

You agree to assist Us in determining the facts, circumstances and other pertinent information relating to any loss, theft or suspected unauthorized use of a Card and Account and comply with such procedures as We may require in connection with Our investigation, including assisting in the prosecution of any unauthorized user.

## Credit Limit

The Account's "Credit Limit" is the maximum amount of Transactions (Purchases, cash Advances, Checks, Balance Transfers, overdraft protection, promotional cash Advances, and promotional Balance Transfers), interest, finance charges, plus any other charges that We allow You to owe Us on Your Account at any time. You will be advised of the Credit Limit when We issue the Card(s) connected to the Account. You shall not allow Your Outstanding Balance to exceed Your Credit Limit. However, if You exceed Your Credit Limit, You are still responsible to pay the Outstanding Balance to Us. Notwithstanding a higher Credit Limit, We do not give up any of Our rights under this Agreement and We can require that You immediately pay to Us any amount in excess of Your Credit Limit. We may establish a maximum cash advance amount that is less than Your Credit Limit. This cash advance limit is deemed to be the "Cash Limit".

Each payment You make on the Account will restore the Credit Limit by the amount of the payment, unless You are over Your Credit Limit. At Our sole discretion, We may wait to restore Your Credit Limit until We have actually collected the funds You have submitted to Us in payment. If You are over the Credit Limit, You must pay the amount You are over before payments will begin to restore the Credit Limit. You may request an increase in the Credit Limit only by a method acceptable to Us that We communicate to You.

**We can increase or decrease the Credit Limit at any time for any reason and We can refuse to make a Transaction (without prior notice) at any time for any reason not prohibited by law. We are not responsible for any losses if a Transaction is declined for any reason, either by Us or someone else, even if You have credit availability. We may require You to register Your account with an authorization system that We select for online Transactions, and decline Your online Transactions if You do not register.**

## Interest Charges and Fees

We calculate interest on the Account using the average daily balance method (including new Transactions) **"Average Daily Balance"**. We calculate interest separately for each category of Transactions (purchases, Advances, Checks, balance transfers, overdraft protection, promotional cash advances, and promotional Balance transfers). For each category of Transaction, We calculate a "**Balance Subject to Interest Rate**" for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the "**Daily Periodic Rate"** for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, We take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments.

5/1/2020

MTB000014

A credit balance is considered zero. Then, for each category, We calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

Except as provided in the section headed "Paying Interest," interest will begin to accrue on any Transaction on the transaction date. For Checks, the transaction date is the date the check is presented to Us for payment.

Your APRs and Daily Periodic Rates may vary (i.e., increase and decrease) with changes in the Prime Rate (as defined below). We will determine Your purchase APR by adding Your purchase margin to the Prime Rate. We will determine Your cash Advance and Check APRs by adding a margin of 18.99% to the prime rate, and Your overdraft APR by adding a margin of 18.99% (10.99 for accounts opened prior to 6/5/14) to the Prime Rate. Your balance transfer APR will be equal to Your purchase APR after any applicable promotional period expires. **To the extent permitted by applicable law, Your APRs are not subject to a maximum limit.**

**We calculate each APR for each monthly billing cycle by adding the appropriate margin to the prime rate published in** *The Wall Street Journal* **on the first business day of the previous month.** The "Prime Rate" is the highest U.S. Prime Rate published in the Money Rates section of *The Wall Street Journal*. The Prime Rate is not the lowest or the best interest rate available to a borrower at any particular bank at any particular time – it is only a pricing index. If *The Wall Street Journal* stops publishing the Prime Rate, We will select a similar pricing index rate to calculate Your APRs.

For each billing period, We see what the Prime Rate was on the first business day of the previous month. For example, the Prime Rate for the billing period beginning March 1 will be the Prime Rate published on February 1. We then add the applicable margin to that Prime Rate to get the APR. The Daily Periodic Rate is 1/365th of the APR, and 1/366th in a leap year. If Our calculation results in a change to a Daily Periodic Rate from the previous month because the Prime Rate has changed, the new rate will apply as of the first day of Your billing period that begins for the current monthly billing cycle. If the Daily Periodic Rate increases, You will have to pay a higher interest charge and may have to pay a higher Minimum Monthly Payment.

<u>Paying Interest</u>

Your due date will be at least 25 days after the close of each billing cycle. If a monthly statement includes new purchases, You may avoid paying interest on those new purchases by paying the entire new balance reflected on that monthly statement (the "**New Balance**" for that month) in full by the payment due date for that monthly statement (the "**Payment Due Date**" for that month). If We do not receive the entire New Balance by the Payment Due Date, interest will be charged on the purchases from the date of the transaction. Interest charges on balance transfers, cash advances, and overdraft advances begin to accrue on the transaction date and continue to accrue until paid in full, and will be assessed even if Your entire New Balance is paid by the Payment Due Date.

<u>Penalty Rate</u>

A Penalty **APR** of **24.99%** (Daily Periodic Rate of .06847%) will apply to all balance categories instead of the introductory APR or regular **APRs** if You fail to pay the Minimum Monthly Payment within 60 days after its due date. If You promptly remedy the default, Your Account will return to the regular **APRs** for each balance after 6 consecutive cycles in which Your Account is deemed current and is not in default. Otherwise, Your **APRs** will remain at **24.99%** (Daily Periodic Rate of .06847%) until Your Outstanding Balance is paid in full. The **APR** increase will occur regardless of whether We exercise any other right or remedy permitted under this Agreement or by law for Your default.

<u>Fees and Charges</u>

**Late Charges.** You must pay a late charge, as described below, if any Minimum Monthly Payment is overdue.

Late Payment Charge of $25 ($35 if You make a late payment within 6 billing cycles of any previous late payment). We add the late charge to Your purchase balance.

**Returned Check Charges.** If You use a payment check to pay any amount owing under Your Account and the check is not paid, You must pay a returned check charge of $25. We add the charge to Your purchase balance as of the date of dishonor.

**Cash Advance.** If You obtain a cash advance, You must pay a cash advance fee of three percent (3%) of the value of the cash that is advanced, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your cash advance balance as of the Transaction date.

**Balance Transfer.** If You obtain a balance transfer, You must pay a balance transfer fee of four percent (4%) of the value of the transferred balance, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your balance transfer balance as of the Transaction date.

5/1/2020

MTB000015

We may decline balance transfer requests under certain circumstances. For example, if the Account is delinquent or overlimit, We may decline to process a request for balance transfer. If We do, We will notify You. The balance transfer limit, including all applicable fees, may not exceed the value of the Account's available credit line. If the total balance transfer amount You request exceeds the value of the available credit line, You authorize Us to send either full or partial payment to Your creditors in the order You provide them to Us.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

**Overdraft Transfer**. If You have linked Your Checking Account to Your Account, You must pay a $12.50 transfer fee on each day a transfer to Your Checking Account occurs. You will only pay one $12.50 transfer fee per day, regardless of the number of transfers made during that day. This fee is a **FINANCE CHARGE.** We add the fee to Your overdraft balance as of the Transaction date.

**Unpaid Convenience Check Fee**. If We do not pay a Check (because You have asked Us not to do so or if we have decided not to pay it because You are in default, a Check has expired, etc.) You must pay an Unpaid Convenience Check Fee of $25.

**Foreign Transaction Fee.** If You use Your Card for any transaction involving a foreign currency (not in U.S. dollars), You must pay a Foreign Transaction Fee of three percent (3%) of the value of the transaction after conversion to U.S. dollars, unless You have the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged.

**Expedited Card Fee.** If You request that We expedite the delivery of a replacement Card, You must pay an Expedited Card Fee of $25.

**Administrative Fees.** We may charge You for copies of billing statements, sales drafts or other records or for special services You request. We will not charge You for copies of documents You request for a billing dispute You assert against Us under applicable law. These charges may change from time to time and will be added to Your purchase balance as of the date of the request.

**Fee Limitations**. We will not charge You a Late Payment Charge, Returned Check Charge, or Unpaid Convenience Check Fee that exceeds the amount of the associated payment/check. For example, if Your Minimum Monthly Payment amount is $20 and You make a late payment, You will be charged a $20 Late Payment Charge.

## Method of Payment

You must pay Us Your Outstanding Balance. You can pay it in full at any time without any penalty, or You can pay it in installments. You must pay it in United States dollars drawn on funds on deposit in a United States financial institution or the United States branch of a foreign financial institution using a payment check, money order or automatic debit payable to our order that will be honored by Your financial institution. By the date shown on any statement for Your Account, You must pay at least the Minimum Monthly Payment shown on the statement.

## Monthly Minimum Payment

The "**Minimum Monthly Payment**" is the greater of:
    (a) $15: or
    (b) 2.5% of the Outstanding Balance of Your Account at the end of a billing period plus the greater of (i) any amounts over limit or (ii) any past due amounts.

Your Minimum Monthly Payment will be rounded to the nearest dollar.

## Defer a Payment

In Our sole discretion, We may allow You to defer making the Minimum Monthly Payment for certain billing periods. During the deferred-payment period, interest will be assessed, but no late fee will be imposed. At the end of the deferred-payment period, all terms of this Agreement that would have applied, were it not for the deferred-payment feature, will automatically resume without notice.

## Payment Requirements

We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub attached to the statement and must be received by Us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check

5/1/2020

MTB000016

or money order accompanied by the payment stub attached to the statement.  Checks must be made payable to **M&T Bank**.  Except to the extent required by applicable law, if We accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date We receive it.

**Payment Allocation**

We will allocate Your payments in the manner We determine.  In most instances, We will allocate Your payments up to the Minimum Monthly Payment to balances (including Transactions made after the statement) with lower **APRs** before balances with higher **APRs**.  Payments above the Minimum Monthly Payment will be allocated to balances with higher **APRs** before balances with lower **APRs**.

**Foreign Transactions**

Transactions made in foreign countries and foreign currencies will be billed to You in U.S. dollars.  The exchange rate for transactions in a foreign currency will be a rate selected by VISA from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives, or the government mandated rate in effect for the applicable central processing date.  The exchange rate in effect on the central processing date may differ from the rate in effect on either the transaction date or the posting date.  The exchange rate is subject to change by VISA.

**Amendment of Agreement**

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an "**Amendment**").  Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment.  Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the rights and obligations You or We may have relating to this Agreement.  Notice of any change will be given in accordance with applicable law.  The Amendment will become effective on the effective date stated in the notice.  Use of Your Card after receiving notice of a change will further evidence Your agreement to the change.  If permitted by law and unless otherwise specified in the notice to You, the change will apply to Your Outstanding Balance as well as to future transactions.  If You give Us written notice that You do not agree to the change, We will terminate Your Account and You will be permitted to pay the Outstanding Balance as of the effective date under the terms of the Agreement governing Your Account at the time our notice was given.  If You use Your Card after the effective date of the Amendment, You will be considered to have agreed to the new terms even if You have sent Us such written notice.

**Reissuance of Cards**

You agree that at any time for any reason We may reissue a Card to You and/or may ask You to return any or all Cards.

**Default**

Except to the extent prohibited by applicable law, You will be in default if:

1) You fail to make any payment when due under this Agreement or to comply with any of the other terms of this Agreement in existence now or in the future;

2) You die, file for bankruptcy or become insolvent;

3) You make any false or misleading statements in any credit application or credit update, or violate any other provision of this Agreement;

4) We believe Your ability to pay what is owed under this Agreement has been substantially reduced;

5) You fail to pay any other indebtedness owed to Us or our affiliates existing now or coming into existence in the future by the date it becomes due;

6) Legal proceedings are commenced to take any property belonging to You whether now existing or hereafter acquired; or

7) Any tax or other involuntary lien is filed or recorded against any property belonging to You now or in the future,

If You are in default, We may declare the Outstanding Balance and any other amounts You owe to be immediately due, prohibit further Transactions (without prior notice), cancel the Cards, terminate the Account, and revoke any privileges associated with the

5/1/2020

MTB000017

Card or Account. We may increase Your **APRs** to the **Penalty APR** under the circumstances described in the section in this Agreement headed "**Penalty Rate**."

## Collection Costs

If You are in default, to the extent permitted by applicable law, You agree to pay reasonable collection expenses that We incur enforcing this Agreement, including court costs and attorney's fees not exceeding 20% of the amount due and payable under this Agreement if it is referred to an attorney not Our salaried employee for collection.

## Communication Regarding Account, Statements and Notices

You authorize Us to contact You by telephone regarding Your Account. To assure customer service quality, telephone communications with You may be monitored and recorded, without further notice. You agree that such telephone calls may be monitored, recorded and automatically dialed and that a recorded message may be played. You agree that such telephone calls are not unsolicited telephone calls for purposes of any state or federal law.

All notices required in this Agreement must be in writing. You will send all notices to Us to the address shown in Your periodic statement, unless We notify You otherwise. Notices to Us are effective when We receive them and have a reasonable opportunity to act on them.

Statements and notices, which We can send by regular mail, will be mailed to You at the most recent address You have given Us, as shown in our records concerning Your Account. Notice sent to any one of You will be considered notice to all.

## Waivers

No change in this Agreement can be made except in writing, signed by Us. We can do any of the following without notifying You or losing any right with respect to Your Account or against You:

1) Accept any check or other order marked "Paid in Full" or with similar language as a payment under this Agreement;

2) Give additional time for payment of any amount owing under this Agreement; or

3) Exercise, give up, fail to exercise or delay exercising any right with respect to Your Account or against any person.

For example, We can sue You to collect the Account's Outstanding Balance whether or not We sue anyone else.

If property is or will be security for another debt You owe Us and under the terms of that indebtedness the property would secure amounts You owe under this Agreement, We waive the right to treat the property as security for amounts You owe under this Agreement.

## PIN

If applicable, You may be requested to change Your PIN from time to time as instructed by the Bank. You agree that You will not disclose, and will prevent the disclosure of, Your PIN. If the confidentiality of the PIN is compromised, You shall notify Us immediately. You assume sole responsibility for maintaining the PIN.

## Credit Information

You authorize Us to investigate Your credit standing when opening, renewing or reviewing Your Account from time to time, including by obtaining information from credit bureaus and others. You authorize Us to disclose information regarding the Account to credit bureaus and other creditors who inquire of Us about Your credit standing. **We may also provide information to credit bureaus in the name of an Authorized User.**

## Financial and Other Information

If You change the address of Your residence, Your mailing address or Your employer or if there is any unfavorable change in Your financial condition, You must promptly notify Us in writing of the change. Whenever We ask You to do so, You must submit to Us a financial statement in a form satisfactory to Us.

## Limitation on Interest and Finance Charges

5/1/2020

MTB000018

Interest and other finance charges will not be payable at a rate in excess of the maximum rate allowed by applicable law. To the extent necessary to result in all finance charges not being payable at a rate in excess of that maximum rate, any amount that would be treated as part of those finance charges under a final interpretation of that law by a court will be considered to be a mistake, will be considered to be automatically canceled and, if received by Us, will be refunded to You, it being Your and Our intention that those finance charges not be payable at a rate in excess of that maximum rate.

**Returns and Adjustments**

If Your credits and payments exceed what You owe Us, We will hold and apply this credit balance against future Transactions, or if it is $1.00 or more, refund it on Your written request or automatically within six months.

**Transfers**

We may transfer or assign the Account and/or this Agreement, or any of Our rights under this Agreement, to another person or entity at any time without prior notice to You or Your consent. If the assignee asks You, You must pay the assignee the amount You owe on the Account.

Your rights under this Agreement cannot be transferred by You, by operation of law, or otherwise, but Your obligations shall be binding upon Your estate or personal representatives.

**Illegal Transactions Prohibited**

You must ensure that the Card is not used for any illegal transaction and agree not to engage in any transactions that are illegal in the jurisdiction where You live and/or where the transaction occurs. Internet gambling, for example, may be illegal in the jurisdiction where You live. You nevertheless agree that You will be liable, according to the terms of this Agreement, for all transactions, whether deemed legal or illegal. We have the right, but not the obligation, to decline any such Transaction.

**Additional Transactions Prohibited**

You must not obtain any Transaction to (1) make a payment under this Agreement or pay any other indebtedness existing now or coming into existence in the future from You to Us or any current or future M&T Bank affiliate or (2) buy, carry or trade in, or repay any indebtedness originally incurred to buy, carry or trade in, any margin stock or margin security. Use of Your Account must be limited to personal, family, or household purposes.

**Giving Up of Rights**

Except to the extent prohibited by applicable law, You give up any right to require that We (1) demand that You pay any amount owing under this Agreement, (2) notify You if any amount owing under this Agreement is not paid by the date it becomes due or (3) obtain a certificate stating that any amount owing under this Agreement was not paid by the date it became due.

**Military Lending Act**

Notwithstanding any other provision of this Agreement, if You are a "covered borrower" under the Military Lending Act, as defined at 32 CFR § 232.3(g), nothing in this Agreement shall be construed as applying to You or Your Account to the extent inconsistent with the Military Lending Act.

**Governing Law**

**This Agreement is entered into by Us, and made in accordance with, federal law and, to the extent not preempted by federal law, the law of the State of Delaware, where We and your Account are located. Regardless of the state of Your residence or the place to which You submitted an application, or where Your Account is used, except as provided otherwise in the Arbitration provision below, any legal question concerning Your Account, including, without limitation, provisions of the Agreement relating to finance charges, other charges and fees, will be decided in accordance with applicable federal law and, except where preempted by federal law, or as made applicable by federal law, applicable Delaware State law without regard to its conflict of law principles.**

**Arbitration and Dispute Resolution**

5/1/2020

MTB000019

**IT IS IMPORTANT THAT YOU READ THIS ENTIRE SECTION VERY CAREFULLY. THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES INVOLVING YOUR ACCOUNT THROUGH FINAL AND BINDING ARBITRATION BEFORE ONE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS ACTION.**

**YOUR RIGHT TO REJECT ARBITRATION. You may reject this arbitration provision (and any prior arbitration agreement between You and Us that You have not had a prior chance to reject) as to Claims (as defined below) arising on or after November 8, 2011, by mailing or emailing Us a rejection notice by 30 days after the date You open Your Account. The rejection notice must be signed and must provide Your name(s), address(es) and Account number and state that You reject arbitration for such Credit Card. The rejection notice must be sent to Us at M&T Bank, Regulatory Support, PO Box 1468, Buffalo, NY 14240-1468 (Attn: Arbitration Rejection). If You do not reject this arbitration provision, the following terms will apply to Your Account. Regardless of whether You exercise Your right to reject arbitration as described above, any Claim arising prior to November 8, 2011 will continue to be subject to arbitration under this provision or a prior arbitration agreement, as applicable.**

### Agreement to Binding Arbitration

Each dispute or controversy that arises out of or is related to Your Account with Us, or any service We provide in connection with Your Account, or any matter relating to your or our rights and obligations provided for in this Agreement or any other agreement between You and Us relating to Your Account or a service provided by Us in connection with Your Account, whether based on statute, contract, tort, fraud, misrepresentation or any other legal or equitable theory, including any claim for interest and attorney's fees, where applicable (any "Claim"), must be determined on an individual basis (not as a class action) by binding arbitration in accordance with the Federal Arbitration Act ("FAA" – Title 9 of the United States Code) under the auspices of the American Arbitration Association ("AAA"). Judgment on an arbitration award may be entered in any court having jurisdiction. This arbitration provision applies to all Claims regardless of whether such Claims seek monetary, injunctive or declaratory relief or a combination of such types of relief. You and We retain the right, however, to pursue a Claim in small claims court instead of arbitration, provided that the Claim is in that court's jurisdiction and proceeds on an individual basis. Any issue regarding the validity or enforceability of the arbitration obligations set forth in this agreement, and any issue regarding whether a particular dispute or controversy is a Claim that is subject to arbitration, shall be decided by the arbitrator.

### Applicable Arbitration Rules

If the amount in controversy is less than $10,000, the Consumer Arbitration Rules of the AAA will apply. Otherwise, the Commercial Arbitration Rules of the AAA will be applicable (the Consumer and Commercial Arbitration Rules are sometimes hereinafter collectively referred to as the "Arbitration Rules"). Information about the arbitration process, the Consumer or Commercial Arbitration Rules, the AAA's fees and the nearest AAA Case Management Center is available from the AAA online at www.adr.org. Information about AAA procedures, rules, fees and nearest offices will also be made available to You by contacting the corporate headquarters of the AAA at 1-800-778-7879.

### Representation

You may, but You do not have to, hire an attorney to represent You in any arbitration.

### Number of Arbitrators and Qualifications

Only ONE arbitrator will be selected. The arbitrator will be selected by mutual agreement between You and Us. If You and We cannot agree on an arbitrator then the AAA will select the arbitrator according to its rules. Each arbitrator shall be a licensed attorney who has engaged in the private practice of law continuously during the 10 years immediately preceding the arbitration or a retired judge of a court of general or appellate jurisdiction.

### Language

The language of the arbitration shall be in English. Any party desiring or requiring a different language shall bear the expense of an interpreter.

### Location

5/1/2020

MTB000020

Arbitration hearings will take place in the federal judicial district that includes Your address at the time the Claim is filed, or another location in reasonable proximity to Your address, unless the parties agree to a different location.  You or We may choose to appear at the arbitration by telephone or other electronic means subject to the written consent of each party.

**Rules Governing Arbitration**

You and We acknowledge that this Agreement evidences a transaction involving interstate commerce. The FAA shall govern the interpretation, enforcement and proceedings pursuant to the arbitration provisions in this section. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding will apply in the arbitration. In conducting the arbitration and making the award, the arbitrator shall be bound by and shall strictly enforce the terms of this Agreement and may not limit, expand or otherwise modify its terms.

**Tolling of Statute of Limitations**

The filing of a demand for arbitration in accordance with the Arbitration Rules will suspend any requirement to file a notice of claim or to commence an action until the conclusion of the arbitration process.

**Remedies Available**

The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. Subject to the foregoing limitation, the arbitration award shall provide only such relief as a court of competent jurisdiction could properly award under applicable law. The award shall be in writing, shall be signed by the arbitrator and shall include a statement regarding the reasons for the disposition of each and every Claim raised during the arbitration.

**Second Arbitration.**  The arbitrator's award shall be final and binding unless You or We submit a notice  in writing to the AAA requesting a second arbitration before a new arbitrator (the second arbitrator)  within - thirty (30) days of notice of the initial award.  The second arbitrator will be selected in the same manner as the initial arbitrator under the provisions above.  The second arbitrator will consider all factual and legal issues anew and follow the same rules that apply to a proceeding using the initial arbitrator.

**Costs and Arbitration Fees**

If a Claim is arbitrated, We will pay or reimburse You for up to $1,000 in arbitration fees that would otherwise be charged to You by the arbitration administrator. In addition, You may tell Us in writing that You can't afford to pay the fees charged by the arbitration administrator or that You believe those fees are too high. If You do so, We will pay or reimburse You for up to all of the arbitration administrator fees that would otherwise be charged to You by the arbitration administrator if Your request is reasonable and made in good faith. We will always pay the arbitration fees if applicable law requires Us to. We will not ask You to pay or reimburse Us for any arbitration fees We pay the administrator.

We will pay Our own attorney fees, expert fees and/or witness fees associated with any arbitration, regardless of the outcome. If You commence an arbitration proceeding and prevail on Your Claim, We will pay Your reasonable attorney fees up to $5,000, unless applicable law allows You the right to recover additional attorney fees. We will not pay expert fees and/or witness fees.

**No Consolidation of Actions or Class Actions**

There will be no class Claim (i.e., Claims by or on behalf of other persons will not be considered in or consolidated with the arbitration proceedings between You and Us). The arbitrator may not consolidate Your Claims with any other person's claims (except for persons who are Joint Account holders on Your Account) and may not otherwise preside over any form of a representative or class proceeding.

**Other Actions Available; No Waiver of Right to Arbitrate**

5/1/2020

MTB000021

The arbitration provisions contained in this section do not limit Your or Our right, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as the right of set-off or to obtain provisional or ancillary remedies or injunctive or other traditionally equitable relief (other than a stay of arbitration) necessary to protect the rights or property of the party seeking relief pending the arbitrator's determination of the merits of the Claim. The taking of any of the actions described in the preceding sentence by either party or the filing of a court action by a party shall not be deemed to be a waiver of the right to demand arbitration of any Claim, including Claims that are asserted as a counterclaim or the like in response to any such action.

**Military Lending Act**

If You are a Covered Borrower under the Military Lending Act, You are not required to submit to arbitration.

**Survivability**

The foregoing "Arbitration and Dispute Resolution" provisions, in which You and We have agreed to arbitrate disputes, will survive the termination of Your Account with Us, whether evidenced by this agreement or otherwise.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE FOREGOING DISPUTE RESOLUTION PROVISIONS IN WHICH YOU AND WE HAVE AGREED TO ARBITRATE DISPUTES. YOU UNDERSTAND THAT THESE PROVISIONS LIMIT OR WAIVE CERTAIN OF YOUR RIGHTS WITH RESPECT TO CLAIMS THAT YOU ARE AGREEING TO ARBITRATE PURSUANT TO THESE PROVISIONS. YOU UNDERSTAND THAT THERE WILL BE NO CLASS CLAIMS IN ARBITRATION. YOU FURTHER UNDERSTAND THAT DISCOVERY – THE ABILITY TO OBTAIN INFORMATION FROM THE OTHER PARTY – MAY BE MORE LIMITED IN ARBITRATION THAN IN A COURT PROCEEDING, AND THE RIGHT AND GROUNDS OF APPEAL FROM AN ARBITRATOR'S AWARD ARE MORE LIMITED THAN IN AN APPEAL FROM A COURT JUDGMENT. IN ADDITION, YOU UNDERSTAND THAT CERTAIN OTHER RIGHTS YOU HAVE IN A COURT PROCEEDING ALSO MAY NOT BE AVAILABLE IN ARBITRATION.**

**Legal Proceedings**

Regardless of whether You accept or reject arbitration in accordance with this Agreement:

Before You commence any legal proceeding (including any arbitration proceeding) relating to a Claim, You must first contact Us about the Claim and give Us an opportunity to resolve it. Similarly, before We commence a legal proceeding (including any arbitration proceeding) relating to a Claim, We must attempt to resolve it with You. If any such Claim cannot be resolved within 60 days from the date You or We are notified about it, the Claim may proceed to arbitration or other legal proceeding in accordance with this agreement.

In no event will We be liable for any special, incidental, consequential or punitive losses or damages of any kind relating in any manner to a Claim whether such Claim is addressed in any legal proceeding or in court or in arbitration, except to the extent that this limitation of damages is prohibited by law.

There will be no class Claim in arbitration (see section entitled "No Consolidation of Actions or Class Actions" above) or in any other legal proceeding (i.e., claims by or on behalf of other persons will not be considered in or consolidated with the arbitration or other legal proceedings between You and Us). This section will prevail unless prohibited by applicable law.

**Transactions on Accounts with Pending Disputes**

We will not be liable if, because of any dispute or legal proceeding of any kind between You and any third party, including an Authorized User or Joint Account holder, We do not allow Transactions on Your Account. Also, We will not be liable if, despite any such dispute or legal proceeding, We allow Transactions on Your Account.

**Evidence**

In any legal proceeding (including any arbitration proceeding between You and Us) involving Your Account or any governing document for Your Account, any copy of that governing document kept by Us in the regular course of our business is to be admitted in evidence as an original of that governing document.

5/1/2020

MTB000022

**Continued Effectiveness**

If any part of any governing document for Your Account is determined by a court to be invalid, the rest of that governing document and the other governing documents for Your Account will remain in effect, except for the Arbitration Provision's prohibition against class actions. If the prohibition against class actions is held to be invalid, then the Arbitration Provision will be deemed to be inapplicable to any class or representative claim.

* *    *

**Notice of Your Billing Rights: Keep this Document for Future Use**

This notice tells You about Your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If You think there is an error on Your statement, write Us at:

> M&T Bank
> P.O. Box 8405
> Wilmington, DE 19899-8405

In Your letter, give Us the following information:

- *Account Information:* Your name and Account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If You think there is an error on Your bill, describe what You believe is wrong and why You believe it is a mistake.

You must contact Us:

- Within 60 days after the error appeared on Your statement.
- At least 3 business days before an automated payment is scheduled, if You want to stop payment on the amount You think is wrong.

You must notify Us of any potential errors *in writing*. You may call Us, but if You do We are not required to investigate any potential errors and You may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When We receive Your letter, We must do two things:

1) Within 30 days of receiving Your letter, We must tell You that We received Your letter. We will also tell You if We have already corrected the error.
2) Within 90 days of receiving Your letter, We must either correct the error or explain why We believe the bill was correct. While We investigate whether or not there has been error:
   - We cannot try to collect the amount in question, or report You as delinquent on that amount.
   - The charge in question may remain on Your statement, and We may continue to charge You interest on that amount.
   - While You do not have to pay the amount in question, You are responsible for the remainder of Your balance.
   - We can apply any unpaid amount against Your credit limit.

After We finish our investigation, one of two things will happen:

- *If We made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If We do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send You a statement of the amount You owe and the date payment is due. We may then report You as delinquent if You do not pay the amount We think You owe.

If You receive our explanation but still believe Your bill is wrong, You must write to Us within *10 days* telling Us that You still refuse to pay. If You do so, We cannot report You as delinquent without also reporting that You are questioning Your bill. We must tell

5/1/2020

MTB000023

You the name of anyone to whom We reported You as delinquent, and We must let those organizations know when the matter has been settled between Us.

If We do not follow all of the rules above, You do not have to pay the first $50 of the amount You question even if Your bill is correct.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If You are dissatisfied with the goods or services that You have purchased with Your credit card, and You have tried in good faith to correct the problem with the merchant, You may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in Your home State or within 100 miles of Your current mailing address, and the purchase price must have been more than $50.  (Note:  Neither of these are necessary if Your purchase was based on an advertisement We mailed to You, or if We own the company that sold You the goods or services.)
2. You must have used Your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that accesses Your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and You are still dissatisfied with the purchase, contact Us *in writing* at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

While We investigate, the same rules apply to the disputed amount as discussed above.  After We finish our investigation, We will tell You our decision.  At that point, if We think You owe an amount and You do not pay, We may report You as delinquent.

© M&T Bank

5/1/2020

MTB000024



## M&T Visa Credit Card – Rewards (6414)

View Account: M&T Visa Credit Card – Rewards (6414)

**Outstanding Balance**
$2,057.00

Minimum Payment: $53.00 | Due Date: 02/13/2021

Your Current M&T Rewards Balance: 0 pts

### PENDING

- You currently have no pending transactions

### POSTED

| Date | Description | Originating Bank Number | Debit (-) | Credit (+) |
|------|-------------|-------------------------|-----------|-----------|
| 01/15/2021 | PAYMENT – THANK YOU | xxxx-xxxx-xxxx-6414 | | $50.00 |



Last login at 12:51 am ET on Sunday, January 31, 2021.

©2021 M&T Bank. All Rights Reserved.


MTB000025

| Return this dispute response to: | |
|---|---|
| Experian | Date Received: 01-05-2021 |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 2421357728001 |
| FAX # : | FCRA Response Due Date: 01-23-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 22:Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 100 EAST REDWOOD STREET APARTMENT 2013,BALTIMORE,MD,21202 | S | Address: 100 EAST REDWOOD STREET APARTMENT 2013,BALTIMORE,MD,21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | ||||||||||||| |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | REV | M | | 12-16-2020 | | | $59 | 1 | | |
| 18 | R | REV | M | | 12-16-2020 | 11-16-2020 | | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: _ | DF Contact #: |
|---|---|

MTB000026

DRAFT

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

**Images Information**

| Associated Images: | Yes | Image Access Indicators: | #1 | Yes | #2 | | #3 | | #4 | | #5 | |

Submitted By: Joanna Massey          Tel#: (716) 651-4868          Date: 01-05-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000027

| Return this dispute response to: | |
|---|---|
| TransUnion LLC | Date Received: 12-31-2020 |
| 2 Baldwin Place,Crum Lynne,PA,19022 | Control # : 417862266011001 |
| FAX # : | FCRA Response Due Date: 01-26-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/3707021 | Response Code: 22:Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | | First Name: |
| Middle Name: O | | Middle Name: |
| Last Name: CARRASCO | | Last Name: |
| Generation Code: | | Generation Code: |
| Address: 100 E REDWOOD ST APT 2013,BALTIMORE,MD,21202-1361 | | Address: |
| Prev First Name: | | Prev First Name: |
| Prev Middle Name: | | Prev Middle Name: |
| Prev Last Name: | | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: 334 TERNWING DR,ARNOLD,MD,21012-1936 | | Prev. Address: |
| SSN: 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 | | SSN: |
| DOB: 09-11-1996 | | DOB: |
| Telephone Number: (410) 858-7432 | | Telephone Number: |
| 2nd Prev. Address: | | |
| Consumer States/Comments: | | |
| Dispute Code 1: 118:Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due. | | |
| Dispute Code 2: 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| FCRA Relevant Information: The creditor has engaged in intimidation tactics without properly communicating with borrower regarding overdue payments The creditor did not have accurate contact information and did not contact me ever Times Disputed In Last 120 Days 0 | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | R | REV | M | 12-17-2020 | 11-16-2020 | | | $59 | 1 | | 10-16-2020 |
| 18 | R | REV | M | 12-16-2020 | 11-16-2020 | | | $291 | | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | DF Contact #: |
|---|---|

DRAFT

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:          DOB: | SSN:          DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator:  / | ECOA/Consumer Information Indicator:  / |

**Images Information**

Associated Images: No   Image Access Indicators: #1   #2   #3   #4   #5

Submitted By:  Joanna Massey     Tel#:  (716) 651-4868     Date:  01-05-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

To: M&T Bank

# Personal Statement

Re: Bryce Carrasco Revolving Line of Credit

| | |
|---|---|
| Account Holder Name: | Bryce Carrasco |
| User ID: | bcarrasco15 |
| Date of this document: | 12/30/2020 |
| Account Number: | 9861166164 |

Bryce Carrasco

12-30-2020

MTB000030

# Summary

In July of 2020, I opened a revolving line of credit with M&T Bank at a local branch office location in Baltimore, Maryland. I provided all requested information including up-to-date contact information if needed at any point. The line of credit was advertised as having no minimum payments within the first 12 months in addition to 0% APR without limitation during the aforementioned 12-month period which was slated to begin starting in August 2020 and extending to the billing period ending in July 2021. I had relocated to my parent's domicile beginning in September 2020 and thus was not at my apartment which was the address provided to M&T for physical credit statement delivery. Nevertheless, the physical statements were delivered to my apartment located at 100 East Redwood Street, Baltimore, Maryland 21202 each month up to December 2020. In the first week of December 2020, I visited my apartment to check my mail and I found numerous statements and letters from M&T Bank regarding the line of credit which I had opened in August 2020. The letters were hostile in tone and I find them to be aggressive and predatory in nature, and not delivered or prepared in good faith. The letters were notifying me of failure to make minimum payments on the revolving line of credit which had a balance of ~$2,500. The balance was solely based on the balance transfer which I had initiated with my previous account at Bank of America, and subsequently the account with Bank of America was closed as the balance was eliminated through the wire transfer of funds from M&T Bank to Bank of America to clear the principal balance outstanding under that account which is no longer in existence.

At no time did M&T make a commercially reasonable effort to contact me regarding overdue payments on the Revolving Line of Credit, notwithstanding the physical statements delivered to my apartment address which represents only one (1) of the various methods of contact I had provided in good faith to M&T Bank. At the time of opening the credit account with M&T Bank in July 2020, I provided the following information to the relationship manager at the branch office located at 1 Light Street, Baltimore, Maryland 21202:

1. Cell Phone Number: 410-858-7432
2. Email Address: bocarrasco47@gmail.com
3. Primary Home Address: 100 East Redwood Street, Apartment 2013, Baltimore, Maryland 21202
4. Alternate Physical Address: 334 Ternwing Drive, Arnold, Maryland 21012

I have digital evidence of correspondence between myself and the relationship banker, whose name is Drew Solstice, which was conducted via the email address listed above. Included as an exhibit to this statement is email correspondence between me and Drew Solstice, the relationship banker at M&T Bank who was responsible for opening the new account for me in August 2020, which is clear evidence that my email address was readily available, therefore if my account was overdue or needed urgent attention, it would have been easy to contact me via email. I also have phone records of calls with Drew Solstice which is evidence that my cell phone was also readily available and provided in good faith upon account opening.


Despite all of this, M&T Bank submitted information to all 3 major credit reporting agencies making a false allegation that I was delinquent and had not made minimum payments on the revolving line of credit opened in August 2020.

MTB000031

There are two principal reasons I believe these allegations are false and in bad faith:

1. M&T Bank did not make clear to me at time of opening the credit card that the account would be subject to minimum monthly payments of principal during the introductory 12 month period.
2. M&T Bank did not take any actions or make a commercially reasonable effort to contact me via cell phone, alternate home address, or email, all of which were readily available and would have resulted in quick responses from me. However, M&T Bank only relied on physical mail delivery to my primary address which I was not staying at during the aforementioned three month period where Lender had accused me of defaulting on the credit obligations.

Based on these facts and evidence, I request M&T Bank to issue an apology to me personally and to contact each of the three major reporting agencies to notify them that the information that was previously submitted in regard to the line of credit were false and inaccurate.

Thank you.

Bryce Carrasco

Phone: 410-858-7432

Email: bocarrasco47@outlook.com

MTB000032

| Return this dispute response to: | | |
|---|---|---|
| Experian | Date Received: 01-05-2021 | |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 2421553761001 | |
| FAX # : | FCRA Response Due Date: 01-28-2021 | |
| Account Number: 4170949447516414 | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. | |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data |
|---|---|---|---|
| First Name: | BRYCE | | First Name: |
| Middle Name: | A | | Middle Name: |
| Last Name: | CARRASCO | | Last Name: |
| Generation Code: | | | Generation Code: |
| Address: | 100 EAST REDWOOD STREET APT 2013,BALTIMORE,MD,21202 | | Address: |
| Prev First Name: | | | Prev First Name: |
| Prev Middle Name: | | | Prev Middle Name: |
| Prev Last Name: | | | Prev Last Name: |
| Prev Generation Code: | | | Prev Generation Code: |
| Prev. Address: | 334 TERNWING DR,ARNOLD,MD,21012 | | Prev. Address: |
| SSN: | 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 | | SSN: |
| DOB: | 09-11-1996 | | DOB: |
| Telephone Number: | | | Telephone Number: |
| 2nd Prev. Address: | | | |
| Consumer States/Comments: | | | |
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| Dispute Code 2: | | | |
| FCRA Relevant Information: | ‖‖‖‖‖‖‖‖‖‖‖‖ | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $291 | 1 | | |
| 18 | R | | REV | M | 12-16-2020 | 11-16-2020 | | $291 | | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | | |
| | M | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| Remarks: _ | | | | DF Contact #: | |

MTB000033

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

| **Associated Consumer 1** | **Associated Consumer 2** |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:  DOB: | SSN:  **DOB:** |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator:  / | **ECOA/Consumer Information Indicator:**  / |

**Images Information**

| Associated Images: | No | Image Access Indicators: | #1 | | #2 | | #3 | | #4 | | #5 | |

Submitted By:  Lolita Kellam                    Tel#:  (302) 934-2857                    Date:  01-06-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000034

| | |
|---|---|
| Equifax | Date Received: 02-20-2021 |
| 1550 Peachtree St NW,Atlanta,GA,30309 | Control # : 99991050623948005 |
| FAX # : | FCRA Response Due Date: 03-15-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/100BB02372 | Response Code: 01:Account information accurate as of date reported |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | | First Name: |
| Middle Name: O | | Middle Name: |
| Last Name: CARRASCO | | Last Name: |
| Generation Code: | | Generation Code: |
| Address: 334 TERNWING DR,ARNOLD,MD,21012 | | Address: |
| Prev First Name: | | Prev First Name: |
| Prev Middle Name: | | Prev Middle Name: |
| Prev Last Name: | | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: 100 E REDWOOD ST # 2013,BALTIMORE,MD,21202 | | Prev. Address: |
| SSN: 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 | | SSN: |
| DOB: 09-11-1996 | | DOB: |
| Telephone Number: (410) 544-4138 | | Telephone Number: |
| 2nd Prev. Address: | | |

Consumer States/Comments:

Dispute Code 1: 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History.

Dispute Code 2:

FCRA Relevant Information: CONSUMER STATES THAT HE WAS NEVER BEEN LATE ON HIS PAYMENT AND THERE IS NO BILLS THAT WAS SENT TO HIM AND WANTED TO HAVE THE LATE PAYMENT WAS REMOVE.

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | 07-17-2020 | $1997 | | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | R | REV | | M | 02-01-2021 | 11-01-2020 | 02-01-2021 | $53 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $60 | | |

| Remarks: CLOSED ACCOUNT | DF Contact #: |
|---|---|

MTB000035

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

**Associated Consumer 1**

Name:

Address:

SSN: | DOB:

Telephone Number:

ECOA/Consumer Information Indicator:  /

**Associated Consumer 2**

Name:

Address:

SSN: | DOB:

Telephone Number:

ECOA/Consumer Information Indicator:  /

**Images Information**

Associated Images: | No | Image Access Indicators: | #1 | #2 | #3 | #4 | #5

Submitted By:  Angie Townsend                     Tel#:  (302) 934-2612                     Date:  02-25-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000036

| | |
|---|---|
| Experian | Date Received: 01-07-2021 |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 2421716034001 |
| FAX # : | FCRA Response Due Date: 01-28-2021 |
| Account Number: 4170949447516414 | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 334 TERNWING DR,ARNOLD,MD,21012 | D | Address: 100 REDWOOD ST E APT 2013,BALTIMORE,MD,21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |

Consumer States/Comments:

| | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | ||||||||||||||| |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | REV | | M | 12-16-2020 | | | $291 | 1 | | |
| 18 | R | REV | | M | 12-16-2020 | 11-16-2020 | | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | |
| | M | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | | DF Contact #: |
|---|---|---|

DRAFT

MTB000037

**Account History – Request**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | | | | | | | | | | | | |

**Account History – Response**

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

**Associated Consumer 1**

Name:

Address:

SSN:     DOB:

Telephone Number:

ECOA/Consumer Information Indicator: /

**Associated Consumer 2**

Name:

Address:

SSN:     **DOB:**

Telephone Number:

**ECOA/Consumer Information Indicator:** /

**Images Information**

Associated Images:   Yes    Image Access Indicators:   #1   No   #2   #3   #4   #5

Submitted By: Shivanand Patil     Tel#: (302) 934-4624     Date: 01-13-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

MTB000038



If property is or will be security for another debt You owe Us and under the terms of that indebtedness the property would secure amounts You owe under this Agreement, We waive the right to treat the property as security for amounts You owe under this Agreement.

**PIN**

If applicable, You may be requested to change Your PIN from time to time as instructed by the Bank. You agree that You will not disclose, and will prevent the disclosure of, Your PIN. If the confidentiality of the PIN is compromised, You shall notify Us immediately. You assume sole responsibility for maintaining the PIN.

**Credit Information**

You authorize Us to investigate Your credit standing when opening, renewing or reviewing Your Account from time to time, including by obtaining information from credit bureaus and others. You authorize Us to disclose information regarding the Account to credit bureaus and other creditors who inquire of Us about Your credit standing. **We may also provide information to credit bureaus in the name of an Authorized User.**

**Financial and Other Information**

If You change the address of Your residence, Your mailing address or Your employer or if there is any unfavorable change in Your financial condition, You must promptly notify Us in writing of the change. Whenever We ask You to do so, You must submit to Us a financial statement in a form satisfactory to Us.

**Limitation on Interest and Finance Charges**

Interest and other finance charges will not be payable at a rate in excess of the maximum rate allowed by applicable law. To the extent necessary to result in all finance charges not being payable at a rate in excess of that maximum rate, any amount that would be treated as part of those finance charges under a final interpretation of that law by a court will be considered to be a mistake, will be considered to be automatically canceled and, if received by Us, will be refunded to You, it being Your and Our intention that those finance charges not be payable at a rate in excess of that maximum rate.

**Returns and Adjustments**

If Your credits and payments exceed what You owe Us, We will hold and apply this credit balance against future Transactions, or if it is $1.00 or more, refund it on Your written request or automatically within six months.

**Transfers**

We may transfer or assign the Account and/or this Agreement, or any of Our rights under this Agreement, to another person or entity at any time without prior notice to You or Your consent. If the assignee asks You, You must pay the assignee the amount You owe on the Account.

Your rights under this Agreement cannot be transferred by You, by operation of law, or otherwise, but Your obligations shall be binding upon Your estate or personal representatives.

**Illegal Transactions Prohibited**

You must ensure that the Card is not used for any illegal transaction and agree not to engage in any transactions that are illegal in the jurisdiction where You live and/or where the transaction occurs. Internet gambling, for example, may be illegal in the jurisdiction where You live. You nevertheless agree that You will be liable, according to the terms of this Agreement, for all transactions, whether deemed legal or illegal. We have the right, but not the obligation, to decline any such Transaction.

**Additional Transactions Prohibited**

You must not obtain any Transaction to (1) make a payment under this Agreement or pay any other indebtedness existing now or coming into existence in the future from You to Us or any current or future M&T Bank affiliate or (2) buy, carry or trade in, or repay any indebtedness originally incurred to buy, carry or trade in, any margin stock or margin security. Use of Your Account must be limited to personal, family, or household purposes.

**Giving Up of Rights**

Except to the extent prohibited by applicable law, You give up any right to require that We (1) demand that You pay any amount owing under this Agreement, (2) notify You if any amount owing under this Agreement is not paid by the date it becomes due or (3) obtain a certificate stating that any amount owing under this Agreement was not paid by the date it became due.

**Military Lending Act**

Notwithstanding any other provision of this Agreement, if You are a "covered borrower" under the Military Lending Act, as defined at 32 CFR § 232.3(g), nothing in this Agreement shall be construed as applying to You or Your Account to the extent inconsistent with the Military Lending Act.

**Governing Law**

This Agreement is entered into by Us, and made in accordance with, federal law and, to the extent not preempted by federal law, the law of the State of Delaware, where We and your Account are located. Regardless of the state of Your residence or the place to which You submitted an application, or where Your Account is used, except as provided otherwise in the Arbitration provision below, any legal question concerning Your Account, including, without limitation, provisions of the Agreement relating to finance charges, other charges and fees, will be decided in accordance with applicable federal law and, except where preempted by federal law, or as made applicable by federal law, applicable Delaware State law without regard to its conflict of law principles.

**Arbitration and Dispute Resolution**

IT IS IMPORTANT THAT YOU READ THIS ENTIRE SECTION VERY CAREFULLY. THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES INVOLVING YOUR ACCOUNT THROUGH FINAL AND BINDING ARBITRATION BEFORE ONE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS ACTION.

YOUR RIGHT TO REJECT ARBITRATION. You may reject this arbitration provision (and any prior arbitration agreement between You and Us that You have not had a prior chance to reject) as to Claims (as defined below) arising on or after November 8, 2011, by mailing or emailing Us a rejection notice by 30 days after the date You open Your Account. The rejection notice must be signed and must provide Your name(s), address(es) and Account number and state that You reject arbitration for such Credit Card. The rejection notice must be sent to Us at M&T Bank, Regulatory Support, PO Box 1468, Buffalo, NY 14240-1468 (Attn: Arbitration Rejection). If You do not reject this arbitration provision, the following terms will apply to Your Account. Regardless of whether You exercise Your right to reject arbitration as described above, any Claim arising prior to November 8, 2011 will continue to be subject to arbitration under this provision or a prior arbitration agreement, as applicable.

**Agreement to Binding Arbitration**

Each dispute or controversy that arises out of or is related to Your Account with Us, or any service We provide in connection with Your Account, or any matter relating to your or our rights and obligations provided for in this Agreement or any other agreement between You and Us relating to Your Account or a service provided by Us in connection with Your Account, whether based on statute, contract, tort, fraud, misrepresentation or any other legal or equitable theory, including any claim for interest and attorney's fees, where applicable (any "Claim"), must be determined on an individual basis (not as a class action) by binding arbitration in accordance with the Federal Arbitration Act ("FAA" – Title 9 of the United States Code) under the auspices of the American Arbitration Association ("AAA"). Judgment on an arbitration award may be entered in any court having jurisdiction. This arbitration provision applies to all Claims regardless of whether such Claims seek monetary, injunctive or declaratory relief or a combination of such types of relief. You and We retain the right, however, to pursue a Claim in small claims court instead of arbitration, provided that the Claim is in that court's jurisdiction and proceeds on an individual basis. Any issue regarding the validity or enforceability of the arbitration obligations set forth in this agreement, and any issue regarding whether a particular dispute or controversy is a Claim that is subject to arbitration, shall be decided by the arbitrator.

**Applicable Arbitration Rules**

If the amount in controversy is less than $10,000, the Consumer Arbitration Rules of the AAA will apply. Otherwise, the Commercial Arbitration Rules of the AAA will be applicable (the Consumer and Commercial Arbitration Rules are sometimes hereinafter collectively referred to as the "Arbitration Rules"). Information about the arbitration process, the Consumer or Commercial Arbitration Rules, the AAA's fees and the nearest AAA Case Management Center is available from the AAA online at www.adr.org. Information about AAA procedures, rules, fees and nearest offices will also be made available to You by contacting the corporate headquarters of the AAA at 1-800-778-7879.

**Representation**

You may, but You do not have to, hire an attorney to represent You in any arbitration.

**Number of Arbitrators and Qualifications**

Only ONE arbitrator will be selected. The arbitrator will be selected by mutual agreement between You and Us. If You and We cannot agree on an arbitrator then the AAA will select the arbitrator according to its rules. Each arbitrator shall be a licensed attorney who has engaged in the private practice of law continuously during the 10 years immediately preceding the arbitration or a retired judge of a court of general or appellate jurisdiction.

**Language**

The language of the arbitration shall be in English. Any party desiring or requiring a different language shall bear the expense of an interpreter.

**Location**

Arbitration hearings will take place in the federal judicial district that includes Your address at the time the Claim is filed, or another location in reasonable proximity to Your address, unless the parties agree to a different location. You or We may choose to appear at the arbitration by telephone or other electronic means subject to the written consent of each party.

**Rules Governing Arbitration**

You and We acknowledge that this Agreement evidences a transaction involving interstate commerce. The FAA shall govern the interpretation, enforcement and proceedings pursuant to the arbitration provisions in this section. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding will apply in the arbitration. In conducting the arbitration and making the award, the arbitrator shall be bound by and shall strictly enforce the terms of this Agreement and may not limit, expand or otherwise modify its terms.

**Tolling of Statute of Limitations**

The filing of a demand for arbitration in accordance with the Arbitration Rules will suspend any requirement to file a notice of claim or to commence an action until the conclusion of the arbitration process.

**Remedies Available**

The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. Subject to the foregoing limitation, the arbitration award shall provide only such relief as a court of competent jurisdiction could properly award under applicable law. The award shall be in writing, shall be signed by the arbitrator and shall include a statement regarding the reasons for the disposition of each and every Claim raised during the arbitration.

**Second Arbitration.** The arbitrator's award shall be final and binding unless You or We submit a notice in writing to the AAA requesting a second arbitration before a new arbitrator (the second arbitrator) within - thirty (30) days of notice of the initial award. The second arbitrator will be selected in the same manner as the initial arbitrator under the provisions above. The second arbitrator will consider all factual and legal issues anew and follow the same rules that apply to a proceeding using the initial arbitrator.

**Costs and Arbitration Fees**

If a Claim is arbitrated, We will pay or reimburse You for up to $1,000 in arbitration fees that would otherwise be charged to You by the arbitration administrator. In addition, You may tell Us in writing that You can't afford to pay the fees charged by the arbitration administrator or that You believe those fees are too high. If You do so, We will pay or reimburse You for up to all of the arbitration administrator fees that would otherwise be charged to You by the arbitration administrator if Your request is reasonable and made in good faith. We will always pay the arbitration fees if applicable law requires Us to. We will not ask You to pay or reimburse Us for any arbitration fees We pay the administrator.

We will pay Our own attorney fees, expert fees and/or witness fees associated with any arbitration, regardless of the outcome. If You commence an arbitration proceeding and prevail on Your Claim, We will pay Your reasonable attorney fees up to $5,000, unless applicable law allows You the right to recover additional attorney fees. We will not pay expert fees and/or witness fees.

**No Consolidation of Actions or Class Actions**

There will be no class Claim (i.e., Claims by or on behalf of other persons will not be considered in or consolidated with the arbitration proceedings between You and Us). The arbitrator may not consolidate Your Claims with any other person's claims (except for persons who are Joint Account holders on Your Account) and may not otherwise preside over any form of a representative or class proceeding.

**Other Actions Available; No Waiver of Right to Arbitrate**

The arbitration provisions contained in this section do not limit Your or Our right, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as the right of set-off or to obtain provisional or ancillary remedies or injunctive or other traditionally equitable relief (other than a stay of arbitration) necessary to protect the rights or property of the party seeking relief pending the arbitrator's determination of the merits of the Claim. The taking of any of the actions described in the preceding sentence by either party or the filing of a court action by a party shall not be deemed to be a waiver of the right to demand arbitration of any Claim, including Claims that are asserted as a counterclaim or the like in response to any such action.

**Military Lending Act**

If You are a Covered Borrower under the Military Lending Act, You are not required to submit to arbitration.

**Survivability**

The foregoing "Arbitration and Dispute Resolution" provisions, in which You and We have agreed to arbitrate disputes, will survive the termination of Your Account with Us, whether evidenced by this agreement or otherwise.

YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE FOREGOING DISPUTE RESOLUTION PROVISIONS IN WHICH YOU AND WE HAVE AGREED TO ARBITRATE DISPUTES. YOU UNDERSTAND THAT THESE PROVISIONS LIMIT OR WAIVE CERTAIN OF YOUR RIGHTS WITH RESPECT TO CLAIMS THAT YOU ARE AGREEING TO ARBITRATE PURSUANT TO THESE PROVISIONS. YOU UNDERSTAND THAT THERE WILL BE NO CLASS CLAIMS IN ARBITRATION. YOU FURTHER UNDERSTAND THAT DISCOVERY – THE ABILITY TO OBTAIN INFORMATION FROM THE OTHER PARTY – MAY BE MORE LIMITED IN ARBITRATION THAN IN A COURT PROCEEDING, AND THE RIGHT AND GROUNDS OF APPEAL FROM AN ARBITRATOR'S AWARD ARE MORE LIMITED THAN IN AN APPEAL FROM A COURT JUDGMENT. IN ADDITION, YOU UNDERSTAND THAT CERTAIN OTHER RIGHTS YOU HAVE IN A COURT PROCEEDING ALSO MAY NOT BE AVAILABLE IN ARBITRATION.

**Legal Proceedings**

Regardless of whether You accept or reject arbitration in accordance with this Agreement:

Before You commence any legal proceeding (including any arbitration proceeding) relating to a Claim, You must first contact Us about the Claim and give Us an opportunity to resolve it. Similarly, before We commence a legal proceeding (including any arbitration proceeding) relating to a Claim, We must attempt to resolve it with You. If any such Claim cannot be resolved within 60 days from the date You or We are notified about it, the Claim may proceed to arbitration or other legal proceeding in accordance with this agreement.

In no event will We be liable for any special, incidental, consequential or punitive losses or damages of any kind relating in any manner to a Claim whether such Claim is addressed in any legal proceeding or in court or in arbitration, except to the extent that this limitation of damages is prohibited by law.

There will be no class Claim in arbitration (see section entitled "No Consolidation of Actions or Class Actions" above) or in any other legal proceeding (i.e., claims by or on behalf of other persons will not be considered in or consolidated with the arbitration or other legal proceedings between You and Us). This section will prevail unless prohibited by applicable law.

**Transactions on Accounts with Pending Disputes**

We will not be liable if, because of any dispute or legal proceeding of any kind between You and any third party, including an Authorized User or Joint Account holder, We do not allow Transactions on Your Account. Also, We will not be liable if, despite any such dispute or legal proceeding, We allow Transactions on Your Account.

**Evidence**

In any legal proceeding (including any arbitration proceeding between You and Us) involving Your Account or any governing document for Your Account, any copy of that governing document kept by Us in the regular course of our business is to be admitted in evidence as an original of that governing document.

**Continued Effectiveness**

If any part of any governing document for Your Account is determined by a court to be invalid, the rest of that governing document and the other governing documents for Your Account will remain in effect, except for the Arbitration Provision's prohibition against class actions. If the prohibition against class actions is held to be invalid, then the Arbitration Provision will be deemed to be inapplicable to any class or representative claim.

* * *

**Notice of Your Billing Rights: Keep this Document for Future Use**

This notice tells You about Your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If You think there is an error on Your statement, write Us at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

In Your letter, give Us the following information:

- *Account Information:* Your name and Account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If You think there is an error on Your bill, describe what You believe is wrong and why You believe it is a mistake.

You must contact Us:

- Within 60 days after the error appeared on Your statement.
- At least 3 business days before an automated payment is scheduled, if You want to stop payment on the amount You think is wrong.

You must notify Us of any potential errors in writing. You may call Us, but if You do We are not required to investigate any potential errors and You may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When We receive Your letter, We must do two things:

1. Within 30 days of receiving Your letter, We must tell You that We received Your letter. We will also tell You if We have already corrected the error.
2. Within 90 days of receiving Your letter, We must either correct the error or explain why We believe the bill was correct. While We investigate whether or not there has been error:
   - o We cannot try to collect the amount in question, or report You as delinquent on that amount.
   - o The charge in question may remain on Your statement, and We may continue to charge You interest on that amount.
   - o While You do not have to pay the amount in question, You are responsible for the remainder of Your balance.
   - o We can apply any unpaid amount against Your credit limit.

After We finish our investigation, one of two things will happen:

- *If We made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If We do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send You a statement of the amount You owe and the date payment is due. We may then report You as delinquent if You do not pay the amount We think You owe.

If You receive our explanation but still believe Your bill is wrong, You must write to Us within 10 days telling Us that You still refuse to pay. If You do so, We cannot report You as delinquent without also reporting that You are questioning Your bill. We must tell You the name of anyone to whom We reported You as delinquent, and We must let those organizations know when the matter has been settled between Us.

If We do not follow all of the rules above, You do not have to pay the first $50 of the amount You question even if Your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If You are dissatisfied with the goods or services that You have purchased with Your credit card, and You have tried in good faith to correct the problem with the merchant, You may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in Your home State or within 100 miles of Your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if Your purchase was based on an advertisement We mailed to You, or if We own the company that sold You the goods or services.)
2. You must have used Your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses Your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and You are still dissatisfied with the purchase, contact Us in writing at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

While We investigate, the same rules apply to the disputed amount as discussed above. After We finish our investigation, We will tell You our decision. At that point, if We think You owe an amount and You do not pay, We may report You as delinquent.

---



# M&T Bank Visa®
# Credit Card
# Agreement

THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION. YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.

This Agreement governs the use of Your M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, or M&T Secured Credit Card account with M&T Bank, and together with the Application, Disclosures and Terms, and any other documents We provide in connection with the Account is the collective agreement that applies to all transactions on Your Account. This Agreement is the final expression of the terms and conditions of Your Credit Card Account with Us, and it supersedes any alleged oral or inconsistent provisions of any prior agreement. If any part of the Agreement conflicts with applicable law or is determined by a court to be invalid, this Agreement will be considered changed to the extent necessary to comply with the law or court decision and the remainder of the Agreement will remain in effect. By applying for an Account, or using a Card, You agree that We may provide Your personal data to VISA U.S.A., its members or their agents for, among other things, the purpose of providing emergency cash, emergency credit card replacement services, or as required by the Visa rules and regulations ("Visa Rules"). Please read this Agreement in its entirety and keep it for Your records.

© M&T Bank

**M&T** Bank

www.mtb.com

(11/19)

05660-31-12

128904_1_05660-31-12.indd  1                                                          11/19/19  4:14 PM

MTB000039



## Definitions

In this Agreement, **"We" "Us"** and **"Our"** mean **M&T Bank**, its successors and assigns, the issuer of the Card(s) and Your Account creditor. **"You"** and **"Your"** mean each person who signs an application for, or otherwise requests, a credit card account with Us. **"Account"** means Your Credit Card account with Us to which the Card(s) are linked. **"Card"** means each Credit Card linked to the Account that We have issued to You and includes each credit card, other access device, such as account numbers, We issue to You, or Checks in connection with the Account. **"Checks"** mean promotional cash advance or balance transfer checks and convenience checks We may provide You from time to time. **"Agreement"** means this Agreement, the "Disclosures and Terms" that are provided with Your Card, and any other documents provided to You in connection with the Account, that together comprise Your "Agreement." **"Purchase(s)"** means a purchase of goods and/or services from participating merchants who accept VISA cards. **"Transaction"** means any amount of credit obtained under Your Account for Purchases, Advances, Balance Transfers, Checks and overdrafts. **"Outstanding Balance"** means the total dollar amount of Your obligation under this Agreement for all Transactions, interest, finance charges, fees, and any other costs. **"Advances"** is defined in the section captioned *Use of the Account.* **"Credit Limit"** is defined in the section captioned Credit Limit.

### Effective Date:

This Agreement becomes effective as soon as You activate the Card or the Account. Even if the Card or Account has not been used or activated, this Agreement becomes effective unless You contact Us within 30 days after You receive the Card by calling the number on the back of the Card to cancel Your Account.

### Responsibility

By applying for or using the Card, You accept, agree to, and are bound by these terms and conditions. You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account. Your obligation to pay the Outstanding Balance continues even though an agreement, divorce decree or other court judgment to which We are not a party may direct You or one of the other persons responsible to pay the account. You agree to pay each and all of the interest, fees and charges described in this Agreement.

### Authorized User

If You or Your Joint Account holder lets someone else use the Account ("Authorized User"), You and any Joint Account holder are responsible for all Transactions made by that person, whether or not You have notified Us that the person will be using Your Account and whether or not the amount of the actual use exceeds Your permission or was made for Your benefit. An Authorized User will not be responsible for paying the balances due on Your Account. You agree not to allow access to the Account to anyone who is not an Authorized User. You are responsible for any Account transactions made by You or anyone whom You are deemed to have authorized by (a) lending Your Card to, or allowing Account access by another person; or (b) any other way in which You would be legally considered to have allowed another person to use Your Account or to be legally prevented from denying that You did so. You cannot disclaim responsibility for these charges by notifying Us, but if You write Us at the address or call Us at the telephone number shown on Your billing statement and return all Cards and Checks to Us, We will close Your Account for new Transactions.

### Use of the Account

You must sign the Card immediately upon its receipt. If You do not sign the Card, You will still be obligated to pay any and all amounts incurred on the Account. The Card may only be used during its validity period, which is printed on the Card.

You may use the Card to make Purchases. You may obtain cash advances from Us and from other financial institutions that accept VISA Cards, as well as from automated teller machines (ATMs) that accept VISA Cards (but not all ATMs accept VISA Cards.) **("Advances")**. To obtain cash advances from an ATM, You must use the Personal Identification Number (PIN) that is issued to You.

With the exception of M&T Secured Credit Card Accounts, You may use Checks issued by Us to access Your Account, subject to any terms communicated to You with the Checks in addition to the terms of this Agreement. When You or a Cardholder sign(s) a Check, You or Cardholder request(s) a cash Advance from the Account. We may refuse to pay a Check for any reason. At Your risk and upon Your request or the request of a Cardholder, We will accept a stop payment request on a Check. You or a Cardholder must provide Us with any information We may require. A stop payment request becomes effective only after We have had a reasonable opportunity to act upon it. Our receipt of a stop payment request comes too late if: We have indicated in any manner that We will pay or honor the Check; the Check is already in Our processing system; or We do not have a reasonable time to act upon it (and You and We agree that the receipt of Your stop payment request on the same day as the Check is presented to Us does not give Us a reasonable time to act on the stop payment request). Stop payment requests may be made orally or in writing. A stop payment request is effective for 6 months following Our receipt and must be renewed either orally or in writing. If You fail to renew a stop payment request before it expires, You will be deemed to have consented to payment of the Check.

### Overdraft Protection:

If You have an M&T Bank Interest Checking Account or other M&T Bank Checking Account, You may link the Checking Account (Your Checking Account) to Your Account to cover overdrafts on Your Checking Account. If you ask to link Your Checking Account to Your Account, You authorize Us to (1) de-link and close any overdraft line of credit account which currently may be serving as an overdraft mechanism, and (2) de-link any other account with M&T Bank, which currently may be serving as an overdraft mechanism. If You have requested overdraft protection for Your Checking Account, You will obtain credit from Your Account, subject to the Credit Limit and other provisions of this Agreement and the terms of Your Checking Account Agreement, by any of the following methods: (1) if an M&T Bank Check Card or Visa check card is used to make a withdrawal or transfer from Your Checking Account, but the amount of the withdrawal or transfer exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account , (2) if any other amount is sought to be withdrawn from Your Checking Account (for example, by a check or to pay a service charge or other fee charged against Your Checking Account) but exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account, (3) if at any banking office of M&T Bank, You cash a check or other item but the check or other item is not paid by the financial institution on which it is written, the amount of the check or other item will be considered to have been lent under Your Account, and (4) if any transfer or other transaction made or attempted to be made by any means results in a transfer or transaction in an amount in excess of the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account. This paragraph applies regardless of who initiates the transaction that accesses Your Account.

### For M&T Secured Credit Card Accounts Only

You agree that the creation of, and access to, Your Account is conditioned on You providing a security deposit in an amount equal to Your credit limit ("Security Deposit"). If You do not already have a savings account with M&T Bank ("Savings Account"), You will be required to open an account prior to the opening of this Credit Card Account. You agree that We may hold the Security Deposit in Your Savings Account during the term of this Agreement, or until We determine that a Security Deposit is no longer required. You agree that 1.) You will not have access to the Security Deposit in Your Savings Account. 2.) You have granted Us a Security Interest in such funds, 3.) You have pledged such funds as collateral, and 4.) We will maintain full control of the Security Deposit during the term of this Agreement.

We may apply any part or the full amount of the Security Deposit to the Outstanding Balance owed on Your Account in the event that 1.) You default under any of the terms of the Agreement, 2.) You close Your Account, 3.) We terminate Your Account for any reason, or 4.) the Savings Accounts holding Your Security Deposit is no longer in good standing. Such application of funds shall not satisfy any Minimum Monthly Payment under the Agreement. After We apply such funds, any excess funds will remain in Your Savings Account, and will no longer be pledged.

We may, at Our discretion release Our hold on the Security Deposit, but will not be required to do so.

### Joint and Several Liability

If more than one owner or co-applicant applies for an Account, You and Your joint Account holder promise to pay and are jointly and individually responsible for all amounts due on the Account. This means that We can require any one of You individually to repay the entire amount owed under this Agreement. Each of You authorizes the other(s) to make Purchases, cash Advances, or otherwise access Your Account, individually as well as for each Cardholder. Any one of You may terminate the Account and the termination will be effective as to all of You. You understand and agree that in the event of conflicting directions, We will terminate the Account upon receiving a request by any co-applicant of the Account.

### Our Right to Cancel Your Account / How to Cancel Your Account

We can suspend, cancel or terminate the Account and/or revoke Card(s) at any time without prior notice, except as required by law. You or a Cardholder cannot use a Card or Checks after any such termination or cancellation has occurred. You can cancel the Account by notifying Us. In either case, You and any Cardholder agree to destroy all Cards and Checks. Cancellation of the Account will not affect Your liability to Us for the Outstanding Balance and any other costs related to the Account. You are also responsible for all Transactions made to the Account after termination until such time as You duly notified Us in accordance with the section below, unless the Transactions were fraudulent. Checks are no longer valid if the Account has been suspended or terminated.

### Lost or Stolen Cards / Liability for Unauthorized Use

You must notify Us orally or in writing immediately of the loss, theft, or possible unauthorized use of the Card or Checks. You are not liable for unauthorized Trans-

actions made by using the Card after You duly notify us of its loss, theft, or suspected unauthorized use and allow Us a reasonable amount of time to act. Under VISA Rules, You will generally have no liability for the unauthorized use of any Card after its loss or theft. If there is an exception to the VISA "zero liability" operating rule, such as if You or a Cardholder are grossly negligent in handling Your Card, Your maximum liability is $50. **You can notify Us by calling 1-800-724-2440 or writing Us at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405.**

You agree to assist Us in determining the facts, circumstances and other pertinent information relating to any loss, theft or suspected unauthorized use of a Card and Account and comply with such procedures as We may require in connection with Our investigation, including assisting in the prosecution of any unauthorized user.

### Credit Limit

The Account's "Credit Limit" is the maximum amount of Transactions (Purchases, cash Advances, Checks, Balance Transfers, overdraft protection, promotional cash Advances, and promotional Balance Transfers), interest, finance charges, plus any other charges that We allow You to owe Us on Your Account at any time. You will be advised of the Credit Limit when We issue the Card(s) connected to the Account. You shall not allow Your Outstanding Balance to exceed Your Credit Limit. However, if You exceed Your Credit Limit, You are still responsible to pay the Outstanding Balance to Us. Notwithstanding a higher Credit Limit, We do not give up any of Our rights under this Agreement and We can require that You immediately pay to Us any amount in excess of Your Credit Limit. We may establish a maximum cash advance amount that is less than Your Credit Limit. This cash advance limit is deemed to be the "Cash Limit".

Each payment You make on the Account will restore the Credit Limit by the amount of the payment, unless You are over Your Credit Limit. At Our sole discretion, We may wait to restore Your Credit Limit until We have actually collected the funds You have submitted to Us in payment. If You are over the Credit Limit, You must pay the amount You are over before payments will begin to restore the Credit Limit. You may request an increase in the Credit Limit only by a method acceptable to Us that We communicate to You.

**We can increase or decrease the Credit Limit at any time for any reason and We can refuse to make a Transaction (without prior notice) at any time for any reason not prohibited by law. We are not responsible for any losses if a Transaction is declined for any reason, either by Us or someone else, even if You have credit availability. We may require You to register Your account with an authorization system that We select for online Transactions, and decline Your online Transactions if You do not register.**

### Interest Charges and Fees

We calculate interest on the Account using the average daily balance method (including new Transactions) **"Average Daily Balance".** We calculate interest separately for each category of Transactions (purchases, Advances, Checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, We calculate a **"Balance Subject to Interest Rate"** for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the **"Daily Periodic Rate"** for each balance times the Balance Subject to Interest Rate for each category by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, We take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, We calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

Except as provided in the section headed "Paying Interest," interest will begin to accrue on any Transaction on the transaction date. For Checks, the transaction date is the date the check is presented to Us for payment.

Your APRs and Daily Periodic Rates may vary (i.e., increase and decrease) with changes in the Prime Rate (as defined below). We will determine Your purchase APR by adding Your purchase margin to the Prime Rate. We will determine Your cash Advance and Check APRs by adding a margin of 18.99% to the prime rate, and Your overdraft APR by adding a margin of 18.99% (10.99 for accounts opened prior to 6/5/14) to the Prime Rate. Your balance transfer APR will be equal to Your purchase APR after any applicable promotional period expires. **To the extent permitted by applicable law, Your APRs are not subject to a maximum limit.**

**We calculate each APR for each monthly billing cycle by adding the appropriate margin to the prime rate published in *The Wall Street Journal* on the first business day of the previous month.** The "Prime Rate" is the highest U.S. Prime Rate published in the Money Rates section of *The Wall Street Journal.* The Prime Rate is not the lowest or the best interest rate available to a borrower at any particular bank at any particular time – it

is only a pricing index. If *The Wall Street Journal* stops publishing the Prime Rate, We will select a similar pricing index rate to calculate Your APRs.

For each billing period, We see what the Prime Rate was on the first business day of the previous month. For example, the Prime Rate for the billing period beginning March 1 will be the Prime Rate published on February 1. We then add the applicable margin to that Prime Rate to get the APR. The Daily Periodic Rate is 1/365th of the APR, and 1/366th in a leap year. If Our calculation results in a change to a Daily Periodic Rate from the previous month because the Prime Rate has changed, the new rate will apply as of the first day of Your billing period that begins for the current monthly billing cycle. If the Daily Periodic Rate increases, You will have to pay a higher interest charge and may have to pay a higher Minimum Monthly Payment.

### Paying Interest

Your due date will be at least 25 days after the close of each billing cycle. If a monthly statement includes new purchases, You may avoid paying interest on those new purchases by paying the entire new balance reflected on that monthly statement (the **"New Balance"** for that month) in full by the payment due date for that monthly statement (the **"Payment Due Date"** for that month). If We do not receive the entire New Balance by the Payment Due Date, interest will be charged on the purchases from the date of the transaction. Interest charges on balance transfers, cash advances, and overdraft advances begin to accrue on the transaction date and continue to accrue until paid in full, and will be assessed even if Your entire New Balance is paid by the Payment Due Date.

### Penalty Rate

A Penalty **APR** of **24.99%** (Daily Periodic Rate of .06847%) will apply to all balance categories instead of the introductory APR or regular **APRs** if You fail to pay the Minimum Monthly Payment within 60 days after its due date. If You promptly remedy the default, Your Account will return to the regular **APRs** for each balance after 6 consecutive cycles in which Your Account is deemed current and is not in default. Otherwise, Your **APRs** will remain at **24.99%** (Daily Periodic Rate of .06847%) until Your Outstanding Balance is paid in full. The **APR** increase will occur regardless of whether We exercise any other right or remedy permitted under this Agreement or by law for Your default.

### Fees and Charges

**Late Charges.** You must pay a late charge, as described below, if any Minimum Monthly Payment is overdue.

Late Payment Charge of $25 ($35 if You make a late payment within 6 billing cycles of any previous late payment). We add the late charge to Your purchase balance.

**Returned Check Charges.** If You make a payment check to pay any amount owing under Your Account and the check is not paid, You must pay a returned check charge of $25. We add the charge to Your purchase balance as of the date of dishonor.

**Cash Advance.** If You obtain a cash advance, You must pay a cash advance fee of three percent (3%) of the value of the cash that is advanced, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your cash advance balance as of the Transaction date.

**Balance Transfer.** If You obtain a balance transfer, You must pay a balance transfer fee of four percent (4%) of the value of the transferred balance, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your balance transfer balance as of the Transaction date.

We may decline balance transfer requests under certain circumstances. For example, if the Account is delinquent or overlimit, We may decline to process a request for balance transfer. If We do, We will notify You. The balance transfer limit, including all applicable fees, may not exceed the value of the Account's available credit line. If the total balance transfer amount You request exceeds the value of the available credit line, You authorize Us to send either full or partial payment to Your creditors in the order You provide them to Us.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

**Overdraft Transfer.** If You have linked Your Checking Account to Your Account, You must pay a $12.50 transfer fee on each day a transfer to Your Checking Account occurs. You will only pay one $12.50 transfer fee per day, regardless of the number of transfers made during that day. This fee is a **FINANCE CHARGE.** We add the fee to Your overdraft balance as of the Transaction date.

**Unpaid Convenience Check Fee.** If We do not pay a Check (because You have asked Us not to do so or if we have decided not to pay it because You are in default, a Check has expired, etc.) You must pay an Unpaid Convenience Check Fee of $25.

**Foreign Transaction Fee.** If You use Your Card for any transaction involving a foreign currency (not in U.S. dollars), You must pay a Foreign Transaction Fee of three percent

(3%) of the value of the transaction after conversion to U.S. dollars, unless You have the M&T VISA® Signature Credit Card, on which no Foreign Transaction Fees are charged.

**Expedited Card Fee.** If You request that We expedite the delivery of a replacement Card, You must pay an Expedited Card Fee of $25.

**Administrative Fees.** We may charge You for copies of billing statements, sales drafts or other records or for special services You request. We will not charge You for copies of documents You request for a billing dispute You assert against Us under applicable law. These charges may change from time to time and will be added to Your purchase balance as of the date of the request.

**Fee Limitations.** We will not charge You a Late Payment Charge, Returned Check Charge, or Unpaid Convenience Check Fee that exceeds the amount of the associated payment/check. For example, if Your Minimum Monthly Payment amount is $20 and You make a late payment, You will be charged a $20 Late Payment Charge.

### Method of Payment

You must pay Us Your Outstanding Balance. You can pay it in full at any time without any penalty, or You can pay it in installments. You must pay it in United States dollars drawn on funds on deposit in a United States financial institution or the United States branch of a foreign financial institution using a payment check, money order or automatic debit payable to our order that will be honored by Your financial institution. By the date shown on any statement for Your Account, You must pay at least the Minimum Monthly Payment shown on the statement.

### Monthly Minimum Payment

The **"Minimum Monthly Payment"** is the greater of:
(a) $15; or
(b) 2.5% of the Outstanding Balance if Your Account at the end of a billing period plus the greater of (i) any amounts over limit or (ii) any past due amounts.
Your Minimum Monthly Payment will be rounded to the nearest dollar.

### Defer a Payment

In Our sole discretion, We may allow You to defer making the Minimum Monthly Payment for certain billing periods. During the deferred payment period, interest will be assessed, but no late fees will be imposed. At the end of the deferred payment period, all terms of this Agreement that would have applied, were it not for the deferred payment feature, will automatically resume without notice.

### Payment Requirements

We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub attached to the statement and must be received by Us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check or money order accompanied by the payment stub attached to the statement. Checks must be made payable to **M&T Bank.** Except to the extent required by applicable law, if We accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date We receive it.

### Payment Allocation

We will allocate Your payments in the manner We determine. In most instances, We will allocate Your payments up to the Minimum Monthly Payment to balances (including Transactions made after the statement closing date) with lower **APRs** before balances with higher **APRs.** Payments above the Minimum Monthly Payment will be allocated to balances with higher **APRs** before balances with lower **APRs.**

### Foreign Transactions

Transactions made in foreign countries and foreign currencies will be billed to You in U.S. dollars. The exchange rate between transactions in a foreign currency will be a rate selected by VISA from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives, or the government-mandated rate in effect for the applicable central processing date. The exchange rate in effect on the central processing date may differ from the rate in effect on either the transaction date or the posting date. The exchange rate is subject to change by VISA.

### Amendment of Agreement

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an **"Amendment"**). Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment. Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the

rights and obligations You or We may have relating to this Agreement. Notice of any change will be given in accordance with applicable law. The Amendment will become effective on the effective date stated in the notice. Use of Your Card after receiving notice of a change will further evidence Your agreement to the change. If permitted by law and unless otherwise specified in the notice to You, the change will apply to Your Outstanding Balance as well as to future transactions. If You give Us written notice that You do not agree to the change, We will terminate Your Account and You will be permitted to pay the Outstanding Balance as of the effective date term of this Agreement governing Your Account at that time our notice was given. If You use Your Card after the effective date of the Amendment, You will be considered to have agreed to the new terms even if You have sent Us such written notice.

### Reissuance of Cards

You agree that at any time for any reason We may reissue a Card to You and/or may ask You to return any or all Cards.

### Default

Except to the extent prohibited by applicable law, You will be in default if:

1) You fail to make any payment when due under this Agreement or to comply with any of the other terms of this Agreement in existence now or in the future;
2) You die, file for bankruptcy or become insolvent;
3) You make any false or misleading statements in any credit application or credit update, or violate any other provision of this Agreement;
4) We believe Your ability to pay what is owed under this Agreement has been substantially reduced;
5) You fail to pay any other indebtedness owed to Us or our affiliates existing now or coming into existence in the future by the date it becomes due;
6) Legal proceedings are commenced to take any property belonging to You whether now existing or hereafter acquired; or
7) Any tax or other involuntary lien is filed or recorded against any property belonging to You now or in the future.

If You are in default, We may declare the Outstanding Balance and any other amounts You owe to be immediately due, prohibit further Transactions (without prior notice), cancel the Cards, terminate the Account, and revoke any privileges associated with the Card or Account. We may increase Your **APRs** to the **Penalty APR** under the circumstances described in the section captioned "Penalty Rate."

### Collection Costs

If You are in default, to the extent permitted by applicable law, You agree to pay reasonable collection expenses that We incur enforcing this Agreement, including court costs and attorney's fees not exceeding 20% of the amount due and payable under this Agreement if it is referred to an attorney not Our salaried employee for collection.

### Communication Regarding Account, Statements and Notices

You authorize Us to contact You by telephone regarding Your Account. To assure customer service quality, telephone communications with You may be monitored and recorded, without further notice. We agree that any telephone calls may be recorded and monitored and automatically dialed and that a recorded message may be played. You agree that such telephone calls are not unsolicited telephone calls for purposes of any state or federal law.

All notices required in this Agreement must be in writing. You will send all notices to Us to the address shown in Your periodic statement, unless We notify You otherwise. Notices to Us are effective when We receive them and have a reasonable opportunity to act on them.

Statements and notices sent to You will be sent by regular mail, will be mailed to You at the most recent address You have given Us, as shown in our records concerning Your Account. Notice to any one of You jointly liable will be considered notice to all.

### Waiver

No change in this Agreement can be made except in writing, signed by Us. We can delay enforcing any of Our rights under this Agreement any number of times without losing them. No waiver of any right under this Agreement will be effective unless in writing.

### Amendment of Agreement

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an **"Amendment"**). Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment. Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the

Prepared For

Prepared For

**BRYCE CARRASCO**

**Personal & Confidential**

**Date Generated**  Dec 30, 2020

**Report Number**  0407-7996-06

| **At a Glance** | **4** Accounts | **0** Public Records | **8** Hard Inquiries |
|---|---|---|---|

## Personal Information

**3** Names          **4** Addresses          **1** Employers          **9** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

---

## Names

| **BRYCE O CARRASCO** | **BRYCE CARRASCO** | **BRYCE OCTAVIO CARRASCO** |
|---|---|---|
| Name ID #10058 | Name ID #1756 | Name ID #26701 |

---

## Addresses

| **100 E REDWOOD ST #2013 BALTIMORE MD, 21202-1207** | **334 TERNWING DR ARNOLD MD, 21012-1936** | **100 E REDWOOD ST BALTIMORE MD, 21202-1351** | **6009 FALLS RD BALTIMORE MD, 21209-3727** |
|---|---|---|---|
| Address ID #0902789771 ⓘ Single family | Address ID #0042097180 ⓘ Single family | Address ID #0911575048 ⓘ Multifamily | Address ID #0042856179 ⓘ Single family |

MTB000041

## Year of Birth

**1996**

## Phone Numbers

| | |
|---|---|
| (410) 544-4138 | (410) 858-7432 |

## Employers

OPPENHIEMER

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS



**Account Info**

| | |
|---|---|
| Account Name | **AMERICAN EXPRESS** |
| Account Number | **349992XXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **01/26/2017** |
| Status | **Open/Never late.** |
| Status Updated | **Dec 2020** |
| Balance | **$518** |
| Balance Updated | 12/17/2020 |

MTB000042

| | |
|---|---|
| Balance Updated | 12/17/2020 |
| Recent Payment | $0 |
| Monthly Payment | $0 |
| Credit Limit | - |
| Highest Balance | $13,290 |
| Terms | 1 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments

##  Balance History

Date **Nov 2020**
Balance **$427**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2020**
Balance **$889**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2020**
Balance **$926**
Scheduled
Payment **$0**
Paid **$0**

Date **Aug 2020**
Balance **$1,709**
Scheduled
Payment **$0**
Paid **$0**

MTB000043

Date **Jul 2020**
Balance **$1,214**
Scheduled
Payment **$0**
Paid **$0**

Date **Jun 2020**
Balance **$738**
Scheduled
Payment **$0**
Paid **$0**

Date **May 2020**
Balance **$847**
Scheduled
Payment **$0**
Paid **$0**

Date **Apr 2020**
Balance **$481**
Scheduled
Payment **$0**
Paid **$0**

Date **Mar 2020**
Balance **$895**
Scheduled
Payment **$0**
Paid **$0**

Date **Feb 2020**
Balance **$573**
Scheduled
Payment **$0**
Paid **$0**

Date **Jan 2020**
Balance **$1,659**
Scheduled
Payment **$0**
Paid **$0**

Date **Dec 2019**
Balance **$1,609**
Scheduled
Payment **$0**
Paid **$0**

Date  **Nov 2019**
Balance  **$3,369**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Oct 2019**
Balance  **$3,980**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Sep 2019**
Balance  **$5,775**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Aug 2019**
Balance  **$13,290**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Jul 2019**
Balance  **$8,365**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Jun 2019**
Balance  **$6,261**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **May 2019**
Balance  **$6,453**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Apr 2019**
Balance  **$6,589**
Scheduled
Payment  **$0**
Paid  **$0**

MTB000045

Date   **Mar 2019**

Balance   **$5,419**

Scheduled

Payment   **$0**

Paid   **$0**

Date   **Feb 2019**

Balance   **$8,588**

Scheduled

Payment   **$0**

Paid   **$0**

Date   **Jan 2019**

Balance   **$7,063**

Scheduled

Payment   **$0**

Paid   **$0**

Date   **Dec 2018**

Balance   **$7,725**

Scheduled

Payment   **$0**

Paid   **$0**

 **Contact Info**

| Address | **PO BOX 981537, EL PASO TX 79998** |
|---|---|
| Phone Number | (800) 874-2717 |

# BANK OF AMERICA

 **Account Info**

| Account Name | **BANK OF AMERICA** |
|---|---|
| Account Number | **552433XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **08/01/2019** |

MTB000046

| | |
|---|---|
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Dec 2020** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | **$0** |
| Credit Limit | **$3,500** |
| Highest Balance | **$3,091** |
| Terms | **NA** |
| On Record Until | **Dec 2030** |

 **Payment History**



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | **CLS** |
| 2019 | — | — | — | — | — | — | — | ● | ● | ● | ● | ● |

● Current on payments     CLS Closed

**Balance History**

Date **Nov 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Aug 2020**
Balance **$0**

MTB000047

Scheduled
Payment **$0**
Paid **$0**

Date **Jul 2020**
Balance **$2,371**
Scheduled
Payment **$48**
Paid **$0**

Date **Jun 2020**
Balance **$2,318**
Scheduled
Payment **$25**
Paid **$0**

Date **May 2020**
Balance **$1,392**
Scheduled
Payment **$25**
Paid **$0**

Date **Apr 2020**
Balance **$1,570**
Scheduled
Payment **$40**
Paid **$0**

Date **Mar 2020**
Balance **$1,110**
Scheduled
Payment **$25**
Paid **$0**

Date **Feb 2020**
Balance **$2,505**
Scheduled
Payment **$25**
Paid **$0**

Date **Jan 2020**
Balance **$2,883**
Scheduled
Payment **$28**
Paid **$0**

Date **Dec 2019**
Balance **$2,538**

MTB000048

Scheduled
Payment  **$25**
Paid  **$0**

Date  **Nov 2019**
Balance  **$1,870**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Oct 2019**
Balance  **$893**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Sep 2019**
Balance  **$457**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Aug 2019**
Balance  **$249**
Scheduled
Payment  **$25**
Paid  **$0**

---

 **Contact Info**

Address  **PO BOX 982238,**
**EL PASO TX**
**79998**

Phone  **(800) 421-**
Number  **2110**

---

 **Comment**

**Account closed at credit grantor's request.**

---

## KOHLS/CAPONE

MTB000049

 **Account Info**

| | |
|---|---|
| Account Name | **KOHLS/CAPONE** |
| Account Number | **639305XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **05/29/2019** |
| Status | **Open/Never late.** |
| Status Updated | **Dec 2020** |
| Balance | **$0** |
| Balance Updated | **12/27/2020** |
| Recent Payment | **$0** |
| Monthly Payment | **$0** |
| Credit Limit | **$300** |
| Highest Balance | **$121** |
| Terms | **NA** |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | — | — | — | — | — | ● | ● | ● | ● | ● | ● | ● |

●   Current on payments

 **Balance History**

Date **Nov 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2020**

MTB000050

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **Aug 2020**

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **Jul 2020**

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **Jun 2020**

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **May 2020**

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **Apr 2020**

Balance **$0**

Scheduled

Payment **$0**

Paid **$0**

Date **Mar 2020**

Balance **$0**

Scheduled

Payment **$27**

Paid **$0**

Date **Feb 2020**

Balance **$0**

Scheduled

Payment **$27**

Paid **$0**

Date **Jan 2020**

MTB000051

Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Dec 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Nov 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Oct 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Sep 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Aug 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$96**

Date **Jul 2019**
Balance **$96**
Scheduled
Payment **$27**
Paid **$27**

Date **Jun 2019**
Balance **$121**
Scheduled
Payment **$27**
Paid **$0**

MTB000052



## Contact Info

| | |
|---|---|
| Address | **PO BOX 3115, MILWAUKEE WI 53201** |
| Phone Number | **(800) 564-5740** |



# ● M&T BANK
**Potentially Negative**

## Account Info

| | |
|---|---|
| Account Name | **M&T BANK** |
| Account Number | **417094XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/17/2020** |
| Status | **Closed. $172 past due as of Dec 2020.** |
| Status Updated | **Nov 2020** |
| Balance | **$2,383** |
| Balance Updated | **12/16/2020** |
| Recent Payment | **$0** |
| Monthly Payment | **$59** |
| Credit Limit | **$3,500** |
| Highest Balance | **$2,383** |
| Terms | **NA** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | — | — | — | — | — | — | — | ● | ● | 30 | 60 | 90 |

● Current on payments    30 30 Days Past Due    60 60 Days Past Due

90 90 Days Past Due

## Balance History

MTB000053



Date  **Nov 2020**

Balance  **$2,348**

Scheduled
Payment  **$58**

Paid  **$0**

Date  **Oct 2020**

Balance  **$2,313**

Scheduled
Payment  **$57**

Paid  **$0**

Date  **Sep 2020**

Balance  **$2,288**

Scheduled
Payment  **$57**

Paid  **$0**

Date  **Aug 2020**

Balance  **$2,288**

Scheduled
Payment  **$0**

Paid  **$0**



**Contact Info**

Address  **PO BOX 900,
MILLSBORO DE
19966**



**Comment**

**Account closed at credit grantor's request.**

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

### DISCOVER FINANCIAL SERVI

Inquired on 07/28/2020

12 READS WAY NEW CASTLE DE, 19720

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

### EMS/AMERISA VE MORTGAGE C

Inquired on 07/16/2020

4300 WESTOWN PKWY STE 200 WEST DES MOINES IA, 50266

Mortgage. This inquiry is scheduled to continue on record until Aug 2022.

### M&T BANK

Inquired on 07/15/2020

PO BOX 900 MILLSBORO DE, 19966

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

### M&T BANK

Inquired on 07/02/2020

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

### BK OF AMER

Inquired on 08/01/2019

PO BOX 982238 EL PASO TX, 79998

Unspecified. This inquiry is scheduled to continue on record until Sep 2021.

### RENTAL PROPERTY SOLUTION

Inquired on 05/30/2019

PO BOX 509124 SAN DIEGO CA, 92150

Rental on behalf of LUMINARY AT ONE LIGHT. This inquiry is scheduled to continue on record until Jun 2021.

### KOHLS/CAPON E

Inquired on 05/29/2019

PO BOX 3115 MILWAUKEE WI, 53201

Unspecified. This inquiry is scheduled to continue on record until Jun 2021.

### RENTGROW

Inquired on 05/23/2019

177 HUNTINGTON AVESTE 1703 BOSTON MA, 02115

Rental on behalf of GABLES RESIDENTIAL. This inquiry is scheduled to continue on record until Jun 2021.

MTB000055

## Soft Inquiries

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries also occur when you check your own credit report or when you use credit monitoring services from companies like Experian. These inquiries do not impact your credit score. Soft inquiries are not disputable but are available here for reference.

MTB000056

**EXPERIAN**
Inquired on
12/30/2020

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
12/30/2020

475 ANTON
BLVD,
COSTA MESA
CA 92626

**KOHLS**
Inquired on
12/10/2020

PO BOX 3115,
MILWAUKEE WI
53201
(262) 703-7000

**BK OF AMER**
Inquired on
11/26/2020

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**CREDIT ONE
BANK**
Inquired on
11/10/2020,
08/20/2019 an
d 01/23/2019

6801 S
CIMARRON RD,
LAS VEGAS NV
89113
(415) 459-6100

**CAPITAL ONE**
Inquired on
10/02/2020,
09/19/2020,
09/15/2020,
09/04/2020,
08/08/2020,
03/07/2020,
02/22/2020,
02/07/2020,
01/25/2020,
01/11/2020,
12/07/2019,
11/12/2019,
10/04/2019,
09/21/2019,
09/14/2019,
09/10/2019,
08/06/2019,
07/23/2019,
07/09/2019,
06/22/2019,
06/08/2019,
05/17/2019,
05/11/2019,
05/07/2019,
04/20/2019,
04/16/2019,
04/06/2019,
03/26/2019,
03/16/2019,
03/12/2019,
01/04/2019 an
d 12/07/2018

**DL/NAVY
FEDERAL CU**
Inquired on
09/16/2020 an
d 08/05/2019

820 FOLLIN LN
SE,
VIENNA VA
22180

**JPMCB CARD**
Inquired on
08/13/2020 an
d 07/20/2020

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

MTB000057

PO BOX 30281,
SALT LAKE
CITY UT 84130
(804) 967-1000

**JPMCB CARD**
Inquired on
07/20/2020

None Provided

**DATAMYX/QUI
CKEN LOANS
LL**
Inquired on
07/17/2020

1050
WOODWARD
AVE,
DETROIT MI
48226
(303) 373-3000

**AMERISAVE
MORTGAGE
CORP**
Inquired on
07/16/2020

3525
PIEDMONT RD
NE # 600,
ATLANTA GA
30305

**LN/VISION/LIB
ERTY MUTUAL**
Inquired on
07/03/2020

175 BERKELEY
ST,
BOSTON MA
02116

**KOHLS
DEPARTMENT
STORES**
Inquired on
06/25/2020

N56 W 17000
RIDGEWOODDR,

MENOMONEE
FALLS WI
53051

**USAA FEDERAL
SAVINGS BANK**
Inquired on
12/18/2019

10750
MCDERMOTT
FWY,
SAN ANTONIO
TX 78288
(800) 531-8722

**SYNCHRONY
FINANCIAL**
Inquired on
10/31/2019 an
d 08/16/2019

4125 WINDARD
PLAZA,
ALPHARETTA
GA 30005

**AMERICAN
EXPRESS 2**
Inquired on
08/30/2019

PO BOX
981537,
EL PASO TX
79998
(800) 874-2717

**BANK OF
AMERICA**
Inquired on
08/06/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**BANK OF
AMERICA**
Inquired on
08/01/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**BK OF AMER**
Inquired on
08/01/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**COMCAST
CABLE**
Inquired on
06/11/2019

1701 JFK BLVD,

PHILADELPHIA
PA 19103
(800) 934-6489

**KOHLS**

MTB000058

Inquired on
05/29/2019

N56 W 17000
RIDGEWOOD
DR,
MENOMONEE
FALLS WI
53051

**AMERICAN
EXPRESS 2**
Inquired on
01/24/2019

PO BOX
981537,
EL PASO TX
79998
(800) 874-2717

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

### Online

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

### Phone

**Monday - Friday**
9am to 5pm
(855) 414-6047

### Mail

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

MTB000059

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite* [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) *o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

MTB000060

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

MTB000061

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**a.** Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

**b.** Federal Trade Commission: Consumer Response Center – FCRA
Washington, DC 20580
(877) 382-4357

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

MTB000062

**3.** Air carriers

Asst. General Counsel
for Aviation Enforcement
& Proceedings
Aviation Consumer
Protection Division
Department of
Transportation
1200 New Jersey
Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings,
Surface Transportation
Board
Department of
Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and
Stockyards
Administration area
supervisor

**6.** Small Business Investment Companies

Associate Deputy
Administrator for Capital
Access
United States Small
Business Administration
409 Third Street, SW, 8th
Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange
Commission
100 F St NE
Washington, DC 20549

MTB000063

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center – FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

MTB000064

To: M&T Bank

# Personal Statement

Re: Bryce Carrasco Revolving Line of Credit

| Account Holder Name: | Bryce Carrasco |
| --- | --- |
| User ID: | bcarrasco15 |
| Date of this document: | 12/30/2020 |
| Account Number: | 9861166164 |

Bryce Carrasco

12-30-2020

MTB000065

## Summary

In July of 2020, I opened a revolving line of credit with M&T Bank at a local branch office location in Baltimore, Maryland. I provided all requested information including up-to-date contact information if needed at any point. The line of credit was advertised as having no minimum payments within the first 12 months in addition to 0% APR without limitation during the aforementioned 12-month period which was slated to begin starting in August 2020 and extending to the billing period ending in July 2021. I had relocated to my parent's domicile beginning in September 2020 and thus was not at my apartment which was the address provided to M&T for physical credit statement delivery. Nevertheless, the physical statements were delivered to my apartment located at 100 East Redwood Street, Baltimore, Maryland 21202 each month up to December 2020. In the first week of December 2020, I visited my apartment to check my mail and I found numerous statements and letters from M&T Bank regarding the line of credit which I had opened in August 2020. The letters were hostile in tone and I find them to be aggressive and predatory in nature, and not delivered or prepared in good faith. The letters were notifying me of failure to make minimum payments on the revolving line of credit which had a balance of ~$2,500. The balance was solely based on the balance transfer which I had initiated with my previous account at Bank of America, and subsequently the account with Bank of America was closed as the balance was eliminated through the wire transfer of funds from M&T Bank to Bank of America to clear the principal balance outstanding under that account which is no longer in existence.

At no time did M&T make a commercially reasonable effort to contact me regarding overdue payments on the Revolving Line of Credit, notwithstanding the physical statements delivered to my apartment address which represents only one (1) of the various methods of contact I had provided in good faith to M&T Bank. At the time of opening the credit account with M&T Bank in July 2020, I provided the following information to the relationship manager at the branch office located at 1 Light Street, Baltimore, Maryland 21202:

1. Cell Phone Number: 410-858-7432
2. Email Address: bocarrasco47@gmail.com
3. Primary Home Address: 100 East Redwood Street, Apartment 2013, Baltimore, Maryland 21202
4. Alternate Physical Address: 334 Ternwing Drive, Arnold, Maryland 21012

I have digital evidence of correspondence between myself and the relationship banker, whose name is Drew Solstice, which was conducted via the email address listed above. Included as an exhibit to this statement is email correspondence between me and Drew Solstice, the relationship banker at M&T Bank who was responsible for opening the new account for me in August 2020, which is clear evidence that my email address was readily available, therefore if my account was overdue or needed urgent attention, it would have been easy to contact me via email. I also have phone records of calls with Drew Solstice which is evidence that my cell phone was also readily available and provided in good faith upon account opening.


Despite all of this, M&T Bank submitted information to all 3 major credit reporting agencies making a false allegation that I was delinquent and had not made minimum payments on the revolving line of credit opened in August 2020.

There are two principal reasons I believe these allegations are false and in bad faith:

1. M&T Bank did not make clear to me at time of opening the credit card that the account would be subject to minimum monthly payments of principal during the introductory 12 month period.
2. M&T Bank did not take any actions or make a commercially reasonable effort to contact me via cell phone, alternate home address, or email, all of which were readily available and would have resulted in quick responses from me. However, M&T Bank only relied on physical mail delivery to my primary address which I was not staying at during the aforementioned three month period where Lender had accused me of defaulting on the credit obligations.

Based on these facts and evidence, I request M&T Bank to issue an apology to me personally and to contact each of the three major reporting agencies to notify them that the information that was previously submitted in regard to the line of credit were false and inaccurate.

Thank you.

Bryce Carrasco

Phone: 410-858-7432

Email: bocarrasco47@outlook.com

MTB000067

 **Gmail**

Bryce Carrasco <bocarrasco47@gmail.com>

# Pay Statements
12 messages

---

**Bryce Carrasco** <bocarrasco47@gmail.com>       Mon, Jul 13, 2020 at 4:07 PM
To: asolice@mtb.com

Drew, please find attached two latest pay statements as requested. Thanks. Regards, Bryce

---

**2 attachments**

 **1. Pay State June 30 2020.pdf**
46K

 **2. Pay Statement June 15 2020.pdf**
46K

---

**Bryce Carrasco** <bocarrasco47@gmail.com>       Sun, Jul 19, 2020 at 3:48 PM
To: "asolice@mtb.com" <asolice@mtb.com>

Hey have not heard anything, any update?

[Quoted text hidden]

---

**2 attachments**

 **1. Pay State June 30 2020.pdf**
46K

 **2. Pay Statement June 15 2020.pdf**
46K

---

**Solice Jr, Drew** <asolice@mtb.com>       Mon, Jul 20, 2020 at 7:42 AM
To: Bryce Carrasco <bocarrasco47@gmail.com>

The application was approved and the card is on the way.


**From:** Bryce Carrasco <bocarrasco47@gmail.com>
**Sent:** Sunday, July 19, 2020 3:48 PM
**To:** Solice Jr, Drew <asolice@mtb.com>
**Subject:** Fwd: Pay Statements

---

**External Email:** Use caution & trust the source before clicking links or opening attachments.

---

[Quoted text hidden]

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain

MTB000068

nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

---

**Bryce Carrasco** <bocarrasco47@gmail.com>　　　　　　　　　　　　　Mon, Jul 20, 2020 at 1:11 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Can you give me a call on my cell? What address did you send it to?

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>　　　　　　　　　　　　　　　　Mon, Jul 20, 2020 at 1:27 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

Whats the phone number? We sent it to the 100 e redwood address.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>　　　　　　　　　　　　　Mon, Jul 20, 2020 at 6:50 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Thought I provided cell number other day. How about online account access? Is there a way I can look at documentation online?

Been in the dark let me know thanks.

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>　　　　　　　　　　　　　　　　Tue, Jul 21, 2020 at 8:44 AM
To: Bryce Carrasco <bocarrasco47@gmail.com>

I was out of the office yesterday so I didn't have access to the cell phone number. I had to call the back office for a status update. Online access is automatically updated as soon as the card is activated. What documentation are you looking for there is a letter that comes separate from the card that has your approval information but typically with a credit card there isn't further documentation provided outside of what I gave when you filled out the application. If you like I can give you a call today.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>　　　　　　　　　　　　　Tue, Jul 21, 2020 at 11:00 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Nope, that's fine. Thanks for the update

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>　　　　　　　　　　　　　Tue, Jul 28, 2020 at 3:47 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Drew, could you help me with setting up an online account? Thanks

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>　　　　　　　　　　　　　　　　Tue, Jul 28, 2020 at 4:14 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

In the app store select M&T, it's a green logo. Its going to ask you for your account number or debit card number and some personal information to verify yourself. Once you create a username and password you'll have access to all of your

MTB000069

accounts.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>          Tue, Jul 28, 2020 at 4:34 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

This is my first account and it is only a credit card. Does that work the same way?

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>          Tue, Jul 28, 2020 at 4:35 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

For the account number use the credit card number instead.

[Quoted text hidden]

MTB000070

Figure 1. Credit Report, 30 December 2020.

## 2.4 M & T BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | Reported Balance | $2,383 |
|---|---|---|---|
| Account StatusNOT_MORE_THAN_FOUR_PAYMENTS_PAST_DUE | | Debt-to-Credit Ratio | 68% |
| Available Credit | $3,500 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

EQUIFAX   BRYCE CARRASCO | Dec 31, 2020   Page 13 of 30



Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

MTB000071

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✔ Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** Charge-Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $2,383 | **Owner** | INDIVIDUAL |
| **Credit Limit** | $3,500 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | 0 |
| **Balance** | $2,383 | **Date Opened** | Jul 17, 2020 |
| **Amount Past Due** | $172 | **Date Reported** | Dec 17, 2020 |
| **Actual Payment Amount** | | **Date of Last Payment** | |
| **Date of Last Activity** | | **Scheduled Payment Amount** | $59 |
| **Months Reviewed** | 4 | **Delinquency First Reported** | |
| **Activity Designator** | CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Nov 01, 2020 |
| **Date of First Delinquency** | Oct 01, 2020 | | |

## Comments

Account closed by credit grantor

## Contact

M & T BANK
1 FOUNTAIN PLAZA 4TH FLOOR
BUFFALO, NY 14203

MTB000072

2018

2019

2020

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | | | | | | | | ✓ | ✓ | 30 | 60 | |

EQUIFAX · BRYCE CARRASCO | Dec 31, 2020 · Page 14 of 30



Summary · Revolving · Mortgage · Installment · Other · Statements · Personal Info · Inquiries · Public Records · Collections

MTB000073

 **experian.**    BRYCE A CARRASCO  |  Report number 2421-5537-61  |  January 10, 2021  |  Print  |  Close window

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

### Address

Experian
P.O. Box 9701 Allen, TX 75013

⚠ **Any pending disputes will be highlighted below.**

| Here are your dispute results 01/10/2021 |
|---|
| **Credit Items and Public Records** |

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| M&T BANK | 417094944751.... | Updated | The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details. |

### Before Dispute

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| M&T BANK | 417094944751.... | $2,383 as of 12/16/2020 | 07/2020 | **Closed. $231 past due as of Dec 2020.** |
| PO BOX 900 | **Type** | **Credit limit or original amount** | **Date of status** | **Comment** |
| MILLSBORO, DE 19966 | Credit card | $3,500 | 12/2020 | Account closed at credit grantor's request. |
| *No phone number available* | **Terms** | **High balance** | **First reported** | **Reinvestigation information** |
| **Address identification number** | NA | $2,418 | 08/2020 | This item was updated from our processing of your dispute in Jan 2021. |
| 0902789771 | | **Monthly payment** | **Responsibility** | |
| | | $291 | Individual | |
| | | **Recent payment amount** | | |
| | | $0 | | |

### After Dispute

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| M&T BANK | 417094944751.... | $2,383 as of 12/16/2020 | 07/2020 | **Closed. $231 past due as of Dec 2020.** |
| PO BOX 900 | **Type** | **Credit limit or original amount** | **Date of status** | **Comment** |
| MILLSBORO, DE 19966 | Credit card | $3,500 | 12/2020 | Account closed at credit grantor's request. |
| *No phone number available* | **Terms** | **High balance** | **First reported** | **Reinvestigation information** |
| **Address identification number** | NA | $2,418 | 08/2020 | This item was updated from our processing of your dispute in Jan 2021. |
| 0902789771 | | **Monthly payment** | **Responsibility** | |
| | | $291 | Individual | |
| | | **Recent payment amount** | | |
| | | $0 | | |

| If our reinvestigation has not resolved your dispute |
|:---:|
| **view your options** |

## Your Report

### Personal Information

#### Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| BRYCE O CARRASCO | 10058 |
| BRYCE CARRASCO | 1756 |
| BRYCE OCTAVIO CARRASCO | 26701 |

#### Address(es) associated with your credit

| Address | Address identification number | Residence type | Geographical code |
|---|---|---|---|
| 100 E REDWOOD ST #2013 BALTIMORE MD 21202-1207 | 0902789771 | Single family | 0-4010010-510-0720 |
| 334 TERNWING DR ARNOLD MD 21012-1936 | 0042097180 | Single family | 0-73110130-3-0720 |
| 100 E REDWOOD ST BALTIMORE MD 21202-1351 | 0911575048 | Multifamily | 0-10020000-510-0720 |
| 6009 FALLS RD BALTIMORE MD 21209-3727 | 0042856179 | Single family | 0-27130010-510-0720 |

#### Other personal information associated with your credit

**Year of birth**

1996

**Telephone number(s)**

| 410 544 4138 | Residential |
|---|---|
| 410 858 7432 | Cellular |

**Current or former employer(s)**      **Address**

OPPENHIEMER

### Your personal statements

No general personal statements appear on your report.

**Add fraud alert**

### Potentially negative items

No **Public Record** items appear on your report.

| | Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|---|
| ⓘ | M&T BANK | 417094944751.... | $2,383 as of 12/16/2020 | 07/2020 | **Closed. $231 past due as of Dec 2020.** |

### Accounts in good standing

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| AMERICAN EXPRESS | 3499924227941133 | $518 as of 12/17/2020 | 01/2017 | Open/Never late. |

MTB000075

| | | | | |
|---|---|---|---|---|
| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
| BANK OF AMERICA | 552433513548.... | Not reported | 08/2019 | Paid, Closed/Never late. |
| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
| KOHLS/CAPONE | 639305092609.... | $0 /paid as of 12/27/2020 | 05/2019 | Open/Never late. |

## Credit inquiries

We make your credit history available to your current and prospective creditors and employers as allowed by law. Personal data about you may be made available to companies whose products and services may interest you. As required by the Fair Credit Reporting Act, we display these requests for your credit history as a record of fact.

### CREDIT APPLICATIONS/HARD INQUIRIES ⑦

| **Account name** | **Date of request** |
|---|---|
| DISCOVER FINANCIAL SERVI | 07/28/2020 |
| **Account name** | **Date of request** |
| EMS/AMERISAVE MORTGAGE C | 07/16/2020 |
| **Account name** | **Date of request** |
| M&T BANK | 07/15/2020 |
| **Account name** | **Date of request** |
| M&T BANK | 07/02/2020 |
| **Account name** | **Date of request** |
| BK OF AMER | 08/01/2019 |
| **Account name** | **Date of request** |
| RENTAL PROPERTY SOLUTION | 05/30/2019 |
| **Account name** | **Date of request** |
| KOHLS/CAPONE | 05/29/2019 |
| **Account name** | **Date of request** |
| RENTGROW | 05/23/2019 |

### CONSUMER REPORT VIEWS/SOFT INQUIRIES ⑦

| **Account name** | **Date of request(s)** |
|---|---|
| EXPERIAN | 01/05/2021 <br> 12/30/2020 <br> 12/30/2020 |
| **Account name** | **Date of request(s)** |
| EXPERIAN | 01/05/2021 <br> 12/30/2020 |
| **Account name** | **Date of request(s)** |
| EXPERIAN CREDITMATCH | 01/05/2021 <br> 12/30/2020 |
| **Account name** | **Date of request(s)** |
| EXPERIAN | 12/30/2020 |
| **Account name** | **Date of request(s)** |
| EXPERIAN | 12/30/2020 |

MTB000076

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN CREDITMATCH | 12/30/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| KOHLS | 12/10/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| BK OF AMER | 11/26/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| CREDIT ONE BANK | 11/10/2020 | | |
| | 08/20/2019 | | |
| | 01/23/2019 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| CAPITAL ONE | 11/06/2020 | 12/07/2019 | 05/17/2019 |
| | 10/02/2020 | 11/12/2019 | 05/11/2019 |
| | 09/19/2020 | 10/04/2019 | 05/07/2019 |
| | 09/15/2020 | 09/21/2019 | 04/20/2019 |
| | 09/04/2020 | 09/14/2019 | 04/16/2019 |
| | 08/08/2020 | 09/10/2019 | 04/06/2019 |
| | 03/07/2020 | 08/06/2019 | 03/26/2019 |
| | 02/22/2020 | 07/23/2019 | 03/16/2019 |
| | 02/07/2020 | 07/09/2019 | 03/12/2019 |
| | 01/25/2020 | 06/22/2019 | 01/04/2019 |
| | 01/11/2020 | 06/08/2019 | 12/07/2018 |

| Account name | Date of request(s) | | |
|---|---|---|---|
| DL/NAVY FEDERAL CU | 09/16/2020 | | |
| | 08/05/2019 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| JPMCB CARD | 08/13/2020 | | |
| | 07/20/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| JPMCB CARD | 07/20/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| DATAMYX/QUICKEN LOANS LL | 07/17/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| AMERISAVE MORTGAGE CORP | 07/16/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| LN/VISION/LIBERTY MUTUAL | 07/03/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| KOHLS DEPARTMENT STORES | 06/25/2020 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | 12/18/2019 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| SYNCHRONY FINANCIAL | 10/31/2019 | | |
| | 08/16/2019 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| AMERICAN EXPRESS 2 | 08/30/2019 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| BANK OF AMERICA | 08/06/2019 | | |

MTB000077

| | |
|---|---|
| **Account name**<br>BANK OF AMERICA | **Date of request(s)**<br>08/01/2019 |
| **Account name**<br>BK OF AMER | **Date of request(s)**<br>08/01/2019 |
| **Account name**<br>COMCAST CABLE | **Date of request(s)**<br>06/11/2019 |
| **Account name**<br>KOHLS | **Date of request(s)**<br>05/29/2019 |
| **Account name**<br>AMERICAN EXPRESS 2 | **Date of request(s)**<br>01/24/2019 |

## Important messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Know your rights

**Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**
The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you**. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
a person has taken adverse action against you because of information in your credit report;
you are the victim of identify theft and place a fraud alert in your file;
your file contains inaccurate information as a result of fraud;
you are on public assistance;
you are unemployed but expect to apply for employment within 60 days.

All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score**. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

MTB000078

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.
The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.**
**As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.**
**A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements. You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.**

**Identity theft victims and active duty military personnel have additional rights. For more information, visit www.consumerfinance.gov/learnmore.**

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| Type of Business: | Contact: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br>b. Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial<br>lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air Carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |

MTB000079

| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
|---|---|
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA |

**Notification of Rights**

Notification of Rights for Alabama Consumers
Notification of Rights for Alaska Consumers
Notification of Rights for Arkansas Consumers
Notification of Rights for California Consumers
California Notice of Your Rights to Request and Obtain Your Credit Score
Notification of Rights for Colorado Consumers
Notification of Rights for Connecticut Consumers
Notification of Rights for Delaware Consumers
Notification of Rights for District of Columbia Consumers
Notification of Rights for Florida Consumers
Notification of Rights for Georgia Consumers
Notification of Rights for Indiana Consumers
Notification of Rights for Maryland Consumers
Notification of Rights for Massachusetts Consumers
Notification of Rights for Missouri Consumers
Notification of Rights for Montana Consumers
Notification of Rights for Nevada Consumers
Notification of Rights for New Hampshire Consumers
Notification of Rights for New Jersey Consumers
Notification of Rights for New Mexico Consumers
Notification of Rights for New York Consumers
Notification of Rights for North Carolina Consumers
Notification of Rights for North Dakota Consumers
Notification of Rights for Ohio Consumers
Notification of Rights for Oklahoma Consumers
Notification of Rights for Puerto Rico Consumers
Notification of Rights for Rhode Island Consumers
Notification of Rights for Tennessee Consumers
Notification of Rights for Texas Consumers
Notification of Rights for Vermont Consumers
Notification of Rights for Virginia Consumers
Notification of Rights for Washington Consumers
Notification of Rights for West Virginia Consumers
Notification of Rights for Wisconsin Consumers

© Experian 2021. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.
View Experian's Privacy Policy

MTB000080

**M&T** Bank

One M&T Plaza, Buffalo, NY 14203

September 4, 2020

# Important Changes for your M&T Savings Account.

Bryce O Carrasco
100 E Redwood St Apt 2013
Baltimore MD 21202-1361

As of April 27, 2020, the transaction limitations described below have been eliminated from *M&T* savings accounts (including money market savings accounts). This means you are *not limited to* six (6) withdrawals or transfers per month (see below for details).

Additionally, we will no longer charge an account fee if you make more than six withdrawals or transfers per month.*

## Updates to your Account Agreement and Terms and Conditions.

As a result of the changes, the following provision is removed from the terms and conditions applicable to your savings and money market savings accounts, including the *Specific Features and Terms*, the *M&T Bank General Deposit Account Agreement*, and, as applicable, the *Electronic Banking Card and Telephone Transaction Disclosure and Agreement* and the *Overdraft Protection Features and Terms*:

> During any calendar month, a total of no more than 6 withdrawals and transfers can be made to another account with us or to a third party by means of a preauthorized or automatic transfer or telephonic (including data transmission) agreement, order or instruction (including Internet, online banking and other computer transactions), or by debit card or similar order payable to a third party.

In addition, the $12.50 excess withdrawal fee is removed from the *Specific Features and Terms* and *Electronic Banking Card and Telephone Transaction Disclosure and Agreement*, as applicable.*

If the limitations or fees noted above are reinstated, we will notify you in advance.

If you have questions, please call us at 1-800-724-2440 (Monday through Friday, 6am-9pm, and Saturday and Sunday, 8am-5pm ET).

Thank you for banking with M&T.

*Although the elimination of transaction limitations also applies to M&T Starter Savings Accounts, those accounts were not previously charged excess withdrawal/transfer fees and will not be charged excess withdrawal/transfer fees going forward.

©2020 M&T Bank. Member FDIC. 46125-CON (8/20) **mtb.com**

MTB000081   CON

M&T BANK
PO BOX 8405
WILMINGTON, DE 19899-8405

September 18, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013          **N0000196
Baltimore, MD   21202

Your Account Ending In 6414

Past Due Amount: $57.00

Our records indicate that your account is currently past due in the amount
of $57.00.  Failure to make your payment may result in a late fee being
assessed.

Payments can be made at any M&T Bank branch or mailed to:
CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your
account number with your payment.  If you have already paid the amount
past due, please disregard this notice.  We thank you for your prompt
response.

If you have any questions, please call the M&T Telephone Banking Center at
1-866-279-0888.

We may report information about your Account to credit bureaus.  Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report.  If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose.  To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation.  However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000082

September 25, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013          **N0000693
Baltimore, MD   21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account
is now past due in the amount of $57.00.  As a result, we are temporarily
suspending your right to use your card or any convenience checks
associated with this account.

In order to reinstate your account, you must pay the total amount due as
reflected above.  Failure to pay the past due amounts could result in the
cancellation of this account.  Payments can be made at any M&T Bank branch
or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your
account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you
for your prompt attention to this matter.

We may report information about your Account to credit bureaus.  Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report.  If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose.  To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation.  However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000083

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Giangrosso, Cindy <cgiangrosso@mtb.com> on behalf of Office of the President <OfficeofthePresident@mtb.com> |
| **Sent:** | Thursday, December 31, 2020 1:49 PM |
| **To:** | 'bocarrasco47@outlook.com' |
| **Subject:** | Correspondence Acknowledgment Email |
| | |
| **Importance:** | High |

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

MTB000084

M&T Bank Revolving Line of Credit Dispute

Account Holder Name: Bryce Carrasco

Account Number: 9861166164

User ID: bcarrasco15

Date of this document: 12/30/2020

## Summary

In July of 2020, I opened a revolving line of credit with M&T Bank at a local branch office location in Baltimore, Maryland. I provided all requested information including up-to-date contact information if needed at any point. The line of credit was advertised as having no minimum payments within the first 12 months in addition to 0% APR without limitation during the aforementioned 12-month period which was slated to begin starting in August 2020 and extending to the billing period ending in July 2021. I had relocated to my parent's domicile beginning in September 2020 and thus was not at my apartment which was the address provided to M&T for physical credit statement delivery. Nevertheless, the physical statements were delivered to my apartment located at 100 East Redwood Street, Baltimore, Maryland 21202 each month up to December 2020. In the first week of December 2020, I visited my apartment to check my mail and I found numerous statements and letters from M&T Bank regarding the line of credit which I had opened in August 2020. The letters were hostile in tone and I find them to be aggressive and predatory in nature, and not delivered or prepared in good faith. The letters were notifying me of failure to make minimum payments on the revolving line of credit which had a balance of ~$2,500. The balance was solely based on the balance transfer which I had initiated with my previous account at Bank of America, and subsequently the account with Bank of America was closed as the balance was eliminated through the wire transfer of funds from M&T Bank to Bank of America to clear the principal balance outstanding under that account which is no longer in existence.

At no time did M&T make a commercially reasonable effort to contact me regarding overdue payments on the Revolving Line of Credit, notwithstanding the physical statements delivered to my apartment address which represents only one (1) of the various methods of contact I had provided in good faith to M&T Bank.

MTB000085

At the time of opening the credit account with M&T Bank in July 2020, I provided the following information to the relationship manager at the branch office located at 1 Light Street, Baltimore, Maryland 21202:

1. Cell Phone Number: 410-858-7432
2. Email Address: [bocarrasco47@gmail.com](mailto:bocarrasco47@gmail.com)
3. Primary Home Address: 100 East Redwood Street, Apartment 2013, Baltimore, Maryland 21202
4. Alternate Physical Address: 334 Ternwing Drive, Arnold, Maryland 21012

I have digital evidence of correspondence between myself and the relationship banker, whose name is Drew Solstice, which was conducted via the email address listed above. Included as an exhibit to this statement is email correspondence between me and Drew Solstice, the relationship banker at M&T Bank who was responsible for opening the new account for me in August 2020, which is clear evidence that my email address was readily available, therefore if my account was overdue or needed urgent attention, it would have been easy to contact me via email. I also have phone records of calls with Drew Solstice which is evidence that my cell phone was also readily available and provided in good faith upon account opening.

Despite all of this, M&T Bank submitted information to all 3 major credit reporting agencies making a false allegation that I was delinquent and had not made minimum payments on the revolving line of credit opened in August 2020.

There are two principal reasons I believe these allegations are false and in bad faith:

1. M&T Bank did not make clear to me at time of opening the credit card that the account would be subject to minimum monthly payments of principal during the introductory 12 month period.
2. M&T Bank did not take any actions or make a commercially reasonable effort to contact me via cell phone, alternate home address, or email, all of which were readily available and would have resulted in quick responses from me. However, M&T Bank only relied on physical mail delivery to my primary address which I was not staying at during the aforementioned three month period where Lender had accused me of defaulting on the credit obligations.

Based on these facts and evidence, I request M&T Bank to issue an apology to me personally and to contact each of the three major reporting agencies to notify them that the information that was previously submitted in regard to the line of credit were false and inaccurate.

MTB000087

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Tuesday, January 12, 2021 11:01 AM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Acknowledgment Email |

FYI see below for emails with an employee from M&T in July.

I asked him specifically If he could provide documentation for the credit agreement pursuant to the revolving line of credit. In response, Drew Solstice replied: "What documentation are you looking for there is a letter that comes separate from the card that has your approval information but typically with a credit card there isn't further documentation provided outside of what I gave you when you filled out the application."

MTB000088

**Bryce Carrasco** <bocarrasco47@gmail.com>
To: "Solice Jr, Drew" <asolice@mtb.com>

Can you give me a call on my cell? What address did you send it to?
[Quoted text hidden]

**Solice Jr, Drew** <asolice@mtb.com>
To: Bryce Carrasco <bocarrasco47@gmail.com>

Whats the phone number? We sent it to the 100 e redwood address.

[Quoted text hidden]

**Bryce Carrasco** <bocarrasco47@gmail.com>
To: "Solice Jr, Drew" <asolice@mtb.com>

Thought I provided cell number other day. How about online account access? Is there a way I can look at documentation online?

Been in the dark let me know thanks.
[Quoted text hidden]

**Solice Jr, Drew** <asolice@mtb.com>
To: Bryce Carrasco <bocarrasco47@gmail.com>

I was out of the office yesterday so I didn't have access to the cell phone number. I had to call the back office for a status update. Online access is
soon as the card is activated. What documentation are you looking for there is a letter that comes separate from the card that has your approval in
credit card there isn't further documentation provided outside of what I gave when you filled out the application. If you like I can give you a call toda

[Quoted text hidden]

Thus I was provided no clear documentation that made clear I would be subjected to an accelerated principal repayment schedule with obscenely high minimum payments for a 12 month promotional offer.

I want to speak with a management level credit officer. Thank you.

MTB000089

**From:** Giangrosso, Cindy <cgiangrosso@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, December 31, 2020 1:49 PM
**To:** 'bocarrasco47@outlook.com' <bocarrasco47@outlook.com>
**Subject:** Correspondence Acknowledgment Email
**Importance:** High

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

MTB000090



# Personal Credit Report for Bryce Carrasco

**Report Date:** 12/30/2020
**Source:** TransUnion

**File Number:** 417862266

## Personal Information

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
Your SSN has been masked for your protection.

**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 |

### Telephone Numbers Reported:

(410) 858-7432     (410) 544-4138

### Employment Data Reported:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### M & T BANK #417094944751****

PO BOX 900
MILLSBORO, DE 19966
(866) 408-2727

| | | | |
|---|---|---|---|
| **Date Opened:** | 07/17/2020 | **Date Updated:** | 12/17/2020 |
| **Responsibility:** | Individual Account | **Payment Received:** | $0 |
| **Account Type:** | Revolving Account | | |
| **Loan Type:** | CREDIT CARD | | |

**Pay Status:** >Account 90 Days Past Due Date<
**Terms:** $59 per month; paid Monthly
**Date Closed:** 11/16/2020
>Maximum Delinquency of 90 days in 12/2020 for $172<

**High Balance:** High balance of $2,288 from 08/2020 to 09/2020; $2,313 from 10/2020 to 10/2020; $2,348 from 11/2020 to 11/2020; $2,383 from 12/2020 to 12/2020
**Credit Limit:** Credit limit of $3,500 from 08/2020 to 12/2020
**Estimated month and year that this item will be removed:** 09/2027

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|
| **Balance** | $2,383 | $2,348 | $2,313 | $2,288 | $2,288 |
| **Scheduled Payment** | $59 | $58 | $57 | $57 | $0 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $172 | $114 | $57 | $0 | $0 |
| **Remarks** | CBG | CBG | | | |
| **Rating** | 90 | 60 | 30 | OK | OK |

MTB000091

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### AMERICAN EXPRESS #349992422794****

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | |
|---|---|---|---|
| Date Opened: | 01/26/2017 | Date Updated: | 12/17/2020 |
| Responsibility: | Authorized Account | | |
| Account Type: | Open Account | | |
| Loan Type: | CREDIT CARD | | |

Pay Status: Current Account
Terms: Paid Monthly

High Balance: High balance of $7,858 from 06/2018 to 10/2018; $7,972 from 11/2018 to 01/2019; $8,588 from 02/2019 to 07/2019; $13,290 from 08/2019 to 12/2020

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $518 | $427 | $889 | $926 | $1,709 | $1,214 | $738 | $847 | $481 | $895 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $573 | $1,659 | $1,609 | $3,369 | $3,980 | $5,775 | $13,290 | $8,365 | $6,261 | $6,453 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,589 | $5,419 | $8,588 | $7,063 | $7,725 | $7,972 | $7,075 | $6,372 | $6,388 | $4,500 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,010 | | | | | | | | | |
| Past Due | $0 | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

### BANK OF AMERICA #552433513548****

PO BOX 982238
EL PASO, TX 79998-2235
(800) 421-2110

| | | | |
|---|---|---|---|
| Date Opened: | 08/01/2019 | Date Updated: | 11/29/2020 |
| Responsibility: | Individual Account | Last Payment Made: | 08/04/2020 |
| Account Type: | Revolving Account | | |
| Loan Type: | CREDIT CARD | | |

Pay Status: Current Account
Terms: Paid Monthly
Date Paid: 08/04/2020

Credit Limit: Credit limit of $3,500 from 08/2019 to 11/2020

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $2,371 | $2,318 | $1,392 | $1,570 | $1,110 | $2,505 |
| Scheduled Payment | | | | | $48 | $25 | $25 | $40 | $25 | $25 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|
| Balance | $2,883 | $2,538 | $1,870 | $893 | $457 | $249 |
| Scheduled Payment | $28 | $25 | $25 | $25 | $25 | $25 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $2,883 | $2,538 | $1,870 | $893 | $459 | $249 |
| Rating | OK | OK | OK | OK | OK | OK |

### KOHLS DEPARTMENT STORE #639305092609****

MTB000092

PO BOX 3115
MILWAUKEE, WI 53201
(800) 564-5740

| | | | |
|---|---|---|---|
| **Date Opened:** | 05/29/2019 | **Date Updated:** | 12/27/2020 | **Pay Status:** | Current Account |
| **Responsibility:** | Individual Account | **Payment Received:** | $0 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 08/10/2019 | **Date Paid:** | 08/10/2019 |
| **Loan Type:** | CHARGE ACCOUNT | | | | |

**High Balance:** High balance of $121 from 06/2019 to 12/2020
**Credit Limit:** Credit limit of $300 from 06/2019 to 12/2020

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | | | | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $96 | $121 |
| Scheduled Payment | | | | | | | | $27 | $27 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $96 | $27 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**AMERISAVE MORTGAGE C VIA EQUIFAX MORTGAGE SERVICE**

815 EAST GATE DR
SUITE 102
MOUNT LAUREL, NJ 08054
(800) 685-5000
**Requested On:** 07/16/2020
**InquiryType:** Individual
**Permissible Purpose:** CREDIT TRANSACTION

**MT BANK CREDIT CARD**

MT BANK
PO BOX 900
MILLSBORO, DE 19966
(800) 724-6441
**Requested On:** 07/15/2020
**InquiryType:** Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**CAPITAL ONE BANK USA NA**

P O Box 31293

Salt Lake City, UT 84131
(800) 955-7070
**Requested On:** 10/07/2020, 09/02/2020, 08/05/2020, 07/08/2020, 02/04/2020, 01/07/2020

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**BANK OF AMERICA**

PO BOX 982238

EL PASO, TX 79998
(800) 421-2110
**Requested On:** 12/19/2020

**BANK OF AMERICA**

PO BOX 982238

EL PASO, TX 79998
(800) 421-2110
**Requested On:** 04/22/2020

**BRYCE CARRASCO VIA TRANSUNION INTERACTIVE IN**

100 CROSS ST
STE 202
SAN LUIS OBISPO, CA 93401
(855) 681-3196
**Requested On:** 12/30/2020, 12/30/2020

**TU INTERACTIVE**

100 CROSS ST
202
SAN LUIS OBISPO, CA 93401
(844) 580-6816
**Requested On:** 12/30/2020

**AMERISAVE MORTGAGE CORP**

3525 PIEDMONT RD NE
8 PIEDMONT CTR SUITE 600
ATLANTA, GA 30305
(866) 970-7283
**Requested On:** 07/16/2020

**OPPENHEIMER VIA BIG523 OPPENHEIMER CO**

85 BROAD STREET
NEW YORK, NY 10004
(212) 668-5899
**Requested On:** 07/15/2019

MTB000093

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION

**Data Source:** CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
**Requested by:** TBOM/OLLO CARD SERVICES
**Requested on:** 06/07/2018
**Invalid SSN Indicator:** 0
**Bankruptcy Indicator:** 0
**Bankruptcy Indicator - Chapter 7:** 0
**Bankruptcy Indicator - Chapter 13:** 0
**Presence of a Collections Skip:** 0
**Auto Finance Inquiries in the Last 3 Months:** 000
**Auto Finance Inquiries in the Last 6 Months:** 000
**Auto Finance Inquiries in the Last 9 Months:** 000
**Auto Finance Inquiries in the Last 24 Months:** 000
**Auto Finance Inquiries in the Last 7 Years:** 000
**Cash Advance Inquiries in the Last 3 Months:** 000
**Cash Advance Inquiries in the Last 6 Months:** 000
**Cash Advance Inquiries in the Last 9 Months:** 000
**Cash Advance Inquiries in the Last 12 Months:** 000
**Cash Advance Inquiries in the Last 24 Months:** 000
**Cash Advance Inquiries in the Last 7 Years:** 000
**Misc Financial Services in the Last 7 Years:** 000
**Rent-to-Own Inquiries in the Last 3 Months:** 000
**Rent-to-Own Inquiries in the Last 6 Months:** 000
**Rent-to-Own Inquiries in the Last 9 Months:** 000
**Rent-to-Own Inquiries in the Last 12 Months:** 000
**Rent-to-Own Inquiries in the Last 24 Months:** 000
**Rent-to-Own Inquiries in the Last 7 Years:** 000
**All Alternative Credit Inquiries in the Last 3 months:** 000
**All Alternative Credit Inquiries in the Last 6 Months:** 000
**All Alternative Credit Inquiries in the Last 24 Months:** 000
**All Alternative Credit Inquiries in the Last 7 Years:** 000
**Paid Auto Finance Charge-offs in the Last 24 Months:** 000
**Paid Payday Loan Charge-offs in the Last 24 Months:** 000
**Paid Rent-to-Own Charge-offs in the Last 24 Months:** 000
**All Paid Charge-offs in the Last 3 Months:** 000
**All Paid Charge-offs in the Last 24 Months:** 000
**All Paid Charge-offs in the Last 7 Years:** 000
**Open Auto Finance Charge-offs in the Last 24 Months:** 000
**Open Payday Loan Charge-offs in the Last 24 months:** 000
**Open Rent-to-Own Charge-offs in the Last 24 Months:** 000
**All Open Charge-offs in the Last 3 Months:** 000
**All Open Charge-offs in the Last 6 Months:** 000
**All Open Charge-offs in the Last 9 Months:** 000
**All Open Charge-offs in the Last 12 Months:** 000
**All Open Charge-offs in the Last 24 Months:** 000
**All Open Charge-offs in the Last 7 Years:** 000

### SHOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

**Online:**
To report an inaccuracy, please visit: dispute.transunion.com
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

*For all correspondence, please have your TransUnion file number available (located at the top of this report).*

## Consumer Rights

**Para informacion en espanol, visite www.consumerfinance.gov o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.**

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

MTB000095

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580      1-877-382-4357 |
| 2. To the extent not included in item 1 above: | Office of the Comptroller of the Currency |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH)<br>PO Box 1200<br>Minneapolis, MN 55480      1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and Insured state savings associations | FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590      1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580      1-877-382-4357 |

**Fraud Victim Rights**

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal

information to open a credit card account or get a loan in your name. For more information, visit
www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC
20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft.
Here is a brief summary of the rights designed to help you recover from identity theft.

**You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289;www.transunion.com

**You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore

**You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

**You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

MTB000097



# M&T Bank

Messages (1)   Log Out ▸

Accounts | Payments and Transfers | Services | Settings and Support     Welcome back, BRYCE

## M&T Visa Credit Card - Rewards (6414)
(Nickname)

View Account   M&T Visa Credit Card - Rewards (6414) ▾   Go ▸

**Outstanding Balance** ❓
## $2,117.00

**Available Credit** ❓
## $1,383.00
Credit Limit: $3,500.00

Thank you for banking with M&T.

**My Shortcuts**   Edit

Create shortcuts to your most frequently used online services.

➕ Add Shortcuts

Recent Activity | Last 7 Years | Account Info     View Alerts   Request a Balance Transfer   Request a Credit Limit Increase

Minimum Payment: **$60.00** | Due Date: **01/13/2021**

[ Pay Now ]

Your Current M&T Rewards Balance: 0 pts

Redeem Your M&T Rewards ▸

⊟ **PENDING**

- You currently have no pending transactions

⊟ **POSTED**

❓     Export Transaction History

Days [30] [60] [90] (Older)    Date Range (up to 12 months) [MM/DD/YYYY] 📅 To [12/30/2020] 📅 [Update]

| Date ▾ | Description | Originating Card Number | Debit (-) | Credit (+) |
|---|---|---|---|---|
| 12/22/2020 | PAYMENT - THANK YOU | xxxx-xxxx-xxxx-6414 | | $231.00 |
| 12/17/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |
| 12/17/2020 | LATE PAYMENT FEE ADJUSTMENT | xxxx-xxxx-xxxx-6414 | | $35.00 |
| 11/17/2020 | LATE PAYMENT FEE ADJUSTMENT | xxxx-xxxx-xxxx-6414 | | $35.00 |
| 11/17/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |
| 10/19/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |

Last login at 9:42 pm ET on Wednesday, December 30, 2020

Privacy | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com



MEMBER FDIC   Equal Housing Lender NMLS#381076   Entrust

©2020 M&T Bank. All Rights Reserved.

Help ⌃

# M&T Bank

One M&T Plaza, Buffalo, NY 14203

September 4, 2020

Bryce O Carrasco
100 E Redwood St Apt 2013
Baltimore MD 21202-1361

# Important Changes for your M&T Savings Account.

As of April 27, 2020, the transaction limitations described below have been eliminated from M&T savings accounts (including money market savings accounts). This means you are *not limited to six (6) withdrawals or transfers per month* (see below for details).

Additionally, we will no longer charge an account fee if you make more than six withdrawals or transfers per month.*

## Updates to your Account Agreement and Terms and Conditions.

As a result of the changes, the following provision is removed from the terms and conditions applicable to your savings and money market savings accounts, including the *Specific Features and Terms*, the *M&T Bank General Deposit Account Agreement*, and, as applicable, the *Electronic Banking Card and Telephone Transaction Disclosure and Agreement* and the *Overdraft Protection Features and Terms*:

> During any calendar month, a total of no more than 6 withdrawals and transfers can be made to another account with us or to a third party by means of a preauthorized or automatic transfer or telephonic (including data transmission) agreement, order or instruction (including Internet, online banking and other computer transactions), or by debit card or similar order payable to a third party.

In addition, the $12.50 excess withdrawal fee is removed from the *Specific Features and Terms* and *Electronic Banking Card and Telephone Transaction Disclosure and Agreement*, as applicable.*

If the limitations or fees noted above are reinstated, we will notify you in advance.

If you have questions, please call us at 1-800-724-2440 (Monday through Friday, 6am-9pm, and Saturday and Sunday, 8am-5pm ET).

Thank you for banking with M&T.

*Although the elimination of transaction limitations also applies to M&T Starter Savings Accounts, those accounts were not previously charged excess withdrawal/transfer fees and will not be charged excess withdrawal/transfer fees going forward.

©2020 M&T Bank. Member FDIC. 46125-CON (8/20) mtb.com

MTB000099    CON

M&T BANK
PO BOX 8405
WILMINGTON, DE 19899-8405

September 18, 2020

|||||·|||'|||''||·|||||·||||||·'||·||||·||||··'||||·||·|||·|||·|·||·|
Bryce O Carrasco
100 Redwood St E Apt 2013        **N0000196
Baltimore, MD 21202

Your Account Ending In 6414

Past Due Amount: $57.00

Our records indicate that your account is currently past due in the amount
of $57.00. Failure to make your payment may result in a late fee being
assessed.

Payments can be made at any M&T Bank branch or mailed to:
CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your
account number with your payment. If you have already paid the amount
past due, please disregard this notice. We thank you for your prompt
response.

If you have any questions, please call the M&T Telephone Banking Center at
1-866-279-0888.

We may report information about your Account to credit bureaus. Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report. If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose. To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation. However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000100

M&T BANK
PO BOX 8405
WILMINGTON, DE 19899-8405

October 16, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013     **N0000802
Baltimore, MD 21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account
is now past due in the amount of $114.00. As a result, we are temporarily
suspending your right to use your card or any convenience checks
associated with this account.

In order to reinstate your account, you must pay the total amount due as
reflected above. Failure to pay the past due amounts could result in the
cancellation of this account. Payments can be made at any M&T Bank branch
or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your
account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you
for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report. If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose. To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation. However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000101


# M&T Bank

November 05, 2020

6-770-92825-0001183-001-01-000-000-000-000

 BRYCE O CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE MD 21202-1361


Account Number Ending in :    6414
Amount Past Due:        $114.00

Dear BRYCE O CARRASCO:

Our records indicate that your account is 50 days past due. If you have already sent this payment to us, thank you, and please disregard this letter. If not, please remit the Amount Past Due referenced above to the address below:

M&T Bank
P.O. Box 62085
Baltimore, MD 21264-2146

If you are unable to make the payment, please contact one of our representatives at 1-800-724-2525 or visit our website at www.mtbpay.com for assistance. The office hours associated with our phone number 1-800-724-2525 are Monday through Thursday from 8:00am-9:00pm, EST, Friday 8:00am-4:30pm, EST. Our representatives are skilled at developing alternative payment arrangements and may be able to help structure an arrangement which may ease your situation.

It is important that you respond to this letter by either making your payment or by contacting us. If you do not resolve the payment default described above, we may pursue our remedies pursuant to your credit agreement.

Please note that we have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

Thank you for your prompt attention.

Sincerely,

M&T Bank
Customer Asset Management

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

MTB000102

M&T BANK
PO BOX 8405
WILMINGTON, DE  19899-8405

November 16, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013      **N0002436
Baltimore, MD  21202

Your Account Ending In 6414

We regret to inform you that your privilege to use the available credit on
your M&T VISA WITH REWARDS Credit Card account has been permanently
terminated because you have not met the repayment terms set forth in the
agreement for your account.

To comply with the terms of the credit agreement and to prevent further
damage to your credit, $172.00 must be paid immediately.  Please mail your
payment to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Cancellation of your account means that you are no longer able to use your
card or any convenience checks associated with this account.

Upon receipt of this letter, please call us at 1-800-724-8644 to discuss
the status of your account.  Our Credit Counselors are prepared to assist
you in establishing suitable payment arrangements.  Thank you for your
prompt attention to this matter.

We may report information about your Account to credit bureaus.  Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report.  If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose.  To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation.  However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000103


**M&T** Bank

December 01, 2020

7-770-93529-0006391-002-01-000-000-000-000



BRYCE O CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE MD 21202-1361

Account Number ending: 6414

Dear BRYCE O CARRASCO:

Our records indicate your account is 70 days past due for $172.00.

You may have received statements, letters, and phone calls from us in an effort to help you bring your past due account back in good standing. However, your account remains delinquent. Accordingly, failure to remit payment could result in further action being taken on your account. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. We would like to assist you in bringing your account current.

Please contact us immediately at 1-800-724-8644 so that we may discuss this matter and work out a payment solution. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00am - 9:00pm, EST and Friday 8:00am - 5:00pm, EST. We may be able to consider your current financial circumstances but that is only possible if you contact us. We may have options available to help ease your situation. If we do not hear from you, we will not be able to assist you with alternative payment arrangements.

Thank you for your attention to this matter.

Sincerely,

M&T Bank Customer Asset Management (CAM)
1-800-724-8644

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

MTB000104

M&T BANK
PO BOX 8405
WILMINGTON, DE  19899-8405

September 25, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013        **N0000693
Baltimore, MD  21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account
is now past due in the amount of $57.00.  As a result, we are temporarily
suspending your right to use your card or any convenience checks
associated with this account.

In order to reinstate your account, you must pay the total amount due as
reflected above.  Failure to pay the past due amounts could result in the
cancellation of this account.  Payments can be made at any M&T Bank branch
or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your
account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you
for your prompt attention to this matter.

We may report information about your Account to credit bureaus.  Late
payments, missed payments or other defaults on your Account may be
reflected on your credit report.  If you think M&T has reported inaccurate
information to a credit bureau, you may submit a dispute online with the
credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE
19966.

M&T Bank is attempting to collect a debt and any information obtained will
be used for that purpose.  To the extent your original obligation was
discharged, or is subject to an automatic stay of bankruptcy under Title
11 of the United States Code, this statement is for compliance and/or
informational purposes only and does not constitute an attempt to collect
a debt or to impose personal liability for such obligation.  However, M&T
Bank retains its right under any security instrument, including the right
to foreclose any lien.

MTB000105

The following Disclosures apply to new M&T Bank M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, and M&T Secured Credit Card accounts, and are provided as required by law.

Please Note: If you are approved and qualify for any promotional offer, the specific account disclosures for that promotional offer will be mailed to you with your Agreement.

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate.<br><br>M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Overdraft Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | **24.99%.** This APR may be applied to your account if your account is past due 60 days.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire account balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| **Transaction Fees** | |

5/1/2020

MTB000106

| | |
|---|---|
| **Balance Transfer** | **4%** of each balance transfer (minimum $10) |
| **Cash Advance** | **3%** of each transaction (minimum $10) |
| **Overdraft Transfer** | **$12.50** for each transaction, but charged no more than once per day |
| **Foreign Transaction Fee** | **3%** of each transaction in U.S. dollars (excluding the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| **Penalty Fees** | |
|    **Late Payment** | up to $35 |
|    **Unpaid Convenience Checks** | up to $25 |
|    **Returned Payment** | up to $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR:** We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late.

The information about the costs of the card described in this application is accurate as of (5/1/2020). This information may have changed after that date. To find out what may have changed, call us at 1-866-279-0888.

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To obtain this information orally, along with general information about the terms of your loan or line, please call toll free 1-800-724-1702.

**Authorization**
By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident (unless you are applying for an M&T Secured Credit Card in which case you may be a non-resident alien), you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application. In addition, you understand that if you ask, we will tell you if a credit report was requested, and, if so, the name and address of the credit-reporting agency furnishing it. To request this information you should write M&T Bank, PO Box 767, Buffalo, NY 14240 Attn: Credit Department or call 1-800-724-6441.

You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa® Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa® Credit Card with Rewards.

**Balance Transfers**
We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or overlimit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not affect any balance transfer you request if you call 1-866-279-0888 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you.

Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

© 2020 M&T Bank

5/1/2020

MTB000107

**M&T Bank Visa® Credit Card Agreement**

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION.  YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.**

This Agreement governs the use of Your M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, or M&T Secured Credit Card account with M&T Bank, and together with the Application, Disclosures and Terms, and any other documents We provide in connection with the Account is the collective agreement  that applies to all transactions on Your Account.  This Agreement is the final expression of the terms and conditions of Your Credit Card Account with Us, and it supersedes any alleged oral or inconsistent provisions of any prior agreement. If any part of the Agreement conflicts with applicable law or is determined by a court to be invalid, this Agreement will be considered changed to the extent necessary to comply with the law or court decision and the remainder of the Agreement will remain in effect.  By applying for an Account, or using a Card, You agree that We may provide Your personal data to VISA U.S.A., its members or their agents for, among other things, the purpose of providing emergency cash, emergency credit card replacement services, or as required by the Visa rules and regulations ("**Visa Rules**").  Please read this Agreement in its entirety and keep it for Your records.

**Definitions**

In this Agreement, **"We" "Us"** and **"Our"** mean **M&T Bank**, its successors and assigns, the issuer of the Card(s) and Your Account creditor. **"You"** and **"Your"** mean each person who signs an application for, or otherwise requests, a credit card account with Us. **"Account"** means Your Credit Card account with Us to which the Card(s) are linked.  **"Card"** means each Credit Card linked to the Account that We have issued to You and includes each credit card, other access device, such as account numbers, We issue to You, or Checks in connection with the Account.  **"Checks"** mean promotional cash advance or balance transfer checks and convenience checks We may provide You from time to time.   **"Agreement"** means this Agreement, the "Disclosures and Terms" that are provided with Your Card, And any other documents provided to You in connection with the Account, that together comprise Your "Agreement." **"Purchase(s)"** means a purchase of goods and/or services from participating merchants who accept VISA cards. **"Transaction"** means any amount of credit obtained under Your Account for Purchases, Advances, Balance Transfers, Checks and overdrafts.  **"Outstanding Balance"** means the total dollar amount of Your obligation under this Agreement for all Transactions, interest, finance charges, fees, and any other costs.  **"Advances"** is defined in the section captioned *Use of the Account.* **"Credit Limit"** is defined in the section captioned *Credit Limit.*

**Effective Date:**

This Agreement becomes effective as soon as You activates the Card or the Account. Even if the Card or Account has not been used or activated, this Agreement becomes effective unless You contact Us within 30 days after You receive the Card by calling the number on the back of the Card to cancel Your Account.

**Responsibility**

By applying for or using the Card, You accept, agree to, and are bound by these terms and conditions.  You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account.  Your obligation to pay the Outstanding Balance continues even though an agreement, divorce decree or other court judgment to which We are not a party may direct You or one of the other persons responsible to pay the account.  You agree to pay each and all of the interest, fees and charges described in this Agreement.

**Authorized User**

If You or Your Joint Account holder lets someone else use the Account ("Authorized User"), You and any Joint Account holder are responsible for all Transactions made by that person, whether or not You have notified Us that the person will be using Your Account and whether or not the amount of the actual use exceeds Your permission or was made for Your benefit.  An Authorized User will not be responsible for paying the balances due on Your Account.  You agree not to allow access to the Account to anyone who is not an Authorized User. You are responsible for any Account transactions made by You or anyone whom You are deemed to have authorized by (a) lending Your Card to, or allowing Account access by another person; or (b) any other way in which You would be legally considered to have allowed another person to use Your Account or to be legally prevented from denying that You did so. You cannot disclaim responsibility for these charges by notifying Us, but if You write Us at the address or call Us at the telephone number shown on Your billing statement and return all Cards and Checks to Us, We will close Your Account for new Transactions.

**Use of the Account**

5/1/2020

MTB000108

You must sign the Card immediately upon its receipt. If You do not sign the Card, You will still be obligated to pay any and all amounts incurred on the Account. The Card may only be used during its validity period, which is printed on the Card.

You may use the Card to make Purchases. You may obtain cash advances from Us and from other financial institutions that accept VISA Cards, as well as from automated teller machines (ATMs) that accept VISA Cards (but not all ATMs accept VISA Cards.) (**"Advances"**). To obtain cash advances from an ATM, You must use the Personal Identification Number (PIN) that is issued to You.

With the exception of M&T Secured Credit Card Accounts, You may use Checks issued by Us to access Your Account, subject to any terms communicated to You with the Checks in addition to the terms of this Agreement. When You or a Cardholder sign(s) a Check, You or Cardholder request(s) a cash Advance from the Account. We may refuse to pay a Check for any reason. At Your risk and upon Your request or the request of a Cardholder, We will accept a stop payment request on a Check. You or a Cardholder must provide Us with any information We may require. A stop payment request becomes effective only after We have had a reasonable opportunity to act upon it. Our receipt of a stop payment request comes too late if: We have indicated in any manner that We will pay or honor the Check; the Check is already in Our processing system; or We do not have a reasonable time to act upon it (and You and We agree that the receipt of Your stop payment request on the same day as the Check is presented to Us does not give Us a reasonable time to act on the stop payment request). Stop payment requests may be made orally or in writing. A stop payment request is effective for 6 months following Our receipt and must be renewed either orally or in writing. If You fail to renew a stop payment request before it expires, You will be deemed to have consented to payment of the Check.

**Overdraft Protection:**

If You have an M&T Bank Interest Checking Account or other M&T Bank Checking Account, You may link the Checking Account (Your Checking Account) to Your Account to cover overdrafts on Your Checking Account. If you ask to link Your Checking Account to Your Account, You authorize Us to (1) de-link and close any overdraft line of credit account which currently may be serving as an overdraft mechanism, and (2) de-link any other account with M&T Bank, which currently may be serving as an overdraft mechanism. If You have requested overdraft protection for Your Checking Account, You will obtain credit from Your Account, subject to the Credit Limit and other provisions of this Agreement and the terms of Your Checking Account Agreement, by any of the following methods: (1) if an M&T Bank Check Card or Visa check card is used to make a withdrawal or transfer from Your Checking Account, but the amount of the withdrawal or transfer exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account , (2) if any other amount is sought to be withdrawn from Your Checking Account (for example, by a check or to pay a service charge or other fee charged against Your Checking Account) but exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account, (3) if at any banking office of M&T Bank, You cash a check or other item but the check or other item is not paid by the financial institution on which it is written, the amount of the check or other item will be considered to have been lent under Your Account, and (4) if any transfer or other transaction made or attempted to be made by any means results in a transfer or transaction in an amount in excess of the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account. This paragraph applies regardless of who initiates the transaction that accesses Your Account.

**For M&T Secured Credit Card Accounts Only**

You agree that the creation of, and access to, Your Account is conditioned on You providing a security deposit in an amount equal to Your credit limit ("Security Deposit"). If You do not already have a savings account with M&T Bank ("Savings Account"), You will be required to open an account prior to the opening of this Credit Card Account. You agree that We may hold the Security Deposit in Your Savings Account during the term of this Agreement, or until We determine that a Security Deposit is no longer required. You agree that 1.) You will not have access to the Security Deposit in Your Savings Account, 2.) You have granted Us a Security Interest in such funds, 3.) You have pledged such funds as collateral, and 4.) We will maintain full control of the Security Deposit during the term of this Agreement.

We may apply any part or the full amount of the Security Deposit to the Outstanding Balance owed on Your Account in the event that 1.) You default under any of the terms of the Agreement, 2.) You close Your Account, 3.) We terminate Your Account for any reason, or 4.) the Savings Accounts holding your Security Deposit is no longer in good standing. Such application of funds shall not satisfy any Minimum Monthly Payment under the Agreement. After We apply such funds, any excess funds will remain in Your Savings Account, and will no longer be pledged.

We may, at Our discretion release Our hold on the Security Deposit but will not be required to do so.

**Joint and Several Liability**

If more than one owner or co-applicant applies for an Account, You and Your joint Account holder promise to pay and are jointly and individually responsible for all amounts due on the Account. This means that We can require any one of You individually to repay the entire amount owed under this Agreement. Each of You authorizes the other(s) to make Purchases, cash Advances, or otherwise access Your Account, individually as well as for each Cardholder. Any one of You may terminate the Account and the

5/1/2020

MTB000109

termination will be effective as to all of You. You understand and agree that in the event of conflicting directions, We will terminate the Account upon receiving a request by any co-applicant of the Account.

### Our Right to Cancel Your Account / How to Cancel Your Account

We can suspend, cancel or terminate the Account and/or revoke Card(s) at any time without prior notice, except as required by law. You or a Cardholder cannot use a Card or Checks after any such termination or cancelation has occurred. You can cancel the Account by notifying Us. In either case, You and any Cardholder agree to destroy all Cards and Checks. Cancellation of the Account will not affect Your liability to Us for the Outstanding Balance and any other costs related to the Account. You are also responsible for all Transactions made to the Account after termination until such time as You duly notified Us in accordance with the section below, unless the Transactions were fraudulent. Checks are no longer valid if the Account has been suspended or terminated.

### Lost or Stolen Cards / Liability for Unauthorized Use

You must notify Us orally or in writing immediately of the loss, theft, or possible unauthorized use of the Card or Checks. You are not liable for unauthorized Transactions made by using the Card after You duly notify us of its loss, theft, or suspected unauthorized user and allow Us a reasonable amount of time to act. Under VISA Rules, You will generally have no liability for the unauthorized use of any Card after its loss or theft. If there is an exception to the VISA "zero liability" operating rule, such as if You or a Cardholder are grossly negligent in handling Your Card, Your maximum liability is $50. You can notify Us by calling 1-800-724-2440 or writing Us at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405.

You agree to assist Us in determining the facts, circumstances and other pertinent information relating to any loss, theft or suspected unauthorized use of a Card and Account and comply with such procedures as We may require in connection with Our investigation, including assisting in the prosecution of any unauthorized user.

### Credit Limit

The Account's "Credit Limit" is the maximum amount of Transactions (Purchases, cash Advances, Checks, Balance Transfers, overdraft protection, promotional cash Advances, and promotional Balance Transfers), interest, finance charges, plus any other charges that We allow You to owe Us on Your Account at any time. You will be advised of the Credit Limit when We issue the Card(s) connected to the Account. You shall not allow Your Outstanding Balance to exceed Your Credit Limit. However, if You exceed Your Credit Limit, You are still responsible to pay the Outstanding Balance to Us. Notwithstanding a higher Credit Limit, We do not give up any of Our rights under this Agreement and We can require that You immediately pay to Us any amount in excess of Your Credit Limit. We may establish a maximum cash advance amount that is less than Your Credit Limit. This cash advance limit is deemed to be the "Cash Limit".

Each payment You make on the Account will restore the Credit Limit by the amount of the payment, unless You are over Your Credit Limit. At Our sole discretion, We may wait to restore Your Credit Limit until We have actually collected the funds You have submitted to Us in payment. If You are over the Credit Limit, You must pay the amount You are over before payments will begin to restore the Credit Limit. You may request an increase in the Credit Limit only by a method acceptable to Us that We communicate to You.

**We can increase or decrease the Credit Limit at any time for any reason and We can refuse to make a Transaction (without prior notice) at any time for any reason not prohibited by law. We are not responsible for any losses if a Transaction is declined for any reason, either by Us or someone else, even if You have credit availability. We may require You to register Your account with an authorization system that We select for online Transactions, and decline Your online Transactions if You do not register.**

### Interest Charges and Fees

We calculate interest on the Account using the average daily balance method (including new Transactions) **"Average Daily Balance"**. We calculate interest separately for each category of Transactions (purchases, Advances, Checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, We calculate a "**Balance Subject to Interest Rate**" for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the "**Daily Periodic Rate**" for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, We take the beginning balance each day, and any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments.

5/1/2020

MTB000110

A credit balance is considered zero. Then, for each category, We calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

Except as provided in the section headed "Paying Interest," interest will begin to accrue on any Transaction on the transaction date. For Checks, the transaction date is the date the check is presented to Us for payment.

Your APRs and Daily Periodic Rates may vary (i.e., increase and decrease) with changes in the Prime Rate (as defined below). We will determine Your purchase APR by adding Your purchase margin to the Prime Rate. We will determine Your cash Advance and Check APRs by adding a margin of 18.99% to the prime rate, and Your overdraft APR by adding a margin of 18.99% (10.99 for accounts opened prior to 6/5/14) to the Prime Rate. Your balance transfer APR will be equal to Your purchase APR after any applicable promotional period expires. **To the extent permitted by applicable law, Your APRs are not subject to a maximum limit.**

**We calculate each APR for each monthly billing cycle by adding the appropriate margin to the prime rate published in** *The Wall Street Journal* **on the first business day of the previous month.** The "Prime Rate" is the highest U.S. Prime Rate published in the Money Rates section of *The Wall Street Journal*. The Prime Rate is not the lowest or the best interest rate available to a borrower at any particular bank at any particular time – it is only a pricing index. If *The Wall Street Journal* stops publishing the Prime Rate, We will select a similar pricing index rate to calculate Your APRs.

For each billing period, We see what the Prime Rate was on the first business day of the previous month. For example, the Prime Rate for the billing period beginning March 1 will be the Prime Rate published on February 1. We then add the applicable margin to that Prime Rate to get the APR. The Daily Periodic Rate is 1/365th of the APR, and 1/366th in a leap year. If Our calculation results in a change to a Daily Periodic Rate from the previous month because the Prime Rate has changed, the new rate will apply as of the first day of Your billing period that begins for the current monthly billing cycle. If the Daily Periodic Rate increases, You will have to pay a higher interest charge and may have to pay a higher Minimum Monthly Payment.

### Paying Interest

Your due date will be at least 25 days after the close of each billing cycle. If a monthly statement includes new purchases, You may avoid paying interest on those new purchases by paying the entire new balance reflected on that monthly statement (the "**New Balance**" for that month) in full by the payment due date for that monthly statement (the "**Payment Due Date**" for that month). If We do not receive the entire New Balance by the Payment Due Date, interest will be charged on the purchases from the date of the transaction. Interest charges on balance transfers, cash advances, and overdraft advances begin to accrue on the transaction date and continue to accrue until paid in full, and will be assessed even if Your entire New Balance is paid by the Payment Due Date.

### Penalty Rate

A Penalty **APR** of **24.99%** (Daily Periodic Rate of .06847%) will apply to all balance categories instead of the introductory APR or regular **APRs** if You fail to pay the Minimum Monthly Payment within 60 days after its due date. If You promptly remedy the default, Your Account will return to the regular **APRs** for each balance after 6 consecutive cycles in which Your Account is deemed current and is not in default. Otherwise, Your **APRs** will remain at **24.99%** (Daily Periodic Rate of .06847%) until Your Outstanding Balance is paid in full. The **APR** increase will occur regardless of whether We exercise any other right or remedy permitted under this Agreement or by law for Your default.

### Fees and Charges

**Late Charges.** You must pay a late charge, as described below, if any Minimum Monthly Payment is overdue.

Late Payment Charge of $25 ($35 if You make a late payment within 6 billing cycles of any previous late payment). We add the late charge to Your purchase balance.

**Returned Check Charges.** If You use a payment check to pay any amount owing under Your Account and the check is not paid, You must pay a returned check charge of $25. We add the charge to Your purchase balance as of the date of dishonor.

**Cash Advance.** If You obtain a cash advance, You may pay a cash advance fee of three percent (3%) of the value of the cash that is advanced, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your cash advance balance as of the Transaction date.

**Balance Transfer.** If You obtain a balance transfer, You must pay a balance transfer fee of four percent (4%) of the value of the transferred balance, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your balance transfer balance as of the Transaction date.

5/1/2020

MTB000111

We may decline balance transfer requests under certain circumstances. For example, if the Account is delinquent or overlimit, We may decline to process a request for balance transfer. If We do, We will notify You. The balance transfer limit, including all applicable fees, may not exceed the value of the Account's available credit line. If the total balance transfer amount You request exceeds the value of the available credit line, You authorize Us to send either full or partial payment to Your creditors in the order You provide them to Us.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

**Overdraft Transfer**. If You have linked Your Checking Account to Your Account, You must pay a $12.50 transfer fee on each day a transfer to Your Checking Account occurs. You will only pay one $12.50 transfer fee per day, regardless of the number of transfers made during that day. This fee is a **FINANCE CHARGE.** We add the fee to Your overdraft balance as of the Transaction date.

**Unpaid Convenience Check Fee**. If We do not pay a Check (because You have asked Us not to do so or if we have decided not to pay it because You are in default, a Check has expired, etc.) You must pay an Unpaid Convenience Check Fee of $25.

**Foreign Transaction Fee.** If You use Your Card for any transaction involving a foreign currency (not in U.S. dollars), You must pay a Foreign Transaction Fee of three percent (3%) of the value of the transaction after conversion to U.S. dollars, unless You have the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged.

**Expedited Card Fee**. If You request that We expedite the delivery of a replacement Card, You must pay an Expedited Card Fee of $25.

**Administrative Fees.** We may charge You for copies of billing statements, sales drafts or other records or for special services You request. We will not charge You for copies of documents You request for a billing dispute You assert against Us under applicable law. These charges may change from time to time and will be added to Your purchase balance as of the date of the request.

**Fee Limitations**. We will not charge You a Late Payment Charge, Returned Check Charge, or Unpaid Convenience Check Fee that exceeds the amount of the associated payment/check. For example, if Your Minimum Monthly Payment amount is $20 and You make a late payment, You will be charged a $20 Late Payment Charge.

## Method of Payment

You must pay Us Your Outstanding Balance. You can pay it in full at any time without any penalty, or You can pay it in installments. You must pay it in United States dollars drawn on funds on deposit in a United States financial institution or the United States branch of a foreign financial institution using a payment check, money order or automatic debit payable to our order that will be honored by Your financial institution. By the date shown on any statement for Your Account, You must pay at least the Minimum Monthly Payment shown on the statement.

## Monthly Minimum Payment

The "**Minimum Monthly Payment**" is the greater of:
    (a) $15; or
    (b) 2.5% of the Outstanding Balance of Your Account at the end of a billing period plus the greater of (i) any amounts over limit or (ii) any past due amounts.

Your Minimum Monthly Payment will be rounded to the nearest dollar.

## Defer a Payment

In Our sole discretion, We may allow You to defer making the Minimum Monthly Payment for certain billing periods. During the deferred-payment period, interest will be assessed, but no late fee will be imposed. At the end of the deferred-payment period, all terms of this Agreement that would have applied, were it not for the deferred-payment feature, will automatically resume without notice.

## Payment Requirements

We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub attached to the statement and must be received by Us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check

5/1/2020

MTB000112

or money order accompanied by the payment stub attached to the statement.  Checks must be made payable to **M&T Bank**.  Except to the extent required by applicable law, if We accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date We receive it.

**Payment Allocation**

We will allocate Your payments in the manner We determine.  In most instances, We will allocate Your payments up to the Minimum Monthly Payment to balances (including Transactions made after the statement) with lower **APRs** before balances with higher **APRs**.  Payments above the Minimum Monthly Payment will be allocated to balances with higher **APRs** before balances with lower **APRs**.

**Foreign Transactions**

Transactions made in foreign countries and foreign currencies will be billed to You in U.S. dollars.  The exchange rate for transactions in a foreign currency will be a rate selected by VISA from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives, or the government mandated rate in effect for the applicable central processing date.  The exchange rate in effect on the central processing date may differ from the rate in effect on either the transaction date or the posting date.  The exchange rate is subject to change by VISA.

**Amendment of Agreement**

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an "**Amendment**").  Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment.  Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the rights and obligations You or We may have relating to this Agreement.  Notice of any change will be given in accordance with applicable law.  The Amendment will become effective on the effective date stated in the notice.  Use of Your Card after receiving notice of a change will further evidence Your agreement to the change.  If permitted by law and unless otherwise specified in the notice to You, the change will apply to Your Outstanding Balance as well as to future transactions.  If You give Us written notice that You do not agree to the change, We will terminate Your Account and You will be permitted to pay the Outstanding Balance as of the effective date under the terms of the Agreement governing Your Account at the time our notice was given.  If You use Your Card after the effective date of the Amendment, You will be considered to have agreed to the new terms even if You have sent Us such written notice.

**Reissuance of Cards**

You agree that at any time for any reason We may reissue a Card to You and/or may ask You to return any or all Cards.

**Default**

Except to the extent prohibited by applicable law, You will be in default if:

1) You fail to make any payment when due under this Agreement or to comply with any of the other terms of this Agreement in existence now or in the future;

2) You die, file for bankruptcy or become insolvent;

3) You make any false or misleading statements in any credit application or credit report, or violate any other provision of this Agreement;

4) We believe Your ability to pay what is owed under this Agreement has been substantially reduced;

5) You fail to pay any other indebtedness owed to Us or our affiliates existing now or coming into existence in the future by the date it becomes due;

6) Legal proceedings are commenced to take any property belonging to You whether now existing or hereafter acquired; or

7) Any tax or other involuntary lien is filed or recorded against any property belonging to You now or in the future,

If You are in default, We may declare the Outstanding Balance and any other amounts You owe to be immediately due, prohibit further Transactions (without prior notice), cancel the Cards, terminate the Account, and revoke any privileges associated with the

5/1/2020

MTB000113

Card or Account. We may increase Your **APRs** to the **Penalty APR** under the circumstances described in the section in this Agreement headed "**Penalty Rate**."

**Collection Costs**

If You are in default, to the extent permitted by applicable law, You agree to pay reasonable collection expenses that We incur enforcing this Agreement, including court costs and attorney's fees not exceeding 20% of the amount due and payable under this Agreement if it is referred to an attorney not Our salaried employee for collection.

**Communication Regarding Account, Statements and Notices**

You authorize Us to contact You by telephone regarding Your Account. To assure customer service quality, telephone communications with You may be monitored and recorded, without further notice. You agree that such telephone calls may be monitored, recorded and automatically dialed and that a recorded message may be played. You agree that such telephone calls are not unsolicited telephone calls for purposes of any state or federal law.

All notices required in this Agreement must be in writing. You will send all notices to Us to the address shown in Your periodic statement, unless We notify You otherwise. Notices to Us are effective when We receive them and have a reasonable opportunity to act on them.

Statements and notices, which We can send by regular mail, will be mailed to You at the most recent address You have given Us, as shown in our records concerning Your Account. Notice sent to any one of You will be considered notice to all.

**Waivers**

No change in this Agreement can be made except in writing, signed by Us. We can do any of the following without notifying You or losing any right with respect to Your Account or against You:

1)  Accept any check or other order marked "Paid in Full" or with similar language as a payment under this Agreement;

2)  Give additional time for payment of any amount owing under this Agreement; or

3)  Exercise, give up, fail to exercise or delay exercising any right with respect to Your Account or against any person.

For example, We can sue You to collect the Account's Outstanding Balance whether or not We sue anyone else.

If property is or will be security for another debt You owe Us and under the terms of that indebtedness the property would secure amounts You owe under this Agreement, We waive the right to treat the property as security for amounts You owe under this Agreement.

**PIN**

If applicable, You may be requested to change Your PIN from time to time as instructed by the Bank. You agree that You will not disclose, and will prevent the disclosure of, Your PIN. If the confidentiality of the PIN is compromised, You shall notify Us immediately. You assume sole responsibility for maintaining the PIN.

**Credit Information**

You authorize Us to investigate Your credit standing when opening, renewing or reviewing Your Account from time to time, including by obtaining information from credit bureaus and others. You authorize Us to disclose information regarding the Account to credit bureaus and other creditors who inquire of Us about Your credit standing. **We may also provide information to credit bureaus in the name of an Authorized User.**

**Financial and Other Information**

If You change the address of Your residence, Your mailing address or Your employer or if there is any unfavorable change in Your financial condition, You must promptly notify Us in writing of the change. Whenever We ask You to do so, You must submit to Us a financial statement in a form satisfactory to Us.

**Limitation on Interest and Finance Charges**

5/1/2020

MTB000114

Interest and other finance charges will not be payable at a rate in excess of the maximum rate allowed by applicable law. To the extent necessary to result in all finance charges not being payable at a rate in excess of that maximum rate, any amount that would be treated as part of those finance charges under a final interpretation of that law by a court will be considered to be a mistake, will be considered to be automatically canceled and, if received by Us, will be refunded to You, it being Your and Our intention that those finance charges not be payable at a rate in excess of that maximum rate.

### Returns and Adjustments

If Your credits and payments exceed what You owe Us, We will hold and apply this credit balance against future Transactions, or if it is $1.00 or more, refund it on Your written request or automatically within six months.

### Transfers

We may transfer or assign the Account and/or this Agreement, or any of Our rights under this Agreement, to another person or entity at any time without prior notice to You or Your consent. If the assignee asks You, You must pay the assignee the amount You owe on the Account.

Your rights under this Agreement cannot be transferred by You, by operation of law, or otherwise, but Your obligations shall be binding upon Your estate or personal representatives.

### Illegal Transactions Prohibited

You must ensure that the Card is not used for any illegal transaction and agree not to engage in any transactions that are illegal in the jurisdiction where You live and/or where the transaction occurs. Internet gambling, for example, may be illegal in the jurisdiction where You live. You nevertheless agree that You will be liable, according to the terms of this Agreement, for all transactions, whether deemed legal or illegal. We have the right, but not the obligation, to decline any such Transaction.

### Additional Transactions Prohibited

You must not obtain any Transaction to (1) make a payment under this Agreement or pay any other indebtedness existing now or coming into existence in the future from You to Us or any current or future M&T Bank affiliate or (2) buy, carry or trade in, or repay any indebtedness originally incurred to buy, carry or trade in, any margin stock or margin security. Use of Your Account must be limited to personal, family, or household purposes.

### Giving Up of Rights

Except to the extent prohibited by applicable law, You give up any right to require that We (1) demand that You pay any amount owing under this Agreement, (2) notify You if any amount owing under this Agreement is not paid by the date it becomes due or (3) obtain a certificate stating that any amount owing under this Agreement was not paid by the date it became due.

### Military Lending Act

Notwithstanding any other provision of this Agreement, if You are a "covered borrower" under the Military Lending Act, as defined at 32 CFR § 232.3(g), nothing in this Agreement shall be construed as applying to You or Your Account to the extent inconsistent with the Military Lending Act.

### Governing Law

**This Agreement is entered into by Us, and made in accordance with, federal law and, to the extent not preempted by federal law, the law of the State of Delaware, where We and your Account are located. Regardless of the state of Your residence or the place to which You submitted an application, or where Your Account is used, except as provided otherwise in the Arbitration provision below, any legal question concerning Your Account, including, without limitation, provisions of the Agreement relating to finance charges, other charges and fees, will be decided in accordance with applicable federal law and, except where preempted by federal law, or as made applicable by federal law, applicable Delaware State law without regard to its conflict of law principles.**

### Arbitration and Dispute Resolution

5/1/2020

MTB000115

**IT IS IMPORTANT THAT YOU READ THIS ENTIRE SECTION VERY CAREFULLY. THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES INVOLVING YOUR ACCOUNT THROUGH FINAL AND BINDING ARBITRATION BEFORE ONE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS ACTION.**

**YOUR RIGHT TO REJECT ARBITRATION. You may reject this arbitration provision (and any prior arbitration agreement between You and Us that You have not had a prior chance to reject) as to Claims (as defined below) arising on or after November 8, 2011, by mailing or emailing Us a rejection notice by 30 days after the date You open Your Account. The rejection notice must be signed and must provide Your name(s), address(es) and Account number and state that You reject arbitration for such Credit Card. The rejection notice must be sent to Us at M&T Bank, Regulatory Support, PO Box 1468, Buffalo, NY 14240-1468 (Attn: Arbitration Rejection). If You do not reject this arbitration provision, the following terms will apply to Your Account. Regardless of whether You exercise Your right to reject arbitration as described above, any Claim arising prior to November 8, 2011 will continue to be subject to arbitration under this provision or a prior arbitration agreement, as applicable.**

**Agreement to Binding Arbitration**

Each dispute or controversy that arises out of or is related to Your Account with Us, or any service We provide in connection with Your Account, or any matter relating to your or our rights and obligations provided for in this Agreement or any other agreement between You and Us relating to Your Account or a service provided by Us in connection with Your Account, whether based on statute, contract, tort, fraud, misrepresentation or any other legal or equitable theory, including any claim for interest and attorney's fees, where applicable (any "Claim"), must be determined on an individual basis (not as a class action) by binding arbitration in accordance with the Federal Arbitration Act ("FAA" – Title 9 of the United States Code) under the auspices of the American Arbitration Association ("AAA"). Judgment on an arbitration award may be entered in any court having jurisdiction. This arbitration provision applies to all Claims regardless of whether such Claims seek monetary, injunctive or declaratory relief or a combination of such types of relief. You and We retain the right, however, to pursue a Claim in small claims court instead of arbitration, provided that the Claim is in that court's jurisdiction and proceeds on an individual basis. Any issue regarding the validity or enforceability of the arbitration obligations set forth in this agreement, and any issue regarding whether a particular dispute or controversy is a Claim that is subject to arbitration, shall be decided by the arbitrator.

**Applicable Arbitration Rules**

If the amount in controversy is less than $10,000, the Consumer Arbitration Rules of the AAA will apply. Otherwise, the Commercial Arbitration Rules of the AAA will be applicable (the Consumer and Commercial Arbitration Rules are sometimes hereinafter collectively referred to as the "Arbitration Rules"). Information about the arbitration process, the Consumer or Commercial Arbitration Rules, the AAA's fees and the nearest AAA Case Management Center is available from the AAA online at www.adr.org. Information about AAA procedures, rules, fees and nearest offices will also be made available to You by contacting the corporate headquarters of the AAA at 1-800-778-7879.

**Representation**

You may, but You do not have to, hire an attorney to represent You in any arbitration.

**Number of Arbitrators and Qualifications**

Only ONE arbitrator will be selected. The arbitrator will be selected by mutual agreement between You and Us. If You and We cannot agree on an arbitrator then the AAA will select the arbitrator according to its rules. Each arbitrator shall be a licensed attorney who has engaged in the private practice of law continuously during the 10 years immediately preceding the arbitration or a retired judge of a court of general or appellate jurisdiction.

**Language**

The language of the arbitration shall be in English. Any party desiring or requiring a different language shall bear the expense of an interpreter.

**Location**

MTB000116

Arbitration hearings will take place in the federal judicial district that includes Your address at the time the Claim is filed, or another location in reasonable proximity to Your address, unless the parties agree to a different location. You or We may choose to appear at the arbitration by telephone or other electronic means subject to the written consent of each party.

**Rules Governing Arbitration**

You and We acknowledge that this Agreement evidences a transaction involving interstate commerce. The FAA shall govern the interpretation, enforcement and proceedings pursuant to the arbitration provisions in this section. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding will apply in the arbitration. In conducting the arbitration and making the award, the arbitrator shall be bound by and shall strictly enforce the terms of this Agreement and may not limit, expand or otherwise modify its terms.

**Tolling of Statute of Limitations**

The filing of a demand for arbitration in accordance with the Arbitration Rules will suspend any requirement to file a notice of claim or to commence an action until the conclusion of the arbitration process.

**Remedies Available**

The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. Subject to the foregoing limitation, the arbitration award shall provide only such relief as a court of competent jurisdiction could properly award under applicable law. The award shall be in writing, shall be signed by the arbitrator and shall include a statement regarding the reasons for the disposition of each and every Claim raised during the arbitration.

**Second Arbitration.** The arbitrator's award shall be final and binding unless You or We submit a notice in writing to the AAA requesting a second arbitration before a new arbitrator (the second arbitrator) within - thirty (30) days of notice of the initial award. The second arbitrator will be selected in the same manner as the initial arbitrator under the provisions above. The second arbitrator will consider all factual and legal issues anew and follow the same rules that apply to a proceeding using the initial arbitrator.

**Costs and Arbitration Fees**

If a Claim is arbitrated, We will pay or reimburse You for up to $1,000 in arbitration fees that would otherwise be charged to You by the arbitration administrator. In addition, You may tell Us in writing that You can't afford to pay the fees charged by the arbitration administrator or that You believe those fees are too high. If You do so, We will pay or reimburse You for up to all of the arbitration administrator fees that would otherwise be charged to You by the arbitration administrator if Your request is reasonable and made in good faith. We will always pay the arbitration fees if applicable law requires Us to. We will not ask You to pay or reimburse Us for any arbitration fees We pay the administrator.

We will pay Our own attorney fees, expert fees and/or witness fees associated with any arbitration, regardless of the outcome. If You commence an arbitration proceeding and prevail on Your Claim, We will pay Your reasonable attorney fees up to $5,000, unless applicable law allows You the right to recover additional attorney fees. We will not pay expert fees and/or witness fees.

**No Consolidation of Actions or Class Actions**

There will be no class Claim (i.e., Claims by or on behalf of other persons will not be considered in or consolidated with the arbitration proceedings between You and Us). The arbitrator may not consolidate Your Claims with any other person's claims (except for persons who are Joint Account holders on Your Account) and may not otherwise preside over any form of a representative or class proceeding.

**Other Actions Available; No Waiver of Right to Arbitrate**

5/1/2020

MTB000117

The arbitration provisions contained in this section do not limit Your or Our right, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as the right of set-off or to obtain provisional or ancillary remedies or injunctive or other traditionally equitable relief (other than a stay of arbitration) necessary to protect the rights or property of the party seeking relief pending the arbitrator's determination of the merits of the Claim. The taking of any of the actions described in the preceding sentence by either party or the filing of a court action by a party shall not be deemed to be a waiver of the right to demand arbitration of any Claim, including Claims that are asserted as a counterclaim or the like in response to any such action.

**Military Lending Act**

If You are a Covered Borrower under the Military Lending Act, You are not required to submit to arbitration.

**Survivability**

The foregoing "Arbitration and Dispute Resolution" provisions, in which You and We have agreed to arbitrate disputes, will survive the termination of Your Account with Us, whether evidenced by this agreement or otherwise.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE FOREGOING DISPUTE RESOLUTION PROVISIONS IN WHICH YOU AND WE HAVE AGREED TO ARBITRATE DISPUTES. YOU UNDERSTAND THAT THESE PROVISIONS LIMIT OR WAIVE CERTAIN OF YOUR RIGHTS WITH RESPECT TO CLAIMS THAT YOU ARE AGREEING TO ARBITRATE PURSUANT TO THESE PROVISIONS. YOU UNDERSTAND THAT THERE WILL BE NO CLASS CLAIMS IN ARBITRATION. YOU FURTHER UNDERSTAND THAT DISCOVERY – THE ABILITY TO OBTAIN INFORMATION FROM THE OTHER PARTY – MAY BE MORE LIMITED IN ARBITRATION THAN IN A COURT PROCEEDING, AND THE RIGHT AND GROUNDS OF APPEAL FROM AN ARBITRATOR'S AWARD ARE MORE LIMITED THAN IN AN APPEAL FROM A COURT JUDGMENT. IN ADDITION, YOU UNDERSTAND THAT CERTAIN OTHER RIGHTS YOU HAVE IN A COURT PROCEEDING ALSO MAY NOT BE AVAILABLE IN ARBITRATION.**

**Legal Proceedings**

Regardless of whether You accept or reject arbitration in accordance with this Agreement:

Before You commence any legal proceeding (including any arbitration proceeding) relating to a Claim, You must first contact Us about the Claim and give Us an opportunity to resolve it. Similarly, before We commence a legal proceeding (including any arbitration proceeding) relating to a Claim, We must attempt to resolve it with You. If any such Claim cannot be resolved within 60 days from the date You or We are notified about it, the Claim may proceed to arbitration or other legal proceeding in accordance with this agreement.

In no event will We be liable for any special, incidental, consequential or punitive losses or damages of any kind relating in any manner to a Claim whether such Claim is addressed in any legal proceeding or in court or in arbitration, except to the extent that this limitation of damages is prohibited by law.

There will be no class Claim in arbitration (see section entitled "No Consolidation of Actions or Class Actions" above) or in any other legal proceeding (i.e., claims by or on behalf of other persons will not be considered in or consolidated with the arbitration or other legal proceedings between You and Us). This section will prevail unless prohibited by applicable law.

**Transactions on Accounts with Pending Disputes**

We will not be liable if, because of any dispute or legal proceeding of any kind between You and any third party, including an Authorized User or Joint Account holder, We do not allow Transactions on Your Account. Also, We will not be liable if, despite any such dispute or legal proceeding, We allow Transactions on Your Account.

**Evidence**

In any legal proceeding (including any arbitration proceeding between You and Us) involving Your Account or any governing document for Your Account, any copy of that governing document kept by Us in the regular course of our business is to be admitted in evidence as an original of that governing document.

5/1/2020

MTB000118

**Continued Effectiveness**

If any part of any governing document for Your Account is determined by a court to be invalid, the rest of that governing document and the other governing documents for Your Account will remain in effect, except for the Arbitration Provision's prohibition against class actions. If the prohibition against class actions is held to be invalid, then the Arbitration Provision will be deemed to be inapplicable to any class or representative claim.

\* \* \*

**Notice of Your Billing Rights: Keep this Document for Future Use**

This notice tells You about Your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If You think there is an error on Your statement, write Us at:

> M&T Bank
> P.O. Box 8405
> Wilmington, DE 19899-8405

In Your letter, give Us the following information:

- *Account Information:*  Your name and Account number.
- *Dollar Amount:*  The dollar amount of the suspected error.
- *Description of problem:*  If You think there is an error on Your bill, describe what You believe is wrong and why You believe it is a mistake.

You must contact Us:

- Within 60 days after the error appeared on Your statement.
- At least 3 business days before an automated payment is scheduled, if You want to stop payment on the amount You think is wrong.

You must notify Us of any potential errors *in writing.*  You may call Us, but if You do We are not required to investigate any potential errors and You may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When We receive Your letter, We must do two things:

1) Within 30 days of receiving Your letter, We must tell You that We received Your letter.  We will also tell You if We have already corrected the error.
2) Within 90 days of receiving Your letter, We must either correct the error or explain why We believe the bill was correct. While We investigate whether or not there has been error:
   - We cannot try to collect the amount in question, or report You as delinquent on that amount.
   - The charge in question may remain on Your statement, and We may continue to charge You interest on that amount.
   - While You do not have to pay the amount in question, You are responsible for the remainder of Your balance.
   - We can apply any unpaid amount against Your credit limit.

After We finish our investigation, one of two things will happen:

- *If We made a mistake:*  You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If We do not believe there was a mistake:*  You will have to pay the amount in question, along with applicable interest and fees.  We will send You a statement of the amount You owe and the date payment is due.  We may then report You as delinquent if You do not pay the amount We think You owe.

If You receive our explanation but still believe Your bill is wrong, You must write to Us within *10 days* telling Us that You still refuse to pay.  If You do so, We cannot report You as delinquent without also reporting that You are questioning Your bill.  We must tell

5/1/2020

MTB000119

You the name of anyone to whom We reported You as delinquent, and We must let those organizations know when the matter has been settled between Us.

If We do not follow all of the rules above, You do not have to pay the first $50 of the amount You question even if Your bill is correct.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If You are dissatisfied with the goods or services that You have purchased with Your credit card, and You have tried in good faith to correct the problem with the merchant, You may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in Your home State or within 100 miles of Your current mailing address, and the purchase price must have been more than $50.  (Note:  Neither of these are necessary if Your purchase was based on an advertisement We mailed to You, or if We own the company that sold You the goods or services.)
2. You must have used Your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that accesses Your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and You are still dissatisfied with the purchase, contact Us *in writing* at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

While We investigate, the same rules apply to the disputed amount as discussed above.  After We finish our investigation, We will tell You our decision.  At that point, if We think You owe an amount and You do not pay, We may report You as delinquent.

© M&T Bank

5/1/2020

MTB000120

 **Gmail**                    Bryce Carrasco <bocarrasco47@gmail.com>

# Pay Statements
12 messages

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                    Mon, Jul 13, 2020 at 4:07 PM
To: asolice@mtb.com

Drew, please find attached two latest pay statements as requested. Thanks. Regards, Bryce

---

**2 attachments**

 **1. Pay State June 30 2020.pdf**
46K

 **2. Pay Statement June 15 2020.pdf**
46K

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                    Sun, Jul 19, 2020 at 3:48 PM
To: "asolice@mtb.com" <asolice@mtb.com>

Hey have not heard anything, any update?
[Quoted text hidden]

---

**2 attachments**

 **1. Pay State June 30 2020.pdf**
46K

 **2. Pay Statement June 15 2020.pdf**
46K

---

**Solice Jr, Drew** <asolice@mtb.com>                          Mon, Jul 20, 2020 at 7:42 AM
To: Bryce Carrasco <bocarrasco47@gmail.com>

The application was approved and the card is on the way.


**From:** Bryce Carrasco <bocarrasco47@gmail.com>
**Sent:** Sunday, July 19, 2020 3:48 PM
**To:** Solice Jr, Drew <asolice@mtb.com>
**Subject:** Fwd: Pay Statements

---

**External Email:** Use caution & trust the source before clicking links or opening attachments.

---

[Quoted text hidden]

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain

MTB000121

nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                                Mon, Jul 20, 2020 at 1:11 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Can you give me a call on my cell? What address did you send it to?

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>                                Mon, Jul 20, 2020 at 1:27 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

Whats the phone number? We sent it to the 100 e redwood address.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                                Mon, Jul 20, 2020 at 6:50 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Thought I provided cell number other day. How about online account access? Is there a way I can look at documentation online?

Been in the dark let me know thanks.

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>                                Tue, Jul 21, 2020 at 8:44 AM
To: Bryce Carrasco <bocarrasco47@gmail.com>

I was out of the office yesterday so I didn't have access to the cell phone number. I had to call the back office for a status update. Online access is automatically updated as soon as the card is activated. What documentation are you looking for there is a letter that comes separate from the card that has your approval information but typically with a credit card there isn't further documentation provided outside of what I gave when you filled out the application. If you like I can give you a call today.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                                Tue, Jul 21, 2020 at 11:00 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Nope, that's fine. Thanks for the update

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                                Tue, Jul 28, 2020 at 3:47 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

Drew, could you help me with setting up an online account? Thanks

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>                                Tue, Jul 28, 2020 at 4:14 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

In the app store select M&T, it's a green logo. Its going to ask you for your account number or debit card number and some personal information to verify yourself. Once you create a username and password you'll have access to all of your

MTB000122

accounts.

[Quoted text hidden]

---

**Bryce Carrasco** <bocarrasco47@gmail.com>                              Tue, Jul 28, 2020 at 4:34 PM
To: "Solice Jr, Drew" <asolice@mtb.com>

This is my first account and it is only a credit card. Does that work the same way?

[Quoted text hidden]

---

**Solice Jr, Drew** <asolice@mtb.com>                                    Tue, Jul 28, 2020 at 4:35 PM
To: Bryce Carrasco <bocarrasco47@gmail.com>

For the account number use the credit card number instead.

[Quoted text hidden]



# CREDIT REPORT

**BRYCE CARRASCO**

**Report Confirmation**

**0866447265**



Dear BRYCE CARRASCO:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **www.investigate.equifax.com**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

MTB000125

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Dec 31, 2020 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 1 Year, 9 Months |
| **Length of Credit History** | 3 Years, 11 Months |
| **Accounts with Negative Information** | 1 |
| **Oldest Account** | AMERICAN EXPRESS (Opened Jan 26, 2017) |
| **Most Recent Account** | M & T BANK (Opened Jul 17, 2020) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 2 | 1 | $518 | $13,072 | $13,590 | 4.0% | $0 |
| Mortgage | | | | | | | |
| Installment | | | | | | | |
| Other | | | | | | | |
| Total | 2 | 1 | $518 | $13,072 | $13,590 | 4.0% | $0 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 4 Items Found |
| **Inquiries** | 13 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX CONSUMER SERVICESDec 30, 2020 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

**EQUIFAX**

BRYCE CARRASCO | Dec 31, 2020

Page 3 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000126

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 BANK OF AMERICA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Debt-to-Credit Ratio | 0% |
| Available Credit | $3,500 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | $457 | $893 | | $2,538 |
| 2020 | $2,883 | | $1,570 | | $1,392 | $2,371 | | $0 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | $25 | $25 | | $25 |
| 2020 | $28 | | $40 | | $25 | $48 | | | | | | |

EQUIFAX    BRYCE CARRASCO | Dec 31, 2020    Page 4 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000127

## Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | $459 | $893 | | $2,538 |
| 2020 | $2,883 | | $3,091 | | $3,091 | $3,091 | | $3,091 | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | $3,500 | $3,500 | | $3,500 |
| 2020 | $3,500 | | $3,500 | | $3,500 | $3,500 | | $3,500 | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

**EQUIFAX**

BRYCE CARRASCO | Dec 31, 2020

Page 5 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000128

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $3,091 | Owner | INDIVIDUAL |
| Credit Limit | $3,500 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $0 | Date Opened | Aug 01, 2019 |
| Amount Past Due | | Date Reported | Dec 29, 2020 |
| Actual Payment Amount | | Date of Last Payment | Aug 01, 2020 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 16 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Dec 01, 2020 |
| Date of First Delinquency | | | |

## Comments

Account closed by credit grantor

## Contact

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
DE5-019-03-07
NEWARK, DE  19713
1-800-421-2110

EQUIFAX                    BRYCE CARRASCO | Dec 31, 2020                    Page 6 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000129

## 2.2 KOHLS/CAPITAL ONE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Debt-to-Credit Ratio | 0% |
| Available Credit | $300 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | $96 | $0 | | | | |
| 2020 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | $27 | | | | | |
| 2020 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**EQUIFAX**     BRYCE CARRASCO | Dec 31, 2020     Page 7 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000130

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | $27 | | | | |
| 2020 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | $121 | $121 | | | | |
| 2020 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | $300 | $300 | | | | |
| 2020 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ |

MTB000131



| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
|---|---|---|---|---|
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $121 | Owner | INDIVIDUAL |
| Credit Limit | $300 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $0 | Date Opened | May 29, 2019 |
| Amount Past Due | | Date Reported | Dec 27, 2020 |
| Actual Payment Amount | | Date of Last Payment | Aug 01, 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 18 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Charge Account | Date Closed | |
| Date of First Delinquency | | | |

## Comments

## Contact

KOHLS/CAPITAL ONE
PO BOX 3115
MILWAUKEE, WI  53201-3115
1-800-564-5740

**EQUIFAX**
BRYCE CARRASCO | Dec 31, 2020
Page 9 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000132

## 2.3 AMERICAN EXPRESS

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $518 |
| Account Status | PAYS_AS_AGREED | Debt-to-Credit Ratio | 4% |
| Available Credit | | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

**EQUIFAX**    BRYCE CARRASCO | Dec 31, 2020    Page 10 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000133

2018
2019
2020

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▨ |

EQUIFAX    BRYCE CARRASCO | Dec 31, 2020    Page 11 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000134

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $13,290 | Owner | UNDESIGNATED |
| Credit Limit | | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $518 | Date Opened | Jan 26, 2017 |
| Amount Past Due | | Date Reported | Dec 17, 2020 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 46 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | | | |

## Comments

## Contact

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998
1-800-874-2717

EQUIFAX    BRYCE CARRASCO | Dec 31, 2020    Page 12 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000135

## 2.4 M & T BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $2,383 |
| Account Status | NOT_MORE_THAN_FOUR_PAYMENTS_PAST_DUE | Debt-to-Credit Ratio | 68% |
| Available Credit | $3,500 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

**EQUIFAX**

BRYCE CARRASCO | Dec 31, 2020

Page 13 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000136

2018

2019

2020

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | 30 | 60 | ▨ |

EQUIFAX    BRYCE CARRASCO | Dec 31, 2020    Page 14 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000137

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $2,383 | Owner | INDIVIDUAL |
| Credit Limit | $3,500 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $2,383 | Date Opened | Jul 17, 2020 |
| Amount Past Due | $172 | Date Reported | Dec 17, 2020 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | $59 |
| Months Reviewed | 4 | Delinquency First Reported | |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Nov 01, 2020 |
| Date of First Delinquency | Oct 01, 2020 | | |

## Comments

Account closed by credit grantor

## Contact

M & T BANK
1 FOUNTAIN PLAZA 4TH FLOOR
BUFFALO, NY 14203

*Equifax*

BRYCE CARRASCO | Dec 31, 2020

Page 15 of 30

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

MTB000138

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

MTB000139

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.
You currently do not have any Installment Accounts in your file.

EQUIFAX

BRYCE CARRASCO | Dec 31, 2020

Page 17 of 30

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections |

MTB000140

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

You currently do not have any Other Accounts in your file.

EQUIFAX

BRYCE CARRASCO | Dec 31, 2020

Page 18 of 30

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections |

MTB000141

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

MTB000142

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| **Name** | BRYCE  CARRASCO |
| **Formerly known as** | |
| **Social Security Number** | xxxxx 1723 |
| **Age or Date of Birth** | Sep 11, 1996 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 334 TERNWING DR<br>ARNOLD, MD  21012 | Current | Dec 29, 2020 |
| 100 E REDWOOD ST APT 2013<br>BALTIMORE, MD  21202 | Former | Dec 18, 2020 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| OPPENHIEMER | INVESTOR |

MTB000143

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Date | Company | Request Originator |
|------|---------|--------------------|
| Jul 16, 2020 | EQUIFAX MORTGAGE SERVICES<br><br>4300 WESTOWN PARKWAY SUITE 200<br>EAST GATE CORPORATE CENTER<br>WEST DES MOINES, IA  50266<br><br>1-800-333-0037 | AMERISAVE MORTGAGE C |
| Jul 15, 2020 | M&T BANK DIRECT CREDIT<br><br>1 FOUNTAIN PLAZA<br>4TH FLOOR<br>BUFFALO, NY  14203<br><br>1-716-848-3136 | |
| Jun 11, 2019 | COMCAST- RICHMOND METRO<br><br>11800 TECH RD.<br>SILVER SPRING, MD  20906 | |

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|--------------------|-------------|
| Dec 30, 2020 | EQUIFAX CONSUMER SERVICES | | |
| Sep 29, 2020 | CAPITAL ONE BANK USA NA | | Promotional Inquiry |
| Sep 22, 2020 | PROGRESSIVE INSURANCE | | Promotional Inquiry |
| Aug 25, 2020 | CAPITAL ONE BANK USA NA | | Promotional Inquiry |
| Jul 28, 2020 | CAPITAL ONE BANK USA NA | | Promotional Inquiry |
| Jul 28, 2020 | PROGRESSIVE INSURANCE | | Promotional Inquiry |

MTB000144

| | | | |
|---|---|---|---|
| Jul 16, 2020 | AMERISAVE MORTGAGE CORPORATION | | |
| Jun 30, 2020 | CAPITAL ONE BANK USA NA | Promotional Inquiry | |
| Jan 28, 2020 | CAPITAL ONE BANK USA NA | Promotional Inquiry | |
| Dec 31, 2019 | CAPITAL ONE BANK USA NA | Promotional Inquiry | |

**EQUIFAX**

BRYCE CARRASCO | Dec 31, 2020

Page 22 of 30

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > **Inquiries** > Public Records > Collections

MTB000145

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

MTB000146

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

You currently do not have any Collections in your file.

**EQUIFAX**                BRYCE CARRASCO | Dec 31, 2020                Page 24 of 30

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

MTB000147

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.ai.equifax.com

To check the status or view the results of your dispute please visit https://www.ai.equifax.com

MTB000148

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;

  o you are the victim of identity theft and place a fraud alert in your file;

  o your file contains inaccurate information as a result of fraud;

  o you are on public assistance;

  o you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

MTB000149

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

MTB000150

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau 1700 G Street, N.W.Washington, DC 20552<br><br>b.Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |
| 2.To the extent not included in item 1 above: a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050<br><br>b.Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br><br><br>c.FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106<br><br>d.National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke Street Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6.Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, S.W., Suite 8200 Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission 100 F Street, N.E. Washington, DC 20549 |
| 8.Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |

MTB000151

## Commonly Asked Questions About Credit Files

**Q. How can I correct a mistake in my credit file?**

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q. If I do have credit problems, is there someplace where I can get advice and assistance?**

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

o The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain up to 7 years from the Date of First Delinquency.

Credit or Other reported accounts: Accounts paid as agreed remain for up to 10 years from the date last reported by the lender. Accounts not paid as agreed (i.e., delinquent, charged off, accounts placed for collection) remain for up to 7 years from the Date of First Delinquency.

Public Records: Bankruptcy-

Chapter 7 or 11 bankruptcies filed and discharged remain for 10 years from the date filed.

Chapter 12 and 13 bankruptcies remain for 7 years from the date filed.

Dismissed bankruptcies (all chapters) remain for 7 years from the date filed.

**New York Residents Only** (must be a current resident): Paid collections remain on your Equifax credit report for 5 years from the date of the first missed payment. A paid Charged Off account remains on the file for 5 years from the Date of First Delinquency.

o Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

*Additional Notice to Consumer:*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

---

MTB000152

# Your Rights Under State Law

## Statement of Rights of the Consumer - Annotated Code of Maryland Commercial Law Article (141201, et seq.)

As a resident of the State of Maryland, you have the following rights as a consumer under the laws of the State of Maryland relating to consumer credit information.

You have the right to request, in writing, that a consumer reporting agency restrict the sale or other transfer of information in your credit file to:

1. A mail-service organization;
2. A marketing firm; or
3. Any other similar organization that obtains information about a consumer for marketing purposes.

You have a right, upon request and proper identification, to receive from a consumer reporting agency an exact copy of any credit file on you, including a written explanation of codes or trade language used in the report.

You have a right to receive disclosure of information in your credit file during normal business hours:

- In person, upon furnishing proper identification.
- By telephone, if you make written request with proper identification, and toll charges, if any, are charged to you.
- In writing, if you make written request and furnish proper identification.

You may be accompanied by one other person of your choosing, who must furnish reasonable identification, and the consumer reporting agency may require a written statement from you granting permission to discuss your credit information in this person's presence.

You have a right to dispute the completeness or accuracy of any item of information contained in your credit file, and if you convey the dispute in writing, the consumer reporting agency will, within 30 days, reinvestigate and record the current status of that information, unless it has reasonable grounds to believe that the dispute is frivolous or irrelevant.

If, after reinvestigation, the information you disputed is found to be inaccurate or cannot be verified, the consumer reporting agency will delete the information and mail to you a written notice of the correction and will also mail to each person to whom the erroneous information was furnished written notice of the correction. You will also be sent a written notice if the information you disputed is found to be accurate or is verified.

You will not be charged for our handling of the information you dispute, nor for the corrected reports resulting from our handling.

You have 60 days after receiving notice of correction or other findings to request in writing that the consumer reporting agency furnish you with the name, address, telephone number of each creditor contacted during its reinvestigation, and it will provide this information to you within 30 days after receiving your request.

If the reinvestigation does not resolve your dispute, you may file with the consumer reporting agency a brief statement of not more than 100 words, setting forth the nature of your dispute. This statement will be placed on your credit file, and in any subsequent report containing the information you dispute, it will be clearly noted that the information has been disputed by you, and your statement or a clear and accurate summary of it will be provided with that report.

Following deletion of any information you disputed that is found to be inaccurate or could not be verified, at your request, the consumer reporting agency will furnish notification of the information deleted or your statement, or statement summary, to any person you designate who has received your report within the past two years for employment purposes, or within the past one year for any other purpose.

Your Commissioner of Financial Regulation is Antonio P. Salazar. In the event you wish to file a complaint, please write or call the Office of the Commissioner of Financial Regulation, Complaint Unit, 500 N. Calvert Street, Suite 402, Baltimore, MD 21202; telephone number is (410) 230-6077. In addition to the rights above, you are entitled to request a copy of your file free of charge, one time within a twelve month period, and thereafter for a $5.00 charge each time.

MTB000153



# M&T Visa Credit Card - Rewards (6414)

(Nickname)

View Account [ M&T Visa Credit Card - Rewards (6414) ⌄ ] [ Go > ]



Thank you f
banking wit

**Outstanding Balance** ❓
## $2,057.00

**Available Credit** ❓
## $1,443.00
*Credit Limit: $3,500.00*

| Recent Activity | Last 7 Years | **Account Info** | | View Alerts | Reque |

## Payment Information

| | | |
|---|---|---|
| ❓ Minimum Payment | $53.00 | Pay Now |
| ❓ Due Date | 02/13/2021 | |
| ❓ Last Statement Balance | $2,117.00 | |

## Account Information

| | |
|---|---|
| ❓ Outstanding Balance | $2,057.00 |
| ❓ Credit Limit | $3,500.00 |
| ❓ Available Credit | $1,443.00 |
| ❓ Cash Limit | $1,050.00 |
| ❓ Available Cash | $1,050.00 |

2

MTB000154



## M&T BANK

**Potentially Negative**



### Account Info

| | |
|---|---|
| Account Name | **M&T BANK** |
| Account Number | **417094XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/17/2020** |
| Status | **Closed.** |
| Status Updated | **Jan 2021** |
| Balance | **$2,117** |
| Balance Updated | **01/16/2021** |
| Recent Payment | **$231** |
| Monthly Payment | **$60** |
| Credit Limit | **$3,500** |
| Highest Balance | **$2,418** |
| Terms | **NA** |

**From:** Janker, Caitlin **On Behalf Of** Office of the President
**Sent:** Friday, February 5, 2021 1:53 PM
**To:** bocarrasco47@outlook.com
**Subject:** Correspondence Response Email

 

MTB000155

**Secure Email Notice**

**Account re-registration will be required due to a recent upgrade enhancement to our Email Encryption system.**

An M&T Bank employee has sent you a secure email message that contains confidential information. The sender's email address is listed in the "from" field of this message. If you have any concerns about the validity of this message, please contact the sender directly, or your M&T Relationship Manager.

To retrieve your secure message, you will need to access our secure, encrypted email delivery system:

**Existing Users**

1. Select the "Click Here" link below

2. Enter your password*

**New Users**

1. Select the "Click Here" link below

2. Complete the registration process

3. Enter your password

*Please note that we have recently updated our secure, encrypted email delivery system. If this is the first time you are receiving secure email from us since our upgrade, you will need to go through the registration process and create a new password. After you register, you can leverage your new password to access all future secure emails from M&T Bank.

.

Click here by 2021-05-06 14:53 EDT to read your message. After that, open the attachment.

More Info

**Disclaimer**: This email and its contents are confidential and intended solely for the use of this addressee. Please notify the sender if you have received this email in error or simply delete it.

Protecting your personal and financial information is a responsibility we take very seriously. If you ever question the legitimacy of a request for personal or financial information made by an individual, email, phone call or text claiming to represent M&T Bank, or if you believe you have been a victim of fraud related to your M&T accounts, please contact us

MTB000156

immediately so we can take action to help you.

©2020 M&T Bank Member FDIC.

Secured by Proofpoint Encryption, Copyright © 2009-2020 Proofpoint, Inc. All rights reserved.

MTB000157



Prepared For

**BRYCE CARRASCO**

**Personal & Confidential**

**Date Generated**   Jan 31, 2021
**Report Number**   0948-2976-25

## At a Glance

**4** Accounts     **0** Public Records     **8** Hard Inquiries

## Personal Information

**3** Names     **4** Addresses     **1** Employers     **9** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

---

## Names

| BRYCE O CARRASCO | BRYCE CARRASCO | BRYCE OCTAVIO CARRASCO |
|---|---|---|
| Name ID #10058 | Name ID #1756 | Name ID #26701 |

---

## Addresses

| 100 E REDWOOD ST #2013 BALTIMORE MD, 21202-1207 | 334 TERNWING DR ARNOLD MD, 21012-1936 | 100 E REDWOOD ST BALTIMORE MD, 21202-1351 | 6009 FALLS RD BALTIMORE MD, 21209-3727 |
|---|---|---|---|
| Address ID #0902789771 ⓘ Single family | Address ID #0042097180 ⓘ Single family | Address ID #0911575048 ⓘ Multifamily | Address ID #0042856179 ⓘ Single family |

MTB000158

## Year of Birth

**1996**

## Phone Numbers

**(410) 544-4138**

**(410) 858-7432**

## Employers

**OPPENHIEMER**

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS

**Account Info**

| | |
|---|---|
| Account Name | **AMERICAN EXPRESS** |
| Account Number | **349992XXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **01/26/2017** |
| Status | **Open/Never late.** |
| Status Updated | **Jan 2021** |
| Balance | **$312** |
| Balance Updated | **01/17/2021** |

MTB000159

| | |
|---|---|
| Balance Updated | 01/17/2021 |
| Recent Payment | **$0** |
| Monthly Payment | **$0** |
| Credit Limit | - |
| Highest Balance | **$13,290** |
| Terms | **1 Months** |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments

**Balance History**

Date **Dec 2020**
Balance **$518**
Scheduled
Payment **$0**
Paid **$0**

Date **Nov 2020**
Balance **$427**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2020**
Balance **$889**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2020**
Balance **$926**
Scheduled
Payment **$0**

MTB000160

Paid **$0**

Date **Aug 2020**
Balance **$1,709**
Scheduled
Payment **$0**
Paid **$0**

Date **Jul 2020**
Balance **$1,214**
Scheduled
Payment **$0**
Paid **$0**

Date **Jun 2020**
Balance **$738**
Scheduled
Payment **$0**
Paid **$0**

Date **May 2020**
Balance **$847**
Scheduled
Payment **$0**
Paid **$0**

Date **Apr 2020**
Balance **$481**
Scheduled
Payment **$0**
Paid **$0**

Date **Mar 2020**
Balance **$895**
Scheduled
Payment **$0**
Paid **$0**

Date **Feb 2020**
Balance **$573**
Scheduled
Payment **$0**
Paid **$0**

Date **Jan 2020**
Balance **$1,659**
Scheduled
Payment **$0**

MTB000161

Paid **$0**

Date **Dec 2019**
Balance **$1,609**
Scheduled
Payment **$0**
Paid **$0**

Date **Nov 2019**
Balance **$3,369**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2019**
Balance **$3,980**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2019**
Balance **$5,775**
Scheduled
Payment **$0**
Paid **$0**

Date **Aug 2019**
Balance **$13,290**
Scheduled
Payment **$0**
Paid **$0**

Date **Jul 2019**
Balance **$8,365**
Scheduled
Payment **$0**
Paid **$0**

Date **Jun 2019**
Balance **$6,261**
Scheduled
Payment **$0**
Paid **$0**

Date **May 2019**
Balance **$6,453**
Scheduled
Payment **$0**

MTB000162

Paid  **$0**

Date  **Apr 2019**
Balance  **$6,589**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Mar 2019**
Balance  **$5,419**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Feb 2019**
Balance  **$8,588**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Jan 2019**
Balance  **$7,063**
Scheduled
Payment  **$0**
Paid  **$0**

---



### Contact Info

Address  **PO BOX 981537,
EL PASO TX
79998**

Phone
Number  **(800) 874-
2717**

## BANK OF AMERICA



### Account Info

| | |
|---|---|
| Account Name | **BANK OF AMERICA** |
| Account Number | **552433XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |

MTB000163

| | |
|---|---|
| Date Opened | **08/01/2019** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Dec 2020** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | **$0** |
| Credit Limit | **$3,500** |
| Highest Balance | **$3,091** |
| Terms | **NA** |
| On Record Until | **Dec 2030** |

---

 **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | **CLS** |
| 2019 | — | — | — | — | — | — | — | ● | ● | ● | ● | ● |

● Current on payments    CLS  Closed

---

**Balance History**

Date **Nov 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Oct 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Sep 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Aug 2020**

MTB000164

Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Jul 2020**
Balance **$2,371**
Scheduled
Payment **$48**
Paid **$0**

Date **Jun 2020**
Balance **$2,318**
Scheduled
Payment **$25**
Paid **$0**

Date **May 2020**
Balance **$1,392**
Scheduled
Payment **$25**
Paid **$0**

Date **Apr 2020**
Balance **$1,570**
Scheduled
Payment **$40**
Paid **$0**

Date **Mar 2020**
Balance **$1,110**
Scheduled
Payment **$25**
Paid **$0**

Date **Feb 2020**
Balance **$2,505**
Scheduled
Payment **$25**
Paid **$0**

Date **Jan 2020**
Balance **$2,883**
Scheduled
Payment **$28**
Paid **$0**

Date **Dec 2019**

MTB000165

Balance  **$2,538**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Nov 2019**
Balance  **$1,870**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Oct 2019**
Balance  **$893**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Sep 2019**
Balance  **$457**
Scheduled
Payment  **$25**
Paid  **$0**

Date  **Aug 2019**
Balance  **$249**
Scheduled
Payment  **$25**
Paid  **$0**

---

 **Contact Info**

Address    **PO BOX 982238,
EL PASO TX
79998**

Phone      **(800) 421-
Number     2110**

---

 **Comment**

**Account closed at credit grantor's request.**

## KOHLS/CAPONE

MTB000166

 **Account Info**

| | |
|---|---|
| Account Name | **KOHLS/CAPONE** |
| Account Number | **639305XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **05/29/2019** |
| Status | **Open/Never late.** |
| Status Updated | **Jan 2021** |
| Balance | **$0** |
| Balance Updated | **01/27/2021** |
| Recent Payment | **$0** |
| Monthly Payment | **$0** |
| Credit Limit | **$300** |
| Highest Balance | **$121** |
| Terms | **NA** |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | — | — | — | — | — | ● | ● | ● | ● | ● | ● | ● |

●   Current on payments

 **Balance History**

Date **Dec 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

Date **Nov 2020**
Balance **$0**
Scheduled
Payment **$0**
Paid **$0**

MTB000167

Date  **Oct 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Sep 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Aug 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Jul 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Jun 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **May 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Apr 2020**
Balance  **$0**
Scheduled
Payment  **$0**
Paid  **$0**

Date  **Mar 2020**
Balance  **$0**
Scheduled
Payment  **$27**
Paid  **$0**

MTB000168

Date **Feb 2020**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Jan 2020**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Dec 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Nov 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Oct 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Sep 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$0**

Date **Aug 2019**
Balance **$0**
Scheduled
Payment **$27**
Paid **$96**

Date **Jul 2019**
Balance **$96**
Scheduled
Payment **$27**
Paid **$27**

MTB000169

Date  **Jun 2019**
Balance  **$121**
Scheduled
Payment  **$27**
Paid  **$0**

---

 **Contact Info**

Address  **PO BOX 3115,
MILWAUKEE WI
53201**

Phone  [(800) 564-
Number  5740](#)

---

## ● M&T BANK
**Potentially Negative**

 **Account Info**

| | |
|---|---|
| Account Name | **M&T BANK** |
| Account Number | **417094XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/17/2020** |
| Status | **Closed.** |
| Status Updated | **Jan 2021** |
| Balance | **$2,117** |
| Balance Updated | **01/16/2021** |
| Recent Payment | **$231** |
| Monthly Payment | **$60** |
| Credit Limit | **$3,500** |
| Highest Balance | **$2,418** |
| Terms | **NA** |

---

$ **Payment History**

MTB000170

|      |     | J | F | M | A | M | J | J | A | S | O | N | D |
|------|-----|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CLS | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 |     | — | — | — | — | — | — | — | ● | ● | 30 | 60 | 90 |

● Current on payments    30 30 Days Past Due    60 60 Days Past Due
90 90 Days Past Due    CLS Closed

---



**Balance History**

Date  **Nov 2020**
Balance  **$2,348**
Scheduled
Payment  **$58**
Paid  **$0**

Date  **Oct 2020**
Balance  **$2,313**
Scheduled
Payment  **$57**
Paid  **$0**

Date  **Sep 2020**
Balance  **$2,288**
Scheduled
Payment  **$57**
Paid  **$0**

Date  **Aug 2020**
Balance  **$2,288**
Scheduled
Payment  **$0**
Paid  **$0**

---



**Contact Info**

Address  **PO BOX 900,
MILLSBORO DE
19966**

---



**Comment**

**Account closed at credit grantor's request.**

---

MTB000171

 **Reinvestigation Information**

**This item was updated from our processing of your dispute in Jan 2021.**

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

MTB000172

**DISCOVER FINANCIAL SERVI**

Inquired on 07/28/2020

12 READS WAY NEW CASTLE DE, 19720

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

**EMS/AMERISA VE MORTGAGE C**

Inquired on 07/16/2020

4300 WESTOWN PKWY STE 200 WEST DES MOINES IA, 50266

Mortgage. This inquiry is scheduled to continue on record until Aug 2022.

**M&T BANK**

Inquired on 07/15/2020

PO BOX 900 MILLSBORO DE, 19966

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

**M&T BANK**

Inquired on 07/02/2020

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

**BK OF AMER**

Inquired on 08/01/2019

PO BOX 982238 EL PASO TX, 79998

Unspecified. This inquiry is scheduled to continue on record until Sep 2021.

**RENTAL PROPERTY SOLUTION**

Inquired on 05/30/2019

PO BOX 509124 SAN DIEGO CA, 92150

Rental on behalf of LUMINARY AT ONE LIGHT. This inquiry is scheduled to continue on record until Jun 2021.

**KOHLS/CAPON E**

Inquired on 05/29/2019

PO BOX 3115 MILWAUKEE WI, 53201

Unspecified. This inquiry is scheduled to continue on record until Jun 2021.

**RENTGROW**

Inquired on 05/23/2019

177 HUNTINGTON AVESTE 1703 BOSTON MA, 02115

Rental on behalf of GABLES RESIDENTIAL. This inquiry is scheduled to continue on record until Jun 2021.

## Soft Inquiries

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries also occur when you check your own credit report or when you use credit monitoring services from companies like Experian. These inquiries do not impact your credit score. Soft inquiries are not disputable but are available here for reference.

MTB000173

**EXPERIAN**
Inquired on 01/31/2021, 01/22/2021 and 12/30/2020

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**
Inquired on 01/31/2021, 01/22/2021 and 12/30/2020

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**
Inquired on 01/29/2021, 01/24/2021, 01/22/2021, 01/14/2021, 01/14/2021, 01/10/2021, 01/10/2021, 01/05/2021, 12/30/2020 and 12/30/2020

PO BOX 9600, ALLEN TX 75013
(800) 311-4769

**EXPERIAN**
Inquired on 01/29/2021, 01/14/2021, 01/10/2021, 01/05/2021 and 12/30/2020

475 ANTON BLVD,
COSTA MESA CA 92626
(866) 431-3471

**EXPERIAN CREDITMATCH**
Inquired on 01/29/2021, 01/24/2021, 01/14/2021, 01/10/2021, 01/05/2021 and 12/30/2020

475 ANTON BLVD,
COSTA MESA CA 92626

**DISCOVER FINANCIAL SVCS**
Inquired on 01/23/2021

2500 LAKE COOK RD,
RIVERWOODS IL 60015

**DISCOVER FINANCIAL SVCS**
Inquired on 01/23/2021

2500 LAKE COOK RD,
RIVERWOODS IL 60015

**EXPERIAN CONSUMER SERV**
Inquired on 01/23/2021

PO BOX 4500, ALLEN TX 75013

**EXPERIAN CONSUMER SERV**
Inquired on 01/23/2021

PO BOX 4500, ALLEN TX 75013

**EXPERIAN CS IDENTITY**
Inquired on 01/23/2021

535 ANTON BLVD STE 100,
COSTA MESA CA 92626

**CREDIT ONE BANK**
Inquired on 01/13/2021, 11/10/2020, 08/20/2019 and 01/23/2019

6801 S CIMARRON RD,

**KOHLS**
Inquired on 12/10/2020

PO BOX 3115, MILWAUKEE WI 53201
(262) 703-7000

MTB000174

LAS VEGAS NV
89113
(415) 459-6100

**BK OF AMER**
Inquired on
11/26/2020

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**CAPITAL ONE**
Inquired on
11/06/2020,
10/02/2020,
09/19/2020,
09/15/2020,
09/04/2020,
08/08/2020,
03/07/2020,
02/22/2020,
02/07/2020,
01/25/2020,
01/11/2020,
12/07/2019,
11/12/2019,
10/04/2019,
09/21/2019,
09/14/2019,
09/10/2019,
08/06/2019,
07/23/2019,
07/09/2019,
06/22/2019,
06/08/2019,
05/17/2019,
05/11/2019,
05/07/2019,
04/20/2019,
04/16/2019,
04/06/2019,
03/26/2019,
03/16/2019,
03/12/2019,
01/04/2019 an
d 12/07/2018

PO BOX 30281,
SALT LAKE
CITY UT 84130
(804) 967-1000

**DL/NAVY
FEDERAL CU**
Inquired on
09/16/2020 an
d 08/05/2019

820 FOLLIN LN
SE,
VIENNA VA
22180

**JPMCB CARD**
Inquired on
08/13/2020 an
d 07/20/2020

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

MTB000175

**JPMCB CARD**
Inquired on
07/20/2020

None Provided

**DATAMYX/QUICKEN LOANS LL**
Inquired on
07/17/2020

1050
WOODWARD
AVE,
DETROIT MI
48226
(303) 373-3000

**AMERISAVE MORTGAGE CORP**
Inquired on
07/16/2020

3525
PIEDMONT RD
NE # 600,
ATLANTA GA
30305

**LN/VISION/LIBERTY MUTUAL**
Inquired on
07/03/2020

175 BERKELEY
ST,
BOSTON MA
02116

**KOHLS DEPARTMENT STORES**
Inquired on
06/25/2020

N56 W 17000
RIDGEWOODDR,

MENOMONEE
FALLS WI
53051

**USAA FEDERAL SAVINGS BANK**
Inquired on
12/18/2019

10750
MCDERMOTT
FWY,
SAN ANTONIO
TX 78288
(800) 531-8722

**SYNCHRONY FINANCIAL**
Inquired on
10/31/2019 and 08/16/2019

4125 WINDARD
PLAZA,
ALPHARETTA
GA 30005

**AMERICAN EXPRESS 2**
Inquired on
08/30/2019

PO BOX
981537,
EL PASO TX
79998
(800) 874-2717

**BANK OF AMERICA**
Inquired on
08/06/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**BANK OF AMERICA**
Inquired on
08/01/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**BK OF AMER**
Inquired on
08/01/2019

PO BOX
982238,
EL PASO TX
79998
(800) 421-2110

**COMCAST CABLE**
Inquired on
06/11/2019

1701 JFK BLVD,

PHILADELPHIA
PA 19103
(800) 934-6489

**KOHLS**
Inquired on
05/29/2019

N56 W 17000
RIDGEWOOD
DR,

**AMERICAN EXPRESS 2**
Inquired on
01/24/2019

PO BOX
981537,

MTB000176

MENOMONEE FALLS WI 53051

EL PASO TX 79998

(800) 874-2717

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

### Online

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

### Phone

**Monday - Friday**
9am to 5pm
(855) 414-6047

### Mail

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

## Fair Credit Reporting Act (FCRA)

MTB000177

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or

MTB000178

bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
| --- | --- |

MTB000179

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**a.** Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

**b.** Federal Trade Commission: Consumer Response Center – FCRA
Washington, DC 20580
(877) 382-4357

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

MTB000180

**3.** Air carriers

Asst. General Counsel
for Aviation Enforcement
& Proceedings
Aviation Consumer
Protection Division
Department of
Transportation
1200 New Jersey
Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings,
Surface Transportation
Board
Department of
Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and
Stockyards
Administration area
supervisor

**6.** Small Business Investment Companies

Associate Deputy
Administrator for Capital
Access
United States Small
Business Administration
409 Third Street, SW, 8th
Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange
Commission
100 F St NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal

Farm Credit

MTB000181

| | |
|---|---|
| Intermediate Credit Banks, and Production Credit Associations | Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

MTB000182



🔔 4 ☰



Prepared for

## BRYCE CARRASCO

**Personal & Confidential**

**Date Generated** Jan 14, 2021
**Report Number** 2421-7160-34



# About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

# Here are your results

## M&T BANK

Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966

↑ **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 01/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Jan 2021. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

MTB000183



## 2021

|     |     |     |     |
|-----|-----|-----|-----|
| JAN | FEB | MAR | APR |
| 90  |     |     |     |
| MAY | JUN | JUL | AUG |
|     |     |     |     |
| SEP | OCT | NOV | DEC |
|     |     |     |     |

## 2020

|     |     |     |     |
|-----|-----|-----|-----|
| JAN | FEB | MAR | APR |
|     |     |     |     |
| MAY | JUN | JUL | AUG |
|     |     |     | OK  |
| SEP | OCT | NOV | DEC |
| OK  | 30  | 60  | 90  |

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
|----------|----------------|------------------------|---------|
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment  | $0 Paid |

### ↩ Before your dispute:

| Account Name | M&T BANK | Balance | $2,383 |
|--------------|----------|---------|--------|
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

#### Payment History

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|--------|------------------------|---------------------|---------------------|
|        | 90 90 Days Past Due    |                     |                     |

## 2020

|     |     |     |     |
|-----|-----|-----|-----|
| JAN | FEB | MAR | APR |
|     |     |     |     |
| MAY | JUN | JUL | AUG |
|     |     |     | OK  |
| SEP | OCT | NOV | DEC |
| OK  | 30  | 60  | 90  |

**Comment**                                    **Balance History**

MTB000184

Account closed at credit grantor's request.

| | NOV 2020 | $2,348 | $58 | $0 |
| | | Balance | Scheduled Payment | Paid |

| | OCT 2020 | $2,313 | $57 | $0 |
| | | Balance | Scheduled Payment | Paid |

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

| | SEP 2020 | $2,288 | $57 | $0 |
| | | Balance | Scheduled Payment | Paid |

| | AUG 2020 | $2,288 | $0 | $0 |
| | | Balance | Scheduled Payment | Paid |

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Your Credit Report
At a Glance

**4** Accounts          **0** Public Records          **8** Hard Inquiries

---

# Personal Information

**3** Names          **4** Addresses          **1** Employer          **3** Other Records

---

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

## Names

BRYCE O CARRASCO
Name ID #10058

BRYCE CARRASCO
Name ID #1756

BRYCE OCTAVIO CARRASCO
Name ID #26701

## Addresses

100 E REDWOOD ST #2013
BALTIMORE, MD 21202-1207
Address ID #0902789771
Single family

334 TERNWING DR
ARNOLD, MD 21012-1936
Address ID #0042097180
Single family

100 E REDWOOD ST
BALTIMORE, MD 21202-1351
Address ID #0911575048
Multifamily

6009 FALLS RD
BALTIMORE, MD 21209-3727
Address ID #0042856179
Single family

## Year of Birth

1996

## Phone Numbers

(410) 544-4138

(410) 858-7432

## Employers

OPPENHIEMER

MTB000186

# Accounts

Includes credit cards, retail credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## M&T BANK

Potentially Negative ⚠

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 01/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Jan 2021. | Highest Balance | $2,418 |
| | | Terms | NA |
| Status Updated | Jan 2021 | | |

### Payment History

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

#### 2021

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 90 | | | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

#### 2020

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | | | OK |
| SEP | OCT | NOV | DEC |
| OK | 30 | 60 | 90 |

### Contact Info

| | |
|---|---|
| Phone Number | - |
| Address | PO BOX 900 MILLSBORO, DE 19966 |

### Comment

Account closed at credit grantor's request.

### Reinvestigation Information

This item was updated from our processing of your dispute in Jan 2021.

### Balance History

| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
|---|---|---|---|
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

MTB000187

# AMERICAN EXPRESS

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $518 |
| Account Number | 349992XXXXXXXXXX | Balance Updated | 12/17/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Authorized user | Monthly Payment | $0 |
| Date Opened | 01/26/2017 | Credit Limit | - |
| Status | Open/Never late. | Highest Balance | $13,290 |
| Status Updated | Dec 2020 | Terms | 1 Months |

## Payment History

LEGEND  OK   Current on payments

### 2020

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
|  | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

## Contact Info

| | |
|---|---|
| Phone Number | (800) 874-2717 |
| Address | PO BOX 981537 EL PASO, TX 79998 |

## Balance History

| Month | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| NOV 2020 | $427 | $0 | $0 |
| OCT 2020 | $889 | $0 | $0 |
| SEP 2020 | $926 | $0 | $0 |
| AUG 2020 | $1,709 | $0 | $0 |
| JUL 2020 | $1,214 | $0 | $0 |
| JUN 2020 | $738 | $0 | $0 |
| MAY 2020 | $847 | $0 | $0 |
| APR 2020 | $481 | $0 | $0 |
| MAR 2020 | $895 | $0 | $0 |
| FEB 2020 | $573 | $0 | $0 |
| JAN 2020 | $1,659 | $0 | $0 |

MTB000188

| Month | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| DEC 2019 | $1,609 | $0 | $0 |
| NOV 2019 | $3,369 | $0 | $0 |
| OCT 2019 | $3,980 | $0 | $0 |
| SEP 2019 | $5,775 | $0 | $0 |
| AUG 2019 | $13,290 | $0 | $0 |
| JUL 2019 | $8,365 | $0 | $0 |
| JUN 2019 | $6,261 | $0 | $0 |
| MAY 2019 | $6,453 | $0 | $0 |
| APR 2019 | $6,589 | $0 | $0 |
| MAR 2019 | $5,419 | $0 | $0 |
| FEB 2019 | $8,588 | $0 | $0 |
| JAN 2019 | $7,063 | $0 | $0 |

# BANK OF AMERICA

| | | | |
|---|---|---|---|
| Account Name | BANK OF AMERICA | Balance | - |
| Account Number | 552433XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 08/01/2019 | Credit Limit | $3,500 |
| Status | Paid, Closed/Never late. | Highest Balance | $3,091 |
| Status Updated | Dec 2020 | Terms | NA |
| | | On Record Until | Dec 2030 |

## Payment History

**LEGEND** (OK) Current on payments  (CLS) Closed

### 2020
| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |

### 2019
| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | | | OK |
| SEP | OCT | NOV | DEC |

MTB000189

      



**Contact Info**

| Phone Number | (800) 421-2110 |
| Address | PO BOX 982238 EL PASO, TX 79998 |

**Comment**

Account closed at credit grantor's request.

**Balance History**

| Month | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| NOV 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/04/2020 |
| OCT 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/04/2020 |
| SEP 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/04/2020 |
| AUG 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/04/2020 |
| JUL 2020 | $2,371 Balance | $48 Scheduled Payment | $0 Paid on 06/20/2020 |
| JUN 2020 | $2,318 Balance | $25 Scheduled Payment | $0 Paid on 06/20/2020 |
| MAY 2020 | $1,392 Balance | $25 Scheduled Payment | $0 Paid on 05/04/2020 |
| APR 2020 | $1,570 Balance | $40 Scheduled Payment | $0 Paid on 03/09/2020 |
| MAR 2020 | $1,110 Balance | $25 Scheduled Payment | $0 Paid on 03/09/2020 |
| FEB 2020 | $2,505 Balance | $25 Scheduled Payment | $0 Paid on 02/18/2020 |
| JAN 2020 | $2,883 Balance | $28 Scheduled Payment | $0 Paid on 01/09/2020 |
| DEC 2019 | $2,538 Balance | $25 Scheduled Payment | $0 Paid on 12/16/2019 |
| NOV 2019 | $1,870 Balance | $25 Scheduled Payment | $0 Paid on 10/31/2019 |
| OCT 2019 | $893 Balance | $25 Scheduled Payment | $0 Paid on 10/11/2019 |
| SEP 2019 | $457 Balance | $25 Scheduled Payment | $0 Paid on 09/16/2019 |
| AUG 2019 | $249 Balance | $25 Scheduled Payment | $0 Paid |

# KOHLS/CAPONE

| Account Name | KOHLS/CAPONE | Balance | $0 |
| Account Number | 639305XXXXXXXXXX | Balance Updated | 12/27/2020 |
| Account Type | Charge Card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 05/29/2019 | Credit Limit | $300 |
| Status | Open/Never late. | Highest Balance | $121 |
| Status Updated | Dec 2020 | Terms | NA |

**Payment History**

MTB000190

**LEGEND**      Current on payments

## 2020

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

## 2019

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
|  |  | OK |  |

| MAY | JUN | JUL | AUG |
|-----|-----|-----|-----|
|  | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|
| OK | OK | OK | OK |

### Contact Info

| Phone Number | (800) 564-5740 |
|--------------|----------------|
| Address | PO BOX 3115 MILWAUKEE, WI 53201 |

### Balance History

| Month | Balance | Scheduled Payment | Paid |
|-------|---------|-------------------|------|
| NOV 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| OCT 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| SEP 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| AUG 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| JUL 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| JUN 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| MAY 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| APR 2020 | $0 Balance | $0 Scheduled Payment | $0 Paid on 08/10/2019 |
| MAR 2020 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| FEB 2020 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| JAN 2020 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| DEC 2019 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| NOV 2019 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| OCT 2019 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| SEP 2019 | $0 Balance | $27 Scheduled Payment | $0 Paid on 08/10/2019 |
| AUG 2019 | $0 Balance | $27 Scheduled Payment | $96 Paid on 08/10/2019 |
| JUL 2019 | $96 Balance | $27 Scheduled Payment | $27 |

MTB000191

| | Balance | Scheduled Payment | Paid on 07/19/2019 |
|---|---|---|---|
| JUN 2019 | $121 | $27 | $0 |
| | Balance | Scheduled Payment | Paid |

# Hard Inquiries

When applying for credit or financing or as a result of a collection, a "hard inquiry" will appear on your Credit Report. Below you will find the names of businesses that have reviewed your Report over the last two years. Hard inquiries stay on your Credit Report for 25 months.

## DISCOVER FINANCIAL SERVI

Inquired on 07/28/2020

12 READS WAY NEW CASTLE, DE 19720

(800) 347-2683

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

## EMS/AMERISAVE MORTGAGE C

Inquired on 07/16/2020

4300 WESTOWN PKWY STE 200 WEST DES MOINES, IA 50266

(800) 333-0037

Mortgage. This inquiry is scheduled to continue on record until Aug 2022.

## M&T BANK

Inquired on 07/15/2020

PO BOX 900 MILLSBORO, DE 19966

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

## M&T BANK

Inquired on 07/02/2020

Unspecified. This inquiry is scheduled to continue on record until Aug 2022.

## BK OF AMER

Inquired on 08/01/2019

PO BOX 982238 EL PASO, TX 79998

(800) 421-2110

Unspecified. This inquiry is scheduled to continue on record until Sep 2021.

## RENTAL PROPERTY SOLUTION

Inquired on 05/30/2019

PO BOX 509124 SAN DIEGO, CA 92150

(800) 523-0233

Rental on behalf of LUMINARY AT ONE LIGHT. This inquiry is scheduled to continue on record until Jun 2021.

## KOHLS/CAPONE

Inquired on 05/29/2019

PO BOX 3115 MILWAUKEE, WI 53201

(800) 564-5740

Unspecified. This inquiry is scheduled to continue on record until Jun 2021.

## RENTGROW

Inquired on 05/23/2019

177 HUNTINGTON AVESTE 1703 BOSTON, MA 02115

(800) 898-1351

Rental on behalf of GABLES RESIDENTIAL. This inquiry is scheduled to continue on record until Jun 2021.

MTB000192

# Soft Inquiries

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries also occur when you check your own credit report or when you use credit monitoring services from companies like Experian. These inquiries do not impact your credit score. Soft inquiries are not disputable but are available here for reference.

## EXPERIAN
Inquired on 01/10/2021, 01/10/2021, 01/05/2021, 12/30/2020, and 12/30/2020

PO BOX 9600 ALLEN, TX 75013

(800) 311-4769

## EXPERIAN
Inquired on 01/10/2021, 01/05/2021, and 12/30/2020

475 ANTON BLVD COSTA MESA, CA 92626

(866) 431-3471

## EXPERIAN CREDITMATCH
Inquired on 01/10/2021, 01/05/2021, and 12/30/2020

475 ANTON BLVD COSTA MESA, CA 92626

## EXPERIAN
Inquired on 12/30/2020

475 ANTON BLVD COSTA MESA, CA 92626

## EXPERIAN
Inquired on 12/30/2020

475 ANTON BLVD COSTA MESA, CA 92626

## EXPERIAN CREDITMATCH
Inquired on 12/30/2020

475 ANTON BLVD COSTA MESA, CA 92626

## KOHLS
Inquired on 12/10/2020

PO BOX 3115 MILWAUKEE, WI 53201

(262) 703-7000

## BK OF AMER
Inquired on 11/26/2020

PO BOX 982238 EL PASO, TX 79998

(800) 421-2110

## CREDIT ONE BANK
Inquired on 11/10/2020, 08/20/2019, and 01/23/2019

6801 S CIMARRON RD LAS VEGAS, NV 89113

(415) 459-6100

## CAPITAL ONE
Inquired on 11/06/2020, 10/02/2020, 09/19/2020, 09/15/2020, 09/04/2020, 08/08/2020, 03/07/2020, 02/22/2020, 02/07/2020, 01/25/2020, 01/11/2020, 12/07/2019, 11/12/2019, 10/04/2019, 09/21/2019, 09/14/2019, 09/10/2019, 08/06/2019, 07/23/2019, 07/09/2019, 06/22/2019, 06/08/2019, 05/17/2019, 05/11/2019, 05/07/2019, 04/20/2019, 04/16/2019, 04/06/2019, 03/26/2019, 03/16/2019, 03/12/2019, 01/04/2019, and 12/07/2018

PO BOX 30281 SALT LAKE CITY, UT 84130

(804) 967-1000

## DL/NAVY FEDERAL CU
Inquired on 09/16/2019 and 08/05/2019

820 FOLLIN LN SE VIENNA, VA 22180

## JPMCB CARD
Inquired on 08/13/2020 and 07/20/2020

PO BOX 15298 WILMINGTON, DE 19850

(800) 432-3117

MTB000193

## JPMCB CARD
Inquired on 07/20/2020

## DATAMYX/QUICKEN LOANS LL
Inquired on 07/17/2020

1050 WOODWARD AVE
DETROIT, MI 48226

(303) 373-3000

## AMERISAVE MORTGAGE CORP
Inquired on 07/16/2020

3525 PIEDMONT RD NE # 600
ATLANTA, GA 30305

## LN/VISION/LIBERTY MUTUAL
Inquired on 07/03/2020

175 BERKELEY ST BOSTON,
MA 02116

## KOHLS DEPARTMENT STORES
Inquired on 06/25/2020

N56 W 17000 RIDGEWOODDR
MENOMONEE FALLS, WI 53051

## USAA FEDERAL SAVINGS BANK
Inquired on 12/18/2019

10750 MCDERMOTT FWY SAN
ANTONIO, TX 78288

(800) 531-8722

## SYNCHRONY FINANCIAL
Inquired on 10/31/2019 and
08/16/2019

4125 WINDARD PLAZA
ALPHARETTA, GA 30005

## AMERICAN EXPRESS 2
Inquired on 08/30/2019

PO BOX 981537 EL PASO, TX
79998

(800) 874-2717

## BANK OF AMERICA
Inquired on 08/06/2019

PO BOX 982238 EL PASO, TX
79998

(800) 421-2110

## BANK OF AMERICA
Inquired on 08/01/2019

PO BOX 982238 EL PASO, TX
79998

(800) 421-2110

## BK OF AMER
Inquired on 08/01/2019

PO BOX 982238 EL PASO, TX
79998

(800) 421-2110

## COMCAST CABLE
Inquired on 06/11/2019

1701 JFK BLVD PHILADELPHIA,
PA 19103

(800) 934-6489

## KOHLS
Inquired on 05/29/2019

N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051

## AMERICAN EXPRESS 2
Inquired on 01/24/2019

PO BOX 981537 EL PASO, TX
79998

(800) 874-2717

MTB000194

# Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/) .

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;

- you are the victim of identity theft and place a fraud alert in your file;

- your file contains inaccurate information as a result of fraud;

- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for additional information.

MTB000195

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
| --- | --- |

MTB000196

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**a.** Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

**b.** Federal Trade Commission:
Consumer Response Center – FCRA
Washington, DC 20580
(877) 382-4357

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Administration area supervisor

MTB000197

**6.** Small Business Investment Companies

Associate Deputy Administrator for
Capital Access
United States Small Business
Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F St NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and
Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which
the creditor operates **or** Federal Trade
Commission: Consumer Response
Center – FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/washington/)

Services —

Overview

Reports & Scores

Personal Finances BETA

MTB000198

Financial Profile

Protection

Credit Cards

Loans

Auto

Tools —

Experian Boost

Experian CreditLock

Score Planner

Score Simulator

Score Tracker

Support —

Disputes Guide

FAQs

Glossary

Education

Get the free Experian app:

Follow us:

About Us

Ad Targeting Policy

Contact Us

Terms & Conditions

Privacy Policy

© 2021 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.



**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 5, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210129-5993986

Dear Mr. Carrasco:

I am writing in response to your correspondence to M&T's Executive Offices and the Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card with Rewards ending -6414. Thank you for the opportunity to respond to your concerns.

**Here's what our records show.**

- You applied for an M&T Visa Credit Card with Rewards at the Light and Redwood branch, located at 1 Light Street, Baltimore, MD 21202, and your credit card was opened on July 17, 2020.
- The enclosed *M&T Bank Visa Credit Card Agreement* would have been mailed to you with your credit card and stipulates under the section titled "Responsibility" that by applying for or using the M&T Visa Card, you accept, agree to, and are bound by the terms and conditions. You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account. A signature was not required.
- As of the date of this letter, our records reflect the above address, and we do not have record of a request to update this information. As such, your monthly statements, which would have indicated a minimum payment was due, and collections notices, were and continue to be mailed to this address.
- Additionally, our Consumer Asset Management area contacted you on several occasions by phone at the number you provided at account opening and confirmed in your correspondence. These calls were made regarding payments to your credit card and to notify you that a payment was past due.

MTB000200

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

After a review of your account, we have determined that no bank error occurred in this case. As such, we are unable to remove the late reporting associated with your credit card. Please be advised that under the Fair Credit Reporting Act, M&T is required to report all factual information to the various credit bureaus.

Lastly, our records show your most recent payment made for $60.00 posted on January 15, 2021, and your account is now up to date.

**We're here to help.**

I hope this information has been helpful. If you have further questions or concerns or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosure

The following Disclosures apply to new M&T Bank M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, and M&T Secured Credit Card accounts, and are provided as required by law.

Please Note: If you are approved and qualify for any promotional offer, the specific account disclosures for that promotional offer will be mailed to you with your Agreement.

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | M&T Visa® Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **10.24 and 17.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Visa® Credit Card with Rewards Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Visa® Signature Credit Card Accounts: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that, your APR will be between **11.24 and 18.24%** based on your creditworthiness and will vary with the market based on the Prime Rate. |
| | M&T Secured Credit Card Accounts: Your APR will be **17.24%** and will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Overdraft Advances** | **22.24%.** This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | **24.99%.** This APR may be applied to your account if your account is past due 60 days. |
| | **How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire account balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

| Fees | |
|---|---|
| **Transaction Fees** | |

5/1/2020

MTB000202

| | |
|---|---|
| **Balance Transfer** | **4%** of each balance transfer (minimum $10) |
| **Cash Advance** | **3%** of each transaction (minimum $10) |
| **Overdraft Transfer** | **$12.50** for each transaction, but charged no more than once per day |
| **Foreign Transaction Fee** | **3%** of each transaction in U.S. dollars (excluding the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| **Penalty Fees** | |
| **Late Payment** | **up to $35** |
| **Unpaid Convenience Checks** | **up to $25** |
| **Returned Payment** | **up to $25** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR**: We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late.

The information about the costs of the card described in this application is accurate as of (5/1/2020). This information may have changed after that date. To find out what may have changed, call us at 1-866-279-0888.

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To obtain this information orally, along with general information about the terms of your loan or line, please call toll free 1-800-724-1702.

**Authorization**
By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident (unless you are applying for an M&T Secured Credit Card in which case you may be a non-resident alien), you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application. In addition, you understand that if you ask, we will tell you if a credit report was requested, and, if so, the name and address of the credit-reporting agency furnishing it. To request this information you should write M&T Bank, PO Box 767, Buffalo, NY 14240 Attn: Credit Department or call 1-800-724-6441.

You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa® Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa® Credit Card with Rewards.

**Balance Transfers**
We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or overlimit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not affect any balance transfer you request if you call 1-866-279-0888 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you.

Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

© 2020 M&T Bank

5/1/2020

MTB000203

**M&T Bank Visa® Credit Card Agreement**

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION.  YOU MAY REJECT THE ARBITRATION PROVISION IN ACCORDANCE WITH THE TERMS OF THE "ARBITRATION" SECTION BELOW.**

This Agreement governs the use of Your M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, M&T Visa® Signature Credit Card, or M&T Secured Credit Card account with M&T Bank, and together with the Application, Disclosures and Terms, and any other documents We provide in connection with the Account is the collective agreement  that applies to all transactions on Your Account.  This Agreement is the final expression of the terms and conditions of Your Credit Card Account with Us, and it supersedes any alleged oral or inconsistent provisions of any prior agreement.  If any part of the Agreement conflicts with applicable law or is determined by a court to be invalid, this Agreement will be considered changed to the extent necessary to comply with the law or court decision and the remainder of the Agreement will remain in effect.  By applying for an Account, or using a Card, You agree that We may provide Your personal data to VISA U.S.A., its members or their agents for, among other things, the purpose of providing emergency cash, emergency credit card replacement services, or as required by the Visa rules and regulations ("**Visa Rules**").  Please read this Agreement in its entirety and keep it for Your records.

**Definitions**

In this Agreement, **"We" "Us"** and **"Our"** mean **M&T Bank**, its successors and assigns, the issuer of the Card(s) and Your Account creditor. **"You"** and **"Your"** mean each person who signs an application for, or otherwise requests, a credit card account with Us. **"Account"** means Your Credit Card account with Us to which the Card(s) are linked.   **"Card"** means each Credit Card linked to the Account that We have issued to You and includes each credit card, other access device, such as account numbers, We issue to You, or Checks in connection with the Account. **"Checks"** mean promotional cash advance or balance transfer checks and convenience checks We may provide You from time to time. **"Agreement"** means this Agreement, the "Disclosures and Terms" that are provided with Your Card, And any other documents provided to You in connection with the Account, that together comprise Your "Agreement." **"Purchase(s)"** means a purchase of goods and/or services from participating merchants who accept VISA cards. **"Transaction"** means any amount of credit obtained under Your Account for Purchases, Advances, Balance Transfers, Checks and overdrafts. **"Outstanding Balance"** means the total dollar amount of Your obligation under this Agreement for all Transactions, interest, finance charges, fees, and any other costs. **"Advances"** is defined in the section captioned *Use of the Account*. **"Credit Limit"** is defined in the section captioned *Credit Limit*.

**Effective Date:**

This Agreement becomes effective as soon as You activates the Card or the Account. Even if the Card or Account has not been used or activated, this Agreement becomes effective unless You contact Us within 30 days after You receive the Card by calling the number on the back of the Card to cancel Your Account.

**Responsibility**

By applying for or using the Card, You accept, agree to, and are bound by these terms and conditions.  You promise to do everything this Agreement requires of You, and You promise to pay all amounts due on Your Account.  Your obligation to pay the Outstanding Balance continues even though an agreement, divorce decree or other court judgment to which We are not a party may direct You or one of the other persons responsible to pay the account.  You agree to pay each and all of the interest, fees and charges described in this Agreement.

**Authorized User**

If You or Your Joint Account holder lets someone else use the Account ("Authorized User"), You and any Joint Account holder are responsible for all Transactions made by that person, whether or not You have notified Us that the person will be using Your Account and whether or not the amount of the actual use exceeds Your permission or was made for Your benefit.  An Authorized User will not be responsible for paying the balances due on Your Account.  You agree not to allow access to the Account to anyone who is not an Authorized User. You are responsible for any Account transactions made by You or anyone whom You are deemed to have authorized by (a) lending Your Card to, or allowing Account access by another person; or (b) any other way in which You would be legally considered to have allowed another person to use Your Account or to be legally prevented from denying that You did so. You cannot disclaim responsibility for these charges by notifying Us, but if You write Us at the address or call Us at the telephone number shown on Your billing statement and return all Cards and Checks to Us, We will close Your Account for new Transactions.

**Use of the Account**

5/1/2020

MTB000204

You must sign the Card immediately upon its receipt. If You do not sign the Card, You will still be obligated to pay any and all amounts incurred on the Account. The Card may only be used during its validity period, which is printed on the Card.

You may use the Card to make Purchases. You may obtain cash advances from Us and from other financial institutions that accept VISA Cards, as well as from automated teller machines (ATMs) that accept VISA Cards (but not all ATMs accept VISA Cards.) (**"Advances"**). To obtain cash advances from an ATM, You must use the Personal Identification Number (PIN) that is issued to You.

With the exception of M&T Secured Credit Card Accounts, You may use Checks issued by Us to access Your Account, subject to any terms communicated to You with the Checks in addition to the terms of this Agreement. When You or a Cardholder sign(s) a Check, You or Cardholder request(s) a cash Advance from the Account. We may refuse to pay a Check for any reason. At Your risk and upon Your request or the request of a Cardholder, We will accept a stop payment request on a Check. You or a Cardholder must provide Us with any information We may require. A stop payment request becomes effective only after We have had a reasonable opportunity to act upon it. Our receipt of a stop payment request comes too late if: We have indicated in any manner that We will pay or honor the Check; the Check is already in Our processing system; or We do not have a reasonable time to act upon it (and You and We agree that the receipt of Your stop payment request on the same day as the Check is presented to Us does not give Us a reasonable time to act on the stop payment request). Stop payment requests may be made orally or in writing. A stop payment request is effective for 6 months following Our receipt and must be renewed either orally or in writing. If You fail to renew a stop payment request before it expires, You will be deemed to have consented to payment of the Check.

**Overdraft Protection:**

If You have an M&T Bank Interest Checking Account or other M&T Bank Checking Account, You may link the Checking Account (Your Checking Account) to Your Account to cover overdrafts on Your Checking Account. If you ask to link Your Checking Account to Your Account, You authorize Us to (1) de-link and close any overdraft line of credit account which currently may be serving as an overdraft mechanism, and (2) de-link any other account with M&T Bank, which currently may be serving as an overdraft mechanism. If You have requested overdraft protection for Your Checking Account, You will obtain credit from Your Account, subject to the Credit Limit and other provisions of this Agreement and the terms of Your Checking Account Agreement, by any of the following methods: (1) if an M&T Bank Check Card or Visa check card is used to make a withdrawal or transfer from Your Checking Account, but the amount of the withdrawal or transfer exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account , (2) if any other amount is sought to be withdrawn from Your Checking Account (for example, by a check or to pay a service charge or other fee charged against Your Checking Account) but exceeds the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account, (3) if at any banking office of M&T Bank, You cash a check or other item but the check or other item is not paid by the financial institution on which it is written, the amount of the check or other item will be considered to have been lent under Your Account, and (4) if any transfer or other transaction made or attempted to be made by any means results in a transfer or transaction in an amount in excess of the balance available for withdrawal from Your Checking Account, We will lend the excess under Your Account. This paragraph applies regardless of who initiates the transaction that accesses Your Account.

**For M&T Secured Credit Card Accounts Only**

You agree that the creation of, and access to, Your Account is conditioned on You providing a security deposit in an amount equal to Your credit limit ("Security Deposit"). If You do not already have a savings account with M&T Bank ("Savings Account"), You will be required to open an account prior to the opening of this Credit Card Account. You agree that We may hold the Security Deposit in Your Savings Account during the term of this Agreement, or until We determine that a Security Deposit is no longer required. You agree that 1.) You will not have access to the Security Deposit in Your Savings Account, 2.) You have granted Us a Security Interest in such funds, 3.) You have pledged such funds as collateral, and 4.) We will maintain full control of the Security Deposit during the term of this Agreement.

We may apply any part or the full amount of the Security Deposit to the Outstanding Balance owed on Your Account in the event that 1.) You default under any of the terms of the Agreement, 2.) You close Your Account, 3.) We terminate Your Account for any reason, or 4.) the Savings Accounts holding your Security Deposit is no longer in good standing. Such application of funds shall not satisfy any Minimum Monthly Payment under the Agreement. After We apply such funds, any excess funds will remain in Your Savings Account, and will no longer be pledged.

We may, at Our discretion release Our hold on the Security Deposit but will not be required to do so.
**Joint and Several Liability**

If more than one owner or co-applicant applies for an Account, You and Your joint Account holder promise to pay and are jointly and individually responsible for all amounts due on the Account. This means that We can require any one of You individually to repay the entire amount owed under this Agreement. Each of You authorizes the other(s) to make Purchases, cash Advances, or otherwise access Your Account, individually as well as for each Cardholder. Any one of You may terminate the Account and the

MTB000205

termination will be effective as to all of You. You understand and agree that in the event of conflicting directions, We will terminate the Account upon receiving a request by any co-applicant of the Account.

## Our Right to Cancel Your Account / How to Cancel Your Account

We can suspend, cancel or terminate the Account and/or revoke Card(s) at any time without prior notice, except as required by law. You or a Cardholder cannot use a Card or Checks after any such termination or cancelation has occurred. You can cancel the Account by notifying Us. In either case, You and any Cardholder agree to destroy all Cards and Checks. Cancellation of the Account will not affect Your liability to Us for the Outstanding Balance and any other costs related to the Account. You are also responsible for all Transactions made to the Account after termination until such time as You duly notified Us in accordance with the section below, unless the Transactions were fraudulent. Checks are no longer valid if the Account has been suspended or terminated.

## Lost or Stolen Cards / Liability for Unauthorized Use

You must notify Us orally or in writing immediately of the loss, theft, or possible unauthorized use of the Card or Checks. You are not liable for unauthorized Transactions made by using the Card after You duly notify us of its loss, theft, or suspected unauthorized user and allow Us a reasonable amount of time to act. Under VISA Rules, You will generally have no liability for the unauthorized use of any Card after its loss or theft. If there is an exception to the VISA "zero liability" operating rule, such as if You or a Cardholder are grossly negligent in handling Your Card, Your maximum liability is $50. You can notify Us by calling 1-800-724-2440 or writing Us at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405.

You agree to assist Us in determining the facts, circumstances and other pertinent information relating to any loss, theft or suspected unauthorized use of a Card and Account and comply with such procedures as We may require in connection with Our investigation, including assisting in the prosecution of any unauthorized user.

## Credit Limit

The Account's "Credit Limit" is the maximum amount of Transactions (Purchases, cash Advances, Checks, Balance Transfers, overdraft protection, promotional cash Advances, and promotional Balance Transfers), interest, finance charges, plus any other charges that We allow You to owe Us on Your Account at any time. You will be advised of the Credit Limit when We issue the Card(s) connected to the Account. You shall not allow Your Outstanding Balance to exceed Your Credit Limit. However, if You exceed Your Credit Limit, You are still responsible to pay the Outstanding Balance to Us. Notwithstanding a higher Credit Limit, We do not give up any of Our rights under this Agreement and We can require that You immediately pay to Us any amount in excess of Your Credit Limit. We may establish a maximum cash advance amount that is less than Your Credit Limit. This cash advance limit is deemed to be the "Cash Limit".

Each payment You make on the Account will restore the Credit Limit by the amount of the payment, unless You are over Your Credit Limit. At Our sole discretion, We may wait to restore Your Credit Limit until We have actually collected the funds You have submitted to Us in payment. If You are over the Credit Limit, You must pay the amount You are over before payments will begin to restore the Credit Limit. You may request an increase in the Credit Limit only by a method acceptable to Us that We communicate to You.

**We can increase or decrease the Credit Limit at any time for any reason and We can refuse to make a Transaction (without prior notice) at any time for any reason not prohibited by law. We are not responsible for any losses if a Transaction is declined for any reason, either by Us or someone else, even if You have credit availability. We may require You to register Your account with an authorization system that We select for online Transactions, and decline Your online Transactions if You do not register.**

## Interest Charges and Fees

We calculate interest on the Account using the average daily balance method (including new Transactions) **"Average Daily Balance"**. We calculate interest separately for each category of Transactions (purchases, Advances, Checks, balance transfers, overdraft protection, promotional cash advances, and promotional Balance transfers). For each category of Transaction, We calculate a "**Balance Subject to Interest Rate**" for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the "**Daily Periodic Rate**" for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, We take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments.

5/1/2020

MTB000206

A credit balance is considered zero. Then, for each category, We calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

Except as provided in the section headed "Paying Interest," interest will begin to accrue on any Transaction on the transaction date. For Checks, the transaction date is the date the check is presented to Us for payment.

Your APRs and Daily Periodic Rates may vary (i.e., increase and decrease) with changes in the Prime Rate (as defined below). We will determine Your purchase APR by adding Your purchase margin to the Prime Rate. We will determine Your cash Advance and Check APRs by adding a margin of 18.99% to the prime rate, and Your overdraft APR by adding a margin of 18.99% (10.99 for accounts opened prior to 6/5/14) to the Prime Rate. Your balance transfer APR will be equal to Your purchase APR after any applicable promotional period expires. **To the extent permitted by applicable law, Your APRs are not subject to a maximum limit.**

**We calculate each APR for each monthly billing cycle by adding the appropriate margin to the prime rate published in *The Wall Street Journal* on the first business day of the previous month.** The "Prime Rate" is the highest U.S. Prime Rate published in the Money Rates section of *The Wall Street Journal*. The Prime Rate is not the lowest or the best interest rate available to a borrower at any particular bank at any particular time – it is only a pricing index. If *The Wall Street Journal* stops publishing the Prime Rate, We will select a similar pricing index rate to calculate Your APRs.

For each billing period, We see what the Prime Rate was on the first business day of the previous month. For example, the Prime Rate for the billing period beginning March 1 will be the Prime Rate published on February 1. We then add the applicable margin to that Prime Rate to get the APR. The Daily Periodic Rate is 1/365th of the APR, and 1/366th in a leap year. If Our calculation results in a change to a Daily Periodic Rate from the previous month because the Prime Rate has changed, the new rate will apply as of the first day of Your billing period that begins for the current monthly billing cycle. If the Daily Periodic Rate increases, You will have to pay a higher interest charge and may have to pay a higher Minimum Monthly Payment.

**Paying Interest**

Your due date will be at least 25 days after the close of each billing cycle. If a monthly statement includes new purchases, You may avoid paying interest on those new purchases by paying the entire new balance reflected on that monthly statement (the "**New Balance**" for that month) in full by the payment due date for that monthly statement (the "**Payment Due Date**" for that month). If We do not receive the entire New Balance by the Payment Due Date, interest will be charged on the purchases from the date of the transaction. Interest charges on balance transfers, cash advances, and overdraft advances begin to accrue on the transaction date and continue to accrue until paid in full, and will be assessed even if Your entire New Balance is paid by the Payment Due Date.

**Penalty Rate**

A Penalty **APR** of **24.99%** (Daily Periodic Rate of .06847%) will apply to all balance categories instead of the introductory APR or regular **APRs** if You fail to pay the Minimum Monthly Payment within 60 days after its due date. If You promptly remedy the default, Your Account will return to the regular **APRs** for each balance after 6 consecutive cycles in which Your Account is deemed current and is not in default. Otherwise, Your **APRs** will remain at **24.99%** (Daily Periodic Rate of .06847%) until Your Outstanding Balance is paid in full. The **APR** increase will occur regardless of whether We exercise any other right or remedy permitted under this Agreement or by law for Your default.

**Fees and Charges**

**Late Charges.** You must pay a late charge, as described below, if any Minimum Monthly Payment is overdue.

Late Payment Charge of $25 ($35 if You make a late payment within 6 billing cycles of any previous late payment). We add the late charge to Your purchase balance.

**Returned Check Charges.** If You use a payment check to pay any amount owing under Your Account and the check is not paid, You must pay a returned check charge of $25. We add the charge to Your purchase balance as of the date of dishonor.

**Cash Advance.** If You obtain a cash advance, You must pay a cash advance fee of three percent (3%) of the value of the cash that is advanced, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your cash advance balance as of the Transaction date.

**Balance Transfer.** If You obtain a balance transfer, You must pay a balance transfer fee of four percent (4%) of the value of the transferred balance, subject to a $10 minimum fee. This fee is a **FINANCE CHARGE.** We add the fee to Your balance transfer balance as of the Transaction date.

5/1/2020

MTB000207

We may decline balance transfer requests under certain circumstances. For example, if the Account is delinquent or overlimit, We may decline to process a request for balance transfer. If We do, We will notify You. The balance transfer limit, including all applicable fees, may not exceed the value of the Account's available credit line. If the total balance transfer amount You request exceeds the value of the available credit line, You authorize Us to send either full or partial payment to Your creditors in the order You provide them to Us.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

**Overdraft Transfer**. If You have linked Your Checking Account to Your Account, You must pay a $12.50 transfer fee on each day a transfer to Your Checking Account occurs. You will only pay one $12.50 transfer fee per day, regardless of the number of transfers made during that day. This fee is a **FINANCE CHARGE.** We add the fee to Your overdraft balance as of the Transaction date.

**Unpaid Convenience Check Fee**. If We do not pay a Check (because You have asked Us not to do so or if we have decided not to pay it because You are in default, a Check has expired, etc.) You must pay an Unpaid Convenience Check Fee of $25.

**Foreign Transaction Fee.** If You use Your Card for any transaction involving a foreign currency (not in U.S. dollars), You must pay a Foreign Transaction Fee of three percent (3%) of the value of the transaction after conversion to U.S. dollars, unless You have the M&T Visa® Signature Credit Card, on which no Foreign Transaction Fees are charged.

**Expedited Card Fee**. If You request that We expedite the delivery of a replacement Card, You must pay an Expedited Card Fee of $25.

**Administrative Fees.** We may charge You for copies of billing statements, sales drafts or other records or for special services You request. We will not charge You for copies of documents You request for a billing dispute You assert against Us under applicable law. These charges may change from time to time and will be added to Your purchase balance as of the date of the request.

**Fee Limitations**. We will not charge You a Late Payment Charge, Returned Check Charge, or Unpaid Convenience Check Fee that exceeds the amount of the associated payment/check. For example, if Your Minimum Monthly Payment amount is $20 and You make a late payment, You will be charged a $20 Late Payment Charge.

## Method of Payment

You must pay Us Your Outstanding Balance. You can pay it in full at any time without any penalty, or You can pay it in installments. You must pay it in United States dollars drawn on funds on deposit in a United States financial institution or the United States branch of a foreign financial institution using a payment check, money order or automatic debit payable to our order that will be honored by Your financial institution. By the date shown on any statement for Your Account, You must pay at least the Minimum Monthly Payment shown on the statement.

## Monthly Minimum Payment

The "**Minimum Monthly Payment**" is the greater of:
    (a) $15: or
    (b) 2.5% of the Outstanding Balance of Your Account at the end of a billing period plus the greater of (i) any amounts over limit or (ii) any past due amount.

Your Minimum Monthly Payment will be rounded to the nearest dollar.

## Defer a Payment

In Our sole discretion, We may allow You to defer making the Minimum Monthly Payment for certain billing periods. During the deferred-payment period, interest will be assessed, but no late fee will be imposed. At the end of the deferred-payment period, all terms of this Agreement that would have applied, were it not for the deferred-payment feature, will automatically resume without notice.

## Payment Requirements

We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub attached to the statement and must be received by Us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check

5/1/2020

MTB000208

or money order accompanied by the payment stub attached to the statement. Checks must be made payable to **M&T Bank**. Except to the extent required by applicable law, if We accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date We receive it.

**Payment Allocation**

We will allocate Your payments in the manner We determine. In most instances, We will allocate Your payments up to the Minimum Monthly Payment to balances (including Transactions made after the statement) with lower **APRs** before balances with higher **APRs**. Payments above the Minimum Monthly Payment will be allocated to balances with higher **APRs** before balances with lower **APRs**.

**Foreign Transactions**

Transactions made in foreign countries and foreign currencies will be billed to You in U.S. dollars. The exchange rate for transactions in a foreign currency will be a rate selected by VISA from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate VISA itself receives, or the government mandated rate in effect for the applicable central processing date. The exchange rate in effect on the central processing date may differ from the rate in effect on either the transaction date or the posting date. The exchange rate is subject to change by VISA.

**Amendment of Agreement**

To the extent allowed by law, We may change the terms of this Agreement from time to time, regardless of whether You have access to Your Account, by adding, deleting, or modifying any provision (an "**Amendment**"). Once amended, any reference to Your "Agreement" will mean the Agreement as modified by the Amendment. Our right to add, delete, or modify provisions includes financial terms, such as the **APRs** and fees, and any other terms including, for example, the nature, extent, and enforcement of the rights and obligations You or We may have relating to this Agreement. Notice of any change will be given in accordance with applicable law. The Amendment will become effective on the effective date stated in the notice. Use of Your Card after receiving notice of a change will further evidence Your agreement to the change. If permitted by law and unless otherwise specified in the notice to You, the change will apply to Your Outstanding Balance as well as to future transactions. If You give Us written notice that You do not agree to the change, We will terminate Your Account and You will be permitted to pay the Outstanding Balance as of the effective date under the terms of the Agreement governing Your Account at the time our notice was given. If You use Your Card after the effective date of the Amendment, You will be considered to have agreed to the new terms even if You have sent Us such written notice.

**Reissuance of Cards**

You agree that at any time for any reason We may reissue a Card to You and/or may ask You to return any or all Cards.

**Default**

Except to the extent prohibited by applicable law, You will be in default if:

1) You fail to make any payment when due under this Agreement or to comply with any of the other terms of this Agreement in existence now or in the future;

2) You die, file for bankruptcy or become insolvent;

3) You make any false or misleading statements in any credit application or credit update, or violate any other provision of this Agreement;

4) We believe Your ability to pay what is owed under this Agreement has been substantially reduced;

5) You fail to pay any other indebtedness owed to Us or our affiliates existing now or coming into existence in the future by the date it becomes due;

6) Legal proceedings are commenced to take any property belonging to You whether now existing or hereafter acquired; or

7) Any tax or other involuntary lien is filed or recorded against any property belonging to You now or in the future,

If You are in default, We may declare the Outstanding Balance and any other amounts You owe to be immediately due, prohibit further Transactions (without prior notice), cancel the Cards, terminate the Account, and revoke any privileges associated with the

5/1/2020

MTB000209

Card or Account. We may increase Your **APRs** to the **Penalty APR** under the circumstances described in the section in this Agreement headed "**Penalty Rate**."

### Collection Costs

If You are in default, to the extent permitted by applicable law, You agree to pay reasonable collection expenses that We incur enforcing this Agreement, including court costs and attorney's fees not exceeding 20% of the amount due and payable under this Agreement if it is referred to an attorney not Our salaried employee for collection.

### Communication Regarding Account, Statements and Notices

You authorize Us to contact You by telephone regarding Your Account.  To assure customer service quality, telephone communications with You may be monitored and recorded, without further notice.  You agree that such telephone calls may be monitored, recorded and automatically dialed and that a recorded message may be played.  You agree that such telephone calls are not unsolicited telephone calls for purposes of any state or federal law.

All notices required in this Agreement must be in writing.  You will send all notices to Us to the address shown in Your periodic statement, unless We notify You otherwise.  Notices to Us are effective when We receive them and have a reasonable opportunity to act on them.

Statements and notices, which We can send by regular mail, will be mailed to You at the most recent address You have given Us, as shown in our records concerning Your Account.  Notice sent to any one of You will be considered notice to all.

### Waivers

No change in this Agreement can be made except in writing, signed by Us.  We can do any of the following without notifying You or losing any right with respect to Your Account or against You:

1)  Accept any check or other order marked "Paid in Full" or with similar language as a payment under this Agreement;

2)  Give additional time for payment of any amount owing under this Agreement; or

3)  Exercise, give up, fail to exercise or delay exercising any right with respect to Your Account or against any person.

For example, We can sue You to collect the Account's Outstanding Balance whether or not We sue anyone else**.**

If property is or will be security for another debt You owe Us and under the terms of that indebtedness the property would secure amounts You owe under this Agreement, We waive the right to treat the property as security for amounts You owe under this Agreement.

### PIN

If applicable, You may be requested to change Your PIN from time to time as instructed by the Bank. You agree that You will not disclose, and will prevent the disclosure of, Your PIN.  If the confidentiality of the PIN is compromised, You shall notify Us immediately.  You assume sole responsibility for maintaining the PIN.

### Credit Information

You authorize Us to investigate Your credit standing when opening, renewing or reviewing Your Account from time to time, including by obtaining information from credit bureaus and others. You authorize Us to disclose information regarding the Account to credit bureaus and other creditors who inquire of Us about Your credit standing. **We may also provide information to credit bureaus in the name of an Authorized User.**

### Financial and Other Information

If You change the address of Your residence, Your mailing address or Your employer or if there is any unfavorable change in Your financial condition, You must promptly notify Us in writing of the change.  Whenever We ask You to do so, You must submit to Us a financial statement in a form satisfactory to Us.

### Limitation on Interest and Finance Charges

5/1/2020

MTB000210

Interest and other finance charges will not be payable at a rate in excess of the maximum rate allowed by applicable law. To the extent necessary to result in all finance charges not being payable at a rate in excess of that maximum rate, any amount that would be treated as part of those finance charges under a final interpretation of that law by a court will be considered to be a mistake, will be considered to be automatically canceled and, if received by Us, will be refunded to You, it being Your and Our intention that those finance charges not be payable at a rate in excess of that maximum rate.

**Returns and Adjustments**

If Your credits and payments exceed what You owe Us, We will hold and apply this credit balance against future Transactions, or if it is $1.00 or more, refund it on Your written request or automatically within six months.

**Transfers**

We may transfer or assign the Account and/or this Agreement, or any of Our rights under this Agreement, to another person or entity at any time without prior notice to You or Your consent. If the assignee asks You, You must pay the assignee the amount You owe on the Account.

Your rights under this Agreement cannot be transferred by You, by operation of law, or otherwise, but Your obligations shall be binding upon Your estate or personal representatives.

**Illegal Transactions Prohibited**

You must ensure that the Card is not used for any illegal transaction and agree not to engage in any transactions that are illegal in the jurisdiction where You live and/or where the transaction occurs. Internet gambling, for example, may be illegal in the jurisdiction where You live. You nevertheless agree that You will be liable, according to the terms of this Agreement, for all transactions, whether deemed legal or illegal. We have the right, but not the obligation, to decline any such Transaction.

**Additional Transactions Prohibited**

You must not obtain any Transaction to (1) make a payment under this Agreement or pay any other indebtedness existing now or coming into existence in the future from You to Us or any current or future M&T Bank affiliate or (2) buy, carry or trade in, or repay any indebtedness originally incurred to buy, carry or trade in, any margin stock or margin security. Use of Your Account must be limited to personal, family, or household purposes.

**Giving Up of Rights**

Except to the extent prohibited by applicable law, You give up any right to require that We (1) demand that You pay any amount owing under this Agreement, (2) notify You if any amount owing under this Agreement is not paid by the date it becomes due or (3) obtain a certificate stating that any amount owing under this Agreement was not paid by the date it became due.

**Military Lending Act**

Notwithstanding any other provision of this Agreement, if You are a "covered borrower" under the Military Lending Act, as defined at 32 CFR § 232.3(g), nothing in this Agreement shall be construed as applying to You or Your Account to the extent inconsistent with the Military Lending Act.

**Governing Law**

**This Agreement is entered into by Us, and made in accordance with, federal law and, to the extent not preempted by federal law, the law of the State of Delaware, where We and your Account are located. Regardless of the state of Your residence or the place to which You submitted an application, or where Your Account is used, except as provided otherwise in the Arbitration provision below, any legal question concerning Your Account, including, without limitation, provisions of the Agreement relating to finance charges, other charges and fees, will be decided in accordance with applicable federal law and, except where preempted by federal law, or as made applicable by federal law, applicable Delaware State law without regard to its conflict of law principles.**

**Arbitration and Dispute Resolution**

5/1/2020

MTB000211

**IT IS IMPORTANT THAT YOU READ THIS ENTIRE SECTION VERY CAREFULLY. THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES INVOLVING YOUR ACCOUNT THROUGH FINAL AND BINDING ARBITRATION BEFORE ONE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS ACTION.**

**YOUR RIGHT TO REJECT ARBITRATION. You may reject this arbitration provision (and any prior arbitration agreement between You and Us that You have not had a prior chance to reject) as to Claims (as defined below) arising on or after November 8, 2011, by mailing or emailing Us a rejection notice by 30 days after the date You open Your Account. The rejection notice must be signed and must provide Your name(s), address(es) and Account number and state that You reject arbitration for such Credit Card. The rejection notice must be sent to Us at M&T Bank, Regulatory Support, PO Box 1468, Buffalo, NY 14240-1468 (Attn: Arbitration Rejection). If You do not reject this arbitration provision, the following terms will apply to Your Account. Regardless of whether You exercise Your right to reject arbitration as described above, any Claim arising prior to November 8, 2011 will continue to be subject to arbitration under this provision or a prior arbitration agreement, as applicable.**

### Agreement to Binding Arbitration

Each dispute or controversy that arises out of or is related to Your Account with Us, or any service We provide in connection with Your Account, or any matter relating to your or our rights and obligations provided for in this Agreement or any other agreement between You and Us relating to Your Account or a service provided by Us in connection with Your Account, whether based on statute, contract, tort, fraud, misrepresentation or any other legal or equitable theory, including any claim for interest and attorney's fees, where applicable (any "Claim"), must be determined on an individual basis (not as a class action) by binding arbitration in accordance with the Federal Arbitration Act ("FAA" – Title 9 of the United States Code) under the auspices of the American Arbitration Association ("AAA"). Judgment on an arbitration award may be entered in any court having jurisdiction. This arbitration provision applies to all Claims regardless of whether such Claims seek monetary, injunctive or declaratory relief or a combination of such types of relief. You and We retain the right, however, to pursue a Claim in small claims court instead of arbitration, provided that the Claim is in that court's jurisdiction and proceeds on an individual basis. Any issue regarding the validity or enforceability of the arbitration obligations set forth in this agreement, and any issue regarding whether a particular dispute or controversy is a Claim that is subject to arbitration, shall be decided by the arbitrator.

### Applicable Arbitration Rules

If the amount in controversy is less than $10,000, the Consumer Arbitration Rules of the AAA will apply. Otherwise, the Commercial Arbitration Rules of the AAA will be applicable (the Consumer and Commercial Arbitration Rules are sometimes hereinafter collectively referred to as the "Arbitration Rules"). Information about the arbitration process, the Consumer or Commercial Arbitration Rules, the AAA's fees and the nearest AAA Case Management Center is available from the AAA online at www.adr.org. Information about AAA procedures, rules, fees and nearest offices will also be made available to You by contacting the corporate headquarters of the AAA at 1-800-778-7879.

### Representation

You may, but You do not have to, hire an attorney to represent You in any arbitration.

### Number of Arbitrators and Qualifications

Only ONE arbitrator will be selected. The arbitrator will be selected by mutual agreement between You and Us. If You and We cannot agree on an arbitrator then the AAA will select the arbitrator according to its rules. Each arbitrator shall be a licensed attorney who has engaged in the private practice of law continuously during the 10 years immediately preceding the arbitration or a retired judge of a court of general or appellate jurisdiction.

### Language

The language of the arbitration shall be in English. Any party desiring or requiring a different language shall bear the expense of an interpreter.

### Location

5/1/2020

MTB000212

Arbitration hearings will take place in the federal judicial district that includes Your address at the time the Claim is filed, or another location in reasonable proximity to Your address, unless the parties agree to a different location.  You or We may choose to appear at the arbitration by telephone or other electronic means subject to the written consent of each party.

**Rules Governing Arbitration**

You and We acknowledge that this Agreement evidences a transaction involving interstate commerce. The FAA shall govern the interpretation, enforcement and proceedings pursuant to the arbitration provisions in this section. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding will apply in the arbitration. In conducting the arbitration and making the award, the arbitrator shall be bound by and shall strictly enforce the terms of this Agreement and may not limit, expand or otherwise modify its terms.

**Tolling of Statute of Limitations**

The filing of a demand for arbitration in accordance with the Arbitration Rules will suspend any requirement to file a notice of claim or to commence an action until the conclusion of the arbitration process.

**Remedies Available**

The arbitrator will have no authority to award punitive or other damages not measured by the prevailing party's actual damages, except as may be required by statute. Subject to the foregoing limitation, the arbitration award shall provide only such relief as a court of competent jurisdiction could properly award under applicable law. The award shall be in writing, shall be signed by the arbitrator and shall include a statement regarding the reasons for the disposition of each and every Claim raised during the arbitration.

**Second Arbitration.**  The arbitrator's award shall be final and binding unless You or We submit a notice  in writing to the AAA requesting a second arbitration before a new arbitrator (the second arbitrator)  within - thirty (30) days of notice of the initial award.  The second arbitrator will be selected in the same manner as the initial arbitrator under the provisions above.  The second arbitrator will consider all factual and legal issues anew and follow the same rules that apply to a proceeding using the initial arbitrator.

**Costs and Arbitration Fees**

If a Claim is arbitrated, We will pay or reimburse You for up to $1,000 in arbitration fees that would otherwise be charged to You by the arbitration administrator. In addition, You may tell Us in writing that You can't afford to pay the fees charged by the arbitration administrator or that You believe those fees are too high. If You do so, We will pay or reimburse You for up to all of the arbitration administrator fees that would otherwise be charged to You by the arbitration administrator if Your request is reasonable and made in good faith. We will always pay the arbitration fees if applicable law requires Us to. We will not ask You to pay or reimburse Us for any arbitration fees We pay the administrator.

We will pay Our own attorney fees, expert fees and/or witness fees associated with any arbitration, regardless of the outcome. If You commence an arbitration proceeding and prevail on Your Claim, We will pay Your reasonable attorney fees up to $5,000, unless applicable law allows You the right to recover additional attorney fees. We will not pay expert fees and/or witness fees.

**No Consolidation of Actions or Class Actions**

There will be no class Claim (i.e., Claims by or on behalf of other persons will not be considered in or consolidated with the arbitration proceedings between You and Us). The arbitrator may not consolidate Your Claims with any other person's claims (except for persons who are Joint Account holders on Your Account) and may not otherwise preside over any form of a representative or class proceeding.

**Other Actions Available; No Waiver of Right to Arbitrate**

5/1/2020

MTB000213

The arbitration provisions contained in this section do not limit Your or Our right, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as the right of set-off or to obtain provisional or ancillary remedies or injunctive or other traditionally equitable relief (other than a stay of arbitration) necessary to protect the rights or property of the party seeking relief pending the arbitrator's determination of the merits of the Claim. The taking of any of the actions described in the preceding sentence by either party or the filing of a court action by a party shall not be deemed to be a waiver of the right to demand arbitration of any Claim, including Claims that are asserted as a counterclaim or the like in response to any such action.

**Military Lending Act**

If You are a Covered Borrower under the Military Lending Act, You are not required to submit to arbitration.

**Survivability**

The foregoing "Arbitration and Dispute Resolution" provisions, in which You and We have agreed to arbitrate disputes, will survive the termination of Your Account with Us, whether evidenced by this agreement or otherwise.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE FOREGOING DISPUTE RESOLUTION PROVISIONS IN WHICH YOU AND WE HAVE AGREED TO ARBITRATE DISPUTES. YOU UNDERSTAND THAT THESE PROVISIONS LIMIT OR WAIVE CERTAIN OF YOUR RIGHTS WITH RESPECT TO CLAIMS THAT YOU ARE AGREEING TO ARBITRATE PURSUANT TO THESE PROVISIONS. YOU UNDERSTAND THAT THERE WILL BE NO CLASS CLAIMS IN ARBITRATION. YOU FURTHER UNDERSTAND THAT DISCOVERY – THE ABILITY TO OBTAIN INFORMATION FROM THE OTHER PARTY – MAY BE MORE LIMITED IN ARBITRATION THAN IN A COURT PROCEEDING, AND THE RIGHT AND GROUNDS OF APPEAL FROM AN ARBITRATOR'S AWARD ARE MORE LIMITED THAN IN AN APPEAL FROM A COURT JUDGMENT. IN ADDITION, YOU UNDERSTAND THAT CERTAIN OTHER RIGHTS YOU HAVE IN A COURT PROCEEDING ALSO MAY NOT BE AVAILABLE IN ARBITRATION.**

**Legal Proceedings**

Regardless of whether You accept or reject arbitration in accordance with this Agreement:

Before You commence any legal proceeding (including any arbitration proceeding) relating to a Claim, You must first contact Us about the Claim and give Us an opportunity to resolve it. Similarly, before We commence a legal proceeding (including any arbitration proceeding) relating to a Claim, We must attempt to resolve it with You. If any such Claim cannot be resolved within 60 days from the date You or We are notified about it, the Claim may proceed to arbitration or other legal proceeding in accordance with this agreement.

In no event will We be liable for any special, incidental, consequential or punitive losses or damages of any kind relating in any manner to a Claim whether such Claim is addressed in any legal proceeding or in court or in arbitration, except to the extent that this limitation of damages is prohibited by law.

There will be no class Claim in arbitration (see section entitled "No Consolidation of Actions or Class Actions" above) or in any other legal proceeding (i.e., claims by or on behalf of other persons will not be considered in or consolidated with the arbitration or other legal proceedings between You and Us). This section will prevail unless prohibited by applicable law.

**Transactions on Accounts with Pending Disputes**

We will not be liable if, because of any dispute or legal proceeding of any kind between You and any third party, including an Authorized User or Joint Account holder, We do not allow Transactions on Your Account. Also, We will not be liable if, despite any such dispute or legal proceeding, We allow Transactions on Your Account.

**Evidence**

In any legal proceeding (including any arbitration proceeding between You and Us) involving Your Account or any governing document for Your Account, any copy of that governing document kept by Us in the regular course of our business is to be admitted in evidence as an original of that governing document.

5/1/2020

MTB000214

**Continued Effectiveness**

If any part of any governing document for Your Account is determined by a court to be invalid, the rest of that governing document and the other governing documents for Your Account will remain in effect, except for the Arbitration Provision's prohibition against class actions. If the prohibition against class actions is held to be invalid, then the Arbitration Provision will be deemed to be inapplicable to any class or representative claim.

*  *      *

**Notice of Your Billing Rights: Keep this Document for Future Use**

This notice tells You about Your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If You think there is an error on Your statement, write Us at:

> M&T Bank
> P.O. Box 8405
> Wilmington, DE 19899-8405

In Your letter, give Us the following information:

- *Account Information:*  Your name and Account number.
- *Dollar Amount:*  The dollar amount of the suspected error.
- *Description of problem:*  If You think there is an error on Your bill, describe what You believe is wrong and why You believe it is a mistake.

You must contact Us:

- Within 60 days after the error appeared on Your statement.
- At least 3 business days before an automated payment is scheduled, if You want to stop payment on the amount You think is wrong.

You must notify Us of any potential errors *in writing*.  You may call Us, but if You do We are not required to investigate any potential errors and You may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When We receive Your letter, We must do two things:

1) Within 30 days of receiving Your letter, We must tell You that We received Your letter.  We will also tell You if We have already corrected the error.
2) Within 90 days of receiving Your letter, We must either correct the error or explain why We believe the bill was correct. While We investigate whether or not there has been error:
   - We cannot try to collect the amount in question, or report You as delinquent on that amount.
   - The charge in question may remain on Your statement, and We may continue to charge You interest on that amount.
   - While You do not have to pay the amount in question, You are responsible for the remainder of Your balance.
   - We can apply any unpaid amount against Your credit limit.

After We finish our investigation, one of two things will happen:

- *If We made a mistake:*  You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If We do not believe there was a mistake:*  You will have to pay the amount in question, along with applicable interest and fees.  We will send You a statement of the amount You owe and the date payment is due.  We may then report You as delinquent if You do not pay the amount We think You owe.

If You receive our explanation but still believe Your bill is wrong, You must write to Us within *10 days* telling Us that You still refuse to pay.  If You do so, We cannot report You as delinquent without also reporting that You are questioning Your bill.  We must tell

5/1/2020

MTB000215

You the name of anyone to whom We reported You as delinquent, and We must let those organizations know when the matter has been settled between Us.

If We do not follow all of the rules above, You do not have to pay the first $50 of the amount You question even if Your bill is correct.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If You are dissatisfied with the goods or services that You have purchased with Your credit card, and You have tried in good faith to correct the problem with the merchant, You may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in Your home State or within 100 miles of Your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if Your purchase was based on an advertisement We mailed to You, or if We own the company that sold You the goods or services.)
2. You must have used Your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses Your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and You are still dissatisfied with the purchase, contact Us *in writing* at:

M&T Bank
P.O. Box 8405
Wilmington, DE 19899-8405

While We investigate, the same rules apply to the disputed amount as discussed above. After We finish our investigation, We will tell You our decision. At that point, if We think You owe an amount and You do not pay, We may report You as delinquent.

© M&T Bank

MTB000216



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $2,383.00 |
| Payments | - | $231.00 |
| Credits | - | $70.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$2,117.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,383.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 31 |
| Closing Date | | 01/16/2021 |

| Payment Information | |
|---|---|
| **New Balance** | **$2,117.00** |
| **Past Due Amount** | **$60.00** |
| **Total Minimum Payment Due** | **$113.00** |
| **Payment Due Date** | **02/13/2021** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,255 |

If you would like information about credit counseling services, please call 1-800-388-2227.

# News from M&T

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 02/13/2021 |
| New Balance | $2,117.00 |
| Total Minimum Payment Due | $113.00 |

70949447516414  00011300  00211700  02132021

Amount Enclosed    $

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000217

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

    M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- _Account information:_ Your name and account number.
- _Dollar amount:_ The dollar amount of the suspected error.
- _Description of the problem:_ If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors _in writing_. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000218

Effective this cycle, the Index Rate on your account is 3.25%.

Effective February 1, 2021, your M&T Visa Credit Card will no longer provide the Auto Rental Collison Damage Waiver. All other card benefits will remain in place. To download descriptions of your card benefits, please visit mtb.com/visabenefits or call 1-866-279-0888 to request a copy by mail.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account. Please pay the overdue amount immediately.

**News from M&T**

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **BRYCE O CARRASCO** | | | | **Ending in: 6414** |
| 12/23 | 12/22 | 067002600332809 | PAYMENT - THANK YOU | -231.00 |
| 12/23 | 11/17 | 358358111111123 | LATE PAYMENT FEE ADJUSTMENT | -35.00 |
| 12/23 | 12/17 | 358358111111131 | LATE PAYMENT FEE ADJUSTMENT | -35.00 |
| | | | **Subtotal:** | **-70.00** |
| **Fees** | | | | |
| 12/17 | 12/17 | | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$35.00** |

| 2021 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2021 | $35.00 |
| Total Interest charged in 2021 | $0.00 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Promo Rate End Date | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 0.00% | 07/16/2021 | $20.96 | $0.00 |
| Cash Advances | 22.24% (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24% (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24% (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,146.83 | $0.00 |
| (v) = Variable Rate | | | | |

MTB000219

News from M&T



**M&T** Bank

Messages (0)    Log Out

Accounts    Payments and Transfers    Services    Settings and Support    Welcome back, BRYCE

## M&T Visa Credit Card - Rewards (6414)
(Nickname)

View Account    M&T Visa Credit Card - Rewards (6414)    Go

**Outstanding Balance** ?
**$2,057.00**

**Available Credit** ?
**$1,443.00**
Credit Limit: $3,500.00

Thank you for banking with M&T.

**My Shortcuts**    Edit

Create shortcuts to your most frequently used online services.

+ Add Shortcuts

Recent Activity    Last 7 Years    Account Info

View Alerts    Request a Balance Transfer    Request a Credit Limit Increase

Minimum Payment: **$53.00**  |  Due Date: **02/13/2021**

Pay Now

Your Current M&T Rewards Balance: 0 pts

Redeem Your M&T Rewards

**PENDING**

- You currently have no pending transactions

**POSTED**

Export Transaction History

Days [30] [60] [90] (Older)    Date Range (up to 12 months)    MM/DD/YYYY To 01/31/2021    Update

| Date ▼ | Description | Originating Card Number | Debit (-) | Credit (+) |
|--------|-------------|-------------------------|-----------|------------|
| 01/15/2021 | PAYMENT - THANK YOU | xxxx-xxxx-xxxx-6414 | | $60.00 |

Last login at 12:51 am ET on Sunday, January 31, 2021

Privacy    Security Assurance    Digital Services Agreement    ESign Agreement    Accessibility    Site Map    mtb.com

MEMBER FDIC    Equal Housing Lender NMLS#381076    Entrust

©2021 M&T Bank. All Rights Reserved.

Help ∧

**From:** Bryce Carrasco <bocarrasco47@outlook.com>
**Sent:** Wednesday, December 30, 2020 10:13 PM
**To:** INVESTOR RELATIONS <ir@mtb.com>
**Cc:** Solice Jr, Drew <asolice@mtb.com>; Graham, Scott <sgraham1@mtb.com>; Berchou, Julia
<jberchou@mtb.com>; Kay, Christopher <ckay@mtb.com>
**Subject:** Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank

**External Email:** Use caution & trust the source before clicking links or opening attachments.

To whom in may concern,

I am reaching out to notify you that I have submitted a dispute regarding data provided by each of the 3 major credit reporting agencies by M&T Bank regarding a revolving line of credit that I had opened in August 2020. I have attached my statement dated 30 December 2020 and I formally request a written apology and retraction of the information that was submitted, in bad faith, regarding my credit strength due to three missed payments on the newly opened credit account.

Attached are the following documents which provide information as it relates to the nature of my dispute:
1. Experian Credit Report, retrieved December 30, 2020.
2. Transunion Credit Report, retrieved December 30, 2020.
3. Equifax Credit Report, retrieved December 30, 2020.
4. Printed copies of emails exchanged between myself and Drew Solstice, a full time employee of M&T Bank at the Baltimore Branch location on 1 Light Street. As evidence of the availability of my contact information which serves as further proof of the absence of commercially reasonable efforts made to address late payments on the revolving line of credit.
5. A personal Statement which provides background of the situation and how the issue arose.

Thank you and I am available if you have questions. I look forward to prompt response from you to address the issues and misrepresentative information transmitted on behalf of M&T Bank.

Bryce Carrasco
Cell Phone: 410-858-7432

**Archived:** Friday, May 14, 2021 2:42:45 PM
**From:** Bryce Carrasco
**Mail received time:** Fri, 19 Feb 2021 18:36:32
**Sent:** Fri, 19 Feb 2021 23:36:28
**To:** Kay, Christopher
**Cc:** Janker, Caitlin   Office of the President
**Subject:** Failure to disclose dispute
**Importance:** Normal
**Sensitivity:** None

---

**External Email:** Use caution & trust the source before clicking links or opening attachments.

I just finished phone calls with all three reporting bureau's to see if they had received disclosure from M&T Bank that I am disputing the facts surrounding the information you have furnished. All 3 reporting agencies confirmed that you have not made any disclosure and I recorded all three conversations for the record to support my civil cause of action against Chris Kay and M&T Bank. Your inaction in making the required disclosures under federal law will be used against you in the court of law.


Regards,


Bryce Carrasco

Cell: 410-858-7432

Email: bocarrasco47@outlook.com

**Archived:** Friday, May 14, 2021 2:42:46 PM
**From:** Bryce Carrasco
**Mail received time:** Thu, 11 Feb 2021 15:25:46
**Sent:** Thu, 11 Feb 2021 20:25:41
**To:** Office of the President
**Cc:** Janker, Caitlin  Kay, Christopher
**Subject:** FCRA
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
saunders_v._branch_banking_and_trust.pdf;

---

**External Email:** Use caution & trust the source before clicking links or opening attachments.

I have not heard back from you regarding the derogatory information which remains on my credit report, which was furnished by M&T. Now, it is established that M&T is the furnisher of derogatory information, therefore, it takes on specific duties to maintain compliance pursuant to § 1681s-2(b) of the Fair Credit Reporting Act (FCRA).

I am writing to ensure you are aware that there is a meritorious case that M&T has willfully violated provisions of the FCRA, and each day that my credit score is adversely affected by information provided by M&T is support for the willful violation argument. Attached is a strong legal precedent to build the framework for my case, which I intend to do if necessary.

Below is an excerpt from *Saunders v. Branch Banking and Trust Co. of Va., 526 F.3d 142 (4th Cir. 2008)*:

---

i240We consider first the relevant legal principles governing this FCRA claim and then the arguments offered by BB&T.

A.

i240"Congress enacted FCRA in 1970 to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy." *Safeco Ins. Co. of Am. v. Burr*, 127 S. Ct. 2201, 2205-06 (2007) (citing 84 Stat. 1128, 15 U.S.C. § 1681). To this end, FCRA requires CRAs to follow procedures in reporting consumer credit information that both "meet[ ] the needs of commerce" and are "fair and equitable to the consumer." 15 U.S.C.A. § 1681(b).

i240In addition to the duties it imposes on CRAs, FCRA also imposes duties on "furnishers of information." § 1681s-2. Under § 1681s-2(a), FCRA prohibits any person from furnishing information to a CRA that the person knows is inaccurate. Additionally, any person who "regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies" must correct and update the information provided so that it is "complete and accurate."

§ 1681s-2(a)(2).

i240At issue in this appeal are the additional duties a furnisher incurs under § 1681s-2(b) if a consumer disputes the accuracy of information that the furnisher reports. If a consumer notifies a CRA that he disputes the accuracy of an item in his file, FCRA requires the CRA to notify the furnisher of the dispute. § 1681i(a)(2). Upon receipt of this notice, a furnisher must:

(A)    conduct an investigation with respect to the disputed information;

(B)    review all relevant information provided by the consumer reporting agency pursuant to section 1681i(a)(2) of this title;

MTB000224

(C)    report the results of the investigation to the consumer reporting agency; [and]

(D)    if the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the person furnished the information and that compile and maintain files on consumers on a nationwide basis . . . .

§ 1681s-2(b)(1).

i240Thus, FCRA requires furnishers to determine whether the information that they previously reported to a CRA is "*incomplete* or inaccurate." § 1681s-2(b)(1)(D) (emphasis added). In so mandating, Congress clearly intended furnishers to review reports not only for inaccuracies in the information reported but also for omissions that render the reported information misleading. Courts have held that a credit report is not accurate under FCRA if it provides information in such a manner as to create a materially misleading impression. *See, e.g.*, *Dalton v. Capital Associated Indus., Inc.*, 257 F.3d 409, 415 (4th Cir. 2001); *see also Koropoulos v. Credit Bureau, Inc.*, 734 F.2d 37, 40-42 (D.C. Cir. 1984) (reasoning that incomplete reporting can violate FCRA when it is "misleading"); *Alexander v. Moore & Assocs., Inc.*, 553 F. Supp. 948, 952 (D. Haw. 1982).₃

i240Of particular relevance here, in *Dalton* we addressed the duty of a CRA to report accurately pursuant to § 1681e. 257 F.3d at 415. We held that a report "is inaccurate" not only "when it is 'patently incorrect'" but also "when it is 'misleading in such a way and to such an extent that it can be expected to [have an] adverse[ ] effect." *Id.* (quoting *Sepulvado v. CSC Credit Servs.*, 158 F.3d 890, 895 (5th Cir. 1998)). Thus, we held that a consumer report that contains technically accurate information may be deemed "inaccurate" if the statement is presented in such a way that it creates a misleading impression. *See id.* at 415-16. The Fifth Circuit reached a similar conclusion, affirming a jury verdict finding a CRA's report inaccurate when the report described an account as "[l]itigation [p]ending," because the report omitted the fact that the consumer, as opposed to the creditor/furnisher, had brought suit. *See Pinner v. Schmidt*, 805 F.2d 1258, 1262-63 (5th Cir. 1986).

i240Finally, FCRA imposes civil liability on "[a]ny person" violating duties under the Act. §§ 1681n(a); 1681*o*(a). A consumer may recover    compensatory damages *or* statutory damages of not more than $1,000, punitive damages, and attorneys fees from any person who "willfully fails to comply" with the requirements of the Act. § 1681n. Only compensatory damages and attorneys fees are available for negligent violations of the Act. § 1681*o*. FCRA explicitly bars private suits for violations of § 1681s-2(a), but consumers can still bring private suits for violations of § 1681s-2(b). *See* § 1681s-2(c); *see also Johnson v. MBNA Am. Bank, NA*, 357 F.3d 426, 431-32 (4th Cir. 2004) (affirming jury verdict in consumer suit for violation of § 1681s-2(b)).

i240With these principles in mind, we turn to the arguments in the case at hand.

i240

---

Please forward this to your legal team so they are aware of how I am planning to build my case. I am happy to speak with your legal department to discuss the merits of potential litigation. Once again, I do not prefer this as I would rather the issue be resolved by M&T, and I am willing to sign a formal agreement or out of court settlement with a pledge that I will not pursue legal action if certain actions are taken by M&T to resolve the issue at hand.

i240

Thank you for your consideration.

Bryce Carrasco

Cell: 410-858-7432

Email: bocarrasco47@outlook.com

MTB000225

**From:** Bryce Carrasco <bocarrasco47@outlook.com>
**Sent:** Wednesday, December 30, 2020 10:13 PM
**To:** INVESTOR RELATIONS <ir@mtb.com>
**Cc:** Solice Jr, Drew <asolice@mtb.com>; Graham, Scott <sgraham1@mtb.com>; Berchou, Julia <jberchou@mtb.com>; Kay, Christopher <ckay@mtb.com>
**Subject:** Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank

**\cbpat4External Email:** Use caution & trust the source before clicking links or opening attachments.

To whom in may concern,

I am reaching out to notify you that I have submitted a dispute regarding data provided by each of the 3 major credit reporting agencies by M&T Bank regarding a revolving line of credit that I had opened in August 2020. I have attached my statement dated 30 December 2020 and I formally request a written apology and retraction of the information that was submitted, in bad faith, regarding my credit strength due to three missed payments on the newly opened credit account.

Attached are the following documents which provide information as it relates to the nature of my dispute:

1. Experian Credit Report, retrieved December 30, 2020.
2. Transunion Credit Report, retrieved December 30, 2020.
3. Equifax Credit Report, retrieved December 30, 2020.

MTB000226

4. Printed copies of emails exchanged between myself and Drew Solstice, a full time employee of M&T Bank at the Baltimore Branch location on 1 Light Street. As evidence of the availability of my contact information which serves as further proof of the absence of commercially reasonable efforts made to address late payments on the revolving line of credit.
5. A personal Statement which provides background of the situation and how the issue arose.

Thank you and I am available if you have questions. I look forward to prompt response from you to address the issues and misrepresentative information transmitted on behalf of M&T Bank.

Bryce Carrasco

Cell Phone: 410-858-7432

MTB000227

**Archived:** Friday, May 14, 2021 2:42:52 PM
**From:** Bryce Carrasco
**Mail received time:** Sun, 31 Jan 2021 01:31:26
**Sent:** Sun, 31 Jan 2021 06:29:14
**To:** Office of the President
**Subject:** More Evidence
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
View Account Details _ M&T Bank_31 January 2021.pdf; View Account Details _ M&T Bank_31 January 2021 (Account Info).pdf; Annual Credit Report - Experian-31 January 2021.pdf; TransUnion Credit Report-31 January 2021.pdf; Equifax creditReport_31 January 2021.pdf;

---

**External Email:** Use caution & trust the source before clicking links or opening attachments.

See attached credit reports showing that you have neglected your responsibility pursuant to the FCRA. I will file civil action if I do not hear from you.


Bryce Carrasco

Cell: 410-858-7432

Email: bocarrasco47@outlook.com

MTB000228

**Message #290546246 from Customer bcarrasco15 on 1/19/2021 7:39:36 AM**

**Type:** WEB CREDIT CARD
**Subject:** RE:M&T Credit Card
**Sender:** Robyn - M&T Customer Service

Dear Bryce Carrasco:

Thank you for your email.

I have forwarded your message to the appropriate area for review.

Thank you for banking with M&T.


**Case #21272068 opened at 1/11/2021 3:01:23 PM**


**Message #289900133 from Customer BRYCE CARRASCO on 1/11/2021 3:00:00 PM**

**Acct:**      7911000023598140
**SSN:**       999999999
**Type:**      GENERAL
**Subject:**   RE:Comments/Feedback
**Message:** Regarding account: 4170949447516414 - Your team did not have the correct email address or telephone number and i had provided both of these to your branch manager when i opened the account. I need to speak with someone immediately regarding this. --- Original Message --- Sent:1/5/2021 5:24:28 PM To:BRYCE CARRASCO Subject:RE:Comments/Feedback Dear Bryce Carrasco: Thank you for your M&T Credit Card inquiry. Currently, all new M&T Credit Cards receive an introductory Annual Percentage Rate (APR) for purchases and balance transfers of 0.00% for the first 12 billing cycles following account opening. However, payments are required each month there is an outstanding balance. When there is an outstanding balance, statements can be sent by mail to the address on file or electronically. With electronic delivery, notifications are sent via this channel and to the email address on file. My research shows you are now enrolled in electronic statement delivery for your credit card account. When you move or are away from the mailing address on file for an extended period, it is necessary to notify M&T of your new address. Please note we can add a temporary address to your accounts while you are away. It is important to keep the address where you are actively receiving mail on file to ensure that any mailed notices are received. M&T is required to accurately report the past due status of credit accounts. Please note we do not report a past due status until your account is 30 days past due. We are unable to reverse crediting reporting as a courtesy. If you believe an error has been made in credit reporting on your account, you may request a review via this channel or by phone. A member from out Credit Card Servicing team will review your account and payment history and contact you directly. I understand your frustration regarding the credit reporting on your account and the notices received. Please be assured, I have shared your feedback with the appropriate department. If you have any additional questions, please email me or contact the M&T Telephone Banking Center at 1-800-724-2440. Representatives are available Monday through Friday 6am to 9pm, Saturday and Sunday 9am to 5pm, ET. Thank you for banking with M&T.

MTB000229

**Case #21294001 opened at 1/17/2021 3:37:55 PM**

**Message #290518625 from Customer BRYCE CARRASCO on 1/17/2021 3:33:00 PM**

**Acct:**    7911000023598140

**SSN:**    999999999

**Type:**    BANKING

**Subject:**    M&T Credit Card

**Message:**    Regarding account: 4170949447516414. I would like to notify you of your violation of the Credit Agreement on this account by Creditor, specifically, in regard to the billing cycle terms specified in such Credit Agreement. For the billing cycle period beginning 16 September 2020, Creditor incorrectly calculated "Payment Due Date," which, in accordance with the Terms and Conditions of the Credit Card, should be calculated as the (1) Prior Period Billing Cycle Closing Date, plus (2) Days in Billing Cycle. Pursuant to the aforementioned Terms, the Payment Due Date for the period beginning on 16 September 2020 would be calculated as follows: (1) 9/16/2020, plus (2) 31 Days; the Payment Due Date, in accordance with the Formula contained in the Credit Agreement is therefore equal to 10/17/2020. Thus, Creditor violated the Terms and Conditions of the Credit Agreement. I am notifying you of this violation for purposes of documenting such violations. Thank you.

MTB000230



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

| Summary of Account Activity | |
|---|---|
| Previous Balance | $2,383.00 |
| Payments - | $231.00 |
| Credits - | $70.00 |
| Purchases + | $0.00 |
| Debits + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $0.00 |
| New Balance | $2,117.00 |
| | |
| Total Credit Line | $3,500.00 |
| Available Credit | $1,383.00 |
| Cash Limit | $1,050.00 |
| Available Cash | $1,050.00 |
| | |
| Days In Billing Cycle | 31 |
| Closing Date | 01/16/2021 |

| Payment Information | |
|---|---|
| New Balance | $2,117.00 |
| Past Due Amount | $60.00 |
| Total Minimum Payment Due | $113.00 |
| Payment Due Date | 02/13/2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,255 |

If you would like information about credit counseling services, please call 1-800-388-2227.


News from M&T

Please detach and return portion below with your payment. Keep portion above for your records.



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 02/13/2021 |
| New Balance | $2,117.00 |
| Total Minimum Payment Due | $113.00 |

70949447516414 00011300 00211700 02132021

Amount Enclosed  $

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000231

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of the problem:** If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

Effective this cycle, the Index Rate on your account is 3.25%.

Effective February 1, 2021, your M&T Visa Credit Card will no longer provide the Auto Rental Collison Damage Waiver. All other card benefits will remain in place. To download descriptions of your card benefits, please visit mtb.com/visabenefits or call 1-866-279-0888 to request a copy by mail.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account. Please pay the overdue amount immediately.

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **BRYCE O CARRASCO** | | | | **Ending in:  6414** |
| 12/23 | 12/22 | 067002600332809 | PAYMENT - THANK YOU | -231.00 |
| 12/23 | 11/17 | 358358111111123 | LATE PAYMENT FEE ADJUSTMENT | -35.00 |
| 12/23 | 12/17 | 358358111111131 | LATE PAYMENT FEE ADJUSTMENT | -35.00 |
| | | | **Subtotal:** | **-70.00** |
| **Fees** | | | | |
| 12/17 | 12/17 | | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$35.00** |

| 2021 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2021 | $35.00 |
| Total Interest charged in 2021 | $0.00 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Promo Rate End Date** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 0.00% | 07/16/2021 | $20.96 | $0.00 |
| Cash Advances | 22.24%  (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24%  (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24%  (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,146.83 | $0.00 |
| (v) = Variable Rate | | | | |

News from M&T

## News from M&T



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

| Summary of Account Activity | | |
| --- | --- | --- |
| Previous Balance | | $2,117.00 |
| Payments | - | $120.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$1,997.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,503.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 31 |
| Closing Date | | 02/16/2021 |

| Payment Information | |
| --- | --- |
| **New Balance** | **$1,997.00** |
| **Total Minimum Payment Due** | **$50.00** |
| **Payment Due Date** | **03/13/2021** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 15 years | $4,126 |
| $70 | 3 years | $2,520 (Savings = $1,606) |

If you would like information about credit counseling services, please call 1-800-388-2227.

News from M&T

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
| --- | --- |
| Account Number Ending: | 6414 |
| Payment Due Date | 03/13/2021 |
| New Balance | $1,997.00 |
| Total Minimum Payment Due | $50.00 |

70949447516414 00005000 00199700 03132021

Amount Enclosed     $

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000235

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

> M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of the problem:** If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000236

Effective this cycle, the Index Rate on your account is 3.25%.

Effective February 1, 2021, your M&T Visa Credit Card will no longer provide the Auto Rental Collison Damage Waiver. All other card benefits will remain in place. To download descriptions of your card benefits, please visit mtb.com/visabenefits or call 1-866-279-0888 to request a copy by mail.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account.

**News from M&T**

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **BRYCE O CARRASCO** | | | | **Ending in: 6414** |
| 01/19 | 01/15 | 130002600505226 | PAYMENT - THANK YOU | -60.00 |
| 02/09 | 02/08 | 160002600599136 | PAYMENT - THANK YOU | -60.00 |
| | | | | **Subtotal: 0.00** |

| **2021 Year-to-Date Totals** | |
|---|---|
| Total Fees charged in 2021 | $35.00 |
| Total Interest charged in 2021 | $0.00 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Promo Rate End Date** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 0.00% | 07/16/2021 | $0.00 | $0.00 |
| Cash Advances | 22.24% (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24% (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24% (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,039.58 | $0.00 |
| (v) = Variable Rate | | | | |

MTB000237

News from **M&T**



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $1,997.00 |
| Payments | - | $60.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$37.73** |
| **New Balance** | | **$1,974.73** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,525.27** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 28 |
| Closing Date | | 03/16/2021 |

### Payment Information

| | |
|---|---|
| **New Balance** | **$1,974.73** |
| **Total Minimum Payment Due** | **$49.00** |
| **Payment Due Date** | **04/13/2021** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 31 years | $9,509 |
| $79 | 3 years | $2,844 (Savings = $6,665) |

If you would like information about credit counseling services, please call 1-800-388-2227.

### News from M&T

---

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 04/13/2021 |
| New Balance | $1,974.73 |
| Total Minimum Payment Due | $49.00 |

70949447516414  00004900  00197473  04132021

Amount Enclosed  $ _____

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000239

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

     M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000240

Effective this cycle, the Index Rate on your account is 3.25%.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account.

**News from M&T**

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **BRYCE O CARRASCO** | | | | **Ending in: 6414** |
| 02/24 | 02/23 | 089002600329973 | PAYMENT - THANK YOU | -60.00 |
| | | | | **Subtotal: 0.00** |
| **Interest Charged** | | | | |
| 03/16 | 03/16 | | INTEREST CHARGE-BALANCE TRANSFERS | 37.73 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$37.73** |

| 2021 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2021 | $35.00 |
| Total Interest charged in 2021 | $37.73 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Promo Rate End Date | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24.99% | - | $0.00 | $0.00 |
| Cash Advances | 24.99% | - | $0.00 | $0.00 |
| Overdraft Protection | 24.99% | - | $0.00 | $0.00 |
| Convenience Checks | 24.99% | - | $0.00 | $0.00 |
| Balance Transfers | 24.99% | - | $1,968.08 | $37.73 |

MTB000241

## News from M&T



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| Balance Transfers | + | $2,200.00 |
| **Fees Charged** | + | **$88.00** |
| **Interest Charged** | + | **$0.00** |
| **New Balance** | | **$2,288.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,212.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 30 |
| Closing Date | | 08/16/2020 |

### M&T Rewards Summary

| Total Points as of 08/14/2020 | 0 |
|---|---|

**Don't lose points!** M&T Rewards points expire 48 months after they are posted. You can now access all your reward details through Online and Mobile Banking.

### Payment Information

| | |
|---|---|
| **New Balance** | **$2,288.00** |
| **Total Minimum Payment Due** | **$57.00** |
| **Payment Due Date** | **09/13/2020** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,372 |
| $77 | 3 years | $2,772 (Savings = $1,600) |

If you would like information about credit counseling services, please call 1-800-388-2227.

### News from M&T

**Simplify your life.** Save time, checks and postage with automatic deduction. Visit your local branch and complete the authorization form for a more convenient and secure way to make your credit card payment automatically every month.

Did you know that M&T Rewards now allows you to earn points on all of your purchases? No qualifications, no limits and no restrictions. Earn 1 point per $1 spent on everything, including gas, groceries, travel, bill payments – If it's a purchase, it earns points! Go to rewards.mtb.com for additional details.

Effective this cycle, the Index Rate on your account is 3.25%.

Please detach and return portion below with your payment. Keep portion above for your records.

---



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 09/13/2020 |
| New Balance | $2,288.00 |
| Total Minimum Payment Due | $57.00 |

70949447516414 00005700 00228800 09132020

Amount Enclosed  $

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000243

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and we made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of the problem:** If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000244

## M&T Rewards

**M&T Rewards program* information can be accessed through Online and Mobile Banking or by calling 1-888-448-6679.**

The M&T Rewards Program* is subject to the M&T Rewards Program Terms & Conditions ("Program Terms & Conditions") which can be found at www.rewards.mtb.com. M&T Visa® Credit Cards with Rewards will receive 1 rewards point for every $1 spent on Purchases (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice.

**News from M&T**

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **BRYCE O CARRASCO** | | | | **Ending in: 6414** |
| 08/04 | 08/03 | 217011111111178 | BANK OF AMERICA       WILMINGTON | 2,200.00 |
| | | | Subtotal: | 2,200.00 |
| **Fees** | | | | |
| 08/04 | 08/04 | 217011111111178 | BALANCE TRANSFER FEE | 88.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$88.00** |

| 2020 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2020 | $88.00 |
| Total Interest charged in 2020 | $0.00 |

## Interest Charge Calculation

**Your Annual Percentage Rate (APR) is the annual interest rate on your account.**

| Type of Balance | Annual Percentage Rate (APR) | Promo Rate End Date | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | 0.00% | 07/16/2021 | $0.00 | $0.00 |
| Cash Advances | 22.24%  (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24%  (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24%  (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $991.46 | $0.00 |

(v) = Variable Rate

News from M&T



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $2,288.00 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$2,288.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,212.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 31 |
| Closing Date | | 09/16/2020 |

### M&T Rewards Summary

| **Total Points as of 09/16/2020** | **0** |
|---|---|

**Don't lose points!** M&T Rewards points expire 48 months after they are posted. You can now access all your reward details through Online and Mobile Banking.

### Payment Information

| | |
|---|---|
| **New Balance** | **$2,288.00** |
| **Past Due Amount** | **$57.00** |
| **Total Minimum Payment Due** | **$114.00** |
| **Payment Due Date** | **10/13/2020** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,371 |

If you would like information about credit counseling services, please call 1-800-388-2227.

**News from M&T**

Effective this cycle, the Index Rate on your account is 3.25%.

Your Account is Past Due.  Please pay the overdue amount immediately to avoid possible line suspension.

Please detach and return portion below with your payment. Keep portion above for your records.

---



| | |
|---|---|
| Account Number Ending: | **6414** |
| Payment Due Date | **10/13/2020** |
| New Balance | **$2,288.00** |
| Total Minimum Payment Due | **$114.00** |

70949447516414  00011400  00228800  10132020

Amount Enclosed  $ _____

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000247

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and we make a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

> M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the problem:* If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000248

## M&T Rewards

**M&T Rewards program\* information can be accessed through Online and Mobile Banking or by calling 1-888-448-6679.**
The M&T Rewards Program* is subject to the M&T Rewards Program Terms & Conditions ("Program Terms & Conditions") which can be found at www.rewards.mtb.com. M&T Visa® Credit Cards with Rewards will receive 1 rewards point for every $1 spent on Purchases (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice.

## Transactions

No Activity This Billing Cycle

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Promo Rate End Date** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 0.00% | 07/16/2021 | $0.00 | $0.00 |
| Cash Advances | 22.24% (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24% (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24% (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,288.00 | $0.00 |
| (v) = Variable Rate | | | | |

News from M&T

MTB000249

## News from M&T



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

| Summary of Account Activity | | |
| --- | --- | --- |
| Previous Balance | | $2,288.00 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| Fees Charged | + | $25.00 |
| Interest Charged | + | $0.00 |
| **New Balance** | | **$2,313.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,187.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 30 |
| Closing Date | | 10/16/2020 |

| M&T Rewards Summary | |
| --- | --- |
| **Total Points as of 10/16/2020** | **0** |

**Don't lose points!** M&T Rewards points expire 48 months after they are posted. You can now access all your reward details through Online and Mobile Banking.

| Payment Information | |
| --- | --- |
| **New Balance** | **$2,313.00** |
| **Past Due Amount** | **$114.00** |
| **Total Minimum Payment Due** | **$172.00** |
| **Payment Due Date** | **11/13/2020** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 15 years | $4,423 |

If you would like information about credit counseling services, please call 1-800-388-2227.



News from M&T

---

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
| --- | --- |
| Account Number Ending: | 6414 |
| Payment Due Date | 11/13/2020 |
| New Balance | $2,313.00 |
| Total Minimum Payment Due | $172.00 |

70949447516414 00017200 00231300 11132020

Amount Enclosed  $ _____

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

     M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000252

Effective this cycle, the Index Rate on your account is 3.25%.

Effective February 1, 2021, your M&T Visa Credit Card will no longer provide the Auto Rental Collison Damage Waiver. All other card benefits will remain in place. To download descriptions of your card benefits, please visit mtb.com/visabenefits or call 1-866-279-0888 to request a copy by mail.

Due to the serious delinquency on your account, your Credit Line has been suspended.  Please pay the overdue amount immediately.

**News from M&T**

## M&T Rewards

**M&T Rewards program\* information can be accessed through Online and Mobile Banking or by calling 1-888-448-6679.**
The M&T Rewards Program\* is subject to the M&T Rewards Program Terms & Conditions ("Program Terms & Conditions") which can be found at www.rewards.mtb.com. M&T Visa® Credit Cards with Rewards will receive 1 rewards point for every $1 spent on Purchases (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice.

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **Fees** | | | | |
| 09/17 | 09/17 | | LATE FEE | 25.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$25.00** |

| 2020 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2020 | $113.00 |
| Total Interest charged in 2020 | $0.00 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Promo Rate End Date | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 0.00% | 07/16/2021 | $25.00 | $0.00 |
| Cash Advances | 22.24%  (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24%  (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24%  (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,288.00 | $0.00 |
| (v) = Variable Rate | | | | |

MTB000253

News from **M&T**



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

Customer Service 1-866-279-0888

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $2,313.00 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$2,348.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,152.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 31 |
| Closing Date | | 11/16/2020 |

| Payment Information | |
|---|---|
| **New Balance** | **$2,348.00** |
| **Past Due Amount** | **$172.00** |
| **Total Minimum Payment Due** | **$231.00** |
| **Payment Due Date** | **12/13/2020** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,492 |

If you would like information about credit counseling services, please call 1-800-388-2227.

## News from M&T

---

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 12/13/2020 |
| New Balance | $2,348.00 |
| Total Minimum Payment Due | $231.00 |

70949447516414 00023100 00234800 12132020

Amount Enclosed          $ _____

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000255

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and we make a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

    M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:

- _Account information:_ Your name and account number.
- _Dollar amount:_ The dollar amount of the suspected error.
- _Description of the problem:_ If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors _in writing_. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000256



Effective this cycle, the Index Rate on your account is 3.25%.

Effective February 1, 2021, your M&T Visa Credit Card will no longer provide the Auto Rental Collison Damage Waiver. All other card benefits will remain in place. To download descriptions of your card benefits, please visit mtb.com/visabenefits or call 1-866-279-0888 to request a copy by mail.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account. Please pay the overdue amount immediately.

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **Fees** | | | | |
| 10/19 | 10/19 | | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$35.00** |

| **2020 Year-to-Date Totals** | |
|---|---|
| Total Fees charged in 2020 | $148.00 |
| Total Interest charged in 2020 | $0.00 |

## Interest Charge Calculation

| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | | |
|---|---|---|---|---|
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Promo Rate End Date** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 0.00% | 07/16/2021 | $57.74 | $0.00 |
| Cash Advances | 22.24% (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24% (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24% (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,288.00 | $0.00 |
| (v) = Variable Rate | | | | |

MTB000257

News from **M&T**

MTB000258



**M&T Visa With Rewards Credit Card**
Account Number Ending: 6414

BRYCE O CARRASCO

## Account Summary

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $2,348.00 |
| Payments | - | $0.00 |
| Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$2,383.00** |
| | | |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,117.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| | | |
| Days In Billing Cycle | | 30 |
| Closing Date | | 12/16/2020 |

| Payment Information | |
|---|---|
| **New Balance** | **$2,383.00** |
| **Past Due Amount** | **$231.00** |
| **Total Minimum Payment Due** | **$291.00** |
| **Payment Due Date** | **01/13/2021** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 24.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $4,565 |

If you would like information about credit counseling services, please call 1-800-388-2227.



News from M&T

Please detach and return portion below with your payment. Keep portion above for your records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Account Number Ending: | 6414 |
| Payment Due Date | 01/13/2021 |
| New Balance | $2,383.00 |
| Total Minimum Payment Due | $291.00 |

70949447516414  00029100  00238300  01132021

Amount Enclosed   $

Make Check Payable To: M&T Bank

Mail Payment To:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE MD 21264-2014

BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

MTB000259

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Payment Requirements.** We do not accept cash payments through the mail. Mailed payments must be made by payment check or money order accompanied by the payment stub (on page 1 of this statement) and received by us at Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014. Payments made in person must be made at an M&T Bank branch by payment check, cash, or money order. Checks must be made payable to M&T Bank. Except to the extent required by applicable law, if we accept any payment that does not conform to these requirements, the payment need not be posted or considered to have been made until the 5th day after the date we receive it.

**Grace Period For Payment Of Purchases.** If this statement shows that you paid the New Balance on your prior month's statement by the Payment Date on that statement, or the New Balance on that statement was zero, and you made a payment that we receive by the Payment Due Date shown on this statement, we won't charge interest on any part of the purchases added to your account on this statement to which we allocate your payment.

**Calculation Of Payment.** The Total Minimum Payment Due is the greater of (1) $15, or (2) 2.5% of principal and interest balance and the greater of (a) any amounts over limit (including over limit fees), or (b) any past due amounts and late fees.

**Allocation of Payments.** Except as required by law, we apply payments of the Minimum Payment amount (or less) and any credits in the manner we determine, generally to balances (including transactions made after this statement) with lower APRs before balances with higher APRs and in this order: past due fees, current fees, finance charges, previous principal balance and current principal balance. This means that balances with lower APRs (such as balances with promotional APRs) will be paid before other balances. Except as required by law, we credit payments over the required Minimum Payment to balances with the highest APR first, and then to lower rate balances in APR descending order.

**Balance Subject To Interest Rate.** We figure interest on your Account using the Average Daily Balance (including new transactions) method. We calculate interest separately for each category of Transactions (purchases, cash advances, checks, balance transfers, overdraft protection, promotional cash advances, and promotional balance transfers). For each category of Transaction, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle. Interest for each balance is calculated by multiplying the Daily Periodic Rate for each balance times the Balance Subject to Interest Rate for each category and by the number of days in the billing cycle.

We begin with the balance for each category on the first day of the billing cycle and add any unpaid periodic interest charge. To get the daily balance for each category, we take the beginning balance each day, add any periodic interest from the prior day, add any new transactions and other debits (such as fees), subtract any credits or payments as of that day and make other adjustments. A credit balance is considered zero. Then, for each category, we calculate a Balance Subject to Interest Rate for the billing cycle by adding up the daily balances and dividing that amount by the number of days in the billing cycle.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us on a separate sheet of paper at:

    M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

In your letter, give us the following information:
- _Account information:_ Your name and account number.
- _Dollar amount:_ The dollar amount of the suspected error.
- _Description of the problem:_ If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors _in writing_. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that were purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: M&T Bank, PO Box 8405, Wilmington, DE 19899-8405

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Electronic Check Conversion.** When you send us your check, you are authorizing the use of the information on your check to make a one-time electronic debit from the account on which the check is drawn. This electronic debit, which may be posted to your account as early as the date your check is received, will be only for the amount of your check. In such cases, the original check may be destroyed and we will retain the image in our records.

**Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

**Bankruptcy:** M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.

**Communications Concerning Disputed Debts.** If you make a payment marked 'paid in full' or state otherwise that the payment check is sent in full satisfaction of what you owe us, you must send that payment to M&T Bank, at the following address: Credit Card Processing, P.O. Box 62014, Baltimore, MD 21264.2014.

**Important Information for Service Members:** Pursuant to the Service Members Civil Relief Act, you & your dependents may be eligible for certain benefits and/or protections. For further information, please contact our SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1 855 350 SCRA (7272), or 1 302 934 4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

### Address Change Request:

**To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-866-279-0888. Our representatives would be happy to assist you. Thank you!**

MTB000260

**News from M&T**

### Notice of Changes to Your Interest Rates

You have triggered the Penalty APR of 24.99% because we did not receive your minimum payment within 60 days of the due date.  As of 01/30/2021, the Penalty APR will apply to all existing balances and new transactions on your account.

If you make six consecutive minimum payments starting with your first payment due after 01/30/2021, your rate will return to the Standard APR.  If you do not make these six consecutive minimum payments, we may keep the Penalty APR on your account indefinitely.

Effective this cycle, the Index Rate on your account is 3.25%.

Your Credit Line has been cancelled. You will no longer be able to process new transactions on this account. Please pay the overdue amount immediately.

## Transactions

| Post Date | Tran Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| **Fees** | | | | |
| 11/17 | 11/17 | | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$35.00** |

| 2020 Year-to-Date Totals | |
|---|---|
| Total Fees charged in 2020 | $183.00 |
| Total Interest charged in 2020 | $0.00 |

## Interest Charge Calculation

**Your Annual Percentage Rate (APR) is the annual interest rate on your account.**

| Type of Balance | Annual Percentage Rate (APR) | Promo Rate End Date | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | 0.00% | 07/16/2021 | $95.00 | $0.00 |
| Cash Advances | 22.24%  (v) | - | $0.00 | $0.00 |
| Overdraft Protection | 22.24%  (v) | - | $0.00 | $0.00 |
| Convenience Checks | 22.24%  (v) | - | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 07/16/2021 | $2,288.00 | $0.00 |

(v) = Variable Rate

MTB000261

News from **M&T**



# Personal Credit Report for Bryce Carrasco

**Report Date: 12/30/2020**
**Source: TransUnion**

**File Number:** 417862266

## Personal Information

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
Your SSN has been masked for your protection.

**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 |

### Telephone Numbers Reported:

(410) 858-7432      (410) 544-4138

### Employment Data Reported:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### M & T BANK #417094944751****

PO BOX 900
MILLSBORO, DE 19966
(866) 408-2727

| | | | |
|---|---|---|---|
| **Date Opened:** | 07/17/2020 | **Pay Status:** | >Account 90 Days Past Due Date< |
| **Responsibility:** | Individual Account | **Date Updated:** 12/17/2020 | |
| **Account Type:** | Revolving Account | **Payment Received:** $0 | **Terms:** $59 per month; paid Monthly |
| **Loan Type:** | CREDIT CARD | | |
| | | **Date Closed:** | 11/16/2020 |
| | | | >Maximum Delinquency of 90 days in 12/2020 for $172< |

**High Balance:** High balance of $2,288 from 08/2020 to 09/2020; $2,313 from 10/2020 to 10/2020; $2,348 from 11/2020 to 11/2020; $2,383 from 12/2020 to 12/2020
**Credit Limit:** Credit limit of $3,500 from 08/2020 to 12/2020
**Estimated month and year that this item will be removed:** 09/2027

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|
| **Balance** | $2,383 | $2,348 | $2,313 | $2,288 | $2,288 |
| **Scheduled Payment** | $59 | $58 | $57 | $57 | $0 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $172 | $114 | $57 | $0 | $0 |
| **Remarks** | CBG | CBG | | | |
| **Rating** | 90 | 60 | 30 | OK | OK |

MTB000263

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### AMERICAN EXPRESS #349992422794****

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | |
|---|---|---|---|
| Date Opened: | 01/26/2017 | Pay Status: | Current Account |
| Responsibility: | Authorized Account | Terms: | Paid Monthly |
| Account Type: | Open Account | | |
| Loan Type: | CREDIT CARD | | |

Date Updated: 12/17/2020

High Balance: High balance of $7,858 from 06/2018 to 10/2018; $7,972 from 11/2018 to 01/2019; $8,588 from 02/2019 to 07/2019; $13,290 from 08/2019 to 12/2020

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $518 | $427 | $889 | $926 | $1,709 | $1,214 | $738 | $847 | $481 | $895 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $573 | $1,659 | $1,609 | $3,369 | $3,980 | $5,775 | $13,290 | $8,365 | $6,261 | $6,453 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,589 | $5,419 | $8,588 | $7,063 | $7,725 | $7,972 | $7,075 | $6,372 | $6,388 | $4,500 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,010 | | | | | | | | | |
| Past Due | $0 | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

### BANK OF AMERICA #552433513548****

PO BOX 982238
EL PASO, TX 79998-2235
(800) 421-2110

| | | | |
|---|---|---|---|
| Date Opened: | 08/01/2019 | Pay Status: | Current Account |
| Responsibility: | Individual Account | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Date Paid: | 08/04/2020 |
| Loan Type: | CREDIT CARD | | |

Date Updated: 11/29/2020
Last Payment Made: 08/04/2020

Credit Limit: Credit limit of $3,500 from 08/2019 to 11/2020

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $2,371 | $2,318 | $1,392 | $1,570 | $1,110 | $2,505 |
| Scheduled Payment | | | | | $48 | $25 | $25 | $40 | $25 | $25 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 | $3,091 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|
| Balance | $2,883 | $2,538 | $1,870 | $893 | $457 | $249 |
| Scheduled Payment | $28 | $25 | $25 | $25 | $25 | $25 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $2,883 | $2,538 | $1,870 | $893 | $459 | $249 |
| Rating | OK | OK | OK | OK | OK | OK |

### KOHLS DEPARTMENT STORE #639305092609****

MTB000264

PO BOX 3115
MILWAUKEE, WI 53201
(800) 564-5740

| | | | |
|---|---|---|---|
| **Date Opened:** 05/29/2019 | **Date Updated:** 12/27/2020 | **Pay Status:** Current Account |
| **Responsibility:** Individual Account | **Payment Received:** $0 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 08/10/2019 | **Date Paid:** 08/10/2019 |
| **Loan Type:** CHARGE ACCOUNT | | |

**High Balance:** High balance of $121 from 06/2019 to 12/2020
**Credit Limit:** Credit limit of $300 from 06/2019 to 12/2020

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | | | | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $96 | $121 |
| Scheduled Payment | | | | | | | | $27 | $27 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $96 | $27 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**AMERISAVE MORTGAGE C VIA EQUIFAX MORTGAGE SERVICE**

815 EAST GATE DR
SUITE 102
MOUNT LAUREL, NJ 08054
(800) 685-5000
**Requested On:** 07/16/2020
**InquiryType:** Individual
**Permissible Purpose:** CREDIT TRANSACTION

**MT BANK CREDIT CARD**

MT BANK
PO BOX 900
MILLSBORO, DE 19966
(800) 724-6441
**Requested On:** 07/15/2020
**InquiryType:** Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**CAPITAL ONE BANK USA NA**

P O Box 31293

Salt Lake City, UT 84131
(800) 955-7070
**Requested On:** 10/07/2020, 09/02/2020, 08/05/2020, 07/08/2020, 02/04/2020, 01/07/2020

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**BANK OF AMERICA**

PO BOX 982238

EL PASO, TX 79998
(800) 421-2110
**Requested On:** 12/19/2019

**BANK OF AMERICA**

PO BOX 982238

EL PASO, TX 79998
(800) 421-2110
**Requested On:** 04/22/2020

**BRYCE CARRASCO VIA TRANSUNION INTERACTIVE IN**

100 CROSS ST
STE 202
SAN LUIS OBISPO, CA 93401
(855) 681-3196
**Requested On:** 12/30/2020, 12/30/2020

**TU INTERACTIVE**

100 CROSS ST
202
SAN LUIS OBISPO, CA 93401
(844) 580-6816
**Requested On:** 12/30/2020

**AMERISAVE MORTGAGE CORP**

3525 PIEDMONT RD NE
8 PIEDMONT CTR SUITE 600
ATLANTA, GA 30305
(866) 970-7283
**Requested On:** 07/16/2020

**OPPENHEIMER VIA BIG523 OPPENHEIMER CO**

85 BROAD STREET
NEW YORK, NY 10004
(212) 668-5899
**Requested On:** 07/15/2019

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION

**Data Source:** CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
**Requested by:** TBOM/OLLO CARD SERVICES
**Requested on:** 06/07/2018
**Invalid SSN Indicator:** 0
**Bankruptcy Indicator:** 0
**Bankruptcy Indicator - Chapter 7:** 0
**Bankruptcy Indicator - Chapter 13:** 0
**Presence of a Collections Skip:** 0
**Auto Finance Inquiries in the Last 3 Months:** 000
**Auto Finance Inquiries in the Last 6 Months:** 000
**Auto Finance Inquiries in the Last 9 Months:** 000
**Auto Finance Inquiries in the Last 24 Months:** 000
**Auto Finance Inquiries in the Last 7 Years:** 000
**Cash Advance Inquiries in the Last 3 Months:** 000
**Cash Advance Inquiries in the Last 6 Months:** 000
**Cash Advance Inquiries in the Last 9 Months:** 000
**Cash Advance Inquiries in the Last 12 Months:** 000
**Cash Advance Inquiries in the Last 24 Months:** 000
**Cash Advance Inquiries in the Last 7 Years:** 000
**Misc Financial Services in the Last 7 Years:** 000
**Rent-to-Own Inquiries in the Last 3 Months:** 000
**Rent-to-Own Inquiries in the Last 6 Months:** 000
**Rent-to-Own Inquiries in the Last 9 Months:** 000
**Rent-to-Own Inquiries in the Last 12 Months:** 000
**Rent-to-Own Inquiries in the Last 24 Months:** 000
**Rent-to-Own Inquiries in the Last 7 Years:** 000
**All Alternative Credit Inquiries in the Last 3 months:** 000
**All Alternative Credit Inquiries in the Last 6 Months:** 000
**All Alternative Credit Inquiries in the Last 24 Months:** 000
**All Alternative Credit Inquiries in the Last 7 Years:** 000
**Paid Auto Finance Charge-offs in the Last 24 Months:** 000
**Paid Payday Loan Charge-offs in the Last 24 Months:** 000
**Paid Rent-to-Own Charge-offs in the Last 24 Months:** 000
**All Paid Charge-offs in the Last 3 Months:** 000
**All Paid Charge-offs in the Last 24 Months:** 000
**All Paid Charge-offs in the Last 7 Years:** 000
**Open Auto Finance Charge-offs in the Last 24 Months:** 000
**Open Payday Loan Charge-offs in the Last 24 months:** 000
**Open Rent-to-Own Charge-offs in the Last 24 Months:** 000
**All Open Charge-offs in the Last 3 Months:** 000
**All Open Charge-offs in the Last 6 Months:** 000
**All Open Charge-offs in the Last 9 Months:** 000
**All Open Charge-offs in the Last 12 Months:** 000
**All Open Charge-offs in the Last 24 Months:** 000
**All Open Charge-offs in the Last 7 Years:** 000

### SHOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

**Online:**
To report an inaccuracy, please visit: dispute.transunion.com
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

*For all correspondence, please have your TransUnion file number available (located at the top of this report).*

## Consumer Rights

MTB000266

**Para informacion en espanol, visite www.consumerfinance.gov o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.**

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1–888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

MTB000267

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission Consumer Response Center - FCRA Washington, DC 20580        1-877-382-4357 |
| 2. To the extent not included in item 1 above: | Office of the Comptroller of the Currency |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH) PO Box 1200 Minneapolis, MN 55480        1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and Insured state savings associations | FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590        1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center-FCRA Washington, DC 20580        1-877-382-4357 |

**Fraud Victim Rights**

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal

information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289;www.transunion.com

**You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore

**You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

**You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

MTB000269