| Return this dispute response to: | | | | |
|---|---|---|---|---|
| Experian | | | Date Received: | 12-31-2020 |
| 601 Experian Pkwy, Allen, TX, 75013 | | | Control #: | 0139368101001 |
| FAX #: | | | FCRA Response Due Date: | 01-22-2021 |
| Account Number: | 4170949447516414 | | Response Date: | |
| Subscriber Code: | M&T Mortgage Corporaton/1015494 | | Response Code: | 23: Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | BRYCE | S | First Name: | BRYCE |
| Middle Name: | | D | Middle Name: | O |
| Last Name: | CARRASCO | S | Last Name: | CARRASCO |
| Generation Code: | | U | Generation Code: | |
| Address: | 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 | D | Address: | 100 REDWOOD ST E APT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | | U | Prev First Name: | |
| Prev Middle Name: | | U | Prev Middle Name: | |
| Prev Last Name: | | U | Prev Last Name: | |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | | U | Prev. Address: | |
| SSN: | 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 | S | SSN: | 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 |
| DOB: | 09-11-1996 | S | DOB: | 09-11-1996 |
| Telephone Number: | | D | Telephone Number: | (410) 544-4138 |
| 2nd Prev. Address: | -,- | | | |
| Consumer States/Comments: | | | | |
| Dispute Code 1: | 112: Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. | | | |
| Dispute Code 2: | | | | |
| FCRA Relevant Information: | THE INFORMATION SUBMITTED BY M T BANK WAS NOT IN GOOD FAITH AND I HAVE NOTIFIED M T OF THIS AND EXPECT THEY WILL ADDRESS THIS ERROR AS SOON AS POSSIBLE.|||||||||||||||||||| | | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $59 | 1 | | |
| 18 | | R | REV | M | 12-16-2020 | | 11-16-2020 | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Remarks: | | | | DF Contact #: | |
|---|---|---|---|---|---|

MTB000001

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

**Associated Consumer 1**
Name:
Address:
SSN:   DOB:
Telephone Number:
ECOA/Consumer Information Indicator:   /

**Associated Consumer 2**
Name:
Address:
SSN:   DOB:
Telephone Number:
ECOA/Consumer Information Indicator:   /

**Images Information**
Associated Images:   No   Image Access Indicators:   #1   #2   #3   #4   #5

Submitted By:  Ajit Phulare     Tel#: (302) 934-4629     Date: 01-04-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000002

| Return this dispute response to: | | Date Received: | 02-09-2021 |
|---|---|---|---|
| Experian | | Control # : | 4036588432001 |
| 601 Experian Pkwy, Allen, TX, 75013 | | | |
| FAX # : | | FCRA Response Due Date: | 02-28-2021 |
| Account Number: 4170949447516414 | | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | | Response Code: | 23: Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | BRYCE | S | First Name: | BRYCE |
| Middle Name: | | D | Middle Name: | O |
| Last Name: | CARRASCO | S | Last Name: | CARRASCO |
| Generation Code: | | U | Generation Code: | |
| Address: | 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 | D | Address: | 100 REDWOOD ST E APT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | | U | Prev First Name: | |
| Prev Middle Name: | | U | Prev Middle Name: | |
| Prev Last Name: | | U | Prev Last Name: | |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | | U | Prev. Address: | |
| SSN: | 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 | S | SSN: | 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 |
| DOB: | 09-11-1996 | S | DOB: | 09-11-1996 |
| Telephone Number: | | D | Telephone Number: | (410) 544-4138 |
| 2nd Prev. Address: | -,- | | | |
| Consumer States/Comments: | | | | |
| Dispute Code 1: | 112: Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. | | | |
| Dispute Code 2: | | | | |
| FCRA Relevant Information: | ||||||||||||||||||| | | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | CLOSED/ CURR WAS 90 | 07-17-2020 | $2117 | | $2418 | $3500 | |
| 11 | | | | 07-17-2020 | $2117 | $0 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 01-16-2021 | | 12-22-2020 | $60 | 1 | | |
| 18 | | R | REV | M | 01-16-2021 | 11-16-2020 | 12-22-2020 | $113 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | | |
| | M | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $231 | | |
| | | | $231 | | |

| Remarks: - | | | | | DF Contact #: |
|---|---|---|---|---|---|

MTB000003

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | - |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | - |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:   DOB: | SSN:   DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator:  / | ECOA/Consumer Information Indicator:  / |

| Images Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Associated Images: | Yes | Image Access Indicators: | #1 No | #2 | #3 | #4 | #5 |

