**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **STEPHANIE A. GALLAGHER** | **BALTIMORE, MARYLAND 21201** |
| **UNITED STATES DISTRICT JUDGE** | **(410) 962-7780** |
| | **MDD_SAGchambers@mdd.uscourts.gov** |

July 12, 2021

LETTER ORDER

     Re:  Carrasco v. M&T Bank
          Civil Case No. SAG-21-532

Dear Mr. Carrasco and Counsel:

     I am in receipt of Mr. Carrasco's Motion for Temporary Restraining Order, ECF 76.  In federal court, a temporary restraining order is a device used to preserve the status quo where immediate and irreparable injury will accrue to one party while litigation proceeds on the merits (for example, where one party seeks the immediate sale of disputed property before the Court can determine lawful ownership).  See Fed. R. Civ. P. 65.  It is not used in the sense of a restraining order that can be obtained in some state courts restricting contact between two parties.  Accordingly, ECF 76 will be DENIED.

     It appears, instead, that ECF 76 describes a garden-variety discovery dispute.  The email attached to ECF 76 contains no evidence of improper intimidation, but exemplifies routine correspondence about discovery issues.  That said, it is obvious that the parties have divergent views on the conduct and scope of additional discovery in this case.  I have asked Judge Copperthite, to whom the case has been referred for discovery management, to schedule a conference with the parties to determine what additional discovery, if any, is warranted.

     Despite the informal nature of this letter, it is an order of the Court and should be docketed as such.

                                                     Sincerely yours,

                                                     /s/

                                                   Stephanie A. Gallagher
                                                 United States District Judge