# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2020

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number 1-9861

# M&T BANK CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **New York** | **16-0968385** |
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |
| **One M&T Plaza, Buffalo, New York** | **14203** |
| *(Address of principal executive offices)* | *(Zip Code)* |

Registrant's telephone number, including area code:

**716-635-4000**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common Stock, $.50 par value | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

Aggregate market value of the Common Stock, $0.50 par value, held by non-affiliates of the registrant, computed by reference to the closing price as of the close of business on June 30, 2020: $12,939,363,542.

Number of shares of the Common Stock, $0.50 par value, outstanding as of the close of business on February 19, 2021: 128,636,592 shares.

**Documents Incorporated By Reference:**

(1) Portions of the Proxy Statement for the 2021 Annual Meeting of Shareholders of M&T Bank Corporation in Parts II and III.

**PART I**

**Item 1.** *Business*.

M&T Bank Corporation ("Registrant" or "M&T") is a New York business corporation which is registered as a financial holding company under the Bank Holding Company Act of 1956, as amended ("BHCA") and as a bank holding company ("BHC") under Article III-A of the New York Banking Law ("Banking Law"). The principal executive offices of M&T are located at One M&T Plaza, Buffalo, New York 14203. M&T was incorporated in November 1969. M&T and its direct and indirect subsidiaries are collectively referred to herein as the "Company." As of December 31, 2020 the Company had consolidated total assets of $142.6 billion, deposits of $119.8 billion and shareholders' equity of $16.2 billion. The Company had 16,718 full-time and 655 part-time employees as of December 31, 2020.

At December 31, 2020, M&T had two wholly owned bank subsidiaries: Manufacturers and Traders Trust Company ("M&T Bank") and Wilmington Trust, National Association ("Wilmington Trust, N.A."). The banks collectively offer a wide range of retail and commercial banking, trust and wealth management, and investment services to their customers. At December 31, 2020, M&T Bank represented 99% of consolidated assets of the Company.

The Company from time to time considers acquiring banks, thrift institutions, branch offices of banks or thrift institutions, or other businesses within markets currently served by the Company or in other locations that would complement the Company's business or its geographic reach. The Company has pursued acquisition opportunities in the past, continues to review different opportunities, including the possibility of major acquisitions, and intends to continue this practice.

**Subsidiaries**

M&T Bank is a banking corporation that is incorporated under the laws of the State of New York. M&T Bank is a member of the Federal Reserve System and the Federal Home Loan Bank System, and its deposits are insured by the Federal Deposit Insurance Corporation ("FDIC") up to applicable limits. M&T acquired all of the issued and outstanding shares of the capital stock of M&T Bank in December 1969. The stock of M&T Bank represents a major asset of M&T. M&T Bank operates under a charter granted by the State of New York in 1892, and the continuity of its banking business is traced to the organization of the Manufacturers and Traders Bank in 1856. The principal executive offices of M&T Bank are located at One M&T Plaza, Buffalo, New York 14203. As of December 31, 2020, M&T Bank had 716 domestic banking offices located in New York State, Maryland, New Jersey, Pennsylvania, Delaware, Connecticut, Virginia, West Virginia, and the District of Columbia, a full-service commercial banking office in Ontario, Canada, and an office in George Town, Cayman Islands. As of December 31, 2020, M&T Bank had consolidated total assets of $142.2 billion, deposits of $121.1 billion and shareholder's equity of $15.9 billion. The deposit liabilities of M&T Bank are insured by the FDIC through its Deposit Insurance Fund ("DIF"). As a commercial bank, M&T Bank offers a broad range of financial services to a diverse base of consumers, businesses, professional clients, governmental entities and financial institutions located in its markets. Lending is largely focused on consumers residing in New York State, Maryland, New Jersey, Pennsylvania, Delaware, Connecticut, Virginia, West Virginia, and Washington, D.C., and on small and medium-size businesses based in those areas, although loans are originated through offices in other states and in Ontario, Canada. In addition, the Company conducts lending activities in various states through other subsidiaries. Trust and other fiduciary services are offered by M&T Bank and through its wholly owned subsidiary, Wilmington Trust Company. M&T Bank and certain of its subsidiaries also offer commercial mortgage loans secured by income producing properties or properties used by borrowers in a trade or business. Additional financial services are provided through other operating subsidiaries of the Company.

