REDACTED

# SCREENING REPORT



**Bryce Carrasco**

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

REPORT #

**15412649**

## CASE STATUS

## Review ⊗

| SERVICE | DESCRIPTION | STATUS |
|---|---|---|
| Subject Data | Bryce Carrasco ▓▓▓▓▓▓ | ⊗ |
| Financial | Financial History (Credit) | ◉ |
| Bankruptcy | Bankruptcy (Credit) | ◉ |
| County Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Baltimore City, Maryland | ◉ |
| County Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Anne Arundel, Maryland | ◉ |
| County Civil | Major & Minor - Baltimore City, Maryland | ◉ |
| County Civil | Major & Minor - Anne Arundel, Maryland | ◉ |
| Federal Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Anne Arundel, MD; Baltimore City, MD | ◉ |
| Federal Civil | Major & Minor - Anne Arundel, MD; Baltimore City, MD | ◉ |
| National Criminal Database | Subject Name: BRYCE CARRASCO | ◉ |
| ActionsBase | Producer ActionsBase - Carrasco, Bryce | ◉ |

KEY:   ◉ Pass   ⊗ Review   △ Pending

◉ **Please Notice**

Please be advised that Business Information Group's "Pass/Review" ratings are exclusively based on objective standards of interpreting background information legally obtained under The Fair Credit Reporting Act (15 U.S.C. section 1681). Such "Pass/Review" assessments should not be inferred nor understood as legally binding indications, recommendations or consumer rating assessments by Business Information Group. Any and all interpretive procedures utilized in characterizing what constitutes all "Pass/Review" ratings are established individually by each client of Business Information Group and are merely included in said report for that client's specific requirements. Business Information Group does not make any employment or contracting decisions for its clients based on background information in accordance with section 1681m of the FCRA.

REDACTED

# Screening Package

# Bryce Carrasco

███████████

| CLIENT | CLIENT CODE |
|---|---|
| **Oppenheimer & Co. - Registration** | **523-001** |
| REQUESTER | REPORT # |
| **Nydia Burgos / BC** | **15412649** |
| REQUEST DATE | DELIVERY DATE |
| **07/15/2019** | **07/16/2019** |
| CASE CREATED DATE | |
| **07/15/2019** | |

⊕  Personal & Confidential

This report is only to be used in strict adherence to the terms and conditions set forth in the Agreement between Business Information Group, Inc. and its client. © Business Information Group, Inc. 2019. All rights reserved. Business Information Group, Inc. is a subsidiary of Vertical Screen, Inc. Direct any questions to Business Information Group, P.O. Box 541, Southampton, PA 18966, (800) 803-0331, Fax: 215 396-9879.

REDACTED

| SERVICE | STATUS |
|---|---|

## Subject Data

### Review ⊗

**Name:**

# Bryce Carrasco

**Date of Birth:** 09/11/1996

**Social Security /ID#:** ███████████

| SSN/ID# Validation | |
|---|---|
| **State Issued:** | MD |
| **Date Issued:** | 10/02/1996-07/01/1997 |
| **DOB Scan:** | Clear |
| **Death Index:** | Clear |
| **Valid SSN/ID#:** | Yes |

**Current Address:**
100 East Redwood Street
Baltimore, MD 21202
Baltimore City
United States

**Other Addresses:**
334 TERNWING DR
ARNOLD, MD 21012
Anne Arundel County
United States

**Comments:**
Credit Report Databases indicate the subject's most recent address is in 334 TERNWING DR ARNOLD, MD.

| SERVICE | | STATUS |
|---|---|---|
| **Financial** | | **Pass**  |

| | | |
|---|---|---|
| **Total Installment Balance:** | $ | not available |
| **Total Real Estate Balance:** | $ | not available |
| **Total Revolving Credit Balance:** | $ | 121.00 |
| **Total Revolving Credit:** | $ | 300.00 |
| **Total Revolving Credit Available:** | $ | 179.00 |
| **Total lines of trade on credit report:** | | 2 |
| **Lines of trade reported current/satisfied:** | | 2 |
| **Lines of trade reported past due or in collection:** | | 0 |
| **Total Report inquires in past 24 months:** | | 1 |

**Source:** TransUnion Databases

**Search Date:** 07/15/2019

**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **Bankruptcy** | | **Pass** |

| | |
|---|---|
| **Source Searched:** | TransUnion Databases (10 years) |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

