# 2020 W-2 and EARNINGS SUMMARY

**ADP**

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general Information.

REDACTED

## W-2 Wage and Tax Statement — 2020
Employee Reference Copy
Copy C for employee's records.
OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 209132 CLI2/DQ1 | 00BC17 | A | 430 |

Employer's name, address, and ZIP code:
OPPENHEIMER & CO INC
SUITE 260
3310 W.BIG BEAVER RD 205
TROY MI 48084

Batch #01947

Employee's name, address, and ZIP code:
BRYCE O CARRASCO
100 EAST REDWOOD STREET
APT 2013
BALTIMORE MD 21202

Employer's FED ID number: 13-5657518
a Employee's SSA number: [REDACTED]

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 109268.68 |
| 2 | Federal income tax withheld | 18044.74 |
| 3 | Social security wages | 116418.68 |
| 4 | Social security tax withheld | 7217.96 |
| 5 | Medicare wages and tips | 116418.68 |
| 6 | Medicare tax withheld | 1688.07 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 — C | 12.00 |
| 12b | D | 7150.00 |
| 12c | | |
| 12d | | |
| 13 | Stat emp / Ret. plan (X) / 3rd party sick pay | |
| 14 | Other | |
| 15 | State / Employer's state ID no. | MD 08311438 |
| 16 | State wages, tips, etc. | 109268.68 |
| 17 | State income tax | 8929.05 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MD. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 119,166.68 | 119,166.68 | 119,166.68 | 119,166.68 |
| Plus GTL (C-Box 12) | 12.00 | 12.00 | 12.00 | 12.00 |
| Less 401(k) (D-Box 12) | 7,150.00 | N/A | N/A | 7,150.00 |
| Less Other Cafe 125 | 2,760.00 | 2,760.00 | 2,760.00 | 2,760.00 |
| Reported W-2 Wages | 109,268.68 | 116,418.68 | 116,418.68 | 109,268.68 |

### 2. Employee Name and Address.

BRYCE O CARRASCO
100 EAST REDWOOD STREET
APT 2013
BALTIMORE MD 21202

© 2020 ADP, Inc.

## W-2 Wage and Tax Statement — 2020 — Federal Filing Copy (CONFIDENTIAL)
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

Wages, tips, other comp.: 109268.68
Federal income tax withheld: 18044.74
Social security wages: 116418.68
Social security tax withheld: 7217.96
Medicare wages and tips: 116418.68
Medicare tax withheld: 1688.07
Control number: 209132 CLI2/DQ1  Dept. 00BC17  Corp. A  430

OPPENHEIMER & CO INC
SUITE 260
3310 W.BIG BEAVER RD 205
TROY MI 48084

Employer's FED ID number: 13-5657518
Employee's SSA number: [REDACTED]

12a C 12.00
12b D 7150.00
13 Ret. plan X

BRYCE O CARRASCO
100 EAST REDWOOD STREET
APT 2013
BALTIMORE MD 21202

State: MD  Employer's state ID no.: 08311438
State wages, tips, etc.: 109268.68
State income tax: 8929.05

## W-2 Wage and Tax Statement — 2020 — MD. State Reference Copy
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

Wages, tips, other comp.: 109268.68
Federal income tax withheld: 18044.74
Social security wages: 116418.68
Social security tax withheld: 7217.96
Medicare wages and tips: 116418.68
Medicare tax withheld: 1688.07
Control number: 209132 CLI2/DQ1  Dept. 00BC17  Corp. A  430

OPPENHEIMER & CO INC
SUITE 260
3310 W.BIG BEAVER RD 205
TROY MI 48084

Employer's FED ID number: 13-5657518
Employee's SSA number: [REDACTED]

12a C 12.00
12b D 7150.00
13 Ret. plan X

BRYCE O CARRASCO
100 EAST REDWOOD STREET
APT 2013
BALTIMORE MD 21202

State: MD  Employer's state ID no.: 08311438
State wages, tips, etc.: 109268.68
State income tax: 8929.05

## W-2 Wage and Tax Statement — 2020 — MD. State Filing Copy
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

Wages, tips, other comp.: 109268.68
Federal income tax withheld: 18044.74
Social security wages: 116418.68
Social security tax withheld: 7217.96
Medicare wages and tips: 116418.68
Medicare tax withheld: 1688.07
Control number: 209132 CLI2/DQ1  Dept. 00BC17  Corp. A  430

OPPENHEIMER & CO INC
SUITE 260
3310 W.BIG BEAVER RD 205
TROY MI 48084

Employer's FED ID number: 13-5657518
Employee's SSA number: [REDACTED]

12a C 12.00
12b D 7150.00
13 Ret. plan X

BRYCE O CARRASCO
100 EAST REDWOOD STREET
APT 2013
BALTIMORE MD 21202

State: MD  Employer's state ID no.: 08311438
State wages, tips, etc.: 109268.68
State income tax: 8929.05