

January 23, 2021

BRYCE:

Thank you for your interest in Discover®. Unfortunately, at this time we are not able to provide you an offer due to the following:

THE NUMBER OF RECENT INQUIRIES

Rest assured, your request did not impact your credit score. In fact, you can easily keep track of your FICO® Credit Score for free and learn more about what affects your credit at Discover.com/Credit-Scorecard.

You can submit another request eight days from the date of this letter.

Sincerely,
Discover Credit Operations Team
1-877-330-4223
Reference Number 210232052394950
ADA100025

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

For a free copy of your credit bureau report, contact:

EXPERIAN/NATL CONSUMER ASSISTANCE CENTER
701 EXPERIAN PARKWAY
PO BOX 2002
ALLEN, TX 75013
(888)397-3742
WWW.EXPERIAN.COM

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Type of credit score FICO
Your credit score 565
Date January 23, 2021
Scores range from a low of 300 to a high of 850
Key factors that affected your credit score were as follows:
SERIOUS DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
% OF BALANCE TO HIGH CREDIT ON BANKING REVOLVING OR ALL REVOLVING ACCT

This information was provided to us by Experian Information Solutions, Inc., a consumer reporting agency.

If you have any questions regarding this letter, you should contact Discover Bank, issuer of the Discover Card, at P.O. Box 15410, Wilmington, DE 19850-5410.

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency which administers compliance with this law concerning Discover Bank, the issuer of the Discover Card, is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

©2017 Discover Bank, Member FDIC