**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Wednesday, December 30, 2020 10:13 PM |
| **To:** | ir@mtb.com |
| **Cc:** | asolice@mtb.com; sgraham1@mtb.com; jberchou@mtb.com; ckay@mtb.com |
| **Subject:** | Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank |
| **Attachments:** | Annual Credit Report - Experian 12.30.2020.pdf; Bryce Carrasco Statement - December 2020.pdf; Drew Solstice - Gmail - Pay Statements.pdf; EquifaxcreditReport_1609380752580.pdf; TransUnion Credit Report v2.pdf |

To whom in may concern,

I am reaching out to notify you that I have submitted a dispute regarding data provided by each of the 3 major credit reporting agencies by M&T Bank regarding a revolving line of credit that I had opened in August 2020. I have attached my statement dated 30 December 2020 and I formally request a written apology and retraction of the information that was submitted, in bad faith, regarding my credit strength due to three missed payments on the newly opened credit account.

Attached are the following documents which provide information as it relates to the nature of my dispute:
1. Experian Credit Report, retrieved December 30, 2020.
2. Transunion Credit Report, retrieved December 30, 2020.
3. Equifax Credit Report, retrieved December 30, 2020.
4. Printed copies of emails exchanged between myself and Drew Solstice, a full time employee of M&T Bank at the Baltimore Branch location on 1 Light Street. As evidence of the availability of my contact information which serves as further proof of the absence of commercially reasonable efforts made to address late payments on the revolving line of credit.
5. A personal Statement which provides background of the situation and how the issue arose.

Thank you and I am available if you have questions. I look forward to prompt response from you to address the issues and misrepresentative information transmitted on behalf of M&T Bank.

Bryce Carrasco
Cell Phone: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Thursday, December 31, 2020 1:25 PM |
| **To:** | ir@mtb.com |
| **Cc:** | asolice@mtb.com; sgraham1@mtb.com; jberchou@mtb.com; ckay@mtb.com |
| **Subject:** | Re: Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank |

I am reaching out to follow up regarding my previous email. Can you please confirm that you received my email? Thank you.

---

**From:** Bryce Carrasco
**Sent:** Wednesday, December 30, 2020 7:13 PM
**To:** ir@mtb.com <ir@mtb.com>
**Cc:** asolice@mtb.com <asolice@mtb.com>; sgraham1@mtb.com <sgraham1@mtb.com>; jberchou@mtb.com <jberchou@mtb.com>; ckay@mtb.com <ckay@mtb.com>
**Subject:** Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank

To whom in may concern,

I am reaching out to notify you that I have submitted a dispute regarding data provided by each of the 3 major credit reporting agencies by M&T Bank regarding a revolving line of credit that I had opened in August 2020. I have attached my statement dated 30 December 2020 and I formally request a written apology and retraction of the information that was submitted, in bad faith, regarding my credit strength due to three missed payments on the newly opened credit account.

Attached are the following documents which provide information as it relates to the nature of my dispute:
1. Experian Credit Report, retrieved December 30, 2020.
2. Transunion Credit Report, retrieved December 30, 2020.
3. Equifax Credit Report, retrieved December 30, 2020.
4. Printed copies of emails exchanged between myself and Drew Solstice, a full time employee of M&T Bank at the Baltimore Branch location on 1 Light Street. As evidence of the availability of my contact information which serves as further proof of the absence of commercially reasonable efforts made to address late payments on the revolving line of credit.
5. A personal Statement which provides background of the situation and how the issue arose.

Thank you and I am available if you have questions. I look forward to prompt response from you to address the issues and misrepresentative information transmitted on behalf of M&T Bank.

Bryce Carrasco
Cell Phone: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Giangrosso, Cindy <cgiangrosso@mtb.com> on behalf of Office of the President <OfficeofthePresident@mtb.com> |
| **Sent:** | Thursday, December 31, 2020 1:49 PM |
| **To:** | 'bocarrasco47@outlook.com' |
| **Subject:** | Correspondence Acknowledgment Email |
| | |
| **Importance:** | High |

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Monday, January 4, 2021 1:08 AM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Acknowledgment Email |

Thank you for the update. I am available to discuss over telephone if necessary. Bryce.

