**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>MDD_SAGchambers@mdd.uscourts.gov |

July 26, 2021

LETTER ORDER

    Re:  Carrasco v. M&T Bank
          Civil Case No. SAG-21-532

Dear Mr. Carrasco and Counsel:

    Three motions are currently pending in this case: (1) ECF 74, which was docketed as "Motion for Summary Judgment" but was captioned "Motion for Punitive Damages Hearing;" (2) ECF 75, which was docketed as a Motion to Amend/Correct ECF 74 and requests, in part, that Plaintiff's claim pursuant to 15 U.S.C. § 1632 be dismissed; and (3) ECF 80, a Motion to Expedite. Defendant M&T Bank filed an opposition to ECF 75, in which it consented to dismissal of the § 1632 claim. ECF 75 will therefore be **GRANTED IN PART** in that Plaintiff's § 1632 claim will be dismissed and **DENIED IN PART** as to any remaining relief requested.

    As to the remaining claims, on July 26, 2021, Plaintiff filed his Reply to ECF 74, in which, for the first time, he presents specific legal argument in support of his contention that summary judgment is warranted. ECF 83. It is axiomatic that parties are not permitted to advance new arguments for the first time in a reply memorandum, and thus this Court typically would not consider those arguments. *See, e.g., Patrick v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, Fed. Appx. ___, 2021 WL 2157685 at *5, (4th Cir. May 27, 2021) ("[A]rguments raised for the first time in a party's reply brief generally are insufficient for consideration by the district court and are not reviewable on appeal."); *Clawson v. FedEx Ground Package Sys., Inc.*, 451 Supp. 2d 731, 734 (D. Md. 2006) ("[A]n argument raised for the first time in a reply brief or memorandum will not be considered."). However, in light of Plaintiff's pro se status, it seems appropriate to re-docket ECF 83 as Plaintiff's Motion for Summary Judgment and to permit the parties to brief the arguments raised therein on their merits. To achieve that goal, ECF 83 will be marked as "filed in error" and re-docketed as Plaintiff's Motion for Summary Judgment. In accordance with the ordinary motions briefing schedule, Defendant's response to Plaintiff's Motion for Summary Judgment will be due on or before **August 9, 2021**, and Plaintiff's reply will be due on or before **August 23, 2021**. ECF 74 and 80 will be **DENIED**.

    Sincerely yours,

    /s/

    Stephanie A. Gallagher
    United States District Judge