**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-2243**

───────────

DAVID M. DAUGHERTY,

                Plaintiff - Appellee,

    v.

OCWEN LOAN SERVICING, LLC,

                Defendant - Appellant,

    and

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Irene C. Berger, District Judge.  (5:14−cv−24506)

───────────

Argued:  May 11, 2017                        Decided:  July 26, 2017

───────────

Before AGEE, KEENAN, and HARRIS, Circuit Judges.

───────────

Affirmed in part, vacated in part and remanded by unpublished per curiam opinion.

───────────

**ARGUED:** John Curtis Lynch, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellant.  Rachel Sarah Bloomekatz, GUPTA WESSLER PLLC, Washington, D.C., for Appellee.  **ON BRIEF:** Megan Burns, Jonathan M. Kenney, Jason

at 154–55.   In reaching this conclusion, we recognized that willful violations of the FCRA have the potential to cause emotional harm even in the absence of economic damages.   *See id.* at 152–53.   Moreover, in concluding that a punitive damages award 80 times larger than the statutory damages award was constitutional in a case involving a large corporate defendant, our decision provided fair notice to defendants that punitive damage awards in FCRA cases appropriately may reflect high, double-digit multipliers of the statutory or compensatory damages awarded.   *See id.* at 154–55.

Unlike in *Saunders*, however, the jury here found that Daugherty had suffered actual damages, which reflected an injury in kind and amount more serious than the statutory award of $1,000 imposed in *Saunders*.   526 F.3d at 147.   We therefore apply a higher, double-digit ratio than the one we approved in *Saunders* in fixing the upper limit of punitive damages in this case.   Accordingly, we hold that $600,000 is "the outermost punitive damages award that could be sustained" on the evidence presented.   *See Cline*, 144 F.3d at 307.   We therefore reduce the punitive damages award to $600,000 and award Daugherty a new trial nisi remittitur, providing him the option of accepting the reduced amount of punitive damages or of proceeding to a new trial on punitive damages. *See id.*

## V.

For these reasons, we affirm the district court's judgment, except with respect to the court's award of punitive damages.   We reduce the award of punitive damages, grant a new trial on punitive damages nisi remittitur, and remand the case to the district court

with instructions to provide Daugherty the option of accepting the reduced punitive

damages award of $600,000 or of proceeding to a new trial on punitive damages.

*AFFIRMED IN PART,*
*VACATED IN PART*
*AND REMANDED*

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark one)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2015

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from: _____ to _____

Commission File No. 1-13219

# OCWEN FINANCIAL CORPORATION

(Exact name of registrant as specified in its charter)

| **Florida** | **65-0039856** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1661 Worthington Road, Suite 100** | |
| **West Palm Beach, Florida** | **33409** |
| (Address of principal executive office) | (Zip Code) |

**(561) 682-8000**
(Registrant's telephone number, including area code)
Securities registered pursuant to Section 12(b) of the Act:

| **Common Stock, $.01 par value** | **New York Stock Exchange (NYSE)** |
|---|---|
| (Title of each class) | (Name of each exchange on which registered) |

Securities registered pursuant to Section 12 (g) of the Act: Not applicable.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act:

| Large Accelerated filer | ☒ | | Accelerated filer | ☐ |
|---|---|---|---|---|
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act) Yes ☐  No ☒

Aggregate market value of the common stock of the registrant held by nonaffiliates as of June 30, 2015 : $1,230,610,916

Number of shares of common stock outstanding as of February 16, 2016 : 123,852,336 shares

DOCUMENTS INCORPORATED BY REFERENCE: Portions of our definitive Proxy Statement with respect to our Annual Meeting of Shareholders, which is currently scheduled to be held on May 11, 2016, are incorporated by reference into Part II, Item 5 and Part III, Items 10 - 14.

**EXHIBIT**

**2**

EDGARpro
*by EDGAR Online*

# OCWEN FINANCIAL CORP

# FORM 10-K
### (Annual Report)

## Filed 02/29/16 for the Period Ending 12/31/15

| | |
|---|---|
| Address | 1661 WORTHINGTON ROAD |
| | SUITE 100 |
| | WEST PALM BEACH, FL 33409 |
| Telephone | 561-682-8000 |
| CIK | 0000873860 |
| Symbol | OCN |
| SIC Code | 6162 - Mortgage Bankers and Loan Correspondents |
| Industry | Consumer Financial Services |
| Sector | Financial |
| Fiscal Year | 12/31 |

Powered By EDGAROnline
http://www.edgar-online.com
© Copyright 2016, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

