**REDACTED**

7/16/19

# SCREENING REPORT



**Bryce Carrasco**
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

REPORT #
**15412649**

## CASE STATUS

**Review** ⊗

| SERVICE | DESCRIPTION | STATUS |
|---|---|---|
| Subject Data | Bryce Carrasco | ⊗ |
| Financial | Financial History (Credit) | ● |
| Bankruptcy | Bankruptcy (Credit) | ● |
| County Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Baltimore City, Maryland | ● |
| County Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Anne Arundel, Maryland | ● |
| County Civil | Major & Minor - Baltimore City, Maryland | ● |
| County Civil | Major & Minor - Anne Arundel, Maryland | ● |
| Federal Criminal and Other Offenses | Felony, Misdemeanor and Other Offenses - Anne Arundel, MD; Baltimore City, MD | ● |
| Federal Civil | Major & Minor - Anne Arundel, MD; Baltimore City, MD | ● |
| National Criminal Database | Subject Name: BRYCE CARRASCO | ● |
| ActionsBase | Producer ActionsBase - Carrasco, Bryce | ● |

KEY:  ● Pass   ⊗ Review   ▲ Pending

**Please Notice**

Please be advised that Business Information Group's "Pass/Review" ratings are exclusively based on objective standards of interpreting background information legally obtained under The Fair Credit Reporting Act (15 U.S.C. section 1681). Such "Pass/Review" assessments should not be inferred nor understood as legally binding indications, recommendations or consumer rating assessments by Business Information Group. Any and all interpretive procedures utilized in characterizing what constitutes all "Pass/Review" ratings are established individually by each client of Business Information Group and are merely included in said report for that client's specific requirements. Business Information Group does not make any employment or contracting decisions for its clients based on background information in accordance with section 1681m of the FCRA.

**REDACTED**

# Screening Package

# Bryce Carrasco

| | |
|---|---|
| CLIENT | CLIENT CODE |
| **Oppenheimer & Co. - Registration** | **523-001** |
| REQUESTER | REPORT # |
| **Nydia Burgos / BC** | **15412649** |
| REQUEST DATE | DELIVERY DATE |
| **07/15/2019** | **07/16/2019** |
| CASE CREATED DATE | |
| **07/15/2019** | |

🌐 Personal & Confidential

This report is only to be used in strict adherence to the terms and conditions set forth in the Agreement between Business Information Group, Inc. and its client. © Business Information Group, Inc. 2019. All rights reserved. Business Information Group, Inc. is a subsidiary of Vertical Screen, Inc. Direct any questions to Business Information Group, P.O. Box 541, Southampton, PA 18966, (800) 803-0331, Fax: 215 396-9879.

**REDACTED**

| SERVICE | STATUS |
|---|---|
| Subject Data | Review ⊗ |

**Name:** Bryce Carrasco

**Date of Birth:** 09/11/1996

**Social Security /ID#:** [REDACTED]

| SSN/ID# Validation | |
|---|---|
| State Issued: | MD |
| Date Issued: | 10/02/1996-07/01/1997 |
| DOB Scan: | Clear |
| Death Index: | Clear |
| Valid SSN/ID#: | Yes |

**Current Address:**
100 East Redwood Street
Baltimore, MD 21202
Baltimore City
United States

**Other Addresses:**
334 TERNWING DR
ARNOLD, MD 21012
Anne Arundel County
United States

**Comments:** Credit Report Databases indicate the subject's most recent address is in 334 TERNWING DR ARNOLD, MD.

| SERVICE | STATUS |
|---|---|
| **Financial** | **Pass** |

| | | |
|---|---|---|
| **Total Installment Balance:** | $ | not available |
| **Total Real Estate Balance:** | $ | not available |
| **Total Revolving Credit Balance:** | $ | 121.00 |
| **Total Revolving Credit:** | $ | 300.00 |
| **Total Revolving Credit Available:** | $ | 179.00 |
| **Total lines of trade on credit report:** | | 2 |
| **Lines of trade reported current/satisfied:** | | 2 |
| **Lines of trade reported past due or in collection:** | | 0 |
| **Total Report inquires in past 24 months:** | | 1 |

