# Investment Banking Analyst (2019)

Investment Banking Analyst (2019)

Bryce Carrasco
Saturday, May 25, 2019 5:13 PM
Requisition Id: 1032159

* Indicates a required field

## Oppenheimer

Oppenheimer & Co. Inc. is an equal employment opportunity employer. Federal law prohibits discrimination because of race, sex, color, religion, national origin, handicap and age. State laws prohibit such discrimination and some states prohibit discrimination because of height, weight and marital status.

## APPLICATION FOR EMPLOYMENT

Incomplete applications will be rejected.

| First Name * | Middle Name | Last Name * |
|---|---|---|
| Bryce | | Carrasco |

Place of Residence

**Street Address ***

334 Ternwing Dr

**Address Line 2**

| City * | State or Province * | Zip/Postal Code * |
|---|---|---|
| Arnold | Maryland | 21012 |

**Country ***

UNITED STATES

| Primary Phone Number * | Type * | Secondary Phone Number | Type |
|---|---|---|---|
| 4108587432 | ● Mobile | | ○ Mobile |
| | ○ Home | | ○ Home |
| | ○ Work | | ○ Work |
| | ○ Other | | ○ Other |

**Email Address ***

bocarrasco47@outlook.com

Do you now or have you ever worked for Oppenheimer or any of its affiliates as an employee, consultant, independent contractor, or as an employee of a temporary/staffing agency with placement at Oppenheimer? *

○ Yes

◉ No

**How did you hear about this job? ***

Other ▼

**If Referral, Agency, Other Internet Posting, Other, then list source:**

Network Connections

**Names of any relatives and/or acquaintances employed by Oppenheimer:**

**Minimum Annual Salary Desired: ***

$70,000

| School or Institution | Degree | Major/Discipline | Location |
|---|---|---|---|
| Loyola University Maryland | Bachelors Degree | Finance | Baltimore, MD |

Please list your work experience for the previous ten (10) years beginning with your most recent employer.

**Earliest Date Available to Start Work: ***

7/8/2019

*[handwritten annotations: 06/2019 unemployed; Loyola University 08/2015 - 05/2019; St Marys HS 08/2011 - 07/2015; Magothy River MS 08/2008 - 07/2011]*

**Company Name ***

Harris Williams & Co.

| Address * | City * | State * |
|---|---|---|
| One International Place, Suite 2620 | Boston | Massachusetts |

| Position Title * | Start Date * | End Date * | Supervisor's Name * |
|---|---|---|---|
| Investment Banking Summer Analyst | 6/1/2018 | 8/10/2018 | Michael Quealy |

☐ Present

**State each and every reason for leaving and/or termination and whether voluntary or involuntary ***

Internship Ended, Voluntary

CONFIDENTIAL
https://opco.clearcompany.com/recruiting/applyonline/snapshot/46adb747-8a7a-1682-b57...   6/11/2019

OPCO_0020

**Company Name ***

Capital Funding Group, Inc.

| Address * | City * | State * | |
|---|---|---|---|
| 1422 Clarkview Road | Baltimore | Maryland | |

| Position Title * | Start Date * | End Date * | Supervisor's Name * |
|---|---|---|---|
| Summer Analyst | 5/1/2017 | 8/31/2017 | Daniel Baird |

☐ Present

**State each and every reason for leaving and/or termination and whether voluntary or involuntary ***

Internship Ended, Voluntary

---

Do not list expired licenses or certifications

**Please list all license/certifications you have and their appropriate issuing organization:**

Please provide three (3) professional references

| Name in Full * | Complete Address * |
|---|---|
| Michael Quealy | One International Place, Suite 2620, Boston, MA 02110 |

**Telephone Number ***

617-654-2126

| Company Name * | Occupation * | Email Address * |
|---|---|---|
| Harris Williams & Co. | Investment Banking Associate | mquealy@harriswilliams.com |

| Name in Full * | Complete Address * | Telephone Number * |
|---|---|---|
| Andrew Leed | 575 Market Street, 31st Floor San Francisco, CA 94105 | 857-265-4041 |

| Company Name * | Occupation * | Email Address * |
|---|---|---|
| Harris Williams & Co. | Director - TMT Group | aleed@harriswilliams.com |

| Name in Full * | Complete Address * |
|---|---|
| Danny Schatzman | 575 Market Street, 31st Floor San Francisco, CA 94105 |

**Telephone Number ***

415-217-3408

| Company Name * | Occupation * | Email Address * |
|---|---|---|
| Harris Williams & Co. | Investment Banking Analyst | dschatzman@harriswilliams.com |

**Are you over 18 years old? ***

- ◉ Yes
- ○ No

Are you legally authorized to work for Oppenheimer in the country in which the job is located? *

