## bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Moffet, Brian L. <bmoffet@MilesStockbridge.com> |
| **Sent:** | Monday, June 7, 2021 3:25 PM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | Carrasco v. M&T - Response to First Document Request |
| **Attachments:** | Response to First Set of Request for Documents 4816-2688-7917 v.1.pdf |

Mr. Carrasco –

Attached is M&T's Response to Plaintiff's First Document Request.  A hard copy has been placed in the mail.

Thank you.

Brian

**Brian Moffet**

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3656 | O: +1 410.727.6464 | F: +1 410.773.9138

vCard | bmoffet@milesstockbridge.com

For COVID-19 information and resources, please visit our Coronavirus Task Force page.

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYCE CARRASCO**, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: SAG-21-532 |
| **M&T BANK**, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * *

**DEFENDANT M&T BANK'S RESPONSE TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

**TO:** **Plaintiff Bryce Carrasco**

**FROM:** **Defendant M&T Bank**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Discovery Guidelines of the United States District Court for the District of Maryland, Defendant M&T Bank ("M&T"), by and through its undersigned attorneys, hereby serves the following response to the First Request for Production served by Plaintiff Bryce Carrasco.

**RESPONSE**

**REQUEST NO. 1:** The original account application for the credit card that Plaintiff completed on or about July 17, 2020.

**RESPONSE:** M&T does not have any documents responsive to Request No. 1. M&T does not maintain completed paper credit card applications in the ordinary course and in fact, does not even require a paper application to be submitted in order to consider someone for a credit card. An applicant can apply for an M&T credit card by phone and can also apply in person at an M&T branch location, both by orally providing the same information to an M&T representative than that

which is requested in the paper application. If a person completes a paper application and provides that application to an M&T representative at a branch location, the information from the application is entered into M&T's software platform and then the paper application is either placed in the shred bin to be permanently destroyed or returned to the applicant. Whichever is the case, M&T does not retain the completed credit card application nor does it scan and save the application in the ordinary course.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, a copy of the foregoing was served on the following via email and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

*/s/ Brian L. Moffet*
Brian L. Moffet