**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT M&T BANK'S CROSS MOTION FOR SUMMARY JUDGMENT**
**AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant M&T Bank ("M&T"), through its undersigned counsel, moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in its favor because there is no genuine dispute as to any material fact regarding Plaintiff's claims under the Fair Credit Reporting Act and the Truth in Lending Act, and M&T is entitled to judgment as a matter of law. Through this Cross Motion, M&T also opposes Plaintiff's Motion for Summary Judgment (ECF No. 85). The grounds for this Cross Motion and Opposition are more particularly set forth in the accompanying Memorandum of Law, which is incorporated herein by reference. In support of this Cross Motion, M&T attaches the Affidavit of Kathleen Evans as Exhibit A.

WHEREFORE, Defendant M&T Bank respectfully requests entry of judgment in its favor on all claims asserted in Plaintiff's First Amended Complaint and that Plaintiff's Motion for Summary Judgment be denied.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE P.C.

100 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
bmoffet@milesstockbridge.com

Joshua R. Chazen (Fed. Bar No. 06837)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Tel: (202) 465-8388
jchazen@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, a copy of the foregoing was served on the

following via ECF and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012


*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)