```
M&T BANK
PO BOX 8405
WILMINGTON, DE    19899-8405
```

September 18, 2020

Bryce O Carrasco
100 Redwood St E Apt 2013    **N0000196
Baltimore, MD    21202

Your Account Ending In 6414

Past Due Amount: $57.00

==Our records indicate that your account is currently past due in the amount of $57.00. Failure to make your payment may result in a late fee being assessed.==

Payments can be made at any M&T Bank branch or mailed to:
CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your account number with your payment. If you have already paid the amount past due, please disregard this notice. We thank you for your prompt response.

If you have any questions, please call the M&T Telephone Banking Center at 1-866-279-0888.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.