

**EXHIBIT 7**

M&T BANK
PO BOX 8405
WILMINGTON, DE  19899-8405

September 25, 2020

Bryce O Carrasco                **N0000693
100 Redwood St E Apt 2013
Baltimore, MD  21202

Your Account Ending In 6414

Our records indicate that your M&T VISA WITH REWARDS Credit Card account is now past due in the amount of $57.00. As a result, we are temporarily suspending your right to use your card or any convenience checks associated with this account.

In order to reinstate your account, you must pay the total amount due as reflected above. Failure to pay the past due amounts could result in the cancellation of this account. Payments can be made at any M&T Bank branch or mailed to the following address:

CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014

Please make checks payable to M&T Bank and remember to include your account number with your payment.

If you have any questions, please contact us at 1-800-724-2525. Thank you for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.

TLNSUS/20200926/CCMG8M12/6891/MG8///100000/B/89412700 - 000693 - 0001 - 0001