

**EXHIBIT 13**

```
M&T BANK
PO BOX 8405
WILMINGTON, DE  19899-8405
```

November 16, 2020

```
Bryce O Carrasco
100 Redwood St E Apt 2013    **N0002436
Baltimore, MD  21202
```

Your Account Ending In 6414

We regret to inform you that your privilege to use the available credit on your M&T VISA WITH REWARDS Credit Card account has been permanently terminated because you have not met the repayment terms set forth in the agreement for your account.

To comply with the terms of the credit agreement and to prevent further damage to your credit, $172.00 must be paid immediately. Please mail your payment to the following address:

```
CREDIT CARD PAYMENT PROCESSING
PO BOX 62014
BALTIMORE, MD 21264-2014
```

Cancellation of your account means that you are no longer able to use your card or any convenience checks associated with this account.

Upon receipt of this letter, please call us at 1-800-724-8644 to discuss the status of your account. Our Credit Counselors are prepared to assist you in establishing suitable payment arrangements. Thank you for your prompt attention to this matter.

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected on your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its right under any security instrument, including the right to foreclose any lien.