
# M&T Bank

December 01, 2020

**EXHIBIT 14**

7-770-93529-0006391-002-01-000-000-000-000


BRYCE O CARRASCO
100 E REDWOOD ST APT 2013
BALTIMORE MD 21202-1361



Account Number ending:    6414

Dear BRYCE O CARRASCO:

Our records indicate your account is 70 days past due for $172.00.

You may have received statements, letters, and phone calls from us in an effort to help you bring your past due account back in good standing. However, your account remains delinquent. Accordingly, failure to remit payment could result in further action being taken on your account. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. We would like to assist you in bringing your account current.

Please contact us immediately at 1-800-724-8644 so that we may discuss this matter and work out a payment solution. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00am - 9:00pm, EST and Friday 8:00am - 5:00pm, EST. We may be able to consider your current financial circumstances but that is only possible if you contact us. We may have options available to help ease your situation. If we do not hear from you, we will not be able to assist you with alternative payment arrangements.

Thank you for your attention to this matter.

Sincerely,

M&T Bank Customer Asset Management (CAM)
1-800-724-8644

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.