| | Return this dispute response to: | | | Date Received: 02-09-2021 |
|---|---|---|---|---|
| | Experian | | | Control # : 4036588432001 |
| | 601 Experian Pkwy, Allen, TX, 75013 | | | |
| | FAX # : | | | FCRA Response Due Date: 02-28-2021 |
| | Account Number: XXXXXX6414 | | | Response Date: |
| | Subscriber Code: M&T Mortgage Corporaton/1015494 | | | Response Code: 23:Disputed information accurate. Updated account information unrelated to the dispute. |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | BRYCE | S | First Name: | BRYCE |
| Middle Name: | | D | Middle Name: | O |
| Last Name: | CARRASCO | S | Last Name: | CARRASCO |
| Generation Code: | | U | Generation Code: | |
| Address: | 100 EAST REDWOOD STREET APARTMENT 2013, BALTIMORE, MD, 21202 | D | Address: | 100 REDWOOD ST E APT 2013, BALTIMORE, MD, 21202 |
| Prev First Name: | | U | Prev First Name: | |
| Prev Middle Name: | | U | Prev Middle Name: | |
| Prev Last Name: | | U | Prev Last Name: | |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev. Address: | | U | Prev. Address: | |
| SSN: | [redacted] | S | SSN: | [redacted] |
| DOB: | [redacted] | S | DOB: | [redacted] |
| Telephone Number: | | D | Telephone Number: | (410) 544-4138 |
| 2nd Prev. Address: | -,- | | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | ||||||||||||||||| |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | CLOSED/ CURR WAS 90 | 07-17-2020 | $2117 | | $2418 | $3500 | |
| 11 | | | | 07-17-2020 | $2117 | $0 | $2418 | $3500 | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | REV | M | 01-16-2021 | | 12-22-2020 | $60 | 1 | | |
| 18 | | R | REV | M | 01-16-2021 | 11-16-2020 | 12-22-2020 | $113 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| | M | | | | | | | | |
| | M | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | $231 | | |
| | | | $231 | | |

| Remarks: - | DF Contact #: |
|---|---|

EXHIBIT 22

DRAFT

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021  |     |     |     |     |     |     |     |     |     |     |     | -   |
| 2020  | 3   | 2   | 1   | 0   | 0   | -   | -   | -   | -   | -   | -   | -   |
| 2019  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2018  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2017  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2016  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2015  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2014  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021  |     |     |     |     |     |     |     |     |     |     |     | -   |
| 2020  | 3   | 2   | 1   | 0   | 0   | -   | -   | -   | -   | -   | -   | -   |
| 2019  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2018  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2017  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2016  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2015  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |
| 2014  | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   |

### Associated Consumer 1
Name:
Address:
SSN:  DOB:
Telephone Number:
ECOA/Consumer Information Indicator:  /

### Associated Consumer 2
Name:
Address:
SSN:  DOB:
Telephone Number:
ECOA/Consumer Information Indicator:  /

### Images Information
Associated Images: Yes    Image Access Indicators: #1 No  #2  #3  #4  #5

Submitted By: Ajit Phulare    Tel#: (302) 934-4629    Date: 02-10-2021

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

DRAFT