**From:** Bryce Carrasco <bocarrasco47@outlook.com>
**Sent:** Wednesday, December 30, 2020 10:13 PM
**To:** INVESTOR RELATIONS <ir@mtb.com>
**Cc:** Solice Jr, Drew <asolice@mtb.com>; Graham, Scott <sgraham1@mtb.com>; Berchou, Julia <jberchou@mtb.com>; Kay, Christopher <ckay@mtb.com>
**Subject:** Inaccurate Credit Card Information Submitted to Credit Reporting Agencies by M&T Bank

**External Email:** Use caution & trust the source before clicking links or opening attachments.

To whom in may concern,

I am reaching out to notify you that I have submitted a dispute regarding data provided by each of the 3 major credit reporting agencies by M&T Bank regarding a revolving line of credit that I had opened in August 2020. I have attached my statement dated 30 December 2020 and I formally request a written apology and retraction of the information that was submitted, in bad faith, regarding my credit strength due to three missed payments on the newly opened credit account.

Attached are the following documents which provide information as it relates to the nature of my dispute:

1. Experian Credit Report, retrieved December 30, 2020.
2. Transunion Credit Report, retrieved December 30, 2020.
3. Equifax Credit Report, retrieved December 30, 2020.
4. Printed copies of emails exchanged between myself and Drew Solstice, a full time employee of M&T Bank at the Baltimore Branch location on 1 Light Street. As evidence of the availability of my contact information which serves as further proof of the absence of commercially reasonable efforts made to address late payments on the revolving line of credit.
5. A personal Statement which provides background of the situation and how the issue arose.

Thank you and I am available if you have questions. I look forward to prompt response from you to address the issues and misrepresentative information transmitted on behalf of M&T Bank.

Bryce Carrasco
Cell Phone: 410-858-7432