**EXHIBIT 27**

To: M&T Bank

# Personal Statement

Re: Bryce Carrasco Revolving Line of Credit

| Account Holder Name: | Bryce Carrasco |
|---|---|
| User ID: | bcarrasco15 |
| Date of this document: | 12/30/2020 |
| Account Number: | ▮6164 |

Bryce Carrasco
12-30-2020

## Summary

In July of 2020, I opened a revolving line of credit with M&T Bank at a local branch office location in Baltimore, Maryland. I provided all requested information including up-to-date contact information if needed at any point. The line of credit was advertised as having no minimum payments within the first 12 months in addition to 0% APR without limitation during the aforementioned 12-month period which was slated to begin starting in August 2020 and extending to the billing period ending in July 2021. I had relocated to my parent's domicile beginning in September 2020 and thus was not at my apartment which was the address provided to M&T for physical credit statement delivery. Nevertheless, the physical statements were delivered to my apartment located at 100 East Redwood Street, Baltimore, Maryland 21202 each month up to December 2020. In the first week of December 2020, I visited my apartment to check my mail and I found numerous statements and letters from M&T Bank regarding the line of credit which I had opened in August 2020. The letters were hostile in tone and I find them to be aggressive and predatory in nature, and not delivered or prepared in good faith. The letters were notifying me of failure to make minimum payments on the revolving line of credit which had a balance of ~$2,500. The balance was solely based on the balance transfer which I had initiated with my previous account at Bank of America, and subsequently the account with Bank of America was closed as the balance was eliminated through the wire transfer of funds from M&T Bank to Bank of America to clear the principal balance outstanding under that account which is no longer in existence.

At no time did M&T make a commercially reasonable effort to contact me regarding overdue payments on the Revolving Line of Credit, notwithstanding the physical statements delivered to my apartment address which represents only one (1) of the various methods of contact I had provided in good faith to M&T Bank. At the time of opening the credit account with M&T Bank in July 2020, I provided the following information to the relationship manager at the branch office located at 1 Light Street, Baltimore, Maryland 21202:

1. Cell Phone Number: 410-858-7432
2. Email Address: bocarrasco47@gmail.com
3. Primary Home Address: 100 East Redwood Street, Apartment 2013, Baltimore, Maryland 21202
4. Alternate Physical Address: 334 Ternwing Drive, Arnold, Maryland 21012

I have digital evidence of correspondence between myself and the relationship banker, whose name is Drew Solstice, which was conducted via the email address listed above. Included as an exhibit to this statement is email correspondence between me and Drew Solstice, the relationship banker at M&T Bank who was responsible for opening the new account for me in August 2020, which is clear evidence that my email address was readily available, therefore if my account was overdue or needed urgent attention, it would have been easy to contact me via email. I also have phone records of calls with Drew Solstice which is evidence that my cell phone was also readily available and provided in good faith upon account opening.

Despite all of this, M&T Bank submitted information to all 3 major credit reporting agencies making a false allegation that I was delinquent and had not made minimum payments on the revolving line of credit opened in August 2020.

There are two principal reasons I believe these allegations are false and in bad faith:

1. M&T Bank did not make clear to me at time of opening the credit card that the account would be subject to minimum monthly payments of principal during the introductory 12 month period.
2. M&T Bank did not take any actions or make a commercially reasonable effort to contact me via cell phone, alternate home address, or email, all of which were readily available and would have resulted in quick responses from me. However, M&T Bank only relied on physical mail delivery to my primary address which I was not staying at during the aforementioned three month period where Lender had accused me of defaulting on the credit obligations.

Based on these facts and evidence, I request M&T Bank to issue an apology to me personally and to contact each of the three major reporting agencies to notify them that the information that was previously submitted in regard to the line of credit were false and inaccurate.

Thank you.

Bryce Carrasco

Phone: 410-858-7432

Email: bocarrasco47@outlook.com