**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

This Court having considered Defendant M&T Bank's Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, it is this _____ day of _____, 2021, hereby ORDERED that:

1. Defendant M&T Bank's Cross Motion for Summary Judgment is GRANTED;

2. Plaintiff's Motion for Summary Judgment is DENIED;

3. Judgment is hereby entered in favor of Defendant M&T Bank and against Plaintiff Bryce Carrasco on all counts asserted in the First Amended Complaint;

4. The First Amended Complaint is hereby DISMISSED WITH PREJUDICE; and

5. The Clerk of Court shall CLOSE THIS CASE.

_____
The Honorable Stephanie A. Gallagher
United States District Judge