

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRYCE CARRASCO,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  SAG-21-532 |
| **M&T BANK,** | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### AFFIDAVIT OF KATHLEEN EVANS
### IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### AND IN SUPPORT OF M&T BANK'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Kathleen Evans, do hereby certify that I have personal knowledge of the matters set forth herein, and attest as follows:

1.      I am over the age of eighteen year and fully competent to testify to the facts and matters set forth herein.

2.      I am an Administrative Vice President, Operations Manager for M&T Bank ("M&T") and among other things, I oversee the Retail Loan Servicing, Banking Services and the Credit Bureau Research Group. I investigate any mortgage servicing related problems that may arise, handle elevated credit disputes for all product lines, and handle many regulatory compliance obligations for M&T related to required disclosures, statements, and credit reporting requirements. I have access to and regularly review customer account information and account records including, but not limited to, monthly account statements, correspondence from M&T relating to the servicing and maintenance of a customer's account.

3.      True and accurate copies of the account statements for the M&T Visa With Rewards Credit Card, account ending x6414 ("the Account"), as maintained by M&T in the

MT2\000018\4824-8788-7604.v1

ordinary course are attached as Exhibits 4, 7, 10, 12, 15, 16 and 25 to the Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in support of M&T's Motion for Summary Judgment ("M&T's Memorandum"). According to M&T's records, the monthly account statements for the Account, were mailed to Bryce O. Carrasco at 100 Redwood St E Apt 2013, Baltimore Maryland 21202, which is the address on record for the Account.

4.     True and accurate copies of letters dated September 18, 2020, September 25, 2020, October 16, 2020, November 5, 2020, November 16, 2020, and December 1, 2020 sent by M&T to Mr. Carrasco are attached as Exhibits 6, 8 9, 11, 13, and 14 to M&T's Memorandum.

5.     M&T does not issue credit reports; rather, it is a furnisher of information to the CRAs.

6.     M&T has registered with e-OSCAR to receive consumer credit history disputes.

7.     E-OSCAR provides M&T with an Automated Credit Dispute Verification ("ACDV") after it receives a consumer dispute sent to a CRA. The ACDV received from e-OSCAR is an electronic message containing a dispute code. The original dispute from the consumer is not forwarded to M&T.

8.     Upon receipt of an ACDV, M&T conducts an investigation based on the information provided to it by e-OSCAR. Upon completion of its investigation of the disputed information, M&T reports its results to e-OSCAR. Depending on the results of the investigation, M&T may return the ACDV to the initiating CRA verifying the accuracy of the reported information relating to the consumer's credit history and/or providing updated information (if any) relating to the consumer's credit history, if applicable.

9.     M&T has no control over the substance of the response from a CRA to the consumer. Further, M&T has no control over the date upon which a CRA notifies a consumer of the results of its investigation.

10.    E-OSCAR does not inform M&T of the substance of the CRA's response to the consumer or the date upon which such a response is made, and M&T does not have any independent knowledge of this information.

11.    On December 31, 2020, M&T received two ACDVs from e-OSCAR regarding a dispute by Bryce Carrasco.

a.     The first ACDV received on December 31, 2020 related to a dispute made to TransUnion LLC ("TransUnion"). The ACDV was coded as "Dispute Code 1: 118: Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due" and "Dispute Code 2: 106: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History." The ACDV also provided the following information reported by Mr. Carrasco: "The creditor has engaged in intimidation tactics without properly communicating with borrower regarding overdue payments. The creditor did not have accurate contact information and did not contact me ever Times Disputed in Last 120 Days 0." No additional information was provided by e-OSCAR in connection with the December 31, 2020 dispute to TransUnion. Joanna Massey, Banking Services Operations Association III-Credit Bureau Dispute, investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of her investigation, Ms. Massey submitted a responsive ACDV on January 5, 2021, updating certain disputed information and verifying the accuracy of other information. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 17 to

3

M&T's Memorandum. The results of Ms. Massey's investigation appear in the pink shaded boxes in the ACDV[1] attached as Exhibit 17 to M&T's Memorandum.

        b.      The second ACDV received on December 31, 2020 related to a dispute made to Experian. The ACDV was coded as "Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirmed complete ID and verify all Account Information." The ACDV also provided the following information reported by Mr. Carrasco: "THE INFORMATION SUBMITTED BY M7T BANK WAS NOT IN GOOD FAITH AND I HAVE NOTIFIED M T OF THS AND EXPECT THEY WILL ADDRESS THIS ERROR AS SOON AS POSSIBLE." No additional information was provided by e-OSCAR in connection with the December 31, 2020 dispute to Experian. Ajit Phulare, Contingent Worker in Banking Services, Retail Servicing, investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of his investigation, Mr. Phulare submitted a responsive ACDV on January 4, 2021, updating certain account information and verifying the accuracy of other information. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 18 to M&T's Memorandum. The results of Mr. Phulare's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 18 to M&T's Memorandum.

