# Moffet, Brian L.

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@outlook.com> |
| **Sent:** | Friday, June 25, 2021 6:49 AM |
| **To:** | Moffet, Brian L. |
| **Subject:** | [EXTERNAL] Self authenticating evidence of marketing materials violating truth in lending act |
| **Attachments:** | ExhibitAtt No. 1 - Marketing Brochure with Application.pdf |

**EXTERNAL**

This will be offered to the court so that they can decide the question of law pertaining to whether M&T violated section 1663. This is a pure question of statutory interpretation which the court is well positioned to adjudicate up front. Supplementing initial rule 26 disclosure. This will also be uploaded to the Dropbox.



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 787   WILMINGTON, DE

POSTAGE WILL BE PAID BY ADDRESSEE

M&T BANK
PO BOX 8778
WILMINGTON, DE 19899-9953

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CUSTOMER FULFILLMENT
NY4-AC10

# M&T Visa® Credit Cards

## Options are important.





### Apply today:

**IN PERSON**
Visit any M&T Bank branch

**BY PHONE**
Call 1-877-378-1276

**ONLINE**
At mtb.com/creditcards

M&T Bank
Understanding what's important®

Equal Housing Lender. ©2019 M&T Bank. Member FDIC. BR983 36327 (12/19) 9114 VF   mtb.com

EX1_000001

EX1_000002

# M&T Bank puts the power of choice in your hands.
## No matter which card you choose you will get these great features:

- ✓ No Annual Fee[1]
- ✓ M&T Assurance® – Prevent. Detect. Resolve.
- ✓ Global Acceptance with Chip Technology
- ✓ Convenience of Phone, Online Banking,[2] Mobile Banking,[2] ATM or Branch Servicing
- ✓ Link as Overdraft Protection to your M&T Bank Checking account[3]

---

### M&T VISA SIGNATURE CREDIT CARD
Get the earning power you deserve & more.



- Unlimited 1.5% cash back on every purchase[4]
- 10,000 bonus points with $500 in purchases within 90 days of account opening; good for $100 cash[4]
- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 12.74% to 19.74% thereafter[1]
- No Foreign Transaction Fees[1]
- Choose your rewards – cash back, gift card, travel, merchandise and more
- Exclusive Signature Benefits
- Customize your card with a personal image[5]

### M&T VISA CREDIT CARD WITH REWARDS
Make every day more rewarding.



- Unlimited 1 point per $1 spent on every purchase[4]
- 10,000 bonus points with $500 in purchases within 90 days of account opening; good for a $100 gift card[4]
- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 12.74% to 19.74% thereafter[1]
- Choose your rewards – cash back, gift card, travel, merchandise and more
- Customize your card with a personal image[5]

### M&T VISA CREDIT CARD
Put more green in your wallet.



- 0% introductory APR on purchases and balance transfers for 12 billing cycles from account opening; variable rates between 11.74% to 18.74% thereafter[1]
- Customize your card with a personal image[5]

¹Product Disclosures

The following Disclosures apply to M&T Bank's M&T Visa® Credit Card, M&T Visa® Credit Card with Rewards, and M&T Visa® Signature Credit Card accounts, and are provided as required by law.

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | Each of these APR's will vary with the market based on the Prime Rate: **0.00%** Introductory APR for the first 12 billing cycles from account opening. After that the APR depends on the type of credit card account you get and will vary with the market based on the Prime Rate: M&T Visa Credit Card Accounts, between **11.74% – 18.74%** based on your creditworthiness. M&T Visa Credit Card with Rewards Accounts, between **12.74% – 19.74%** based on your creditworthiness. M&T Visa Signature Credit Card Accounts, between **12.74% – 19.74%** based on your creditworthiness. |
| APR for Balance Transfers | 0.00% Introductory APR for the first 12 billing cycles from account opening. After that the APR depends on the type of credit card account you get and will vary with the market based on the Prime Rate: M&T Visa Credit Card Accounts, between **11.74% – 18.74%** based on your creditworthiness. M&T Visa Credit Card with Rewards Accounts, between **12.74% – 19.74%** based on your creditworthiness. M&T Visa Signature Credit Card Accounts, between **12.74% – 19.74%** based on your creditworthiness. |
| APR for Cash Advances | **23.74%** This APR will vary with the market based on the Prime Rate. |
| APR for Overdraft Advances | **23.74%** This APR will vary with the market based on the Prime Rate. |
| Penalty APR and When it Applies | **24.99%** This APR may be applied to your account if your account is past due 60 days. **How Long Will the Penalty APR Apply?** If your APRs are increased, the Penalty APR will apply until you make 6 consecutive minimum payments when due. |
| How to Avoid Paying Interest on Purchases | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on balance transfers, cash advances and overdraft advances on the transaction date. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at www.consumerfinance.gov/learnmore. |
| Fees | |
| Transaction Fees Balance Transfer Cash Advance Overdraft Transfer Foreign Transaction Fee | 4% of each balance transfer (minimum $10) 3% of each transaction (minimum $10) $12.50 for each transaction, but charged no more than once per day 3% of each transaction in U.S. dollars (excluding the M&T Visa Signature Credit Card, on which no Foreign Transaction Fees are charged) |
| Penalty Fees Late Payment Unpaid Convenience Checks Returned Payment | Up to $35 Up to $25 Up to $25 |

