## bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Monday, July 13, 2020 4:08 PM |
| **To:** | asolice@mtb.com |
| **Subject:** | Pay Statements |
| **Attachments:** | 1. Pay State June 30 2020.pdf; 2. Pay Statement June 15 2020.pdf |

Drew, please find attached two latest pay statements as requested. Thanks. Regards, Bryce

**001**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Sunday, July 19, 2020 3:48 PM |
| **To:** | asolice@mtb.com |
| **Subject:** | Fwd: Pay Statements |
| **Attachments:** | 1. Pay State June 30 2020.pdf; 2. Pay Statement June 15 2020.pdf |

Hey have not heard anything, any update?

**002**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Solice Jr, Drew <asolice@mtb.com> |
| **Sent:** | Monday, July 20, 2020 7:42 AM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | RE: Pay Statements |

The application was approved and the card is on the way.

**003**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Monday, July 20, 2020 1:12 PM |
| **To:** | Solice Jr, Drew |
| **Subject:** | Re: Pay Statements |

Can you give me a call on my cell? What address did you send it to?

**004**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Solice Jr, Drew <asolice@mtb.com> |
| **Sent:** | Monday, July 20, 2020 1:28 PM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | RE: Pay Statements |

Whats the phone number? We sent it to the 100 e redwood address.

005

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Monday, July 20, 2020 6:50 PM |
| **To:** | Solice Jr, Drew |
| **Subject:** | Re: Pay Statements |

Thought I provided cell number other day. How about online account access? Is there a way I can look at documentation online?

Been in the dark let me know thanks.

**006**

## bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Solice Jr, Drew <asolice@mtb.com> |
| **Sent:** | Tuesday, July 21, 2020 8:45 AM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | RE: Pay Statements |

I was out of the office yesterday so I didn't have access to the cell phone number. I had to call the back office for a status update. Online access is automatically updated as soon as the card is activated. What documentation are you looking for there is a letter that comes separate from the card that has your approval information but typically with a credit card there isn't further documentation provided outside of what I gave when you filled out the application. If you like I can give you a call today.

**007**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Tuesday, July 21, 2020 11:01 PM |
| **To:** | Solice Jr, Drew |
| **Subject:** | Re: Pay Statements |

Nope, that's fine. Thanks for the update

**008**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Tuesday, July 28, 2020 3:47 PM |
| **To:** | Solice Jr, Drew |
| **Subject:** | Re: Pay Statements |

Drew, could you help me with setting up an online account? Thanks

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Solice Jr, Drew <asolice@mtb.com> |
| **Sent:** | Tuesday, July 28, 2020 4:15 PM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | RE: Pay Statements |

In the app store select M&T, it's a green logo. Its going to ask you for your account number or debit card number and some personal information to verify yourself. Once you create a username and password you'll have access to all of your accounts.

**010**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco <bocarrasco47@gmail.com> |
| **Sent:** | Tuesday, July 28, 2020 4:34 PM |
| **To:** | Solice Jr, Drew |
| **Subject:** | Re: Pay Statements |

This is my first account and it is only a credit card. Does that work the same way?

**011**

**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Solice Jr, Drew <asolice@mtb.com> |
| **Sent:** | Tuesday, July 28, 2020 4:35 PM |
| **To:** | 'Bryce Carrasco' |
| **Subject:** | RE: Pay Statements |

For the account number use the credit card number instead.

**012**



**M&T** Bank

**Drew Solice**
Relationship Banker

NMLS #1666120

**410 545 2155 Ext 5**
410 244 4222  FAX
asolice@mtb.com

Light and Redwood Branch
One Light Street
Baltimore, MD 21202

013