# M&T Bank

**M&T VISA® CREDIT CARD WITH REWARDS**

>000077 7801330 000084 1  1 0Z 000001
BRYCE O CARRASCO
100 REDWOOD ST E APT 2013
BALTIMORE MD 21202

### ▶ START USING YOUR CARD TODAY.

1. **CALL** 1-800-724-4411 to activate your card
2. **SIGN** the back of your card immediately (for your protection)
3. **USE** your card at millions of locations, worldwide (anywhere Visa® is accepted)

## Here is your M&T Visa Credit Card with Rewards.



**YOUR CARD MUST BE ACTIVATED BEFORE USE**
Each cardholder must call 1-800-724-4411 with their card number to activate their own card between 6am and midnight.
7244411

4170 9494 4751 6414
GOOD THRU 05/23
BRYCE O CARRASCO
VISA

### USE YOUR CARD FOR OVERDRAFT PROTECTION
Link your credit card to your M&T checking account for overdraft protection and to prevent returned checks. Visit your local M&T branch or call 1-866-279-0888 and request Overdraft Protection today.[1]

### SECURITY FEATURES OF YOUR CARD
Your card is protected by multiple layers of security including Visa Zero Liability Policy,[2] a unique 3-digit security code and fraud monitoring.

▶ **ACTIVATE TODAY FOR A SAFER, CONVENIENT WAY TO MAKE PURCHASES WHILE EARNING REWARDS.**

05660-06-R6-2417452-05660-70-B4-BR-1119-05660421B3-
05660-42-RRB7-05660-41-DIBKP-05660-31-12-

### CUSTOMER SERVICE YOU CAN COUNT ON.

- Visit your local M&T branch to make payments or inquire about your M&T credit card account
- Access your account online via M&T Web Banking® to view transactions and transfer funds between accounts
- Call the M&T Telephone Banking Center anytime at 1-866-279-0888. M&T representatives are available Monday – Friday, 6:00am-9:00pm, Saturday and Sunday, 9:00am-5:00pm

**ACCOUNT #:** XXXX XXXX XXXX 6414
**TOTAL CREDIT LINE:** $3,500
**CASH LIMIT:** $1,050
**NUMBER OF CARDS:** 1

**CURRENT APRS**
**PURCHASES:** 0.00%
**BALANCE TRANSFER:** 0.00%

VREWA06P
05660-06-R6

# M&T Bank

**M&T VISA® CREDIT CARD WITH REWARDS**

> 000077 7801330 000084 1  1 OZ 000001
> BRYCE O CARRASCO
> 100 REDWOOD ST E APT 2013
> BALTIMORE MD  21202

▶ **START USING YOUR CARD TODAY.**

1. **CALL** 1-800-724-4411 to activate your card
2. **SIGN** the back of your card immediately (for your protection)
3. **USE** your card at millions of locations, worldwide (anywhere Visa® is accepted)

## Here is your M&T Visa Credit Card with Rewards.

**CUSTOMIZE THE WAY YOU PAY**
Your M&T Visa® Credit Card makes it convenient to pay the way you want.
Discover our payment options by visiting mtb.com/digitalpayments.



**USE YOUR CARD FOR OVERDRAFT PROTECTION**
Link your credit card to your M&T checking account for overdraft protection and to prevent returned checks. Visit your local M&T branch or call 1-866-279-0888 and request Overdraft Protection today.[1]

**SECURITY FEATURES OF YOUR CARD**
Your card is protected by multiple layers of security including Visa Zero Liability Policy,[2] a unique 3-digit security code and fraud monitoring.

▶ **ACTIVATE TODAY FOR A SAFER, CONVENIENT WAY TO MAKE PURCHASES WHILE EARNING REWARDS.**

05660-06-R6-2417452-05660-70-B4-BR-1119-05660421B3-
05660-42-RRB7-05660-41-DIBKP-05660-31-12-

**CUSTOMER SERVICE YOU CAN COUNT ON.**

- Visit your local M&T branch to make payments or inquire about your M&T credit card account
- Access your account online via M&T Web Banking® to view transactions and transfer funds between accounts
- Call the M&T Telephone Banking Center anytime at 1-866-279-0888. M&T representatives are available Monday – Friday, 6:00am-9:00pm, Saturday and Sunday, 9:00am-5:00pm

**ACCOUNT #:** XXXX XXXX XXXX 6414

**TOTAL CREDIT LINE:** $3,500

**CASH LIMIT:** $1,050

**NUMBER OF CARDS:** 1

**CURRENT APRS**

**PURCHASES:** 0.00%

**BALANCE TRANSFER:** 0.00%

VREWA06P

05660-06-R6

# Here is your M&T Visa Credit Ca

**CUSTOMIZE THE WAY YOU PAY**

Your M&T Visa® Credit Card makes it convenient to pay the way you want.

Discover our payment options by visiting mtb.com/digitalpayments.

**ACTIVATE TODAY FOR A SAFER, CONVENIENT WAY TO MAKE PURCHASES WHILE EARNING REWARDS.**

M&T B...RDS

**YOUR CARD MUST BE ACTIVATED BEFORE USE**
Each cardholder must call 1-800-724-4411 with their card number to activate their own card between 6am and midnight.

72444111

4170 9494 4751 6414

GOOD THRU 05/23

BRYCE O CARRASCO

VISA