# Make your new card even more rewarding.



304 119076 **SINGLE-PIECE 29600 P T1
Bryce O. Carrasco
100 E Redwood St Apt 2013
Baltimore, MD 21202-1361

000304

Thank you for becoming an M&T Visa® Credit Card with Rewards customer (card ending in 6414). As a valued cardholder, you deserve to be rewarded. That's why we are pleased to provide you with these special offers:

- **1 point on every $1 spent** on every purchase; unlimited points earning[1] – even when using your card to pay bills
- **10,000 bonus points** when you make $500 in purchases by 10/15/20[1]
- **0% introductory APR for 12 billing cycles** on purchases and balance transfers (variable APR between 11.24% and 18.24% thereafter). A balance transfer fee will apply[2]

### Your reward, your choice!
- Cash deposited right into your M&T checking acount
- Shopping and dining gift cards and certificates
- Merchandise – electronics, sporting goods, home and garden

Plus, enjoy peace of mind knowing your card is covered by M&T Assurance® – which includes fraud prevention, detection and resolution. Visit mtb.com/creditcards for more information. Thank you for choosing M&T.

Sincerely,

*Mary Rajczak*

Mary Rajczak
Administrative Vice President

See reverse for details.

## Your card comes with:

**Earn 1 point** for every $1 spent on every purchase[1]

**10,000 bonus points** – good for a $100 gift card or reward of your choice[1]

**0% introductory APR** for 12 billing cycles on purchases and balance transfers (variable APR between 11.24% and 18.24% thereafter). A balance transfer fee will apply[2]

**No annual fee**[2]

**Choice of rewards** – cash, gift cards, merchandise, and more

### Questions?
**We're here to help.**

**CALL** 1-866-279-0888

**CLICK** mtb.com/**creditcards**

**COME IN** to any M&T branch

## M&T Bank
Understanding what's important®


Equal Housing Lender. ©2020 M&T Bank. Member FDIC.

REWW_BAU