**Exhibit A**

July 18, 2020



BRYCE O CARRASCO
100 REDWOOD ST   E APT 2013
BALTIMORE MD 21202

Application Number: 20201961141370

**M&T Bank**

Your Credit Report(s) and the Price You Pay for Credit

| | |
|---|---|
| **What is a credit report?** | A credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| **How did we use your credit report(s)?** | We used information from your credit report(s) to set the terms of the credit we are offering you, such as the Annual Percentage Rate.<br><br>The terms offered to you may be less favorable than the terms offered to customers who have better credit histories. |
| **What if there are mistakes in your credit report(s)?** | You have a right to dispute any inaccurate information in your credit report(s).<br><br>If you find mistakes on your credit report(s), contact Equifax which is the consumer reporting agency from which we obtained your credit report(s).<br><br>It is a good idea to check your credit report(s) to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report(s)?** | Under federal law, you have the right to obtain a copy of your credit report(s) without charge for 60 days after you receive this notice. To obtain your free report(s) contact Equifax.<br><br>*By Telephone:* Call toll-free: 1-800-685-1111<br><br>*By Mail:* Mail your written request to:<br>P.O. Box 740241<br>Atlanta, GA 30374<br><br>*On the Web:* Visit www.equifax.com/fcra |
| **How can you get more information about credit reports?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore. |

(Over Please - Continued on reverse side)

Application Number: 20201961141370

**Your Credit Score and Understanding Your Credit Score**

| | |
|---|---|
| Your Credit Score | 707 <br> Source: Equifax                                Date: 07/15/2020 |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. <br> Your credit score can change, depending on how your credit history changes. |
| The range of scores | Scores range from a low of 300 to a high of 850. |
| Key factors that adversely affected your credit score | Length of time accounts have been established <br> Relationship of bal to high credit on bank/natl or revolve/open acct <br> Lack of recent info on instmnt loan accts, or lack of instmnt loan accts <br> Length of time revolving/open accounts have been established |

C0000104-0000142-Page 2 of 2-FORGA6470607182000030-00000108