

Prepared For

# BRYCE CARRASCO

**Personal & Confidential**

**Date Generated** Dec 30, 2020
**Report Number** 0407-7996-06

## At a Glance

**4** Accounts  **0** Public Records  **8** Hard Inquiries

## Personal Information

**3** Names  **4** Addresses  **1** Employers  **9** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

### Names

| BRYCE O CARRASCO | BRYCE CARRASCO | BRYCE OCTAVIO CARRASCO |
|---|---|---|
| Name ID #10058 | Name ID #1756 | Name ID #26701 |

### Addresses

| 100 E REDWOOD ST #2013 BALTIMORE MD, 21202-1207 | 334 TERNWING DR ARNOLD MD, 21012-1936 | 100 E REDWOOD ST BALTIMORE MD, 21202-1351 | 6009 FALLS RD BALTIMORE MD, 21209-3727 |
|---|---|---|---|
| Address ID #0902789771 Single family | Address ID #0042097180 Single family | Address ID #0911575048 Multifamily | Address ID #0042856179 Single family |

## Contact Info

| | |
|---|---|
| Address | PO BOX 3115, MILWAUKEE WI 53201 |
| Phone Number | (800) 564-5740 |

# M&T BANK
**Potentially Negative**

## Account Info

| | |
|---|---|
| Account Name | M&T BANK |
| Account Number | 417094XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 07/17/2020 |
| Status | Closed. $172 past due as of Dec 2020. |
| Status Updated | Nov 2020 |
| Balance | $2,383 |
| Balance Updated | 12/16/2020 |
| Recent Payment | $0 |
| Monthly Payment | $59 |
| Credit Limit | $3,500 |
| Highest Balance | $2,383 |
| Terms | NA |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | — | — | — | — | — | — | — | • | • | 30 | 60 | 90 |

  Current on payments    30  30 Days Past Due    60  60 Days Past Due
90  90 Days Past Due

## Balance History

Date **Nov 2020**
Balance **$2,348**
Scheduled Payment **$58**
Paid **$0**

Date **Oct 2020**
Balance **$2,313**
Scheduled Payment **$57**
Paid **$0**

Date **Sep 2020**
Balance **$2,288**
Scheduled Payment **$57**
Paid **$0**

Date **Aug 2020**
Balance **$2,288**
Scheduled Payment **$0**
Paid **$0**



### Contact Info

Address **PO BOX 900, MILLSBORO DE 19966**



### Comment

**Account closed at credit grantor's request.**

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**