

# Personal Credit Report for Bryce Carrasco

**Report Date:** 12/30/2020
**Source:** TransUnion

**File Number:** 417862266

## Personal Information

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
Your SSN has been masked for your protection.

**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 |

### Telephone Numbers Reported:
(410) 858-7432    (410) 544-4138

### Employment Data Reported:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### M & T BANK #417094944751****

PO BOX 900
MILLSBORO, DE 19966
(866) 408-2727

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 07/17/2020 | **Date Updated:** | 12/17/2020 | **Pay Status:** | >Account 90 Days Past Due Date< |
| **Responsibility:** | Individual Account | **Payment Received:** | $0 | | |
| **Account Type:** | Revolving Account | | | **Terms:** | $59 per month; paid Monthly |
| **Loan Type:** | CREDIT CARD | | | | |
| | | | | **Date Closed:** | 11/16/2020 |
| | | | | | >Maximum Delinquency of 90 days in 12/2020 for $172< |

**High Balance:** High balance of $2,288 from 08/2020 to 09/2020; $2,313 from 10/2020 to 10/2020; $2,348 from 11/2020 to 11/2020; $2,383 from 12/2020 to 12/2020
**Credit Limit:** Credit limit of $3,500 from 08/2020 to 12/2020
**Estimated month and year that this item will be removed:** 09/2027

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|
| Balance | $2,383 | $2,348 | $2,313 | $2,288 | $2,288 |
| Scheduled Payment | $59 | $58 | $57 | $57 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 |
| Past Due | $172 | $114 | $57 | $0 | $0 |
| Remarks | CBG | CBG | | | |
| Rating | 90 | 60 | 30 | OK | OK |