# Valuation Appendix

August 2021

Civil Action
No. 21-532

## CFPB Enforcement Actions – Civil Penalties Collected[1]

| Company | Civil Penalty Collected | Collection Date |
|---|---|---|
| Santander Consumer USA Inc | $4,750,000 | 12/30/2020 |
| Discover Bank | $25,000,000 | 12/29/2020 |
| Encore Capital Group | $15,000,000 | 10/23/2020 |
| TD Bank, N.A. | $25,000,000 | 8/27/2020 |
| Equifax | $100,000,000 | 8/22/2019 |
| Wells Fargo Bank, N.A. | $500,000,000 | 4/20/2018 |
| JPMorgan Chase | $4,600,000 | 8/4/2017 |
| Citibank, N.A. | $7,400,000 | 1/30/2017 |
| Navy Federal Credit Union | $5,500,000 | 10/14/2016 |
| TMX Finance LLC | $9,000,000 | 9/29/2016 |
| Wells Fargo Bank, N.A. | $100,000,000 | 9/19/2016 |
| Santander Bank, N.A. | $10,000,000 | 7/22/2016 |
| Hudson City Savings Bank, F.S.B. | $5,500,000 | 11/13/2015 |
| Portfolio Recovery Associates, LLC | $8,000,000 | 9/17/2015 |
| Encore Capital Group, Inc. | $10,000,000 | 9/16/2015 |
| RBS Citizens Financial Group, Inc. | $7,500,000 | 8/14/2015 |
| Citibank, N.A. | $35,000,000 | 7/24/2015 |
| JP Morgan Chase | $30,000,000 | 7/15/2015 |
| PayPal, Inc. | $10,000,000 | 5/29/2015 |
| Regions Bank | $7,500,000 | 4/30/2015 |
| Green Tree Servicing LLC | $15,000,000 | 4/30/2015 |
| Wells Fargo Bank, N.A. | $21,000,000 | 2/13/2015 |
| Flagstar Bank, F.S.B. | $10,000,000 | 10/9/2014 |
| U.S. Bank, NA | $5,000,000 | 10/3/2014 |
| Amerisave Mortgage Corporation | $6,000,000 | 8/22/2014 |
| Bank of America | $20,000,000 | 4/17/2014 |
| Ally Financial | $18,000,000 | 12/30/2013 |
| American Express | $9,600,000 | 12/23/2013 |
| JPMorgan Chase | $20,000,000 | 9/19/2013 |
| American Express | $14,100,000 | 10/1/2012 |
| Discover Bank | $7,000,000 | 9/28/2012 |
| Capital One Bank | $25,000,000 | 7/18/2012 |
| *Average:* | **$33,050,000** | |
| *Median:* | **$10,000,000** | |

_____

[1] Excludes monetary damages allocated as consumer redress by CFPB.

# CFPB Financial reports

Fiscal Year 2021
- CFO update for the second quarter of fiscal year 2021
- CFO update for the first quarter of fiscal year 2021

Fiscal Year 2020
- Financial report of the CFPB for fiscal year 2020
- CFO update for the fourth quarter of fiscal year 2020
- CFO update for the third quarter of fiscal year 2020
- CFO update for the second quarter of fiscal year 2020
- CFO update for the first quarter of fiscal year 2020

Fiscal Year 2019
- Financial report of the BCFP for fiscal year 2019
- CFO update for the fourth quarter of fiscal year 2019
- CFO update for the third quarter of fiscal year 2019
- CFO update for the second quarter of fiscal year 2019
- CFO update for the first quarter of fiscal year 2019

Fiscal Year 2018
- Financial report of the BCFP for fiscal year 2018
- CFO update for the fourth quarter of fiscal year 2018
- CFO update for the third quarter of fiscal year 2018
- CFO update for the second quarter of fiscal year 2018
- CFO update for the first quarter of fiscal year 2018

Fiscal Year 2017
- Financial report of the CFPB for fiscal year 2017
- CFO update for the fourth quarter of fiscal year 2017
- CFO update for the third quarter of fiscal year 2017
- CFO update for the second quarter of fiscal year 2017
- CFO update for the first quarter of fiscal year 2017

Fiscal Year 2016
- Financial report of the CFPB for fiscal year 2016
- CFO update for the fourth quarter of fiscal year 2016
- CFO update for the third quarter of fiscal year 2016
- CFO update for the second quarter of fiscal year 2016
- CFO update for the first quarter of fiscal year 2016

Fiscal Year 2015
- Financial report of the CFPB for fiscal year 2015
- CFO update for the fourth quarter of fiscal year 2015
- CFO update for the third quarter of fiscal year 2015
- CFO update for the second quarter of fiscal year 2015
- CFO update for the first quarter of fiscal year 2015

Fiscal Year 2014
- Financial report of the CFPB for fiscal year 2014
- CFO update for the fourth quarter of fiscal year 2014
- CFO update for the third quarter of fiscal year 2014
- CFO update for the second quarter of fiscal year 2014
- CFO update for the first quarter of fiscal year 2014

Fiscal Year 2013
- Financial report of the CFPB for fiscal year 2013
- CFO update for the fourth quarter of fiscal year 2013
- CFO update for the third quarter of fiscal year 2013
- CFO update for the second quarter of fiscal year 2013
- CFO update for the first quarter of fiscal year 2013

Fiscal Year 2012
- Financial report of the CFPB for fiscal year 2012
- CFO update for the fourth quarter of fiscal year 2012
- CFO update for the third quarter of fiscal year 2012
- CFO update for the second quarter of fiscal year 2012
- CFO update for the first quarter of fiscal year 2012

Fiscal Year 2011
- Financial report of the CFPB for fiscal year 2011
- CFO update for the fourth quarter of fiscal year 2011
- CFO update for the third quarter of fiscal year 2011
- CFO update for the second quarter of fiscal year 2011
- CFO update for the first quarter of fiscal year 2011