IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYCE CARRASCO,

    Plaintiff,

        -against-

M&T BANK,

    Defendant.

Civil Action

No. 21-532-SAG

PLAINTIFF'S SHORT RESPONSE IN HIS OWN DEFENSE

Plaintiff comes now to supply a brief response to the reply memorandum filed by M&T Bank, ECF 92, to clarify that the memorandum of law submitted as ECF 91 was distinct from the reply to the opposition to the motion for summary judgment. Plaintiff submitted the response in opposition to M&T's cross motion four days after submitting his reply to M&T's opposition to his original motion for summary judgment. This was not due to his ignorance of the local rules or a conscious disregard thereof, and he genuinely tried to complete both pleadings in fourteen days but was physically unable to finish writing both documents in fourteen days. There was nothing intentional about the sequence of the filings, and he did everything within his power to submit both documents as soon as he could. Considering that M&T filed thirty exhibits which were obscurely cross referenced throughout the memorandum of law, Plaintiff believes that the four extra days was justified based on the circumstances, and that M&T's arguments to disregard the untimely filing should not be accepted because it would be unfair and contrary to the spirit of the federal rules of civil procedure. Rule 8 says that "pleadings must be construed so as to do justice." This rule applies here because disregarding the pleadings of the Plaintiff due to physical

limitations would be manifestly unjust, as he has no assistance, while the defendant has an army of in-house lawyers to aid in preparing their pleadings. Plaintiff has already requested leniency based on his status as a self-represented litigant, and asks the Court to be mindful that Plaintiff is proceeding in good faith to meet the requirements of the Federal Rules and the Local Rules. M&T's cross motion was truly difficult to comprehend and contained obscure footnotes and references throughout the document which made the task of responding an arduous mental exercise. Plaintiff submitted his response as soon as he was finished, and the court should not disregard the filing, which involved a lot of hard work and effort, and Plaintiff requests that the filing is fairly considered as a proper response in opposition to M&T's cross motion for summary judgment.

*   *   *

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2021. /s/Bryce Carrasco.

Bryce Carrasco
334 Ternwing Drive
Arnold, Maryland 21012
bocarrasco47@outlook.com
410-858-7432