# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

```
------------------------------------------------- x
BRYCE CARRASCO,                                   :      Civil Action
                Plaintiff,                        :
    v.                                            :      Case No. 21-532 (SAG)
M&T BANK,                                         :
        Defendant.                                :
------------------------------------------------- x
```

**MOTION FOR SANCTIONS AND AFFIDAVIT OF BRYCE CARRASCO IN SUPPORT**

I, Bryce Carrasco, submit this motion for sanctions against Brian Moffet for repeatedly violating the Federal Rules of Civil Procedure as well as the Maryland Attorney's code of professional conduct.

Mr. Moffet continues to show utter indifference to any notion of accountability in his various filings with this court and he continues to display contempt for the sanctity of the federal judiciary in so doing. He has made a concerted attempt to make a mockery of these proceedings and it is simply contemptible and amounts to nothing more than a sheer pathetic disgrace of his own integrity and character.

On June 25, 2021, I emailed Brian a document which contained my responses to his requests for admissions. He has submitted court filings which he knows are contradicted by my own statements and as a result he has knowingly filed papers with this court in an effort to deceive and delay the course of these proceedings, and has perverted the court process in so doing. He continues to try to make a mockery of this court in lying in his statements and making representations to the court which he knows are untrue.

Below is an excerpt from the RFAs which contradict his representations in his most recent Court filing:

**REQUEST FOR ADMISSION NO. 2**:    Admit that the document attached hereto as Exhibit 2 (filed as ECF No. 15-5) is a true and accurate copy of the M&T Bank Visa Credit Card Agreement that you received from M&T with the Account Activation Letter.

**RESPONSE**: Plaintiff cannot truthfully admit or deny this request because he lacks knowledge or information sufficient to form a reasonable basis for admitting or denying the truth of the matter stated herein. For all other purposes, the plaintiff denies that that the document attached as exhibit 2 was received at the time he received the Account activation letter. Plaintiff did not discover the existence of Exhibit 2 prior to February 2021, and therefore he is not in a position to state the precise time at which such document was received so far as that time is prior to February of 2021. Therefore, plaintiff denies that he received the document attached as exhibit 2 "with" the account activation letter.

**REQUEST FOR ADMISSION NO. 3**:    Admit that your M&T Credit Card was enclosed with the Account Activation Letter.

**RESPONSE**: Plaintiff cannot truthfully admit or deny because he lacks knowledge and information as to the truth of the matter requested to be admitted. Plaintiff denies request for admission No. 3 as far as it characterizes the M&T Credit Card as being "his" or to the extent to which such custody would imply his obligation to be bound by any set of obligations which were never properly brought to his attention when he opened the account ending in 6414 with the defendant.

**REQUEST FOR ADMISSION NO. 4**:    Admit that you transferred a balance to your M&T Credit Card in August 2020.

**RESPONSE**: Plaintiff denies request for admission number 4 on the grounds that it mischaracterizes the transaction and nature of the balance transfer which took place in August 2020; plaintiff admits that at some time around when he applied for the credit card with M&T he requested that they remit payment in the amount of $2,200 to Bank of America. Since the plaintiff did not initiate the transaction, and never received any confirmation or verification of the receipt of said request for the wire transfer from M&T pertaining to the transaction, he denies that he transferred the balance and states that M&T sent a wire transfer to Bank of America to the benefit of Plaintiff in the amount of $2,200 which was completed on August 3, 2020.

\*   \*   \*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2021. <u>/s/Bryce Carrasco</u>.

Bryce Carrasco
334 Ternwing Drive
Arnold, Maryland 21012
bocarrasco47@outlook.com
410-858-7432
