# bocarrasco47@outlook.com

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, June 25, 2021 12:31 AM |
| **To:** | Moffet, Brian L. |
| **Subject:** | Response to RFAs |
| **Attachments:** | Response to RFAs.txt |

Mr. Moffet, please find attached plaintiff's responses to defendant M&T Bank's first set of RFAs. Served 6/25/2021.

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com