**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Wednesday, September 1, 2021 7:25 PM |
| **To:** | Moffet, Brian L. |
| **Cc:** | Bailey, Elizabeth |
| **Subject:** | FW: December 20, 2017 Board Meeting |
| **Attachments:** | Bylaws Redline April 20 2018 (amending 2017 bylaws).pdf |

FYI –

See below. I sent this email to Rene Jones, Laura O'Hara, Richard Gold and Marie King. Kevin Pearson should also be on notice.

Let me know if you guys might have information responsive to my questions raised below. I am struggling to understand how Rene Jones was appointed as Chairman of the Board and CEO just three days after Robert Wilmers died unexpectedly. In addition, Richard Gold was appointed to the board of directors on the same day, thereby expanding the number of directors on the board of M&T Bank Corporation, which would typically require a shareholder vote from my understanding. I could be missing something, however.

Please advise if that is the case.

Thanks,

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com

---

**From:** Bryce Carrasco
**Sent:** Wednesday, September 1, 2021 5:10 PM
**To:** ir@mtb.com
**Cc:** rjones@mtb.com; lohara@mtb.com; rgold@mtb.com; mking@mtb.com
**Subject:** December 20, 2017 Board Meeting

Dear M&T Bank,

I would like to request a copy of voting record for the "joint meeting" of the "Boards of Directors" of M&T and M&T Bank on December 20, 2017. See Form 8-K, signed by Laura O'Hara.

I am unable to find the shareholder vote on this resolution. Through what authority or procedural mechanism were Rene Jones and Richard Gold appointed to the board of directors? From my understanding, the election of directors falls squarely within the purview of the shareholders of the company.

The by-laws were subsequently amended and restated on April 17, 2018, and I have attached the redline of the changes which were instituted.

It does not appear that a shareholder vote took place,  but I may be missing something here. Please advise.

Thanks,

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com