Case 1:21-cv-00532-SAG   Document 95-2   Filed 09/06/21   Page 1 of 4



Prepared For

# BRYCE CARRASCO

**Personal & Confidential**

**Date Generated** Jan 31, 2021
**Report Number** 0948-2976-25

## At a Glance

**4** Accounts      **0** Public Records      **8** Hard Inquiries

## Personal Information

**3** Names      **4** Addresses      **1** Employers      **9** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

### Names

| | | |
|---|---|---|
| **BRYCE O CARRASCO**<br>Name ID #10058 | **BRYCE CARRASCO**<br>Name ID #1756 | **BRYCE OCTAVIO CARRASCO**<br>Name ID #26701 |

### Addresses

| | | | |
|---|---|---|---|
| 100 E REDWOOD ST #2013<br>BALTIMORE MD, 21202-1207<br>Address ID #0902789771<br>Single family | 334 TERNWING DR<br>ARNOLD MD, 21012-1936<br>Address ID #0042097180<br>Single family | 100 E REDWOOD ST<br>BALTIMORE MD, 21202-1351<br>Address ID #0911575048<br>Multifamily | 6009 FALLS RD<br>BALTIMORE MD, 21209-3727<br>Address ID #0042856179<br>Single family |

| | |
|---|---|
| Date | **Jun 2019** |
| Balance | **$121** |
| Scheduled Payment | **$27** |
| Paid | **$0** |

### Contact Info

| | |
|---|---|
| Address | **PO BOX 3115, MILWAUKEE WI 53201** |
| Phone Number | **(800) 564-5740** |

## M&T BANK
**Potentially Negative**



### Account Info

| | |
|---|---|
| Account Name | **M&T BANK** |
| Account Number | **417094XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/17/2020** |
| Status | **Closed.** |
| Status Updated | **Jan 2021** |
| Balance | **$2,117** |
| Balance Updated | **01/16/2021** |
| Recent Payment | **$231** |
| Monthly Payment | **$60** |
| Credit Limit | **$3,500** |
| Highest Balance | **$2,418** |
| Terms | **NA** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | **CLS** | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | • | • | **30** | **60** | **90** |

- Current on payments
- **30** 30 Days Past Due
- **60** 60 Days Past Due
- **90** 90 Days Past Due
- **CLS** Closed



### Balance History

Date **Nov 2020**
Balance **$2,348**
Scheduled Payment **$58**
Paid **$0**

Date **Oct 2020**
Balance **$2,313**
Scheduled Payment **$57**
Paid **$0**

Date **Sep 2020**
Balance **$2,288**
Scheduled Payment **$57**
Paid **$0**

Date **Aug 2020**
Balance **$2,288**
Scheduled Payment **$0**
Paid **$0**



### Contact Info

Address **PO BOX 900, MILLSBORO DE 19966**



### Comment

**Account closed at credit grantor's request.**

**Reinvestigation Information**

**This item was updated from our processing of your dispute in Jan 2021.**

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.