Exhibit H



# Personal Credit Report for Bryce Carrasco

Report Date: 01/30/2021
Source: TransUnion

File Number: 417862266

**Personal Information**

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
Your SSN has been masked for your protection.

**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 |
| 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |

**Telephone Numbers Reported:**

(410) 858-7432      (410) 544-4138

**Employment Data Reported:**

**Account Information**

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Adverse Accounts**

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

## M & T BANK #417094944751****

PO BOX 900
MILLSBORO, DE 19966
(866) 408-2727

| | | | | | | |
|---|---|---|---|---|---|---|
| **Date Opened:** | 07/17/2020 | **Date Updated:** | 01/19/2021 | **Pay Status:** | Current Account | |
| **Responsibility:** | Individual Account | **Payment Received:** | $231 | **Terms:** | $60 per month; paid Monthly | |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 12/22/2020 | | | |
| **Loan Type:** | CREDIT CARD | | | **Date Closed:** | 11/16/2020 | |
| | | | | >Maximum Delinquency of 90 days in 12/2020 for $231< | | |

**High Balance:** High balance of $2,418 from 12/2020 to 01/2021
**Credit Limit:** Credit limit of $3,500 from 12/2020 to 01/2021

| | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|
| Balance | $2,117 | $2,383 | | | | |
| Scheduled Payment | $60 | $291 | | | | |
| Amount Paid | $231 | | | | | |
| Past Due | $0 | $231 | | | | |
| Remarks | CBG | CBG | | | | |
| Rating | OK | 90 | 60 | 30 | OK | OK |