





Exhibit J

Prepared for
**BRYCE CARRASCO**
**Personal & Confidential**

**Date Generated** Jan 14, 2021
**Report Number** 2421-7160-34

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### M&T BANK
Account • 417094XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact M&T BANK at PO BOX 900, MILLSBORO, DE 19966


Updated

 **After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 01/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Jan 2021. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK | Current on payments | 30 | 30 Days Past Due | 60 | 60 Days Past Due |
|---|---|---|---|---|---|---|
| | 90 | 90 Days Past Due | | | | |

**2021**

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 90 | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | | | |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| | | | |

**2020**

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | | | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | 30 | 60 | 90 |

**Comment**

Account closed at credit grantor's request.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jan 2021.

**Balance History**

| | | | |
|---|---|---|---|
| NOV 2020 | $2,348 Balance | $58 Scheduled Payment | $0 Paid |
| OCT 2020 | $2,313 Balance | $57 Scheduled Payment | $0 Paid |
| SEP 2020 | $2,288 Balance | $57 Scheduled Payment | $0 Paid |
| AUG 2020 | $2,288 Balance | $0 Scheduled Payment | $0 Paid |

## Before your dispute:

| | | | |
|---|---|---|---|
| Account Name | M&T BANK | Balance | $2,383 |
| Account Number | 417094XXXXXXXXXX | Balance Updated | 12/16/2020 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $291 |
| Date Opened | 07/17/2020 | Credit Limit | $3,500 |
| Status | Closed. $231 past due as of Dec 2020. | Highest Balance | $2,418 |
| Status Updated | Invalid date | Terms | NA |

**Payment History**

| LEGEND | OK Current on payments | 30 30 Days Past Due | 60 60 Days Past Due |
|---|---|---|---|
| | 90 90 Days Past Due | | |

**2020**

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | | | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | 30 | 60 | 90 |

**Comment**

**Balance History**

Case 1:21-cv-00532-SAG   Document 95-5   Filed 09/06/21   Page 3 of 3

| | | | | |
|---|---|---|---|---|
| Account closed at credit grantor's request. | NOV 2020 | $2,348<br>Balance | $58<br>Scheduled Payment | $0<br>Paid |
| | OCT 2020 | $2,313<br>Balance | $57<br>Scheduled Payment | $0<br>Paid |
| **Reinvestigation Information** | SEP 2020 | $2,288<br>Balance | $57<br>Scheduled Payment | $0<br>Paid |
| This item was updated from our processing of your dispute in Jan 2021. | AUG 2020 | $2,288<br>Balance | $0<br>Scheduled Payment | $0<br>Paid |

# If our reinvestigation has not resolved your dispute, you have several options:

→    **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→    **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→    **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→    **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.