**bocarrasco47@outlook.com**

| | |
|---|---|
| **From:** | Bryce Carrasco |
| **Sent:** | Friday, February 19, 2021 6:36 PM |
| **To:** | ckay@mtb.com |
| **Cc:** | Janker, Caitlin; Office of the President |
| **Subject:** | Failure to disclose dispute |

I just finished phone calls with all three reporting bureau's to see if they had received disclosure from M&T Bank that I am disputing the facts surrounding the information you have furnished. All 3 reporting agencies confirmed that you have not made any disclosure and I recorded all three conversations for the record to support my civil cause of action against Chris Kay and M&T Bank. Your inaction in making the required disclosures under federal law will be used against you in the court of law.

Regards,

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com

1