Exhibit M



# Personal Credit Report for Bryce Carrasco

Report Date: 01/21/2021
Source: TransUnion

File Number: 417862266

## Personal Information

You have been on our files since 02/16/2017

**SSN:** XXX-XX-1723
Your SSN has been masked for your protection.

**Date of Birth:** 09/11/1996

**Names Reported:** BRYCE O. CARRASCO

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 100 E REDWOOD ST APT 2013, BALTIMORE, MD 21202-1361 | 07/16/2020 |
| 334 TERNWING DR, ARNOLD, MD 21012-1936 | 02/14/2017 |

### Telephone Numbers Reported:

(410) 858-7432    (410) 544-4138

### Employment Data Reported:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### M & T BANK #417094944751****

PO BOX 900
MILLSBORO, DE 19966
(866) 408-2727

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 07/17/2020 | **Balance:** | $2,383 | **Pay Status:** | >Account 90 Days Past Due Date< |
| **Responsibility:** | Individual Account | **Date Updated:** | 12/16/2020 | | |
| **Account Type:** | Revolving Account | **High Balance:** | $2,418 | **Terms:** | $291 per month; paid Monthly |
| **Loan Type:** | CREDIT CARD | **Credit Limit:** | $3,500 | | |
| | | **Past Due:** | >$231< | **Date Closed:** | 11/16/2020 |
| | | | | | >Maximum Delinquency of 90 days in 12/2020 for $231< |

**Remarks:** CLOSED BY CREDIT GRANTOR
**Estimated month and year that this item will be removed:** 09/2027

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|
| Rating | 60 | 30 | OK | OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.