Exhibit N



# CREDIT REPORT

---

BRYCE CARRASCO

**Report Confirmation**

**1522804617**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Jan 22, 2021 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 1 Year, 10 Months |
| **Length of Credit History** | 4 Years |
| **Accounts with Negative Information** | 1 |
| **Oldest Account** | AMERICAN EXPRESS (Opened Jan 26, 2017) |
| **Most Recent Account** | M & T BANK (Opened Jul 17, 2020) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 2 | 1 | $312 | $13,278 | $13,590 | 2.0% | $0 |
| Mortgage | | | | | | | |
| Installment | | | | | | | |
| Other | | | | | | | |
| Total | 2 | 1 | $312 | $13,278 | $13,590 | 2.0% | $0 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 1 Statements Found |
| **Personal Information** | 4 Items Found |
| **Inquiries** | 22 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX CONSUMER SERVICES Jan 22, 2021 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

Equifax    BRYCE CARRASCO | Jan 22, 2021    Page 3 of 26

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 M & T BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | | **Reported Balance** | $2,117 |
| **Account Status** | PAYS_AS_AGREED | **Debt-to-Credit Ratio** | 60% |
| **Available Credit** | $3,500 | | |

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ✗ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $2,418 | **Owner** | INDIVIDUAL |
| **Credit Limit** | $3,500 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | 0 |
| **Balance** | $2,117 | **Date Opened** | Jul 17, 2020 |
| **Amount Past Due** | | **Date Reported** | Jan 19, 2021 |

EQUIFAX    BRYCE CARRASCO | Jan 22, 2021    Page 4 of 26

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

| | | | |
|---|---|---|---|
| **Actual Payment Amount** | $231 | **Date of Last Payment** | Dec 01, 2020 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | $60 |
| **Months Reviewed** | 5 | **Delinquency First Reported** | |
| **Activity Designator** | CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Nov 01, 2020 |
| **Date of First Delinquency** | | | |

## Comments

Account closed by credit grantor

## Contact

M & T BANK
1 FOUNTAIN PLAZA 4TH FLOOR
BUFFALO, NY  14203

EQUIFAX | BRYCE CARRASCO | Jan 22, 2021 | Page 5 of 26

Summary · Revolving · Mortgage · Installment · Other · Statements · Personal Info · Inquiries · Public Records · Collections