

Prepared For

**Exhibit O**

**BRYCE CARRASCO**

**Personal & Confidential**

**Date Generated**  Jan 22, 2021

**Report Number**  2557-6630-50

## At a Glance

**4** Accounts          **0** Public Records          **8** Hard Inquiries

## Personal Information

**3** Names          **4** Addresses          **1** Employers          **9** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

### Names

| BRYCE O CARRASCO | BRYCE CARRASCO | BRYCE OCTAVIO CARRASCO |
|---|---|---|
| Name ID #10058 | Name ID #1756 | Name ID #26701 |

### Addresses

| 100 E REDWOOD ST #2013 BALTIMORE MD, 21202-1207 | 334 TERNWING DR ARNOLD MD, 21012-1936 | 100 E REDWOOD ST BALTIMORE MD, 21202-1351 | 6009 FALLS RD BALTIMORE MD, 21209-3727 |
|---|---|---|---|
| Address ID #0902789771 ⓘ Single family | Address ID #0042097180 ⓘ Single family | Address ID #0911575048 ⓘ Multifamily | Address ID #0042856179 ⓘ Single family |

1/22/2021

 **Contact Info**

| | |
|---|---|
| Address | **PO BOX 3115, MILWAUKEE WI 53201** |
| Phone Number | **(800) 564-5740** |

## M&T BANK
**Potentially Negative**

 **Account Info**

| | |
|---|---|
| Account Name | **M&T BANK** |
| Account Number | **417094XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **07/17/2020** |
| Status | **Closed.** |
| Status Updated | **Jan 2021** |
| Balance | **$2,117** |
| Balance Updated | **01/16/2021** |
| Recent Payment | **$231** |
| Monthly Payment | **$60** |
| Credit Limit | **$3,500** |
| Highest Balance | **$2,418** |
| Terms | **NA** |

### $ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | • | • | 30 | 60 | 90 |

• Current on payments    30  30 Days Past Due    60  60 Days Past Due
90  90 Days Past Due    CLS  Closed

 **Balance History**

Date  **Nov 2020**
Balance  **$2,348**
Scheduled
Payment  **$58**
Paid  **$0**

Date  **Oct 2020**
Balance  **$2,313**
Scheduled
Payment  **$57**
Paid  **$0**

Date  **Sep 2020**
Balance  **$2,288**
Scheduled
Payment  **$57**
Paid  **$0**

Date  **Aug 2020**
Balance  **$2,288**
Scheduled
Payment  **$0**
Paid  **$0**

 **Contact Info**

Address  **PO BOX 900,
MILLSBORO DE
19966**

 **Comment**

**Account closed at credit grantor's request.**

 **Reinvestigation Information**

**This item was updated from our processing of your dispute in Jan 2021.**

## Public Records

Case 1:21-cv-00532-SAG   Document 95-10   Filed 09/06/21   Page 4 of 4

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.