**Exhibit E**



# M&T Visa Credit Card - Rewards (6414)

**Outstanding Balance:** $2,117.00
**Available Credit:** $1,383.00
Credit Limit: $3,500.00

## Recent Activity

Minimum Payment: **$60.00** | Due Date: **01/13/2021**

Your Current M&T Rewards Balance: 0 pts

### PENDING
- You currently have no pending transactions

### POSTED

| Date | Description | Originating Card Number | Debit (-) | Credit (+) |
|---|---|---|---|---|
| 12/22/2020 | PAYMENT - THANK YOU | xxxx-xxxx-xxxx-6414 | | $231.00 |
| 12/17/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |
| 12/17/2020 | LATE PAYMENT FEE ADJUSTMENT | xxxx-xxxx-xxxx-6414 | | $35.00 |
| 11/17/2020 | LATE PAYMENT FEE ADJUSTMENT | xxxx-xxxx-xxxx-6414 | | $35.00 |
| 11/17/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |
| 10/19/2020 | LATE FEE | xxxx-xxxx-xxxx-6414 | –$35.00 | |

Last login at 9:42 pm ET on Wednesday, December 30, 2020

Privacy | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

NMLS#381076

©2020 M&T Bank. All Rights Reserved.