In the United States District Court,

For the District of Maryland,

Bryce Carrasco, as Plaintiff,

Against M&T Bank, as Defendant.

## ORDER

This matter comes before the Court on the motion of Plaintiff for entry of Judgment under Rule 54(b) of the Federal Rules of Civil Procedure filed with this Court on September 8, 2021.

Whereas, Plaintiff initiated the instant Civil cause of Action against M&T Bank through the filing of a complaint with the Court on March 2, 2021 and subsequently amended on June 11, 2021 (the "Complaint"),

Whereas, the Court exercises original jurisdiction under 28 U.S.C. § 1331, as this action arises under the laws of the United States,

Whereas, Plaintiff has requested summary judgment under Rule 56 of the Federal Rules of Civil Procedure in a motion filed with the Court on July 26, 2021,

Whereas, the Court Finds that no genuine dispute exists and that the plaintiff is entitled to Judgment as a Matter of Law;

Accordingly, it is this 9th day of September, 2021, by the United States District Court for the District of Maryland, ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED and it is hereby ORDERED that judgment be entered in favor of the Plaintiff and against the Defendant.

It is So Ordered,

_____

Hon. Stephanie A. Gallagher
United States District Judge