**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
MDD_SAGchambers@mdd.uscourts.gov

September 9, 2021

**LETTER ORDER**

      Re:  Carrasco v. M&T Bank
           Civil Case No. SAG-21-532

Dear Mr. Carrasco and Counsel:

      A series of emails has been received in chambers, which is an inappropriate way of communicating with the Court as to the substance of the case. The emails will be disregarded. As previously ordered, the Court will only consider items appropriately docketed as a motion, opposition, or reply, and will not review unrelated filings. This Court will address the pending motions in this case when all of the motions that have been filed are fully ripe, to include oppositions and replies.

                                    Sincerely yours,

                                      /s/

                                    Stephanie A. Gallagher
                                    United States District Judge