Also – a standard must be clearly established in communicating what is meant when the Court says that it "will not review unrelated filings."

What constitutes an "unrelated filing," and what statute contains this expression and sets forth the criterion for what is related and what is unrelated. If this is not clearly established, Plaintiff is thereby prejudiced, his substantive rights under the Constitution are violated, and he suffers tangible injury as a result, including foregone interest on cash and lost purchasing power due to inflation and the opportunity cost of not being able to invest in marketable securities and other financial assets which provide for a satisfactory rate of return, on a risk adjusted basis, based on the Plaintiff's investment objectives and general condition of the capital markets.

Respectfully,

Bryce Carrasco

*   *   *

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on September 9, 2021. /s/Bryce Carrasco.

Bryce Carrasco
334 Ternwing Drive
Arnold, Maryland 21012
bocarrasco47@outlook.com
410-858-7432