IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYCE CARRASCO,<br><br>    Plaintiff,<br><br>        -against-<br><br>M&T BANK,<br><br>    Defendant. | Civil Action<br><br>No. 21-532-SAG |

Motion to regard all filings on the docket.

The Letter Order on the docket, ECF 99, filed by the Presiding Judge, references email correspondence. Attached hereto is the emails sent by Plaintiff, and this motion specifically requests for the court to regard these filings as related to the case, as well as to regard every docket entry in this case, to be related to this case, based on common sense notions of what is related and what is not related to a certain thing in the Course of human events.

\*    \*    \*

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on September 9, 2021. /s/Bryce Carrasco.

Bryce Carrasco<br>
334 Ternwing Drive<br>
Arnold, Maryland 21012<br>
bocarrasco47@outlook.com<br>
410-858-7432
