IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYCE CARRASCO,<br><br>  Plaintiff,<br><br>    -against-<br><br>M&T BANK,<br><br>  Defendant. | Civil Action<br><br>No. 21-532-SAG |

Can the Presiding Judge simply provide transparency?

Both parties are prejudiced by a lack of transparency, and both parties deserve some sort of explanation from the Presiding Judge as to preliminary findings or general thoughts, and it should be manifest that questions are welcomed by the parties if there remains any unclear topics or issues. Asking questions is important in reaching a just determination, and the Judge must ask questions if things are unclear, but to not provide any guidance over a period of 45 days is not fair to myself or M&T Bank. I have specifically instructed in my pleadings that judicial guidance and communication are welcomed, but the communication has nonetheless been lacking. We are all human beings and no one is perfect, but it is essential that the Judge communicate with the parties.

A phone call is necessary to preserve the sancity of these proceedings, with counsel and the Presiding Judge. This will at least indicate that an effort is being made to address any miscommunications and resolve any misunderstandings, rather than resorting to extraordinary measures. I believe this can be resolved if a line of communication is opened for active dialogue without pretense. This is my attempt in reaching a mutual understanding and to resolve the problems through sincere discussions.

A telephone call this evening would preserve Plaintiff's trust in this Court's ability to impartially administer the remainder of these proceedings.

/Bryce Carrasco