IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT M&T BANK'S MOTION FOR LEAVE
TO FILE ANSWER TO FIRST AMENDED COMPLAINT**

Defendant M&T Bank ("M&T"), through its undersigned counsel, hereby moves for leave to file its Answer to Plaintiff's First Amended Complaint, *nunc pro tunc*. Plaintiff's First Amended Complaint ("FAC") was docketed on June 11, 2021. ECF No. 62. M&T's response was therefore due fourteen days later on June 25, 2021. M&T prepared its Answer to the First Amended Complaint and believed it was timely filed. At 11:53 am on September 10, 2021, Plaintiff filed yet another "supplemental memorandum in support of" the motion for sanctions and in it, accused M&T of never answering the First Amended Complaint. ECF No. 105. M&T subsequently confirmed that the answer it prepared inadvertently was not filed. Accordingly, M&T now moves for leave to file the Answer to the First Amended Complaint, attached as Exhibit 1.

WHEREFORE, Defendant M&T Bank respectfully requests that this Court enter an Order granting M&T leave of Court to file its Answer to the First Amended Complaint, *nunc pro tunc*. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410.727.6464
bmoffet@milesstockbridge.com

Joshua R. Chazen (Fed. Bar No. 06837)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Tel: (202) 465-8388
jchazen@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, a copy of the foregoing was served on the following via ECF and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)