# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

```
------------------------------------------------- x
           BRYCE CARRASCO,          :     Civil Action
                  Plaintiff,        :
     v.                             :     Case No. 21-532 (SAG)
M&T BANK,                           :
           Defendant.               :
------------------------------------------------- x
```

MOTION IN OPPOSITION TO M&T'S MOTION FOR LEAVE

This is the United States District Court, not the circus. Brian will be looking for employment elsewhere soon so have no worries he may indeed be headed to the circus, and I wish him the best of luck in his future endeavors in life, and that he find a moral compass along the way at some point.

There is no good faith basis for M&T taking leave to file an answer in an attempt to bolster its already defunct and defiled cross-motion for summary judgment, which should renamed as the "career ender" for Brian Moffet in the legal industry. Plaintiff will be egregiously prejudiced if this court allows M&T to take leave and just forge more documents and make more bad faith filings to cause more unnecessary delay.

Brian Moffet offers no justification in his motion for leave as to why he should be permitted to file additional documents in bad faith only to the detriment of the plaintiff. the only explanation offered by Moffet is that "M&T prepared its Answer to the First Amended Complaint and believed it was timely filed." While it is unclear as to the legal basis of this explanation, what is clear is Brian Moffet needs to be disbarred forthwith.

I trust that this court will reject the sad attempt by Mr. Moffet to doctor additional filings on a federal court record, as the counts of wire fraud accumulate in support of a nice recovery against Miles & Stockbridge under Civil Rico.

Needless to say, this court should reject the pathetic attempt to fix his remains of Brian's foregone career as a lawyer by filing an answer which was due 77 days ago.

For the foregoing reasons, Brian should stop embarrassing himself.

*     *     *

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2021. /s/Bryce Carrasco.

Bryce Carrasco
334 Ternwing Drive
Arnold, Maryland 21012
bocarrasco47@outlook.com
410-858-7432