**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

```
-------------------------------------------- x
         BRYCE CARRASCO,              :        Civil Action
                    Plaintiff,        :
    v.                                :        Case No. 21-532 (SAG)
                                      :
M&T BANK,                             :
              Defendant.              :
-------------------------------------------- x
```

Why has the presiding judge been silent? The only rational explanation is that Judge Gallagher is not administering the case in an impartial manner. The silence of the judge plays to the advantage of the defendant. Is Judge Gallagher intimidated by M&T Bank? There is no justification for the Court's silence. This is unacceptable. I have pointed out plain fraud on the court, and Judge Gallagher has not said a word. I raised the issue of bad faith months ago – judge Gallagher remained silent. It seems clear that judge Gallagher is not impartial, and is actually allowing fraud to impact the outcome of these proceedings. There is no other explanation.