**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
-------------------------------------------------  x
           BRYCE CARRASCO,              :         Civil Action
                  Plaintiff,            :
     v.                                 :         Case No. 21-532 (SAG)
M&T BANK,                               :
                  Defendant.            :
-------------------------------------------------  x
```

Why has the clerk not entered M&T's default on the record? Is the presiding judge going to allow M&T to bolster a fraudulent cross-motion? And is Judge Gallagher going to deny Plaintiff's motion for summary judgment? Or even worse, grant a fraudulent cross motion made by the defendant? Will this Court deny plaintiff justice, because he is self-represented?