35 days ago, on August 8, 2021, a fraudulent cross-motion for summary judgment was filed by M&T Bank. The Court has allowed it to affect course of these proceedings, in prejudice of plaintiff, without any explanation. This is manifest injustice.