# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

```
------------------------------------------------- x
        BRYCE CARRASCO,            :      Civil Action
               Plaintiff,          :
    v.                             :      Case No. 21-532 (SAG)
        M&T BANK,                  :
               Defendant.          :
------------------------------------------------- x
```

## MOTION TO DISQUALIFY BRIAN MOFFET

Brian Moffet must be disqualified because he is being used by M&T to shift liability from the lawyers who actually are responsible for the contents which get filed on various courts dockets across the country. This court must disqualify Brian Moffet immediately–there are over 60 full time lawyers working for M&T and they have not once entered an appearance on a federal docket, and in each lawsuit they use a lawyer like Brian to shift their liability to a third party while they commit fraud on the court. This is established and there is evidence to corroborate it, which Plaintiff has identified. Brian Moffet cannot be permitted to file any more documents in this lawsuit, and the court has a duty to take this action immediately. This is one of the largest corporations in the United States, and this court must not allow the fraud to continue unless someone from M&T is willing to put their signature on it.

*   *   *

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2021. /s/Bryce Carrasco.

Bryce Carrasco
334 Ternwing Drive
Arnold, Maryland 21012
bocarrasco47@outlook.com
410-858-7432