

**Need a Quality Contractor -** contact us at estimating@dpacontractors.com for all Your Home Improvement   Ad ···

Ad ···

Get the latest jobs and industry news

Bryce, explore relevant opportunities with Chick-fil-A Corporate

Follow



## Alex Najemy · 3rd

Counsel M&T Bank

Wilmington, Delaware, United States · 283 connections

Contact info

 St. John's University School of Law

Message   ···

## About

Admitted Delaware, New York

## Activity

282 followers

Posts Alex created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



**Associate**

Richards, Layton & Finger

Aug 2014 – Nov 2019 · 5 yrs 4 mos

Wilmington, Delaware

Corporate Trust and Securitzation Law Associate

Advised national and state financial institutions in their roles as Owner Trustee, Indenture Trustee, Collateral Agent, Custodian, Master Servicer, Depository Agent and Delaware Trustee relating to the
formation and operation of Delaware Statutory Trusts and common law trusts created for commercial and business transactions.

...see more

**Judicial Law Clerk**

U.S. Bankruptcy Court District of Delaware

Aug 2013 – Aug 2014 · 1 yr 1 mo

Wilmington Delaware

* Prepared first draft of opinions for In re Delta Petroleum, In re Centaur, In re Spansion, In re Opus East LLC on issues including piercing the corporate veil, property rights in petroleum royalties, awards under Section 503(b) and appropriateness of retransfer.
* Prepared bench memorandums for summary judgment motion, motion to dismiss an ...see more



**Law Clerk**

Lowenstein Sandler LLP

Jan 2013 – Apr 2013 · 4 mos

Greater New York City Area

### People also viewed

 **Eric J. Funk** · 3rd

Headline

Message

 **Sarah Hutchings** · 3rd+

Student

Connect

 **Hunter Russell** · 3rd

Sports Medicine Fellow - University of Alabama

Connect

 **Michael Dupre, MD** · 3rd

Medical Director Complete Health Birmingham East Market

Message

**Don Hargadon** · 2nd

Vice President and Team Leader at M & T Bank

Connect

Show more ⌄

### People you may know

 **Nicholas Campa**

Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**

Technology Product Manager at Wolters Kluwer

Connect

 **Christopher Maita**

Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

 Messaging

 

Home    My Network    Jobs    Messaging

* Conducted research and drafted memos detailing Native American tribes' liabilities ar ...see more



**Executive Officer**
St. Johns University ROTC Battalion
Feb 2010 – Sep 2012 · 2 yrs 8 mos

* Executive Officer for the St. John's University ROTC Battalion, in charge of budget, staffing, procurement and training.
* Assistant Professor of Military Studies, primary instructor for Staten Island Campus.
* Culture Understanding and Language Program Leader, Burkina Faso Summer 2012.



**Senior Consultant**
Ernst & Young, LLP
Sep 2008 – Feb 2010 · 1 yr 6 mos

* Conducted risk assessments for executive compensation plans and calculated the 280G and 409A ramifications of a variety of transactions.
* Provided project management for integrating companies at national and international levels.
* Supported pension plan audits through the testing of bonds, yield curves and discount rates.

Show 1 more experience ⌄

## Education



**St. John's University School of Law**
LL.M, Bankruptcy
2011 – 2013

Thesis: The Good Faith Requirement in the Context of Court Ordered Mediation

Of Counsel for Amicus brief to the U.S. Supreme Court in regards to Bullock v. BankChampain, N.A.

Honors: The Dean's Award for Excellence in Supreme Court Amicus Brief



**Fordham University School of Law**
Doctor of Law (J.D.)
2005 – 2008



**The Johns Hopkins University**
BA, International Relations
1997 – 2001

## Skills & endorsements

**Legal Writing** · 15

 Endorsed by **8 of Alex's colleagues at US Army**

**Leadership** · 11

 Endorsed by **Shane Curran, who is highly skilled at this**     Endorsed by **5 of Alex's colleagues at US Army**

**Mediation** · 10

 Endorsed by **4 of Alex's colleagues at US Army**

Show more ⌄


Messaging ✎ ··· ⌃

**002**



LinkedIn     Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

AU's Online MBA – No GMAT - Accelerate your career with the online MBA from AU. No GMAT required. Ad ···

Ad ···

Imagine your next career move



Bryce, you might like to follow Chick-fil-A Corporate

Follow



Connect   🔒 Message   ···

 Santander Bank, N.A.

 Seton Hall University School of Law

## Alyson Villano Neafsey · 3rd

SVP, Deputy General Counsel at Santander Bank, N.A.

Hoboken, New Jersey, United States · 500+ connections ·

Contact info

### Activity

847 followers

Posts Alyson created, shared, or commented on in the last 90 days are displayed here.

See all activity

### Experience



**Senior Vice President, Deputy General Counsel at Santander Bank, N.A.**
Santander Bank, N.A.
Dec 2018 – Present · 2 yrs 5 mos
200 Liberty Street, New York, NY



**Administrative Vice President, Head of WISD Litigation**
M&T Bank
Jun 2018 – Dec 2018 · 7 mos
350 Park Avenue, New York, NY 10022



**Vice President & Assistant General Counsel**
JPMorgan Chase & Co.
Feb 2014 – May 2018 · 4 yrs 4 mos
Iselin, New Jersey



**Associate**
Patton Boggs LLP
Sep 2006 – Feb 2014 · 7 yrs 6 mos

### Education



**Seton Hall University School of Law**
JD
2002 – 2005



**Wellesley College**
BA, English
1998 – 2002

### People also viewed



**Timothy M. Mitchelson** · 2nd
SVP Deputy General Counsel at Santander Bank, N.A.

Connect



**Jane Myers** · 3rd
Senior Litigation and Employment Attorney

Message



**Laura O'Hara** · 3rd 🔲
General Counsel at M&T Bank

Message



**Sally Mulligan** · 3rd
Executive Vice President, General Counsel of Consumer and Business Banking at...

Message



**Jonathon Roth** · 3rd
Senior Legal Counsel at Santander Bank, N.A.

Message

Show more ⌄

### People you may know



**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect



**Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect



**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

 Messaging   ✏️   ⌃



in    🔍       Home    My Network    Jobs    Messaging    Notifications    Me ▾      Work ▾    Lea

**Y Job Fairs Near You!** - Enjoy a fun and flexible career with the Y! Interview safely, in person.   Ad   •••

Ad •••

Get the latest jobs and industry news

🟦 MSRB

Bryce, explore relevant opportunities with MSRB

Visit Life

## Amanda Cook · 3rd

Vice President, Assistant General Counsel at M&T Bank

Verona, New Jersey, United States · 293 connections · Contact info

🔒 Message   •••

 M&T Bank

 New York Law School

### People also viewed

**Doris Ruiz** · 3rd+
Analyst at Bristol-Myers Squibb Pharma Ltd co
Connect

**Karen Perrin** · 3rd+
Assistant Professor at Jackson State Community College
Message

**Victoria Potts** · 3rd
Fiscal Analyst at Kansas Legislative Research Department
Connect

**Sabra Baum** · 3rd in
M&T Bank - Senior Vice President - Deputy General Counsel
Message

**Angela Ruiz** · 3rd
Associate Team Leader at TIAA Bank
Message

Show more ⌄

## About

Experienced corporate counsel with a demonstrated history of working in the commercial industry. Published legal professional skilled in commercial finance negotiations, drafting, public speaking, and legal writing. Demonstrated ability to close business transactions with integrity and efficiency. Subject matter expert in purchase and sal ... see more

## Activity

293 followers

Posts Amanda created, shared, or commented on in the last 90 days are displayed here.

See all activity

### People you may know

**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

## Experience

 **M&T Bank**
1 yr 9 mos

    **Vice President, Assistant General Counsel**
    Oct 2020 – Present · 7 mos

    **Vice President, Counsel**
    Aug 2019 – Oct 2020 · 1 yr 3 mos
    Greater New York City Area

 **Vice President, Counsel**
TIAA Bank
2013 – 2018 · 5 yrs
Parsippany, NJ

• Identified and analyzed legal issues and strategies to provide day-to-day counsel related to the structuring, documentation and negotiation of commercial financing transactions
• Interfaced with Executive Team to advise on potential legal risks and collaborate to develop practical solutions
...see more

 **Law Clerk**
Combs Greene McLester
2010 · less than a year
Jacksonville, Florida

  

 Messaging    🖉   ⌃



Dougherty, Leventhal, and Price, LLP
2005 · less than a year
Moosic, Pennsylvania

## Education

**New York Law School**
Visiting Student, Corporate Transactional Practice

**Florida Coastal School of Law**
Doctor of Law - JD, Corporate Transactional Practice

**Indiana University of Pennsylvania**
Bachelor of Arts - BA, Criminology

## Licenses & certifications

**Attorney**
The New Jersey Bar
Issued Apr 2014 · No Expiration Date

**Attorney**
The Florida Bar
Issued Mar 2013 · No Expiration Date

## Skills & endorsements

**Bankruptcy** · 7

Jason I. Miller and 6 connections have given endorsements for this skill

**Mediation** · 7

Jason I. Miller and 6 connections have given endorsements for this skill

**Depositions** · 6

Nareen Gurnani and 5 connections have given endorsements for this skill

Show more ⌄



Messaging





**Leveraging data, insights** - CUNA Strategic Services aligns credit unions with solution providers. Ad ···

Ad ···



Get the latest jobs and industry news

Bryce, explore relevant opportunities with Mazars in US

Follow

Andrew Flame · 3rd

Vice President and Associate General Counsel at M&T Bank

Wilmington, Delaware, United States · 500+ connections ·

Contact info

🔒 Message   ···

 M&T Bank

 Temple University - James E. Beasley School of Law

## About

Bank Officer, former Partner in Am Law 100 firm , former law clerk to federal District Judge, admitted in PA, DE, NJ, NY and District of Columbia.

... see more

## Activity

1,527 followers

Posts Andrew created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



**Vice President and Associate General Counsel**
M&T Bank
Jul 2018 – Present · 2 yrs 10 mos
Wilmington, DE

After more than 25 years with an Am Law 100 law firm representing traditional and non-traditional lenders and companies in lending, workout, collection and bankruptcy and insolvency matters, Andrew now supports M&T's Commercial Lending Group and related bank operations. Negotiating and closing loans for some of the Bank's largest clients, Andrew prides himself on "getting to yes" through innovative solutions to challenges that arise during the loan origination and servicing process. Andrew is also involved in regulatory, compliance, and adminstrative matters. Developing lasting internal and external relationships permits Andrew to achieve the best results for both M&T and its clients.



**Partner/Litigation and Insolvency Attorney**
Drinker Biddle & Reath LLP
Jul 1993 – Jul 2018 · 25 yrs 1 mo
Philadelphia, PA and Wilmington, DE

Partner providing litigation and creditors' rights advice. Handle all forms of commercial litigation, foreclosure and collection matters and acquisitions in federal and state courts and outside the judicial process.

## Education

### People also viewed

 Don Held · 3rd
Adminstrative Vice President and Associate General Counsel
Connect

 Sarah K. Ranni · 3rd
Vice President and Associate General Counsel at M&T Bank
Message

 Miriam Dowd · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

 Sarah Pugh · 3rd
Vice President at M&T Bank
Message

 Laura O'Hara · 3rd in
General Counsel at M&T Bank
Message

Show more ⌄

### People you may know

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 John Burger
Professor of Economics at Loyola University Maryland
Connect

 James Kane
Portfolio Administrator at Penobscot Financial Advisors
Connect

 Messaging   ✎   ⌃



Home   My Network   Jobs   Messaging

1990 – 1993
Activities and Societies: Law Review, Summer Clerk to Professor Laura Little

Graduated magna cum laude



**Penn State University**
B.S., Marketing
1986 – 1990
Activities and Societies: Sigma Alpha Mu, Resident Assistant

Graduated "With Distinction"

## Volunteer experience



**President**
REFORM CONGREGATION KENESETH ISRAEL
Apr 2008 – Apr 2010 • 2 yrs 1 mo
Social Services

President of historic 1000+ family religious institution. As highest ranking lay leader, responsible for all aspects of operations and programming, including budgeting, education, human resources, fundraising, and commencing capital campaign. Partnered with religious and professional staff to overcome budgetary challenges arising from 2008-2009 worldwide financial crisis.



**Parent Leadership Committee**
Dickinson College
Jul 2018 – Present • 2 yrs 10 mos
Education

Serve as member of Parent Leadership Committee, providing College leadership feedback on wide variety of issues. Assist in and lead certain fundraising, student information, and parent outreach meetings. Represent College at college fairs and on video meetings with prospective students' parents, as well as at welcome and orientation events for accepted students and their parents.

## Skills & endorsements

**Litigation** · 16

Endorsed by **Andy Klein, who is highly skilled at this**

 Endorsed by **5 of Andrew's colleagues at Drinker Biddle & Reath LLP**

**Commercial Litigation** · 10

Endorsed by **Luis Konski and 1 other who is highly skilled at this**

 Endorsed by **2 of Andrew's colleagues at Drinker Biddle & Reath LLP**

**Bankruptcy** · 9

Endorsed by **Robert Bovarnick, Esquire, who is highly skilled at this**

 Endorsed by **2 of Andrew's colleagues at Drinker Biddle & Reath LLP**

Show more ∨




Messaging



Scholarships Available - Complete Your MBA Online in 15 Months from American University · Ad ···

Ad ···



Bryce, explore jobs at **Chick-fil-A Corporate** that match your skills

See jobs



🔒 Message    ···

**Annmarie Lee** · 3rd     M&T Bank

Head of Retail, Consumer Deposits and Business Banking Legal

New York, New York, United States · 500+ connections · 

Contact info

## Activity

626 followers

Posts Annmarie created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience


**Administrative VP, Associate General Counsel**
M&T Bank
Aug 2019 – Present · 1 yr 9 mos


**Deputy General Counsel, SVP - Head of Business Banking and Cards Legal**
Santander Bank, N.A.
Jun 2016 – Aug 2019 · 3 yrs 3 mos
New York, New York


**Vice President and Counsel**
Citizens Financial Group, Inc.
May 2013 – May 2016 · 3 yrs 1 mo


**Associate**
Lee Anav Chung LLP
Sep 2010 – May 2013 · 2 yrs 9 mos

## Education


Brooklyn Law School


Cornell University

### People also viewed

 **John Park** · 3rd
Group Vice President - Deputy General Counsel at M&T Bank
Message

 **Laura O'Hara** · 3rd 
General Counsel at M&T Bank
Message

 **Gary Price** · 3rd 
Vice President & Associate General Counsel - Consumer Finance at M&T Bank
Message

 **Aaron Felmet** · 3rd
Business Risk Manager II at M&T Bank
Message

 **Miriam Dowd** · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging    ✎    ⌃



Home | My Network | Jobs | Messaging | Notifications | Me ▾    Work ▾ | Lear

**Financial Management** - Earn Your Master's or Grad Certificate in Financial Management. Learn More.   Ad   •••



Ad •••

Get the latest jobs and industry news

 

Bryce, explore relevant opportunities with JPMorgan Chase & Co.

Visit Life

🔒 Message   •••

## Anthony C. Santopolo, J.D., LL.M. · 3rd

Assistant Vice President | Compliance Manager at M&T Bank

Buffalo-Niagara Falls Area · 500+ connections · Contact info

M&T Bank

University of Colorado School of Law

---

**People also viewed**

 **Jesse Parley** · 3rd
Vice President at Family First Life

Message

 **Christopher Fenton** · 3rd
M&T Bank BSA/AML Compliance

Connect

 **Anthony Santopolo** · 3rd+
Event Manager

Connect

 **Ted Starishevsky** · 3rd
Global Head of Sanctions and Anti-Corruption, Chief Technology Owner for...

Message

 **James(Zhijuan) Wang, CFA, FRM**
· 2nd
Administrative Vice President, Model Validation Manager at M&T Bank

Connect

Show more ⌄

---

## About

Licensed Attorney (New York #5606462/Florida #100375) with regulatory compliance experience in highly regulated financial institution. Looking to utilize experience and education in expanded legal or compliance roles. Previous experience includes civil litigation, business development/contract management, BSA/AML Specialist, and V ... see more

---

## Activity

788 followers

 **Congrats, this is great!**
Anthony C. commented

 Anthony C. commented

See all activity

---

**People you may know**

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

---

## Experience

 **M&T Bank**
4 yrs 10 mos

**Assistant Vice President | Compliance Manager - BSA/AML**
Dec 2018 – Present · 2 yrs 6 mos
Buffalo/Niagara, New York Area

-Primary contact for the business units (Retail, Commercial, Business Banking, Wealth and Institutional Services) regarding the Enterprise-wide KYC Procedures, FinCEN CDD Final Rule, Prohibited and Generally Prohibited Customers, and all BSA/AML related customer issues;
-Owner of the BSA/AML Policy and Program Documents, which includes all updates to remain current with regulatory changes;
-Owner of the Requirements & Standards documents for the Bank Secrecy Act, Regulation H, NYS DFS 504 Regulation, BSA/AML Program, Enterprise-wide KYC Procedures, Mergers and Acquisition Due Diligence Procedures, OFAC Risk Management Policy; and Proceeds of Crime (Mon ...see more

**Banking Officer | Compliance Consultant - Vendor Risk Management**
Aug 2017 – Dec 2018 · 1 yr 5 mos
Buffalo/Niagara, New York Area

-Reviewed the bank's third party vendor relationships and assessed risk arising from violations of laws, rules, or regulations, or from noncompliance with internal policies or procedures or with the bank's business standards;
-Identification and reporting of regulatory and compliance risks related to third party ...see more

**Compliance Specialist I - BSA/AML**

 Messaging ✎ ⌃

 

Home    My Network    Jobs    Messaging



**Attorney Editor | Finance & Risk**
Thomson Reuters
Sep 2015 – Aug 2016 · 1 yr
Rochester, New York Area

Contract content attorney editor focusing on the United Kingdom banking regulatory structure including governance, mergers and acquisitions, commercial and real estate lending, risk management, internal compliance and regulatory reporting, and anti-money laundering legislation. Demonstrated the ability to comprehend, analyze, and interpret foreign legal ...see more



**Director of New Business Development**
Human Movement Inc.
May 2014 – Apr 2015 · 1 yr
Louisville, CO

Main responsibilities included contract management; negotiating terms and provisions of commercial contracts including international licensing agreements, vendor sales agreements, non-disclosure agreements, consulting agreements, and venue lease agreements; drafting sponsorship and partnership agreements with a focus on protecting company intellectual property; ...see more



**AndersonGlenn LLP**
2 yrs 1 mo

**Associate Attorney**
Jun 2012 – Aug 2013 · 1 yr 3 mos
Ponte Vedra Beach, FL

Practice included assisting and participating in all aspects of civil plaintiff and defense cases involving Commercial Contracts, Insurance, and Aviation Disaster. Experience negotiating settlement agreements; drafting, editing, and assisting in the preparation of all of pleadings, answers, and discovery requests of assigned cases; assisting in the preparation of all leg ...see more

**Law Clerk**
Aug 2011 – Jun 2012 · 11 mos
Ponte Vedra Beach, FL

## Education



**University of Colorado School of Law**
Master of Laws (LL.M.), Entrepreneurship/Business Law

**Florida Coastal School of Law**
Juris Doctor, Law
Activities and Societies: Florida Coastal Law Review: Notes and Comments Editor/Editorial Board Member



**Fordham University**
B.A., Communications
Activities and Societies: Baseball (Division I, Atlantic 10 Conference)

Show 1 more education ⌄

## Skills

Legal Compliance

Legal Research

Legal Writing

 Messaging


**010**



**Research-Focused Degrees** - U. Delaware is a top 3% institution nationwide in sponsored research.   Ad •••

Ad •••

Get the latest jobs and industry news

 MWWPR

Bryce, explore relevant opportunities with MWWPR

Follow



🔒 Message   •••

## Anthony Carroll · 3rd

Vice President and Counsel at M&T Bank

Buffalo-Niagara Falls Area · 329 connections · Contact info

 M&T Bank

University at Buffalo Law School

---

### Activity

328 followers

Posts Anthony created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

### Experience

 **Vice President and Counsel**
M&T Bank
Jun 2019 – Present · 1 yr 11 mos
Buffalo/Niagara, New York Area

 **Associate Attorney**
Woods Oviatt Gilman LLP
Jan 2017 – Jun 2019 · 2 yrs 6 mos
Buffalo/Niagara, New York Area

 **Associate Attorney**
Barclay Damon, LLP
Aug 2012 – Jan 2017 · 4 yrs 6 mos
Buffalo/Niagara, New York Area

---

### Education

 **University at Buffalo Law School**
Juris Doctor, Finance Transactions
2009 – 2012
Activities and Societies: Buffalo Law Review

Completed Finance Transactions Program

 **Canisius College**
Bachelor of Science, Finance
2005 – 2009
Activities and Societies: Beta Gamma Sigma

2009 Merrill Lynch Award for Academic Excellence in Finance

---

**People also viewed**

 Carrie R. McElroy · 3rd
Vice President, Associate General Counsel
Message

 Stacey Moar · 3rd
Vice President, Assistant General Counsel at M&T Bank
Message

 Arthur Wilkosz · 3rd
Probate and Estates
Message

 Sabra Baum · 3rd 🔗
M&T Bank - Senior Vice President - Deputy General Counsel
Message

 Christopher Fillion · 3rd
Banking Officer @ M&T Bank
Message

Show more ⌄

---

**People you may know**

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging   ✏   ⌃



LinkedIn · Home · My Network · Jobs · Messaging · Notifications · Me ▾ · Work ▾

Morgan State University - Explore more than 40 master's programs at our School of Graduate Studies.  Ad  •••

Ad  •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Mastech Digital

Follow

**Art Salman** · 3rd

Deputy General Counsel at M&T Bank

Orchard Park, New York, United States · 25 connections

Contact info

Connect   🔒 Message   •••

 M&T Bank

American University

---

### Activity

25 followers

Posts Art created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

### Experience

 **Deputy General Counsel**
M&T Bank

---

### Education

 **American University**
bsba, finance
1980 – 1982

---

### Interests

 **M&T Bank**
85,410 followers

 **American University**
158,184 followers

---

**People also viewed**

 Suzanne Risman · 3rd
Associate General Counsel at M&T Bank
Message

 Lauren Wroblewski · 3rd
Assistant Vice President - M&T Bank
Message

 Janice Lewis · 3rd
Assistant Vice President/Regulatory Affairs Specialist at M&T Bank
Message

 Arthur Wilkosz · 3rd
Probate and Estates
Message

 Paul Kucinski · 3rd
Administrative Vice President and Senior Counsel at M&T Bank
Message

Show more ⌄

---

**People you may know**

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

---

 Messaging

Case 1:21-cv-00532-SAG    Document 113    Filed 09/14/21    Page 13 of 113



LinkedIn   🔍     Home   My Network   Jobs   Messaging   Notifications   Me ▾    Work ▾   Lea

**The Value of Scalia Law** - Advance your career with a JM Degree from a Top 50 Law School.   Ad ···

Ad ···

Get the latest jobs and industry news

   G

Bryce, explore relevant opportunities with **Greystone**

Follow



🔒 Message    ···

## Arthur Bronson · 3rd

Deputy General Counsel & Senior Vice President at M&T Bank

Buffalo, New York, United States · 138 connections · Contact info

 M&T Bank

St. Lawrence University

### Activity

136 followers

Posts Arthur created, shared, or commented on in the last 90 days are displayed here.

