**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**MDD_SAGchambers@mdd.uscourts.gov**

September 14, 2021

LETTER TO PLAINTIFF AND COUNSEL

Re: Carrasco v. M&T Bank,
Civil Case No. SAG-21-532

Dear Mr. Carrasco and Counsel:

The purpose of this letter is to provide context as to the status of this case. Each judge in the United States District Court for the District of Maryland has hundreds of active civil cases, in addition to a full docket of criminal cases. Like this case, each one of those hundreds of cases is of immense importance to the litigants. Given the large number of pending motions on a judge's docket at any given time, disposition of even a single motion often takes weeks or months. It takes significant time to review each motion, opposition, and reply carefully, to research the applicable law to ensure a correct decision, and to explain the decision in writing. Each judge must determine a system for adjudicating the motions on the docket in an efficient manner. This Court's standard practice, which it will employ in this case as it does in its other cases, is to wait until every motion on the docket in a particular case is fully ripe before adjudicating those motions. Fully ripe means that a motion, opposition, and reply have been filed, or that the time for such filings has expired. Under the civil rules, it takes several weeks for each motion to ripen.

In the instant case, there are currently eleven motions pending on the docket. While some of those motions are now ready for disposition, seven of them have just been filed in this past week. The Court will wait for each of those motions to ripen before addressing this case, as addressing all pending motions in a single case collectively allows for the most efficient use of this Court's limited time. If additional motions are filed before the existing motions ripen, this Court will continue to wait until the docket in this case is ready for disposition of all pending motions.

This Court notes that one of the motions pending yesterday was captioned as an "emergency motion." Emergency motions are designed to use where a party faces imminent and irreparable harm, such as when title to real property is in dispute and a sale is pending that will permanently impair the rights of one party to obtain title through the litigation. The motion pending in this case does not qualify as an emergency motion and will be adjudicated on the standard motions briefing schedule, along with the other ten pending motions.

Finally, four items have been docketed as "notices" in the past twenty- four hours. Two of the filings do not even contain case captions. Such filings are improper. This Court is instructing the Clerk's office to mark the four notices, ECF 109, 110, 111, 113, "filed in error."

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge