IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYCE CARRASCO, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

This Court having considered the Omnibus Motion for Entry of Final Judgment filed by Plaintiff Bryce Carrasco, the Opposition to the Motion filed by Defendant M&T Bank, and all other considerations made, it is this ___ day of _____, 2021, hereby ORDERED that Plaintiff Bryce Carrasco's Omnibus Motion for Entry of Final Judgment (ECF No. 97) is DENIED.

_____
The Honorable Stephanie A. Gallagher
Judge, United States District Court

MT2\000018\4850-5546-4443