# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT M&T BANK'S OPPOSITION TO
## PLAINTIFF'S MOTION FOR MORE DEFINITE STATEMENT

Defendant M&T Bank ("M&T"), through its undersigned counsel, opposes the Motion for More Definite Statement (ECF No. 101), filed by Plaintiff Bryce Carrasco ("Plaintiff") and, in support thereof, states as follows:

1. Although Plaintiff filed his "motion" as a "Motion for More Definite Statement," it is actually a request for the Court to elaborate on its Letter Order, disregarding the series of emails that Plaintiff sent directly to chambers on September 8 and 9, 2021. *See* ECF No. 99 (Letter Order dated September 9, 2021).

2. Plaintiff's Motion for More Definite Statement—which does not even contain a case caption—should be denied as procedurally improper and legally deficient. Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, "[a] party may move for a more definite statement of a ***pleading*** to which a ***responsive pleading is allowed*** but which is so vague or ambiguous that the party cannot reasonably prepare a response." Fed. R. Civ. P. 12(e) (emphasis added). Inasmuch as the Court's Letter Order is not a pleading and does not require, much less allow, a response, Plaintiff is not entitled to the relief he seeks, and the Motion should be denied.

WHEREFORE, Defendant M&T Bank respectfully requests that Plaintiff's Motion for More Definite Statement be denied. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410.727.6464
bmoffet@milesstockbridge.com

Joshua R. Chazen (Fed Bar No. 06837)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.465.8388
jchazen@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I served a copy of the foregoing on the following via ECF and via first class mail, postage prepaid:

Bryce Carrasco
334 Ternwing Drive
Arnold, MD 21012

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)