**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT M&T BANK'S OPPOSITION TO PLAINTIFF'S MOTION FOR OTHER RELIEF

Defendant M&T Bank ("M&T"), through its undersigned counsel, opposes the Motion for Other Relief (ECF No. 102), filed by Plaintiff Bryce Carrasco ("Plaintiff") and, in support thereof, states as follows:

1. Plaintiff's Motion for Other Relief is merely a vessel to attach a series of emails that Plaintiff sent to chambers during a twelve-hour period between September 8 and 9, 2021. Plaintiff's objective in filing this motion is "for the court to regard these [emails] as related to the case[.]" *See* ECF No. 102.

2. Plaintiff seeks this relief notwithstanding the fact that prior to Plaintiff's filing, this Court informed the parties that these emails "will be disregarded." *See* ECF No. 99 (Letter Order dated September 9, 2021). Plaintiff's Motion for Other Relief does not seek reconsideration of the Court's Letter Order but instead, simply ignores it. On this basis alone, this Court should deny the Motion for Other Relief.

3. In response to this Court's prior orders that it will "only consider items appropriately docketed as a motion, opposition, or reply" (ECF No. 99), Plaintiff believes that

attaching the same emails to a paper titled "motion" will magically make the emails properly before this Court. Plaintiff is mistaken. The character of the emails have not changed and attaching them to something called a "motion" does not make the emails "appropriately docketed."

4. While the emails continue to wrongfully disparage and unfairly harass M&T and its counsel, they appear to be submitted to bolster Plaintiff's pending Motion for Summary Judgment. Inasmuch as that motion is now fully briefed, this Court should deny the Motion for Other Relief, and continue to disregard the attached emails. Plaintiff had ample opportunity to brief summary judgment—indeed, he filed over 70 pages of memoranda—and his status as a *pro se* litigant does not entitle him to any additional submissions nor should it allow him to populate the record with ad hominem attacks against M&T and its counsel. *See* ECF No. 73 ("Any future filings that contain ad hominem attacks about the opposing party or the opposing party's counsel or officers will be disregarded.").

5. Not only should this Court deny Plaintiff's Motion for Other Relief but it also should instruct the Clerk's office to mark ECF No. 102 as "filed in error" so that the attached emails are not publicly accessible.

WHEREFORE, Defendant M&T Bank respectfully requests that Plaintiff's Motion for Other Relief be denied and that the Clerk's office be instructed to mark ECF No. 102 as "filed in error." A proposed Order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410.727.6464
bmoffet@milesstockbridge.com

Joshua R. Chazen (Fed Bar No. 06837)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.465.8388
jchazen@milesstockbridge.com

*Attorneys for Defendant M&T Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I served a copy of the foregoing on the following via ECF and via first class mail, postage prepaid:

>Bryce Carrasco
>334 Ternwing Drive
>Arnold, MD 21012

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)