# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT M&T BANK'S OPPOSITION TO
### PLAINTIFF'S EMERGENCY MOTION TO REASSIGN CASE

Defendant M&T Bank ("M&T"), through its undersigned counsel, opposes the Emergency Motion to Reassign Case (ECF No. 103), filed by Plaintiff Bryce Carrasco ("Plaintiff") and, in support thereof, states as follows:

1. Plaintiff's Emergency[1] Motion to Reassign Case has no merit. A party dissatisfied with certain rulings or decisions of the Court does not establish cause for recusal. *See In re Gantt*, 1995 WL 379671 at *1 (4th Cir. June 27, 1995); *In re Beard*, 811 F.2d 818, 827 (4th Cir. 1987); *Jones v. U.S. Congress*, 2002 WL 32362648, at *1 n.3 (D. Md. Oct. 30, 2002).

2. The Motion states that Plaintiff "will be requesting recusal at the end of business [on September 9, 2021] if the Presiding Judge is unable to fulfill its responsibilities." (ECF No. 103). Plaintiff did not file any additional papers with the Court in support of this anticipated request but he did send chambers an email at 4:58 pm on September 9th advising that he "will not be

---

[1] Pursuant to the Court's Order dated September 14, 2021, this Motion does not qualify as an emergency motion and the Court stated it would adjudicate this Motion on a standard briefing schedule. *See* ECF No. 114.

requesting for reassignment or disqualification." To the extent the Court considers the email, the Emergency Motion to Reassign Case is now moot and should be denied.

3. In the event the Court disregards Plaintiff's September 9th email (like the other emails Plaintiff sent to chambers (ECF No. 99)) and considers the substance of the Emergency Motion to Reassign Case, it is unclear what Plaintiff means when he demands that the Court "provide clear standards and guidelines". (ECF No. 103). Plaintiff previously expressed frustration centered around his perceived delay in the Court ruling on the parties' respective motions for summary judgment. *See* ECF No. 100.[2] If this is what Plaintiff is referring to in his Emergency Motion, this Court recently addressed the issue on September 14, 2021 when it entered an Order, setting forth the plan for issuing rulings on all pending motions, including Plaintiff's Motion for Summary Judgment. (ECF No. 114). Accordingly, the "standards and guidelines" that Plaintiff seeks may have already been provided.

4. Regardless, Plaintiff has not established any meritorious basis on which this case should be reassigned to another judge in this Court, the Emergency Motion to Reassign Case should be denied.

WHEREFORE, Defendant M&T Bank respectfully requests that Plaintiff's Emergency Motion to Reassign Case be denied. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet (Fed Bar No. 13821)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410.727.6464
bmoffet@milesstockbridge.com

---

[2] Ironically, Plaintiff's own conduct and behavior is preventing the Court from making determinations on the pending motions in this case because he keeps filing unnecessary papers with the Court, both formally through ECF and informally through correspondence to the Court.

>Joshua R. Chazen (Fed Bar No. 06837)
>MILES & STOCKBRIDGE P.C.
>1201 Pennsylvania Avenue, NW
>Suite 900
>Washington, DC 20004
>202.465.8388
>jchazen@milesstockbridge.com
>
>*Attorneys for Defendant M&T Bank*

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I served a copy of the foregoing on the following via ECF and via first class mail, postage prepaid:

>Bryce Carrasco
>334 Ternwing Drive
>Arnold, MD 21012

>*/s/ Brian L. Moffet*
>Brian L. Moffet (Fed Bar No. 13821)