IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYCE CARRASCO, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-CV-00532-SAG |
| M&T BANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

This Court having considered the Motion to Disqualify Brian Moffet filed by Plaintiff Bryce Carrasco, the Opposition to the Motion filed by Defendant M&T Bank, and all other considerations made, it is this _____ day of _____, 2021, hereby ORDERED that Plaintiff Bryce Carrasco's Motion to Disqualify Brian Moffet (ECF No. 112) is DENIED.

_____
The Honorable Stephanie A. Gallagher
Judge, United States District Court