| EXHIBIT |
|---------|
| 1 |



September 27, 2021 1:39 PM EDT Last Updated 4 minutes ago

Finance & Banking    Litigation

# Wells Fargo reaches $37.3 mln settlement of US claims it overcharged clients

Reuters                                                                 1 minute read



9/27/21, 4:24 PM                                  Wells Fargo reaches $37.3 mln settlement of US claims it overcharged clients | Reuters

Case 1:21-cv-00532-SAG   Document 122-1   Filed 09/27/21   Page 2 of 8



REUTERS/Robert Galbraith (UNITED STATES)



Companies

**Wells Fargo & Co**

See all

The company and law firm names shown above are generated automatically based on the text of the article. We are improving this feature as we continue to test and develop in beta. We welcome feedback, which you can provide using the feedback tab on the right of the page.

NEW YORK, Sept 27 (Reuters) - Wells Fargo & Co **(WFC.N)** on Monday reached a $37.3 million settlement to resolve U.S. government accusations that it fraudulently overcharged hundreds of commercial customers who used its foreign exchange services.

The settlement filed with the U.S. District Court in Manhattan requires a judge's approval, and resolves civil fraud charges against the fourth-largest U.S. bank.

Wells Fargo did not immediately respond to requests for comment. In afternoon trading, the bank's shares were down 2.1% at $46.91.

The San Francisco-based bank has been dogged for the last five years by a series of scandals over its treatment of customers, and has been subjected since 2018 to a federal cap on asset growth until it improves its operations and oversight.

According to court papers, Wells Fargo defrauded 771 customers between 2010 and 2017 by systematically charging higher spreads or sales margins on foreign exchange

https://www.reuters.com/legal/transactional/us-sues-wells-fargo-says-it-fraudulently-overcharged-customers-2021-09-27/                     2/8

Case 1:21-cv-00532-SAG   Document 122-1   Filed 09/27/21   Page 3 of 8

transactions than it promised, and providing financial incentives to salespeople for the overcharges.

Reporting by Jonathan Stempel in New York; Editing by Mark Porter

## More from Reuters



### Sign up for The Daily Docket

Subscribe for our daily curated newsletter to receive the latest Reuters legal news and headlines delivered to your inbox.

**Sign up**

## Industry Insight

Industry Insight

**Legal Department Operations Index shows focus on spending, technology, and management**

September 22, 2021

Industry Insight

**How Nationwide's law department fosters a culture of diversity & inclusion**

September 22, 2021

Industry Insight

**Strength in numbers: Leveraging legal networks**

September 22, 2021

**Industry Insight**

The "Great Resignation" and its impact on the legal industry

September 17, 2021

Latest

**Home**

Media

**Videos**

**Pictures**

**Graphics**

Browse

**World**

**Business**

**Legal**

**Markets**

**Breakingviews**

**Technology**

**Investigations**

**Lifestyle**

About Reuters

**About Reuters**

**Careers**

**Reuters News Agency**

**Brand Attribution Guidelines**

**Reuters Leadership**

**Reuters Fact Check**

**Reuters Diversity Report**

Stay Informed

**Download the App**

**Newsletters**

Information you can trust

Case 1:21-cv-00532-SAG   Document 122-1   Filed 09/27/21   Page 5 of 8

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Eikon**
Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface.

**Refinitiv Data Platform**
Access to real-time, reference, and non-real time data in the cloud to power your enterprise.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**    **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**    **Terms of Use**    **Privacy**    **Corrections**    **Site Feedback**

© 2021 Reuters. All rights reserved

Case 1:21-cv-00532-SAG   Document 122-1   Filed 09/27/21   Page 7 of 8