# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21−cv−08007−JGK

| | |
|---|---|
| United States of America v. Wells Fargo Bank, N.A.<br>Assigned to: Judge John G. Koeltl<br>Cause: 12:1811 FDIC: Financial Inst. Reform Recovery Act of 1989 (FIRREA) (Organization of FDIC) | Date Filed: 09/27/2021<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Lawrence Heath Fogelman**<br>U.S. Attorney's Office, SDNY (86 Chambers St.)<br>86 Chambers Street<br>New York, NY 10007<br>212−637−2719<br>Fax: 212−637−2730<br>Email: Lawrence.Fogelman@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Wells Fargo Bank, N.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2021 | 1 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** –COMPLAINT against United States of America. Document filed by United States of America..(Fogelman, Lawrence) Modified on 9/27/2021 (vf). (Entered: 09/27/2021) |
| 09/27/2021 | 2 | **FILING ERROR – PDF ERROR** – CIVIL COVER SHEET filed..(Fogelman, Lawrence) Modified on 9/27/2021 (vf). (Entered: 09/27/2021) |
| 09/27/2021 | 3 | PROPOSED STIPULATION AND ORDER. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 09/27/2021) |
| 09/27/2021 | 4 | PROPOSED STIPULATION AND ORDER. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 09/27/2021) |
| 09/27/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Lawrence Heath Fogelman to RE−FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (vf)** (Entered: 09/27/2021) |
| 09/27/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Lawrence Heath Fogelman to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Nature of Suit Error; Multiple Nature of Suits selected on form. Place an [X] in one box only. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 09/27/2021) |
| 09/27/2021 | 5 | COMPLAINT against Wells Fargo Bank, N.A.. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 09/27/2021) |

| | | |
|---|---|---|
| 09/27/2021 | 6 | CIVIL COVER SHEET filed..(Fogelman, Lawrence) (Entered: 09/27/2021) |
| 09/27/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Lawrence Heath Fogelman. The following case opening statistical information was erroneously selected/entered: Nature of Suit code 370 (Other Fraud). The following correction(s) have been made to your case entry: the Nature of Suit code has been modified to 890 (Other Statutory Actions). (vf)** (Entered: 09/27/2021) |
| 09/27/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 09/27/2021) |
| 09/27/2021 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 09/27/2021) |
| 09/27/2021 | | Case Designated ECF. (vf) (Entered: 09/27/2021) |
| 09/27/2021 | 7 | LETTER addressed to Judge John G. Koeltl from Lawrence H. Fogelman dated September 27, 2021 re: Courtesy Copies of Documents Filed. Document filed by United States of America..(Fogelman, Lawrence) (Entered: 09/27/2021) |