IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BRYCE CARRASCO, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.: SAG-21-532 |
| | * | |
| M&T BANK, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion, it is this 18th day of October, 2021, by the United States District Court for the District of Maryland ORDERED that:

1. Plaintiff's Motion for Summary Judgment, ECF 85, is DENIED;

2. Defendant's Cross-Motion for Summary Judgment, ECF 88, is GRANTED, and judgment is ordered in favor of Defendant;

3. Plaintiff's Motion for Sanctions, ECF 94, is DENIED;

4. Plaintiff's Motion for Leave to File a Surreply, ECF 95, is GRANTED;

5. Plaintiff's Motion for Entry of Judgment Under Rule 54(b), ECF 97, is DENIED as moot;

6. Plaintiff's Motion for a More Definite Statement, ECF 101, is DENIED as moot;

7. Plaintiff's Motion for Other Relief, ECF 102, is DENIED;

8. Plaintiff's Emergency Motion to Reassign the Case, ECF 103, is DENIED as moot;

9. Plaintiff's Motion Apologizing to the Presiding Judge, ECF 105, is DENIED as moot;

10. Defendant's Motion for Leave to File an Answer, ECF 106, is GRANTED; and

11. Plaintiff's Emergency Motion to Disqualify Counsel, ECF 112, is DENIED; and

12. this case is CLOSED.

> /s/
> Stephanie A. Gallagher
> United States District Judge