**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
MDD_SAGchambers@mdd.uscourts.gov

October 18, 2021

Re: Carrasco v. M&T Bank
Civil Case No. SAG-21-532

Dear Mr. Carrasco:

      This Court is in receipt of your emailed request for a PACER fee exemption, for fees you have already incurred. The email is attached to this letter for docketing. Such requests must be addressed to the Chief Judge, Judge James K. Bredar, and are presented to the full bench for consideration. If you wish to pursue that process, you should submit a written request to Judge Bredar, attaching a copy of the PACER statement you are seeking to have exempted.

      Sincerely yours,

      /s/

      Stephanie A. Gallagher
      United States District Judge