**From:** Bryce Carrasco
**To:** MDD_SAGChambers
**Subject:** Pacer Fee Exemption Request
**Date:** Monday, October 18, 2021 12:20:25 PM

**CAUTION - EXTERNAL:**

Judge Gallagher,

I am reaching out to ask for a fee waiver exemption from the District Court for my pacer account, as I cannot afford the fees currently charged to my account. Thank you.

Bryce Carrasco
Cell: 410-858-7432
Email: bocarrasco47@outlook.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.