Submitted By: Ajit Phulare          Tel#: (302) 934-4629          Date: 02-10-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000004

| Return this dispute response to: | | Date Received: | 02-23-2021 |
|---|---|---|---|
| Experian | | | |
| 601 Experian Pkwy, Allen, TX, 75013 | | Control # : | 1621551270002 |
| FAX # : | | FCRA Response Due Date: | 03-06-2021 |
| Account Number: | 4170949447516414 | Response Date: | |
| Subscriber Code: | M&T Mortgage Corporaton/1015494 | Response Code: | 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | BRYCE | S | First Name: | BRYCE |
| Middle Name: | | D | Middle Name: | O |
| Last Name: | CARRASCO | S | Last Name: | CARRASCO |
| Generation Code: | | U | Generation Code: | |
| Address: | 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 | D | Address: | 100 REDWOOD ST E APT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | | U | Prev First Name: | |
| Prev Middle Name: | | U | Prev Middle Name: | |
| Prev Last Name: | | U | Prev Last Name: | |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | | U | Prev. Address: | |
| SSN: | 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 | S | SSN: | 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 |
| DOB: | 09-11-1996 | S | DOB: | 09-11-1996 |
| Telephone Number: | | D | Telephone Number: | (410) 544-4138 |
| 2nd Prev. Address: | -,- | | | |

Consumer States/Comments:

Dispute Code 1: 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information.

Dispute Code 2:

FCRA Relevant Information: ||||||||||||||||||||

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | CLOSED/ CURR WAS 90 | 07-17-2020 | $1997 | | $2418 | $3500 | |
| 11 | | | | 07-17-2020 | $1997 | $0 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 02-16-2021 | | 02-08-2021 | $53 | 1 | | |
| 18 | | R | REV | M | 02-16-2021 | 11-16-2020 | 02-08-2021 | $50 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $60 | | |
| | | | $60 | | |

Remarks: _  DF Contact #:

MTB000006

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| Account History – Response | | | | | | | | | | | | |
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

| Images Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Associated Images: | Yes | Image Access Indicators: | #1 | No | #2 | #3 | #4 | #5 |

Submitted By: Ajit Phulare        Tel#: (302) 934-4629        Date: 02-23-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000007

| | | |
|---|---|---|
| **Return this dispute response to:** | Date Received: | 01-05-2021 |
| Experian | Control # : | 2421357728001 |
| 601 Experian Pkwy, Allen, TX, 75013 | | |
| FAX # : | FCRA Response Due Date: | 01-23-2021 |
| Account Number: 4170949447516414 | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: | 22:Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 | S | Address: 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |
| Consumer States/Comments: | | |
| Dispute Code 1: 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. | | |
| Dispute Code 2: | | |
| FCRA Relevant Information: ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $59 | 1 | | |
| 18 | | R | REV | M | 12-16-2020 | 11-16-2020 | | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Remarks: _   DF Contact #:

MTB000026

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

| Images Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Associated Images: | Yes | Image Access Indicators: | #1 | Yes | #2 | | #3 | | #4 | #5 |

Submitted By: Joanna Massey        Tel#: (716) 651-4868        Date: 01-05-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000027