**Item 3.**   *Legal Proceedings.*

M&T and its subsidiaries are subject in the normal course of business to various pending and threatened legal proceedings and other matters in which claims for monetary damages are asserted. On an on-going basis management, after consultation with legal counsel, assesses the Company's liabilities and contingencies in connection with such proceedings. For those matters where it is probable that the Company will incur losses and the amounts of the losses can be reasonably estimated, the Company records an expense and corresponding liability in its consolidated financial statements. To the extent the pending or threatened litigation could result in exposure in excess of that liability, the amount of such excess is not currently estimable. Although not considered probable, the range of reasonably possible losses for such matters in the aggregate, beyond the existing recorded liability, was between $0 and $25 million. Although the Company does not believe that the outcome of pending legal matters will be material to the Company's consolidated financial position, it cannot rule out the possibility that such outcomes will be material to the consolidated results of operations for a particular reporting period in the future.

**Item 4.**   *Mine Safety Disclosures.*

Not applicable.

**Executive Officers of the Registrant**

Information concerning M&T's executive officers is presented below. The year the officer was first appointed to the indicated position with M&T or its subsidiaries is shown parenthetically. In the case of each entity noted below, officers' terms run until the first meeting of the board of directors after such entity's annual meeting, which in the case of M&T takes place immediately following the Annual Meeting of Shareholders, and until their successors are elected and qualified.

René F. Jones, age 56, is chief executive officer, chairman of the board and a director of M&T and M&T Bank (2017). Previously, he was an executive vice president (2006) of M&T and a vice chairman (2014) of M&T Bank with responsibility for the Company's Wealth and Institutional Services Division, Treasury Division, and Mortgage and Consumer Lending Divisions. Previously, Mr. Jones served as chairman of the board and a director (2014) of Wilmington Trust Investment Advisors, a director (2007) of M&T Insurance Agency, chief financial officer (2005) of M&T, M&T Bank and Wilmington Trust, N.A. and had held a number of management positions within M&T Bank's Finance Division since 1992.

Richard S. Gold, age 60, is president, chief operating officer and a director of M&T and M&T Bank (2017). Mr. Gold oversees the Consumer Banking, Business Banking, Legal, Human Resources and Enterprise Transformation Divisions. Previously, he was an executive vice president (2006) and chief risk officer (2014) of M&T and was a vice chairman and chief risk officer (2014) of M&T Bank. Mr. Gold had been responsible for overseeing the Company's governance and strategy for risk management, as well as relationships with key regulators and supervisory agencies. He served as chairman, president and chief executive officer (2018) of Wilmington Trust N.A., as a senior vice president of M&T Bank from 2000 to 2006 and has held a number of management positions since he began his career with M&T Bank in 1989. Mr. Gold is a director (2017) of Wilmington Trust, N.A and a director (2020) of Wilmington Trust Company.

Kevin J. Pearson, age 59, is a vice chairman (2020) and a director (2018) of M&T and is a vice chairman (2014) and a director (2018) of M&T Bank. He is a member of the Directors Advisory Council (2006) of the New York City/Long Island Division of M&T Bank. Mr. Pearson has oversight of the Commercial Banking, Credit, Technology and Banking Operations, and Wealth and Institutional Services Divisions. Previously, Mr. Pearson served as an executive vice president of