SERVICE                                                                        STATUS

## County Criminal and Other Offenses                    **Pass**          ⚬

| | |
|---|---|
| **Source Searched:** | Baltimore City 8th Judicial Circuit & District Courts |
| **State:** | Maryland |
| **Records Covered:** | Felony, Misdemeanor and Other Offenses |
| **Date of Search:** | 07/16/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

SERVICE                                                                        STATUS

## County Criminal and Other Offenses                    **Pass**          ⚬

| | |
|---|---|
| **Source Searched:** | Anne Arundel County 5th Judicial Circuit & District Courts |
| **State:** | Maryland |
| **Records Covered:** | Felony, Misdemeanor and Other Offenses |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

SERVICE                                                                        STATUS

## County Civil                                          **Pass**          ⚬

| | |
|---|---|
| **Source Searched:** | Baltimore City 8th Judicial Circuit and District Courts |
| **Records Covered:** | Major & Minor |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

| SERVICE | STATUS |
|---|---|

## County Civil

**Pass** 

| | |
|---|---|
| **Source Searched:** | Anne Arundel County Judicial Circuit and District Courts |
| **Records Covered:** | Major & Minor |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

| SERVICE | STATUS |
|---|---|

## Federal Criminal and Other Offenses

**Pass** 

| | |
|---|---|
| **Source Searched:** | USDC - District of MD |
| **Records Covered:** | Felony, Misdemeanor and Other Offenses |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

| SERVICE | STATUS |
|---|---|

## Federal Civil

**Pass** 

| | |
|---|---|
| **Source Searched:** | USDC - District of MD |
| **Records Covered:** | Major & Minor |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce  Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

---

| SERVICE | STATUS |
|---|---|

## National Criminal Database                                    **Pass** 

**Source Searched:** National Criminal Database
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

---

| SERVICE | STATUS |
|---|---|

## Producer ActionsBase + OFAC                              **Pass**

**Source Searched:** BIG's Producer ActionsBase
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

**Note:** The Producer ActionsBase is a proprietary database of disciplinary and regulatory actions taken against individuals and organizations. It also includes the Office of Foreign Asset Control (OFAC) list and other national terrorist watch lists. Regulatory sources include State Insurance, Banking & Securities Departments, FINRA, SEC, OTS, OCC, CFTC, AMEX, NYSE and more.