---

**From:** Giangrosso, Cindy <cgiangrosso@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, December 31, 2020 1:49 PM
**To:** 'bocarrasco47@outlook.com' <bocarrasco47@outlook.com>
**Subject:** Correspondence Acknowledgment Email
**Importance:** High

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@outlook.com> |
| **Sent:** | Sunday, January 10, 2021 10:46 PM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Acknowledgment Email |

Hello,

I am reaching out regarding my credit account and request that you lift the minimum payment requirements until all outstanding investigations are concluded and we have reached a mutual understanding regarding the credit agreement. I am losing patience with the lack of transparency and misrepresentations made to **all 3** credit reporting agencies. According to my online account dashboard on M&T bank, I have a minimum payment due on the 13th of January for $60, but I am unable to make payments from my checking account with BofA until the transfer is completed which I just initiated. The transfer is for 356.08 and is scheduled for completion on January 14th. In anticipation for the hostile actions from your automated collection system, I request that you suspend minimum payments immediately.

I could easily have opened an account with PNC and would not have to deal with these issues, and I would expect a more timely response especially since M&T took the initiative to send **all 3** credit reporting agencies inaccurate information regarding my account. This is unacceptable customer service in my view and I hope to receive a response within 24 hours.

Thank you,

Bryce Carrasco

---

**From:** Giangrosso, Cindy <cgiangrosso@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, December 31, 2020 1:49 PM
**To:** 'bocarrasco47@outlook.com' <bocarrasco47@outlook.com>
**Subject:** Correspondence Acknowledgment Email
**Importance:** High

Dear Valued Customer:

We'd like to confirm that we have received your correspondence on December 31, 2020, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing, by sending you a secure e-mail to this e-mail address. Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, officeofthepresident@mtb.com or call us at 716-635-4517.

Sincerely,

Voice of the Customer

---

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender

immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco on behalf of bocarrasco47@outlook.com |
| **Sent:** | Sunday, January 31, 2021 1:29 AM |
| **To:** | Office of the President |
| **Subject:** | More Evidence |
| **Attachments:** | View Account Details _ M&T Bank_31 January 2021.pdf; View Account Details _ M&T Bank_31 January 2021 (Account Info).pdf; Annual Credit Report - Experian-31 January 2021.pdf; TransUnion Credit Report-31 January 2021.pdf; Equifax creditReport_31 January 2021.pdf |

See attached credit reports showing that you have neglected your responsibility pursuant to the FCRA. I will file civil action if I do not hear from you.

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Monday, February 1, 2021 9:00 PM |
| **To:** | Office of the President; ckay@mtb.com; sgraham1@mtb.com |
| **Cc:** | CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; secretary@ftc.gov; consumer@oag.state.md.us; oag@oag.state.md.us |
| **Subject:** | FW: More Evidence |
| **Attachments:** | View Account Details _ M&T Bank_31 January 2021.pdf; View Account Details _ M&T Bank_31 January 2021 (Account Info).pdf; Annual Credit Report - Experian-31 January 2021.pdf; TransUnion Credit Report-31 January 2021.pdf; Equifax creditReport_31 January 2021.pdf |

I am cc'ing the Consumer Financial Protection Bureau, Maryland Attorney General and FTC to make sure they are aware of M&T's conduct. I will also be providing them with each of the *eight* letters sent between September 17 and December 8, 2020 (my account was opened in August 2020) from M&T/Wilmington Trust demanding payments and charging excessive fees; in addition to exposing the practice of using deceptive advertising for new credit card applications under the aegis of a "12-month 0% APR period." Below is the complaint filed with the CFPB for reference. Regards.



# Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDEN |
|---|---|---|---|
| 210201-6000181 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | Manufacturers a<br>Company/M&T |
| 210201-6000182 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | WILMINGTON T |
| 210201-6000090 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | M&T BANK COF |
| 210129-5993986 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | M&T BANK |

❮ | Previous                                                        Page  [ 1 ]  of 1  Gc

---

**From:** Bryce Carrasco
**Sent:** Sunday, January 31, 2021 1:29 AM
**To:** Office of the President <OfficeofthePresident@mtb.com>
**Subject:** More Evidence

See attached credit reports showing that you have neglected your responsibility pursuant to the FCRA. I will file civil action if I do not hear from you.