**OCWEN FINANCIAL CORPORATION AND SUBSIDIARIES**

**CONSOLIDATED FINANCIAL STATEMENTS AND
REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

**December 31, 2015**

89

**OCWEN FINANCIAL CORPORATION AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(Dollars in thousands, except per share data)**

|  | December 31, 2015 | December 31, 2014 |
|---|---|---|
| **Assets** | | |
| Cash | $ 257,272 | $ 129,473 |
| Mortgage servicing rights ($761,190 and $93,901 carried at fair value) | 1,138,569 | 1,913,992 |
| Advances, net | 444,298 | 893,914 |
| Match funded advances | 1,706,768 | 2,409,442 |
| Loans held for sale ($309,054 and $401,120 carried at fair value) | 414,046 | 488,612 |
| Loans held for investment - Reverse mortgages, at fair value | 2,488,253 | 1,550,141 |
| Receivables, net | 286,981 | 270,596 |
| Deferred tax assets, net | — | 76,987 |
| Premises and equipment, net | 57,626 | 43,310 |
| Other assets ($14,352 and $7,335 carried at fair value) | 610,996 | 490,811 |
| Total assets | $ 7,404,809 | $ 8,267,278 |
| **Liabilities and Equity** | | |
| **Liabilities** | | |
| Match funded liabilities | $ 1,584,049 | $ 2,090,247 |
| Financing liabilities ($2,933,066 and $2,058,693 carried at fair value) | 3,089,255 | 2,258,641 |
| Other secured borrowings | 782,423 | 1,733,691 |
| Senior unsecured notes | 350,000 | 350,000 |
| Other liabilities | 744,444 | 793,534 |
| Total liabilities | 6,550,171 | 7,226,113 |
| **Commitments and Contingencies (Notes 26 and 27)** | | |
| **Equity** | | |
| Ocwen Financial Corporation (Ocwen) stockholders' equity | | |
| Common stock, $.01 par value; 200,000,000 shares authorized; 124,774,516 and 125,215,615 shares issued and outstanding at December 31, 2015 and 2014, respectively | 1,248 | 1,252 |
| Additional paid-in capital | 526,148 | 515,194 |
| Retained earnings | 325,929 | 530,361 |
| Accumulated other comprehensive loss, net of income taxes | (1,763) | (8,413) |
| Total Ocwen stockholders' equity | 851,562 | 1,038,394 |
| Non-controlling interest in subsidiaries | 3,076 | 2,771 |
| Total equity | 854,638 | 1,041,165 |
| Total liabilities and equity | $ 7,404,809 | $ 8,267,278 |

*The accompanying notes are an integral part of these consolidated financial statements*

F-4

**OCWEN FINANCIAL CORPORATION AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Dollars in thousands, except per share data)**

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2015** | **2014** | **2013** |
| **Revenue** | | | |
| Servicing and subservicing fees | $ 1,531,797 | $ 1,894,175 | $ 1,823,559 |
| Gain on loans held for sale, net | 134,969 | 134,297 | 121,694 |
| Other revenues | 74,332 | 82,853 | 93,020 |
| Total revenue | 1,741,098 | 2,111,325 | 2,038,273 |
| | | | |
| **Expenses** | | | |
| Compensation and benefits | 415,055 | 415,530 | 442,777 |
| Goodwill impairment loss | — | 420,201 | — |
| Amortization of mortgage servicing rights | 99,194 | 250,375 | 282,781 |
| Servicing and origination | 344,560 | 202,739 | 112,127 |
| Technology and communications | 154,758 | 167,053 | 140,466 |
| Professional services | 276,393 | 326,667 | 123,886 |
| Occupancy and equipment | 112,864 | 109,179 | 105,145 |
| Other | 75,360 | 143,464 | 94,112 |
| Total expenses | 1,478,184 | 2,035,208 | 1,301,294 |
| | | | |
| **Other income (expense)** | | | |
| Interest income | 18,320 | 22,991 | 22,355 |
| Interest expense | (482,373) | (541,757) | (395,586) |
| Gain on sale of mortgage servicing rights, net | 83,921 | — | — |
| Gain (loss) on extinguishment of debt | — | 2,609 | (8,681) |
| Other, net | (12,643) | (3,119) | (2,588) |
| Total other expense, net | (392,775) | (519,276) | (384,500) |
| | | | |
| Income (loss) before income taxes | (129,861) | (443,159) | 352,479 |
| Income tax expense | 116,851 | 26,396 | 42,061 |
| **Net income (loss)** | (246,712) | (469,555) | 310,418 |
| Net income attributable to non-controlling interests | (305) | (245) | — |
| **Net income (loss) attributable to Ocwen stockholders** | (247,017) | (469,800) | 310,418 |
| Preferred stock dividends | — | (1,163) | (5,031) |
| Deemed dividends related to beneficial conversion feature of preferred stock | — | (1,639) | (6,989) |
| **Net income (loss) attributable to Ocwen common stockholders** | $ (247,017) | $ (472,602) | $ 298,398 |
| | | | |
| **Earnings (loss) per share attributable to Ocwen common stockholders** | | | |
| Basic | $ (1.97) | $ (3.60) | $ 2.20 |
| Diluted | $ (1.97) | $ (3.60) | $ 2.13 |
| **Weighted average common shares outstanding** | | | |
| Basic | 125,315,899 | 131,362,284 | 135,678,088 |
| Diluted | 125,315,899 | 131,362,284 | 139,800,506 |