**Source:** TransUnion Databases

**Search Date:** 07/15/2019

**Comments:** None

| SERVICE | STATUS |
|---|---|
| **Bankruptcy** | **Pass**  |

| | |
|---|---|
| **Source Searched:** | TransUnion Databases (10 years) |
| **Date of Search:** | 07/15/2019 |
| **Subject Covered:** | Bryce Carrasco |
| **Search Results:** | No records found |
| **Comments:** | None |

| SERVICE | | STATUS |
|---|---|---|
| **County Criminal and Other Offenses** | | **Pass** ● |

**Source Searched:** Baltimore City 8th Judicial Circuit & District Courts
**State:** Maryland
**Records Covered:** Felony, Misdemeanor and Other Offenses
**Date of Search:** 07/16/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **County Criminal and Other Offenses** | | **Pass** ● |

**Source Searched:** Anne Arundel County 5th Judicial Circuit & District Courts
**State:** Maryland
**Records Covered:** Felony, Misdemeanor and Other Offenses
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **County Civil** | | **Pass** ● |

**Source Searched:** Baltimore City 8th Judicial Circuit and District Courts
**Records Covered:** Major & Minor
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **County Civil** | **Pass** |  |

**Source Searched:** Anne Arundel County Judicial Circuit and District Courts
**Records Covered:** Major & Minor
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **Federal Criminal and Other Offenses** | **Pass** |  |

**Source Searched:** USDC - District of MD
**Records Covered:** Felony, Misdemeanor and Other Offenses
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | | STATUS |
|---|---|---|
| **Federal Civil** | **Pass** |  |

**Source Searched:** USDC - District of MD
**Records Covered:** Major & Minor
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | STATUS |
|---|---|
| **National Criminal Database** | **Pass** |

**Source Searched:** National Criminal Database
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

| SERVICE | STATUS |
|---|---|
| **Producer ActionsBase + OFAC** | **Pass**  |

**Source Searched:** BIG's Producer ActionsBase
**Date of Search:** 07/15/2019
**Subject Covered:** Bryce Carrasco
**Search Results:** No records found
**Comments:** None

**Note:** The Producer ActionsBase is a proprietary database of disciplinary and regulatory actions taken against individuals and organizations. It also includes the Office of Foreign Asset Control (OFAC) list and other national terrorist watch lists. Regulatory sources include State Insurance, Banking & Securities Departments, FINRA, SEC, OTS, OCC, CFTC, AMEX, NYSE and more.

### End of Report

### Copy of Trans Union Employment Credit Attached

```
TRANSUNION EMPLOYMENT CREDIT REPORT FOR:      USER REF:
523 OPPENHEI                                  DATE REPORT PRINTED:   07/15/2019
FPH2609852    BUREAU: 17                      CENTRAL STANDARD TIME: 08:23
                                              IN OUR FILES SINCE:    02/2017

SUBJECT NAME:
  CARRASCO, BRYCE
                                              SOCIAL SECURITY NUMBER:
                                              PHONE:                 410-858-7432
CURRENT ADDRESS REPORTED: 02/2017
 334 TERNWING DR., ARNOLD MD. 21012
                         CREDIT INFORMATION
--------------------------------------------------------------------------------
SPECIAL MESSAGES:
***ADDRESS ALERT: CURRENT INPUT ADDRESS DOES NOT MATCH FILE ADDRESS(ES)
****IDVISION ALERTS : CLEAR FOR ALL SEARCHES PERFORMED***
--------------------------------------------------------------------------------
THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY:
```

```
PUBLIC RECORDS:     0    CURRENT NEGATIVE ACCTS:  0    REVOLVING ACCTS:    1
COLLECTIONS:        0    PREVIOUS NEGATIVE ACCTS: 0    INSTALLMENT ACCTS:  0
TRADE ACCTS:        2    PREVIOUS TIMES NEGATIVE: 0    MORTGAGE ACCTS:     0
CREDIT INQUIRIES:   1    EMPLOYMENT INQUIRIES:    1    OPEN ACCTS:         1

              HIGH CRED    CRED LIMIT    BALANCE    PAST DUE    MNTHLY    AVAIL
REVOLVING:    $121         $300          $121       $0          $27       60%
OPEN:         $8588        $0            $6261      $0          $0        27%
TOTALS:       $8709        $300          $6382      $0          $27
```