- ◉ Yes
- ○ No

Will you now or in the future require visa sponsorship for employment at Oppenheimer? *

- ○ Yes
- ◉ No

Are you currently subject to any post-termination employment restrictions (including, but not limited to, notice period, garden leave, non-diclosure of confidential information, non-compete/non-solicitation restrictions, etc.) *

- ○ Yes
- ◉ No

Are you currently or have you ever been a registered representative in the securities industry? *

- ○ Yes
- ◉ No

Have you ever been denied membership or registration by any national securities exchange, national securities association or any federal or state agency? *

- ○ Yes
- ◉ No

Has any national securities exchange, national securities association or federal or state agency ever, (a) taken any disciplinary action against you, (b) imposed sanctions upon you or (c) otherwise determined that you have violated any law? *

- ○ Yes
- ◉ No

Has any broker or dealer or any member firm of either any securities exchange or securities association with respect to which you have been previously associated in any capacity ever had its membership or registration denied, suspended or revoked during your association therewith? *

- ○ Yes
- ◉ No

Has any permanent or temporary injunction ever been issued against either you or against any broker or dealer or any member firm of any securities exchange or member firm of any securities association with respect to which you were previously associated in any capacity during your association therewith? *

○ Yes

◉ No

**Are you currently the subject or target of, or a party to a regulatory or compliance related inquiry or investigation? \***

○ Yes

◉ No

VOLUNTARY SELF-IDENTIFICATION

**Race and Ethnicity \***

○ I choose not to self-identify at this time

◉ Hispanic or Latino

○ White (Not Hispanic or Latino)

○ Black or African American (Not Hispanic or Latino)

○ Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino)

○ Asian (Not Hispanic or Latino)

○ American Indian or Alaska Native (Not Hispanic or Latino)

○ Two or More Races (Not Hispanic or Latino)

**Veteran Status Pre-Offer**
Sensitive Data - Click to Show

**Gender \***

○ I choose not to self-identify at this time.

○ Female

◉ Male

APPLICANT AGREEMENT

**PLEASE READ CAREFULLY**

"I affirm that the statements made in the Application for Employment are true and that all information provided in this Application for Employment is correct and complete. I understand that this information will be verified, for which purpose I authorize and request any and all of my former employers and any other person to furnish to Oppenheimer & Co. Inc., or any agent acting on its behalf, any information that they may have concerning my credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, mode of living, ability, and business or employment activities, together with, in the case of former employers, a history of my employment by them and the reasons for the termination thereof. Moreover, I hereby release each such employer and each such other person from any liability of whatsoever nature by reason of furnishing such information to Oppenheimer & Co. Inc. or to any agent acting on its behalf. I agree to accept the decisions of the New York Stock Exchange, Inc. or any other regulatory authority on approval or denial of my employment upon applications for registration.

I hereby waive written notice from my former employers regarding the disclosure of disciplinary reports, letters of reprimand, or other notices of disciplinary action contained in my personnel records.

I understand that prior to my acceptance for employment and from time to time after I have been hired by Oppenheimer & Co. Inc. I may be required to submit to a medical test to detect the current use of illegal drugs or other controlled substances.

I understand that I may be discharged if any of the information furnished in this application is at any time found to be untrue, or if any material information is found to have been omitted.

Further, I recognize that I may be the subject of an investigative consumer report ordered by Oppenheimer & Co. Inc. requesting any of the above described information, and that I have the right to make a written request for complete and accurate disclosure by Oppenheimer & Co. Inc. of the nature and scope of the investigation requested and a copy of "A Summary of Your Rights Under the Fair Credit Reporting Act," as prescribed by the Federal Trade Commission."

In consideration of my employment, I agree to conform to the policies and procedures and the securities rules and regulations applicable to the business activities of Oppenheimer & Co. Inc. and I agree and understand that my employment and compensation can be terminated, with or without cause and with or without notice, at any time at the sole and absolute discretion of the Oppenheimer & Co. Inc. I understand that no employee or other representative of Oppenheimer & Co. Inc. has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing except with respect to: (1) variances to this policy authorized in writing by the chief executive officer of the Company or (2) formal written EMPLOYMENT AGREEMENTS, with sales trainees or financial advisors signed by an officer of the rank of executive vice president or above but only to the extent expressly so authorized in such agreements.

If you live or are appying for a job in the state of New York, please review the additional notices:

**NEW YORK.** The consumer has the right, upon written request, to be informed of whether or not an investigative consumer report was requested. If a consumer report is requested, the consumer will be provided with the name and address of the consumer-reporting agency furnishing the report. The consumer may inspect and receive a copy of the report by contacting that agency.

**Signature of Applicant (First and Last Name) \***     **Today's Date \***

Bryce Carrasco                                          5/25/2019

**Please confirm you read and understand the above. \***

☑ I Agree