      12.     On January 5, 2021, M&T received two more ACDVs from e-OSCAR regarding a dispute by Bryce Carrasco. Both disputes were made to Experian.

---

[1] You will note that a watermark that says "DRAFT" appears on the ACDVs. Because of the way the system was set up, copies printed by M&T say "DRAFT." While the ACDVs may say "DRAFT" they are in fact the final document submitted in response to the dispute and were submitted on the date listed on the ACDV next to the employee name.

4

        a.      The first ACDV received on January 5, 2021 was coded as "Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirmed complete ID and verify all Account Information." No additional information was provided by e-OSCAR in connection with the dispute to Experian. Ms. Massey investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of her investigation, Ms. Massey submitted a responsive ACDV on January 5, 2021, updating certain account information and verifying the accuracy of other information. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 19 to M&T's Memorandum. The results of Ms. Massey's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 19 to M&T's Memorandum.

        c.      The second ACDV received on January 5, 2021 was coded as "Dispute Code 2: 106: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History." No additional information was provided by e-OSCAR in connection with the January 5, 2021 dispute to Experian. Lolita Kellam, Banking Services Operations Associate II, Credit Bureau Dispute, investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of her investigation, Ms. Kellam submitted a responsive ACDV on January 6, 2021, verifying the accuracy of the disputed information and updating other information. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 20 to M&T's Memorandum. The results of Ms. Kellam's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 20 to M&T's Memorandum.

13.     On January 7, 2021, M&T received another ACDV from e-OSCAR regarding a dispute by Bryce Carrasco made to Experian. The ACDV was coded as "Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirmed complete ID and verify all Account Information." No additional information was provided by e-OSCAR in connection with the January 7, 2021 dispute to Experian. Shivanand Patil, Contingent Worker in Banking Services, Retail Servicing, investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account.  As a result of her investigation, Ms. Patil submitted a responsive ACDV on January 13, 2021, updating Mr. Carrasco's name with his middle initial and his address and telephone number with the information on record with M&T, updating certain account information and verifying the accuracy of other information.  A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 21 to M&T's Memorandum. The results of Ms. Patil's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 21 to M&T's Memorandum.

14.     On February 9, 2021, M&T received yet another ACDV from e-OSCAR regarding a dispute by Bryce Carrasco made to Experian.  The ACDV was coded as "Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirmed complete ID and verify all Account Information." No additional information was provided by e-OSCAR in connection with the February 9, 2021 dispute to Experian. Mr. Phulare investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of his investigation, Mr. Phulare submitted a responsive ACDV on February 10, 2021, verifying the accuracy of the disputed information and updating other account information. A true and accurate copy of the responsive ACDV as maintained by M&T in the

6

ordinary course is attached as Exhibit 22 to M&T's Memorandum. The results of Mr. Phulare's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 22 to M&T's Memorandum.

15.     On February 20, 2021, M&T received a ACDV from e-OSCAR regarding a dispute by Bryce Carrasco with Equifax. The ACDV was coded as "Dispute Code 1: 106: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History." The ACDV also provided the following information reported by Mr. Carrasco: "CONSUMER STATES THAT HE WAS NEVER LATE ON HIS PAYMENT AND THERE IS NO BILLS THAT WAS SENT TO HIM AND WANTED TO HAVE THE LATE PAYMWENT REMOVE." No additional information was provided by e-OSCAR in connection with the February 20, 2021 dispute to Equifax. Angie Townsend, Banking Services Operations Associate V, Retail Servicing Escalations, investigated the dispute, including reviewing the account information, account status, payment history and account servicing records for the Account. As a result of her investigation, Ms. Townsend confirmed that M&T mailed account statements to Mr. Carrasco to the address on record associated with account number ending x6414 and submitted a responsive ACDV on February 25 2021, verifying the accuracy of the information as of the date reported. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 23 to M&T's Memorandum.

16.     On February 23, 2021, M&T received another ACDV from e-OSCAR regarding a dispute by Bryce Carrasco made to Experian. The ACDV was coded as "Dispute Code 1: 112: Consumer states inaccurate information. Provide or confirmed complete ID and verify all Account Information." No additional information was provided by e-OSCAR in connection with the February 23, 2021 dispute to Experian. Mr. Phulare investigated the dispute, including reviewing

7

the account information, account status, payment history and account servicing records for the Account. As a result of his investigation, Mr. Phulare submitted a responsive ACDV on February 23, 2021, updating Mr. Carrasco's name with his middle initial and his address and telephone number with the information on record with M&T, updating certain account information and verifying the accuracy of other information. A true and accurate copy of the responsive ACDV as maintained by M&T in the ordinary course is attached as Exhibit 24 to M&T's Memorandum. The results of Mr. Phulare's investigation appear in the pink shaded boxes in the ACDV attached as Exhibit 24 to M&T's Memorandum.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE.**

8/9/2021
_____
Date

_____
Kathleen Evans, Administrative Vice President, Operations Manager

8