**How We Will Calculate Your Balance** – We use a method called "average daily balance (including new purchases)."

**Loss of Introductory APR** – We may end your Introductory APR and apply the Penalty APR to your purchases and balance transfers if you are more than 60 days late. The information about the costs of the card described in this application is accurate as of 12/1/19. This information may have changed after that date. To find out what may have changed, call us at 800-724-2440. New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website www.dfs.ny.gov for free information on comparative credit card rates, fees and grace periods. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account, including your name, address, date of birth and other information that will allow us to verify your identity.

**Authorization** – By submitting an application for any M&T Bank credit card, you agree that you are at least 18 years old, you are a U.S. citizen or permanent resident, you have a valid social security number, and that all information you have provided to us on the application or any other document is true and complete. You authorize us to obtain your credit and employment histories, and agree that we may, at any time, obtain credit reports or any other information we feel is necessary in connection with your application or any audit, review, update, quality control, renewal, extension or collection of any credit extended as a result of your application.

You acknowledge that all of the terms provided by these disclosures are subject to change, at our discretion, at any time, and agree that if we accept your application, you will comply with all of the terms contained in your M&T Bank Credit Card Agreement and Disclosures and Terms that we will provide to you. You agree that if you have requested an M&T Visa Signature Credit Card and do not meet all applicable requirements, we may issue you an M&T Visa Credit Card with Rewards.

**Balance Transfers:** We may decline balance transfer requests under certain circumstances. For example, if your account is delinquent or over limit, we may decline to process your request. If we do, we will notify you. Your balance transfer limit, including all applicable fees, may not exceed the value of your available credit line. If the total balance transfer amount you request exceeds the value of your available credit line, you authorize us to send either full or partial payment to your creditors in the order you provide them to us. For any introductory balance transfer offer, the offer period begins at account opening.

A credit card balance transfer can only be used to pay off an existing credit card balance with another financial institution. It cannot be used to pay off a loan or line of credit or another debt held by M&T Bank or its affiliates.

Please review your Credit Card Agreement and Disclosures and Terms when you receive them. We will not effect any balance transfer you request if you call 1-800-724-2440 and withdraw your balance transfer request within 10 days after the date the Credit Card Disclosures and Terms are mailed to you. Please continue to make your monthly payment on any account from which you are transferring balances until the requested balance transfer is complete. Standard processing time varies, so your balance transfer may not take effect before your next cycle.

2 Use of these features and services requires Internet and/or data access through a computer or mobile device. Subject to availability and the same limitations as any service available through the Internet. M&T Bank is not responsible for matters that are outside of its reasonable control that might impact availability and functionality. M&T Bank reserves the right to suspend service for any reason at any time. Your mobile carrier's text messaging and data charges may apply. Fees may apply for optional services provided through M&T Online Banking. View the M&T Digital Services Agreement for additional details.

3 Fees apply to use of overdraft services.

4 **Rewards Program:** The M&T Rewards Program ("Program") is subject to the M&T Rewards Program Terms & Conditions ("Program Terms & Conditions"). You can obtain a copy of the Program Terms & Conditions and other information about the Program at www.rewards.mtb.com. This 10,000 bonus points offer is available if you open a M&T Visa Credit Card with Rewards or M&T Visa Signature Credit Card and use that Card to make at least $500 in Purchases (as defined in the Program Terms & Conditions) within the first 90 days after such Card is opened.

Offer is limited to new M&T Visa Credit Cards with Rewards and M&T Visa Signature Credit Card customers who are residents of the United States. Additional exclusions and terms apply. One 10,000 bonus points award per Program Account (as defined in the Program Terms and Conditions). Offer subject to change and/or discontinuation without notice. M&T Visa Credit Cards with Rewards will receive 1 rewards point for every $1 spent on every purchase (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice. M&T Visa Signature Cards will receive 1.5 rewards point for every $1 spent on every purchase (as defined in the Program Terms & Conditions), subject to change and/or discontinuation without notice. As part of the Program, you can redeem the 10,000 bonus points you receive for a $100 statement credit or deposited in your M&T checking, savings or money market account.