See all activity

### Experience

 **Deputy General Counsel & Senior Vice President**
M&T Bank · Full-time
Dec 2018 – Present · 2 yrs 5 mos
Buffalo, New York

Management of M&T Legal Department's Commercial practice areas.

 **Deputy General Counsel & Group VP**
M&T Bank
Dec 2010 – Sep 2018 · 7 yrs 10 mos
Buffalo, New York

Management of Deposits, Consumer Lending, Retail Mortgage and Commercial Lending practice areas as well as BSA/AML and other Compliance legal support

### Education

 **St. Lawrence University**
BA, Goverment
1977 – 1981

### Interests

 **St. Lawrence University**
24,505 followers

 **M&T Bank**
85,410 followers

---

**People also viewed**

 **Aaron Felmet** · 3rd
Business Risk Manager II at M&T Bank
Message

 **Kelly M.** · 3rd
HR Specialist at M&T Bank
Message

 **Laura O'Hara** · 3rd in
General Counsel at M&T Bank
Message

 **Brian Yoshida** · 2nd
Chief Legal Officer at Santander US
Connect

 **William Simon** · 3rd
Vice President & Assistant General Counsel at M&T Bank
Message

Show more ⌄

**People you may know**

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

James Kane

💬 Messaging    ✎ ⌃

**013**

Greek Life could save - With GEICO, members could get a special discount.   Ad  •••



Brittany Simon  · 3rd
Associate General Counsel, Vice President at M&T Bank
Orchard Park, New York, United States · 267 connections ·
Contact info

 M&T Bank

 University at Buffalo Law School

## Activity
268 followers

Posts Brittany created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **Associate General Counsel**
M&T Bank
Jul 2015 – Present · 5 yrs 10 mos
Buffalo, NY

 **Associate**
Nixon Peabody LLP
Aug 2013 – Jul 2015 · 2 yrs
Rochester, NY

**Associate**
Milbank, Tweed, Hadley & McCloy LLP
Dec 2009 – Jul 2013 · 3 yrs 8 mos

## Education

 **University at Buffalo Law School**
J.D.
2006 – 2009

 **University of Rochester**
B.A., Political Science
2002 – 2006

## Skills & endorsements

**Commercial Litigation** · 6

---

Ad  •••

Get the latest jobs and industry news



withum

Bryce, explore relevant opportunities with Withum

Follow

### People also viewed

**William McNamara** · 3rd
Assistant General Counsel at nCino, Inc.
Message

**Sabra Baum** · 3rd
M&T Bank - Senior Vice President - Deputy General Counsel
Message

**Andrea Hood** · 3rd
Special Counsel at Milbank LLP
Message

**Scott Golenbock** · 3rd
Partner at Milbank LLP
Message

**Nehal M. Siddiqui** · 3rd
Assistant General Counsel at Ernst & Young LLP
Message

Show more ⌄

### People you may know

**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

Messaging

 **in**   🔍

Home    My Network    Jobs    Messaging    Notifications    Me ▾    Work ▾    Lear

**Tableau Software** - Bar charts, density maps, and bloxplots. Learn which chart type to use.   Ad ···



Carrie R. McElroy · 3rd

Vice President, Associate General Counsel

Buffalo-Niagara Falls Area · 271 connections · Contact info

🔒 Message    ···

 **M&T** M&T Bank

University at Buffalo School of Law

### Activity

272 followers

 www.mtb.com

Carrie R. shared this
1 Reaction

See all activity

### Experience

 **M&T**   M&T Bank
2 yrs 10 mos

Vice President and Associate General Counsel
Full-time
Oct 2020 – Present · 7 mos
Buffalo, New York, United States

Vice President and Counsel
Jul 2018 – Oct 2020 · 2 yrs 4 mos
Buffalo, New York

 Assistant Vice President
HSBC
Feb 2017 – Jul 2018 · 1 yr 6 mos

Commercial Loan Closer

 Attorney
Paul William Beltz Pc
Dec 2015 – Feb 2017 · 1 yr 3 mos

 Compliance Analyst/Attorney(Contract)
M&T Bank
Mar 2014 – Mar 2015 · 1 yr 1 mo
Buffalo/Niagara, New York Area

Licensed Associate Real Estate Broker
HUNT Real Estate ERA
Mar 2013 – Dec 2014 · 1 yr 10 mos

---

Ad ···

Get the latest jobs and industry news

 manatt

Bryce, explore relevant opportunities with Manatt, Phelps & Phillips

Follow

**People also viewed**

 Lisa Brucato · 3rd
Customer Experience @ M&T Bank
Message

 Anthony Carroll · 3rd
Vice President and Counsel at M&T Bank
Message

 Katie Costlow · 3rd
Assistant Vice President, Senior Branch Manager at M&T Bank
Message

 Jonathan Schechter · 3rd
Attorney at Gross Shuman P.C.
Message

 Debra Doby · 3rd [in]
Managing Partner, The Wenderoff Law Group
Message

Show more ⌄

**People you may know**

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging   ✎   ⌃

 

Home    My Network    Jobs    Messaging

## Education



**University at Buffalo School of Law**
J.D., Law
2005 – 2008
Activities and Societies: National Civil Mock Trial Team Desmond Moot Court Team (Quarter-Finalist) Domestic Violence Clinic Community Economic Development Clinic



**University of Nairobi**
International law
2006 – 2006



**University at Buffalo**
B.A., Political Science/ Cultural Anthropology
1999 – 2003
Activities and Societies: Golden Key International Honor Society Political Science Club Student Government





Messaging

**016**

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

**Catherine Kirchner**
Assistant General Counsel at Wilmington Trust an Affiliate of M&T Bank

🔒 Message    More...

Ad ⬤⬤⬤

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **NerdWallet**

Follow



🔒 Message    • • •

 Wilmington Trust

 Villanova University Charles Widger School of Law

## Catherine Kirchner · 3rd

Assistant General Counsel at Wilmington Trust an Affiliate of M&T Bank

Greater Philadelphia · 251 connections · Contact info

---

## Activity
250 followers

 **Congratulations Marguerite! Well deserved!**

Catherine commented

 **Kristy, this recognition is so well deserved! Thank you for all you do t...**

Catherine commented

See all activity

---

## Experience

 **Wilmington Trust**
7 yrs 4 mos

**Assistant General Counsel**
Full-time
Oct 2020 – Present · 7 mos

**Counsel**
Jan 2014 – Present · 7 yrs 4 mos

---

 **Senior Trust Officer**
RBC Trust Company (Delaware) Limited
Aug 2011 – Jan 2014 · 2 yrs 6 mos
Wilmington, Delaware

 **Trust Administrative Officer**
Bank of America
Apr 2006 – Feb 2009 · 2 yrs 11 mos
Hartford, Connecticut Area

 **Trust Administrator**
MassMutual Trust Company
May 2003 – Feb 2006 · 2 yrs 10 mos
Enfield, Connecticut

**Assistant - Estate & Business Planning Dept.**

---

### People also viewed

 **William Bechstein, CFP®, CFA®** · 3rd
Wealth Management Market Leader at Wilmington Trust
Message

 **Clay Weisenberg** · 3rd
VP, Business Systems Support Manager at Wilmington Trust
Message

 **Dominick D'Eramo, CFA** · 3rd
Chief Fixed Income Officer ✧ Group Vice President
Message

 **John Campbell** · 2nd
Director of Business Owner Engagement at Wilmington Trust
Connect

 **Donald DiCarlo** · 3rd
President, Family Office at Wilmington Trust ; ACTEC Fellow
Message

Show more ⌄

---

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at ...

 💬 Messaging   ⬚   ⌃









 

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lear...

Christopher Copeland
Chief Procurement Officer at M&T Bank

🔒 Message    More...



Ad ••• 

Get the latest jobs and industry news

 

Bryce, explore relevant opportunities with Joseph Ribkoff Inc.

Follow

🔒 Message   •••

## Christopher Copeland · 3rd

Chief Procurement Officer at M&T Bank

Buffalo, New York, United States · 500+ connections ·

Contact info

**M&T** M&T Bank

State University of New York at Buffalo - Law School

### Activity
1,352 followers

 Leading by example and with empathy for your users. Just fantastic.
Christopher commented

 Congratulations Varun. While I didn't get to work with that kid in the...
Christopher commented

 I'm fortunate to have crossed paths with you, Tom. All the best on the next step i...
Christopher commented

 Great to see such alignment by both organizations to support our...
Christopher shared this
73 Reactions · 3 Comments

See all activity

### Experience

**M&T** M&T Bank
12 yrs 3 mos

**Chief Procurement Officer**
Feb 2017 – Present · 4 yrs 3 mos

**Administrative Vice President / Senior Counsel - Contracts, Intellectual Property, & Cybersecurity**
Feb 2009 – Jan 2017 · 8 yrs
1 M&T Plaza, Buffalo, NY 14203

 **Board President**
Theodore Roosevelt Inaugural Site Foundation
Aug 2014 – Present · 6 yrs 9 mos
641 Delaware Avenue, Buffalo, NY 14202

 **Vice President**
SUNY Buffalo Law Alumni Association Board of Directors
Mar 2012 – Jul 2017 · 5 yrs 5 mos

 **Associate**
Cadwalader, Wickersham & Taft LLPOne World Financial Center
Feb 2008 – Jan 2009 · 1 yr
1 World Financial Center, New York, NY 10281

#### People also viewed

 Varun Chandhok · 3rd
Executive Vice President, Chief Information Officer at Premier Bank
Message

 Sarah Tanbakuchi · 3rd
Technology Strategy & Governance at M&T Bank
Connect

 Joe Lombardo · 2nd
Head of Consumer Products, Customer Segments and Strategy at M&T Bank
Connect

 Sonny Sonnenstein · 3rd in
Banking visionary driving exceptional customer experiences through technology
Message

 Mike Todaro · 3rd
Executive Vice President at M&T Bank
Connect

Show more ⌄

#### People you may know

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging ✎ ⌃



Show 1 more experience ⌄

## Education

**State University of New York at Buffalo - Law School**
JD
1999 – 2002

**Clarkson University**
BS, Interdisciplinary Engineering & Management
1996 – 1999

## Skills & endorsements

**Intellectual Property** · 33

 Endorsed by **Kenneth Weitzman and 6 others** who are highly skilled at this

 Endorsed by **10 of Christopher's colleagues at M&T** Bank

**Litigation** · 20

 Endorsed by **Robert Rando**, who is highly skilled at this

 Endorsed by **4 of Christopher's colleagues at M&T** Bank

**Patent Litigation** · 14

 Endorsed by **Harry Marcus and 3 others** who are highly skilled at this

 Endorsed by **3 of Christopher's colleagues at M&T** Bank

Show more ⌄



020

 

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lear

**Looking for a job?** - Best job search service. Learn more.   Ad ···

Ad ···

Get the latest jobs and industry news

 blueground

Bryce, explore relevant opportunities with **Blueground Co**

Follow



**Cindy Gradl** · 3rd

Vice President/Assistant General Counsel at M&T Bank

Getzville, New York, United States · 128 connections

Contact info

 M&T Bank

University at Buffalo School of Law

Connect | 🔒 Message | ···

## Activity

127 followers

Posts Cindy created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **M&T Bank**
6 yrs 1 mo

Vice President/Assistant General Counsel
Full-time
Jun 2019 – Present · 1 yr 11 mos
Buffalo, New York, United States

Vice President/M&A Counsel
Apr 2015 – Present · 6 yrs 1 mo

 Special Counsel
Damon Morey LLP
Mar 2012 – Apr 2015 · 3 yrs 2 mos

 Senior Counsel
Lippes Mathias Wexler Friedman LLP
Sep 2010 – Feb 2012 · 1 yr 6 mos

 General Counsel and Human Resources Manager
Costanzo's Bakery, Inc.
2003 – Sep 2010 · 6 yrs

 Attorney
Gross Shuman Brizdle & Gilfillan PC
Jul 1988 – Apr 2004 · 15 yrs 10 mos

### People also viewed

 **Charles McGovern** · 3rd
Manager at EY
Connect

 **Marissa Briggs** · 3rd+
--
Connect

 **Matthew Hearn** · 3rd
Vice President at M&T Bank
Message

 **Michael Schiavone** · 3rd
Buffalo Stamping Plant Representative & Process Engineer at Ford Motor Company
Message

 **Robert Weidner** · 3rd+
Executive Director at JPMorgan Chase
Connect

Show more ⌄

### People you may know

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **John Burger**
Professor of Economics at Loyola University Maryland
Connect

 **James Kane**
Portfolio Administrator at Penobscot Financial Advisors
Connect

 Caleb Braswell

 Messaging



 

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lear

**Project Finance Modelling** - New Live online masterclass starting May 24th.   Ad   •••

Ad •••

Imagine your next career move

Bryce, you might like to follow **Chick-fil-A Corporate**

Follow



Connect    🔒 Message    More...

 **M&T Bank**

 **Drexel University Earle Mack School of Law**

# Cynthia Stroik, Esq. · 2nd

Compliance Advisor at M&T Bank

Villanova, Pennsylvania, United States · 251 connections ·

Contact info

## People also viewed

**Alexandra Parkinson** · 2nd
Buying Operations Coordinator at Urban Outfitters

Connect

**Brieann Kinsey** · 3rd
Editor, Writer, Proofreader, Freelance Copyeditor

Connect



**Denise Ferrenz** · 3rd
Director of Publications at National Association of School Psychologists

Message

**Linda Morgan** · 3rd
Director of Production at National Association of School Psychologists

Message



**Laura Benson** · 3rd+
Chief Operating Officer at National Association of School Psychologists

Connect



Show more ⌄

## About

* Highly motivated and experienced business and legal operations leader with expert proficiency in coordinating targeted legal strategy and operational excellence for highly successful organizations; serves as a resource for the design and implementation of effective and sustainable legal and compliance programs    ... see more

## Activity

251 followers

Posts Cynthia created, shared, or commented on in the last 90 days are displayed here.

See all activity

## People you may know

**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect



**Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect



**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.



## Experience

 **Compliance Advisor**
M&T Bank
Jun 2019 – Present · 1 yr 11 mos
Greater Philadelphia Area

 **Chief Compliance Officer and Counsel**
WBI Investments, Inc. and The Hartshorne Group, Inc.
Jun 2017 – May 2019 · 2 yrs
Red Bank, NJ

Leads vision, strategy, and execution for all facets of compliance for both WBI Investments and The Hartshorne Group, directing and enforcing a formal compliance program while serving as a key member of the legal team. Valued as a leader with the ability to develop the knowledge to meet changing business demands.    ...see more

 **Chief Compliance Officer**
WBI Investments, Inc. and The Hartshorne Group Inc.
2012 – Jun 2017 · 4 yrs
Red Bank, NJ

Credited with building a culture of compliance across both organizations, anchored by continuous improvement in the compliance program, coupled with continuing education courses for employees to build awareness of regulatory mandates. Developed separate compliance programs for HG and WBI following divestiture in 2009.    ...see more

 Messaging   ✎   ⌃

 

Home    My Network    Jobs    Messaging

**Senior Compliance Officer**
2011 – 2012 · 1 yr
Little Silver, New Jersey

Assumed a lead role ensuring compliance with applicable legal and regulatory requirements at all levels of both organizations, executing a broad array of responsibilities that included advertising review, regulatory filings, and advisory services to company leadership.

**Compliance Officer**
2009 – 2011 · 2 yrs
Little Silver, New Jersey

Responsibilities included enforcing firm wide dedication to compliance oversight, continued compliance program development, advertising review and providing consultation on industry regulatory requirements.

## Education



**Drexel University Earle Mack School of Law**
Juris Doctor, Law
2006 – 2009
Activities and Societies: Criminal Litigation Clinic. Represented the criminally accused in court through coordination with the Defender Association of Philadelphia. Volunteer. Domestic Violence Unit, Family Court of Philadelphia. Conducted client intake interviews and filed for temporary protection from abuse orders. Intern. Philadelphia District Attorney's Office, Municipal Court Unit. Assisted several Assistant District Attorneys in trial preparation for preliminary hearings and DUI court.



**University of Delaware**
Honors Bachelor of Arts, Political Science and Government
2002 – 2006

## Skills & endorsements

**Regulatory Requirements** · 2

**Don Schreiber, Jr. and 1 connection** have given endorsements for this skill

## Interests



**Spencer Stuart**
205,990 followers



**Foreside Financial Group, LLC**
3,229 followers

**Drexel University's Kline School of Law - C**
776 members

**Drexel University Earle Mack School of Law**
296 members



**Women in ETFs**
2,089 members

**Drexel University**
160,339 followers

See all

 **Linked**in

About                  Accessibility        Talent Solutions         Questions?
Community Guidelines   Careers              Marketing Solutions              Visit our Help Center.
Privacy & Terms ⌄      Ad Choices           Advertising             Manage your account and privacy
Sales Solutions        Mobile               Small Business                  Go to your Settings.

Select Language
English (English)

  Messaging



Learn FinTech Online - GW FinTech Boot Camp. Apply Now!  Ad  •••

Ad  •••

Get the latest jobs and industry news

  gpac

Bryce, explore relevant opportunities with gpac

Follow



🔒 Message  •••

M&T  M&T Bank

## David Ford · 3rd

Administrative Vice President, Associate General Counsel - Labor & Employment at M&T Bank

Rochester, New York Metropolitan Area · 38 connections ·

Contact info

People you may know

Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect 

Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect 

Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect 

James Kane
Portfolio Administrator at Penobscot Financial Advisors
Connect 

Luke Hiltwein
Assurance Intern at PricewaterhouseCoopers
Connect

## Activity

38 followers

Posts David created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 Administrative Vice President, Associate General Counsel - Labor & Employment
M&T Bank
Feb 2020 – Present · 1 yr 3 mos

 Senior Counsel, Human Resources
Xerox · Full-time
Aug 2004 – Feb 2020 · 15 yrs 7 mos

## Interests

 M&T Bank
85,410 followers

 LinkedIn News
5,554,396 followers

 J.P. Morgan
2,754,533 followers

in LEARNING

Add new skills with these courses

 Real Estate Contracts
2,441 viewers

 CIPP/US Cert Prep: 3 Government and Court...
1,565 viewers

 Privacy for Executives and Aspiring Executives
1,121 viewers

Show more on LinkedIn Learning

Messaging  •••  ^

**025**

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

**Looking for a job?** - Best job search service. Learn more.   Ad •••

Ad •••

Get the latest jobs and industry news

Bryce, explore relevant opportunities with AXA

Follow



Connect   🔒 Message   •••

 M&T Bank

Notre Dame Law School

### Don Held · 3rd
Adminstrative Vice President and Associate General Counsel
Buffalo, New York, United States · 244 connections · Contact info

---

## Activity
244 followers

Posts Don created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **Administrative Vice President and Associate General Counsel**
M&T Bank
Jul 2000 – Present · 20 yrs 10 mos
Buffalo, New York

 **Associate Counsel**
Phillips Lytle LLP
May 1996 – Jun 2000 · 4 yrs 2 mos
Buffalo/Niagara, New York Area

---

## Education

 **Notre Dame Law School**
Doctor of Law - JD
1993 – 1996

 **University of Notre Dame**
Bachelors of Business Administration, Finance
1989 – 1993

---

## Skills & endorsements

**Legal Counseling**

**Legal Writing**

**Commercial Lending** · 1

Pete Benzino has given an endorsement for this skill

### People also viewed

 **Karl Batzler** · 3rd+
Owner, Home & Office Computer Service and Computer & Network Security...
Message

 **Eric Chodun** · 3rd
Senior Vice President and Divisional General Counsel at Comerica Bank
Message

 **Andrew Flame** · 3rd
Vice President and Associate General Counsel at M&T Bank
Message

 **Joanne Fortney** · 3rd
Food Program Manager at New Hope Ministries
Connect

 **Shani Schalles** · 3rd
STEM Program Coordinator at Harrisburg University of Science and Technology
Message

Show more ⌄

### People you may know

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **John Burger**
Professor of Economics at Loyola University Maryland
Connect

 **James Kane**
Portfolio Administrator at Penobscot Financial Advisors

 Messaging ✎ ⌃



**Microservices tutorial** - Learn how to build a microservices-based application using Oracle Cloud.   Ad   •••

in    Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

Ad •••

Get the latest jobs and industry news

 SHISEIDO

Bryce, explore relevant opportunities with Shiseido

Follow



Connect   🔒 Message   •••

M&T Bank

SUNY at Buffalo

## Donna Suchan · 3rd

Administrative Vice President and Associate General Counsel at M&T Bank

Buffalo, New York, United States · 500+ connections ·

Contact info

---

## Activity

577 followers

Posts Donna created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **M&T Bank**
8 yrs 5 mos

   **Administrative Vice President and Associate General Counsel**
   Jan 2019 – Present · 2 yrs 4 mos

   **Vice President - Senior Real Estate Counsel**
   Dec 2012 – Jan 2019 · 6 yrs 2 mos
   One M&T Plaza, Buffalo, NY 14203
   Responsible for leasing, sales and purchases of over 900 commercial properties owned or controlled by M&T Bank.