| | | |
|---|---|---|
| **Return this dispute response to:** | Date Received: | 12-31-2020 |
| TransUnion LLC | Control # : | 417862266011001 |
| 2 Baldwin Place, Crum Lynne, PA, 19022 | | |
| FAX # : | FCRA Response Due Date: | 01-26-2021 |
| Account Number: 4170949447516414 | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/3707021 | Response Code: | 22:Updated disputed account information. Additional account information was also updated. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data |
|---|---|---|---|
| First Name: | BRYCE | | First Name: |
| Middle Name: | O | | Middle Name: |
| Last Name: | CARRASCO | | Last Name: |
| Generation Code: | | | Generation Code: |
| Address: | 100 E REDWOOD ST APT 2013, BALTIMORE, MD, 21202-1361 | | Address: |
| Prev First Name: | | | Prev First Name: |
| Prev Middle Name: | | | Prev Middle Name: |
| Prev Last Name: | | | Prev Last Name: |
| Prev Generation Code: | | | Prev Generation Code: |
| Prev. Address: | 334 TERNWING DR, ARNOLD, MD, 21012-1936 | | Prev. Address: |
| SSN: | 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 | | SSN: |
| DOB: | 09-11-1996 | | DOB: |
| Telephone Number: | (410) 858-7432 | | Telephone Number: |
| 2nd Prev. Address: | | | |
| Consumer States/Comments: | | | |
| Dispute Code 1: | 118:Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due. | | |
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| FCRA Relevant Information: | The creditor has engaged in intimidation tactics without properly communicating with borrower regarding overdue payments The creditor did not have accurate contact information and did not contact me ever Times Disputed In Last 120 Days 0 | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | | 07-17-2020 | $2383 | $172 | $2383 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | R | REV | M | 12-17-2020 | | 11-16-2020 | $59 | 1 | | 10-16-2020 |
| 18 | | R | REV | M | 12-16-2020 | | 11-16-2020 | $291 | | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Remarks: 

DF Contact #:

MTB000028

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | - | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | | Associated Consumer 2 | |
|---|---|---|---|
| Name: | | Name: | |
| Address: | | Address: | |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | | Telephone Number: | |
| ECOA/Consumer Information Indicator: / | | ECOA/Consumer Information Indicator: / | |

| Images Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Associated Images: | No | Image Access Indicators: | #1 | #2 | #3 | #4 | #5 | | |

Submitted By: Joanna Massey    Tel#: (716) 651-4868    Date: 01-05-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000029

| | | |
|---|---|---|
| **Return this dispute response to:** | Date Received: | 01-05-2021 |
| Experian | Control # : | 2421553761001 |
| 601 Experian Pkwy,Allen,TX,75013 | | |
| FAX # : | FCRA Response Due Date: | 01-28-2021 |
| Account Number: 4170949447516414 | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | Response Code: | 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data |
|---|---|---|---|
| First Name: | BRYCE | | First Name: |
| Middle Name: | A | | Middle Name: |
| Last Name: | CARRASCO | | Last Name: |
| Generation Code: | | | Generation Code: |
| Address: | 100 EAST REDWOOD STREET APT 2013,BALTIMORE,MD,21202 | | Address: |
| Prev First Name: | | | Prev First Name: |
| Prev Middle Name: | | | Prev Middle Name: |
| Prev Last Name: | | | Prev Last Name: |
| Prev Generation Code: | | | Prev Generation Code: |
| Prev. Address: | 334 TERNWING DR,ARNOLD,MD,21012 | | Prev. Address: |
| SSN: | 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 | | SSN: |
| DOB: | 09-11-1996 | | DOB: |
| Telephone Number: | | | Telephone Number: |
| 2nd Prev. Address: | | | |
| Consumer States/Comments: | | | |
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| Dispute Code 2: | | | |
| FCRA Relevant Information: | ||||||||||||||||||| | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $291 | 1 | | |
| 18 | | R | REV | M | 12-16-2020 | 11-16-2020 | | $291 | | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | | |
| | M | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Remarks: _                                                                               DF Contact #:

MTB000033

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1
Name:  
Address:  
SSN: DOB:  
Telephone Number:  
ECOA/Consumer Information Indicator: /

### Associated Consumer 2
Name:  
Address:  
SSN: DOB:  
Telephone Number:  
ECOA/Consumer Information Indicator: /

### Images Information
Associated Images: No  Image Access Indicators: #1  #2  #3  #4  #5

Submitted By: Lolita Kellam        Tel#: (302) 934-2857        Date: 01-06-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000034