## M&T BANK CORPORATION AND SUBSIDIARIES

### Consolidated Balance Sheet

|  | December 31 | |
|---|---:|---:|
| (Dollars in thousands, except per share) | 2020 | 2019 |
| **Assets** | | |
| Cash and due from banks | $ 1,552,743 | $ 1,432,805 |
| Interest-bearing deposits at banks | 23,663,810 | 7,190,154 |
| Federal funds sold | — | 3,500 |
| Trading account | 1,068,581 | 470,129 |
| Investment securities (includes pledged securities that can be sold or repledged of $105,136 at December 31, 2020; $200,339 at December 31, 2019) | | |
| Available for sale (cost: $4,621,027 at December 31, 2020; $6,258,276 at December 31, 2019) | 4,822,606 | 6,318,776 |
| Held to maturity (fair value: $1,842,281 at December 31, 2020; $2,699,206 at December 31, 2019) | 1,748,989 | 2,656,917 |
| Equity and other securities (cost: $449,008 at December 31, 2020; $487,041 at December 31, 2019) | 474,102 | 521,558 |
| Total investment securities | 7,045,697 | 9,497,251 |
| Loans and leases | 98,875,788 | 91,188,525 |
| Unearned discount | (339,921) | (265,656) |
| Loans and leases, net of unearned discount | 98,535,867 | 90,922,869 |
| Allowance for credit losses | (1,736,387) | (1,051,071) |
| Loans and leases, net | 96,799,480 | 89,871,798 |
| Premises and equipment | 1,161,558 | 1,140,924 |
| Goodwill | 4,593,112 | 4,593,112 |
| Core deposit and other intangible assets | 14,165 | 29,034 |
| Accrued interest and other assets | 6,701,959 | 5,644,050 |
| Total assets | $ 142,601,105 | $ 119,872,757 |
| **Liabilities** | | |
| Noninterest-bearing deposits | $ 47,572,884 | $ 32,396,407 |
| Savings and interest-checking deposits | 67,680,840 | 54,932,162 |
| Time deposits | 3,899,910 | 5,757,456 |
| Deposits at Cayman Islands office | 652,104 | 1,684,044 |
| Total deposits | 119,805,738 | 94,770,069 |
| Short-term borrowings | 59,482 | 62,363 |
| Accrued interest and other liabilities | 2,166,409 | 2,337,490 |
| Long-term borrowings | 4,382,193 | 6,986,186 |
| Total liabilities | 126,413,822 | 104,156,108 |
| **Shareholders' equity** | | |
| Preferred stock, $1.00 par, 1,000,000 shares authorized; Issued and outstanding: Liquidation preference of $1,000 per share: 350,000 shares at December 31, 2020 and December 31, 2019; Liquidation preference of $10,000 per share: 90,000 shares at December 31, 2020 and December 31, 2019 | 1,250,000 | 1,250,000 |
| Common stock, $.50 par, 250,000,000 shares authorized, 159,741,898 shares issued at December 31, 2020 and December 31, 2019 | 79,871 | 79,871 |
| Common stock issuable, 18,113 shares at December 31, 2020; 21,534 shares at December 31, 2019 | 1,344 | 1,566 |
| Additional paid-in capital | 6,617,404 | 6,593,539 |
| Retained earnings | 13,444,428 | 12,820,916 |
| Accumulated other comprehensive income (loss), net | (63,032) | (206,680) |
| Treasury stock — common, at cost — 31,426,742 shares at December 31, 2020; 29,174,402 shares at December 31, 2019 | (5,142,732) | (4,822,563) |
| Total shareholders' equity | 16,187,283 | 15,716,649 |
| Total liabilities and shareholders' equity | $ 142,601,105 | $ 119,872,757 |