### End of Report

### Copy of Trans Union Employment Credit Attached

```
TRANSUNION EMPLOYMENT CREDIT REPORT FOR:    USER REF:
523 OPPENHEI                                 DATE REPORT PRINTED:  07/15/2019
FPH2609852    BUREAU: 17                      CENTRAL STANDARD TIME: 08:23
                                             IN OUR FILES SINCE:   02/2017


 SUBJECT NAME:
   CARRASCO, BRYCE
                                             SOCIAL SECURITY NUMBER:▓▓▓▓▓▓
                                             PHONE:              410-858-7432
 CURRENT ADDRESS REPORTED: 02/2017
  334 TERNWING DR., ARNOLD MD. 21012
                           CREDIT INFORMATION
 --------------------------------------------------------------------------
 SPECIAL MESSAGES:
 ***ADDRESS ALERT: CURRENT INPUT ADDRESS DOES NOT MATCH FILE ADDRESS(ES)
 ****IDVISION ALERTS : CLEAR FOR ALL SEARCHES PERFORMED***
 --------------------------------------------------------------------------
 THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY:
```

```
PUBLIC RECORDS:    0     CURRENT NEGATIVE ACCTS:  0     REVOLVING ACCTS: 1
COLLECTIONS:       0     PREVIOUS NEGATIVE ACCTS: 0     INSTALLMENT ACCTS:0
TRADE ACCTS:       2     PREVIOUS TIMES NEGATIVE: 0     MORTGAGE ACCTS:  0
CREDIT INQUIRIES: 1     EMPLOYMENT INQUIRIES:    1     OPEN ACCTS:      1

              HIGH CRED   CRED LIMIT   BALANCE   PAST DUE   MNTHLY   AVAIL
REVOLVING:    $121        $300         $121      $0         $27      60%
OPEN:         $8588       $0           $6261     $0         $0       27%
TOTALS:       $8709       $300         $6382     $0         $27
-----------------------------------------------------------------------------
THE FOLLOWING ACCOUNT INFORMATION IS PRINTED IN ORDER BY MOST NEGATIVE MANNER
OF PAYMENT (MOP) AND DATE MOST RECENTLY UPDATED.

  KOHLS/CAPONE              D 12EN005        REVOLVING ACCOUNT
                                            CHARGE ACCOUNT
   VERIF'D  06/2019   BALANCE: $121         INDIVIDUAL ACCOUNT
   OPENED   05/2019   MOST OWED:  $121      CREDIT LIMIT: $300
                      PAST DUE:$0
   STATUS AS OF 06/2019  CURRENT; PAID OR PAYING AS AGREED
CONTACT SUBSCRIBER:    KOHLS/CAPONE              PH#:  (800) 564-5740
                       PO BOX 3115                 MILWAUKEE, WI 53201

  AMEX                     B 21WB001        OPEN ACCOUNT
                                            CREDIT CARD
   VERIF'D  06/2019   BALANCE: $6261        AUTHORIZED ACCOUNT
   OPENED   01/2017   MOST OWED:  $8588
                      PAST DUE:$0
   STATUS AS OF 06/2019  CURRENT; PAID OR PAYING AS AGREED
IN PRIOR 28 MONTH/S FROM DATE VERIF'D NEVER LATE
PAYMENT PATTERN:111111111111111111111111
CONTACT SUBSCRIBER:    AMEX                     PH#:  (800) 874-2717
                       P.O. BOX 981537           EL PASO, TX 79998
-----------------------------------------------------------------------------
THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

  DATE        SUBCODE      SUBSCRIBER NAME

  04/02/2018  D3279220    MACYS/DSNB                      (800) 243-6552
                         PO BOX 8218
                         MASON, OH 45040
-----------------------------------------------------------------------------
THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S FILE FOR
EMPLOYMENT USE:

  DATE        SUBCODE      SUBSCRIBER NAME

  07/15/2019  F2609852    523 OPPENHEI
-----------------------------------------------------------------------------
EMPLOYMENT CREDIT REPORT SERVICED BY:

TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
    HTTP://WWW.TRANSUNION.COM

                   END OF TRANSUNION REPORT
        A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

PARA INFORMACION EN ESPANOL, VISITE WWW.CONSUMERFINANCE.GOV O ESCRIBE A LA
CONSUMER FINANCIAL PROTECTION BUREAU, 1700 G STREET N.W., WASHINGTON,DC 20552.
```

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) PROMOTES THE ACCURACY, FAIRNESS,
AND PRIVACY OF INFORMATION IN THE FILES OF CONSUMER REPORTING AGENCIES.  THERE
ARE MANY TYPES OF CONSUMER REPORTING AGENCIES, INCLUDING CREDIT BUREAUS AND
SPECIALTY AGENCIES (SUCH AS AGENCIES THAT SELL INFORMATION ABOUT CHECK WRITING
HISTORIES, MEDICAL RECORDS, AND RENTAL HISTORY RECORDS). FOR MORE INFORMATION,
INCLUDING INFORMATION  ABOUT ADDITIONAL RIGHTS,
GO TO WWW.CONSUMERFINANCE.GOV/LEARNMORE, OR WRITE TO: CONSUMER FINANCIAL
PROTECTION BUREAU, 1700 G STREET N.W., WASHINGTON, DC 20552.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.
  ANYONE WHO USES A CREDIT REPORT OR ANOTHER TYPE OF CONSUMER REPORT TO DENY
  YOUR APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT - OR TO TAKE ANOTHER
  ADVERSE ACTION AGAINST YOU - MUST TELL YOU, AND MUST GIVE YOU THE NAME,
  ADDRESS, AND PHONE NUMBER OF THE AGENCY THAT PROVIDED THE INFORMATION.

- YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE. YOU MAY REQUEST AND OBTAIN
  ALL THE INFORMATION ABOUT YOU IN THE FILES OF A CONSUMER REPORTING AGENCY
  (YOUR "FILE DISCLOSURE").  YOU WILL BE REQUIRED TO PROVIDE PROPER
  IDENTIFICATION, WHICH MAY INCLUDE YOUR SOCIAL SECURITY NUMBER. IN MANY CASES,
  THE DISCLOSURE WILL BE FREE. YOU ARE ENTITLED TO A FREE FILE DISCLOSURE IF:

- A PERSON HAS TAKEN ADVERSE ACTION AGAINST YOU BECAUSE OF INFORMATION IN
  YOUR CREDIT REPORT;

- YOU ARE THE VICTIM OF IDENTITY THEFT AND PLACE A FRAUD ALERT IN YOUR FILE;