Bryce Carrasco
Cell: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Monday, February 1, 2021 9:26 PM |
| **To:** | CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; consumer@oag.state.md.us; oag@oag.state.md.us |
| **Cc:** | Office of the President; ckay@mtb.com; sgraham1@mtb.com |
| **Subject:** | RE: More Evidence |
| **Attachments:** | M&Tbank Letter #1 (4 Sept 2020).pdf; MTB Letter #2 (18 Sept 2020).pdf; MTB Letter #4 (16 Oct 2020).pdf; MTB Letter #5 (5 November 2020).pdf; MTB Letter #6 (16 November 2020).pdf; MTB Letter #7 ( 1 Dec 2020).pdf; MTB Letter#3 (25 Sept 2020).pdf |

Attached are the eight letters I received from M&T within the first four months of a 12-month 0% APR introductory period. The effective date for the revolving line of credit was August 3, 2020. I received a letter (the first of 8 letters) dated 4 September 2020 notifying me of changes to terms of my savings account. I believe this was related to litigation which found M&T was charging excessive fees for consumer accounts. The next seven letters I received demanded payment on the credit account I had opened in August 2020. I never received an email or phone call from M&T regarding the account and when I asked the branch manager for documentation when I opened the account I was told that there was no documentation for consumer credit cards. Nevertheless, M&T proceeded to demand minimum payments and reported my delinquency to each of the three major CRAs prior to December 18, 2020. It was also reported that my account was closed at the credit grantor's request, which is inaccurate since my account was never closed. My credit report still shows this despite disputing the information multiple times with each CRA, which suggests that M&T willfully neglected to correct inaccurate/misleading information they furnished to all three CRAs. This resulted in my FICO score dropping to 565 which prevents me from obtaining credit and could effect future employment background checks. I reached out to M&T Bank multiple times and received an email from the Office of the President on December 31, 2020 which confirmed that an investigation was in process regarding my dispute. I have not heard back since then, but my credit report still shows the adverse information and my FICO is still 565, which translates to "very poor" in terms of my credit worthiness. M&T has not fulfilled its duty as a furnisher of information in accordance with the FCRA as amended, and thus has violated federal statute under the U.S. Code.

Thank you.

---

**From:** Bryce Carrasco
**Sent:** Monday, February 1, 2021 9:00 PM
**To:** Office of the President <OfficeofthePresident@mtb.com>; ckay@mtb.com; sgraham1@mtb.com
**Cc:** CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; secretary@ftc.gov; consumer@oag.state.md.us; oag@oag.state.md.us
**Subject:** FW: More Evidence

I am cc'ing the Consumer Financial Protection Bureau, Maryland Attorney General and FTC to make sure they are aware of M&T's conduct. I will also be providing them with each of the *eight* letters sent between September 17 and December 8, 2020 (my account was opened in August 2020) from M&T/Wilmington Trust demanding payments and charging excessive fees; in addition to exposing the practice of using deceptive advertising for new credit card applications under the aegis of a "12-month 0% APR period." Below is the complaint filed with the CFPB for reference. Regards.



## Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDEN |
|---|---|---|---|
| 210201-6000181 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | Manufacturers a<br>Company/M&T |
| 210201-6000182 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | WILMINGTON T |
| 210201-6000090 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | M&T BANK COF |
| 210129-5993986 | Bryce Carrasco | Credit reporting<br>Incorrect information on your report | M&T BANK |

‹ | Previous                                    Page | 1 | of 1   Gc

---

**From:** Bryce Carrasco
**Sent:** Sunday, January 31, 2021 1:29 AM
**To:** Office of the President <OfficeofthePresident@mtb.com>
**Subject:** More Evidence

See attached credit reports showing that you have neglected your responsibility pursuant to the FCRA. I will file civil action if I do not hear from you.

Bryce Carrasco
Cell: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Janker, Caitlin <cjanker@mtb.com> on behalf of Office of the President <OfficeofthePresident@mtb.com> |
| **Sent:** | Tuesday, February 2, 2021 11:19 AM |
| **To:** | bocarrasco47@outlook.com |
| **Subject:** | Correspondence Acknowledgement Email |

Dear Valued Customer,

We'd like to confirm that we have received your correspondence on February 1, 2021, via the CFPB portal, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing by submitting our response directly to the CFPB portal.  Additionally, as part of our research, we might need to contact you. Should you have any questions in the meantime, feel free to reply to this e-mail, OfficeofthePresident@mtb.com  or call us at 716-635-4520.