------------------------------------------------------------------------

THE FOLLOWING ACCOUNT INFORMATION IS PRINTED IN ORDER BY MOST NEGATIVE MANNER
OF PAYMENT (MOP) AND DATE MOST RECENTLY UPDATED.

```
  KOHLS/CAPONE              D 12EN005           REVOLVING ACCOUNT
                                                CHARGE ACCOUNT
   VERIF'D  06/2019   BALANCE: $121             INDIVIDUAL ACCOUNT
   OPENED   05/2019   MOST OWED:  $121          CREDIT LIMIT: $300
                      PAST DUE:$0
   STATUS AS OF 06/2019  CURRENT; PAID OR PAYING AS AGREED
  CONTACT SUBSCRIBER:  KOHLS/CAPONE                PH#:   (800) 564-5740
                       PO BOX 3115                        MILWAUKEE, WI 53201

   AMEX                      B 21WB001           OPEN ACCOUNT
                                                 CREDIT CARD
   VERIF'D  06/2019   BALANCE: $6261             AUTHORIZED ACCOUNT
   OPENED   01/2017   MOST OWED:  $8588
                      PAST DUE:$0
    STATUS AS OF 06/2019  CURRENT; PAID OR PAYING AS AGREED
  IN PRIOR 28 MONTH/S FROM DATE VERIF'D NEVER LATE
  PAYMENT PATTERN:1111111111111111111111111
  CONTACT SUBSCRIBER:  AMEX                        PH#:   (800) 874-2717
                       P.O. BOX 981537                    EL PASO, TX 79998
```

------------------------------------------------------------------------

THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

```
  DATE         SUBCODE     SUBSCRIBER NAME

  04/02/2018   D3279220    MACYS/DSNB                             (800) 243-6552
                           PO BOX 8218
                           MASON, OH 45040
```

------------------------------------------------------------------------

THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S FILE FOR
EMPLOYMENT USE:

```
  DATE         SUBCODE     SUBSCRIBER NAME

  07/15/2019   F2609852    523 OPPENHEI
```

------------------------------------------------------------------------

EMPLOYMENT CREDIT REPORT SERVICED BY:

TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
     HTTP://WWW.TRANSUNION.COM

                              END OF TRANSUNION REPORT
         A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

PARA INFORMACION EN ESPANOL, VISITE WWW.CONSUMERFINANCE.GOV O ESCRIBE A LA
CONSUMER FINANCIAL PROTECTION BUREAU, 1700 G STREET N.W., WASHINGTON,DC 20552.

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) PROMOTES THE ACCURACY, FAIRNESS, AND PRIVACY OF INFORMATION IN THE FILES OF CONSUMER REPORTING AGENCIES. THERE ARE MANY TYPES OF CONSUMER REPORTING AGENCIES, INCLUDING CREDIT BUREAUS AND SPECIALTY AGENCIES (SUCH AS AGENCIES THAT SELL INFORMATION ABOUT CHECK WRITING HISTORIES, MEDICAL RECORDS, AND RENTAL HISTORY RECORDS). FOR MORE INFORMATION, INCLUDING INFORMATION ABOUT ADDITIONAL RIGHTS,
GO TO WWW.CONSUMERFINANCE.GOV/LEARNMORE, OR WRITE TO: CONSUMER FINANCIAL PROTECTION BUREAU, 1700 G STREET N.W., WASHINGTON, DC 20552.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU. ANYONE WHO USES A CREDIT REPORT OR ANOTHER TYPE OF CONSUMER REPORT TO DENY YOUR APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT - OR TO TAKE ANOTHER ADVERSE ACTION AGAINST YOU - MUST TELL YOU, AND MUST GIVE YOU THE NAME, ADDRESS, AND PHONE NUMBER OF THE AGENCY THAT PROVIDED THE INFORMATION.

- YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE. YOU MAY REQUEST AND OBTAIN ALL THE INFORMATION ABOUT YOU IN THE FILES OF A CONSUMER REPORTING AGENCY (YOUR "FILE DISCLOSURE"). YOU WILL BE REQUIRED TO PROVIDE PROPER IDENTIFICATION, WHICH MAY INCLUDE YOUR SOCIAL SECURITY NUMBER. IN MANY CASES, THE DISCLOSURE WILL BE FREE. YOU ARE ENTITLED TO A FREE FILE DISCLOSURE IF:

- A PERSON HAS TAKEN ADVERSE ACTION AGAINST YOU BECAUSE OF INFORMATION IN YOUR CREDIT REPORT;

- YOU ARE THE VICTIM OF IDENTITY THEFT AND PLACE A FRAUD ALERT IN YOUR FILE;

- YOUR FILE CONTAINS INACCURATE INFORMATION AS A RESULT OF FRAUD;

- YOU ARE ON PUBLIC ASSISTANCE;

- YOU ARE UNEMPLOYED BUT EXPECT TO APPLY FOR EMPLOYMENT WITHIN 60 DAYS. IN ADDITION, ALL CONSUMERS ARE ENTITLED TO ONE FREE DISCLOSURE EVERY 12 MONTHS UPON REQUEST FROM EACH NATIONWIDE CREDIT BUREAU AND FROM NATIONWIDE SPECIALTY CONSUMER REPORTING AGENCIES. SEE WWW.CONSUMERFINANCE.GOV/LEARNMORE FOR MORE INFORMATION.

- YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE. CREDIT SCORES ARE NUMERICAL SUMMARIES OF YOUR CREDIT-WORTHINESS BASED ON INFORMATION FROM CREDIT BUREAUS. YOU MAY REQUEST A CREDIT SCORE FROM CONSUMER REPORTING AGENCIES THAT CREATE SCORES OR DISTRIBUTE SCORES USED IN RESIDENTIAL REAL PROPERTY LOANS, BUT YOU WILL HAVE TO PAY FOR IT. IN SOME MORTGAGE TRANSACTIONS, YOU WILL RECEIVE CREDIT SCORE INFORMATION FOR FREE FROM THE MORTGAGE LENDER.

- YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION. IF YOU IDENTIFY INFORMATION IN YOUR FILE THAT IS INCOMPLETE OR INACCURATE, AND REPORT IT TO THE CONSUMER REPORTING AGENCY, THE AGENCY MUST INVESTIGATE UNLESS YOUR DISPUTE IS FRIVOLOUS. SEE WWW.CONSUMERFINANCE.GOV/LEARNMORE FOR AN EXPLANATION OF DISPUTE PROCEDURES.

- CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION. INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION MUST BE REMOVED OR CORRECTED, USUALLY WITHIN 30 DAYS. HOWEVER, A CONSUMER REPORTING AGENCY MAY CONTINUE TO REPORT INFORMATION IT HAS VERIFIED AS ACCURATE.

- CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION. IN MOST CASES, A CONSUMER REPORTING AGENCY MAY NOT REPRT NEGATIVE INFORMATION THAT IS MORE THAN SEVEN YEARS OLD, OR BANKRUPTCIES THAT ARE MORE THAN 10 YEARS OLD.

- ACCESS TO YOUR FILE IS LIMITED. A CONSUMER REPORTING AGENCY MAY PROVIDE INFORMATION ABOUT YOU ONLY TO PEOPLE WITH A VALID NEED - USUALLY TO CONSIDER AN APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER

    BUSINESS. THE FCRA SPECIFIES THOSE WITH A VALID NEED FOR ACCESS.

- YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS. A CONSUMER REPORTING AGENCY MAY NOT GIVE OUT INFORMATION ABOUT YOU TO YOUR EMPLOYER, OR A POTENTIAL EMPLOYER, WITHOUT YOUR WRITTEN CONSENT GIVEN TO THE EMPLOYER. WRITTEN CONSENT GENERALLY IS NOT REQUIRED IN THE TRUCKING INDUSTRY. FOR MORE INFORMATION, GO TO WWW.CONSUMERFINANCE.GOV/LEARNMORE.

- YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT. UNSOLICITED "PRESCREENED" OFFERS FOR CREDIT AND INSURANCE MUST INCLUDE A TOLL-FREE PHONE NUMBER YOU CAN CALL IF YOU CHOOSE TO REMOVE YOUR NAME AND ADDRESS FROM THE LISTS THESE OFFERS ARE BASED ON. YOU MAY OPT-OUT WITH THE NATIONWIDE CREDIT BUREAUS AT 1-888-5-OPTOUT (1-888-567-8688).

- CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.  YOU HAVE A RIGHT TO PLACE A "SECURITY FREEZE" ON YOUR CREDIT REPORT, WHICH WILL PROHIBIT A CONSUMER REPORTING AGENCY FROM RELEASING INFORMATION IN YOUR CREDIT REPORT WITHOUT YOUR EXPRESS AUTHORIZATION. THE SECURITY FREEZE IS DESIGNED TO PREVENT CREDIT, LOANS, AND SERVICES FROM BEING APPROVED IN YOUR NAME WITHOUT YOUR CONSENT. HOWEVER, YOU SHOULD BE AWARE THAT USING A SECURITY FREEZE TO TAKE CONTROL OVER WHO GETS ACCESS TO THE PERSONAL AND FINANCIAL INFORMATION IN YOUR CREDIT REPORT MAY DELAY, INTERFERE WITH, OR PROHIBIT THE TIMELY APPROVAL OF ANY SUBSEQUENT REQUEST OR APPLICATION YOU MAKE REGARDING  A NEW LOAN, CREDIT, MORTGAGE, OR ANY OTHER ACCOUNT INVOLVING THE EXTENSION OF CREDIT.

    A SECURITY FREEZE DOES NOT APPLY TO A PERSON OR ENTITY, OR ITS AFFILIATES, OR COLLECTION AGENCIES ACTING ON BEHALF OF THE PERSON OR ENTITY,  WITH WHICH YOU HAVE AN EXISTING ACCOUNT THAT REQUESTS INFORMATION IN YOUR CREDIT REPORT FOR THE PURPOSES OF REVIEWING OR COLLECTING THE ACCOUNT.  REVIEWING THE ACCOUNT INCLUDES ACTIVITIES RELATED TO ACCOUNT MAINTENANCE, MONITORING, CREDIT LINE INCREASES, AND ACCOUNT UPGRADES AND ENHANCEMENTS.

- AS AN ALTERNATIVE TO A SECURITY FREEZE,  YOU HAVE THE RIGHT TO PLACE AN INITIAL OR EXTENDED FRAUD ALERT ON YOUR CREDIT FILE AT NO COST. AN INITIAL FRAUD ALERT IS A 1-YEAR ALERT THAT IS PLACED ON A CONSUMER'S CREDIT FILE. UPON SEEING A FRAUD ALERT DISPLAY ON A CONSUMER'S CREDIT FILE, A BUSINESS IS REQUIRED TO TAKE STEPS TO VERIFY THE CONSUMER'S IDENTITY BEFORE EXTENDING NEW CREDIT. IF YOU ARE A VICTIM OF IDENTITY THEFT, YOU ARE ENTITLED TO AN EXTENDED FRAUD ALERT, WHICH IS A FRAUD ALERT LASTING 7 YEARS.

- YOU MAY SEEK DAMAGES FROM VIOLATORS. IF A CONSUMER REPORTING AGENCY, OR, IN SOME CASES, A USER OF CONSUMER REPORTS OR A FURNISHER OF INFORMATION TO A CONSUMER REPORTING AGENCY VIOLATES THE FCRA, YOU MAY BE ABLE TO SUE IN STATE OR FEDERAL COURT.

- IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS. FOR MORE INFORMATION, VISIT WWW.CONSUMERFINANCE.GOV/LEARNMORE.

STATES MAY ENFORCE THE FCRA, AND MANY STATES HAVE THEIR OWN CONSUMER REPORTING LAWS. IN SOME CASES, YOU MAY HAVE MORE RIGHTS UNDER STATE LAW. FOR MORE INFORMATION, CONTACT YOUR STATE OR LOCAL CONSUMER PROTECTION AGENCY OR YOUR STATE ATTORNEY GENERAL. FOR INFORMATION ABOUT YOUR FEDERAL RIGHTS, CONTACT:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. BANKS, SAVINGS ASSOCIATIONS, AND CREDIT UNIONS WITH TOTAL ASSETS OF OVER $10 BILLION AND THEIR AFFILIATES | CONSUMER FINANCIAL PROTECTION BUREAU 1700 G STREET, N.W. WASHINGTON, DC 20552 |
| b. SUCH AFFILIATES THAT ARE NOT BANKS, | FEDERAL TRADE COMMISSION: |