5 Use of the M&T Custom Card design service is subject to program Terms and Conditions and Image Guidelines. The "Identify Yourself" card is not a form of photo identification. There is no guarantee or expectation that merchants will use a photo on your card as an added form of security.

6 **Visa Zero Liability Policy** – Visa's Zero Liability Policy covers U.S. issued cards only, and does not apply to certain commercial card transactions, transactions not processed by Visa, or if you are grossly negligent or fraudulent in handling your card or card number. Notify M&T Bank immediately of any unauthorized use. Certain unauthorized transactions require a cardholder signature prior to issuing provisional credit. See your cardholder agreement for more details.

7 Rush delivery available upon request. Timing depends upon when order is received and where shipped. Fees will apply.

EX1 000004

# Application

SPECIAL PROGRAM
CODE T00040

WHICH CREDIT CARD WOULD YOU LIKE?

☐ M&T Visa® Credit Card    ☐ M&T Visa® Credit Card with Rewards    ☐ M&T Visa® Signature Credit Card

PLEASE TELL US ABOUT YOURSELF

First Name_____ Middle Initial_____ Last Name_____

Street Address_____ Apt. #_____

City_____ State_____ Zip_____

Residential Status: ☐ Own ☐ Rent ☐ Other    Monthly Housing Payment_____

Length of Time at Current Address (yrs/mo)_____

Resident Alien Status_____ Country of Citizenship_____ Additional Country of Citizenship_____

Social Security Number_____ Date of Birth_____ Home Phone_____

Email_____ Mother's Maiden Name (or Password)_____

EMPLOYMENT INFORMATION

Employment Status:   ☐ Employed  ☐ Self-employed  ☐ Retired  ☐ Student  ☐ Other

Employer_____ Occupation_____ Annual Income_____ Length of Time in Position_____

STUDENT INFORMATION

School Name_____ Student ID_____ School Type: ☐ 2-year ☐ 4-year ☐ Graduate ☐ Other

Class: ☐ Fresh ☐ Soph ☐ Jr ☐ Sr ☐ Grad    Status: ☐ Full-time ☐ Part-time ☐ Recent Grad

OTHER M&T RELATIONSHIPS

☐ M&T Commercial Relationship  ☐ M&T Trust Relationship  ☐ M&T Securities Relationship

CHECKING ACCOUNT OVERDRAFT PROTECTION

Would you like to link your credit card to your M&T checking account for overdraft protection?  ☐ Yes  ☐ No

M&T Checking account number _____

OTHER AUTHORIZED CREDIT CARD USER

First Name_____ Middle Initial_____ Last Name_____

Social Security Number_____ Date of Birth_____

BALANCE TRANSFERS

Would you like to transfer balances from your higher interest rate credit cards?  ☐ Yes  ☐ No

Balance Transfer #1
Bank Name/Payee _____
Card/Account Number _____ Amount _____

Balance Transfer #2
Bank Name/Payee _____
Card/Account Number _____ Amount _____

*Detach here.*

EXPECTED ACCOUNT ACTIVITY

1. Will you be using your account for casino or internet gaming transactions?  ☐ Yes  ☐ No

2. Will you frequently use your account for any transactions outside of the US (including wires, ATM, purchases or electronic withdrawals)?  ☐ Yes  ☐ No

3. If you answered Yes to question 2 above, please list which countries outside of the US? List all countries that apply, maximum of 20 countries.

_____
_____
_____
_____

4. What is the approximate number of transactions (include all deposits, withdrawals and purchases) that will be processed through your account monthly?
☐ Less than 100  ☐ Between 100-1,000  ☐ 1,000 or More

5. For cash transactions, what is the approximate number of deposits, payments or withdrawals/advances you will be making monthly?
☐ None  ☐ Less than 10  ☐ 10 or more

6. What is the approximate number of monetary instruments (Official Checks, Money Orders or Travelers Checks) that will be purchased from or used to make a payment into this account monthly?
☐ None  ☐ Less than 10  ☐ 10 or More

7. What is the approximate number of preauthorized withdrawals, payments, and deposits (ACH transactions) you will do in this account monthly?
☐ None  ☐ Less than 10  ☐ 10 or More

SIGNATURES

Signature of Applicant _____ Date_____

If you would prefer to apply with a co-applicant please visit mtb.com/creditcards, contact us at 1-877-378-1276 or visit your local M&T branch to apply.