 **Attorney**
Phillips Lytle LLP
Jul 2006 – Nov 2012 · 6 yrs 5 mos

 **Attorney**
Law Office of Donna Hoelscher Suchan
Aug 1994 – Jul 2006 · 12 yrs

 **Attorney**
Damon Morey
Nov 1990 – Aug 1994 · 3 yrs 10 mos

 **Attorney**
Moot Sprague
Aug 1985 – Oct 1990 · 5 yrs 3 mos

---

### People also viewed

 **Brian Culligan** • 3rd
Vice President at Maranello Sports USA Inc
Message

 **Tim Webster** • 3rd
Retired Partner at Webster Szanyi LLP
Connect

 **Ankit Pandey** • 3rd
Audit Manager at McManus, Dosen & Co. CPAs
Message

 **Peter Eimer** • 3rd
CEO at Brothers of Mercy
Message

 **John Baxter** • 3rd+
Sr. Finance officer at KeyBank
Connect

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 **James Kane**

 Messaging   ✎   ⌃



in   🔍                                    Home   My Network   Jobs   Messaging

**SUNY at Buffalo**
J.D., Law
1982 – 1985
Activities and Societies: Moot Court Board, Phi Alpha Delta

**Canisius College**
Bachelor of Arts (B.A.), History/Business
1978 – 1982
Activities and Societies: Student Publication, All College Honors, Raichle Pre-Law

**Mount St. Mary Academy**
1974 – 1978

Skills

**Commercial Leasing**

**Contract Negotiations**

**Commercial and Residential Real Estate**

Show more ⌄





Messaging ✎ ⋯ ⌃

**028**

 Home My Network Jobs Messaging Notifications Me ▾ Work ▾ Lear

**Douglas Norquest, JD, CFIRS**
Vice President and Counsel at M&T Bank

🔒 Message    More...

Ad •••
Get the latest jobs and industry news

 MSRB

Bryce, explore relevant opportunities with MSRB

Visit Life



🔒 Message    •••

Douglas Norquest, JD, CFIRS · 3rd
Vice President and Counsel at M&T Bank
Greater Philadelphia · 457 connections · Contact info

M&T Bank
Villanova University School of Law

## Highlights

**Reach out to Douglas for...**
Probono consulting and volunteering, Joining a nonprofit board.

Message

## Activity
457 followers

Posts Douglas created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **VP, Assistant General Counsel**
M&T Bank
May 2016 – Present · 5 yrs

 **Senior Manager, Trust Compliance Officer**
RBC
Sep 2015 – May 2016 · 9 mos
Wilmington, Delaware

**Christiana Trust, a division of Wilmington Savings Fund Society, FSB**
2 yrs 7 mos

**VP, Trust Compliance Officer**
Aug 2014 – Sep 2015 · 1 yr 2 mos
Greenville, Delaware

-Ensure legal and regulatory compliance of Personal Trust, Corporate Trust, Investment Management, Trust Operations, and Sales

-Organize and run all internal management committees; reporting member of board le ...see more

**AVP, Senior Trust Officer**
Mar 2013 – Aug 2014 · 1 yr 6 mos
Greenville, Delaware

-Organized and led the personal trust remediation project

### People also viewed

 **Elizabeth Bailey** · 3rd
Vice President, Assistant General Counsel at M&T Bank

Message

 **Anne Sterling Beckner** · 3rd
VP, Teammates at Boys Team Charity, Conejo Valley Chapter

Connect

 **M. Lisa Meehan, CCTS, TEP** · 3rd
M. Lisa Meehan

Message

 **Pegeen Lodge** · 3rd
Fiduciary Administrator at Wells Fargo Delaware Trust Company, N.A.

Message

 **Beth Power** · 3rd
Vice President at Wilmington Trust Company

Connect

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

 Messaging

 

Home    My Network    Jobs    Messaging

 **Douglas Norquest, JD, CFIRS**
Vice President and Counsel at M&T Bank

**Wells Fargo**
Jul 2010 – Mar 2013 · 2 yrs 9 mos
Wilmington, DE

-Organized, and distributed tasks daily as Workflow Coordinator for a team of four Administrators

-Reviewed and maintained 1,300+ trust accounts with $3.8 billion under management

…see more

 **Judicial Intern**
Superior Court of Pennsylvania
Aug 2009 – Apr 2010 · 9 mos
West Conshohocken, PA

-Assumed primary research and drafting responsibilities for judicial bench memos and memorandum opinions in all areas of criminal and civil law

Show 1 more experience ⌄

## Education

 **Villanova University School of Law**
Doctor of Law (JD), Law
2007 – 2010
Activities and Societies: Moot Court Competition

Admitted to the Pennsylvania State Bar and New Jersey State Bar in 2010

 **University of Delaware**
Bachelor's Degree, Political Science and Sociology - Double Major
2006 – 2007

 **University of Delaware**
Bachelor's Degree, Criminal Justice and Philosophy - Double Major
2002 – 2006

## Licenses & certifications

**Certified Fiduciary & Investment Risk Specialist (CFIRS)**
Cannon Financial Institute
Issued Jan 2016 · No Expiration Date

## Skills & endorsements

**Personal Trust Administration** · 2

Harrison R. Gelber and 1 connection have given endorsements for this skill

**Regulatory Compliance** · 2

Harrison R. Gelber and 1 connection have given endorsements for this skill

**Legal Compliance** · 1

Scott Jaffe, Esq., LL.M., CTFA has given an endorsement for this skill

Show more ⌄

Messaging

FinServ Marketing Tips - Become a better marketer and grow your firm with our resources & webinars   Ad   •••

Ad   •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **Tishman Speyer**

Follow



Message   •••

 University of Maryland Francis King Carey School of...

# Eileen Lunga · 3rd

Senior Counsel- Commercial Lending at M&T Bank

Baltimore, Maryland, United States · 158 connections ·

Contact info

## People also viewed

 **Neil MacDonald** · 3rd
Vice President Operations at Union Memorial Hospital
Message

 **Paul Lucas** · 3rd
Director and Chief, Vascular Surgery and Endovascular Therapy, Mercy Medical...
Message

 **Curt Lucas** · 3rd
Chief Executive Officer - Board Member - Partner & Practice Leader - Senior Client...
Message

 **Colleen Mulrenin** · 3rd
Connect

 **VICTORIA CAWOOD** · 3rd+
STATION MANAGER at FINE MUSIC RADIO
Message

Show more ∨

## Activity

158 followers

Posts Eileen created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **Vice President and Senior Counsel- Commercial Lending**
M&T Bank
May 2004 – May 2018 · 14 yrs 1 mo
Baltimore, Maryland Area

Support all aspects of commercial lending within M&T Bank.

**Partner**
Gallagher Evelius & Jones
Sep 1986 – May 2004 · 17 yrs 9 mos

Partner in transactions practice with experience in real estate development, conventional and tax exempt financings, leasing and low income housing transactions

## Education

 **University of Maryland Francis King Carey School of Law**
1983 – 1986
Activities and Societies: Law Review editor

 **University of Maryland**
Bachelor of Arts - BA, Criminology

 **The Institute for Paralegal Training , Philadelphia PA**
Paralegal Certificate, Real Estate

## People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

Messaging



Home   My Network   Jobs   Messaging   Notifications   Me ▾    Work ▾   Lea

FinServ Marketing Tips - Become a better marketer and grow your firm with our resources & webinars   Ad   •••

Ad   •••

Get the latest jobs and industry news

Bryce, explore relevant opportunities with Chemonics International

Follow

**Elizabeth Bailey** · 3rd

Message   •••

 M&T Bank

 Harvard Law School

Vice President, Assistant General Counsel at M&T Bank

Buffalo, New York, United States · 500+ connections ·

Contact info

### People also viewed

 **Veena Viswanatha** · 3rd
Partner at Buckley LLP
Message

 **Matthew E. Newman** · 3rd
Senior Associate at Alston & Bird
Message

 **Douglas Norquest, JD, CFIRS** · 3rd
Vice President and Counsel at M&T Bank
Message

 **Deneb Pirrone** · 3rd
Leadership, Strategy, and Project Management
Message

**Peter Shanley** · 3rd
Platform Lead at ACV Auto
Message

Show more ⌄

## Featured

‹ ›

For Some Biglaw Firms, It's Compassion Over Cash-In
Above the Law
Elizabeth Bailey quoted in Above the Law article, September 18, 2020.

A Case for Compassion, Harvard Law Today
Harvard Law Today
Elizabeth Bailey quoted in Harvard Law Today article, July 21, 2020.

2019 Banding To Battle on Stage
dcbar.org
Elizabeth Bailey
17, 2019.

### People you may know

**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

**James Kane**

## Activity

1,280 followers

 This is wonderful news to wake up to. Congratulations, Jonice!
Elizabeth commented

 This is great news!!!
Elizabeth commented

 Congratulations, William Marra and Suneal Bedi!
Elizabeth commented

 Congratulations, Amanda!
Elizabeth commented

See all activity

## Experience

**M&T Bank**
9 mos

Vice President, Assistant General Counsel
Oct 2020 – Present · 7 mos

 Messaging   ✎   ∧

 

Home    My Network    Jobs    Messaging

### Associate
Buckley LLP
Jul 2014 – Aug 2020 · 6 yrs 2 mos
Washington, DC

Complex civil and white collar litigation associate, representing corporate and individual clients in high-stakes civil and criminal enforcement actions, investigations, and litigation. As an Associate in the Washington, D.C., office of Buckley LLP, Ms. Bailey received extensive experience assisting clients in matters involving complex e-discovery issues, including in civil litigation and i ...see more



### ADR Law Clerk
MarksADR, LLC
Aug 2013 – Jul 2014 · 1 yr
Bethesda, MD

Assisted the mediator with complex, high-profile mediations across the country. Attended and supported mediations, and analyzed the key questions of law and fact in parties' extensive pre-mediation submissions.
http://www.marksadr.com/



### Judicial Law Clerk for the Honorable James Lawrence King
U.S. District Court for the Southern District of Florida
Aug 2012 – Jul 2013 · 1 yr
Miami/Fort Lauderdale Area

Managed overdraft fee Multidistrict Litigation and Key West docket.



### Staff
US Senate
Feb 2005 – May 2009 · 4 yrs 4 mos

Managed all grant-related services; completed research, casework, and letters of support. Acted as liaison for disputes between constituents and agencies. Edited press releases. Coordinated, and generated ideas for, press conferences. Hired and supervised interns. Conducted meetings and represented the Senator at events.

## Education

### Harvard Law School
Juris Doctor (J.D.), Law
2009 – 2012
Activities and Societies: Harvard Civil Rights - Civil Liberties Law Review, Harvard Mediation Program, Teaching Assistant for Professor Robert Mnookin (Contracts) and Professor David Hoffman (Mediation), Admissions Fellow, Harvard Law School Parody

### Princeton University
AB, Religion, Jewish Studies, African American Studies
2000 – 2004

### City Honors School at FMP
1996 – 2000

## Licenses & certifications



### 30 Hour Mediation Training
Harvard Mediation Program
Issued Jan 2010 · No Expiration Date

## Volunteer experience



**033**



LinkedIn | Home   My Network   Jobs   Messaging

Jun 2018 – Present · 2 yrs 11 mos
Poverty Alleviation

Gifts for the Homeless (GFTH), a 501(c)(3) non-profit corporation, is a wholly volunteer-run organization that serves the homeless of the Washington, D.C. area. Since GFTH has no paid staff and no overhead, every single dollar that GFTH receives from public donations is used to purchase and distribute new clothes for the various shelters.



**Alumni Interviewer**
Princeton Alumni Schools Committee
2005 – Present · 16 yrs
Education

**Annual Giving Volunteer**
Princeton Annual Giving
2014 – May 2015 · 1 yr
Education

Show 3 more experiences ⌄



Messaging ✎ ⋯ ⌃

**034**

Earn extra monthly income - 3-bedroom US Vrbo listings earn $1,824 a month on average, 8/2019–9/2020.    Ad  •••



**Elizabeth Betta** · 3rd

Administrative Vice President & Associate General Counsel at M&T Bank

Washington, District of Columbia, United States ·
500+ connections · Contact info

 M&T Bank

 American University,
Washington College of Law

🔒 Message   •••

Ad  •••

Get the latest jobs and industry news

 🏛 IFC

Bryce, explore relevant opportunities with IFC

Follow

## Activity
596 followers

 **Great profile!**
Elizabeth commented

**This awesome! Great work. What an accomplishment for all involved!**
Elizabeth commented

**Congrats, Marissa!**
Elizabeth commented

See all activity

### People also viewed

 **Frank Campagna** · 3rd
Group Vice President and Line of Business Manager at M&T Bank's Commercial...
Message

 **Glenn Borkowski** · 3rd+
Associate General Counsel at Bank OZK
Message

 **Miriam Dowd** · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

 **Sarah K. Ranni** · 3rd
Vice President and Associate General Counsel at M&T Bank
Message

 **Laura O'Hara** · 3rd 🔗
General Counsel at M&T Bank
Message

Show more ⌄

## Experience

 **M&T Bank**
2 yrs 5 mos

**Administrative Vice President & Associate General Counsel**
Jan 2021 – Present · 4 mos

**Vice President and Associate General Counsel**
Apr 2019 – Jan 2021 · 1 yr 10 mos
Buffalo, New York

**Vice President and Counsel**
Dec 2018 – Apr 2019 · 5 mos
Buffalo, New York

 **Attorney**
Barclay Damon LLP
Apr 2018 – Dec 2018 · 9 mos

**Senior Counsel and Counsel**
MERSCORP Holdings, Inc.
Dec 2011 – Oct 2017 · 5 yrs 11 mos
Reston, Virginia

**Associate**

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging   ✏   ⌃

 

Home    My Network    Jobs    Messaging



**Associate**
Jones Day
2002 – 2006 · 4 yrs

## Education

**American University, Washington College of Law**
JD, summa cum laude, graduated 1st in class
2000 – 2003
Activities and Societies: American University Law Review (2001-2003); Dean's Fellow for Professor Pamela Bridgewater (January 2003 – May 2003); Dean's Fellow for Professor Mark Niles (September 2002 – May 2003); Dean's Fellow for Professor Ira P. Robbins (September 2001 – May 2002); Research Assistant for Ira P. Robbins (Summer 2001)



**Boston College**
BA
1996 – 2000



**Red Bank Regional High School**
1992 – 1996







Messaging



Tableau Software - Bar charts, density maps, and bloxplots. Learn which chart type to use.   Ad  ···

Ad  ···

Get the latest jobs and industry news

NORTHWEST

Bryce, explore relevant opportunities with NWFCU

Follow



### Evis Daum · 3rd

 M&T Bank

**Head of Specialty Finance/Legal Division at M&T Bank**

Washington DC-Baltimore Area · 500+ connections · Contact info

Message  ···

## Highlights



**Reach out to Evis for...**
Joining a nonprofit board.

Message

## About

Senior commercial banking, risk management, corporate attorney with US and international experience in the financial services industry. Over 17 years of experience in commercial lending, project finance, digital banking, risk management, corporate law and project and people management.    ... see more

## Activity

526 followers

Posts Evis created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



**M&T Bank**
2 yrs 11 mos

**Head of Specialty Finance**
Full-time
Dec 2019 – Present · 1 yr 5 mos

**Associate General Counsel and Chief Counsel**
Full-time
Jun 2018 – Present · 2 yrs 11 mos
Washington, DC

Chief Counsel for Specialty Finance, Enterprise Payments, Vendor Contracts, Agile Transformation



**M&T Bank**
9 yrs 11 mos

**Senior Counsel: Commercial Credit, Contracts, Commercial Payment Solutions**

### People also viewed

 **Pierre Halteh** · 3rd
Vice President - LIBOR Transition Program Lead at Bank of the West

Connect

 **Marguerite Mugge** · 2nd
Commercial Group Manager, LIBOR Transition Office at M&T Bank

Connect

 **Matthew McGuire** · 2nd
Vice President - Libor Transition Lead at Citizens Bank

Connect

 **Veronica Gaskins** · 3rd
Corporate Treasury LIBOR Transition Office - Technology and Program/Project...

Message

 **Yuanyuan (Tania) Yue** · 3rd
Head of Treasury LIBOR Transition at Citi

Message

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

Messaging    ⌃

037



Complex financing of large ticket commercial lending transactions, including project finance, aircraft financing, railroad rolling stock; commercial dealer services/auto floor-plan lending; many years of expertise in commercial credit cards, payment processing, and cash management; capital markets and syndications expertise.

**Associate Counsel, Payment Systems, Cards, Data Privacy, Data Security**
Aug 2004 – Jun 2008 · 3 yrs 11 mos
Buffalo/Niagara, New York Area

Commercial Equipment Finance; Corporate attorney; Commercial Payment Solution and Merchant Services; Government Banking.



**Associate**
European Bank for Reconstruction and Development (EBRD)
Jul 2002 – Sep 2004 · 2 yrs 3 mos

Legal advice and negotiation of various EBRD-led lending and investment transactions, project finance, credit and trade facilitation lines, restructuring of bank investment companies, grants management, including due diligence and technical assistance components



**Consultant; Program Manager**
World Bank Group
2001 – 2002 · 1 yr
Kosovo/Washington, DC

Commercial legal reform and banking reform in emerging economies.



**Legal Advisor**
United Nations (UNMIK) Legal Department
Jun 2000 – Jul 2001 · 1 yr 2 mos

Legal Advisor in the Legal Department of the United Nations Administration (UNMIK)

Show 1 more experience ⌄

## Education

**Harvard Law School**
LLM, Law
2001 – 2002

A strong focus on banking, corporate law, commercial credit and specialized financing.

**Keele University**
LLB, Law and Business Administration
1993 – 1997

**Keele University**
Bachelor's Degree, Law, Management Studies
1993 – 1997

## Licenses & certifications



**Admitted to practice in the District of Columbia**
Issued Dec 2016 · No Expiration Date



**Admitted to practice in New York**

Messaging

 038



**Grade Representative**
Sidwell Friends School Parents Association
Education

**Board member**
Equipment Leasing and Finance Association
Arts and Culture

**Member Board Of Directors**
Somerset School Foundation
Mar 2018 – Present · 3 yrs 2 mos
Education

## Skills & endorsements

**Corporate Law** · 14

 Endorsed by **3 of Evis' colleagues at United Nations**

**International Law** · 10

Endorsed by **Roland G. and 1 other who is highly skilled at this**    Endorsed by **3 of Evis' colleagues at United Nations**

**Legal Advice** · 8

**Anthony Lamm and 7 connections** have given endorsements for this skill

Show more ⌄




**039**



**Microservices tutorial** - Learn how to build a microservices-based application using Oracle Cloud.  Ad  ···

Ad  ···

Get the latest jobs and industry news

Bryce, explore relevant opportunities with
**T. Rowe Price**

Visit Life



Message   ···

Gary Price · 3rd 

Vice President & Associate General Counsel - Consumer
Finance at M&T Bank

Buffalo, New York, United States · 436 connections · Contact info

  M&T Bank

  Rutgers University School of
Law - Camden

## About

Experienced Legal Counsel with a demonstrated history of working in the banking and consumer finance industries.