| Return this dispute response to: | | Date Received: 02-20-2021 |
|---|---|---|
| Equifax | | Control # : 99991050623948005 |
| 1550 Peachtree St NW,Atlanta,GA,30309 | | |
| FAX # : | | FCRA Response Due Date: 03-15-2021 |
| Account Number: 4170949447516414 | | Response Date: |
| Subscriber Code: M&T Mortgage Corporaton/100BB02372 | | Response Code: 01:Account information accurate as of date reported |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | | First Name: |
| Middle Name: O | | Middle Name: |
| Last Name: CARRASCO | | Last Name: |
| Generation Code: | | Generation Code: |
| Address: 334 TERNWING DR,ARNOLD,MD,21012 | | Address: |
| Prev First Name: | | Prev First Name: |
| Prev Middle Name: | | Prev Middle Name: |
| Prev Last Name: | | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: 100 E REDWOOD ST # 2013,BALTIMORE,MD,21202 | | Prev. Address: |
| SSN: 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 | | SSN: |
| DOB: 09-11-1996 | | DOB: |
| Telephone Number: (410) 544-4138 | | Telephone Number: |
| 2nd Prev. Address: | | |
| Consumer States/Comments: | | |
| Dispute Code 1: 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. | | |
| Dispute Code 2: | | |
| FCRA Relevant Information: CONSUMER STATES THAT HE WAS NEVER BEEN LATE ON HIS PAYMENT AND THERE IS NO BILLS THAT WAS SENT TO HIM AND WANTED TO HAVE THE LATE PAYMENT WAS REMOVE. | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | 07-17-2020 | $1997 | | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | R | REV | M | 02-01-2021 | 11-01-2020 | 02-01-2021 | $53 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $60 | | |

| Remarks: CLOSED ACCOUNT | DF Contact #: |
|---|---|

MTB000035

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | | | | | | | | | | | | 0 |
| 2020 | 3 | 2 | 1 | 0 | 0 | B | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | | Associated Consumer 2 | |
|---|---|---|---|
| Name: | | Name: | |
| Address: | | Address: | |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | | Telephone Number: | |
| ECOA/Consumer Information Indicator: / | | ECOA/Consumer Information Indicator: / | |

| Images Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Associated Images: | No | Image Access Indicators: | #1 | | #2 | | #3 | | #4 | #5 |

Submitted By: Angie Townsend  Tel#: (302) 934-2612  Date: 02-25-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000036

| | | | | |
|---|---|---|---|---|
| **Return this dispute response to:** | | | Date Received: | 01-07-2021 |
| Experian | | | Control #: | 2421716034001 |
| 601 Experian Pkwy, Allen, TX, 75013 | | | | |
| FAX #: | | | FCRA Response Due Date: | 01-28-2021 |
| Account Number: 4170949447516414 | | | Response Date: | |
| Subscriber Code: M&T Mortgage Corporaton/1015494 | | | Response Code: | 23: Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: BRYCE | S | First Name: BRYCE |
| Middle Name: | D | Middle Name: O |
| Last Name: CARRASCO | S | Last Name: CARRASCO |
| Generation Code: | U | Generation Code: |
| Address: 334 TERNWING DR, ARNOLD, MD, 21012 | D | Address: 100 REDWOOD ST E APT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 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 | S | SSN: 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 |
| DOB: 09-11-1996 | S | DOB: 09-11-1996 |
| Telephone Number: | D | Telephone Number: (410) 544-4138 |
| 2nd Prev. Address: -,- | | |
| Consumer States/Comments: | | |
| Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. | | |
| Dispute Code 2: | | |
| FCRA Relevant Information: ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | | CLOSED/ DEL 90 | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |
| 80 | | | | 07-17-2020 | $2383 | $231 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 12-16-2020 | | | $291 | 1 | | |
| 18 | | R | REV | M | 12-16-2020 | | 11-16-2020 | $291 | 1 | | 10-16-2020 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | M | | | | | | |
| | M | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Remarks:

DF Contact #:

DRAFT

MTB000037

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | - | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | 3 | 2 | 1 | 0 | 0 | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | | Associated Consumer 2 | |
|---|---|---|---|
| Name: | | Name: | |
| Address: | | Address: | |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | | Telephone Number: | |
| ECOA/Consumer Information Indicator: / | | ECOA/Consumer Information Indicator: / | |

| Images Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Associated Images: | Yes | Image Access Indicators: | #1 | No | #2 | | #3 | | #4 | #5 |

Submitted By: Shivanand Patil    Tel#: (302) 934-4624    Date: 01-13-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT

MTB000038