*See accompanying notes to financial statements.*

## M&T BANK CORPORATION AND SUBSIDIARIES

### Consolidated Statement of Income

| | Year Ended December 31 | | |
|---|---:|---:|---:|
| (In thousands, except per share) | 2020 | 2019 | 2018 |
| **Interest income** | | | |
| Loans and leases, including fees | $ 3,975,053 | $ 4,442,182 | $ 4,164,561 |
| Investment securities | | | |
|    Fully taxable | 176,469 | 288,532 | 323,912 |
|    Exempt from federal taxes | 183 | 321 | 665 |
| Deposits at banks | 32,956 | 141,397 | 108,182 |
| Other | 8,051 | 7,161 | 1,391 |
|    Total interest income | 4,192,712 | 4,879,593 | 4,598,711 |
| **Interest expense** | | | |
| Savings and interest-checking deposits | 146,701 | 368,003 | 215,411 |
| Time deposits | 66,280 | 95,426 | 51,423 |
| Deposits at Cayman Islands office | 4,054 | 21,917 | 5,633 |
| Short-term borrowings | 28 | 24,741 | 5,386 |
| Long-term borrowings | 109,332 | 239,242 | 248,556 |
|    Total interest expense | 326,395 | 749,329 | 526,409 |
| *Net interest income* | 3,866,317 | 4,130,264 | 4,072,302 |
| Provision for credit losses | 800,000 | 176,000 | 132,000 |
| Net interest income after provision for credit losses | 3,066,317 | 3,954,264 | 3,940,302 |
| **Other income** | | | |
| Mortgage banking revenues | 566,641 | 457,770 | 360,442 |
| Service charges on deposit accounts | 370,788 | 432,978 | 429,337 |
| Trust income | 601,884 | 572,608 | 537,585 |
| Brokerage services income | 47,428 | 48,922 | 51,069 |
| Trading account and foreign exchange gains | 40,536 | 62,044 | 32,547 |
| Gain (loss) on bank investment securities | (9,421) | 18,037 | (6,301) |
| Other revenues from operations | 470,588 | 469,320 | 451,321 |
|    Total other income | 2,088,444 | 2,061,679 | 1,856,000 |
| **Other expense** | | | |
| Salaries and employee benefits | 1,950,692 | 1,900,797 | 1,752,264 |
| Equipment and net occupancy | 322,037 | 324,079 | 298,828 |
| Outside data processing and software | 258,480 | 229,731 | 199,025 |
| FDIC assessments | 53,803 | 41,535 | 68,526 |
| Advertising and marketing | 61,904 | 93,472 | 85,710 |
| Printing, postage and supplies | 39,869 | 39,893 | 35,658 |
| Amortization of core deposit and other intangible assets | 14,869 | 19,490 | 24,522 |
| Other costs of operations | 683,586 | 819,685 | 823,529 |
|    Total other expense | 3,385,240 | 3,468,682 | 3,288,062 |
| Income before taxes | 1,769,521 | 2,547,261 | 2,508,240 |
| Income taxes | 416,369 | 618,112 | 590,160 |
| *Net income* | $ 1,353,152 | $ 1,929,149 | $ 1,918,080 |
| **Net income available to common shareholders** | | | |
|    Basic | $ 1,279,066 | $ 1,849,509 | $ 1,836,028 |
|    Diluted | 1,279,068 | 1,849,511 | 1,836,035 |
| **Net income per common share** | | | |
|    Basic | $ 9.94 | $ 13.76 | $ 12.75 |
|    Diluted | 9.94 | 13.75 | 12.74 |

*See accompanying notes to financial statements.*

having outstanding principal balances of $1.9 billion and $2.2 billion at December 31, 2020 and 2019, respectively. Revenues from those servicing rights were $10 million, $12 million and $14 million during 2020, 2019 and 2018, respectively. The Company sub-services residential mortgage loans for Bayview Financial having outstanding principal balances of $68.1 billion and $62.8 billion at December 31, 2020 and 2019, respectively. Revenues earned for sub-servicing loans for Bayview Financial were $129 million, $125 million and $114 million in 2020, 2019 and 2018, respectively. In addition, the Company held $77 million and $93 million of mortgage-backed securities in its held-to-maturity portfolio at December 31, 2020 and 2019, respectively, that were securitized by Bayview Financial. At December 31, 2020, the Company held $210 million of Bayview Financial's $1.2 billion syndicated loan facility. During the second quarter of 2020 the Company extended two $100 million secured loan facilities to certain funds managed by Bayview Financial. One of the two loans was still outstanding as of December 31, 2020 with a remaining balance of $60 million. In early 2021 the Company purchased $965 million of delinquent FHA guaranteed mortgage loans, including past due accrued interest, from Bayview Financial for $1.0 billion. The servicing rights for such loans were retained by Bayview Financial, but the Company continues to sub-service the loans.

## 25. Parent company financial statements

**Condensed Balance Sheet**

|  | December 31 | |
|---|---:|---:|
|  | 2020 | 2019 |
|  | (In thousands) | |
| **Assets** | | |
| Cash in subsidiary bank | $ 100,593 | $ 83,531 |
| Due from consolidated bank subsidiaries | | |
|    Money-market savings | 699,476 | 876,819 |
|    Current income tax receivable | — | 1,261 |
|      Total due from consolidated bank subsidiaries | 699,476 | 878,080 |
| Investments in consolidated subsidiaries | | |
|    Banks | 16,554,287 | 15,732,008 |
|    Other | 125,988 | 301,765 |
| Investments in trust preferred entities (note 19) | 22,846 | 23,022 |
| Other assets | 92,170 | 67,732 |
|      Total assets | $17,595,360 | $17,086,138 |
| **Liabilities** | | |
| Accrued expenses and other liabilities | $ 96,664 | $ 74,235 |
| Long-term borrowings | 1,311,413 | 1,295,254 |
|      Total liabilities | 1,408,077 | 1,369,489 |
| **Shareholders' equity** | 16,187,283 | 15,716,649 |
|      Total liabilities and shareholders' equity | $17,595,360 | $17,086,138 |