- YOUR FILE CONTAINS INACCURATE INFORMATION AS A RESULT OF FRAUD;

- YOU ARE ON PUBLIC ASSISTANCE;

- YOU ARE UNEMPLOYED BUT EXPECT TO APPLY FOR EMPLOYMENT WITHIN 60 DAYS.
  IN ADDITION, ALL CONSUMERS ARE ENTITLED TO ONE FREE DISCLOSURE EVERY 12
  MONTHS UPON REQUEST FROM EACH NATIONWIDE CREDIT BUREAU AND FROM NATIONWIDE
  SPECIALTY CONSUMER REPORTING AGENCIES. SEE WWW.CONSUMERFINANCE.GOV/LEARNMORE
  FOR MORE INFORMATION.

- YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE. CREDIT SCORES ARE NUMERICAL
  SUMMARIES OF YOUR CREDIT-WORTHINESS BASED ON INFORMATION FROM CREDIT BUREAUS.
  YOU MAY REQUEST A CREDIT SCORE FROM CONSUMER REPORTING AGENCIES THAT CREATE
  SCORES OR DISTRIBUTE SCORES USED IN RESIDENTIAL REAL PROPERTY LOANS, BUT YOU
  WILL HAVE TO PAY FOR IT. IN SOME MORTGAGE TRANSACTIONS, YOU WILL RECEIVE
  CREDIT SCORE INFORMATION FOR FREE FROM THE MORTGAGE LENDER.

- YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION. IF YOU
  IDENTIFY INFORMATION IN YOUR FILE THAT IS INCOMPLETE OR INACCURATE, AND
  REPORT IT TO THE CONSUMER REPORTING AGENCY, THE AGENCY MUST INVESTIGATE
  UNLESS YOUR DISPUTE IS FRIVOLOUS. SEE WWW.CONSUMERFINANCE.GOV/LEARNMORE FOR
  AN EXPLANATION OF DISPUTE PROCEDURES.

- CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE,
  OR UNVERIFIABLE INFORMATION. INACCURATE, INCOMPLETE, OR UNVERIFIABLE
  INFORMATION MUST BE REMOVED OR CORRECTED, USUALLY WITHIN 30 DAYS. HOWEVER, A
  CONSUMER REPORTING AGENCY MAY CONTINUE TO REPORT INFORMATION IT HAS VERIFIED
  AS ACCURATE.

- CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.
  IN MOST CASES, A CONSUMER REPORTING AGENCY MAY NOT REPRT NEGATIVE
  INFORMATION THAT IS MORE THAN SEVEN YEARS OLD, OR BANKRUPTCIES THAT ARE MORE
  THAN 10 YEARS OLD.

- ACCESS TO YOUR FILE IS LIMITED. A CONSUMER REPORTING AGENCY MAY PROVIDE
  INFORMATION ABOUT YOU ONLY TO PEOPLE WITH A VALID NEED - USUALLY TO CONSIDER
  AN APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER

BUSINESS. THE FCRA SPECIFIES THOSE WITH A VALID NEED FOR ACCESS.

- YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS. A
  CONSUMER REPORTING AGENCY MAY NOT GIVE OUT INFORMATION ABOUT YOU TO YOUR
  EMPLOYER, OR A POTENTIAL EMPLOYER, WITHOUT YOUR WRITTEN CONSENT GIVEN TO THE
  EMPLOYER. WRITTEN CONSENT GENERALLY IS NOT REQUIRED IN THE TRUCKING INDUSTRY.
  FOR MORE INFORMATION, GO TO WWW.CONSUMERFINANCE.GOV/LEARNMORE.

- YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON
  INFORMATION IN YOUR CREDIT REPORT. UNSOLICITED "PRESCREENED" OFFERS FOR
  CREDIT AND INSURANCE MUST INCLUDE A TOLL-FREE PHONE NUMBER YOU CAN CALL IF
  YOU CHOOSE TO REMOVE YOUR NAME AND ADDRESS FROM THE LISTS THESE OFFERS ARE
  BASED ON. YOU MAY OPT-OUT WITH THE NATIONWIDE CREDIT BUREAUS AT
  1-888-5-OPTOUT (1-888-567-8688).

- CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.   YOU HAVE A RIGHT TO
  PLACE A "SECURITY FREEZE" ON YOUR CREDIT REPORT, WHICH WILL PROHIBIT A
  CONSUMER REPORTING AGENCY FROM RELEASING INFORMATION IN YOUR CREDIT REPORT
  WITHOUT YOUR EXPRESS AUTHORIZATION. THE SECURITY FREEZE IS DESIGNED TO
  PREVENT CREDIT, LOANS, AND SERVICES FROM BEING APPROVED IN YOUR NAME WITHOUT
  YOUR CONSENT. HOWEVER, YOU SHOULD BE AWARE THAT USING A SECURITY FREEZE TO
  TAKE CONTROL OVER WHO GETS ACCESS TO THE PERSONAL AND FINANCIAL INFORMATION
  IN YOUR CREDIT REPORT MAY DELAY, INTERFERE WITH, OR PROHIBIT THE TIMELY
  APPROVAL OF ANY SUBSEQUENT REQUEST OR APPLICATION YOU MAKE REGARDING  A NEW
  LOAN, CREDIT, MORTGAGE, OR ANY OTHER ACCOUNT INVOLVING THE EXTENSION OF
  CREDIT.

  A SECURITY FREEZE DOES NOT APPLY TO A PERSON OR ENTITY, OR ITS AFFILIATES,
  OR COLLECTION AGENCIES ACTING ON BEHALF OF THE PERSON OR ENTITY,  WITH WHICH
  YOU HAVE AN EXISTING ACCOUNT THAT REQUESTS INFORMATION IN YOUR CREDIT REPORT
  FOR THE PURPOSES OF REVIEWING OR COLLECTING THE ACCOUNT.   REVIEWING THE
  ACCOUNT INCLUDES ACTIVITIES RELATED TO ACCOUNT MAINTENANCE, MONITORING,
  CREDIT LINE INCREASES, AND ACCOUNT UPGRADES AND ENHANCEMENTS.

- AS AN ALTERNATIVE TO A SECURITY FREEZE,  YOU HAVE THE RIGHT TO PLACE AN
  INITIAL OR EXTENDED FRAUD ALERT ON YOUR CREDIT FILE AT NO COST. AN INITIAL
  FRAUD ALERT IS A 1-YEAR ALERT THAT IS PLACED ON A CONSUMER'S CREDIT FILE.
  UPON SEEING A FRAUD ALERT DISPLAY ON A CONSUMER'S CREDIT FILE, A BUSINESS IS
  REQUIRED TO TAKE STEPS TO VERIFY THE CONSUMER'S IDENTITY BEFORE EXTENDING
  NEW CREDIT. IF YOU ARE A VICTIM OF IDENTITY THEFT, YOU ARE ENTITLED TO AN
  EXTENDED FRAUD ALERT, WHICH IS A FRAUD ALERT LASTING 7 YEARS.

- YOU MAY SEEK DAMAGES FROM VIOLATORS. IF A CONSUMER REPORTING AGENCY, OR,
  IN SOME CASES, A USER OF CONSUMER REPORTS OR A FURNISHER OF INFORMATION TO A
  CONSUMER REPORTING AGENCY VIOLATES THE FCRA, YOU MAY BE ABLE TO SUE IN STATE
  OR FEDERAL COURT.

- IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL
  RIGHTS. FOR MORE INFORMATION, VISIT WWW.CONSUMERFINANCE.GOV/LEARNMORE.

STATES MAY ENFORCE THE FCRA, AND MANY STATES HAVE THEIR OWN CONSUMER REPORTING
LAWS. IN SOME CASES, YOU MAY HAVE MORE RIGHTS UNDER STATE LAW. FOR MORE
INFORMATION, CONTACT YOUR STATE OR LOCAL CONSUMER PROTECTION AGENCY OR YOUR
STATE ATTORNEY GENERAL. FOR INFORMATION ABOUT YOUR FEDERAL RIGHTS, CONTACT:

TYPE OF BUSINESS:                        CONTACT:

1.a. BANKS, SAVINGS ASSOCIATIONS, AND    CONSUMER FINANCIAL PROTECTION
     CREDIT UNIONS WITH TOTAL ASSETS OF  BUREAU
     OVER $10 BILLION AND THEIR          1700 G STREET, N.W.
     AFFILIATES                          WASHINGTON, DC 20552

  b. SUCH AFFILIATES THAT ARE NOT BANKS, FEDERAL TRADE COMMISSION:

```
      SAVINGS ASSOCIATIONS, OR CREDIT        CONSUMER RESPONSE CENTER -FCRA
      UNIONS ALSO SHOULD LIST, IN ADDITION   WASHINGTON, DC 20580
      TO THE CFPB:                           1-877-382-4357

2. TO THE EXTENT NOT INCLUDED IN ITEM 1      OFFICE OF THE COMPTROLLER OF THE
   ABOVE:                                    CURRENCY
   a. NATIONAL BANKS, FEDERAL SAVINGS        CUSTOMER ASSISTANCE GROUP
      ASSOCIATIONS, AND FEDERAL BRANCHES     1301 McKINNEY STREET, SUITE 3450
      AND FEDERAL AGENCIES OF FOREIGN BANKS  HOUSTON, TX 77010-9050

   b. STATE MEMBER BANKS, BRANCHES AND       FEDERAL RESERVE CONSUMER HELP
      AGENCIES OF FOREIGN BANKS (OTHER THAN  CENTER
      FEDERAL BRANCHES, FEDERAL AGENCIES     P.O. BOX. 1200
      AND INSURED STATE BRANCHES OF FOREIGN  MINNEAPOLIS, MN 55480
      BANKS), COMMERCIAL LENDING COMPANIES
      OWNED OR CONTROLLED BY FOREIGN BANKS,
      AND ORGANIZATIONS OPERATING UNDER
      SECTION 25 OR 25A OF THE FEDERAL
      RESERVE ACT

   c. NONMEMBER INSURED BANKS, INSURED       FDIC CONSUMER RESPONSE CENTER
      STATE BRANCHES OF FOREIGN BANKS, AND   1100 WALNUT STREET BOX #11
      INSURED STATE SAVINGS ASSOCIATIONS     KANSAS CITY, MO 64106

   d. FEDERAL CREDIT UNIONS                  NATIONAL CREDIT UNION
                                             ADMINISTRATION
                                             OFFICE OF CONSUMER PROTECTION (OCP)
                                             DIVISION OF CONSUMER COMPLIANCE AND
                                             OUTREACH (DCCO)
                                             1775 DUKE STREET
                                             ALEXANDRIA, VA 22314

3. AIR CARRIERS                              ASST. GENERAL COUNSEL FOR AVIATION
                                             ENFORCEMENT & PROCEEDINGS
                                             AVIATION CONSUMER PROTECTION
                                             DIVISION
                                             DEPARTMENT OF TRANSPORTATION
                                             1200 NEW JERSEY AVENUE, S.E.
                                             WASHINGTON, DC 20590

4. CREDITORS SUBJECT TO THE SURFACE          OFFICE OF PROCEEDINGS, SURFACE
   TRANSPORTATION BOARD                      TRANSPORTATION BOARD
                                             DEPARTMENT OF TRANSPORTATION
                                             395 E STREET, S.W.
                                             WASHINGTON, DC 20423

5. CREDITORS SUBJECT TO THE PACKERS AND      NEAREST PACKERS AND STOCKYARDS
   STOCKYARDS ACT, 1921                      ADMINISTRATION AREA SUPERVISOR

6. SMALL BUSINESS INVESTMENT COMPANIES       ASSOCIATE DEPUTY ADMINISTRATOR FOR
                                             CAPITAL ACCESS
                                             UNITED STATES SMALL BUSINESS
                                             ADMINISTRATION
                                             409 THIRD STREET, S.W., 8TH FLOOR
                                             WASHINGTON, DC 20416

7. BROKERS AND DEALERS                       SECURITIES AND EXCHANGE COMMISSION
                                             100 F STREET, N.E.
                                             WASHINGTON, DC 20549

8. FEDERAL LAND BANKS, FEDERAL LAND          FARM CREDIT ADMINISTRATION
   BANK ASSOCIATIONS, FEDERAL                1501 FARM CREDIT DRIVE
   INTERMEDIATE CREDIT BANKS, AND            McLEAN, VA 22102-5090
```

Case 1:21-cv-00532-SAG   Document 83-4   Filed 07/26/21   Page 12 of 12

PRODUCTION CREDIT ASSOCIATIONS

9. RETAILERS, FINANCE COMPANIES, AND          FTC REGIONAL OFFICE FOR REGION IN
   ALL OTHER CREDITORS NOT LISTED ABOVE       WHICH THE CREDITOR OPERATES OR
                                              FEDERAL TRADE COMMISSION: CONSUMER
                                              RESPONSE CENTER- FCRA
                                              WASHINGTON, DC 20580
                                              1-877-382-4357

CONFIDENTIAL
OPCO_0078