Sincerely,

Voice of the Customer

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 5, 2021 8:01 PM |
| **To:** | CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; consumer@oag.state.md.us; oag@oag.state.md.us |
| **Cc:** | Office of the President; ckay@mtb.com; sgraham1@mtb.com |
| **Subject:** | RE: More Evidence |
| **Attachments:** | View Account Details _ M&T Bank_31 January 2021.pdf; Experian Dispute Results - 14 January 2021.pdf; Response Letter - Bryce Carrasco - 5 February 2021.pdf; Annual Credit Report - Experian-31 January 2021.pdf; Statement - January 2021 - Dated 16 January 2021.pdf |

Following up on this, attached is:
1. Experian Credit Report Dated 31 January 2021
2. Experian Dispute Results Printed Report – Dated 14 January 2021
3. M&T Account Details Dated 31 January 2021
4. M&T Dispute Response Letter – Dated February 5 2021

M&T does not address relevant factual information in its response sent to me earlier today (#4 from the list above). The attached is specific evidence showing that M&T verified inaccurate information to Experian and did not conduct reasonable investigation into disputed information.

See below:

# M&T BANK

Account • 417094XXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute h
Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | |
| Account Number | 417094XXXXXXXXX | Balance Updated | |
| Account Type | Credit card | Recent Payment | |
| Responsibility | Individual | Monthly Payment | |
| Date Opened | 07/17/2020 | Credit Limit | |
| Status | Closed. $231 past due as of Jan 2021. | Highest Balance | |
| Status Updated | Invalid date | Terms | |

1

This is false and I have specific evidence which shows this. My account was not closed as of Jan 2021 and my account was in good standing as of Jan 2021.

# Other important information about your credit card.

After a review of your account, we have determined that no

case. As such, we are unable to remove the late reporting as

Please be advised that under the Fair Credit Reporting Act,

factual information to the various credit bureaus.

Lastly, our records show your most recent payment made fc
2021, and your account is now up to date.

*Yet, I was charged a late fee on January 16, 2020. Despite this confirmation that the payment had been received on time.*

# Account Summary

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $2,383.00 |
| Payments | - | $231.00 |
| Credits | - | $70.00 |
| Purchases | + | $0.00 |
| Debits | + | $0.00 |
| **Fees Charged** | **+** | **$35.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | | **$2,117.00** |
| **Total Credit Line** | | **$3,500.00** |
| **Available Credit** | | **$1,383.00** |
| Cash Limit | | $1,050.00 |
| Available Cash | | $1,050.00 |
| Days In Billing Cycle | | 31 |
| Closing Date | | 01/16/2021 |

*I was charged a late fee despite having posted payment on January 15, 2021?*

M&T is clearly acting illegally and breaking federal law. Please help me as this company is causing significant harm and is ruining my credit unlawfully.

---

**From:** Bryce Carrasco
**Sent:** Monday, February 1, 2021 9:26 PM
**To:** CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; consumer@oag.state.md.us; oag@oag.state.md.us
**Cc:** Office of the President <OfficeofthePresident@mtb.com>; ckay@mtb.com; sgraham1@mtb.com
**Subject:** RE: More Evidence

Attached are the eight letters I received from M&T within the first four months of a 12-month 0% APR introductory period. The effective date for the revolving line of credit was August 3, 2020. I received a letter (the first of 8 letters) dated 4 September 2020 notifying me of changes to terms of my savings account. I believe this was related to litigation which found M&T was charging excessive fees for consumer accounts. The next seven letters I received demanded payment on the credit account I had opened in August 2020. I never received an email or phone call from M&T regarding the account and when I asked the branch manager for documentation when I opened the account I was told that there was no documentation for consumer credit cards. Nevertheless, M&T proceeded to demand minimum payments and reported my delinquency to each of the three major CRAs prior to December 18, 2020. It was also reported that my account was closed at the credit grantor's request, which is inaccurate since my account was never closed. My credit report still shows this despite disputing the information multiple times with each CRA, which suggests

3

that M&T willfully neglected to correct inaccurate/misleading information they furnished to all three CRAs. This resulted in my FICO score dropping to 565 which prevents me from obtaining credit and could effect future employment background checks. I reached out to M&T Bank multiple times and received an email from the Office of the President on December 31, 2020 which confirmed that an investigation was in process regarding my dispute. I have not heard back since then, but my credit report still shows the adverse information and my FICO is still 565, which translates to "very poor" in terms of my credit worthiness. M&T has not fulfilled its duty as a furnisher of information in accordance with the FCRA as amended, and thus has violated federal statute under the U.S. Code.