| | | |
|---|---|---|
| | SAVINGS ASSOCIATIONS, OR CREDIT UNIONS ALSO SHOULD LIST, IN ADDITION TO THE CFPB: | CONSUMER RESPONSE CENTER -FCRA WASHINGTON, DC 20580 1-877-382-4357 |
| 2. | TO THE EXTENT NOT INCLUDED IN ITEM 1 ABOVE: | OFFICE OF THE COMPTROLLER OF THE CURRENCY |
| | a. NATIONAL BANKS, FEDERAL SAVINGS ASSOCIATIONS, AND FEDERAL BRANCHES AND FEDERAL AGENCIES OF FOREIGN BANKS | CUSTOMER ASSISTANCE GROUP 1301 McKINNEY STREET, SUITE 3450 HOUSTON, TX 77010-9050 |
| | b. STATE MEMBER BANKS, BRANCHES AND AGENCIES OF FOREIGN BANKS (OTHER THAN FEDERAL BRANCHES, FEDERAL AGENCIES AND INSURED STATE BRANCHES OF FOREIGN BANKS), COMMERCIAL LENDING COMPANIES OWNED OR CONTROLLED BY FOREIGN BANKS, AND ORGANIZATIONS OPERATING UNDER SECTION 25 OR 25A OF THE FEDERAL RESERVE ACT | FEDERAL RESERVE CONSUMER HELP CENTER P.O. BOX. 1200 MINNEAPOLIS, MN 55480 |
| | c. NONMEMBER INSURED BANKS, INSURED STATE BRANCHES OF FOREIGN BANKS, AND INSURED STATE SAVINGS ASSOCIATIONS | FDIC CONSUMER RESPONSE CENTER 1100 WALNUT STREET BOX #11 KANSAS CITY, MO 64106 |
| | d. FEDERAL CREDIT UNIONS | NATIONAL CREDIT UNION ADMINISTRATION OFFICE OF CONSUMER PROTECTION (OCP) DIVISION OF CONSUMER COMPLIANCE AND OUTREACH (DCCO) 1775 DUKE STREET ALEXANDRIA, VA 22314 |
| 3. | AIR CARRIERS | ASST. GENERAL COUNSEL FOR AVIATION ENFORCEMENT & PROCEEDINGS AVIATION CONSUMER PROTECTION DIVISION DEPARTMENT OF TRANSPORTATION 1200 NEW JERSEY AVENUE, S.E. WASHINGTON, DC 20590 |
| 4. | CREDITORS SUBJECT TO THE SURFACE TRANSPORTATION BOARD | OFFICE OF PROCEEDINGS, SURFACE TRANSPORTATION BOARD DEPARTMENT OF TRANSPORTATION 395 E STREET, S.W. WASHINGTON, DC 20423 |
| 5. | CREDITORS SUBJECT TO THE PACKERS AND STOCKYARDS ACT, 1921 | NEAREST PACKERS AND STOCKYARDS ADMINISTRATION AREA SUPERVISOR |
| 6. | SMALL BUSINESS INVESTMENT COMPANIES | ASSOCIATE DEPUTY ADMINISTRATOR FOR CAPITAL ACCESS UNITED STATES SMALL BUSINESS ADMINISTRATION 409 THIRD STREET, S.W., 8TH FLOOR WASHINGTON, DC 20416 |
| 7. | BROKERS AND DEALERS | SECURITIES AND EXCHANGE COMMISSION 100 F STREET, N.E. WASHINGTON, DC 20549 |
| 8. | FEDERAL LAND BANKS, FEDERAL LAND BANK ASSOCIATIONS, FEDERAL INTERMEDIATE CREDIT BANKS, AND | FARM CREDIT ADMINISTRATION 1501 FARM CREDIT DRIVE McLEAN, VA 22102-5090 |

| | |
|---|---|
| PRODUCTION CREDIT ASSOCIATIONS | |
| 9. RETAILERS, FINANCE COMPANIES, AND ALL OTHER CREDITORS NOT LISTED ABOVE | FTC REGIONAL OFFICE FOR REGION IN WHICH THE CREDITOR OPERATES OR FEDERAL TRADE COMMISSION: CONSUMER RESPONSE CENTER- FCRA WASHINGTON, DC 20580 1-877-382-4357 |