## Activity

434 followers

Posts Gary created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

  **M&T Bank**
2 yrs 8 mos

**Vice President & Associate General Counsel - Consumer Finance**
Full-time
Oct 2020 – Present · 7 mos
Buffalo, New York, United States

**Vice President - Consumer Finance Counsel**
Sep 2018 – Oct 2020 · 2 yrs 2 mos
Wilmington, Delaware

  **Santander Bank, N.A.**
2 yrs 5 mos

**Senior Legal Counsel**
Jul 2018 – Sep 2018 · 3 mos
Villanova, Pennsylvania

**Legal Counsel**
May 2016 – Jul 2018 · 2 yrs 3 mos
Villanova, Pennsylvania

**Counsel**
Citizens Financial Group, Inc.

### People also viewed

  Aaron Felmet · 3rd
Business Risk Manager II at M&T Bank
Message

  Miriam Dowd · 3rd
Associate General Counsel at M&T Bank,
Wealth and Institutional Services...
Message

  Sarah K. Ranni · 3rd
Vice President and Associate General
Counsel at M&T Bank
Message

  William Simon · 3rd
Vice President & Assistant General Counsel
at M&T Bank
Message

  Robert Tuleya · 3rd
Vice President and Assistant General
Counsel at M&T Bank
Message

Show more ⌄

### People you may know

  Nicholas Campa
Data Science Major, Minor in Business
Administration at Loyola University...
Connect

  Kendall Moore
Technology Product Manager at Wolters
Kluwer
Connect

Christopher Maita
Fixed Income Sales & Trading Analyst at
Oppenheimer & Co. Inc.
Connect

Messaging    ⌃

**040**



in  🔍                          Home    My Network    Jobs    Messaging

Investigator
New Jersey Office of Attorney General
Dec 2011 – Apr 2013 · 1 yr 5 mos
Newark, New Jersey

## Education

**Rutgers University School of Law - Camden**
Doctor of Law (J.D.), Law
2009 – 2012

**Northeastern University**
Bachelor of Science (B.S.), Finance, General
2005 – 2009

## Skills & endorsements

**Legal Writing** · 8

Gary M. Price Esq. and 7 connections have given endorsements for this skill

**Legal Research** · 8

Gary M. Price Esq. and 7 connections have given endorsements for this skill

**Westlaw** · 3

Wendy Jane Pucci and 2 connections have given endorsements for this skill

Show more ⌄







      

Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lea

Embrace tomorrow - We value insights over predictions. Ad •••

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Mastech Digital

Follow



Message  •••

## Grace Golando · 3rd

Vice President and Assistant General Counsel

Buffalo, New York, United States · 88 connections · Contact info

**M&T** M&T Bank

University at Buffalo School of Law

---

## Activity

88 followers

Posts Grace created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **In-House Counsel**
M&T Bank
2017 – Present · 3 yrs
Buffalo/Niagara, New York Area

In-house counsel supporting vendor and marketing contracts for M&T Bank and Wilmington Trust affiliates.

---

## Education

 **University at Buffalo School of Law**
Juris Doctor (J.D.)
2011 – 2014
Activities and Societies: OUTLaw

 **SUNY Fredonia**
Bachelor of Science (B.S.), International Relations and Affairs
2010
Activities and Societies: Amnesty International

 **Al Akhawayn University**
Arabic and North African Studies
2009

---

## Licenses & certifications

 **The Certified Information Privacy Professional - United States (CIPP/US)**
IAPP - International Association of Privacy Professionals
Issued May 2019 · Expires May 2021

---

## People also viewed

 **Jennifer Lasota-Bushen** · 3rd
Business Data Consultant at M&T Bank

Message

 **Isabell D'Sauveterre** · 3rd
Sr. Administrative Assistant

Message

 **Yelitza Caballero-Feliciano** · 3rd+
Release Analyst at M&T Bank

Connect

 **Michael Lewis** · 3rd
Member at The Lewis Firm

Connect

 **Angelica Marlatt** · 3rd
Assistant Vice President, Sr. Business Analytics and Reporting Analyst

Message

Show more ⌄

## People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

James Kane

 Messaging

**042**



**New York State Bar Admission 2015**

043



Your safest investment - Learn why credit union financial leaders trust in CUNA Finance Council.    Ad  •••

Ad  •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Greystone

Follow

## Hilary F. Korman, Esq.  · 3rd

Vice President - Assistant General Counsel at M&T Bank

New York, New York, United States · 500+ connections

Contact info

 M&T Bank

New York Law School

Message · •••

### Activity
1,436 followers

 Hi LinkedIn friends, check out this awesome showcase by David Seth Cohen of Precision Pictures. He is a director, producer, editor, photographer, and cinematographer (and my…

Hilary F. shared this
13 Reactions

See all activity

### People also viewed

David Seth Cohen · 3rd
Filmmaker, Television Producer, Branded Video Content Creator & Photographer
Message

Chris Jenkins · 3rd
VP Sales at National Loan Exchange, Inc. (NLEX)
Message

Mike Colby · 3rd
Business Development Director_Board Member RMAI
Message

Sonny Sonnenstein · 3rd
Banking visionary driving exceptional customer experiences through technology
Message

Chris Kay · 2nd
Building things that matter with the power of empathetic innovation
Pending

Show more

### Experience

 **Vice President, Assistant General Counsel, Deposits**
M&T Bank
Dec 2019 – Present · 1 yr 5 mos
New York, New York

Provide legal counsel to M&T's Consumer and Business Banking Deposit lines of business and compliance/risk partners in the areas of product development, management, and modifications (digital, back office, and branch level), pre-litigation matters (proposed complaints, subpoenas and document requests), regulatory inquiries and exams, legal developments (particularly under Regulations E, DD, D, CC, and garnishment laws), remediations, and fraud issues. Review and update deposit-related agreements and disclosures (customer fee/term disclosures, deposit agreements, digital agreements, and electronic bank card agreements), policies and procedures, and vendor agreements. Also assist with responses to customer complaints and escalat …see more

 **Associate Attorney**
Blank Rome LLP
Jan 2018 – Nov 2019 · 1 yr 11 mos

Concentrated practice in all areas of consumer finance litigation, compliance, and commercial litigation. Represented major financial institutions, collection agencies, law firms, non-bank lenders, FinTech platforms, businesses, and purchasers of distressed receivables in state, federal, administrative, regulatory, bankruptcy, and class actions. …see more

 **Associate Attorney**
Warshaw Burstein
Aug 2015 – Jan 2018 · 2 yrs 6 mos
Greater New York City Area

Advocated for major financial institutions, collection agencies, law firms, purchasers of distressed receivables, middle market businesses, and property owners in State, Federal, administrative, regulatory, bankruptcy, arbitration, and class actions involving, among other things, breach of contract, banking, secured and unsecured lending, landlord-tenant disputes, the Fair D …see more

### People you may know

Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University…
Connect

Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Messaging

 

Home　My Network　Jobs　Messaging



**Hardin, Kundla, McKeon & Poletto**
Mar 2015 – Aug 2015 · 6 mos
Greater New York City Area

Navigated complex case load through all facets of litigation, including depositions, oral argument, motion practice, and client interfacing. Tackled affirmative and defensive insurance coverage litigation in courts throughout New York State involving bodily injury, labor law, products liability, and property damage claims. Drafted coverage position letters and served as monitorir ...see more

**Mel S. Harris & Associates, LLC (now Stephen Einstein & Associates, P.C.)**
6 yrs 2 mos

**Senior Associate Attorney - Creditor's Rights, Financial Services, Consumer Protection Defense**
Apr 2012 – Mar 2015 · 3 yrs
New York, NY.

Fair Debt Collections Practices Act, Telephone Consumer Protection Act, Fair Credit Reporting Act, Truth In Lending Act, and state consumer protection counterpart defense in New York State and Federal Courts throughout New York, including class actions. Administrative action defense, including NYC Department of Consumer Affairs license renewal and Administrative Cod ...see more

**Associate Attorney**
Feb 2009 – Apr 2012 · 3 yrs 3 mos
Greater New York City Area

Managed diverse commercial and financial services case load from inception to resolution. Had high degree of success with State and Federal Court motion practice, including discovery, sanction, fee petition, recusal, exempt fund contests, procedural, and dispositive motions. Developed a successful track record handling evidentiary hearings, traverse hearings, sa ...see more

Show 1 more experience ⌄

## Education



**New York Law School**
Juris Doctor, Top 1/3 of Class
2008
Activities and Societies: Deans List High Honors, Fall 2007 | Certificate of Outstanding Contribution, Spring 2008 | Vice President of Media in the Media, Entertainment, and Sports Law Association | Phi Alpha Delta Law Fraternity.

**Boston University**
Bachelor of Arts, Cum Laude, Double Major in Political Science and Psychology
2005
Activities and Societies: Dean's List four times | Academic Achievement in the Greek System from 2003-2005 | Scholarship Chair of Alpha Epsilon Phi Sorority | Student Government | Pre-Law Society | Participated in Fundraising Events for the Elizabeth Glaser Pediatric AIDS Foundation | Dana Farber Breast Cancer Walk | Boston University Dance Marathon.

## Skills & endorsements

**Litigation** · 25

Endorsed by Adam Roth and 2 others who are highly skilled at this

**Legal Research** · 17

Endorsed by Adam Roth, who is highly skilled at this

**Commercial Litigation** · 14

Chad Deatherage and 13 connections have given endorsements for this skill

Messaging 

**045**

 🔍

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lea

 J. Craig Schweitzer
Administrative Vice President and Associate General Counsel - Digital Development at M&T Bank

🔒 Message | More...

Ad •••

Get the latest jobs and industry news

Bryce, explore relevant opportunities with
**T. Rowe Price**

Visit Life

🔒 Message   •••

**J. Craig Schweitzer** · 3rd    M&T   M&T Bank

Administrative Vice President and Associate General
Counsel - Digital Development at M&T Bank

Davenport, Florida, United States · 437 connections · Contact info

### About

Experienced Senior Attorney in the financial services industry. Strong legal professional skills in Agile methodology, Digital Product Development, Marketing, Credit Cards, and Consumer Law.

### Activity

435 followers

Posts J. Craig created, shared, or commented on in the last 90 days are displayed here.

See all activity

### Experience

 **Administrative Vice President and Associate General Counsel - Digital Development**
M&T Bank · Full-time
Sep 2018 – Present · 2 yrs 8 mos
Buffalo, New York

 **Senior Attorney**
Citi
Jan 1997 – Sep 2018 · 21 yrs 9 mos

Digital Legal for Private Label card business; Business Lawyer for The Home Depot, American Airlines and Hilton credit card portfolios

 **Lawyer**
The Associates
Jan 1997 – Dec 1999 · 3 yrs

Regulatory and banking law.

 **Counsel**
Security Service Federal Credit Union
Aug 1990 – Jan 1997 · 6 yrs 6 mos

Banking and regulatory law.

**Deputy Staff Judge Advocate**

### People also viewed

 **Kelly M.** · 3rd
HR Specialist at M&T Bank
Message

 **Aarthi Murali** · 3rd 🔳
Chief Customer Experience Officer at M&T Bank
Message

 **Stan Rubin** · 3rd
EVP, CFO & Chief Risk Officer - Ocean Bank
Message

 **Steve Harms** · 3rd+
Consultant
Connect

 **Elizabeth Glass** · 3rd
Project Administrator at M&T Bank
Connect

Show more ⌄

### People you may know

**Nicholas Campa**
Data Science Major, Minor in Business
Administration at Loyola University...
Connect

**Kendall Moore**
Technology Product Manager at Wolters
Kluwer
Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at
Oppenheimer & Co. Inc.
Connect

**James Kane**

 💬 Messaging       ✎   ⌃

 **046**



in  🔍   Home   My Network   Jobs   Messaging

**J. Craig Schweitzer**
Administrative Vice President and Associate General Counsel - Digital Development at M&T Bank

## Education

**University of Akron School of Law**
Juris Doctor, Law
1982 – 1985

**State University of New York College at Buffalo**
B.S., Criminal Justice
1978 – 1980

**Erie Community College**
A.A.S., Criminal Justice
1976 – 1978

Show 1 more education ⌄

## Skills & endorsements

**Credit Cards** · 32

Endorsed by **Joel Rapowitz and 8 others** who are highly skilled at this

citi Endorsed by **26 of J. Craig's colleagues at Citi**

**Banking** · 30

Endorsed by **Stan G Tosello, JD/MBA/CFE and 3 others** who are highly skilled at this

citi Endorsed by **22 of J. Craig's colleagues at Citi**

**Financial Services** · 23

Endorsed by **Joel Rapowitz and 2 others who are highly skilled at this

citi Endorsed by **19 of J. Craig's colleagues at Citi**

Show more ⌄



Messaging ✏ ··· ⌃

**Collaborative marketing** - Spark new ideas with CUNA Marketing & Business Development Council. Ad ···



## James Schwegler · 3rd
Vice President and Associate General Counsel at M&T Bank
Buffalo-Niagara Falls Area · 500+ connections · Contact info

🔒 Message    ···

**M&T** M&T Bank

**LAW** University of Toledo College of Law

Ad ···

Get the latest jobs and industry news

Bryce, explore relevant opportunities with **Amalgamated Bank**

Follow

## About

Detail-oriented commercial contracts attorney with a focus on technology agreements involving SaaS/cloud services. Experience in Corporate Procurement, Strategic Sourcing, and Third-Party Risk Management. Demonstrated success navigating privacy issues as a Certified Information Privacy Professional (CIPP/US).

## Activity
757 followers

Posts James created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



**M&T Bank**
7 yrs 2 mos

**Vice President and Associate General Counsel**
Full-time
Oct 2020 – Present · 7 mos
Buffalo-Niagara Falls Area

Practice Group Leader, Vendor Contracts Group

**Vice President and Counsel**
Jun 2018 – Oct 2020 · 2 yrs 5 mos
Buffalo/Niagara, New York Area

Vendor Contracts Group

**Strategic Sourcing / Third-Party Contracts Manager (Corporate Procurement)**
Feb 2016 – Jun 2018 · 2 yrs 5 mos
Buffalo/Niagara, New York Area

**Senior Auditor - Regulatory & Compliance**
Jan 2015 – Feb 2016 · 1 yr 2 mos
Buffalo/Niagara, New York Area

Regulatory and BSA/AML Portfolio

**BSA/AML Compliance**
Mar 2014 – Jan 2015 · 11 mos

### People also viewed


**Eric Voglmayr** · 3rd
Vice President/Risk Manager at M&T Bank
Message


**William Simon** · 3rd
Vice President & Assistant General Counsel at M&T Bank
Message


**Melissa Prohaska** · 3rd
Customer Journey Owner Lead at M&T Bank
Message


**Tim Barthold** · 3rd
Group Vice President, Enterprise Risk Governance
Message


**Melvin Martemianov-Roundtree** · 3rd
Assistant Vice President, Consumer Risk Analyst at M&T Bank
Message

Show more ⌄

### People you may know


**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect


**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect


**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

  Messaging        ⌃

 in ⌕    Home    My Network    Jobs    Messaging

**Associate Attorney**
Harris Beach PLLC
May 2012 – Mar 2014 · 1 yr 11 mos

 **Assistant District Attorney**
Erie County
Jul 2009 – May 2012 · 2 yrs 11 mos

## Education

 **University of Toledo College of Law**
Doctor of Law (J.D.), Law
2004 – 2006
Activities and Societies: Reinberger Fellowship in Prosecution, 2006

 **St. Bonaventure University**
Bachelor of Arts (B.A.), History
2000 – 2004

**University of Oxford**
Francis E. Kelley Oxford Program
2003 – 2003

## Licenses & certifications

**Certified Information Privacy Professional/United States (CIPPUS)**
IAPP - International Association of Privacy Professionals
Issued May 2019 · No Expiration Date

**Certified Anti-Money Laundering Specialist**
ACAMS
Issued May 2015 · Expired Dec 2018

## Skills & endorsements

**Contract Negotiation** · 2

**Christine Wable and 1 connection** have given endorsements for this skill

**Privacy Law**

**Vendor Contracts**

Show more ⌄



 Messaging

 

**Embrace tomorrow** - The future of the markets isn't predictable, but it can be sustainable.   Ad

Ad

Get the latest jobs and industry news

Bryce, explore relevant opportunities with Mazars in US

Follow

Jennifer Ruggiero · 3rd

Core Bank Chief Compliance Officer at M&T Bank

East Amherst, New York, United States · 61 connections ·

Contact info

 M&T Bank

SUNY Buffalo Law School

🔒 Message   •••

## People also viewed

Patricia Harris · 3rd
Lead Compliance Attorney at Schiller & Knapp, LLP
Message

Layton Teresa · 3rd+
Senior Vice President at Core Bank Trust
Message

Jan Williamson · 3rd
VP-Human Resources at Omaha State Bank
Message

Debbie Todaro · 3rd
Operations Manager, Banking Services at M&T Bank
Connect

Anthony Suess · 3rd+
Deputy Chief Jail Administrator
Connect

Show more ⌄

## Highlights

 Reach out to Jennifer for...
Joining a nonprofit board.
Message

## People you may know

Charlie Gilbert
Sales Intern at Chesapeake Plywood
Connect

James Kane
Portfolio Administrator at Penobscot Financial Advisors
Connect

Coleman C. Chase
Intern at U.S. House of Representatives
Connect

Kevin Short
Co-Founder at Silver Fern

## Activity

64 followers

Posts Jennifer created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **M&T Bank**
18 yrs 9 mos

**Core Bank Chief Compliance Officer**
Jul 2012 – Present · 8 yrs 10 mos

**Associate General Counsel**
Aug 2002 – Jul 2012 · 10 yrs

 **Attorney**
Coughlin & Gerhart LLP
Aug 1998 – Aug 2002 · 4 yrs 1 mo

## Education

 **SUNY Buffalo Law School**
Doctor of Law (J.D.)
1995 – 1998
Activities and Societies: National Trial Team; Moot Court Board

Messaging

**050**



Home    My Network    Jobs    Messaging

1991 – 1995

### Volunteer experience

**Treasurer**
Literacy Volunteers
Education

### Skills & endorsements

**Commercial Lending** · 2

**Christina Schwindler and 1 connection** have given endorsements for this skill

**Loans** · 1

**Tracey Stein** has given an endorsement for this skill

**Credit**

Show more ⌄





Messaging



in   🔍    Home   My Network   Jobs   Messaging   Notifications   Me ▾    Work ▾   Lea

**Ranked #1 Place To Work** - If you are a sales rockstar, come see for yourself! We are hiring! 🤍   Ad   •••

Ad •••

Get the latest jobs and industry news

**FINRA**

Bryce, explore relevant opportunities with FINRA

Visit Life



Jessica (Cocco) Paulin · 3rd

Vice President and Counsel at M&T Bank

Buffalo, New York, United States · 293 connections · Contact info

🔒 Message   •••

**M&T**   M&T Bank

University of Pittsburgh School of Law

### Activity
293 followers

I'm so proud to be an M&T Woman!
Jessica shared this
8 Reactions

See all activity

### Experience



**Vice President and Assistant General Counsel**
M&T Bank · Full-time
Sep 2020 – Present · 8 mos
Buffalo, New York, United States



**Counsel**
Delaware North Companies, Inc.
May 2019 – Sep 2020 · 1 yr 5 mos
Buffalo/Niagara, New York Area

I worked with the dedicated Assistant General Counsels to support various subsidiaries.

Primary Responsibilities:
• Reviewed and negotiated a wide array of commercial contracts, including asset purch ...see more



**Associate**
Nixon Peabody
Aug 2012 – May 2019 · 6 yrs 10 mos
Rochester, New York, United States

Primary focus:
• As a member of the firm's Public Finance group, I represented industrial development agencies and local development corporations in New York State in transactions granting state and local tax exemptions, including sales and mortgage recording tax exemptions and real property ...see more



**Law Clerk**
Patberg, Carmody & Ging, P.C.
Apr 2010 – Jan 2012 · 1 yr 10 mos

• Drafted motions, briefs, pleadings, interrogatories and other documents to be presented to opposing counsel and in court
• Conducted legal research and drafted internal memos to be submitted to partners
• Summarized discovery documents and analyzed relevant information to aid in litigation

### People also viewed


**Teresina Jarosh** · 3rd
Executive Legal Secretary at Baker & Hostetler LLP
Connect


**Thomas Heim** · 3rd
General Counsel for Delaware North Companies Sportservice, Inc. - sports...
Message


**Jeffrey Gleason** · 3rd
Senior Counsel at Bond, Schoeneck & King PLLC
Message


**Karen Nelson** · 3rd
Connect


**Julie Lowe** · 3rd
Instructional Designer at M&T Bank
Message

Show more ▾

### People you may know


**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect


**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect


**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging   ✏ ••• ⌄

 

Home    My Network    Jobs    Messaging


Livingston County Family Court
Aug 2008 – Nov 2008 · 4 mos
Geneseo, NY

• Observed both criminal and civil court proceedings
• Assisted with office, paper work and organizing files

## Education


**University of Pittsburgh School of Law**
Doctor of Law (J.D.), Law, cum laude
2009 – 2012

Pittsburgh Journal of Environmental and Public Health Law, Senior Topics Editor
o Student note selected for publication in Volume 6, Issue 1.