**Condensed Statement of Income**

|  | Year Ended December 31 | | |
|---|---:|---:|---:|
|  | 2020 | 2019 | 2018 |
|  | (In thousands, except per share) | | |
| **Income** | | | |
| Dividends from consolidated subsidiaries | $ 708,500 | $ 2,025,000 | $ 1,250,000 |
| Income from Bayview Lending Group LLC | 52,940 | 36,740 | 23,500 |
| Other income | 5,110 | 7,216 | 2,417 |
| Total income | 766,550 | 2,068,956 | 1,275,917 |
| **Expense** | | | |
| Interest on long-term borrowings | 31,924 | 51,938 | 36,354 |
| Other expense | 33,704 | 25,236 | 23,894 |
| Total expense | 65,628 | 77,174 | 60,248 |
| Income before income taxes and equity in undistributed income of subsidiaries | 700,922 | 1,991,782 | 1,215,669 |
| Income tax credits | 1,984 | 8,313 | 8,446 |
| *Income before equity in undistributed income of subsidiaries* | 702,906 | 2,000,095 | 1,224,115 |
| **Equity in undistributed income of subsidiaries** | | | |
| Net income of subsidiaries | 1,358,746 | 1,954,054 | 1,943,965 |
| Less: dividends received | (708,500) | (2,025,000) | (1,250,000) |
| Equity in undistributed income of subsidiaries | 650,246 | (70,946) | 693,965 |
| *Net income* | $1,353,152 | $ 1,929,149 | $ 1,918,080 |
| **Net income per common share** | | | |
| Basic | $ 9.94 | $ 13.76 | $ 12.75 |
| Diluted | 9.94 | 13.75 | 12.74 |

**Condensed Statement of Cash Flows**

|  | Year Ended December 31 | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
|  | (In thousands) | | |
| **Cash flows from operating activities** | | | |
| Net income | $ 1,353,152 | $ 1,929,149 | $ 1,918,080 |
| Adjustments to reconcile net income to net cash provided by operating activities | | | |
|    Equity in undistributed income of subsidiaries | (650,246) | 70,946 | (693,965) |
|    Provision for deferred income taxes | 1,079 | 5,263 | 4,949 |
|    Net change in accrued income and expense | (24,206) | (34,525) | (8,242) |
|    Net cash provided by operating activities | 679,779 | 1,970,833 | 1,220,822 |
| **Cash flows from investing activities** | | | |
| Proceeds from sales or maturities of investment securities | — | 100 | — |
| Other, net | 176,050 | 51,235 | 29,933 |
|    Net cash provided by investing activities | 176,050 | 51,335 | 29,933 |
| **Cash flows from financing activities** | | | |
| Purchases of treasury stock | (373,750) | (1,349,785) | (2,194,396) |
| Dividends paid — common | (568,112) | (552,138) | (510,382) |
| Dividends paid — preferred | (68,256) | (67,454) | (72,521) |
| Proceeds from long-term borrowings | — | — | 748,595 |
| Redemption of Series A and Series C preferred stock | — | (381,500) | — |
| Proceeds from issuance of Series G preferred stock | — | 396,000 | — |
| Other, net | (5,992) | (4,431) | 45,913 |
|    Net cash used by financing activities | (1,016,110) | (1,959,308) | (1,982,791) |
| Net increase (decrease) in cash and cash equivalents | (160,281) | 62,860 | (732,036) |
| Cash and cash equivalents at beginning of year | 960,350 | 897,490 | 1,629,526 |
| Cash and cash equivalents at end of year | $ 800,069 | $ 960,350 | $ 897,490 |
| **Supplemental disclosure of cash flow information** | | | |
| Interest received during the year | $ 1,493 | $ 1,752 | $ 2,219 |
| Interest paid during the year | 30,913 | 49,451 | 17,482 |
| Income taxes received during the year | 11,528 | 6,251 | 6,362 |