Thank you.

---

**From:** Bryce Carrasco
**Sent:** Monday, February 1, 2021 9:00 PM
**To:** Office of the President <OfficeofthePresident@mtb.com>; ckay@mtb.com; sgraham1@mtb.com
**Cc:** CFPBOmbudsman@cfpb.gov; whistleblower@cfpb.gov; secretary@ftc.gov; consumer@oag.state.md.us; oag@oag.state.md.us
**Subject:** FW: More Evidence

I am cc'ing the Consumer Financial Protection Bureau, Maryland Attorney General and FTC to make sure they are aware of M&T's conduct. I will also be providing them with each of the *eight* letters sent between September 17 and December 8, 2020 (my account was opened in August 2020) from M&T/Wilmington Trust demanding payments and charging excessive fees; in addition to exposing the practice of using deceptive advertising for new credit card applications under the aegis of a "12-month 0% APR period." Below is the complaint filed with the CFPB for reference. Regards.



# Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDEN |
|---|---|---|---|
| 210201-6000181 | Bryce Carrasco | Credit reporting Incorrect information on your report | Manufacturers a Company/M&T |
| 210201-6000182 | Bryce Carrasco | Credit reporting Incorrect information on your report | WILMINGTON T |
| 210201-6000090 | Bryce Carrasco | Credit reporting Incorrect information on your report | M&T BANK COF |
| 210129-5993986 | Bryce Carrasco | Credit reporting Incorrect information on your report | M&T BANK |

‹ | Previous                                   Page [ 1 ] of 1  Gc

---

**From:** Bryce Carrasco
**Sent:** Sunday, January 31, 2021 1:29 AM
**To:** Office of the President <OfficeofthePresident@mtb.com>
**Subject:** More Evidence

See attached credit reports showing that you have neglected your responsibility pursuant to the FCRA. I will file civil action if I do not hear from you.

Bryce Carrasco
Cell: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Janker, Caitlin <cjanker@mtb.com> on behalf of Office of the President <OfficeofthePresident@mtb.com> |
| **Sent:** | Monday, February 8, 2021 9:59 AM |
| **To:** | bocarrasco47@outlook.com |
| **Subject:** | Correspondence Acknowledgment Email |

Dear Mr. Carrasco:

We'd like to confirm that we have received your correspondence to this email, by phone, and directly to Mr. Christopher Kay at M&T's Executive Offices via email and LinkedIn, and are currently researching your concerns with the appropriate area(s) of M&T.

Please know that we will respond to your concerns in writing. Should you have any questions in the meantime, feel free to reply to this e-mail, OfficeofthePresident@mtb.com  or call us at 716-635-4520.

Sincerely,

Office of the President

This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Thursday, February 11, 2021 3:26 PM |
| **To:** | Office of the President |
| **Cc:** | Janker, Caitlin; ckay@mtb.com |
| **Subject:** | FCRA |
| **Attachments:** | saunders_v._branch_banking_and_trust.pdf |

I have not heard back from you regarding the derogatory information which remains on my credit report, which was furnished by M&T. Now, it is established that M&T is the furnisher of derogatory information, therefore, it takes on specific duties to maintain compliance pursuant to § 1681s-2(b) of the Fair Credit Reporting Act (FCRA).

I am writing to ensure you are aware that there is a meritorious case that M&T has willfully violated provisions of the FCRA, and each day that my credit score is adversely affected by information provided by M&T is support for the willful violation argument. Attached is a strong legal precedent to build the framework for my case, which I intend to do if necessary.

Below is an excerpt from *Saunders v. Branch Banking and Trust Co. of Va., 526 F.3d 142 (4th Cir. 2008)*:

> We consider first the relevant legal principles governing this FCRA claim and then the arguments offered by BB&T.

> A.

> "Congress enacted FCRA in 1970 to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy." *Safeco Ins. Co. of Am. v. Burr*, 127 S. Ct. 2201, 2205-06 (2007) (citing 84 Stat. 1128, 15 U.S.C. § 1681). To this end, FCRA requires CRAs to follow procedures in reporting consumer credit information that both "meet[ ] the needs of commerce" and are "fair and equitable to the consumer." 15 U.S.C.A. § 1681(b).

> In addition to the duties it imposes on CRAs, FCRA also imposes duties on "furnishers of information." § 1681s-2. Under § 1681s-2(a), FCRA prohibits any person from furnishing information to a CRA that the person knows is inaccurate. Additionally, any person who "regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies" must correct and update the information provided so that it is "complete and accurate."
> § 1681s-2(a)(2).