**State University of New York College at Geneseo**
Bachelor of Arts, History, magna cum laude
2006 – 2009

Activities and Societies:
Swimming and Diving Team (Captain 2008-2009)
Selected to participate in SUNY Geneseo's Externship Program in New York City in 2008
Phi Alpha Theta - National History Honor Society
National Scholars Honor Society

Awards:
SUNYAC Chancellor's Scholar-Athlete Award in 2009
Jennifer Guyer-Divico Memorial Award in 2009
Three time National All-American Swimmer
Academic All-American in 2008 and 2009
SUNYAC All-Academic Team and All Conference Team in 2007, 2008, and 2009
Multiple Team and Conference Record Holder in Swimming

## Skills & endorsements

**Legal Advice** · 6

Kevin Gosney and 5 connections have given endorsements for this skill

**Due Diligence** · 3

Bill Soprano and 2 connections have given endorsements for this skill

**Document Review** · 2

Bill Soprano and 1 connection have given endorsements for this skill

Show more ⌄



 Messaging 

  

**Embrace tomorrow -** We don't predict the future. We shape it with sustainable investing. Ad •••



# John Emmons · 3rd

Counsel at M&T Bank

Buffalo-Niagara Falls Area · 253 connections · Contact info

 M&T Bank

 Dickinson Law

Message ••• 

## About

Reliable attorney with over 17 years of experience including public and private company corporate matters, Investment Company Act of 1940, Investment Advisers Act of 1940, Securities Act of 1933, Securities Act of 1934, contract drafting and negotiations, litigation management, outside vendor oversight, and human resources/payroll support. ... see more

## Activity

254 followers

 **Log In or Sign Up to View**
John shared this

See all activity

## Experience

 **Counsel**
M&T Bank
Apr 2019 – Present · 2 yrs 1 mo
Buffalo, New York

**Senior Counsel**
Manning & Napier Benefits, LLC
Oct 2005 – Nov 2018 · 13 yrs 2 mos

**Senior Counsel**
Manning & Napier Advisors, LLC
Dec 2013 – Aug 2018 · 4 yrs 9 mos
Manning & Napier Advisors, LLC

**Staff Counsel**
IP.com
2004 – Aug 2012 · 7 yrs

**Assistant Counsel**
NCO Financial Systems, Inc
1998 – 2004 · 6 yrs

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Morrison & Foerster LLP

Follow

### People also viewed

 **Kathy A. Hahn** · 3rd
Ethics | Governance | Investigation | Regulatory Compliance | Organizational...
Message

 **John H Emmons, Jr** · 3rd
President at Welch & Forbes LLC
Connect

 **Stephen Wilson** · 3rd
Vice President & Assistant General Counsel at M&T Bank
Message

 **Anthony Carroll** · 3rd
Vice President and Counsel at M&T Bank
Message

 **Beth Bailey** · 3rd+
Human Resources Analyst at City of Columbus
Connect

Show more

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging



## Education

**Dickinson Law**
JD, Law
1987 – 1990

**Denison University**
BA, History/English
1983 – 1987
Activities and Societies: Track and Field

**Fairmont West High School**
1979 – 1983

## Skills

Strategic Planning

Leadership

Insurance

Show more ⌄





Messaging

055

## Contact

www.linkedin.com/in/john-park-53479212 (LinkedIn)

# John Park

Group Vice President - Deputy General Counsel at M&T Bank

New York City Metropolitan Area

## Experience

**M&T Bank**
2 years 8 months

Group Vice President - Deputy General Counsel
November 2020 - Present (7 months)
Paramus, New Jersey, United States

Head of Consumer and Business Banking Legal, leading a team of attorneys and paralegals who provide support to the Business Banking, Consumer Deposits, Consumer Lending, Customer Asset Management, Digital Banking, Mortgage, and Retail Banking groups.

Group VP - Senior Associate General Counsel
February 2020 - Present (1 year 4 months)
Paramus, NJ

Head of Consumer and Business Banking Legal, leading a team of attorneys and paralegals who provide support to the Business Banking, Consumer Deposits, Consumer Lending, Customer Asset Management, Digital Banking, Mortgage, and Retail Banking groups.

Previously, member of the Consumer and Business Banking Legal Division, managing a team of attorneys and paralegals supporting Consumer Lending, Customer Asset Management, and Mortgage.

Administrative VP, Associate General Counsel
October 2018 - January 2020 (1 year 4 months)
New York, New York

**Santander Bank, N.A.**
2 years 5 months

Senior Vice President, Deputy General Counsel, Mortgage & Consumer Finance Legal
August 2018 - October 2018 (3 months)
Florham Park, New Jersey

Manage a team of attorneys and paralegals who provide legal support to the mortgage, HELOC, credit card, debit card, auto, secured and unsecured lending businesses.

056

Senior Vice President, Head of Mortgage & Consumer Finance Legal
June 2016 - October 2018 (2 years 5 months)
Florham Park, NJ

Deputy General Counsel, managing a team of attorneys and paralegals supporting the mortgage, HELOC, credit card, debit card, auto, secured and unsecured lending businesses.


Citizens Bank
3 years 3 months

Senior Vice President, Senior Counsel
March 2016 - June 2016 (4 months)
Jersey City, NJ

Lead lawyer for the Consumer Lending group within the Consumer Banking Legal Group, providing guidance to the auto, HELOC, student lending and unsecured lending businesses.  Member of the Consumer Lending Executive Committee.


Senior Vice President, Senior Counsel
February 2016 - March 2016 (2 months)
Jersey City, NJ, U.S.A.

Member of the Enterprise Bank Regulatory Legal Group, providing guidance to business, compliance, risk and legal colleagues in various areas, including debt collection, foreclosure, bankruptcy, and the Servicemembers Civil Relief Act.


Vice President, Counsel
November 2014 - February 2016 (1 year 4 months)
Jersey City, NJ, U.S.A.

Member of the Enterprise Bank Regulatory Legal Group, providing guidance to business, compliance, risk and legal colleagues in various areas, including debt collection, foreclosure, bankruptcy, and the Servicemembers Civil Relief Act.


Vice President, Counsel
April 2013 - November 2014 (1 year 8 months)
Jersey City, New Jersey

Member of the Consumer Banking Legal Group, providing legal support to business, compliance and risk colleagues in the real estate secured loan servicing and default areas.


Lee Anav Chung LLP
Partner

**057**

March 2009 - March 2013 (4 years 1 month)
New York, New York

Practice focuses on representing lenders, investors, businesses and individuals in all facets of the acquisition, financing, sale and leasing of commercial and residential properties, as well as institutional lenders in commercial lending, multifamily financing, loan workouts and restructurings, commercial foreclosure, title claims litigation, commercial mortgage assignments, loan sales, and sale of REO property.

### Yun & Park, LLC
Managing Partner
January 2003 - February 2009 (6 years 2 months)

As Co-Founder and Managing Partner, accountable for the day-to-day business operations and the P&L success of the Firm. Lead Attorney for all facets of the acquisition, financing, sale and leasing of commercial and residential properties throughout New York and New Jersey. Responsible for formation of business entities, purchase and sale of businesses and representation of lenders on residential mortgage closings. Managed accounts payable and payroll for the Firm.

### The Princeton Review
Executive Director
January 1997 - August 2001 (4 years 8 months)
Brooklyn, New York

Recruited as Director of Legal and Medical Programs for New York City and quickly promoted to Executive Director to lead the Brooklyn branch operations. Hired, supervised and mentored a full-time staff of 4, and a part-time staff of 75+. Collaborated with school administrators to coordinate on-site courses and tutoring services, and to secure classroom space for courses and marketing seminars. Negotiated contracts with service providers and third-party vendors. Administered weekly payroll, and managed an operations budget that grew from $600K to $1.3M during tenure.

———

# Education

### St. John's University School of Law
JD  · (1992 - 1995)

### Tufts University
BA, Political Science · (1987 - 1991)

**058**

## Contact

www.linkedin.com/in/joseph-bielawa-78a19017 (LinkedIn)

## Top Skills

Due Diligence

Capital Markets

Corporate Governance

# Joseph Bielawa

Chief Regulatory Counsel at M&T Bank

New York

## Experience

**M&T Bank**
Chief Regulatory Counsel
May 2018 - Present (3 years 1 month)
New York

**Natixis**
Director/Senior Counsel Regulatory
February 2010 - April 2018 (8 years 3 months)

**Board of Governors of the Federal Reserve System**
Senior Counsel
December 2008 - February 2010 (1 year 3 months)

**Freddie Mac**
Senior Attorney
December 2007 - April 2008 (5 months)

**J.P. Morgan**
Vice President & Asst. General Counsel
September 1996 - November 2007 (11 years 3 months)

**Nat West**
Vice President & Asst. General Counsel
June 1994 - May 1996 (2 years)

**Office of the Comptroller of the Currency**
Senior Attorney
August 1986 - June 1994 (7 years 11 months)

———

## Education

Duquesne University School of Law
Law · (1983 - 1986)

**059**

Katherine Hesch | LinkedIn

**in**   🔍      Home   My Network   Jobs   Messaging   Notifications   Me ▾    Work ▾   Lear

**Y Job Fairs Near You!** - Enjoy a fun and flexible career with the Y! Interview safely, in person.   Ad •••

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **Sales Boomerang**

Follow



🔒 Message   •••

### Katherine Hesch · 3rd

 **M&T** M&T Bank

**S** Syracuse University College of Law

Group Vice President, Senior Associate General Counsel at M&T Bank

Buffalo, New York, United States · 428 connections · Contact info

---

## Activity
427 followers

Mike, it was a pleasure working with you. All the best in your future endeavors. Kate
Katherine commented

See all activity

---

## People also viewed

 **Tim Webster** · 3rd
Retired Partner at Webster Szanyi LLP
Connect

 **Nola Cornett, Esq.** · 3rd
Senior Vice President, Strategy Lead Analyst at Citi
Message

 **Sean Veach** · 3rd
Assistant Vice President, Senior Compliance Consultant at M&T Bank
Message

 **Nicole Neary** · 3rd
Assistant Vice President | Business Line Senior Trainer at M&T Bank
Message

 **Michelle Jeffries Schubring** · 3rd
Administrative Vice President and Senior Compliance Manager at M&T Bank
Message

Show more ⌄

---

## Experience

 **M&T Bank**
9 yrs 1 mo

**Group Vice President, Senior Associate General Counsel**
Full-time
Jan 2021 – Present · 4 mos

**Administrative Vice President, Senior Associate General Counsel, Enterprise-Wide Banking**
Full-time
Jun 2020 – Jan 2021 · 8 mos
Buffalo, New York, United States

**Administrative VP, Associate General Counsel, Regulatory Programs**
Oct 2018 – Jun 2020 · 1 yr 9 mos
Buffalo, New York

**Administrative Vice President, Senior Consumer Lending Counsel**
Dec 2017 – Oct 2018 · 11 mos
Buffalo, New York

**Vice President, Counsel**
Apr 2012 – Dec 2017 · 5 yrs 9 mos

 **Associate**
Phillips Lytle LLP
Aug 2001 – Mar 2012 · 10 yrs 8 mos

---

## People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

---

## Education

 🔔 Messaging    ✎   ⌃



Mortgage Recruiter Guide - Learn successful recruiting best practices used by professional recruiters.   Ad   •••

LinkedIn · Home · My Network · Jobs · Messaging · Notifications · Me ▾ · Work ▾ · Lear

Ad •••

Get the latest jobs and industry news

 metro

Bryce, explore relevant opportunities with WMATA

Follow



Connect   🔒 Message   •••

 M&T Bank

 University of Maryland School of Law

## Kathleen Coulahan · 3rd

Counsel at M&T Bank

Harford County, Maryland, United States · 1 connection ·

Contact info

### People also viewed

 **Ciara Ryan** · 3rd+
Customer Advisor at Bank of Ireland
Connect

 **Linda Clark** · 3rd+
Fiduciary Market Manager
Connect

 **Debra Swan Sylvester, CTFA** · 3rd
Senior Vice President and Fiduciary Market Manager at PNC
Message

 **Kimberly Jackson** · 3rd+
Vice President at PNCBank, NA
Connect

 **Kimberly Jackson** · 3rd+
Vice President at PNC Advisors
Connect

Show more ⌄

### Activity

1 follower

Posts Kathleen created, shared, or commented on in the last 90 days are displayed here.

See all activity

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 **James Kane**

## Experience

 **Counsel**
M&T Bank

## Education

 **University of Maryland School of Law**
Juis Doctor
1978 – 1981
Activities and Societies: Order of coif

## Interests

 **University of Maryland Francis King Carey**
10,484 followers

 **M&T Bank**
85,410 followers

 Messaging

**061**

 

Morgan State University - Explore more than 40 master's programs at our School of Graduate Studies. Ad ···

Ad ···
Get the latest jobs and industry news

Bryce, explore relevant opportunities with NeighborWorks America
Follow



Connect   Message   ···

M&T Bank
Rutgers University School of Law - Camden

### Kellen Coppola · 3rd
Vice President & Assistant General Counsel at M&T Bank
Buffalo, New York, United States · 500+ connections ·
Contact info

## Activity
523 followers

Posts Kellen created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Vice President & Assistant General Counsel**
M&T Bank
Aug 2020 – Present · 9 mos
Buffalo, New York, United States

**Associate**
Lippes Mathias Wexler Friedman LLP
Sep 2018 – Aug 2020 · 2 yrs
Buffalo/Niagara, New York Area

**Assistant District Attorney**
Erie County
Oct 2015 – Sep 2018 · 3 yrs

**Associate Attoney**
Ricotta & Visco Attorneys and Counselors at Law
Jul 2014 – Oct 2015 · 1 yr 4 mos
Buffalo/Niagara, New York Area

**Product Advocate at Rutgers-Camden School of Law**
Bloomberg BNA
Aug 2013 – Apr 2014 · 9 mos
Rutgers-Camden School of Law

Show 3 more experiences ⌄

## Education
Rutgers University School of Law - Camden

### People also viewed
Ron Papa · 3rd — President- NFA National Fire Adjustment Co., Inc. — Message
Laurie A. Baker · 3rd — Partner at Meyers Buth Law Group PLLC — Message
Michael J. Mazurczak (Maz) · 2nd — ►Employment Practices Liability ►Transportation ►Professional Liability... — Connect
DeWaylon Lawrence · 3rd — LAN Support Specialist at Oklahoma University Health Sciences Center -... — Message
Eric Lands · 3rd+ — Industrial & Systems Engineer — Connect
Show more ⌄

### People you may know
Nicholas Campa — Data Science Major, Minor in Business Administration at Loyola University... — Connect
Kendall Moore — Technology Product Manager at Wolters Kluwer — Connect
Christopher Maita — Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.




Home    My Network    Jobs    Messaging



**University of Pennsylvania**
BA, Italian Studies
2005 – 2009
Activities and Societies: Lightweight rowing, Student-Athlete Advisory Committee member,
Newman Center council member

**Canisius High School**
2001 – 2005
Activities and Societies: Ignatian Scholar, National Honors Society member, Varisty Crew, Varsity
Soccer

## Skills & endorsements

**Legal Research** · 15

**Mikhail Gasiorowski and 14 connections** have given endorsements for this skill

**Legal Writing** · 9

**Ryan Cobb, M.D. and 8 connections** have given endorsements for this skill

**Public Speaking** · 6

**Chris Howell and 5 connections** have given endorsements for this skill

Show more ⌄





Messaging

 

Accounting & Reporting - Software for Family Offices. Maximize Operation Efficiency & Insight. Ad ···

Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lear

Ad ···
Get the latest jobs and industry news
 
Bryce, explore relevant opportunities with **Navy Federal Credit Union**
Follow



### Kelly O'Brien · 3rd

Consumer and Business Compliance Risk Director

Buffalo-Niagara Falls Area · 500+ connections · Contact info

🔒 Message   ···

 M&T Bank
 State University of New York at Buffalo - Law School

**People also viewed**

 **Julie Jehrio** · 3rd
Director, Responsible Banking at M&T Bank
Message

 **Stephen Nalawadi** · 3rd
Director, Compliance & Operational Risk Testing at USAA
Message

 **Eric Voglmayr** · 3rd
Vice President/Risk Manager at M&T Bank
Message

 **Melissa Prohaska** · 3rd
Customer Journey Owner Lead at M&T Bank
Message

 **Tim Barthold** · 3rd
Group Vice President, Enterprise Risk Governance
Message

Show more ⌄

## About

Director of Consumer and Business Practices Group at M&T Bank, which serves as the primary point of contact with business units on day-to-day compliance matters and as subject matter experts on applicable federal and state rules, regulations and requirements. (Mortgage, Consumer, Deposits, Commercial, Private, and Business Banking, ... see more

## Activity

1,223 followers

 **Thank you for everything you do, Tracy!**
Kelly commented

 **Excited to welcome some new and some familiar faces to the M&T team!**
Kelly shared this
8 Reactions · 1 Comment

 **I second this post!**
Kelly commented

See all activity

**People you may know**

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

## Experience

 **Director of Consumer and Business Practices**
M&T Bank · Full-time
Jul 2020 – Present · 11 mos

 **M&T Bank**
6 yrs 2 mos

**Director of Enterprise Compliance and Compliance Risk Governance**
Full-time
Sep 2019 – Feb 2020 · 6 mos
Buffalo/Niagara, New York Area

**Director of Compliance Risk Governance**
Mar 2019 – Sep 2019 · 7 mos
Buffalo, New York

Director of Enterprise Compliance (Holding Company, Canada, Political Activities and Contributions, Info Tax and Privacy Compliance) and Compliance Risk Governance responsible for ensuring key components of SR 08-8 (risk assessment, reporting, monitoring activities, etc.) and agile product/service initiatives are in place and working effectively. ...see more

 Messaging

 

Home    My Network    Jobs    Messaging

### Compliance Manager, AVP (Mortgage and Consumer Lending Servicing Focus)
First Niagara Bank
Aug 2013 – Jan 2014 · 6 mos
Buffalo/Niagara, New York Area

Responsible for monitoring and testing compliance throughout First Niagara's Mortgage Servicing and Consumer Lending Departments which included: leading the implementation of the Dodd Frank Act's 2014 mortgage servicing rules; providing guidance and training to the servicing lines of business on rules and regulations related to mortgage servicing and foreclosures, co ...see more



### Attorney Editor (Commercial Litigation, Corporate, and Labor Law Concentration)
Thomson Reuters Westlaw
Oct 2012 – Feb 2013 · 5 mos
Rochester, New York Area

Commercial Litigation (emphasis on Corporate Contract Matters) and Labor Law legal secondary articles to be uploaded onto Westlaw, while adhering to strict editorial publishing schedules and quality standards. Responsible for identifying key legal issues within the industry, researching, analyzing, and communicating them into clear, concise summaries, while working succe ...see more

### Law Clerk
First Niagara Bank
Oct 2011 – Oct 2012 · 1 yr 1 mo
Buffalo/Niagara, New York Area

Regulatory Compliance Department with a focus on researching and analyzing rules and regulations including: Dodd Frank, Gramm-Leach-Bliley, privacy laws, and insurance and trust laws at the multi-state level.

Show 4 more experiences ⌄

## Education



**State University of New York at Buffalo - Law School**
Juris Doctorate, Banking, Corporate, Finance, and Securities Law
2009 – 2012
Activities and Societies: New York City Global Finance Program, Affordable Housing Clinic, & Margaret Wong Scholarship Recipient

Passed July 2012 New York State Bar Exam and admitted in the 4th Department, March 2013.



**Fairfield University**
MBA, International Business/Accounting
2005 – 2007



**St. Bonaventure University**
B.A., English, Spanish
2001 – 2004
Activities and Societies: English and Spanish Tutor English Intern for English Department

## Licenses & certifications



**Leading Innovative Change**
UC Berkeley Executive Education
Issued Aug 2019 · No Expiration Date



**Certified Anti-Money Laundering Specialist (CAMLS)**
ACAMS
Issued Feb 2019 · No Expiration Date



**CRCM**
American Bankers Association

065

 Messaging 



**Leveraging data, insights** - CUNA Strategic Services aligns credit unions with solution providers.   Ad ···



## Kenneth "Ken" Krach · 3rd

University of Maryland
Francis King Carey School of...

Attorney, Banker and Fraud Risk Specialist--

Baltimore, Maryland, United States · 321 connections ·

Contact info

🔒 Message   ···

### About

My career at M&T Bank and my law degree give me a depth of experience and expertise in 3 critical areas: law, banking and fraud risk. I counseled and advised internal clients on a wide spectrum of legal issues ranging from the mundane to the complex and touching almost all products and services the bank offered. As fraud and reg ... see more

### Activity

321 followers

 **Congratulations Jon.**
Kenneth "Ken" commented

See all activity

### Experience

 **M&T Bank**
27 yrs 3 mos

**Financial Crimes Manager**
Jul 2018 – Feb 2020 · 1 yr 8 mos
Baltimore, Maryland Area

I managed a team of 20+ individuals responsible for Financial Crimes case creation, investigation, regulatory filings and quality control. Duties and accomplishments included:
• Expanding team capacity by outsourcing non-complex work to low cost provider;
• Creating practical and effective communications to employees and customers on fraud risk;
• Developing comprehensive policies and procedures to address emerging fraud risks;
• Coordinating complex internal and external fraud investigations; and
• Developing real time responses to active fraud events.

**In-House Counsel**
Dec 1992 – Jun 2018 · 25 yrs 7 mos
Baltimore, Maryland Area

I served as a primary legal resource in the Bank's Mid-Atlantic region with emphasis on commercial and retail transactions, litigation, fraud, risk and dispute resolution. Duties and accomplishments included:
• Counseling clients on complex customer issues and disputes to achieve cost effective, ...see more

### Education

### Promoted

 **Leveraging data, insights**
CUNA Strategic Services aligns credit unions with solution providers.
Learn more

**WELLS FARGO**
**Embrace tomorrow**
The future of the markets isn't predictable, but it can be sustainable.
Learn more

### People also viewed

**Marcela H.** · 3rd
Senior Associate General Counsel at J.P. Morgan
Message

**Hilary O'Connor** · 3rd
Regional General Counsel (Mid-Atlantic) at Kimco Realty Corporation
Message

**Nicole Audia** · 3rd
Accounting at Southern Connecticut State University
Message

**Chantelle Krezmien** · 3rd
Banking Officer, BSA/AML Senior Compliance Analyst at M&T Bank
Message

**Kathleen Kyne** · 3rd
Paralegal at Tydings & Rosenberg LLP
Message

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

Messaging ✎ ⌃

   🔍       Home    My Network    Jobs    Messaging

Juris Doctor

**Loyola University Maryland**
Bachelor's degree, Political Science and Government

## Skills & endorsements

**Law** · 2

Stephen Thommen and 1 connection have given endorsements for this skill

**Dispute Resolution** · 1

Rob Tiettmeyer has given an endorsement for this skill

**Negotiation**

Show more ⌄

## Recommendations

**Received (1)**    Given (1)

 **Stephen Thommen**
Senior Member Services
Representative at Tower
Federal Credit Union

June 4, 2020, Stephen and
Kenneth "Ken" were students
together

Ken Krach is a bright and intuitive professional with a high degree of knowledge and a keen attention to detail. Ken has an analytical manner and an innate ability to determine facts. He has a long history of success in his working profession and his dedication to the company is strong and unwavering a... See more

Messaging

## Contact

www.linkedin.com/in/laura-o-hara-18bb67a3 (LinkedIn)

## Top Skills

Mortgage Lending

Financial Services

Commercial Banking

# Laura O'Hara

General Counsel at M&T Bank

Buffalo-Niagara Falls Area

## Experience

**M&T Bank**
General Counsel
July 2017 - Present (3 years 11 months)
New York

**Santander Bank, N.A.**
Executive Vice President and General Counsel
May 2015 - Present (6 years 1 month)
Florham Park, New Jersey

**Citizens Bank**
EVP, General Counsel Consumer and Commercial Banking
September 2011 - May 2015 (3 years 9 months)

* General Counsel for Consumer and Commercial Banking for RBS Citizens, N.A. ("CFG"), a $130        billion dollar institution and the twelfth largest US bank, reporting to the Vice Chairs and the General Counsel for RBS Americas.