> At issue in this appeal are the additional duties a furnisher incurs under § 1681s-2(b) if a consumer disputes the accuracy of information that the furnisher reports. If a consumer notifies a CRA that he disputes the accuracy of an item in his file, FCRA requires the CRA to notify the furnisher of the dispute. § 1681i(a)(2). Upon receipt of this notice, a furnisher must:

> (A)   conduct an investigation with respect to the disputed information;

> (B)   review all relevant information provided by the consumer reporting agency pursuant to section 1681i(a)(2) of this title;

(C)   report the results of the investigation to the consumer reporting agency; [and]

(D)   if the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the person furnished the information and that compile and maintain files on consumers on a nationwide basis . . . .

§ 1681s-2(b)(1).

Thus, FCRA requires furnishers to determine whether the information that they previously reported to a CRA is "*incomplete* or inaccurate." § 1681s-2(b)(1)(D) (emphasis added). In so mandating, Congress clearly intended furnishers to review reports not only for inaccuracies in the information reported but also for omissions that render the reported information misleading. Courts have held that a credit report is not accurate under FCRA if it provides information in such a manner as to create a materially misleading impression. *See, e.g.*, *Dalton v. Capital Associated Indus., Inc.*, 257 F.3d 409, 415 (4th Cir. 2001); *see also Koropoulos v. Credit Bureau, Inc.*, 734 F.2d 37, 40-42 (D.C. Cir. 1984) (reasoning that incomplete reporting can violate FCRA when it is "misleading"); *Alexander v. Moore & Assocs., Inc.*, 553 F. Supp. 948, 952 (D. Haw. 1982).[3]

Of particular relevance here, in *Dalton* we addressed the duty of a CRA to report accurately pursuant to § 1681e. 257 F.3d at 415. We held that a report "is inaccurate" not only "when it is 'patently incorrect'" but also "when it is 'misleading in such a way and to such an extent that it can be expected to [have an] adverse[ ]' effect." *Id.* (quoting *Sepulvado v. CSC Credit Servs.*, 158 F.3d 890, 895 (5th Cir. 1998)). Thus, we held that a consumer report that contains technically accurate information may be deemed "inaccurate" if the statement is presented in such a way that it creates a misleading impression. *See id.* at 415-16. The Fifth Circuit reached a similar conclusion, affirming a jury verdict finding a CRA's report inaccurate when the report described an account as "[l]itigation [p]ending," because the report omitted the fact that the consumer, as opposed to the creditor/furnisher, had brought suit. *See Pinner v. Schmidt*, 805 F.2d 1258, 1262-63 (5th Cir. 1986).

Finally, FCRA imposes civil liability on "[a]ny person" violating duties under the Act. §§ 1681n(a); 1681*o*(a). A consumer may recover compensatory damages *or* statutory damages of not more than $1,000, punitive damages, and attorneys fees from any person who "willfully fails to comply" with the requirements of the Act. § 1681n. Only compensatory damages and attorneys fees are available for negligent violations of the Act. § 1681*o*. FCRA explicitly bars private suits for violations of § 1681s-2(a), but consumers can still bring private suits for violations of § 1681s-2(b). *See* § 1681s-2(c); *see also Johnson v. MBNA Am. Bank, NA*, 357 F.3d 426, 431-32 (4th Cir. 2004) (affirming jury verdict in consumer suit for violation of § 1681s-2(b)).

With these principles in mind, we turn to the arguments in the case at hand.

---

Please forward this to your legal team so they are aware of how I am planning to build my case. I am happy to speak with your legal department to discuss the merits of potential litigation. Once again, I do not prefer this as I would rather the issue be resolved by M&T, and I am willing to sign a formal agreement or out of court settlement with a pledge that I will not pursue legal action if certain actions are taken by M&T to resolve the issue at hand.


Thank you for your consideration.

Bryce Carrasco
Cell: 410-858-7432

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 19, 2021 6:36 PM |
| **To:** | ckay@mtb.com |
| **Cc:** | Janker, Caitlin; Office of the President |
| **Subject:** | Failure to disclose dispute |

I just finished phone calls with all three reporting bureau's to see if they had received disclosure from M&T Bank that I am disputing the facts surrounding the information you have furnished. All 3 reporting agencies confirmed that you have not made any disclosure and I recorded all three conversations for the record to support my civil cause of action against Chris Kay and M&T Bank. Your inaction in making the required disclosures under federal law will be used against you in the court of law.