*Responsible for legal support for all Consumer and Commercial lines of business including: Retail Banking, Mortgage, Broker Dealer, Business Banking, Credit Card, Auto Lending, Student Lending as well as Servicing and Operations for those businesses.

*Co-manager of CFG legal department responsible for goals, CFG staff meetings, extensive training program for junior lawyers, mentoring programs for lawyers new to CFG and CLE program.

**Chase**
SVP and General Counsel, Chase Mortgage
1990 - 2011 (21 years)

SVP, General Counsel JPMorgan Chase, Mortgage
Responsible for all legal support for Chase's mortgage business.

--------

## Education

**068**

## Georgetown University Law Center

Juris Doctor (J.D.), Law · (1981 - 1984)

## Villanova University

Bachelor's Degree, Honors and Economics · (1977 - 1981)

069

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

**Looking for a job?** · Best job search service. Learn more. Ad ···

Ad ···

The CMA certification is the benchmark for management accountants.



Reach new heights in your career.

**Learn More**



**Message**   ···

 M&T Bank

 Georgetown University Law Center

## Laura O'Hara · 3rd 

General Counsel at M&T Bank

Buffalo-Niagara Falls Area · 500+ connections · **Contact info**

---

**People also viewed**

 **Alyson Villano Neafsey** · 3rd
SVP, Deputy General Counsel at Santander Bank, N.A.
( Connect )

 **Sally Mulligan** · 3rd
Executive Vice President, General Counsel of Consumer and Business Banking at...
( Message )

 **Sarah K. Ranni** · 3rd
Vice President and Associate General Counsel at M&T Bank
( Message )

 **William Simon** · 3rd
Vice President & Assistant General Counsel at M&T Bank
( Message )

 **Thomas Gordon** · 3rd
Vice President and Assistant General Counsel at M&T Bank
( Message )

Show more ⌄

---

### Activity

716 followers

Posts Laura created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

**People you may know**

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
( Connect )

 **John Burger**
Professor of Economics at Loyola University Maryland
( Connect )

 **James Kane**
Portfolio Administrator at Penobscot Financial Advisors

---

## Experience

 **General Counsel**
M&T Bank
Jun 2017 – Present · 3 yrs 11 mos
New York

 **Executive Vice President and General Counsel**
Santander Bank, N.A.
Apr 2015 – Present · 6 yrs 1 mo
Florham Park, New Jersey

 **EVP, General Counsel Consumer and Commercial Banking**
Citizens Bank
Aug 2011 – Apr 2015 · 3 yrs 9 mos

\* General Counsel for Consumer and Commercial Banking for RBS Citizens, N.A. ("CFG"), a $130 billion dollar institution and the twelfth largest US bank, reporting to the Vice Chairs and the General Counsel for RBS Americas.

...see more

 **SVP and General Counsel, Chase Mortgage**
Chase
1990 – 2011 · 21 yrs

SVP, General Counsel JPMorgan Chase, Mortgage
Responsible for all legal support for Chase's mortgage business.

## Education

 **Georgetown University Law Center**

---

Ⓘ Preparing PDF, your download will begin shortly.    ✕

 

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lea

Tableau Software - Bar charts, density maps, and bloxplots. Learn which chart type to use.   Ad ···



## Lauren Mercado · 3rd
In-House Counsel M&T Bank | Wilmington Trust
Greater Philadelphia · 128 connections · Contact info

 M&T Bank
 Georgetown University Law Center

( 🔒 Message )   ···

### Activity
128 followers

Posts Lauren created, shared, or commented on in the last 90 days are displayed here.

See all activity

### Experience
 **Assistant General Counsel | Vice President**
M&T Bank
May 2015 – Present · 6 yrs
Wilmington, Delaware, United States

### Education
 **Georgetown University Law Center**
Executive L.L.M in Taxation, Trust and Estates
2020 – 2022

 **Michigan State University College of Law**
Doctor of Law - JD, Juris Doctor
2011 – 2014

 **University of Illinois at Urbana-Champaign**
Bachelor of Arts - BA, Political Science and English Literature
2006 – 2010

### Skills & endorsements
**Wealth Management**

**Operations Management**

**High Net Worth Individuals**

Ad ···

Get the latest jobs and industry news



Bryce, explore relevant opportunities with EagleBank

Follow

### People also viewed
 **Stephanie DiLucchio** · 3rd
Account Supervisor at DiD
Connect

 **Danielle DiGiacomo** · 3rd 🔳
Treasury Management Sales Analyst at Wells Fargo
Message

 **Christopher Monigle** · 2nd
Vice President, Global Capital Markets- Wilmington Trust Company
Connect

 **Drew P. Von Bargen, II** · 3rd
Attorney at Soloff & Zervanos, P.C.
Message

 **Thomas Frederick** · 3rd
In House Counsel at M&T Bank
Connect

Show more ﹀

### People you may know
 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging ▴

 🔍

Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lear

   

**Marianne Roche**
Enterprise Compliance Risk Manager at M&T Bank

Connect    🔒 Message    More...

Ad  •••
Get the latest jobs and industry news

 ACCION

Bryce, explore relevant opportunities with Accion

Follow



Connect  ·  🔒 Message  ···

🏛 Georgetown University Law Center

## Marianne Roche · 3rd

Enterprise Compliance Risk Manager at M&T Bank

Clarence, New York, United States · 30 connections · Contact info

### About

Experienced Regulatory Counsel with a demonstrated history of working in the financial services industry. Skilled in Financial Services, Risk Management, Management, Banking, and Strategic Planning. Strong legal professional graduated from Georgetown University Law Center.

### Activity

30 followers

Posts Marianne created, shared, or commented on in the last 90 days are displayed here.

See all activity

### Experience

 **M&T Bank**
6 yrs 4 mos

**Enterprise Compliance Risk Manager**
May 2017 – Feb 2020 · 2 yrs 10 mos
Buffalo/Niagara, New York Area

**Chief Regulatory Counsel**
Nov 2013 – May 2017 · 3 yrs 7 mos

### Education

 **Georgetown University Law Center**
Doctor of Law - JD
1977 – 1980

 **Adelphi University**
Bachelor of Business Administration - BBA, Finance and History
1973 – 1977

 **Athanaeum of Ohio**
Master of Arts in Religion, Theology and Ministerial Studies

---

### People also viewed

 **Sabah Berrahal** · 3rd
Gestionnaire de transport
Connect

 **Lucie Jaquillard** · 3rd+
Venomics project leader, SMARTOX Biotechnology
Message

 **Cathy CARVALHOSA** · 3rd
Technicienne de production chez SMARTOX
Connect

 **Nancy (Amato) Vanderburgh** · 3rd
Sr. Administrative Assistant
Message

 **Laure KONNERT** · 3rd
Ph.D. · Organic Chemistry
Message

Show more ⌄

### People you may know

 **Jacob Emanuel**
Communication and Media Major at the University of Michigan
Connect

 **James Kane**
Portfolio Administrator at Penobscot Financial Advisors
Connect

 **Luke Hiltwein**
Assurance Intern at PricewaterhouseCoopers
Connect

 💬 Messaging  ✏️  ⌃

 **072**



Marianne Roche
Enterprise Compliance Risk Manager at M&T Bank

Management

Risk Management

Strategic Planning

Show more ⌄

### Interests

**M&T Bank**
85,410 followers

**Adelphi University**
63,222 followers

**Georgetown University Law Center**
55,636 followers

Messaging



**Tableau Software** - Bar charts, density maps, and bloxplots. Learn which chart type to use.   Ad   ...

Ad   •••

Get the latest jobs and industry news

Bryce, explore relevant opportunities with
Eversheds Sutherland

Follow



Connect    🔒 Message    •••

 M&T Bank

### Mark Warren · 3rd
Associate General Counsel at M&T Bank
Buffalo, New York, United States · 8 connections · Contact info

---

## Activity
10 followers

Posts Mark created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **Associate General Counsel**
M&T Bank · Full-time
Aug 1994 – Present · 26 yrs 9 mos
Buffalo, New York, United States

---

## Interests

 University at Buffalo School of Law
17,889 followers

 M&T Bank
85,410 followers

---

### People also viewed

 **Christopher Goodenow** · 3rd+
SENIOR MANAGER at The ZLC Group CPAs
Connect

 **Larry Wechter** · 3rd
Property Manager, Realtor at RE/MAX
Preferred
Connect

 **Renee DeMars** · 3rd
Real Estate With Renée
Message

 **Jonathan Gorman** · 3rd+
--
Connect

**Dr.Vijaya Nv** · 3rd
endocrinologists at SSM Health St. Louis
Message

Show more ⌄

---

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business
Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters
Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at
Oppenheimer & Co. Inc.
Connect

 **James Kane**

 Messaging ✎ ⌃

**074**



Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

Advance your tech career - Without disrupting your career - 1-year MS in Tech Mgmt   Ad ⋯

Ad ⋯

Get the latest jobs and industry news



Bryce, explore relevant opportunities with
**Fifth Third Bank**

Follow

## Michelle Jeffries Schubring · 3rd

Administrative Vice President and Senior Compliance Manager at M&T Bank

Niagara County, New York, United States · 500+ connections

Contact info

Message ⋯

M&T Bank

State University of New York at Buffalo - Law School

---

### People also viewed

 **Kevin T. Hamilton** · 3rd
Service Professional
Message

 **Sean Veach** · 3rd
Assistant Vice President, Senior
Compliance Consultant at M&T Bank
Message

 **Nicole Batugowski** · 3rd
Vice President, Sr. Consumer Compliance
Manager
Message

 **Katherine Hesch** · 3rd
Group Vice President, Senior Associate
General Counsel at M&T Bank
Message

 **Glenn Jackson, Chief Diversity
Officer** · 2nd
Collaborating with people, organizations
and communities to help realize our true...
Connect

Show more ▾

---

## Activity

566 followers

 **Great opportunity to join a fantastic organization! If you are passionate about mortgage compliance, please consider applying!**

Michelle shared this
25 Reactions

See all activity

---

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business
Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters
Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at
Oppenheimer & Co. Inc.

---

## Experience

 **M&T Bank**
8 yrs 3 mos

**Senior Compliance Manager**
Full-time
Aug 2020 – Present · 10 mos
Buffalo, New York, United States

**UDAAP Compliance Manager**
Oct 2018 – Aug 2020 · 1 yr 11 mos
Buffalo, New York

**Executive Compensation Manager**
Aug 2014 – Sep 2018 · 4 yrs 2 mos
Buffalo/Niagara, New York

**Privacy Officer**
Mar 2013 – Aug 2014 · 1 yr 6 mos
Buffalo/Niagara, New York Area

**Vice President & Senior Counsel**
First Niagara Bank
Apr 2012 – Mar 2013 · 1 yr

 **Vice President & Senior Counsel**
M&T Bank
Sep 2008 – Apr 2012 · 3 yrs 8 mos
Consumer Mortgage Lending

Messaging  ▲

in  🔍                                                    Home    My Network    Jobs    Messaging

**WF**
10 yrs 1 mo

    **Assistant General Counsel**
    Aug 2007 – Aug 2008 · 1 yr 1 mo

    Consumer Real Estate Lending

    **Senior Paralegal**
    Apr 2002 – Jul 2007 · 5 yrs 4 mos

    Show 2 more roles ⌄

**Collector**
Bank of America
Mar 1997 – Jul 1998 · 1 yr 5 mos

## Education

**State University of New York at Buffalo - Law School**
J.D.
2005 – 2007
Activities and Societies: Buffalo Law Review

**Temple University - James E. Beasley School of Law**
2004 – 2005

**University at Buffalo**
B.A., English
1996 – 1998

Show 1 more education ⌄

## Skills & endorsements

**Mortgage Lending** · 15
Endorsed by **2 of Michelle's colleagues at M&T Bank**

**Banking** · 12
Endorsed by **Joel Dancy, who is highly skilled at this**    Endorsed by **5 of Michelle's colleagues at M&T Bank**

**Privacy Law** · 8
Endorsed by **4 of Michelle's colleagues at M&T Bank**

Show more ⌄

**076**





**FinServ Marketing Tips** - Become a better marketer and grow your firm with our resources & webinars  Ad  •••

LinkedIn  Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lear

Ad  •••



Get the latest jobs and industry news

MSRB

Bryce, explore relevant opportunities with MSRB

Visit Life

Message  •••

## Mike Driscoll · 3rd
Head of Litigation at M&T Bank
Buffalo, New York, United States · 207 connections · Contact info

M&T Bank

University of Toronto - University of St. Michael's...

### Activity
208 followers

Proud to work for a company whose CEO uses his voice to support voting rights f...
Mike shared this
7 Reactions

Congratulations Abby!
Mike commented

See all activity

### Experience

**M&T Bank**
16 yrs 2 mos

Head of Litigation, Group Vice President, Senior Associate General Counsel
Dec 2015 – Present · 5 yrs 5 mos
Buffalo, NY

Litigation Practice Group Manager, Administrative Vice President and Associate General Counsel
Dec 2009 – Nov 2015 · 6 yrs
Buffalo/Niagara, New York Area

Vice President & Associate General Counsel
Mar 2005 – Dec 2009 · 4 yrs 10 mos

**Senior Associate**
Hiscock & Barclay, LLP
Nov 1999 – Apr 2005 · 5 yrs 6 mos

### Education

University of Toronto - University of St. Michael's College
B.A., English, History, Economics
1986 – 1989
Activities and Societies: Varsity Rowing Team, St. Michael's College Athletic Director

### People also viewed


**Paul Kucinski** · 3rd
Administrative Vice President and Senior Counsel at M&T Bank
Message


**Anthony Carroll** · 3rd
Vice President and Counsel at M&T Bank
Message


**Larry Wells** · 3rd+
Student at Sacred Heart Major Seminary
Connect


**Laurie Moulding** · 3rd
--In Home Care Provider
Message


**Matthew Wisniewski** · 3rd+
Parking Command Center Controller at Wayne State University Parking and...
Connect

Show more ⌄

### People you may know


**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect


**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect


**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

Messaging



**079**

# Miriam Dowd

Associate General Counsel at M&T Bank, Wealth and Institutional Services Commercial Litigation

New York

## Contact

www.linkedin.com/in/miriam-dowd-45904940 (LinkedIn)

## Top Skills

Commercial Litigation

Litigation

Civil Litigation

## Experience

### M&T Bank

1 year 11 months

Associate General Counsel
July 2019 - Present (1 year 11 months)
350 Park Ave, New York, NY 10022

Associate General Counsel,
July 2019 - Present (1 year 11 months)
350 Park Ave, New York, NY 10022

### Citizens Financial Group Inc
SVP, Senior Counsel
May 2013 - Present (8 years 1 month)

### JPMorgan Chase
Vice President, Counsel
December 2009 - April 2013 (3 years 5 months)

———

## Education

### Boston College Law School
Doctor of Law - JD, Law · (1999)

080



LinkedIn Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾

Tableau Software - Bar charts, density maps, and bloxplots. Learn which chart type to use. Ad •••

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with KPMG US

Follow



## Neil Derman · 3rd

Associate General Counsel and Administrative Vice President at M&T Bank/ Wilmington Trust

Cherry Hill, New Jersey, United States · 500+ connections ·

Contact info

Connect | 🔒 Message | •••

 M&T Bank
 Villanova University Charles Widger School of Law

### People also viewed

 Jennifer Ostasewski · 3rd
Accountant/Property Manager at Everest Management Services LLC
Connect

 John Kelley · 2nd
President at Wilmington Funds Management Corporation
Connect

 Sarah (Porter) Barsky · 3rd
Vice President at Wilmington Trust /(M&T Bank)
Connect

 Melissa Thompson-Rivera, CTFA · 3rd
Fiduciary Risk Management
Message

 Bill Farrell · 2nd
Executive Vice President at Wilmington Trust
Connect

Show more ⌄

## About

Specialties: Fiduciary, Estate Planning, Estate Administration, Taxation, Real Estate.

## Activity

504 followers

Posts Neil created, shared, or commented on in the last 90 days are displayed here.

See all activity

### People you may know

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

## Experience

 **Associate General Counsel and Administrative Vice Presiden**
M&T Bank · Full-time
Jan 2009 – Present · 12 yrs 4 mos
Wilmington, Delaware, United States

 **Senior Trust Counsel and Vice President**
Wilmington Trust/ M&T Bank
Jan 2009 – Present · 12 yrs 4 mos
Wilmington, Delaware

 **Vice President and Fiduciary Trust Counsel**
Wilmington Trust Company
Jan 2009 – Present · 12 yrs 4 mos

 **Attorney at Law**
Cooch and Taylor, PA
May 2007 – Jan 2009 · 1 yr 9 mos
Estates &amp; Trusts, Taxation, Real Estate

 **Attorney at Law**
Begley & Bookbinder, PC
2003 – 2006 · 3 yrs

 Messaging  ⌃

Home    My Network    Jobs    Messaging

Show 1 more experience

## Education



**Villanova University Charles Widger School of Law**
LL.M., Taxation
2004 – 2007
Activities and Societies: C.E.P (Certificate in Estate Planning)

**Rutgers Law School**
J.D., Law
2000 – 2003

**University of Maryland**
B.S., Accounting
1996 – 2000

Show 1 more education ⌄

## Skills & endorsements

**Estate Planning** · 42

Endorsed by **Kenneth A. Feinfield and 2 others who are highly skilled at this**    **M&T** Endorsed by **4 of Neil's colleagues at M&T Bank**

**Trusts** · 34

Endorsed by **Kenneth A. Feinfield and 1 other who is highly skilled at this**    **M&T** Endorsed by **3 of Neil's colleagues at M&T Bank**

**Estate Administration** · 21

**M&T** Endorsed by **2 of Neil's colleagues at M&T Bank**

Show more ⌄



Messaging



Y Job Fairs Near You! - Enjoy a fun and flexible career with the Y! Interview safely, in person.   Ad ···

Ad ···

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **Amalgamated Bank**

Follow

Connect   🔒 Message   More...

## Pamela Friedman · 2nd

**Administrative Vice President and Senior Associate General Counsel at M&T Bank**

New York City Metropolitan Area · 500+ connections ·

Contact info

 M&T Bank

SETON HALL LAW   Seton Hall University School of Law

### Highlights

 **1 mutual connection**
You and Pamela both know Brian Bullard

### About

Experienced privacy attorney with a demonstrated history of working in the financial services industry. Strong compliance professional skills in Banking, Securities, Securities Regulation, Risk Management. CIPP/US

### Activity
1,232 followers

 **Big congratulations to you, Amanda!**
Pamela commented

 **Big congrats Maggie! We will miss you!! All the best with the rest !**
Pamela commented

 **Congrats**
Pamela commented

See all activity

### Experience

 **Administrative VP and Senior Associate General Counsel, Privacy and Cybersecurity**
M&T Bank
Apr 2019 – Present · 2 yrs 1 mo
Greater New York City Area

 **Chief Privacy Officer**
Santander US
Jun 2018 – Mar 2019 · 10 mos
Greater New York City Area

### People also viewed

 **John Park** · 3rd
Group Vice President - Deputy General Counsel at M&T Bank
Message

 **Laura O'Hara** · 3rd 🔗
General Counsel at M&T Bank
Message

 **Miriam Dowd** · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

 **Sabra Baum** · 3rd 🔗
M&T Bank - Senior Vice President - Deputy General Counsel
Message

 **Don MacLeod** · 3rd
Administrative VP at M&T Bank Corporation
Message

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging

**083**

 

Home    My Network    Jobs    Messaging

2014 – Jun 2018 · 5 yrs
Greater New York City Area
Hired to build and manage a legal team of attorneys supporting the Compliance and Risk groups across Santander's US operations.



**Managing Director, Head of Strategy & Coordination Compliance Americas**
Commerzbank AG
2013 – 2014 · 1 yr
Greater New York City Area

Recruited to establish and manage a compliance team for the New York branch of the second largest commercial bank in Germany. Reporting to Regional Head of Compliance for the Branch and managing a team of 20. Coverage areas include governance and reporting; risk assessment and compliance reviews; training and outreach; data analytics and exam management/… ...see more



**Member of the Board of Directors**
Easter Seals NJ
2011 – 2014 · 3 yrs

Elected as a member of the Board of Directors to oversee the management and conduct of the organization.
• Served on the Audit, Fiscal and By-Laws Committees.