Regards,

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 5, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210129-5993986

Dear Mr. Carrasco:

I am writing in response to your correspondence to M&T's Executive Offices and the
Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card
with Rewards ending -6414. Thank you for the opportunity to respond to your concerns.

**Here's what our records show.**

- You applied for an M&T Visa Credit Card with Rewards at the Light and Redwood
  branch, located at 1 Light Street, Baltimore, MD 21202, and your credit card was
  opened on July 17, 2020.
- The enclosed *M&T Bank Visa Credit Card Agreement* would have been mailed to
  you with your credit card and stipulates under the section titled "Responsibility"
  that by applying for or using the M&T Visa Card, you accept, agree to, and are
  bound by the terms and conditions. You promise to do everything this Agreement
  requires of You, and You promise to pay all amounts due on Your Account. A
  signature was not required.
- As of the date of this letter, our records reflect the above address, and we do not
  have record of a request to update this information. As such, your monthly
  statements, which would have indicated a minimum payment was due, and
  collections notices, were and continue to be mailed to this address.
- Additionally, our Consumer Asset Management area contacted you on several
  occasions by phone at the number you provided at account opening and confirmed
  in your correspondence. These calls were made regarding payments to your credit
  card and to notify you that a payment was past due.

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

After a review of your account, we have determined that no bank error occurred in this case. As such, we are unable to remove the late reporting associated with your credit card. Please be advised that under the Fair Credit Reporting Act, M&T is required to report all factual information to the various credit bureaus.

Lastly, our records show your most recent payment made for $60.00 posted on January 15, 2021, and your account is now up to date.

**We're here to help.**

I hope this information has been helpful. If you have further questions or concerns or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosure

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 19, 2021 6:45 AM |
| **To:** | Office of the President |
| **Subject:** | Re: Correspondence Response Email |

I expect a response in short order. From where I am standing, I don't see a possible logic to playing hardball anymore. Your disclosures and customer service during an unprecedented pandemic are utterly reprehensible and embarrassing. It's bad business and i would have a hard time sleeping at night if I were preying on consumers like Mr. Kay does with his clear attitude of nonchalance and avoidance of any responsibility. I am calling you out Chris for not having the strength to speak with me directly. If you run the consumer credit business, this is squarely on you. It's unethical and desperate. The debt obligation is valid, but the notion that I was bona fide delinquent is a joke. I never even used the credit card as you will see if you even cared to look. I bet you can't even find my account application because your internal records are such a train wreck - it's clear you are a running a boiler room call center and using predatory techniques to take advantage of consumers. I see you for what you are and it's a disgrace. I will probably take this to court regardless of what you choose to do. If you had an ounce of dignity or pride in yourself you would call each credit agency and say what you previously reported was bogus and without any basis. You are mandated by federal law to tell them I am disputing the delinquency, but it looks like you are pretty comfortable breaking the law. You are a morally bankrupt chop shop unable to compete for legitimate market share

Bryce Carrasco
Mobile: (410) 858-7432
Email: bocarrasco47@outlook.com

---

**From:** Bryce Carrasco
**Sent:** Thursday, February 18, 2021 5:24:05 PM
**To:** Office of the President <OfficeofthePresident@mtb.com>
**Subject:** RE: Correspondence Response Email

"M&T also placed phone calls to the telephone number provided by you when your account became delinquent."

This statement is patently false. I provided my cell phone number 410-858-7432 and this will be on file at the Baltimore office, and I will request to have this subpoenaed during discovery.

---

**From:** Janker, Caitlin <cjanker@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, February 18, 2021 4:19 PM
**To:** bocarrasco47@outlook.com
**Subject:** Correspondence Response Email

 

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 19, 2021 1:23 PM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Response Email |

I hereby demand that you disclose that I am actively disputing the delinquencies reported to all three credit agencies. I request this to be done by the end of business as it should have been done when I disputed the information over 30 days ago. Not disclosing that a consumer has initiated a dispute regarding information you furnished is a direct and explicit violation of federal law.