Show 5 more experiences ⌄

---

## Education



**Seton Hall University School of Law**
JD, Law
Activities and Societies: Phi Alpha Delta

---

**The American University of Paris**

---

**The George Washington University**
BA, International Studies-Economics

---

## Licenses & certifications

**Certified Information Privacy Professional/United States (CIPP/US)**
IAPP - International Association of Privacy Professionals
Issued Feb 2019 · No Expiration Date

---

## Skills & endorsements

**Banking** · 25

Endorsed by **Suzanne Sandor Bove** and 2 others who are highly skilled at this

 Endorsed by **2 of Pamela's colleagues at Commerzbank AG**

---

**Risk Management** · 20

Endorsed by **Suzanne Sandor Bove** and 5 others who are highly skilled at this

Endorsed by **2 of Pamela's colleagues at RBS**

---

**Financial Services** · 15

Endorsed by **Suzanne Sandor Bove** and 2 others who are highly skilled at this

Endorsed by **2 of Pamela's colleagues at RBS**

 Messaging ✎ ··· ⌃

**084**

in   🔍    Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lea

**Microservices tutorial** - Learn how to build a microservices-based application using Oracle Cloud.   Ad •••

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **Tishman Speyer**

[ Follow ]



🔒 Message   •••

M&T   M&T Bank

## Paul Kucinski · 3rd

Administrative Vice President and Senior Counsel at M&T Bank

Buffalo, New York, United States · 253 connections · Contact info

---

## Activity

252 followers

Posts Paul created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

M&T   **Administrative Vice President & Senior Counsel**
M&T Bank
Apr 2004 – Present · 17 yrs 1 mo

   **Assistant General Counel**
Bank of America
1994 – 2003 · 9 yrs

---

## Skills & endorsements

**Mortgage Banking** · 8

**Christopher Bottcher and 7 connections** have given endorsements for this skill

**Loans** · 7

M&T Endorsed by **3 of Paul's colleagues at M&T Bank**

**Mortgage Lending** · 5

**Christopher Bottcher and 4 connections** have given endorsements for this skill

Show more ⌄

---

### People also viewed

 **Deborah Bennett** · 3rd
Senior Vice President, Enterprise Transformation Office at M&T Bank
[ Message ]

 **Scott Vahue** · 3rd
Senior Vice President at M&T Bank
[ Message ]

 **Anthony Carroll** · 3rd
Vice President and Counsel at M&T Bank
[ Message ]

 **Thomas Teaman** · 3rd
Administrative Vice President at M&T Bank
[ Message ]

 **Sabra Baum** · 3rd in
M&T Bank - Senior Vice President - Deputy General Counsel
[ Message ]

Show more ⌄

---

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
[ Connect ]

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
[ Connect ]

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
[ Connect ]

 Messaging   ✎   ⌃

**085**



**Microservices tutorial** - Learn how to build a microservices-based application using Oracle Cloud. Ad ···

Ad ···

Get the latest jobs and industry news

 

Bryce, explore relevant opportunities with **Atlantic Union Bank**

Follow

### Rebecca (Saeli) Podgorski · 3rd 

Vice President and Associate General Counsel, Regulatory Programs at M&T Bank

Buffalo, New York, United States · 170 connections · Contact info

M&T Bank
SUNY Buffalo Law School

Message ···

## People also viewed

 **Trish B.** · 3rd
Senior Corporate Counsel
Message

 **C. Michael Zabel** · 2nd
Skilled and seasoned corporate communications leader
Connect

 **Dan Morgan** · 3rd
Director of Player Personnel at Buffalo Bills
Message

 **Jason Reid** · 3rd
Vice President- Sales Executive Surety & Property/Casualty
Message

 **Lori Richards** · 3rd
Procurement Specialist at Derrick Corporation
Message

Show more ⌄

## About

Admitted to New York State Bar, 2014
Admitted to Massachusetts State Bar, 2014

## Activity

171 followers

Posts Rebecca created, shared, or commented on in the last 90 days are displayed here.

See all activity

## People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

## Experience

 **M&T Bank**
7 yrs 1 mo

**Vice President and Associate General Counsel, Regulatory Programs**
Full-time
Oct 2020 – Present · 7 mos

**Vice President and Counsel, Regulatory Programs**
Full-time
Jan 2020 – Oct 2020 · 10 mos
Buffalo, New York

**Assistant Vice President, Regulatory Programs Counsel**
Oct 2018 – Jan 2020 · 1 yr 4 mos
Buffalo, New York

**Assistant Vice President, BSA/AML/OFAC Compliance**
Jan 2017 – Oct 2018 · 1 yr 10 mos

**Banking Officer**
Mar 2015 – Jan 2017 · 1 yr 11 mos

AML/BSA/OFAC Compliance

Show 1 more role ⌄

 Messaging 



**SUNY Buffalo Law School**
Juris Doctor (J.D.)
2013

**State University of New York at Buffalo**
Bachelor's Degree, Social Sciences/Legal Studies
2006

## Licenses & certifications

**Certified Regulatory Compliance Manager (CRCM)**
American Bankers Association
Issued May 2019 · No Expiration Date





087



Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Lear

Earn extra monthly income - 3-bedroom US Vrbo listings earn $1,824 a month on average, 8/2019–9/2020. Ad ⋯

Ad ⋯

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Digital Management, LLC

Follow



## Robert Atkinson · 3rd

Vice President, Assistant General Counsel at M&T Bank

Buffalo, New York, United States · 500+ connections ·

Contact info

🔒 Message   ⋯

 M&T Bank

 State University of New York at Buffalo - Law School

### People also viewed

**Pat Schunk** · 3rd
Administrative Vice President at M&T Bank
Message

**Emily Brosius** · 3rd
Manager, Claims Administration
Message

**Holly Wynn** · 3rd
ADA Program Partner at Centene Corporation
Message

**Marjorie (Baker) Davis** · 3rd
Senior Business Systems Analyst at Centene Corporation
Message

**Bijay Mangaraj** · 3rd
Vice President, Customer Asset Management Technology at M&T Bank
Message

Show more ▾

## Activity

811 followers

Posts Robert created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience


**Vice President, Assistant General Counsel**
M&T Bank
Dec 2018 – Present · 2 yrs 5 mos
1 M&T Plaza, Buffalo, NY


**Registered Patent Attorney**
Simpson & Simpson, PLLC
Jul 2003 – Dec 2018 · 15 yrs 6 mos


**Engineering Manager**
Reichert, Inc
Nov 2002 – Jul 2003 · 9 mos


**Engineering Manager**
Leica Microsystems
Jul 1995 – Nov 2002 · 7 yrs 5 mos

Included other positions: Development and Applications Engineer

## Education


**State University of New York at Buffalo - Law School**
Doctor of Law (J.D.)
2003 – 2006


**State University of New York at Buffalo**
Bachelor of Science (B.S.), Chemical Engineering
1993 – 1995

### People you may know

**Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University…
Connect

**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

Messaging ✎ ⌃

**088**

in    🔍      Home    My Network    Jobs    Messaging    Notifications    Me ▾    Work ▾    Lear

**Tableau Software** - Bar charts, density maps, and bloxplots. Learn which chart type to use.   Ad ⋯

Ad ⋯

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Capital One

Follow

🔒 Message   ⋯

**Robert Tuleya** · 3rd

Vice President and Assistant General Counsel at M&T Bank

Wilmington, Delaware, United States · 443 connections

Contact info

 M&T Bank

Vanderbilt University Law School

---

## Activity

443 followers

Posts Robert created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience


**Vice President and Counsel**
M&T Bank
Jan 2017 – Present · 4 yrs 4 mos
Wilmington, Delaware


**Senior Counsel**
PNC Financial Services Group
Mar 2013 – Jan 2017 · 3 yrs 11 mos
Greater Philadelphia Area


**Director and Counsel**
The Cipperman Companies
Nov 2011 – Feb 2013 · 1 yr 4 mos
Wayne, PA


**Vice President and Senior Counsel**
BNY Mellon
Feb 2008 – Apr 2011 · 3 yrs 3 mos

Chief Legal Officer of BNY Mellon Managed Investments (formerly PNC Managed Investments)


**Senior Counsel**
US Securities and Exchange Commission
Nov 2000 – Feb 2008 · 7 yrs 4 mos

Division of Investment Management, Office of Investment Adviser Regulation

Show 1 more experience ⌄

---

## Education

---

### People also viewed

 **Katherine McGovern** · 3rd
Director of Operations
Message

 **Alicia Griffin Powell** · 3rd
Deputy General Counsel of Corporate Governance & Corporate Secretary at PNC
Message

 **Alison Church** · 3rd
Owner of Alison Church Photography, Inc.
Connect

 **Howard Kaplan** · 3rd
Sr Securities Analyst at Bank of America (Contractor)
Connect

 **Susan Nash** · 2nd
Financial Services
Connect

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging ☑ ✎   ⌃

**089** 



**The College of William and Mary**
A.B., cum laude, Government
1992 – 1996

## Contact

www.linkedin.com/in/sabra-baum-1966247 (LinkedIn)

## Top Skills

Corporate Law

Mergers

Private Equity

## Certifications

Certified Regulatory Compliance Manager (CRCM)

Certified Information Privacy Professional/United States (CIPPUS)

# Sabra Baum

M&T Bank - Senior Vice President - Deputy General Counsel

New York

## Summary

Head of Corporate Legal Division, supporting: Corporate Governance (including board meetings and board succession planning); Investor Relations; Executive Compensation; M&A, Divestitures and Investment Transactions; SEC and Public Disclosures (Forms 10-K, 10-Q, 8-K, 4, Proxy); Disclosures and Audit Committee; ESG; Treasury and Capital Markets (capital, liquidity and balance sheet transactions); Bank Regulatory (Reg W, Volcker Rule, Bank Lending Limits, Reg O); Regulatory Exams; Regulatory Notifications Process;  Liaising with regulators (NYSDFS, FRB and OCC); Employment (including agency charges, employee complaints, benefits plans and compensation); Employment Litigation; Internal Investigations; Privacy, Cybersecurity and Data.

Prior Head of Enterprise-Wide Legal Division, supporting: Compliance, Conduct and Ethics Programs; Government laws (pay-to-play, lobbying, anti-bribery, gifting); Fraud; AML/BSA/OFAC; Customer Complaints Program; New Products/Services Program; Third Party Risk Management; Procurement and Vendor Contracts; Corporate Real Estate; and Intellectual Property.

Prior Head of Wealth and Institutional Services Legal Division (WISD), supporting: Global Capital Markets division (commercial transactions for securitization, syndicated lending, M&A and other investment banking transactions); Retirement Plan Services; Private Banking; Wealth Advisory Services (including trust, custody, agency and family wealth office services); Investment Management (RIAs and Wilmington Funds); M&T Securities (broker-dealer); M&T Insurance Agency.

Prior bank counsel supporting: Consumer and Commercial Deposits; Cash Management; Treasury Management; Payments;  Digital.

---

# Experience

**091**

M&T Bank
Senior Vice President - Deputy General Counsel
2011 - Present (10 years)
New York

Head of Corporate Legal Division, supporting:  Corporate Governance;
Executive Compensation;  M&A and Divestitures;  Public Disclosures (10-
K, 10-Q, 8-K, Proxy, Section 16/Form 4 Filings); Member of Disclosures
Committee;  Treasury (including derivatives, swaps and securitization
transactions, liquidity and capital rules); Regulatory (including liaising with
regulators, regulatory approvals and notifications, branching and licensing).

Head of Enterprise-Wide Banking Legal Division, supporting: Legal Risk
Program;  Compliance and Ethics Programs;  New Products & Services;
Customer Complaints; AML/BSA/OFAC;  Privacy and Cybersecurity;
Intellectual Property; Third Party Risk Management, Vendor, Procurement;
Employment (including employees complaints, litigation and leading internal
investigations); Corporate Real Estate.  Designing and implementing policies,
procedures and controls to streamline and enhance legal support of the bank.

Previously, Head of the Wealth and Institutional Services Division of the
Legal Department of M&T Bank and Wilmington Trust affiliates, supporting
Asset Management; Wealth Advisory Services (personal trust and investment
management); Private Banking; Global Capital Markets (corporate trust and
escrows); Retirement Plan Services and M&T Securities.

Member of the Deposits & Cash Management Legal Division, supporting
commercial and consumer deposits, cash management, treasury management
and payments (including wires and ACH).

Double Rock Corporation
Assistant General Counsel and Chief Compliance Officer
May 2010 - July 2011 (1 year 3 months)

Financial Services technology company. Affiliate of the Reserve Funds.
Primary legal support for the expanded FDIC insured deposit products.  Legal
support for the sale of Double Rock Corporation

GE Healthcare
Legal Counsel
January 2009 - May 2010 (1 year 5 months)

092

Drafting and negotiating commercial and global corporate transaction agreements.  Providing legal advice.

Davis Polk & Wardwell LLP
Senior Associate
2006 - 2009 (3 years)

M&A (Mergers & Acquisitions);  Private Equity;  Corporate;  Commercial

Arnold Bloch Leibler
Associate
2001 - 2005 (4 years)

M&A (Mergers & Acquisitions);  Corporate;  Commercial

_____

# Education

University of Toronto
LLM, Masters of Law · (2005 - 2006)

Securities Institute of Australia
Graduate Diploma of Applied Finance & Investment  · (2002 - 2004)

Murdoch University
LLB & BA, Law and Arts · (1994 - 1999)

**093**



in ⚲     Home   My Network   Jobs   Messaging   Notifications   Me ▾    Work ▾   Lea

**Similarweb For Quant Fund - Get essential digital performance data for any public company - Free Demo**   Ad ⋯

## Sarah K. Ranni · 3rd

Vice President and Associate General Counsel at M&T Bank

Buffalo, New York, United States · 472 connections · Contact info

🔒 Message   ⋯

**M&T**   M&T Bank

**State University of New York at Buffalo - Law School**

**Promoted**    ⋯



**Similarweb For Quant Fund**

Get essential digital performance data for any public company - Free Demo

Learn more

**Y Job Fairs Near You!**

Enjoy a fun and flexible career with the Y! Interview safely, in person

Learn more

### Activity

470 followers

 **Congratulations!!!**

Sarah K. commented

See all activity

### Experience

**M&T**   **M&T Bank**
2 yrs 8 mos

**Vice President and Associate General Counsel**
Full-time
Oct 2020 – Present · 7 mos
Buffalo, New York, United States

**Vice President and Counsel**
Full-time
Sep 2018 – Oct 2020 · 2 yrs 2 mos
Buffalo, New York, United States

Corporate Benefits/ERISA/Executive Compensation Attorney

**Counsel**
Nixon Peabody LLP
Jan 2015 – Aug 2018 · 3 yrs 8 mos

Retirement and health and welfare employee benefit counseling.

**Attorney**
Phillips Lytle LLP
Jun 2007 – Jan 2015 · 7 yrs 8 mos
Buffalo/Niagara, New York Area

Retirement and health and welfare employee benefit counseling.

**Attorney**
Lipsitz Green Scime Cambria LLP
Sep 2006 – Jun 2007 · 10 mos
Buffalo/Niagara, New York Area

Retirement and health and welfare employee benefit counseling.

**People also viewed**

 **Moira (Molly) Cooper** · 3rd
Town of Evans Justice & Labor Relations Specialist
Message

 **John Park** · 3rd
Group Vice President - Deputy General Counsel at M&T Bank
Message

 **Sean Ronan** · 3rd
Administrative Vice President, Senior Employee Relations Manager, M&T Bank
Connect

 **Miriam Dowd** · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

 **Andrew Flame** · 3rd
Vice President and Associate General Counsel at M&T Bank
Message

Show more ⌄

**People you may know**

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **John Burger**
Professor of Economics at Loyola University Maryland
Connect

**James Kane**
Portfolio Administrator at Penobscot Financial Advisors

 Messaging ✎ ︿



Home     My Network     Jobs     Messaging

Ecology and Environment, Inc
Aug 2004 – Sep 2006 · 2 yrs 2 mos
Buffalo/Niagara, New York Area

In-house corporate attorney for publicly-traded company.

## Education

**State University of New York at Buffalo - Law School**
Doctor of Law (J.D.)
2001 – 2004

**Fordham University**
BA, Economics
1997 – 2001

## Skills

**Corporate Governance**

**Employee Benefits**

**Contract Negotiation**

Show more ⌄





Messaging

      


**Embrace tomorrow** - We don't predict the future. We shape it with sustainable investing. Ad •••

Ad •••

Get the latest jobs and industry news

MORRISON FOERSTER

Bryce, explore relevant opportunities with **Morrison & Foerster LLP**

Follow



🔒 Message    •••

 M & T Bank

 Penn State University

## Sarah Pugh · 3rd

Vice President at M&T Bank

Wayne, Pennsylvania, United States · 500+ connections

Contact info

---

### People also viewed

**Dawn Cohen** · 3rd
Attorney
Connect

**Anne Murphy** · 3rd
Vice President, Leadership Development Program Manager at M&T Bank
Message

**ELAINE LLANOS** · 3rd+
--
Connect

**Tara Hoffner** · 3rd
Director at Richards, Layton & Finger
Connect

**Elaine B. Llanos MSN, RN, OCN** · 3rd
Phase I Oncology Clinical Trials RN at Memorial Sloan Kettering Cancer Center
Message

Show more ⌄

---

## Activity

1,127 followers

Posts Sarah created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **Vice President - Special Assets**
M & T Bank
Jun 2013 – Present · 7 yrs 11 mos

 **Senior Director**
Gavin/Solmonese LLC
Sep 2008 – Apr 2013 · 4 yrs 8 mos

 **Director**
NHB Advisors
2008 – Mar 2012 · 4 yrs

**Consultant**
Walker Nell Consultants, Inc.
Sep 2004 – Sep 2008 · 4 yrs 1 mo

**Attorney**
Becket & Lee LLP
2001 – 2004 · 3 yrs

Show 1 more experience ⌄

---

## Education

**Penn State University**
Bachelor of Science, Accounting
1993 – 1997

---

### People you may know

**Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

**John Burger**
Professor of Economics at Loyola University Maryland
Connect

**James Kane**
Portfolio Administrator at Penobscot Financial Advisors
Connect

 Messaging    ✎    •••    ⌃



1997 – 2000
Activities and Societies: Law Review

## Skills & endorsements

**Restructuring** · 81

Endorsed by **George Kelakos and 16 others who are highly skilled at this**

Endorsed by **6 of Sarah's colleagues at NHB Advisors**

**Due Diligence** · 49

Endorsed by **George Kelakos and 2 others who are highly skilled at this**

Endorsed by **2 of Sarah's colleagues at NHB Advisors**

**Corporate Governance** · 37

Endorsed by **Sharon Levine, who is highly skilled at this**

Endorsed by **2 of Sarah's colleagues at NHB Advisors**

Show more ⌄

## Recommendations

**Received (2)**     Given (0)

**Pradip Paul**
Chief Executive Officer at
Drpaudi Fashion LLC
April 6, 2010, Pradip was a client
of Sarah's

**Mike Bannan**
☆☆☆☆☆ **Digital
Marketing Expert**
Owner at CandleGRove
Media, Il
November 5, 2008, Sarah was a
client of Mike's

Dilligent, Creative, Thoughtful, knows how to get the job done!
What can I say I would love to have her on my team!





Messaging

  

Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lear

 Looking for a job? - Best job search service. Learn more.  Ad •••

Ad •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with **Manatt, Phelps & Phillips**

Follow



🔒 Message  •••

**Stacey Moar** · 3rd

Vice President, Assistant General Counsel at M&T Bank

Buffalo, New York, United States · 500+ connections ·

Contact info

M&T Bank

🎓 The George Washington University Law School

## About

Experienced attorney focused on counseling clients on regulatory compliance and representing clients in government investigations/enforcement actions, complex commercial litigation, and employment matters. Also serves as an adjunct professor in the Political Science department at Canisius College.

## Activity

747 followers

 **Exciting things are happening at M&T! 2021 is going to be a great year!**

Stacey shared this

16 Reactions

See all activity

## Experience

 **M&T Bank**
1 yr 9 mos

**Vice President, Assistant General Counsel**
Full-time
Oct 2020 – Present · 7 mos
Buffalo, New York, United States

**Vice President, Commercial Litigation Counsel**
Aug 2019 – Oct 2020 · 1 yr 3 mos
Buffalo, New York

 **Adjunct Professor- Department of Political Science**
Canisius College
Jul 2011 – Present · 9 yrs 10 mos
Buffalo, NY

Current course: PSC 103: Constitutional Foundations. An introduction to the United States Constitution, political theory, constitutional interpretation, and the constitutional underpinnings of the American political system.

 **Partner**
Lippes Mathias Wexler Friedman LLP

### People also viewed

 **John Park** · 3rd
Group Vice President - Deputy General Counsel at M&T Bank
Message

 **Sabra Baum** · 3rd 🔗
M&T Bank - Senior Vice President - Deputy General Counsel
Message

 **Sarah K. Ranni** · 3rd
Vice President and Associate General Counsel at M&T Bank
Message

 **William Simon** · 3rd
Vice President & Assistant General Counsel at M&T Bank
Message

 **Laura O'Hara** · 3rd 🔗
General Counsel at M&T Bank
Message

Show more ⌄

### People you may know

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **John Burger**
Professor of Economics at Loyola University Maryland
Connect

 **James Kane**
Portfolio Administrator at Penobscot Financial Advisors
Connect

 Messaging  ✏️  ⌃

 

Home    My Network    Jobs    Messaging



**Attorney**
Damon Morey LLP
Aug 2009 – Feb 2013 · 3 yrs 7 mos

Attorney in the Labor & Employment and Business Litigation departments.