---

**From:** Janker, Caitlin <cjanker@mtb.com> **On Behalf Of** Office of the President
**Sent:** Thursday, February 18, 2021 4:19 PM
**To:** bocarrasco47@outlook.com
**Subject:** Correspondence Response Email

 

\*\*Secure Email Notice\*\*

**Account re-registration will be required due to a recent upgrade enhancement to our Email Encryption system.**

An M&T Bank employee has sent you a secure email message that contains confidential information. The sender's email address is listed in the "from" field of this message. If you have any concerns about the validity of this message, please contact the sender directly, or your M&T Relationship Manager.

To retrieve your secure message, you will need to access our secure, encrypted email delivery system:

**Existing Users**

1. Select the "Click Here" link below

2. Enter your password*

**New Users**

1. Select the "Click Here" link below

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Tuesday, February 23, 2021 5:31 PM |
| **To:** | Office of the President |
| **Subject:** | RE: Correspondence Response Email |

There is no need to respond to my emails, they were not a request for additional correspondence. I would prefer if no further communications took place between myself and M&T regarding this matter outside of the court. Thank you and I consider this matter "unresolved after exercising all out-of-court options to try to settle a dispute" so there is no need to respond to my correspondence effective immediately.

**From:** Janker, Caitlin <cjanker@mtb.com> **On Behalf Of** Office of the President
**Sent:** Tuesday, February 23, 2021 4:09 PM
**To:** bocarrasco47@outlook.com
**Subject:** Correspondence Response Email

 

\*\*Secure Email Notice\*\*

**Account re-registration will be required due to a recent upgrade enhancement to our Email Encryption system.**

An M&T Bank employee has sent you a secure email message that contains confidential information. The sender's email address is listed in the "from" field of this message. If you have any concerns about the validity of this message, please contact the sender directly, or your M&T Relationship Manager.

To retrieve your secure message, you will need to access our secure, encrypted email delivery system:

**Existing Users**

1. Select the "Click Here" link below

2. Enter your password\*

**New Users**

1. Select the "Click Here" link below

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

February 18, 2021

Bryce Carrasco
100 Redwood Street E
Apartment 2013
Baltimore, MD 21202

Re: CFPB Complaint No. 210201-6000182

Dear Mr. Carrasco:

I am in receipt of your follow up correspondence to M&T's Executive Offices and the Consumer Financial Protection Bureau (CFPB) regarding your M&T Visa Credit Card with Rewards ending -6414. Additionally, I am writing as a follow up from our phone conversation from February 8, 2021. Thank you for the opportunity to respond to your concerns.

**Here's what our records show.**

We received similar correspondence from you, and M&T responded to your concerns in a letter dated February 5, 2021, which I have enclosed. To reiterate some of the information contained in this letter, M&T sent statements and letters pertaining to your account to the address that you supplied to M&T Bank. M&T also placed phone calls to the telephone number provided by you when your account became delinquent.

Additionally, we have confirmed that the above-referenced credit line was cancelled in November 2020, as the minimum monthly payments were not received by M&T. Notification of this cancellation was included on the enclosed monthly statements, and this information was, and currently is being reported accurately to the credit bureaus.

Finally, you indicated that your account contained a promotional offer whereby you would be charged a 0% APR on purchases and balance transfers for 12 months. Please note that this promotional offer did not relieve you of the responsibility to make minimum monthly payments. The *M&T Bank Visa Credit Card Agreement* enclosed with our February 5, 2021, response displays the terms of this offer on the first page.

**M&T** Bank

PO Box 2564, Buffalo, NY 14240
Office of the President

**Other important information about your credit card.**

As mentioned in our previous response, our records show your most recent payment made for $60.00 posted on February 8, 2021, and your account is no longer delinquent. As such, the account will be reported as current in accordance with M&T's requirement under the Fair Credit Reporting Act (FCRA) to report accurate information to the various credit bureaus. In keeping with our requirements under FCRA, M&T is not able to remove the previous late reporting associated with your credit card.

Lastly, if you feel that what M&T reports to the credit bureaus may be incorrect, you may wish to file a dispute directly with the credit reporting agencies: Experian (www.experian.com), Equifax (www.equifax.com), and TransUnion (www.transunion.com).

**I hope this clarifies the matter.**

I hope this information has been helpful. If you have further questions or concerns, or would like to update your contact information, please contact us at 1-800-724-2440. Representatives are available Monday – Friday 6am – 9pm, and Saturday and Sunday 9am – 5pm, ET.

Sincerely,

Caitlin Severino
Office of the President

cc: CFPB

Enclosures