**Intern**
Court of Appeals for the District of Columbia
Dec 2008 – Mar 2009 · 4 mos

Worked in the chambers of the Hon. Judge Anna Blackburne-Rigsby. Prepared bench memorandums, draft decisions, and assisted in preparation for oral arguments.

Show 5 more experiences ⌄

## Education



**The George Washington University Law School**
Juris Doctor, Law
2006 – 2009



**Canisius College**
BA, Political Science, European Studies, All-College Honors
2002 – 2006



**Lockport Senior High School**
Regent Diploma
1998 – 2002

## Skills & endorsements

**Legal Research** · 16

 Endorsed by **3 of Stacey's colleagues at M&T Bank**

**Legal Writing** · 12

 Endorsed by **4 of Stacey's colleagues at M&T Bank**

**Appeals** · 6

Endorsed by **2 of Stacey's colleagues at Canisius College**

Show more ⌄

 Messaging

**100**

 

LinkedIn  🔍  | Home  My Network  Jobs  Messaging  Notifications  Me ▾ | Work ▾  Lea

**Your safest investment -** Learn why credit union financial leaders trust in CUNA Finance Council.  Ad ···

Ad ···

Get the latest jobs and industry news

 

Bryce, explore relevant opportunities with **New York Life Insurance**

Follow



Message 🔒  ···

**Stephen Wilson** · 3rd

Vice President & Assistant General Counsel at M&T Bank

Buffalo, New York, United States · 243 connections · Contact info

 **M&T Bank**

 University of Pennsylvania Law School

---

## Activity

243 followers

Posts Stephen created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **Vice President & Assistant General Counsel**
M&T Bank
Apr 2019 – Present · 2 yrs 1 mo
Buffalo/Niagara, New York Area

 **General Practice Associate**
Sullivan & Cromwell LLP
Aug 2013 – Mar 2019 · 5 yrs 8 mos
New York, New York

 **Student**
University of Pennsylvania Law School
2009 – Apr 2013 · 3 yrs

 **Summer Associate**
Sullivan & Cromwell LLP
Apr 2012 – Jul 2012 · 4 mos
New York, New York

 **Judicial Intern**
The Hon. Louis H. Pollak, Senior Judge of the U.S. Distrcit Court for the Eastern District of PA
May 2011 – Jul 2011 · 3 mos
Philadelphia, PA

Drafted bench memoranda on various legal issues, including substantive and procedural due process, the Eighth Amendment as applied to prisoner medical care, sovereign immunity, awarding of attorney's fees, social security benefits, and habeas corpus petitions.

 Show 2 more experiences ⌄

---

**People also viewed**

 Maggie McTigue · 3rd
Vice President, Credit Card Product Manager at M&T Bank
Connect

 Lindsey Chandler Meyer · 2nd
Associate at Sullivan & Cromwell LLP
Connect

 Rae Zhou · 3rd
Senior Associate at Alston & Bird
Connect

 Kaysie Winiecki, MBA · 3rd
Loan Administration Specialist II at M&T Bank
Message

 Michael Stellrecht · 3rd
Credit Analyst II at M&T Bank
Message

Show more ⌄

---

**People you may know**

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging  ✎  ⌃

 

Home    My Network    Jobs    Messaging

**University of Pennsylvania Law School**
J.D. Candidate, May 2013
2010 – 2013
Activities and Societies: University of Pennsylvania Law Review Senior Editor, Legal Writing Honors,
Penn Housing Rights Project "Volunteer of the Year," Guild Food Stamp Clinic member, Health Law
& Policy Project: Immigration Health Law volunteer, L.E.A.R.N. Special Education Project volunteer,
Penn Law Basketball League, Penn Law Bowling League

**Syracuse University**
Bachelor of Arts (B.A.), Journalism and Political Philosophy
2001 – 2005
Activities and Societies: Summa Cum Laude, Phi Beta Kappa, Commencement Speaker for S.I.
Newhouse School of Communications, College Marshal, University Honors Program in Political
Philosophy, Founders' Scholar, Study Abroad in London, England.





Messaging

     

Home    My Network    Jobs    Messaging    Notifications    Me    Work    Lea

**Online Auction May 17-19** - 130K SF Office Property For Sale in Downtown Washington, PA. 55% Occupied   Ad   ···



Ad   ···

Get the latest jobs and industry news

FIS

Bryce, explore relevant opportunities with FIS

Follow



**Suzanne Risman** · 3rd

 M&T Bank

Associate General Counsel at M&T Bank

Buffalo, New York, United States · 245 connections · Contact info

Message   ···

## About

Specialties: Procurement contracts

## Activity

244 followers

Posts Suzanne created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **Associate General Counsel**
M&T Bank

## Interests

 **Financial Services Regulation**
210,714 members

 **Corporate Counsel and Compliance Excha**
3,922 members

 **Compliance & FCPA - Corporate Compliar**
787 members

 **M&T Bank**
85,410 followers

 **WNY Women In Banking**
84 members

### People also viewed

 **Patrick Noe** · 3rd
Attorney at Law at Law Office of Patrick M Noe Jr

Message

 **Art Salman** · 3rd
Deputy General Counsel at M&T Bank

Connect

 **Lauren Wroblewski** · 3rd
Assistant Vice President - M&T Bank

Message

 **Janice Lewis** · 3rd
Assistant Vice President/Regulatory Affairs Specialist at M&T Bank

Message

**Arthur Wilkosz** · 3rd
Probate and Estates

Message

Show more ∨

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...

Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer

Connect

**Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

Connect

 Messaging   ⊙   ∧



LinkedIn — Home, My Network, Jobs, Messaging, Notifications, Me, Work

Earn Your Graduate Degree - Access career-focused academics in a supportive, career-focused community. Ad

Ad

Get the latest jobs and industry news

Capital One

Bryce, explore relevant opportunities with Capital One

Follow

## Thomas Frederick · 3rd

In House Counsel at M&T Bank
Buffalo, New York, United States · 25 connections · Contact info

Connect · Message · •••

 M&T Bank
 University at Buffalo School of Law

### Activity
25 followers

Posts Thomas created, shared, or commented on in the last 90 days are displayed here.

See all activity

### People also viewed

Sean McCormick · 3rd
Assistant Vice President & Attorney at M&T Bank
Message

Dawn W. Emery, M.A., J.D. · 3rd
Entrepreneur and Realtor / Certified Real Estate Negotiator
Message

Chris Blake · 3rd
Director of Sales and Strategic Planning - Institutional Retirement Services at M&T...
Message

John Park · 3rd
Group Vice President - Deputy General Counsel at M&T Bank
Message

Lauren Mercado · 3rd
In-House Counsel M&T Bank | Wilmington Trust
Message

Show more

### Experience

 Attorney
M&T Bank
Sep 2008 – Present · 12 yrs 8 mos

### Education

 University at Buffalo School of Law
1999 – 2002

 State University of New York College at Buffalo
1998 – 2002

### Interests

 State University of New York College at B...
59,040 followers

 University at Buffalo School of Law
17,889 followers

 Sugarman Law Firm, LLP
180 followers

### People you may know

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.

 Messaging

## Contact

www.linkedin.com/in/thomas-gordon-a028224 (LinkedIn)

# Thomas Gordon

Vice President and Assistant General Counsel at M&T Bank
Buffalo

## Experience

**M&T Bank**
Vice President and Assistant General Counsel
September 2019 - Present (1 year 9 months)

**Gross Shuman P.C.**
Attorney
May 2006 - August 2019 (13 years 4 months)

**Gross, Shuman, Brizdle & Gilfillan, P.C.**
Law Clerk
June 2004 - May 2006 (2 years)

**VOLUNTEER INCOME TAX ASSISTANCE (VITA)**
Site Coordinator
September 2003 - May 2005 (1 year 9 months)

Trained volunteers in tax preparation, assisted in administration of VITA sites in Western New York and performed individual and small business returns.
* VITA is an IRS-sponsored program coordinated by SUNY at Buffalo Law School that offers free tax help to low-income individuals, families and small businesses that are unable to prepare their own tax returns.

———

## Education

**University at Buffalo School of Law**
JD, Law · (2002 - 2005)

**College of the Holy Cross**
Bachelor of Arts (B.A.), English · (1997 - 2001)

**105**

 🔍

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

Timothy S. Johnson
Administrative Vice President & Associate General Counsel at M&T Bank

[🔒 Message] [More...]

Ad •••

Get the latest jobs and industry news

 PennyMac

Bryce, explore relevant opportunities with PennyMac Loan Services

[Follow]



Timothy S. Johnson · 3rd    [🔒 Message] •••

Administrative Vice President & Associate General Counsel at M&T Bank

Pittsburgh, Pennsylvania, United States · 500+ connections ·

Contact info

 M&T Bank

Duquesne University School of Law

## About

After a 20 year career at Reed Smith, I am honored to have joined the great team at my former client, now employer, M&T Bank/Wilmington Trust, where I have the privilege of supporting the Retirement and Institutional Custody Services businesses.

## Activity
1,147 followers

 **I enjoyed the read! Well done!**
Timothy S. replied to a comment

 **Good for you Martha! Congratulations!**
Timothy S. commented

 **Congrats Jeff!**
Timothy S. commented

**A true servant leader.**
Timothy S. commented

See all activity

## Experience

 **Administrative Vice President & Associate General Counsel**
M&T Bank · Full-time
Jan 2020 – Present · 1 yr 4 mos
Greater Pittsburgh Region

In-house counsel supporting the Retirement and Institutional Custody Services businesses of M&T Bank/Wilmington Trust.

**Partner**
Reed Smith, LLP
2001 – Jan 2020 · 18 yrs
Greater Pittsburgh Area

Chair of Reed Smith's regulatory investment management practice, heading up recruiting efforts in that area, and leading teams of lawyers in meeting clients' needs. In this latter role, I:

-acted as Fund Counsel for a small registered investment company;
     ...see more

### People also viewed

 **Jason E. Hazlewood** · 3rd
Managing Partner of the Pittsburgh Office · Reed Smith LLP Litigation Partner at Reed...
[Message]

 **Alicia Griffin Powell** · 3rd
Deputy General Counsel of Corporate Governance & Corporate Secretary at PNC
[Message]

 **Gina Ali** · 3rd
Marketing Business Analyst at Fisher Investments
[Message]

 **Edward Phillips** · 3rd 🔗
Associate at Babst Calland
[Message]

 **J.J. Barrett** · 3rd
Sr. Digital Product Manager at PNC
[Message]

Show more ⌄

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
[Connect]

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
[Connect]

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
[Connect]

 Johnson, Timothy S. -

 Messaging

 

Home　　My Network　　Jobs　　Messaging



**Timothy S. Johnson**
Administrative Vice President & Associate General Counsel at M&T Bank

1999 – 2001 · 8 yrs
Greater Pittsburgh Area

As in-house counsel I provided services to third-party advised mutual funds for which Federated provided administrative services, including legal-regulatory administrative services. In this role I routinely:

...see more



**Associate**
Reed Smith, LLP
1993 – 1995 · 2 yrs
Greater Pittsburgh Area

As an associate at Reed Smith I focused exclusively on transactions and securities offerings, including:

-mergers and acquisitions;

...see more

**Associate**
Tucker Arensberg, P.C.
1990 – 1993 · 3 yrs
Greater Pittsburgh Area

As a young associate at Tucker Arensberg, I focused solely on transactions, including:

-leasing transactions; and
-secured and unsecured bank loans.

## Education



**Duquesne University School of Law**
Juris Doctor, Law
1987 – 1991
Activities and Societies: Law Review - Associate Comment Editor, Appellate Moot Court Board, Legal Research and Writing Teaching Assistant



**Pennsylvania State University**
B.A., Political Science
1979 – 1983

## Volunteer experience



**Soccer Program Coordinator**
Saint Alexis
Jun 2011 – May 2014 • 3 yrs



**Developmental, JV and Varsity Soccer Coach**
Saint Alexis
Jul 2003 – May 2014 • 10 yrs 11 mos



**Capital Campaign Committee**
Saint Alexis
Feb 2004 – Present • 17 yrs 3 mos

## Skills & endorsements

**Corporate Law** · 30

Endorsed by **5 of Timothy S.'s colleagues at Reed Smith LLP**

 Messaging

**107**

   

| | | | | | |
|---|---|---|---|---|---|
| Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ |

**Tyler Shank**
BSA Compliance Manager & AVP at M&T Bank

🔒 Message    More...

Ad •••
Get the latest jobs and industry news

Bryce, explore relevant opportunities with System One
Follow



🔒 Message   •••

### Tyler Shank · 3rd

BSA Compliance Manager & AVP at M&T Bank
Buffalo, New York, United States · 253 connections · Contact info

 M&T Bank

University of Dayton School of Law

---

## Activity

253 followers

Posts Tyler created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience

 **M&T Bank**
5 yrs 4 mos

**BSA Compliance Manager & AVP**
Jun 2018 – Present · 3 yrs
Buffalo, New York

**BSA Compliance Team Leader**
Feb 2016 – Jun 2018 · 2 yrs 5 mos
Buffalo/Niagara, New York Area

• Ensures adherence to State and Federal regulatory compliance with the Bank Secrecy Act (BSA), USA PATRIOT Act and the Office of Foreign Assets Control (OFAC)
• Detects, monitors, analyzes and reports suspicious activity with respect to money laundering and terrorist financing, or with prohibited persons or entities designated by OFAC and othe ...see more

**Paralegal II**
United States Attorney's Office
Feb 2014 – Feb 2016 · 2 yrs 1 mo
Buffalo/Niagara, New York Area

• As FSA contractor, assisted the Asset Forfeiture and Financial Litigation Unit of the United States Attorney's Office for the Western District of New York
• Responsible for collecting monetary judgments ordered as a result of criminal convictions, including restitution and asset forfeiture judgments ...see more

**Attorney II**
Lerner, Sampson & Rothfuss
Dec 2011 – Jul 2013 · 1 yr 8 mos
Cincinnati, Ohio

• Represented the nation's largest lending institutions in residential foreclosures, evictions, and condemnations, with a peak caseload of more than 1100 cases
• Worked closely with opposing counsel on alternatives to litigation, including negotiations, short sales, and deeds-in-lieu, with an emphasis on cost-saving and expediting the foreclosu ...see more

---

### People also viewed

 **Brian Keicher, CAMS** · 3rd
Vice President - BSA/AML Compliance Manager at M&T Bank
Message

 **Derek Speaker, MBA** · 3rd
Compliance Team Lead at M&T Bank
Message

 **Rashida Dowell, MBA, CERP** · 3rd
Administrative Vice President | Program Manager at M&T Bank
Message

 **Katie Finnerty, CAMS** · 3rd
BSA/AML Operations Manager - Vice President at M&T Bank
Connect

 **Kevin Berchou** · 2nd
Head of Internal Communications at M&T Bank
Connect

Show more ⌄

---

### People you may know

 **Nicholas Campa**
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 **Kendall Moore**
Technology Product Manager at Wolters Kluwer
Connect

 **Christopher Maita**
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging

 



**Tyler Shank**
BSA Compliance Manager & AVP at M&T Bank

Home    My Network    Jobs    Messaging

• Assisted in witness depositions and client interviews
• Performed research of general health care law, including the Medicare Documentation Guidelines and the Nursing Home Reform Act

**Law Clerk for Corporate Counsel**
Systech Environmental Corporation
May 2010 – Sep 2010 · 5 mos
Dayton, Ohio

• Developed Excel database for tracking the terms of existing and new contracts
• Drafted various types of contracts for multinational corporation, including confidentiality and non-circumvent agreements and real estate leases
• Researched and evaluated corporate veil issues regarding the company and its parent ...see more

Show 1 more experience ⌄

## Education



**University of Dayton School of Law**
Juris Doctor, Law and Technology
2008 – 2011
Activities and Societies: • Graduated cum laude • CALI Awards for highest-scoring grades in Real Property II and Trade Secret Law • Staff Writer, University of Dayton Law Review, 2010-2011 • Law Dean's Scholarship, 2008-2011



**The Ohio State University**
Bachelor of Arts, Sociology
2004 – 2008
Activities and Societies: • Graduated cum laude • Co-chair, Alpha Kappa Delta, International Sociology Honor Society, 2006-2008 • Scarlet & Gray Scholarship, 2007-2008 • Scott Fellowship, 2007-2008

## Volunteer experience



**Volunteer**
FLIP

## Skills & endorsements

**Legal Research** · 8

 Endorsed by **3 of Tyler's colleagues at Lerner, Sampson & Rothfuss**

**Litigation** · 7

 Endorsed by **2 of Tyler's colleagues at Lerner, Sampson & Rothfuss**

**Legal Writing** · 6

 Endorsed by **Ahmed Motiwala, who is highly skilled** at this     Endorsed by **2 of Tyler's colleagues at Lerner, Sampson & Rothfuss**

 Messaging





in    🔍    Home   My Network   Jobs   Messaging   Notifications   Me ▾    | Work ▾    Lea

Looking for a job? - Best job search service. Learn more.   Ad  •••



Ad  •••

Get the latest jobs and industry news



Bryce, explore relevant opportunities with Sandy Spring Bank

Follow

### Wendy L. · 3rd

Administrative Vice President and Associate General Counsel at M&T Bank

Wilmington, Delaware, United States · 214 connections

Contact info

 M&T Bank

Duquesne University

🔒 Message    •••

**People you may know**

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 James Kane
Portfolio Administrator at Penobscot Financial Advisors
Connect

Luke Hiltwein
Assurance Intern at PricewaterhouseCoopers
Connect

## Activity

214 followers

Posts Wendy created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **M&T Bank**
4 yrs 5 mos

**Administrative Vice President and Associate General Counsel**
Dec 2019 – Present · 1 yr 5 mos

**Vice President and Assistant General Counsel**
Dec 2016 – Nov 2019 · 3 yrs

 **Vice President and Senior Counsel**
Wilmington Trust
Mar 2008 – 2015 · 8 yrs

 **Vice President and Counsel**
AST Capital Trust
May 2006 – Mar 2008 · 1 yr 11 mos
Wilmington, DE

 **Vice President and Trust Counsel**
PeoplesBank
2003 – Apr 2006 · 2 yrs
York, PA

 **Associate Attorney**
Goodall & Yurchak P.C.
2002 – 2003 · 1 yr
State College, PA

🔗 **LEARNING**

Add new skills with these courses



 **Financial Basics Everyone Should Know**
99,450 viewers

 **Managing Your Personal Investments**
99,514 viewers

 **Finance Foundations: Risk Management**
103,042 viewers

Show more on LinkedIn Learning

 Messaging   ✏   •••   ˄



## Education

**Duquesne University**
B.S., Spanish & Political Science

**Widener University School of Law**
J.D.
Activities and Societies: Law Review (Widener Journal of Public Law), Trial Advocacy Honor Society

## Skills & endorsements

**Estate Planning · 14**

Endorsed by **David Cover, AIF®** and 1 other who is highly skilled at this

Endorsed by **2 of Wendy's colleagues at M&T Bank**

**Trusts · 13**

Endorsed by **Kenneth A. Feinfield** and 1 other who is highly skilled at this

Endorsed by **5 of Wendy's colleagues at Wilmington Trust**

**Corporate Law · 8**

Endorsed by **3 of Wendy's colleagues at Wilmington Trust**

Show more ⌄






Messaging



Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

**FinServ Marketing Tips** - Become a better marketer and grow your firm with our resources & webinars   Ad  •••

Ad  •••

Get the latest jobs and industry news

   **BRINKS**

Bryce, explore relevant opportunities with Brink's Inc

Follow



Message   •••

## William Simon · 3rd

 **M&T Bank**

University of Notre Dame Law School

Vice President & Assistant General Counsel at M&T Bank

Buffalo, New York, United States · 201 connections · Contact info

## About

Mr. Simon focuses his practice on litigation matters. He is admitted to practice in New York.

## Activity

201 followers

Posts William created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 **M&T Bank**
5 yrs 1 mo

Vice President & Assistant General Counsel
Oct 2020 – Present · 7 mos

Vice President and Counsel
Apr 2016 – Oct 2020 · 4 yrs 7 mos

 Associate
Phillips Lytle LLP
Jul 2011 – Apr 2016 · 4 yrs 10 mos

## Education

 **University of Notre Dame Law School**
Doctor of Law (J.D.), magna cum laude, Law
2008 – 2011

 **State University of New York at Buffalo**
Bachelor of Science (B.S.), summa cum laude, Mechanical Engineering
2004 – 2008

### People also viewed

 Aaron Felmet · 3rd
Business Risk Manager II at M&T Bank
Message

 Miriam Dowd · 3rd
Associate General Counsel at M&T Bank, Wealth and Institutional Services...
Message

 Laura O'Hara · 3rd in
General Counsel at M&T Bank
Message

 Gary Price · 3rd in
Vice President & Associate General Counsel - Consumer Finance at M&T Bank
Message

 Arthur Bronson · 3rd
Deputy General Counsel & Senior Vice President at M&T Bank
Message

Show more ⌄

### People you may know

 Nicholas Campa
Data Science Major, Minor in Business Administration at Loyola University...
Connect

 Kendall Moore
Technology Product Manager at Wolters Kluwer
Connect

 Christopher Maita
Fixed Income Sales & Trading Analyst at Oppenheimer & Co. Inc.
Connect

 Messaging